# EXHIBIT 3



# Application for Advance Permission to Enter as a Nonimmigrant

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-192**
OMB No. 1615-0017
Expires 10/31/2023

---

### For DHS Use Only

| Received | Returned Trans. Out | Fee Stamp |
|---|---|---|
| Trans. In | Completed | |

### Action by the Department of Homeland Security

**Ground of Inadmissibility**

- ☐ INA 212(a)(1) _____
- ☐ INA 212(a)(2) _____
- ☐ INA 212(a)(3) _____
- ☐ INA 212(a)(4) _____
- ☐ INA 212(a)(6) _____
- ☐ INA 212(a)(7) _____
- ☐ INA 212(a)(8) _____
- ☐ INA 212(a)(9) _____
- ☐ INA 212(a)(10) _____
- ☐ Other: _____
- ☐ Granted, subject to revocation at any time, upon the following terms and conditions

**Action Stamp**

**Benefits Category:**
- ☐ Nonimmigrant other than T or U nonimmigrant/Advance Permission under INA 212(d)(3)(A) and 8 CFR 212.4
- ☐ T Nonimmigrant/Advance Permission under INA 212(d)(3) and 8 CFR 212.16
- ☐ T Nonimmigrant/Waiver under INA 212(d)(13) and 8 CFR 212.16
- ☐ U Nonimmigrant/Waiver under INA 212(d)(14) and 8 CFR 212.17
- ☐ U Nonimmigrant/Advance Permission under INA 212(d)(3)(A) and 8 CFR 212.17

**Date of Action** (mm/dd/yyyy) _____   **DD or OIC** _____   **Office** _____

### To be completed by an attorney or accredited representative (if any).

| ☐ Select this box if Form G-28 or Form G-28I is attached. | **Volag Number** (if any) | **Attorney State Bar Number** (if applicable) | **Attorney or Accredited Representative USCIS Online Account Number** (if any) |
|---|---|---|---|

► **START HERE - Type or print in black ink.**

## Part 1. Application Type

I am applying to the Secretary of Homeland Security for permission to enter the United States temporarily under the provisions of the Immigration and Nationality Act (INA) section 212(d)(3)(A)(ii), section 212(d)(13), or section 212(d)(14).

I am seeking this permission so that I may obtain (select **only one** box):

1. ☐ Admission as a nonimmigrant (other than as a T or U nonimmigrant).
2. ☐ Status as a victim of trafficking (T nonimmigrant status) or a victim of a crime (U nonimmigrant status).

## Part 2. Information About You

*Your Full Name*

1.a. Family Name (Last Name) _____
1.b. Given Name (First Name) _____
1.c. Middle Name _____

| Part 2. Information About You (continued) |
|---|

### Other Names Used (if any)

Provide all other names you have ever used, including aliases, maiden name, and nicknames. If you need extra space to complete this section, use the space provided in **Part 8. Additional Information**.

**2.a.** Family Name (Last Name)
**2.b.** Given Name (First Name)
**2.c.** Middle Name

**3.a.** Family Name (Last Name)
**3.b.** Given Name (First Name)
**3.c.** Middle Name

### Other Information

**4.** Alien Registration Number (A-Number) (if any) ▶ A-

**5.** USCIS Online Account Number (if any) ▶

**6.** Date of Birth (mm/dd/yyyy)

**7.** Gender ☐ Male ☐ Female

Place of Birth

**8.a.** City or Town

**8.b.** State or Province

**8.c.** Country

**9.** Country of Citizenship or Nationality

### Mailing Address

**10.a.** In Care Of Name (if any)

**10.b.** Street Number and Name

**10.c.** ☐ Apt. ☐ Ste. ☐ Flr.

**10.d.** City or Town

**10.e.** State       **10.f.** ZIP Code

**10.g.** Province

**10.h.** Postal Code

**10.i.** Country

### Safe Mailing Address

If you are a T or U visa applicant, and do not want U.S. Citizenship and Immigration Services (USCIS) to send notices about this application to your home, you may provide a safe mailing address.

**11.a.** In Care Of Name (if any)

**11.b.** Organization Name (if applicable)

**11.c.** Street Number and Name

**11.d.** ☐ Apt. ☐ Ste. ☐ Flr.

**11.e.** City or Town

**11.f.** State       **11.g.** ZIP Code

**11.h.** Province

**11.i.** Postal Code

**11.j.** Country

## Part 2. Information About You (continued)

### *Address History*

Provide physical addresses for everywhere you have lived during the last five years, whether inside or outside the United States. Provide your current address first. If you need extra space to complete this section, use the space provided in **Part 8. Additional Information**.

Physical Address 1 (current address)

**12.a.** Street Number and Name

**12.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**12.c.** City or Town

**12.d.** State          **12.e.** ZIP Code

**12.f.** Province

**12.g.** Postal Code

**12.h.** Country

Dates of Residence

**13.a.** From (mm/dd/yyyy)

**13.b.** To (mm/dd/yyyy)          **PRESENT**

Physical Address 2

**14.a.** Street Number and Name

**14.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**14.c.** City or Town

**14.d.** State          **14.e.** ZIP Code

**14.f.** Province

**14.g.** Postal Code

**14.h.** Country

Dates of Residence

**15.a.** From (mm/dd/yyyy)

**15.b.** To (mm/dd/yyyy)

Physical Address 3

**16.a.** Street Number and Name

**16.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**16.c.** City or Town

**16.d.** State          **16.e.** ZIP Code

**16.f.** Province

**16.g.** Postal Code

**16.h.** Country

Dates of Residence

**17.a.** From (mm/dd/yyyy)

**17.b.** To (mm/dd/yyyy)

Physical Address 4

**18.a.** Street Number and Name

**18.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**18.c.** City or Town

**18.d.** State          **18.e.** ZIP Code

**18.f.** Province

**18.g.** Postal Code

**18.h.** Country

Dates of Residence

**19.a.** From (mm/dd/yyyy)

**19.b.** To (mm/dd/yyyy)

**Part 2. Information About You** (continued)

*Travel Information*

**NOTE:** If you are applying for T or U nonimmigrant status and are in the United States, you may skip **Item Numbers 20. - 25.**

Location at Which you Plan to Enter the United States (desired Port-of-Entry)

**20.a.** City

**20.b.** State

**21.** Name of Port-of-Entry

**22.** How do you plan to travel to the United States? (For example, by plane, ship, car)

**23.** When do you plan to enter the United States? (mm/dd/yyyy)

**24.** Approximate Length of Stay in the United States

**25.** What is the purpose of your stay in the United States? Explain fully below.

*Immigration and Criminal History*

**26.** Do you believe that you may be inadmissible to the United States?  ☐ Yes  ☐ No

If you answered "Yes" to **Item Number 26.**, explain the reasons why you believe, according to the best of your knowledge, that you may be inadmissible in **Part 8. Additional Information**. If you were told that you are inadmissible, provide the reason you were given.

**27.** Have you previously filed an application for advance permission to enter the United States as a nonimmigrant?  ☐ Yes  ☐ No

If you answered "Yes" to **Item Number 27.**, provide the details in **Item Numbers 28. - 29.e.** If you need extra space to complete this section, use the space provided in **Part 8. Additional Information**.

**28.** Date Application Filed (mm/dd/yyyy)

Location where you filed your application (for example, USCIS Office or Port-of-Entry).

**29.a.** USCIS Office or U.S. Port-of-Entry

**29.b.** City or Town

**29.c.** State or Province

**29.d.** Country

**29.e.** Receipt Number (if available) ▶

**30.** Have you **EVER** been in the United States for a period of six months or more?  ☐ Yes  ☐ No

If you answered "Yes" to **Item Number 30.**, provide the dates you were in the United States (from and to) and your immigration status at the time of entry into the United States in the space provided in **Part 8. Additional Information**.

**31.** Have you **EVER** filed an application or petition for immigration benefits with the U.S. Government, or has one ever been filed on your behalf?  ☐ Yes  ☐ No

If you answered "Yes" to **Item Number 31.**, provide the information requested in **Item Numbers 32.a. - 32.c.**

If you (or somebody else on your behalf) have filed multiple applications or petitions for immigration benefits with the U.S. Government, use the space provided in **Part 8. Additional Information** to provide the answers to **Item Numbers 32.a. - 32.c.** for each of your additional applications or petitions.

**32.a.** Type of Application or Petition Filed

**32.b.** Location Where You (or the Other Person) Filed the Application or Petition (for example, USCIS office or Port-of-Entry);

**32.c.** Outcome of the Application or Petition (for example, approved, denied, or is pending).

## Part 2. Information About You (continued)

**33.** Have you **EVER** been denied or refused an immigration benefit by the U.S. Government, or had a benefit revoked or terminated (including but not limited to visas)?

☐ Yes   ☐ No

If you answered "Yes" to **Item Number 33.**, provide an explanation the information in the space provided in **Part 8. Additional Information**.

**34.** Have you **EVER**, in or outside the United States, been arrested, cited, charged, indicted, fined, convicted, or imprisoned for breaking or violating any law or ordinance, excluding minor traffic violations?

☐ Yes   ☐ No

If you answered "Yes" to **Item Number 34.**, describe the incidents in detail and include all offenses where impaired driving may have been an issue in the space provided in **Part 8. Additional Information**.

## Part 3. Biographic Information

**1.** Ethnicity (Select **only one** box)
- ☐ Hispanic or Latino
- ☐ Not Hispanic or Latino

**2.** Race (Select **all applicable** boxes)
- ☐ American Indian or Alaska Native
- ☐ Asian
- ☐ Black or African American
- ☐ Native Hawaiian or Other Pacific Islander
- ☐ White

**3.** Height    Feet [   ]   Inches [   ]

**4.** Weight    Pounds [   ][   ][   ]

**5.** Eye Color (Select **only one** box)
- ☐ Black   ☐ Blue   ☐ Brown
- ☐ Gray    ☐ Green  ☐ Hazel
- ☐ Maroon  ☐ Pink   ☐ Unknown/Other

**6.** Hair Color (Select **only one** box)
- ☐ Bald (No hair)   ☐ Black   ☐ Blond
- ☐ Brown            ☐ Gray    ☐ Red
- ☐ Sandy            ☐ White   ☐ Unknown/Other

## Part 4. Other Information About You

### Employment History

Provide your employment history for the last five years, whether inside or outside the United States. Provide the most recent employment first. If you need extra space to complete this section, use the space provided in **Part 8. Additional Information**.

Employer 1 (current or most recent)

**1.** Name of Employer or Company
[                                    ]

Address of Employer or Company

**2.a.** Street Number and Name [                    ]

**2.b.** ☐ Apt.   ☐ Ste.   ☐ Flr.   [          ]

**2.c.** City or Town [                    ]

**2.d.** State [    ]   **2.e.** ZIP Code [        ]

**2.f.** Province [                    ]

**2.g.** Postal Code [                    ]

**2.h.** Country
[                                    ]

**3.** Your Occupation
[                                    ]

Dates of Employment

**4.a.** From (mm/dd/yyyy) [          ]

**4.b.** To (mm/dd/yyyy) [          ]

## Part 4. Other Information About You (continued)

**Employer 2**

**5.** Name of Employer or Company

**Address of Employer or Company**

**6.a.** Street Number and Name

**6.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**6.c.** City or Town

**6.d.** State     **6.e.** ZIP Code

**6.f.** Province

**6.g.** Postal Code

**6.h.** Country

**7.** Your Occupation

**Dates of Employment**

**8.a.** From (mm/dd/yyyy)

**8.b.** To (mm/dd/yyyy)

### Information About Your Parents

**Information About Your Mother**

Mother's Legal Name

**9.a.** Family Name (Last Name)

**9.b.** Given Name (First Name)

**9.c.** Middle Name

Mother's Name at Birth (if different than above)

**10.a.** Family Name (Last Name)

**10.b.** Given Name (First Name)

**10.c.** Middle Name

**11.** Date of Birth (mm/dd/yyyy)

**12.** City or Town of Birth

**13.** Country of Birth

**14.** Current City or Town of Residence (if living)

**15.** Current Country of Residence (if living)

**Information About Your Father**

Father's Legal Name

**16.a.** Family Name (Last Name)

**16.b.** Given Name (First Name)

**16.c.** Middle Name

Father's Name at Birth (if different than above)

**17.a.** Family Name (Last Name)

**17.b.** Given Name (First Name)

**17.c.** Middle Name

**18.** Date of Birth (mm/dd/yyyy)

**19.** City or Town of Birth

**20.** Country of Birth

**21.** Current City or Town of Residence (if living)

**22.** Current Country of Residence (if living)

### Information About Your Marital History

**23.** What is your current marital status?

☐ Single, Never Married ☐ Married ☐ Divorced

☐ Widowed ☐ Legally Separated

☐ Marriage Annulled ☐ Other

**24.** How many times have you been married (including annulled marriages and marriages to the same person)?

▶

**Part 4. Other Information About You** (continued)

*Information About Your Current Marriage*
*(including if you are legally separated)*

If you are currently married, provide the following information about your current spouse.

Current Spouse's Legal Name

**25.a.** Family Name (Last Name)

**25.b.** Given Name (First Name)

**25.c.** Middle Name

**26.** A-Number (if any)

▶ A-

**27.** Current Spouse's Date of Birth (mm/dd/yyyy)

**28.** Date of Marriage to Current Spouse (mm/dd/yyyy)

Current Spouse's Place of Birth

**29.a.** City or Town

**29.b.** State or Province

**29.c.** Country

Place of Marriage to Current Spouse

**30.a.** City or Town

**30.b.** State or Province

**30.c.** Country

*Information About Prior Marriages (if any)*

If you have been married before, whether in the United States or in any other country, provide the information requested in **Item Numbers 31.a. - 36.c.** about your prior marriage. If you have had more than one previous marriage, use the space provided in **Part 8. Additional Information** to provide the answers to **Item Numbers 31.a. - 36.c.** for each additional marriage.

Prior Spouse's Legal Name (provide family name before marriage)

**31.a.** Family Name (Last Name)

**31.b.** Given Name (First Name)

**31.c.** Middle Name

**32.** Prior Spouse's Date of Birth (mm/dd/yyyy)

**33.** Date of Marriage to Prior Spouse (mm/dd/yyyy)

Place of Marriage to Prior Spouse

**34.a.** City or Town

**34.b.** State or Province

**34.c.** Country

**35.** Date Marriage with Prior Spouse Legally Ended (mm/dd/yyyy)

Place Where Marriage with Prior Spouse Legally Ended

**36.a.** City or Town

**36.b.** State or Province

**36.c.** Country

## Part 5. Applicant's Statement, Contact Information, Declaration, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-192 Instructions before completing this section.

### Applicant's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

**1.a.** ☐ I can read and understand English, and I have read and understand every question and instruction on this application and my answer to every question.

**1.b.** ☐ The interpreter named in **Part 6.** read to me every question and instruction on this application and my answer to every question in _____, a language in which I am fluent, and I understood everything.

**2.** ☐ At my request, the preparer named in **Part 7.**, _____, prepared this application for me based only upon information I provided or authorized.

### Applicant's Contact Information

**3.** Applicant's Daytime Telephone Number

**4.** Applicant's Mobile Telephone Number (if any)

**5.** Applicant's Email Address (if any)

### Applicant's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that the U.S. Department of Homeland Security (DHS) may require that I submit original documents to DHS at a later date. Furthermore, I authorize the release of any information from any and all of my records that DHS may need to determine my eligibility for the immigration benefit that I seek.

I furthermore authorize release of information contained in this application, in supporting documents, and in my DHS records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

I understand that DHS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

1) I reviewed and understood all of the information contained in, and submitted with, my application; and

2) All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that all of the information in my application and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my application and that all of this information is complete, true, and correct.

### Applicant's Signature

**6.a.** Applicant's Signature

**6.b.** Date of Signature (mm/dd/yyyy)

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, USCIS may deny your application.

## Part 6. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

**1.a.** Interpreter's Family Name (Last Name)

**1.b.** Interpreter's Given Name (First Name)

**2.** Interpreter's Business or Organization Name (if any)

## Part 6. Interpreter's Contact Information, Certification, and Signature (continued)

### Interpreter's Mailing Address

**3.a.** Street Number and Name _____

**3.b.** ☐ Apt.  ☐ Ste.  ☐ Flr. _____

**3.c.** City or Town _____

**3.d.** State _____   **3.e.** ZIP Code _____

**3.f.** Province _____

**3.g.** Postal Code _____

**3.h.** Country _____

### Interpreter's Contact Information

**4.** Interpreter's Daytime Telephone Number _____

**5.** Interpreter's Mobile Telephone Number (if any) _____

**6.** Interpreter's Email Address (if any) _____

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and _____ , which is the same language specified in **Part 5.**, **Item Number 1.b.**, and I have read to this applicant in the identified language every question and instruction on this application and his or her answer to every question. The applicant informed me that he or she understands every instruction, question, and answer on the application, including the **Applicant's Declaration and Certification**, and has verified the accuracy of every answer.

### Interpreter's Signature

**7.a.** Interpreter's Signature _____

**7.b.** Date of Signature (mm/dd/yyyy) _____

## Part 7. Contact Information, Declaration, and Signature of the Person Preparing this Application, if Other Than the Applicant

Provide the following information about the preparer.

### Preparer's Full Name

**1.a.** Preparer's Family Name (Last Name) _____

**1.b.** Preparer's Given Name (First Name) _____

**2.** Preparer's Business or Organization Name (if any) _____

### Preparer's Mailing Address

**3.a.** Street Number and Name _____

**3.b.** ☐ Apt.  ☐ Ste.  ☐ Flr. _____

**3.c.** City or Town _____

**3.d.** State _____   **3.e.** ZIP Code _____

**3.f.** Province _____

**3.g.** Postal Code _____

**3.h.** Country _____

### Preparer's Contact Information

**4.** Preparer's Daytime Telephone Number _____

**5.** Preparer's Mobile Telephone Number (if any) _____

**6.** Preparer's Email Address (if any) _____

**Part 7. Contact Information, Declaration, and Signature of the Person Preparing this Application, if Other Than the Applicant** (continued)

### Preparer's Statement

**7.a.** ☐ I am not an attorney or accredited representative but have prepared this application on behalf of the applicant and with the applicant's consent.

**7.b.** ☐ I am an attorney or accredited representative and my representation of the applicant in this case ☐ extends ☐ does not extend beyond the preparation of this application.

> **NOTE:** If you are an attorney or accredited representative, you may need to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, or Form G-28I, Notice of Entry of Appearance as Attorney In Matters Outside the Geographical Confines of the United States, with this application.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this application at the request of the applicant. The applicant then reviewed this completed application and informed me that he or she understands all of the information contained in, and submitted with, his or her application, including the **Applicant's Declaration and Certification**, and that all of this information is complete, true, and correct. I completed this application based only on information that the applicant provided to me or authorized me to obtain or use.

### Preparer's Signature

**8.a.** Preparer's Signature

**8.b.** Date of Signature (mm/dd/yyyy)

| | |
|---|---|
| **Part 8.  Additional Information** | |

If you need extra space to provide any additional information within this application, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this application or attach a separate sheet of paper.  Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Family Name (Last Name) _____

**1.b.** Given Name (First Name) _____

**1.c.** Middle Name _____

**2.** A-Number (if any) ▶ A- _____

**3.a.** Page Number   **3.b.** Part Number   **3.c.** Item Number

**3.d.** _____

**4.a.** Page Number   **4.b.** Part Number   **4.c.** Item Number

**4.d.** _____

**5.a.** Page Number   **5.b.** Part Number   **5.c.** Item Number

**5.d.** _____

**6.a.** Page Number   **6.b.** Part Number   **6.c.** Item Number

**6.d.** _____

**7.a.** Page Number   **7.b.** Part Number   **7.c.** Item Number

**7.d.** _____