# EXHIBIT 6

# Appendix C

GO TO HOMEPAGE

**WORLD NEWS**   **PRINCE HARRY**   **ROYAL FAMILIES**   **UNITED KINGDOM**

# British Press In A Tizzy Over How Harry's Admitted Drug Use Could Risk His U.S. Visa

One expert told The Telegraph that Prince Harry "would have been asked" drug use as part of the visa application process.

**By Mary Papenfuss**

Jan 14, 2023, 10:01 PM EST  |  **Updated** Jan 15, 2023



GO TO HOMEPAGE



"Harry could be barred from the U.S. … after his admission he has taken drugs," speculated [The Daily Mail](#) last week.

ADVERTISEMENT

Harry could "lose his visa after admitting taking cocaine and magic mushrooms," the [Mirror](#) reported.

"Harry's frank drug-taking admissions [could land him in hot water](#) with the immigration authorities in America," [The Sunday Times of London](#) reported.

The Duke of Sussex — who currently resides with wife [Meghan Markle](#) and his two children in Montecito, California — revealed in his new book, "Spare," that he has enjoyed [cannibis, magic mushrooms and cocaine](#), and that the psychedelic 'shrooms helped him perceive "the truth."

United States immigration rules warn that an applicant's "current and/or past actions, such as drug or criminal activities … may make [an] applicant ineligible for a visa," the Sunday Times noted.

GO TO HOMEPAGE

records are confidential, adding simply that decisions on applications are made on a "case by case" basis.

ADVERTISEMENT

It's not clear what kind of visa Harry has. He could have a spousal visa since his wife is a U.S. citizen. It's also possible he was granted a special O-1 visa for people with "extraordinary abilities," such as athletes or actors.

One expert told The Telegraph that Harry "would have been asked" about drug use as part of the visa application process.

If he was "truthful in his answers, he should have been denied," insisted Professor Alberto Benítez, director of George Washington University's Immigration Clinic. If he lied, his visa could now be revoked, Benítez told The Telegraph.

Benítez speculated, however, that officials may have cut Harry some slack because of his status as a member of the royal family.

"If it was 'Fred Jones' and he had this kind of a [drug] background ... he'd have a lot more scrutiny, and I could certainly see the green card being denied," Benítez said.

GO TO HOMEPAGE

But immigration lawyer Chrissie Fernandez told the newspaper that without any kind of drug conviction, Harry's past drug use is "unlikely to cause a real problem for him" regarding his visa.

Prince Harry admits taking cocaine and mushrooms in l...



## RELATED

PRINCE HARRY    ROYAL FAMILIES    UNITED KINGDOM    THE-ROYAL-FAMILY

         

 INDEPENDENT

Subscribe 

 Menu

NEWS    SPORTS    VOICES    CULTURE    LIFESTYLE    TRAVEL    PREMIUM

News > World > Americas

# Conservative group demands to know if Prince Harry admitted drug use on US visa application

The Heritage Foundation think tank wants California-based royal's application published

Abe Asher    •    Wednesday 22 March 2023 11:28    |    3 Comments



Prince Harry says marijuana 'really helped' him deal with trauma

**Sign up to our free US Evening Headlines email**

SIGN UP

☐ I would like to be emailed about offers, events and updates from The Independent. Read our privacy notice

A conservative think tank is calling for Prince Harry's US visa application to be released so Americans can see whether or not he admitted to his past drug use before moving to California in the summer of 2020.

The Heritage Foundation, one of the country's preeminent right-wing think tanks, is arguing that US officials should release the details of the prince's application so Americans can see whether or not he was "properly vetted" before being allowed to enter the country. Applicants for US visas are typically asked about their criminal history and drug use.

"This request is in the public interest in light of the potential revocation of Prince Harry's visa for illicit substance use and further questions regarding the Prince's drug use and whether he was properly vetted before entering the United States," Mike Howell, director of the foundation's Oversight Project, told the *Daily Mail*.

The foundation's push for information on Harry's visa application comes after the Prince revealed his use of a range of substances including marijuana, mushrooms, and cocaine during his promotion of his new book *Spare*.

**Recommended**

 Prince Harry reveals drugs were a 'comfort' to help deal with trauma

 Queen quizzed Meghan on Donald Trump during first meeting, says Harry

Harry writes in the book that he first took cocaine at the age of 17 and used it sparringly since then but has said that his use of marijuana and mushrooms helped him deal with past trauma.

The recreational use of marijuana is legal in California, while the state has also taken steps towards decriminalising the use of psychedelics like mushrooms. Oregon, just to the north, legalised the use of small amounts of hallucinogenic mushrooms in 2020.

During an interview to promote his book, Harry told Dr Gabor Maté in an interview that his use of the psychedelic drug ayahuasca "brought me a sense of relaxation, release, comfort, a lightness that I managed to hold on to for a period of time" and were a "fundamental part" of his life.

Nevertheless, if Harry failed to disclose his past drug use on his visa application, he could be barred from applying for US citizenship and even deported from the country where he has lived for nearly three full years. Meghan Markle, Harry's wife, is an American citizen who was born in the Los Angeles area. Their two children were both born in the US as well.

The federal government making the details of Harry's visa application public would be highly unusual — visa applications are confidential under the terms of the Immigration and Nationality Act — but Harry's past drug use could also theoretically affect future visa applications.

It is not currently clear what kind of US visa Harry holds, though the *Daily Mail* reported that he is believed to hold either a spousal visa or an O-1 visa granted to people possessing an "extraordinary ability in the sciences, arts, education, business, or athletics" or a record of extraordinary achievement in film or television.

O-1 visas are initially granted for three years, meaning that if Harry has that type of visa, he may have to re-apply this year with elements of his past drug use now public.

**Recommended**

 Royal family members wish Prince Harry a happy 37th birthday

 Prince Harry is second least popular royal behind Andrew, poll shows

 Prince Harry and Jill Biden celebrate veterans at Warrior Games event

The Heritage Foundation, which has promoted nativist policies and a hard-line approach to immigration that had a significant influence on the Donald Trump administration, has reportedly sent a dossier with info on Harry's drug use to officials at the Department of Homeland Security, US Customs/Border Protection and US Citizenship Immigration Services.

Harry and Ms Markle have aligned themselves with liberal political causes, opposing, for instance, the reversal of *Roe v Wade*.

**More about:**  Prince Harry   Meghan Markle   Harry And Meghan   Visas   US   Royals   Drugs

 **Join our commenting forum**
Join thought-provoking conversations, follow other Independent readers and see their replies

3  Comments ↓

Promoted stories                                                                     Tabqq9la Feed

**Discover the Films That Are Universally Considered Flawless**
THEFINANCIALSAVVY | Sponsored

**Golden Retriever Has The Best Reaction To Getting A New Puppy!**

HOME       MAIL       NEWS       FINANCE       SPORTS       ENTERTAINMENT       LIFE       SEARCH       SHOPPING       YAHOO PLUS       MORE

Sign up for Yahoo Life's daily newsletter

# yahoo!life

Sign in       Mail

Life     Featured     Well-being     Parenting     Style & Beauty     Food     Horoscopes     Shopping     COVID-19     Inspiring Stories

### marieclaire

## Could Prince Harry's Recent Drug Use Revelations Affect His U.S. Visa Status?

💬 105

**Rachel Burchfield**

Sat, March 25, 2023 at 11:21 AM EDT · 4 min read



Prince Harry

Prince Harry has been quite candid lately, but could his revelations in his memoir *Spare* and in subsequent interviews to promote the book potentially prove problematic for him?

### TRENDING

**After shooting, store owner makes shop a haven**

Yahoo Life · 5 min read

**'Closure is a myth': A school psychologist explains how to help students and teachers deal with...**

The Conversation · 5 min read

**Kristin Cavallari, Jana Kramer, Shawn Johnson say shooting hit too close to home. Expert share...**

Yahoo Life · 5 min read

**Katie Couric, 66, says 'endless curiosity' is 'key to aging well': 'I feel about 35'**

Yahoo Life · 4 min read

**I'm a therapist who suffered a miscarriage. We need to talk more about losing a baby**

APP. C 008

HOME      MAIL      NEWS      FINANCE      SPORTS      ENTERTAINMENT      LIFE      SEARCH      SHOPPING      YAHOO PLUS      MORE

Sign up for Yahoo Life's daily newsletter

# yahoo!life

Sign in      Mail

Life      Featured      Well-being      Parenting      Style & Beauty      Food      Horoscopes      Shopping      COVID-19      Inspiring Stories

recently in an online chat to promote *Spare* that he experimented with psychedelics well into adulthood, and that he considers hallucinogenic drugs to be a "fundamental" part of his life.

"It was the cleaning of the windscreen, the removal of life's filters—these layers of filters—it removed it all for me and brought me a sense of relaxation, relief, comfort, a lightness that I managed to hold back for a period of time," he said earlier this month to Maté. "I started doing it recreationally and then started to realize how good it was for me."

Former federal prosecutor Neama Rahmani says that, per Harry's U.S. visa status that allows him to live in the country, "an admission of drug use is usually grounds for inadmissibility. That means Prince Harry's visa should have been denied or revoked because he admitted to using cocaine, mushrooms, and other drugs." Rahmani adds that there is "no exception for royalty or recreational use."

To every point there is a counterpoint, and attorney James Leonard—who represented *The Real Housewives of New Jersey*'s Joe Giudice in his immigration case—says that Harry is not at a high risk of his visa being overturned.

"Absent any criminal charge related to drugs or alcohol or any finding by a judicial authority that Prince Harry is a habitual drug user, which he clearly is not, I don't see any issue with the disclosures in his memoir regarding recreational experimentation with drugs," he says.

Leonard explains that drug users who are not U.S. citizens would have to give immigration officials a reason to launch an investigation into the individual—like a criminal act.

"You've got to give them something that would trigger it and revealing it in a book—that you experimented with drugs when you were a young man—I don't think gets you there," he says. "Immigration is not going to do anything based on that. If he got arrested or he got a DWI, then we're having a different conversation."

yahoo!**life**

use could not be a problem in the immigration process, but in this circumstance, it is unlikely that this would present an issue. It isn't clear to me what the Duke's visa status is in the U.S., but breaking the law could be an issue in getting a visa renewed or for readmission to the U.S. But recreational drug use that has not been the subject of criminal scrutiny is unlikely to present an issue for someone's visa status."

Rahmani argues that there is "no requirement that the person actually be convicted of a drug offense" and adds that there is a loophole for drug users to stay in the U.S. if they can get a waiver to prove that their substance abuse is in remission. "Someone is considered in remission after one year of sobriety," Rahmani says. "A waiver request requires a doctor to submit medical records, but it's unclear whether Prince Harry made such a request, because immigration files are not public."

Adair says past recreational drug use is "not something that is likely to have been raised in a visa interview," so it was likely not an issue during Harry's approval process. "The drug use could be an issue if there had ever been an arrest, charge, or conviction, but recreational use would not likely come up in the visa interview," he says.

*Page Six* cites a 2021 article from *The Times* that states that Harry has no plans to seek a permanent U.S. residency, citizenship, or a "green card at any point."

ENTERTAINMENT

# Why Prince Harry is at risk of being deported from US over visa issues | Explained

Prince Harry's US visa is at risk now because of his memoir Spare in which the Duke of Sussex admitted to using recreational drugs before he left the UK after stepping down from the royal duties and shifted to the United States.

Lachmi Deb Roy | March 23, 2023 09:37:39 IST



*Harry's visa at risk; to be deported from US for drug addiction*

According to reports, a conservative think tank is calling for Prince Harry's US visa application to be released so Americans can see whether or not he admitted to his past drug use before moving to California in the summer of 2020. Now the question is what will happen to Meghan Markle if Harry gets deported from USA over visa issues? Will Harry go back to Britain? Will Meghan continue to live in US? Lets wait and watch.

The Heritage Foundation, one of the country's preeminent right-wing think tanks, is arguing that US officials should release the details of the prince's application so Americans can see whether or not he was properly vetted before being allowed to enter the country. Applicants for US visas are typically asked about their criminal history and drug use.

The Duke of Sussex, 38, wrote that he smoked marijuana while he and his family were staying at US actor Tyler Perry's house in Los Angeles in 2020, after they left Canada. In the memoir he wrote: "Late at night, with everyone asleep, I would walk the house, checking the doors and windows. Then I would sit on the balcony or the edge of the garden and roll a joint."

**You May Like**

Red Flag Symptoms of Psoriatic Arthritis Most People Are Unaware Of

StuffAnswered
Firstpost.

Learn More

  

| Firstpost | Section | Plus | Tools |
|---|---|---|---|
| About Firstpost | Front Page | Sponsored Links by Taboola | Rss Feeds |
| Press Release | Politics | Cricket Live Score | |
| | India | Cricket | |
| Facebook | Sports | Mumbai | |
| | World | Fp Exclusives | |
| | | Board Exam Results 2022 | |

In his memoir, *Spare*, Harry also reflects on sharing a 'spliff' with friends in his Eton days in a tiny washroom. He writes in the memoir, "I knew this was bad behaviour. I knew it was wrong. My mates knew too. We talked about it often, while stoned, how stupid we were to be wasting an Eton education."

"This request is in the public interest in light of the potential revocation of Prince Harry's visa for illicit substance use and further questions regarding the Prince's drug use and whether he was properly vetted before entering the United States," Mike Howell, director of the foundation's Oversight Project, told the *Daily Mail*.

The foundation's push for information on Harry's visa application comes after the Prince revealed his use of a range of substances including marijuana, mushrooms, and cocaine during his promotion of his new book *Spare*.

Harry writes in the book that he first took cocaine at the age of 17 and used it sparingly since then but has said that his use of marijuana and mushrooms helped him deal with past trauma. The recreational use of marijuana is legal in California, while the state has also taken steps towards decriminalising the use of psychedelics like mushrooms. Oregon, just to the north, legalised the use of small amounts of hallucinogenic mushrooms in 2020.

Harry also confessed to taking cocaine, ketamine and magic mushrooms, and described how he hallucinated that a bin was talking to him. He felt that the use of psychedelic drugs helped him deal with the grief and trauma he felt after the death of his mother, Lady Diana. He said using psychedelics when he got older 'cleared away the idea' that he needed be sad to prove he 'missed' his mother. During an interview to promote his book, Harry told Dr Gabor Maté in an interview that his use of the psychedelic drug ayahuasca "brought me a sense of relaxation, release, comfort, a lightness that I managed to hold on to for a period of time" and were a "fundamental part" of his life.

In the memoir *Spare*, the Duke of Sussex also describes being dragged into the office of an unnamed member of the Royal Household staff during his grandmother the Queen's Golden Jubilee in 2002 after a journalist asked the Palace about his drug-taking habits.

He revealed that he was offered a line of cocaine during a hunting weekend. Admitting that he lied to the Royal Household staff during his interrogation, Harry mentioned that taking cocaine wasn't much fun and he did it partly to be different and because he was a seventeen-year-old willing to try almost anything that would upset the established order.

He wrote: 'It wasn't much fun, and it didn't make me feel particularly happy the way the others seemed to, but it did make me feel different, and that was my main goal. To feel. To be different.'

Nevertheless, if Harry failed to disclose his past drug use on his visa application, he could be barred from applying for US citizenship and even deported from the country where he

Network18 sites    Moneycontrol    News18    CNBC TV18    Overdrive    Forbes India    TopperLearning

Copyright © 2023. Firstpost - All Rights Reserved.

Terms of use   Privacy   Cookie Policy

has lived for nearly three full years. Meghan Markle, Harry's wife, is an American citizen who was born in the Los Angeles area. Their two children were both born in the US as well.

The federal government making the details of Harry's visa application public would be highly unusual — visa applications are confidential under the terms of the Immigration and Nationality Act — but Harry's past drug use could also theoretically affect future visa applications.

It is not currently clear what kind of US visa Harry holds, though the *Daily Mail* reported that he is believed to hold either a spousal visa or an O-1 visa granted to people possessing an "extraordinary ability in the sciences, arts, education, business, or athletics" or a record of extraordinary achievement in film or television.

O-1 visas are initially granted for three years, meaning that if Harry has that type of visa, he may have to re-apply this year with elements of his past drug use now public.

*Read all the **Latest News**, **Trending News**, **Cricket News**, **Bollywood News**, **India News** and **Entertainment News** here. Follow us on* Facebook, Twitter *and Instagram*

Updated Date:    March 23, 2023 23:03:00 IST

**TAGS:**    | Buzz Patrol |    | Buzzpatrol |    | Controversial Book Spare |    | Harry And Marijuana |

## People Born 1941-1971 Are Due a Large Surprise

**TheWalletGuru.com** | Sponsored

## Forget Retinol, Use This Household Item To Fill In Wrinkles

**Beverly Hills MD** | Sponsored

Learn more

## 1 Simple Trick To Cut Your Electric Bill by 90% (Try Tonight)

★ ★ ★ ★ ★

**Electric-Saver.com** | Sponsored

Learn more

## If You Have Toenail Fungus Try This Tonight (It's Genius!)

★ ★ ★ ★ ★

wellnessguide101.com | Sponsored

Learn more

APP. C 013



# Heritage Foundation Requests Records on How Drug User Prince Harry Acquired US Visa

Elizabeth Troutman / March 23, 2023

A leading American think tank is trying to determine how Britain's Prince Harry acquired a U.S. visa after revealing his affinity for drugs such as cocaine, marijuana, "magic mushrooms" and other psychedelics.

The Heritage Foundation's Oversight Project submitted a request under the Freedom of Information Act to find out if the Duke of Sussex admitted his once-heavy drug use before moving to Montecito, California, from London with his American wife, former actress Meghan Markle in May 2020. (The Daily Signal is the multimedia news organization of The Heritage Foundation).

"This request is in the public interest in light of the potential revocation of Prince Harry's visa for illicit substance use and further questions regarding the prince's drug use and whether he was properly vetted before entering the United States," Mike Howell, director of Heritage's Oversight Project, said in a request for documents March 8.

The Oversight Project first submitted the FOIA request Feb. 22. It currently is appealing a denial of the request March 9 by U.S. Customs and Border Enforcement, which along with U.S. Citizenship and Immigration Services is one of two agencies of the Department of Homeland Security that the Oversight Project's request also names.

If the Department of Homeland Security was aware of Harry's drug use, it may have given special treatment to the prince because of the couple's fame, according to the Oversight Project. Usually, the U.S. throws out visa applications from candidates with any history of illicit drug use.

The Immigration and Nationality Act, Howell wrote, "should make him inadmissible to the United States absent the requisite waiver available to non-immigrants."

The prodigal prince chronicles his drug use in his bestselling memoir "Spare," published Jan. 10. Harry, now 38, has said that psychedelics "really helped" him to deal with mental health issues following the 1997 death of his mother, Princess Diana, sparking criticism that he glorifies dangerous drug use.

Samuel Dewey, the lawyer representing The Heritage Foundation on the FOIA request, said it seeks documents to help determine whether U.S. officials enforced immigration laws fairly. Dewey said he wants to find out whether the Department of Homeland Security appropriately processed Harry's paperwork or gave him preferential treatment based on his left-leaning political ideology.

Prince Harry has commercialized every part of his life, and the legitimacy of his U.S. visa is of public interest, Dewey said, so Harry's visa application should be released to the public.

"He has no reasonable expectation of privacy because he's commercialized every aspect of his life, which is his decision to make," Dewey told The Daily Signal. "And the second point is that there is a public interest. Did someone who's very politically active, aligned with one agenda, get preferential treatment?"

"If a bunch of people are spending a lot of time to give him preferential treatment, they may not be able to spend that time processing an applicant who doesn't have those issues, who did everything right," Dewey said.

Media outlets, including CBS News, The Daily Mail, The Daily Beast, and The Daily Mirror, have reported on Harry's abuse of illicit substances.

"From media reports, it appears this drug use was continuous and substantial, at the very least from the prince's teenage years into his 'late 20s,'" Heritage's Howell said.

Neither Prince Harry nor the Department of Homeland Security responded to The Daily Signal's request for comment.

*Have an opinion about this article? To sound off, please email letters@DailySignal.com and we'll consider publishing your edited remarks in our regular "We Hear You" feature. Remember to include the url or headline of the article plus your name and town and/or state.*

SKY NEWS LIVE                    **1:46pm** Wednesday, March 29th, 2023



Sign up          Log in

World News  ›  United Kingdom

# Intimate details of Taliban kill count and drug use in Prince Harry's book Spare could have repercussions for Sussex family

The future of Prince Harry's US visa has come into question as a result of the drug confessions made in his tell-all memoir Spare, while his kill count admission is also "not helping".

**Patrick Staveley**  Digital Reporter

🕐 **3 min read**  March 27, 2023 - 2:20PM

💬 **0 comments**

A royal commentator has slammed Prince Harry as "not very bright" for sharing intimate details in his book that may negatively impact his family's safety.

Prince Harry penned in his memoir Spare that he killed 25 Taliban fighters, an admission that writer and broadcaster Esther Krakue fears could place his family under a potential threat.

"The reality is the man is not very bright," Ms Krakue told Caroline Di Russo Sunday night's The Royal Report.

"I'm sure many people would've told him that if you're in an illegal dispute with the home office regarding your

Advertisement



🏠    **Australia**    **World**    **Opinion**    **Business**    **Lifestyle**    **Watch**    **Listen**    🔍

Prince Harry killed 25 people while serving the British Army in Afghanistan, he revealed in Spare. Picture: John Stillwell - WPA Pool/Getty Images

[Iranian officials accused Harry of committing war crimes in January](#) following his death count revelation.

APP. C 017

The Iran Foreign Ministry took to Twitter to publicly criticise the 38-year-old's actions in Afghanistan.

"The British regime, whose royal family member, sees the killing of 25 innocent people as removal of chess pieces and has no regrets over the issue, and those who turn a blind eye to this war crime, are in no position to preach others on human rights," the tweet read.

Spare was released in January, offering a further look into the life of the Duke of Sussex after the release of the Netflix series Harry and Meghan.

The couple's high profile in the media - despite not being working members of the royal family - has led to Ms Krakue suggesting they have the wrong priorities.

'Everyone's terrified': Prince Harry and Meghan becoming 'more outrageous'

"It just goes to show how short-sighted the couple are, putting 'my truth' ahead of logic and reason, even ahead of the safety of their own family because there will be repercussions," she said.

The royal writer said that as two mature-aged adults, they should be capable of making the right choices without the need for guidance.

"I've made the point that the people that were around the Sussexes at the time that they've done all these media exposes just saw dollar signs when they saw the couple so I don't think they got any decent counsel but at the same time these are grown people," she said.

"The reality is this is a short-sighted couple that had clearly other priorities other than ones that would more concern the average-day person like safety, security and dignity for that matter."

Prince Harry also publicised his history of recreational drug-taking including marijuana, magic mushrooms and cocaine which may bring his United States visa under scrutiny.



*Prince Harry admitted to drug use in his younger years. Picture: Chris Jackson/Getty Images.*

**Breaking news direct to your phone**

Get the new **Sky News Australia app on mobile and tablet devices** for the latest breaking news, opinion and analysis.
- **Download the app for Apple (iOS)**
- **Download the app for Android**

Different laws apply to US and non-US citizens and punishment for the revelations in his tell-all could force him to return to the United Kingdom.

"You have to remember that Prince Harry Is not an American citizen and even some states that have legalised the use of marijuana – that's just for American citizens," Ms Krakue said.

"Federal law with regards to non-citizens is far, far stricter with regards to drug use and any sort of illegal activities that include DUIs.

"All eyes will be on him because obviously situations that involve high-profile individuals you want to fairly apply the law because it could become quite scandalous if it's seen that Prince Harry is getting favourable treatment."

Harry and Meghan are yet to confirm their attendance at the coronation of King Charles, which is set to occur at Westminster Abbey on May 6.

World    Politics    Business    Markets    Fintech    Technology    Sports    Money

**Entertainment** | Royalty

# Lawyers discuss if Prince Harry risks US visa status over drug use

The Duke of Sussex admitted to having used cocaine, marijuana, and magic mushrooms in the past.

APP. C 020

World      Politics      Business      Markets      Fintech      Technology      Sports      Money



Prince Harry revealed in "Spare" that he used cocaine, magic mushrooms, and marijuana in the past.      (PHOTO: REUTERS)

Prince Harry may find himself having his U.S. visa revoked following revelations that he used illegal drugs during his wild partying days.

World      Politics      Business      Markets      Fintech      Technology      Sports      Money

The Duke of Sussex admitted in his memoir "Spare" that he has tried magic mushrooms and marijuana, snorted cocaine when he was a teen, and used other drugs. "Of course, I had been taking cocaine at that time. At someone's house, during a hunting weekend, I was offered a line, and since then I had consumed some more," reads a passage from his book quoted by HuffPost.

Being candid about his past experience with illicit drugs may land him back in the U.K. Former federal prosecutor Neama Rahmani said that is "usually grounds for inadmissibility" telling Page Six, "That means Prince Harry's visa should have been denied or revoked because he admitted to using cocaine, mushrooms, and other drugs" and there is "no exception for royalty or recreational use."

ADVERTISEMENT

World     Politics     Business     Markets     Fintech     Technology     Sports     Money

However, Attorney James Leonard, who represented "The Real Housewives of New Jersey" alum Joe Giudice in his immigration case, does not agree with Rahmani. He does not see any risk to the 38-year-old's visa status unless there was a criminal charge involved.

He explained, "Absent any criminal charge related to drugs or alcohol or any finding by a judicial authority that Prince Harry is a habitual drug user, which he clearly is not, I don't see any issue with the disclosures in his memoir regarding recreational experimentation with drugs."

The New Jersey-based celebrity lawyer added that Prince Harry would have to give immigration officials valid reason to launch an investigation into his visa status, like criminal acts.

APP. C 023

"You've got to give them something that would trigger it, and revealing it in a book, that you experimented with drugs when you were a young man, I don't think gets you there. Immigration is not going to do anything based on that. If he got arrested or if he got a DWI, then we're having a different conversation."

Immigration lawyer Sam Adair, an executive partner at Graham Adair, agrees with Leonard and said it is unlikely that the royal's "admissions will present a problem." He pointed out that had there "been a conviction, it would have likely been a significant issue in getting a visa."

"This isn't to say that drug use could not be a problem in the immigration process, but in this circumstance, it is unlikely that this would present an issue. It isn't clear to me what the duke's visa status is in the US, but breaking the law could be an issue in getting a visa renewed or for readmission to the US. But recreational drug use that has not been the subject of criminal scrutiny is unlikely to present an issue for someone's visa status," he explained.

World          Politics          Business          Markets          Fintech          Technology          Sports          Money

Adair said that past recreational drug use is "not something that is likely to have been raised in a visa interview" so this was likely not an issue during Prince Harry's visa approval process. He reiterated that "drug use could be an issue if there had ever been an arrest, charge or conviction, but recreational use would not likely come up in the visa interview."

Leonard agreed and said that if Prince Harry had a criminal charge, then it could absolutely affect his U.S. visa status and "whether it gets renewed or terminated." But just to admit that you used illicit drugs in the past does not.

**IBT UK Morning Brief - Let the best of International News come to you**

Sign up and stay up to date with our daily newsletter.

| Enter your email. | SIGN UP NOW |

You can unsubscribe at any time. By signing up you are agreeing to our Terms of Service and Privacy Policy.

World     Politics     Business     Markets     Fintech     Technology     Sports     Money

revoked. This would require a doctor to forward medical records to immigration. But the duke has not disclosed whether or not he had to go to rehab for his past drug use.

**READ MORE**

Prince Harry could lose US visa for being a 'druggie': expert

**This Pillowcase Brings Comfortable Sleep Like Never Before**
Vazasilk

Sponsored Links by Taboola



| 196 |

Click for Sound

Prince Harry opens up about drug use and William's 'red mist'

| NEWS | POLITICS | FOOTBALL |
| CELEBS | TV | MONEY |

## Prince Harry could lose his US visa after admitting taking cocaine and magic mushrooms

**The Duke of Sussex's shock revelation in his Spare memoir could see him miss out on extending his visa**

By Sean McPolin
14:12, 8 Jan 2023  |  UPDATED 17:04, 8 Jan 2023

| 196    BOOKMARK

Prince Harry 's shock cocaine and magic mushrooms admission could put his US visa at risk.

The Duke of Sussex, who moved to the US in 2020, admitted taking drugs in leaked extracts from his upcoming Spare memoir.

This School Cop Sees Student In Corner, Then Burst Into Tears When She Finds Out Why!
Viral New Online | Sponsored Link by Taboola

Entry to the States is granted on a "case-by-case" basis with rules stating an individuals "current or past actions, such as drug or criminal activities" could cause the applicant to be ineligible for a visa.

PRIVACY

The 38-year-old has revealed he took cocaine when he was 17 and on a shooting weekend and had done "a few more lines" on other occasions.

He has also taken magic mushrooms at a celebrity party in California, which caused him to hallucinate, as well as admitting to smoking cannabis after his first date with **Meghan Markle** in London back in 2016.

 **Harry claims the Queen was 'sad' but 'wasn't angry' at him quitting Royal Family**



Get our daily royal round-up direct to your inbox

Enter your email...                                                     Sign up



**In Harry's new book he reveals he first took cocaine at the age of 17** (     Image: Tim Graham Photo Library
via Get)

## MOST READ

1

**Teenager refused to return to school after being sent home for 'lingerie outfit'**

2    **Man plays squatters at own game after they move into his grieving mum's house**

3    **Neighbour's threatening note orders mum to keep kids quiet between 7am and 7pm**

It's unknown what visa **Prince Harry** has, with most suggesting it would most likely be a spousal visa due to the Duchess of Sussex's US citizenship.

But the prince may have been granted special dispensation for people with "extraordinary ability".

NEWSLETTER SIGNUP

World     Politics     Business     Markets     Fintech     Technology     Sports     Money

**Entertainment** | Royalty

# Prince Harry could lose US visa for being a 'druggie': expert

The Duke of Sussex admitted in "Spare" that he used cocaine, marijuana, and magic mushrooms.

APP. C 029

World     Politics     Business     Markets     Fintech     Technology     Sports     Money

P rince Harry's revelations about his use of illicit drugs may have dire consequences, according to an immigration expert who said that substance abusers are normally barred from getting visas to the U.S.A.

In his memoir "Spare," the 38-year-old admitted to having used cocaine, marijuana, and magic mushrooms during his wild, partying days. He said that it was his coping mechanism since it helped him numb the pain he felt from losing his mother, Princess Diana.

But this revelation puts the Duke of Sussex in danger of being evicted from the Montecito mansion he shares with Meghan Markle and their children Archie and Lilibet. It could allegedly lead to his U.S. visa being revoked.

World     Politics     Business     Markets     Fintech     Technology     Sports     Money

Prof. Alberto Benitez, director of the Immigration Clinic at George Washington University, pointed out that when <u>Prince Harry</u> applied for a U.S. visa he would have been asked about drug use.

**READ MORE**

Prince Harry labelled paranoid and delusional by psychiatrist

He told <u>Globe</u>, "If he was truthful in his answers, he should have been denied" and added that if he did deny using illicit drugs, then he would be guilty of perjury.

Prof. Benitez noted, "If he wasn't Prince Harry, if it was "Fred Jones" and he had this kind of a background, he'd have a lot more scrutiny and I could certainly see the green card being denied."

It is believed that the duke currently has a three-year "0-1" U.S. visa given to athletes and celebrities, which would expire at the end of 2023. He might face hurdles getting it renewed following his revelations in "Spare."

Prince Harry moved to the U.S.A. after he and Meghan Markle left their royal duties in 2020. They initially lived in Canada but after King Charles III removed their security detail and with the paparazzi stalking them, they had to act quickly and move out of the country.

World      Politics      Business      Markets      Fintech      Technology      Sports      Money

U.K. as the duke himself told Anderson Cooper in an interview that he has no intention of returning as a working royal.

## IBT UK Morning Brief - Let the best of International News come to you

Sign up and stay up to date with our daily newsletter.

| Enter your email. | SIGN UP NOW |
|---|---|

You can unsubscribe at any time. By signing up you are agreeing to our Terms of Service and Privacy Policy.



Harry and his elder brother William are reportedly no longer on speaking terms          (PHOTO: AFP NEWS)

BY **JACK ROYSTON** ON 3/22/2



**Stay up to date with the latest from Newsweek**

Notifications can be turned off any time from browser settings.

NEWS          ROYAL FAMILY          PRINCE HARRY          VISA          DRUGS

Listen to this article now

Powered by **Trinity Audio**

00:00                                                                          04:28

Prince Harry's account of taking an array of illegal drugs in his memoir *Spare* has led a conservative think tank to raise the prospect of "the potential revocation of Prince Harry's visa for illicit substance use."

The Washington, D.C.-based Heritage Foundation wants U.S. authorities to

×

>

to disclose any dru⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱ such as cocaine, marijuana, mushro⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱

Mike Howell, director of the foundation's Oversight Project, told the *Daily Mail*: "This request is in the public interest in light of the potential revocation of Prince Harry's visa for illicit substance use and further questions regarding the Prince's drug use and whether he was properly vetted before entering the United States."

In 2020, Harry and Meghan Markle left Britain for a new life in America to escape a wave of hostile media coverage, which they said the royal family was not helping them deal with. Much of their criticism focused on the British press, particularly the tabloids, which the couple said were uniquely intrusive and hostile.

**NEWSWEEK NEWSLETTER SIGN-UP >**



Prince Harry and Meghan Markle are seen onstage at Global Citizen Live in New York City's Central Park on September 25, 2021. The Heritage Foundation wants U.S. officials to release Prince Harry's visa application.

GOTHAM/WIREIMAGE

Some observers may have expected the couple's experience in America to be more positive. For a long time it was, though this has become more complicated during their time in California and particularly in the months since the publication of *Spare*.



**Stay up to date with the latest from Newsweek**

Notifications can be turned off any time from browser settings.

There has been a [                                            ]olling. They are now significantly le[                                            ]in at the time they chose to leave.

In January, Meghan was liked by 26 percent of Americans and disliked by 39 percent, giving her a net approval rating of -13, in polling done by Redfield & Wilton for *Newsweek*.

## NEWSWEEK SUBSCRIPTION OFFERS >

By contrast, a majority of Brits liked Meghan as late as November 2019, two months before they announced they were stepping down as working royals and moving to Canada. That data, collected by YouGov, showed 54 percent liked the duchess and 34 percent disliked her, giving her a net approval rating of +20.

Harry was liked by 31 percent and disliked by 38 percent of Americans in January, giving him a net approval rating of -7. This compares with the 72 percent of Brits who liked him and 21 percent who disliked him in November 2019, adding up to a net approval rating of +51.

In addition, some American comedians have ridiculed Harry's memoir, including Jimmy Kimmel, Jimmy Fallon, Chris Rock and Trevor Noah.

**READ MORE**

- Meghan Markle gets boost in sister Samantha's libel lawsuit
- Meghan Markle's mother's touching gesture months after suicidal thoughts
- Prince William accused of "performative PR" on racism after Meghan silence

the prince's critics



**Stay up to date with the latest from Newsweek**

Notifications can be turned off any time from browser settings.

Harry and Meghan have faced genuine threats to their security, including a suspicious white powder—which turned out to be harmless—that was intercepted in a racist letter sent to St. James's Palace in 2018. However, nothing in Britain has yet had consequences comparable to the prospect of Harry being deported from the U.S.

In *Spare*'s account of his drug use, Harry wrote: "Psychedelics did me some good as well. I'd experimented with them over the years, for fun, but now I'd begun to use them therapeutically, medicinally. They didn't simply allow me to escape reality for a while, they let me redefine reality.

"Under the influence of these substances I was able to let go of rigid preconcepts, to see that there was another world beyond my heavily filtered senses, a world that was equally real and doubly beautiful—a world with no red mist, no reason for red mist. There was only truth."

He went on: "After the psychedelics wore off my memory of that world would

✕

an illusion. I alway⟨...⟩ as, after

nibbling a mushro⟨...⟩r myself."

*Jack Royston is chief royal correspondent for* Newsweek*, based in London. You can find him on* Twitter *at* @jack_royston *and read his stories on* Newsweek*'s* The Royals Facebook page*.*

**Do you have a question about King Charles III, William and Kate, Meghan and Harry, or their family that you would like our experienced royal correspondents to answer? Email royals@newsweek.com. We'd love to hear from you.**



Hindustantimes wants to start sending you push notifications. Click allow to subscribe

| I'll do this later | Allow |

Entertainment    Cricket    Lifestyle    Astrology    Edi

Stories    Bihar 10th Result    Trending    Quiz    Videos

Home  /  World News  /  Prince Harry to be deported from US? He's at risk. Here's why

## Prince Harry to be deported from US? He's at risk. Here's why

By **Mallika Soni**

Mar 22, 2023 01:01 PM IST

Prince Harry: The Heritage Foundation claimed that Prince Harry's visa application should be made public. Here's why

Advertisement

Ads by Google

Send feedback

Why this ad? ▷

Prince Harry may be struggling to keep his US visa in place following the release of his memoir Spare in which the Duke of Sussex admitted to using recreational drugs before he left the UK aft down from the royal duties and shifted to the United States. A report in the Daily Mail revealed that a conservative research institute is in a heated dispute with US officials who are rejecting requests to publish details of Prince Harry's visa application.

OPEN APP



APP. C 039



**Read more: Prince Harry 'was asked to give a month's notice before UK trips'. Here's why**

The Heritage Foundation claimed that Prince Harry's visa application should be made public so that it can be known whether he revealed about his use of drugs before entering the US or not. The director of the Heritage Foundation's Oversight Project, Mike Howell, said as per Daily Mail, "This request is in the public interest in light of the potential revocation of Prince Harry's visa for illicit substance use and further questions regarding the Prince's drug use and whether he was properly vetted before entering the United States".

A spokesman for the US State Department said as per the report, "Visa records are confidential under Section 222(f) of the Immigration and Nationality Act (INA); therefore, we cannot discuss the details of individual visa cases."



OPEN APP

**Read more: Argument in royal family? Over Prince William's son in coronation. Here's why**

In his tell-all memoir Spare, Prince Harry admitted to using cocaine, cannabis and magic mushrooms, claiming that psychedelics and marijuana "really helped" him deal with his "trauma", while cocaine use for him was more of a "social thing".

Prince Harry said in an interview while promoting his memoir, "(Cocaine) didn't do anything for me, it was more a social thing and gave me a sense of belonging for sure, I think it probably also made me feel different to the way I was feeling, which was kind of the point. Marijuana is different, that actually really did help me."

SHARE THIS ARTICLE ON

Get Latest World News along with Latest News from India at Hindustan Times.

---

**ABOUT THE AUTHOR**

 **Mallika Soni**

When not reading, this ex-literature student can be found searching for an answer to the question, "What is the purpose of journalism in society?"

...view detail

---

## TOPICS

Prince Harry Meghan Markle        Prince Harry        + 1 More

← 
Ads by Google

Send feedback

Why this ad? ▷

OPEN APP



 SheFinds  + Follow   View Profile

## Prince Harry's Admitted Drug Use Could Affect His Ability To Fly To The Coronation

Story by Georgia Dodd • Sunday





Prince Harry's Admitted Drug Use Could Affect His Ability To Fly To The Coronation
© Splash News

In his bombshell memoir, *Spare,* Prince Harry, 38, admitted using the drugs cocaine, cannabis, and magic mushrooms in the past. A lawyer says that this could threaten his US visa, saying that there was "no exception for royalty." The conservative think tank, Heritage Foundation, is calling for the Duke of Sussex's US visa application to be released to see whether he admitted his drug use before coming to California with his wife Meghan Markle, 41, in 2020.



**APP. C 043**

BL★ST (https://theblast.com/)

Send us a Tip (https://theblas

Click (tel:+18444125278)or 844.412.5278

(https://www.facebook.com/TheBlastnews)



# Prince Harry's US Visa Could Be At Risk After Admitting To Drug Use In Memoir

by Favour Adegoke (https://theblast.com/author/favouradegoke/) Posted on March 24, 2023 at 12:00 am

**Prince Harry'** (https://theblast.com/444011/prince-harry-virginity-taker-slams-meghan-markle/)s US visa status is reportedly being questioned following his admission to using drugs in his memoir, *Spare* (https://theblast.com/412760/prince-harry-spare-records-sales-leaks/). One argument posits that the Duke's visa should have been revoked as there is "no exception for royalty."

Harry admitted to using cocaine, weed, and mushrooms, in his memoir and interviews. In a chat with trauma expert Gabor Maté, the Prince said hallucinogenic drugs are "fundamental" in his life. He moved to America with his family in 2020 and doesn't plan to "seek a permanent US residency" soon.

Read on to find out more.

Lawyers Are Debating On Prince Harry's Visa Status



**MEGA**

Former Federal prosecutor Neama Rahmani is one of the multiple lawyers who recently spoke to _Page Six (https://pagesix.com/2023/03/21/lawyers-reveal-prince-harrys-drug-use-could-affect-us-visa/)_ about the possibility of Prince Harry's admission to using drugs affecting his visa to stay in America. He said, "An admission of drug use is usually grounds for inadmissibility."

Rahmani continued, "That means Prince Harry's visa should have been denied or revoked because he admitted to using cocaine, mushrooms and other drugs." He insisted that there should be "no exception for royalty or recreational use."

Attorney James Leonard, who famously represented reality star Joe Giudice (https://theblast.com/431036/joe-giudice-shady-comment-theresa-giudice/) in his immigration case, disagreed with Rahmani's statement that Harry's visa is at any real risk. He explained that the Royal has no "criminal charge related to drugs or alcohol" and is clearly not a "habitual drug user."

## Prince Harry Admitted To Using Various Drugs



**MEGA**

In Harry's recently released memoir, *Spare*, he admitted that he used to drink heavily and used weed and cocaine multiple times in the past. During an online interview with trauma expert Gabor Maté, Harry said hallucinogenic drugs are a "fundamental" part of his adult life.

He stated, "It was the cleaning of the windscreen, the removal of life's filters — these layers of filters — it removed it all for me and brought me a sense of relaxation, relief, comfort, a lightness that I managed to hold back for a period of time."

The Duke of Sussex explained that he only ever did cocaine as a teenager and said it was a social thing that "wasn't much fun." However, about weed, Harry said he "started doing it recreationally and then started to realize how good it was for me," so it's still present in his life.

It's Unlikely His Visa Will Be Affected





Attorney Leonard explained to *Page Six* that normally, all drug users have to raise certain red flags to make immigration officials investigate their status. He said, "You've got to give them something that would, you know, and revealing it in a book, that you experimented with drugs when you were a young man, I don't think gets you there."

Sam Adair, another immigration lawyer and specialist with decades of experience, also agrees that it's unlikely Harry's drug admissions will "present a problem." He said, "If there had been a conviction, it would have likely been a significant issue in getting a visa."

Adair also added that usually, drug use could still be an issue in many cases, but "in this circumstance, it is unlikely that this would present an issue." Despite the contrary opinions, Rahmani insisted that there's no specific "requirement that the person actually be convicted of a drug offense."

## Prince Harry Moved To America With His Family



**MEGA**

Prince Harry moved to America with his wife, Duchess Meghan Markle, and their young son, Prince Archie, in 2020. The move came after the couple quit their roles as senior officials in the British Royal Family.

Harry and Meghan now live in an £11 million mansion in Santa Barbara with their son and daughter, Princess Lilibet. In 2021, a source claimed to *The Times* that Harry has made no plans to obtain US citizenship, permanent residency, or a "green card at any point."

If any issues do come up with Harry's visa, another immigration attorney has told *Page Six (https://pagesix.com/2023/03/21/lawyers-reveal-prince-harrys-drug-use-could-affect-us-visa/)* that Markle, a US citizen by birth, can sponsor her husband. One method could be through the O-1 visa, which is already used by non-American celebrities like Justin Bieber and Rachel McAdams.

**Related to what you're reading:**


Royal Family Reportedly On Edge As They 'Expect' Harry & Meghan Markle To Attend Coronation

(https://theblast.com/444759/prince-harry-meghan-expected-at-king-charles-coronation/)


Meghan Markle Labeled A 'Manipulative Witch' For Going To Diana's Grave Amid Memoir Drama

(https://theblast.com/406402/meghan-markle-labeled-a-manipulator-for-going-to-dianas-grave-amid-royal-family-drama/)


Prince Harry's Upcoming Memoir Reportedly Has The Entire Royal Family 'Nervous'

(https://theblast.com/332784/prince-harrys-upcoming-memoir-reportedly-has-the-entire-royal-family-nervous/)


Meghan Markle Didn't Fit In As A Teenager, Claims She Was 'Ugly Duckling'

(https://theblast.com/311920/meghan-markle-didnt-fit-in-as-a-teenager-claims-she-was-ugly-duckling/)


Prince Willia... Jetting Ove... During Lilibet

(https://theblast... william-kate-n... 100-miles-aw... birthday/)

---

 (https://theblast.com/)

ABOUT THE BLAST (HTTPS://THEBLAST.COM/ABOUT/)
PRIVACY POLICY (HTTPS://THEBLAST.COM/PRIVACY-POLICY/)
TERMS OF USE (HTTPS://THEBLAST.COM/TERMS-OF-USE/)
REVIEWS (HTTPS://THEBLAST.COM/REVIEW/)
CONTACT (HTTPS://THEBLAST.COM/CONTACT/)

# NEWSBLAST SIGN-UP

(https://www.facebook.com/TheBlastnews)    (https://www.instagram.com/blast/)

(https://twitter.com/theblastnews)    (https://www.youtube.com/theblast)

**Send us a Tip (https://theblast.com/have-a-tip/)**
Click (tel:+18444125278)or 844.412.5278 (tel:+18444125278)

**NEWS** › **WORLD NEWS** • News

# Prince Harry's past drug use raises questions about US visa

A conservative think tank wants to know if the Duke of Sussex failed to disclose his past drug use on his visa application, a potential violation that could lead to deportation



Prince Harry pointed out that he has done everything for the past six years privately to get through to his family. (Henry Nicholls/WPA Pool/Getty Images)

By **MARTHA ROSS** | Bay Area News Group
PUBLISHED: March 22, 2023 at 6:00 a.m. | UPDATED: March 22, 2023 at 6:22 a.m.



Prince Harry continues to learn that not everyone in his adopted homeland is happy about him being here. The latest group of Americans to come after the renegade British royal is the Heritage Foundation, which is pushing to find out whether the husband of Meghan Markle admitted to his past drug use when he applied for a visa to live in the United States.

The conservative think tank said it is in a battle with the U.S State Department, which is refusing to release any details about the Duke of Sussex's visa application, the Daily Mail said. The group wants to know if Harry admitted using marijuana, cocaine and psychedelics on his application when he moved to the United States in 2020. If he failed to disclose his prior drug use, he could be accused of lying on his application, the group says. U.S. immigration law imposes harsh penalties for visitors and potential immigrants who lie to officials, including deportation and being barred from applying for citizenship.

The demand to see Harry's application comes after Harry openly discussed using marijuana and cocaine in his book "Spare" and in the accompanying media blitz. While Harry claimed he only used cocaine as a teen, he admitted to experimenting with psychedelics well into his adulthood. In a recent online conversation with trauma expert Gabor Maté, Harry spoke openly about his recreational use of psychedelics and said the drugs helped him deal with past traumas.

"I started doing it recreationally and then started to realize how good it was for me," Harry said. "I would say it is one of the fundamental parts of my life that changed me and helped me deal with the traumas and the pains of the past."

Mike Howell, director of the Heritage Foundation's Oversight Project, told the Daily Mail that Harry's admitted use of illegal substances raises questions about what he said on his application, whether he was properly vetted before entering the United States and whether he continues to use drugs.

Thus far, the State Department has refused to make Harry's visa application public, with a spokesperson telling the Daily Mail: "Visa records are confidential under Section 222(f) of the Immigration and Nationality Act (INA); therefore, we cannot discuss the details of individual visa cases."

Legal experts are divided over whether Harry's past drug use jeopardizes his ability to stay in the United States to live and work. Harry and Meghan, a former Hollywood TV actor, live in Montecito, where they are raising their two young children. The son of King Charles III also has a position as "a chief impact officer" for a San Francisco mental health startup, BetterUp, and presumably uses Montecito as his base for working on the couple's production deals with Netflix and Spotify.

"An admission of drug use is usually grounds for inadmissibility," former federal prosecutor Neama Rahmani told Page Six. "That means Prince Harry's visa should have been denied or revoked because he admitted to using cocaine, mushrooms and other drugs."

Rahmani, president of Los Angeles-based West Coast Trial Lawyers, also said that there is "no exception for royalty or recreational use."

But James Leonard, a New Jersey-based attorney who represented "The Real Housewives of New Jersey" star Joe Giudice in his immigration case, disagreed with Rahmani that Harry's U.S. status was at risk.

"Absent any criminal charge related to drugs or alcohol or any finding by a judicial authority that Prince Harry is a habitual drug user, which he clearly is not, I don't see any issue with the disclosures in his memoir regarding recreational experimentation with drugs," Leonard told Page Six.

Leonard said immigration officials need a reason to launch an investigation into a person's status, such as the person being arrested for a criminal act. "You've got to give them something that would trigger it, and revealing it in a book, that you experimented with drugs when you were a young man, I don't think gets you there," he said.

It's not known what type of visa Harry holds, but analysts speculate he either holds a spousal visa — sponsored by his American wife — or an O-1 visa which is given to people with "extraordinary ability," the Daily Mail said. Other celebrities known to be in the United States on an O-1 visa include Canadian singer Justin Bieber and Australian actor Hugh Jackman.

That the Heritage Foundation has made Harry's visa an issue probably shouldn't come as a surprise. Since Harry and Meghan's acrimonious departure from royal life, the couple have irked U.S. conservatives with their progressive politics and

The foundation said that "public confidence" in the U.S. government would be undermined if it appeared that its agencies failed to properly vet such a high-profile individual or if Harry admitted his past drug use but "received preferential treatment" and was allowed to stay in the United States anyway.

US officials can stop people who have committed drug offenses from entering the country. Suspected drug abusers applying for visas also may be required to answer additional questions about their medical history or take a medical exam to prove that they are not still using drugs. For example, TV chef Nigella Lawson was initially banned from flying to the United States in 2014, four months after she admitted she once used cocaine with her husband in 2010.

Report an error

Policies and Standards

Contact Us

The Trust Project

Tags:  **Celebrities**,  **Celebrity Alert**,  **Coffee Break**,  **Drugs**

 **Martha Ross** | Features writer

Martha Ross is a Bay Area News Group features writer for The Mercury News and East Bay Times who covers everything and anything related to popular culture, society, health, women's issues and families. She has previously reported or edited for Bay Area news and lifestyle publications, including Walnut Creek Patch, and Diablo, Oakland and Alameda magazines, as well as The Nation in Bangkok, Thailand and The Economist. She graduated from Northwestern University with a BA degree in German studies and from Mills College with a MFA degree in creative writing and English.

Follow Martha Ross @marthajross



Sign in                    GO    SUN VOUCHER

UK Edition    |    Search



News > Royal

## PRINCE'S PAPERS Prince Harry's US visa under scrutiny after duke's shocking drug admissions, lawyer claims

Sarah Grealish

**Published**: 10:55, 22 Mar 2023    **Updated**: 10:56, 22 Mar 2023

**PRINCE Harry's US visa could be under scrutiny after he admitted using drugs, a lawyer has claimed.**

The Duke of Sussex detailed his past drug use in his





2

**Harry's Visa status could be called into question because of his past drug use, lawyers claim**



**In his explosive autobiography, Prince Harry confesses to snorting cocaine several times**

In his memoir, Harry admits he regularly smoked cannabis and misused alcohol as a teenager.

And in a TV interview, he admitted using Class A ayahuasca, a high from Amazon rainforest vines, to

inadmissibility.

## MORE ON HARRY



### HAZ ENOUGH
**Harry &...**



### HARRY'S FEARS
**Harry...**



### MEGA BUCKS
**Meghan...**

"That means Prince Harry's visa should have been denied or revoked because he admitted to using cocaine, mushrooms and other drugs."

She added that there is "no exception for royalty or recreational use."

However, Immigration expert Attorney James Leonard, disagrees, saying Harry is "clearly not" a "habitual drug user" currently.

In his book Harry wrote: "Of course I had been doing cocaine around this time.

## MOST READ IN THE SUN



**BOX OFFICE** Susanna Reid speechless after Anthony Joshua's bizarre antics in GMB interview



**O'Grady dies 'unexpectedly but peacefully' aged 67**



**NEW FACE** **This Morning reveals huge comedian as Phillip Schofield's replacement**

"At someone's country house during a hunting weekend, I'd been offered a line, and I'd done a few more since.

"It wasn't much fun, and it didn't make me particularly happy, as it seemed to make everyone around me.

"But it did make me feel different, and that was the main goal. Feel. Different.

"I was a deeply unhappy 17-year-old willing to try almost anything that would alter the status quo. That was what I told myself anyway."

He goes on to describe his experiences under the effects of magic mushrooms.

Harry described how his pals went to the fridge for a drink, writing: "While the door was open, we spotted a huge box of black diamond mushroom chocolates.

"Someone behind me said they were for everybody. Help yourself, boys.

"My mate and I grabbed several, gobbled them, washed them down with tequila."

But it soon turned into a nightmare as he began





**'DIDN'T KNOW THAT!'** People are only just realising what Asda...

**BOX OFFICE** Susanna Reid speechless after Anthony Joshua's...

"I stepped on the pedal and the head opened its mouth. A huge open grin.

"I laughed, turned away, took a p***. Now the loo became a head too. The bowl was its gaping maw, the hinges of the seat were its piercing silver eyes. It said, 'Aaah'."

# Sign up to The Sun's

**Topics**   Books   Drugs   Royal Family   Meghan Markle

Prince Harry   Prince William   United States

ISEMENT

Privacy Policy | Feedback   f Follow 22.1M        Wednesday, Mar 29th 2023 10AM **52°F**   1PM **60°F**   **5-Day Forecast**



**Home** | **U.K.** | **Politics** | **Sports** | **Showbiz** | **Australia** | **Femail** | **Health** | **Science** | **Money** | **Video** | **Travel** | **Shop**

Breaking News   Russia-Ukraine   US Economy   Joe Biden   Donald Trump   Bryan Kohberger   Prince Harry   World News   Most read                          Login

ADVERTISEMENT

# EXCLUSIVE: 'Did he lie or was he given special treatment?' Conservative group insists government comes clean on Prince Harry, demanding to know how he got his US visa despite his admitted illegal drug use

Site ○ Web   Enter your search

ADVERTISEMENT

- **The Heritage Foundation is investigating Prince Harry's immigration filings to determine if he disclosed his previous illegal drug use or got a special waiver**
- **Harry admitted to taking cocaine, mushrooms and cannabis – an admission that could have resulted in his visa application being denied if declared on the form**
- **'I think the public will be really outraged if he was admitted to the US through a system of preference and privilege,' a think tank rep told DailyMail.com**

By **JOSH BOSWELL FOR DAILYMAIL.COM**
**PUBLISHED:** 15:58 EDT, 23 March 2023 | **UPDATED:** 18:17 EDT, 23 March 2023

**491**
shares

**576**
View comments

A think tank's probe into Prince Harry's immigration filings could have 'major implications' for his future in the United States, investigators told DailyMail.com – and could soon end up in court.

The Heritage Foundation, a conservative research institute focused on public policy, is currently battling with the Department of Homeland Security (DHS) to get a copy of the **Duke of Sussex**'s visa filings under the Freedom of Information Act.

A director at the think tank and their lawyer told DailyMail.com the immigration documents could expose a thorny diplomatic issue: whether Harry declared his previous illegal drug use, and whether DHS officers gave him special treatment.


**Top Stories**
by **Daily Mail**

## TOP STORIES


▶ **'I would do it again': Jeremy Renner fights tears in first interview since horrific snowplow accident where he describes breaking 30 bones after being crushed by snowplow**


▶ **'It's a dangerous race that no one can predict or control': Elon Musk, Apple co-founder Steve Wozniak and 1,000 other tech leaders call for pause on AI developm...**

▶ **'Gwyneth looked like a snotty so-and-so':** Journalist details

APP. C 061

ISEMENT

Wl
ev

Ar
tha
all

00:05                                                          01:00



+11
View gallery

US think tank,The Heritage Foundation is investigating Prince Harry's immigration filings to determine if he disclosed his previous illegal drug use on his application or obtained a special waiver



+11
View gallery

The Duke of Sussex openly discussed how he experimented with drugs in his youth, including cocaine, magic mushrooms, and marijuana, in his new memoir and in recent interviews

▶ 'enervating' exchange with Gwyneth Paltrow who was 'not pleasant'

▶ 'Trans Day of Vengeance' WILL go ahead at the Supreme Court despite Nashville school trans shooter Audrey Hale killing six in bloody rampage as Marjorie Taylor ...

▶ 'It's the one thing I resent about my parents' Sam Neill, 75, shocks fans as he reveals his real name after being forced to change it

▶ No heavy lifting, hassle or unreliable airlines. What's the price you'd pay for this? ROAR AFRICA's Wildest Safari on Earth aboard the Emirates Executive Private Jet costs $149,200/person
SPONSORED

ADVERTISEMENT

▶ Female Russian medics 'are being pressured into becoming sex slaves and are "passed around" between officers or beaten'

▶ EXCLUSIVE: What crime? Australian, Canadian, and European revelers flock to Spring Break mecca Cancun for week of wild partying as US college students heed gove...

▶ Emotional Kamala tours 'slave castle' in Ghana and backs Critical Race Theory as she says 'the horror of what happened here... must be taught'

▶ New weight loss shot melts fat WITHOUT nasty side effects of Ozempic and Wegovy, study suggests

▶ Horrifying moment thief who stole police car leaps from driver's seat of speeding cruiser, then dies after smashing his head and neck on road

ISEMENT

ADVERTISEMENT



**A rather tipsy and red faced Prince Harry is pictured leaving the Embassy nightclub in London with several boozy pals and his brother William in 2006**

Harry admitted to taking **cocaine, magic mushrooms and cannabis in his memoir, Spare, and in interviews.**

The Heritage Foundation argues that means he either lied on his form – usually a surefire way to get kicked out of the country – or DHS gave him a special waiver.

In an attempt to find out, they filed a request with the government agency under the Freedom of Information Act on March 8 this year.

In an exclusive interview with DailyMail.com, the Foundation's attorney and former top Congressional counsel Samuel Dewey revealed that DHS officials are currently scrambling to find records on the Prince, who has several different official titles and legal names that he may have used on his US immigration application.

Dewey added that if he doesn't get a satisfactory response by April 12, they will be suing the government in a Washington DC federal court.

'Even if he came in through a visa, it still has to be cleared by DHS, because you also have to be admissible to the country,' Dewey said.



**In Spare and the TV interviews that followed, Harry admitted taking cocaine, cannabis and magic mushrooms**

▶ I was with my husband for 17 years and had three children when a DNA test revealed we're COUSINS

EXCLUSIVE **Andie MacDowell, 64, cuts a glam figure in a hot pink suit as she joins Helen Mirren, 77, to shoot L'Oreal advert in Paris**

▶ How to banish your belly fast: This is the simple trick to reducing bloat - and how it can help you shed 2kg in a week

▶ Brooke Shields looks incredible in sun-soaked bikini snaps from family getaway to Turks and Caicos... after addressing Pretty Baby controversy

▶ 'It works like a charm!' Professional organizer reveals genius $20 decluttering hack that will help people get rid of unused junk (but not everyone agrees with ...

▶ Heiress daughter of billionaire pharma tycoon is branded 'entitled' by judge, as he refuses to award her $228m she demanded after brother quadrupled firm's valu...

EXCLUSIVE: Barack and Michelle Obama are given permission to break an important rule as they climb the Sydney Harbour Bridge

APP. C 063

ISEMENT

▶ - as the ex-President shares a mome...



▶ **Nashville school massacre shines spotlight on mental health problems, hormone treatments and growing militancy in the trans community**

▶ **Halsey flashes her nipple piercings in a cropped sheer tank top as she leaves a Depeche Mode concert**



▶ **Happiest cities in US revealed: Fremont, California, tops list with best wages, home prices and mental health, with Detroit in last place - and NYC coming 57th**



ADVERTISEMENT

'Our request concerns whether or not he's admissible without a waiver, given his long history of narcotics use.

'Individuals in the past with that history have not been let into the country.'

In 2014 celebrity chef Nigella Lawson was banned from flying to the US because she confessed to taking drugs.

Libertines frontman Pete Doherty was also famously banned from the US due to drug-related arrests.

+11
View gallery

**The Heritage Foundation has requested access to Prince Harry's records from DHS through the Freedom of Information Act**

▶ **REVEALED: Hero Nashville cop who took down transgender school shooter is Marine Corps vet who responded to Christmas 2020 bombing - while work partner was award...**



▶ **World Health Organization says healthy children and teens probably don't need a Covid vaccine**



'Where billionaires come to play!' Stunning mega mansion in ultra-exclusive ski resort Vail hits the market for $21

ISEMENT

+11
View gallery

Attorneys at the foundation told DailyMail.com, DHS officials are currently scrambling to find records on the Prince, who has several different official titles and legal names that he may have used on his documents

+11
View gallery

+11
View gallery

British celebrity chef Nigella Lawson was banned from flying to the US in 2014 because she confessed to taking drugs. Libertines frontman Pete Doherty was also famously banned from the US due to drug-related arrest

▶ MILLION - and comes complete with breathtaki...

▶ Australian porn star Angela White breaks her silence on horror on-set injury after reports she 'almost died during hour-long sex scene'

▶ Brazen serial squatter is forced to flee Texas home after changing locks, faking LEASE and going on camera to insist she was entitled to stay there with her fam...

▶ Dakota and Elle Fanning make a rare joint appearance as they enjoy a sisters' night out at Hollywood Reporter and Jimmy Choo dinner

▶ First ever case of human being struck down by killer plant fungus: Healthy Indian mushroom hunter was left with agonising abscess in his windpipe

▶ Woman who had a flower seed lodged inside her cheek for THREE WEEKS captures the horrifying (yet satisfying) moment it popped out of her salivary gland after do...

▶ Is Adam Sandler the luckiest man in Hollywood? Star, 56, kisses model wife before holding hands with Jennifer Aniston at Murder Mystery 2 premiere

▶ Rita Ora goes braless in a sheer dress with racy cut outs at fittings ahead of her stint on The Voice Australia

ADVERTISEMENT

ISEMENT

The attorney, who was formerly in charge of oversight and investigations on the US House of Representatives Financial Services Committee, told DailyMail.com that in order to get Harry's records, there needs to be a public interest that defeats any privacy concerns.

'There's a precedent for getting this immigration information from the immigration authorities,' he said.

'The first question that a court will ask is, how much of a privacy interest is there here? And we think it's as low as it can be.'

'This is a public figure who's been notoriously open for commercial gain,' the attorney said.

'He has so aggressively put himself into the public for his commercial benefit that it's a perfect storm of diminished privacy rights.'

The lawyer joked that he would ask the judge to 'watch the South Park episode' – referring to the satirical, irreverent cartoon which skewered Prince Harry and Meghan Markle by portraying 'the Prince of Canada and his wife' embarking on a 'worldwide privacy tour', loudly demanding 'privacy' while also hawking a tell-all book and media appearances.

'The second question the court will ask is what is the public interest?' Dewey said.

'We've got a serious problem with our immigration system in this country. And a big part of that problem is laws are not being enforced.

'So the question is, was preferential treatment given to Prince Harry because of who he was? Was the process not followed? If it wasn't, that's a big deal.



+11
View gallery

**Harry spoke about his 'positive' experience of psychedelic drug ayahuasca which allegedly helps treat people suffering from mental illness**

▶ REVEALED: LIV Golf stars 'will have to pay up to FOUR TIMES their signing fee if they decide to pull out of Saudi-backed series'... leaving some players facing ...


▶ I'm a professional cleaner and these are the 10 huge mistakes almost everyone makes that are ruining your home


▶ Brad Pitt sells his Los Feliz compound in LA for $39M nearly three DECADES after snapping up the property for $1.7M from horror icon Elvira


▶ What a catch! Jennifer Aniston, 54, shines in silver netted mini dress that showcases her legs as she leads stars at Murder Mystery 2 premiere in LA


▶ Michelle Obama flaunts her figure in activewear as she takes in the sights of Sydney with her husband - after former First Lady revealed her diet secrets


▶ iPhone users say Apple's new iOS 16.4 update is RUINING their battery life - with reports of charge draining within a few hours


▶ No laughing matter: Biden is slammed for cracking a JOKE when asked his views on transgender school shooter's motive


▶ Shocking moment French police KNOCK OUT protester during 'Blood and Fire' pension clashes: Locals say 'Paris is a mess' as support for demonstrators dwindles


▶ King Charles and Queen Consort Camilla are greeted by delighted fans in Germany as they meet president Frank-Walter Steinmeier and his wife on first State Visit of their reign


▶ 'My life has changed so much': Singer Lily Allen looks unrecognizable as she discusses four years of sobriety after quitting drinking in lifestyle overhaul


ISEMENT



► EXCLUSIVE: Nashville mass school shooter Audrey Hale was rejected by her Christian parents who 'couldn't accept' she was gay and trans - as cops reveal she also...

+11
View gallery

**Ayahuasca is a drink made by boiling together vine stems along with leaves from a chacruna shrub — both native to the Amazonia region**



► The 25 most disaster prone counties in the US: Where Americans are most at risk from wildfires and hurricanes

'If they're spending a lot of time giving a special unjustified preference to Prince Harry, how does that affect the common immigration applications where people have carefully dotted every I and crossed every T?'



► Woman who wrote a 'message in a bottle' in a bid to re-discover the 'beautiful Aquaman lookalike' she met on holiday FINDS him - as the mystery 29-year-old hunk...

In his autobiography 'Spare', Harry revealed that he first took cocaine on a shooting weekend at age 17. He did a 'few more lines' on other occasions.

He also admitted to hallucinating during a celebrity-filled event in California and smoking cannabis after his first date with Meghan.



► How the giant hole on the sun could wreak HAVOC on Earth: 1.8 MILLION mph solar winds could knock out power grids, disrupt GPS signals and see the skies light u...

He spoke about his 'positive' experience of psychedelic drug ayahuasca saying it 'brought me a sense of relaxation, release, comfort, a lightness that I managed to hold on to for a period of time'. Ayahuasca is illegal ni the United States unless it is for religious use.



► The Roy effect! Succession fans go wild for 'ludicrously capacious' $3,000 Burberry tote bag mocked in the HBO show - and now everyone wants one

The duke, 38, made the comments in an interview with therapist Dr Gabor Maté,an outspoken supporter of decriminalizing drugs who has allegedly used the Amazonian plant to treat patients suffering from mental illness.

ADVERTISEMENT

Nile Gardiner, Director of the Margaret Thatcher Center for Freedom at the Heritage Foundation, told DailyMail.com that the FOIA request could have severe consequences for Harry's ongoing immigration status – if it is shown that he lied on official forms.

'I think what happens with this FOIA request has a direct impact on what happens with Harry's future in the US, if indeed he wants to become a permanent US resident or a US citizen,' he said.

**The Duke of Sussex , 38, claimed he used psychedelics like ayahuasca and magic mushrooms (pictured) as 'medicine' after the death of his mother Princess Diana in 1997**

'The stakes are very high here. This issue of a visa application has major implications for his future in the United States.'

Gardiner added that he believes the Prince has now given up any credible claims of privacy regarding the DHS documents.

'Harry can talk all he likes about protecting privacy, but he's just written a massive book outlining all of his drug use. I'd say this isn't a very smart move,' he said.

'No one should be above the law. It doesn't matter if you're a member of the Royal Family, everyone should be treated the same.'



► Moment brave cop takes down Nashville school shooter with precision shots before colleague finishes her off on the ground: Police release six minutes of hellish...

EXCLUSIVE  Olivia Wilde feels 'BETRAYED by pal Emily Ratajkowski' after model's VERY public

ISEMENT

+11
View gallery

Prince Harry is pictured after a night out at the Cuckoo Club in London in August 2006

'I think it's in the public interest to know whether or not Harry was completely transparent in documenting all of his drug use that he outlined in Spare.

'I think that the public will be really outraged if he was admitted to the United States through a system of preference and privilege, or he got in without revealing the full information.'

The State Department told DailyMail.com that an immigration law makes visa records confidential.

'Visa records are confidential under Section 222(f) of the Immigration and Nationality Act (INA); therefore, we cannot discuss the details of individual visa cases,' a spokesperson said.

But Dewey said this law only pertains to a 'small slice' of immigration documents held by the Department of State, and not to the main bulk of files held by DHS departments such as United States Customs and Immigration Services (USCIS) or Customs and Border Protection (CBP).

He said DHS routinely publishes immigration documents related to notable individuals, pointing to records of Kamala Harris's mother Shyamala Gopalan Harris in 2020, actor Peter Mayhew in 2019 and George Harrison in 2001 on the department's website.

Share or comment on this article: Prince Harry's visa filings could have 'major implications' on his future in US, think tank says

**491**
shares

Add comment

Recommended by Outbrain

kiss with her ex Harry Styles



▶ Is the key to anti-aging in YOUR backyard? Common weed shows promise in early study

▶ Human remains found in Lake Mead when water levels dropped to historic low are identified as 39-year-old from Las Vegas who drowned in the reservoir almost 50 y...



▶ Oh what a lovely pandemic! Anthony Fauci 'sells his memoir to Penguin Random for $5 MILLION' that will chart his life from Brooklyn schoolboy to nation's COVID ...



▶ 'Hate has consequences': Trans support group blames GOP 'anti-trans legislation' for Tennessee school shooting, calls Audrey Hale's death a 'TRAGEDY' and demand...



▶ Gwyneth Paltrow's daughter Apple tells court she had never seen her mom 'shaken up like that' after the ski-slope smash saying she was 'frantic'

▶ Gwyneth Paltrow trial LIVE: Actress' lawyers set to grill retired doctor over claims she plowed into him in $300,000 ski crash case

▶ Are you ready for POSTBIOTICS? Goli just launched the first of its kind: a probiotic that's also a prebiotic AND a postbiotic! Give your gut a makeover for only $17 a bottle

▶ 'As an actor, you don't have power over anything': Eva Longoria puts on a leggy display in stunning photoshoot as she discusses becoming a director

ADVERTISEMENT

Crank's Favorite "Dressy" Shoes Feel Like Walking On

**Entertainment**

  

ADVERT

**ROYAL FAMILY**

# U.S. group want to know details about Prince Harry's visa

Conservative group America's Heritage Foundation want to know more details on the prince's American visa.

**Kelsey Rivera**
Update: March 21st, 2023 18:19 EDT

 0



Toby Melville / REUTERS

An American group called **The Heritage Foundation** is calling for the U.S. government to **release details about Prince Harry's visa to see if he admitted to drug use prior to receiving it.**

The Heritage Foundation is a **conservative think tank that was created in 1973** that took a prominent position in creating policies during Ronald Reagan's presidency in the 1980s.

## Harry openly admits drug use in 'Spare' memoir

PUBLICIDAD

The Heritage Foundation is battling with Washington to get **details of Prince Harry's visa application released to the public**. No details have been released out of respect for the Duke of Sussex's privacy.

substance use and further questions regarding the Prince's drug use and whether **he was properly vetted before entering the United States**," said Mike Howell, the director of The Heritage Foundation's Oversight Project, which seeks to spot questions of accountability in Washington.

The foundation's interest in Prince Harry's visa application came after the **prince revealed his past drug use in his recent memoir 'Spare**'. In the book, he opened up about his family life as a royal and his time as a young person, including his experimentation with drugs while visiting friends in the United States.

Harry explains that he first tried cocaine when he was 17 years old, but says that he **found marijuana and hallucinogenic mushrooms to be most useful in helping him come to terms with his past trauma.**

In his recent live interview with Dr. Gabor Maté earlier this month, Harry also explained how taking the psychedelic drink known as ayahuasca brought him a **"sense of relaxation, release, comfort, a lightness that I managed to hold on to for a period of time."**

## Does it matter if Prince Harry disclosed past drug use on his visa application?

Some experts say that admitting to past drug use can be **used as grounds to reject someone's visa application.**

"An admission of drug use is **usually grounds for inadmissibility**," Neama Rahmani said, who is a former federal prosecutor.

"That means Prince Harry's visa **should have been denied or revoked because he admitted to using cocaine, mushrooms and other drugs**," he added.

Meanwhile, other lawyers, such as James Leonard, who represented Joe Giudice from 'The Real Housewives of New Jersey' for his immigration case, say otherwise.

"Absent any criminal charge related to drugs or alcohol or any finding by a judicial authority that Prince Harry is a habitual drug user, **which he clearly is not**, I don't see any issue with the disclosures in his memoir regarding recreational experimentation with drugs," Leonard said.

"**You've got to give them something that would trigger it**, and revealing it in a book, that you experimented with drugs when you were a young man, **I don't think gets you there**," he added.


ROYAL FAMILY
**King Charles' grandchildren to have starring role in coronation**


ROYAL FAMILY

NEWSLETTER SIGNUP

Business    Technology    World    National    Politics    Media & Culture    Opinion    Sports    Social Capital    Crypto

**Media & Culture**  |  **Entertainment**

## Will Prince Harry's Admission Of Drug Use In Memoir 'Spare' Affect His Visa? Lawyers Speak Up

*By Catherine Armecin*
*03/21/23 AT 9:28 PM EDT*



Business    Technology    World    National    Politics    Media & Culture    Opinion    Sports    Social Capital    Crypto



(PHOTO: REUTERS)

**KEY POINTS**

- Neama Rahmani believes Prince Harry's admission of drug use puts his visa at risk

- James Leonard said there's no issue unless Harry would give immigration officials a reason for an investigation

- Sam Adair agreed with Leonard and said breaking the law could be an issue in the visa renewal

Prince Harry's admission of drug use in his memoir, "Spare," has drawn mixed responses from legal experts.

NEWSLETTER SIGNUP

Business    Technology    World    National    Politics    Media & Culture    Opinion    Sports    Social Capital    Crypto



The Duke of Sussex got candid about his history of drug use in his bombshell memoir that dropped in January. However, a legal expert claimed that being too honest about his previous drug use might put him in trouble.

"An admission of drug use is usually grounds for inadmissibility," former federal prosecutor Neama Rahmani told Page Six.

"That means Prince Harry's visa should have been denied or revoked because he admitted to using cocaine, mushrooms and other drugs."

Rahmani, the president of West Coast Trial Lawyers, added that there is "no exception for royalty or recreational use."

Attorney James Leonard, who represented "The Real Housewives of New Jersey" alum Joe Giudice in his immigration case, argued that Prince Harry's admission would cause him trouble.

ADVERTISEMENT

"Absent any criminal charge related to drugs or alcohol or any finding by a judicial authority that Prince Harry is a habitual drug user, which he clearly is not, I don't see any issue with the disclosures in his memoir regarding recreational experimentation with drugs," the high-profile lawyer told the outlet.

The New Jersey-based lawyer explained that drug users who are not U.S. citizens would have to give immigration officials a reason to launch an investigation like a criminal act. Otherwise, the officials won't do anything about it.

"You've got to give them something that would trigger it, and revealing it in a book, that you experimented with drugs when you were a young man, I don't think gets you there," the celebrity lawyer said. "Immigration is not

NEWSLETTER SIGNUP

Business    Technology    World    National    Politics    Media & Culture    Opinion    Sports    Social Capital    Crypto



**If You Have Toenail Fungus Try This at Home (It's Genius!)**

*Sponsored by* **wellnessguide101.com**

Read More

See More

Sam Adair, an immigration lawyer with more than two decades of experience, agreed with Leonard that it is "unlikely that these admissions will present a problem."

"If there had been a conviction, it would have likely been a significant issue in getting a visa," Adair noted. "This isn't to say that drug use could not be a problem in the immigration process, but in this circumstance, it is unlikely that this would present an issue."

He added, "It isn't clear to me what the duke's visa status is in the U.S., but breaking the law could be an issue in getting a visa renewed or for readmission to the U.S. But recreational drug use that has not been the subject of criminal scrutiny is unlikely to present an issue for someone's visa status."

**News**Room

3/29/23 Express (UK) 13
2023 WLNR 11228593

Express (UK)
Copyright © 2023 Daily Express

March 29, 2023

Section: News

## I REALLY do hope the [...]

Ann Widdecombe

Ann Widdecombe

I REALLY do hope the United States renews Harry's visa despite his glorification of drug-taking, because the last thing this country deserves is to have that pair back here with whingeing and whining psychology gurus.

Harry, left, and revelling in the of refusing to say whether they will come the Coronation.

pai their whingein and weird psy Meanwhile Meghan are re petty power o whethe to th The the ththa

King should tell them to make up their minds now or the seats will be allocated to politer souls.


---- Index References ----

News Subject: (Campaigns & Elections (1CA25); Global Politics (1GL73); World Elections (1WO93))


Language: EN

Edition: 01

Word Count: 90

**End of Document**    © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

**News**Room

3/29/23 Nat'l L. Rev. (Pg. Unavail. Online)
2023 WLNR 11288741

National Law Review
Copyright (c) 2023 National Law Review

March 29, 2023

## Prince Harry: Can He Spare his U.S. Visa?

Norris McLaughlin P.A.

Mar 29, 2023

Raymond G. LahoudNorris McLaughlin P.A.Immigration Law Blog - Norris McLaughlin

**Article By**

Prince Harry's memoir Spare (2023) documents salacious accusations about the Royal Family and describes, in detail, Prince Harry's past and continued use of marijuana, cocaine, psychedelic mushrooms, and other drugs. The author admits to his prior and ongoing addictions to drugs, as well as his possession and continued use. Prince Harry writes that his past use was necessary for him to handle his then-royal duties, ongoing rifts within the Royal Family, and public scrutiny of his life. He writes that more recently, psychedelic mushrooms were critical in helping him find peace in his life – opening his eyes to a world that is not as he first imagined it.

While Prince Harry's candor is admirable, his words may seriously impact his immigration status in the United States. It is reported that the prince has never applied for lawful permanent residence in the United States by virtue of his marriage to Megan Markle – a United States Citizen. Rather, he is in the United States under a non-immigrant visa. When someone seeks a non-immigrant visa, attempts to enter the United States with a non-immigrant visa, or seeks to become a lawful permanent resident, questions about prior and current drug use, addictions, and for that matter, prior simple possession of drugs, are fair game. Prince Harry's admissions in Spare could bar him from renewing visas or entering the United States, and quite possibly prevent the approval of any future applications for lawful permanent resident status.

Admitting to drug use can have serious implications for non-citizens in the United States, regardless of an arrest or conviction. In general, drug use can be seen as a violation of federal law, and non-citizens who admit to drug use can be found inadmissible to the United States DOJ.

### Drug Use and United States Immigration Law

Under United States immigration law, non-citizens who admit to drug use or have been convicted of drug offenses can be found inadmissible to the United States. Moreover, the Immigration and Nationality Act (INA) prohibits the admission of non-citizens who are "drug abusers or addicts." This includes both recreational drug users and those who use drugs for medical purposes without a prescription. A conviction is not required; rather, admitting to certain actions can form sufficient basis for denying a non-citizen entry into the United States.

Non-citizens who are found to be inadmissible due to drug use can be barred from entering the United States or denied certain immigration benefits, such as a visa or green card. Non-citizens may be eligible for a waiver of inadmissibility, but this can be a difficult and time-consuming process.

### Prince **Harry's** Admissions to **Drug** Use in Spare

In Spare , Prince **Harry** details his **drug** use throughout his life. His own words provide a basis for findings that he has possessed, used, and been dependent on **drugs** that are unlawful under federal law in the United States. These admissions, in and of themselves, could provide a basis for denial of non-immigrant **visa** renewals, requests to enter the United States after traveling internationally, and any future application by Prince **Harry** to become a lawful permanent resident of the United States.

It is important to note, however, that Prince **Harry's** admissions to **drug** use do not necessarily mean that he would be found inadmissible to the United States. A finding of inadmissibility based on an admission of unlawful conduct, rather than a conviction, requires one to affirm violating specific elements of a particular federal controlled substance offense. Arguably, Spare makes it clear: Price Harry says, in no uncertain terms, that he used marijuana, cocaine, and psychedelic mushrooms, and, when using those drugs, he effectively possessed them. For purposes of determining if an individual is a drug abuser or drug addict, the abuse and/or addiction must be current or recent. In Spare , Prince Harry writes of his ongoing use of psychedelic mushrooms as a tool to help alleviate the pressures of his past royal life and the ongoing public and media scrutiny.

Should the prince seek lawful permanent residence in the United States, his admissions to drug use will present an additional barrier. Federal law requires non-citizens who apply for lawful permanent residence to undergo a medical examination. This medical examination necessitates a detailed review of current and past drug use, which, in turn, becomes a factor in determining whether a non-citizen is medically admissible to the United States. Lacking medical admissibility because of drug abuse and addiction is a stand-alone basis to deny an application for lawful permanent residence in the United States.

### Will Prince Harry Be Spared?

Admitting to drug use creates serious implications on the immigration status and applications of non-citizens. While Prince Harry's admissions to drug use may not immediately impact him, the future is uncertain. Words are not "just" words, particularly when those words make up the biographic life story of an individual as published in a globally-circulated memoir. The day may very well come when a United States Immigration or Customs Officer who read, or was briefed on, Spare interviews Prince **Harry** for a non-immigrant **visa** renewal, lawful permanent residence, or permission to enter the U.S. upon arrival at an airport after international travel.

©2023 Norris McLaughlin P.A., All Rights Reserved

The views expressed in any and all content distributed by Newstex and its re-distributors (collectively, the "Newstex Authoritative Content") are solely those of the respective author(s) and not necessarily the views of Newstex or its re-distributors. Stories from such authors are provided "AS IS," with no warranties, and confer no rights. The material and information provided in Newstex Authoritative Content are for general information only and should not, in any respect, be relied on as professional advice. Newstex Authoritative Content is not "read and approved" before it is posted. Accordingly, neither Newstex nor its re-distributors make any claims, promises or guarantees about the accuracy, completeness, or adequacy of the information contained therein or linked to from such content, nor do they take responsibility for any aspect of such content. The Newstex Authoritative Content shall be construed as author-based content and commentary. Accordingly, no warranties or other guarantees are offered as to the quality of the opinions, commentary or anything else appearing in such Newstex Authoritative Content. Newstex and its re-distributors expressly reserve the right to delete stories at its and their sole discretion.

---- Index References ----

News Subject: (Crime (1CR87); Drug Addiction (1DR84); Health & Family (1HE30); Immigration & Naturalization (1IM88); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Blockchain (1BC01); I.T. (1IT96))

Region: (Americas (1AM92); North America (1NO39))

Language: EN

Other Indexing: (United States DOJ) (Prince Harry)

Keywords: (Immigration); (Global); (All Federal); (United Kingdom)

Word Count: 1090

**End of Document**                          © 2023 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

**News**Room

3/28/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 11076761

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 28, 2023

Prince **Harry** tipped to avoid US deportation as pressure mounts for **visa** papers release

Prince **Harry** has been facing calls to release the details of his **visa**

application after his **drug** use admission sparked questions about his entry in...

Aurora Bosotti

Prince **Harry** has been facing calls to release the details of his **visa** application after his **drug** use admission sparked questions about his entry into the US.

Prince **Harry** could be spared the ignominy of being deported from the US for his **drug** use, a celebrity lawyer has claimed. The Duke of Sussex has been facing mounting pressure to release his **visa** details after admitting in his book, Spare, he had taken recreational **drugs** to cope with his trauma when he was younger. Hundreds of Britons have been denied entry into the US because of their **drug** use but attorney James. J Leonard argued **Harry** is unlikely to face any consequences for his actions.

Leonard, who represented Real Housewives of New Jersey's Joe Giudice in his deportation hearing, argued the only scenario likely to result in a threat of deportation would be if the Duke had been involved in a criminal case over his **drug** use.

Speaking to The Mirror, he said: "I do not envision any viable scenario where revelations in a memoir related to experimental and recreational **drug** use would lead to any immigration consequences for Prince **Harry**.

"Where this would become an absolute issue is if there was a criminal case of any kind and if those allegations were related to **drugs** or alcohol and it was determined that he was a habitual user, which I do not believe is the case here, that would raise concerns and create real problems."

READ THE LATEST ROYAL UPDATES IN EXPRESS.CO.UK'S LIVE BLOG

Leonard added: "Should a scenario like that occur, which I don't see happening, Prince **Harry's** status as a royal would make subject the review of his matter to heightened scrutiny which would likely have a detrimental effect on the outcome."

**Harry** has been facing demands from the conservative think tank The Heritage Foundation to release the details of the **visa** application he filled out to enter the country in 2020.

The foundation argues US taxpayers are entitled to know whether he declared his **drug** use – and if so, to question if he received preferential treatment and was allowed in despite strict immigration regulations.

Responding to The Heritage Foundation's demands, a spokesman for the US State Department said: "**Visa** records are confidential under Section 222 of the Immigration and Nationality Act ; therefore, we cannot discuss the details of individual **visa** cases."

READ MORE: Amazon's 3-day sale is now on - top deals on electronics, home and fashion

**Harry** opened up about his **drug** use in Spare and later expanded on what had brought him to use psychedelics in a televised therapy session with Dr Gabor Mat&eacute;.

The Duke claimed the **drugs** helped him peel back the "filters" of his life and made him feel relaxed.

He said: "It was the cleaning of the windscreen, the removal of life's filters — these layers of filters — it removed it all for me and brought me a sense of relaxation, relief, comfort, a lightness that I managed to hold back for a period of time," he shared.

"I started doing it recreationally and then started to realise how good it was for me.

"I would say it is one of the fundamental parts of my life that changed me and helped me deal with the traumas and the pains of the past."

He added: "They're unlocking so much of what we've suppressed."

**Harry** said he was first offered cocaine while on a weekend shooting and continued taking the **drug** because it did "make him feel different".

Follow our social media accounts here on facebook.com/ExpressUSNews and @expressusnews

---- Index References ----

Company: HERITAGE FOUNDATION (THE)

News Subject: (Crime (1CR87); Foundations (1FO95); Immigration & Naturalization (1IM88); Philanthropy (1PH09); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Pharmaceuticals & Biotechnology (1PH13))

Language: EN

Other Indexing: (US State Department; The Heritage Foundation) (Prince Harry)

Word Count: 601

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

**News**Room

3/27/23 Daily Mirror Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 11008482

Daily Mirror Online (UK)
Copyright (c) 2023 Mirror.co.uk

March 27, 2023

Prince **Harry** won't be deported or face US **visa** probe after **drug** admissions, lawyer claims

Prince **Harry** has faced calls to have his US **visa** application made public

after he admitted taking **drugs** in the past -but one lawyer says it's unlik...

By, Amber O'Connor & Jennifer Newton

Prince **Harry** has faced calls to have his US **visa** application made public after he admitted taking **drugs** in the past -but one lawyer says it's unlikely the duke will face action

There were calls for Prince Harry'sUS **visa** application to be made public after he sensationally confessed to using **drugs** in the past.

In his controversial memoir Spare, the Duke of Sussex admitted to taking cocaine, cannabis and magic mushrooms

And in a recent interview, he also spoke of how psychedelic **drugs** have helped him "deal with the traumas and pains of the past".

However, despite strict laws and harsh penalties surrounding America's immigration policies -including deportation -a lawyer claims **Harry** is unlikely to face any 'immigration consequences'. Hundreds of Brits are banned from the US after over their **drug** misuse.

But celebrity lawyer James. J Leonard -who represented the Real Housewives of New Jersey's Joe Giudice in his deportation case -has said he does not envision a probe into **Harry's** immigration status.

The Atlantic City-based attorney told the Mirror: "I do not envision any viable scenario where revelations in a memoir related to experimental and recreational **drug** use would lead to any immigration consequences for Prince **Harry**.

"Where this would become an absolute issue is if there was a criminal case of any kind and if those allegations were related to **drugs** or alcohol and it was determined that he was a habitual user, which I do not believe is the case here, that would raise concerns and create real problems.

"Should a scenario like that occur, which I don't see happening, Prince **Harry's** status as a royal would make subject the review of his matter to heightened scrutiny which would likely have a detrimental effect on the outcome."

America's Heritage Foundation has been calling for **Harry's visa** application to be released so the US taxpayer can understand whether the royal declared his **drug** use.

The Heritage Foundation argues if immigration officials did know about the royal's **drug** use, **Harry's** case raises questions over whether he was given special treatment because he is a prince and his wife is a TV star, which they insist would be illegal.

In response to the Foundation's calls, a US State Department spokesman said: "**Visa** records are confidential under Section 222f of the Immigration and Nationality Act INA; therefore, we cannot discuss the details of individual **visa** cases."

And Mr Leonard added: "From what I have seen, I believe that Prince **Harry** is going to acclimate quite well to life in America thanks in large part to the way that he was raised by his mother, Princess Diana.

"I think that she was well versed in the social and cultural ways of the west and raised both Harry and Prince William to honour and respect the traditions of their lineage, but also with an understanding of how the rest of the world works. I think Prince Harry is going to do just fine."

It comes as earlier today, Prince Harry back in UK as he makes surprise court appearance in latest legal row, where he was seen arriving at the High Court to attend a hearing in his latest legal row.

It is believed to be the first time he has been back in the UK since his grandmother the late Queen's funeral in September.

His surprise return also comes nearly three months after he laid bare his troubled relationship with his father King Charles and brother William in his controversial autobiography Spare.

The hearing today was also due to coincide with Charles and Queen Camilla's state visit to France, which was meant to start yesterday but was shelved due to unrest in the country.

But according to the Telegraph, Harry is not expected to meet up with his father while in the UK -e Prince Harry 'won't meet up with Charles' on surprise UK trip as King is 'busy'

Buckingham Palace said the King was not in Windsor or London and would be leaving for a state visit to Germany on Wednesday morning.


---- Index References ----

News Subject: (Crime (1CR87); Health & Family (1HE30); Immigration & Naturalization (1IM88); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Celebrities (1CE65); Entertainment (1EN08))

Region: (Americas (1AM92); Europe (1EU83); New Jersey (1NE70); North America (1NO39); U.S. Mid-Atlantic Region (1MI18); USA (1US73))

Language: EN

Other Indexing: (America's Heritage Foundation; US State Department) (Prince Harry)

Word Count: 676

WESTLAW   © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

**News**Room

3/27/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10974041

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 27, 2023

## Harry and Meghan 'cannot win campaign' against Royal Family as King Charles has upper hand

### As their popularity plummets, Meghan Markle and Prince Harry are "losing the power struggle" against King Charles, according to one royal expert.

Matthew Dooley

Meghan Markle and Prince Harry "cannot win" their campaign against the Royal Family, suggests one royal commentator. Daniela Elser cited the Sussexes' falling popularity as well as jokes made at their expense as evidence that the couple's "PR campaign" against the royals has backfired.

"Harry and his wife Meghan, the Duchess of Sussex, might have spent the last two years waging an exhausting, never-ending battle of wits and PR strategy against The Firm, but they have actually ended up on the losing side," claimed Ms Elser.

She added: "Over the last two years, the Sussexes have thrown a hell of a lot of criticism at Charles, Queen Camilla, William and Kate, and the institution of the monarchy as a whole."

Most recently, Prince Harry released a tell-all memoir, Spare, which slammed several members of the Firm and revealed numerous intimate moments in the Duke's life. The book became an overnight best seller but has cost the Sussexes, according to Ms Elser.

She pointed out that Meghan and Harry had become the butt of jokes in the US with comedians Chris Rock, Jimmy Kimmel and Trever Noah all hitting out at the Duke and Duchess while the hit TV show South Park dedicated a whole episode to mocking the couple.

Meghan Markle 'should have warned' Prince Harry about drug use visa riskMeghan Markle should have warned Prince Harry that revealing his past drug use could put his US visa status at risk, a royal biographer has said.

In his tell-all memoir Spare, Harry detailed his past use of cocaine, magic mushrooms and marijuana. Now the Duke has been warned that his admission could see him booted out of America.

Read more HERE.

"This is the price that the Sussexes are paying for their Palace campaign having failed to really gain a huge amount of PR ground," Ms Elser added, writing for news.com.au.

She continued: "Harry might be fighting to squeeze some sort of admission or acknowledgment or even an apology gluten-free muffin basket from his family, but instead he ended up with an immovable palace, a King who has refused to give an inch and large chunks of Americans having gone off them."

Polls show the Duke and Duchess's popularity has fallen significantly in America since the release of Spare. Prince Harry has a net approval rating of -10, down 38 points since December, according to a Redfield & Wilton for Newsweek taken in February after the release of Spare.

Similarly, Meghan Markle had a dismal net approval rating of -17, a drop of 40 points since December.

READ MORE: Meghan and **Harry** trying to recreate 'royal court' in US - claim

"**Harry** cannot win the campaign he has been waging against the royal family. Soz," Ms Elser quipped.

Although she admitted that no one could be certain what would happen in the future, she said: "Right now, it certainly looks like the Duke and Duchess of Sussex are losing the power struggle with Charles."

Meghan and Harry have been invited to King Charles's Coronation, but it's unclear whether the Duke and Duchess will attend. The Coronation will take place on May 6 but, so far, there has been no RSVP from the Sussexes.

Follow our social media accounts here on facebook.com/ExpressUSNews and @expressusnews

---- Index References ----

News Subject: (Business Management (1BU42); Health & Family (1HE30); Politically Exposed Persons (1PO01); Sales & Marketing (1MA51))

Industry: (Advertising & Public Relations (1AD83); Celebrities (1CE65); Entertainment (1EN08); Public Relations (1PU66))

Language: EN

Other Indexing: (Redfield & Wilton) (Prince Harry; Meghan Markle; King Charles)

Word Count: 548

---

**End of Document**

© 2023 Thomson Reuters. No claim to original U.S. Government Works.



---

 © 2023 Thomson Reuters. No claim to original U.S. Government Works.  **APP. C 086**  2

**News**Room

3/27/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10917284

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 27, 2023

Denise Welch fumes at 'disgusting' Harry and Meghan attack amid GB News backlash
Denise Welch hit out on social media at GB News presenter Nana
Akua's brutal commentary of Prince Harry and Meghan Markle.

Michelle Marshall

Denise Welch was admittedly left stunned after Nana Akua took aim at Prince **Harry** and Meghan Markle on Saturday's instalment of her GB News programme. The Loose Women panellist branded the broadcaster's scathing monologue "disgusting".

It comes after Nana took aim at **Harry's visa** affair adding it would be "hilarious" if **Harry** had to leave the United States before branding Meghan "narcissistic".

She began: "Prince **Harry** might be in a spot of bother after being evicted from Frogmore [Cottage] in replace of disgraced Prince Andrew.

"The Duke of Montecito may well be objected from America as well. Oh, my heart bleeds. It's hilarious."

She continued: "After Prince **Harry** opened his big mouth and admitted to taking cocaine and magic mushrooms and cannabis before moving to the States in his pathetic memoir Spare...

READ MORE: **Harry** Styles pats Emily Ratajkowski's bottom during sloppy kiss

Prince **Harry** bumps into cameraman as he arrives at High Court for privacy case hearingPrince **Harry** has made a surprise return to the UK to attend in person a high-profile hearing at the Royal Court of Justice.

The Duke of Sussex was spotted by reporters as he walked inside the building.

See the latest pictures HERE.

"An investigation is now underway to confirm whether he disclosed his **drug** taking when he applied for his residency permit."

She laughed: "If Prince **Harry** has lied he may find himself out on his big old ear - hilarious."

Taking to Twitter, Denise shared the video with her 535,000 followers as she hit out at the coverage.

Denise Welch fumes at 'disgusting' Harry and Meghan..., 2023 WLNR 10917284

The Loose Women presenter tweeted: "Wow!! Nana professed to care about mental health when she had me on her show to talk about my own struggles."

Denise added she thought the opening monologue was "disgusting".

Nana also highlighted how the couple is in partnership with a group which wants boyhood to be seen as "fluid" and aims to eradicate the phrase "boys will be boys".

Earlier this week, it was reported Meghan and **Harry's** organisation Archewell and podcast Archetypes have teamed up with the Global Boyhood Initiative.

Nana fumed: "Who wants a **drug** addict Prince and his narcissistic wife telling the world how to live?

"From what I can see when they advise you to do something, do the opposite of what they tell you to do."

The Duke of Sussex has faced criticism in recent weeks after detailing his repeated **drug** use in his controversial memoir, Spare.

Earlier this month **Harry** revealed during an online chat with trauma expert Gabor Mat&eacute; that **drugs** have helped him deal with his past traumas.

"I started doing it recreationally and then started to realise how good it was for me," **Harry** added.

"I would say it is one of the fundamental parts of my life that changed me and helped me deal with the traumas and the pains of the past."

---- Index References ----

Company: GB News Ltd

News Subject: (Health & Family (1HE30))

Industry: (Celebrities (1CE65); Entertainment (1EN08); Healthcare (1HE06); Healthcare Practice Specialties (1HE49); Healthcare Services (1HE13); Internet (1IN27); Internet Media (1IN67); Psychiatric Services (1PS61))

Language: EN

Other Indexing: (Royal Court of Justice; Global Boyhood Initiative; GB News) (Denise Welch; Prince Harry)

Word Count: 479

**End of Document**

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

NewsRoom

3/27/23 NOTICIASFINANCIERAS - ENG. (Pg. Unavail. Online)
2023 WLNR 10976399

NoticiasFinancieras - English
Copyright (c) 2023 ContentEngine, USA.

March 27, 2023

## Prince **Harry** appeared before a London court over a defamation claim against a British newspaper

Prince **Harry** was in a London courtroom Monday as the lawyer for a British tabloid group prepared to ask a judge to dismiss lawsuits by the prince, Elton John and several other celebrities alleging wiretapping and other invasions of privacy.

The hearing involves one of several lawsuits **Harry**, also known as the Duke of Sussex, has filed against the media. It is expected to last four days.

**Harry's** presence in London's High Court is a sign of the importance he attaches to the case.

Associated Newspapers, which publishes titles including the Daily Mail, is asking the High Court to stop claims brought by a group of high-profile individuals seeking damages for the misuse of private information. Other plaintiffs include John's husband David Furnish and actresses Liz Hurley and Sadie Frost.

The complaint is against the publisher dates back to a text published in February 2022 alleging that the Prince tried to keep quiet about a family dispute over the British government's refusal to allow him to pay for a private police security service after it was taken away from him when he stepped down from the throne.

The media outlet then published a text that read: "Exclusive: How Prince Harry tried to keep his legal battle with the Government over police bodyguards a secret... then, just minutes after the story broke, his PR machine tried to put a positive spin on the dispute."

According to Duque's defense, the newspaper slandered him by claiming that he lied in his initial public statements about the lawsuit against the Government and asserts that the facts presented in the text do not support the argument presented by the counterpart that it is, in fact, an "honest opinion".

The article is "fundamentally inaccurate," argued attorney Justin Rushbrooke.

The conflict over the personal safety of Harry and his family began in 2020, after they decided to settle in the United States. Since then, the couple has been battling with the British government to provide them with police security during their visit to the country, which is financed with public funds.

Faced with the refusal of this request, the Prince has asked to pay personally for the security so that he can travel with his partner and their two children -Archie, almost 4 years old, and Lilibet, almost 2. However, he was again denied, although in 2022 a judge authorized Harry to sue the government - a case that has not yet gone to trial.

The publisher's lawyer, Andrew Caldecott, defended the media, arguing that the complaint amounted to "straitjacketing the newspaper's right to comment" and stressed the importance of the media being able to speak truths, even to those who govern the country.

"Expressing an opinion to power is just as important, if not more so", as long as the opinion is based on facts, he added.

(with information from AP)

Warning to Prince Harry: his U.S. visa could be revoked after admitting to drug use

Prince Harry filed a libel suit against a British newspaper

Archie and Lilibet, Harry and Megan's children, claimed the titles of prince and princess


---- Index References ----

Company: ASSOCIATED NEWSPAPERS LIMITED

News Subject: (Crime (1CR87); Criminal Law (1CR79); Defamation, Libel & Slander (1DE07); Government Litigation (1GO18); Judicial Cases & Rulings (1JU36); Legal (1LE33); Liability (1LI55); Social Issues (1SO05))

Region: (England (1EN10); Europe (1EU83); United Kingdom (1UN38); Western Europe (1WE41))

Language: EN

Other Indexing: (Associated Newspapers) (Prince Harry)

Keywords: (america); (realeza)

Word Count: 512

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

**NewsRoom**

3/27/23 NOTICIASFINANCIERAS - ENG. (Pg. Unavail. Online)
2023 WLNR 11047488

NoticiasFinancieras - English
Copyright (c) 2023 ContentEngine, USA.

March 27, 2023

## Prince Harry puts his U.S. residency at risk after revealing he used drugs

After revealing that he tried different types of drugs in his youth, Prince Harry could be putting at risk the visa that allows him to be in the United States, where he resides with his wife Meghan Markle since 2020.

It was in a promotional interview he conducted for his autobiographical book In the Shadow, with the therapist Gabor Maté, a specialist in addictions, where Harry gave revealing details about his substance use. Among them, cocaine, cannabis and magic mushrooms.

In these moments of honesty, Harry also said he had tried ayahuasca, a drink with hallucinogenic effects that is used as medicine by indigenous peoples of Latin America.

According to the youngest son of Charles III, cocaine was more of a "social thing. It gave me a sense of belonging and probably also made me feel different from the way I felt." While marijuana, in his view, delivered feelings of liberation and really helped him heal.

"I started doing it recreationally and then I started to realize how good it was for me. I would say it's one of the fundamental parts of my life that changed me and helped me deal with the traumas and pains of the past," he said.

**Prince Harry's risk**
The prince's confessions had almost immediate effects. It should be recalled that at the time of applying for his residence permit in the United States, Harry - like all those who make this application - completed a declaration in which he was asked if he had ever used drugs.

Sometimes, if the applicant admits to having used such substances, the visa application is rejected or a series of additional tests are required in order to obtain the visa.

On the other hand, U.S. law establishes harsh penalties for those who are identified as having lied in their statements to immigration officials. The harshest measures involve expulsion from the country, as well as a ban on applying for citizenship.

Due to the above, a conservative group in that country decided to take action to verify if the Duke of Sussex lied in his declaration to apply to live in the United States, and at the same time, if there was any kind of preferential treatment because he comes from the British royal family and because his wife is a famous actress.

According to information from the British website Daily Mail, it is the Heritage Foundation, a conservative institute dedicated to public policy research.

The entity would be asking the Department of Homeland Security (DHS) for a copy of the 38-year-old prince's **visa** application, within the framework of a U.S. law.

Speaking to Page Six, former federal prosecutor Neama Rahmani noted that "an admission of **drug** use is usually grounds for inadmissibility."

"That means Prince **Harry's visa** should have been denied or revoked because he admitted to using cocaine, mushrooms and other **drugs**," he added. "There is no exception for royalty or recreational use."

While journalist and royal family expert Kinsey Schofield told GB News that "immigration lawyers here in the U.S. say there are two ways deportation could threaten Prince **Harry**."

"That's if he's caught committing a crime, which we heard him say in his pay-per-view interview, where he talked openly about illegal **drug** use, or if on this **visa** application he lied about his **drug** use, that could also result in deportation," she adds.

Despite Heritage Foundation's wishes, a U.S. State Department spokesperson cautioned Daily Mail that "**visa** records are confidential under Section 222(f) of the Immigration and Nationality Act (INA); therefore, we cannot discuss the details of individual **visa** cases."


---- Index References ----

Company: HERITAGE FOUNDATION (THE)

News Subject: (Crime (1CR87); Immigration & Naturalization (1IM88); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Celebrities (1CE65); Entertainment (1EN08); Homeland Security (1HO11); Security (1SE29))

Region: (Americas (1AM92); North America (1NO39))

Language: EN

Other Indexing: (Department of Homeland Security; U.S. State Department; Heritage Foundation) (Prince Harry)

Word Count: 603

**End of Document**                                     © 2023 Thomson Reuters. No claim to original U.S. Government Works.



DON'T MISS OUT! SUBSCRIBE TO OUR NEW ROYAL FAMILY SNAPCHAT SHOW   EXPRESS

(https://story.snapchat.com/p/009329c9-f9a3-413b-89fa-3a0e1dd1b4c4/375202034741248?timestamp=14092&chapterid=1436230755612675?share_id=IZDFeQ1iRtSJ8AXXC1qfIA&locale=en_GB&sid=02ff2f7401a44eda96837226cc6ea780)

# 'This is serious!' Harry slammed over drug use as Americans ask 'do we still want him'

Prince Harry has found himself in the crosshairs of a conservative think-tank demanding to see his visa application now a royal expert claims Americans are rethinking whether they want the Duke to remain in the US.

**Prince Harry: Jobson on possible issues with US citizenship**

Prince Harry (/latest/prince-harry) has been slammed over his drug use with Americans asking whether they still "want him" in the US, according to a royal (/latest/royal-family) expert. The Duke admitted to using cocaine, marijuana and psychedelics, something which has drawn the ire of a group in Washington which is demanding to look over Harry's US visa (/latest/united-states) application to make sure he didn't receive special treatment.

## RELATED ARTICLES



**Prince Harry likely 'in the clear' over US visa says royal expert**

**(/news/royal/1750173/prince-harry-usa-visa-drug-use-dxus)**



**Most Britons 'delighted' if Harry and Meghan skip Coronation, expert**

**(/news/royal/1750201/meghan-markle-prince-harry-coronation-invite-dxus)**

Typically in the United States, visa applicants are asked about their criminal history and past drug use and experts have warned that Prince Harry (https://www.express.co.uk/latest/prince-harry) could even face deportation if he lie on his application.

"When you apply for a visa in any country, it's the same when you come here, you're essentially a guest. You might come to work or to live but you're basically expected to be on your best behaviour," royal expert Richard Eden said on Palace Confidential (https://www.youtube.com/watch?v=eunIRLs093o&ab_channel=DailyMailRoyals).

He added: "When you move to a country, like Harry has to the USA, and then you start bringing out a book [detailing drug use, talking about how great it was for you and then you appear in that interview with [Dr Gabor Maté], again, I was talking about the benefits of drug use - I think people in America, from what I hear, they're starting to ask 'do w still want him here? Is he a guest that we welcome?'"

The visa row kicked off when the conservative think-tank The Heritage Foundation demanded to view the Prince's application after he admitted to using illegal drugs. Although the Duke said cocaine "did nothing for me" he touted the use of marijuana and psychedelics to help him with his mental health issues.

APP. C 094



Americans may be turning on Prince Harry as a think-tank demands to see his visa application. (Image: GETTY)



Meghan and Harry moved to the US in 2020 after stepping down as working royals. (Image: GETTY)

**Meghan Markle 'should have warned' Prince Harry about drug use visa risk**

In a televised therapy session with trauma expert and outspoken proponent of decriminalising drugs Dr Gabor Maté, the Prince said that psychedelics helped him as a "cleaning o the windshield [and] removal of life's filter

APP. C 095

Meghan Markle should have warned Prince Harry that revealing his past drug use could put his US visa status at risk, a royal biographer has said.

In his tell-all memoir Spare, Harry detailed his past use of cocaine, magic mushrooms and marijuana. Now the Duke has been warned that his admission could see him booted out of America.

**Read more HERE.
(/news/royal/1749962/meghan-markle-prince-harry-drug-visa-dxus)**

But those comments drew the attention of the Heritage Foundation, which says it wants to make sure Harry was "properly vetted" before entering the States.

"This request is in the public interest in light of the potential revocation of Prince Harry (https://www.express.co.uk/latest/prince-harry)'s visa for illicit substance use and further questions regarding the Prince's drug use and whether he was properly vetted before entering the United States," Mike Howell, director of the foundation's Oversight Project, told the Daily Mail (https://www.dailymail.co.uk/news/article-11884759/So-DID-Prince-Harry-visa-despite-drug-use-Campaigners-demand-know.html).

Richard Eden said the action was "serious" and shows Americans may be rethinking the Prince's move across the pond.

He said: "From what I can see, this is serious. It's a conservative think-tank now but there are people asking to see the application form for the visa and what he put in that. Also there are people saying 'should we rethink whether we allow him to stay?'"

**READ MORE: Harry may have to 'pack his bags and move back home' -claim (/news/royal/1749710/prince-harry-us-visa-drugs-dxus)**

Prince Harry is married to American actress Meghan Markle. (Image: GETTY)

Meghan Markle and Prince Harry's daughter are US citizens while Archie is likely eligible. (Image: GETTY)

TRENDING

**Gwyneth Paltrow accuser dealt blow by internet sleuth's findings**
**(https://www.express.co.uk/news/us/1752242/Gwyneth-Paltrow-accuser-private-data-dxus)**

**Girl gunned down by Nashville shooter was trying to pull fire alarm**
**(https://www.express.co.uk/news/us/1752039/nashville-shooting-hero-girl-fire-alarm-victims-named-dxus)**

Visa applications in the US typically remain confidential under the Immigration and Nationality Act, however, Prince Harry (https://www.express.co.uk/latest/prince-harry)'s admission could come back to haunt him over any new visa applications.

Additionally, if the Duke lied on his original application he could be deported back to the UK and barred from ever applying for US citizenship. It's long been speculated Harry holds an O-1 visa for people with an "extraordinary abili in the sciences, arts, education, business, or athletics" or an "extraordinary achievement in motion picture or television industry".

That visa typically runs out after three years meaning that Prince Harry (https://www.express.co.uk/latest/prince-harry) could need to reapply in the near future as he's been living in the States for almost three years.

The Duke's immediate family are all likely US citizens: Meghan Markle (https://www.express.co.uk/latest/meghan-markle) is an American and Princess Lilibet Diana was born in the US granting her automatic citizenship. Prince Archie Harrison, although born in London, is likely eligible for US citizenship though his mother. **APP. C 097**

**News**Room

3/26/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10871568

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 26, 2023

Meghan and **Harry** 'used LA club front door when secret entrance was offered instead'
Meghan Markle and Prince **Harry** were pictured going out for dinner at an
elite Hollywood hotspot on the same day the news broke that the couple were...

Matthew Dooley

Meghan Markle and Prince Harry were pictured going out for dinner at an elite Hollywood hotspot on the same day the news broke that the couple were being kicked from their UK residence of Frogmore Cottage.

It has been claimed that Meghan Markle and Prince **Harry** called people ahead of time to "take their photo" as they arrived at an elite Hollywood restaurant. The Duke and Duchess were pictured arriving at A-lister hangout San Vicente Bungalows in Hollywood earlier this month.

Prince **Harry**, 38, is now believed to be a member at the elite club which has a £3,400 a year membership price tag. The hotspot is a hangout for celebrities and film industry figures in Tinsel Town.

However, a club member told Page Six there was no reason for the Sussexes to enter the club through the front as it has a private "celebrity door". It's also a two-hour drive each way from Meghan and Harry's Montecito mansion.

The outing came just hours after the news broke that the Sussexes would have to give up their UK home, Frogmore Cottage, something which the club member called a "bold move".

"I think it was definitely a statement coming on the evening of the Frogmore news," they said, adding: "I know that San Vicente has a back door for celebrities, so no one needs to see you coming and going. They're really all about privacy."

Meghan Markle 'should have warned' Prince **Harry** about **drug** use **visa** riskMeghan Markle should have warned Prince **Harry** that revealing his past **drug** use could put his US **visa** status at risk, a royal biographer has said.

In his tell-all memoir Spare, **Harry** detailed his past use of cocaine, magic mushrooms and marijuana. Now the Duke has been warned that his admission could see him booted out of America.

Read more HERE.

The member continued adding that "bigger stars" than Meghan and **Harry** come into the restaurant meaning, if they wanted to, the couple most likely could have quietly entered the establishment.

The member claimed: "They have way bigger stars than **Harry** and Meghan coming in and no one will ever know they're there. But **Harry** and Meghan said, 'We're fine' and that they didn't need to use it. And even when they left, they used the main entrance."

The Page Six article caught the eye of royal commentator Kinsey Schofield, who accused Meghan and **Harry** of calling paparazzi ahead of time to photograph them entering the restaurant.

Sharing a screengrab of the article's headline to Twitter, the To Di For Daily podcast host said: "I will save you a click, it's so the people they called ahead of time will take their photo."

READ MORE: **Harry** slammed over **drug** use as US asks 'do we still want him' - claim

I will save you a click… it's so the people they called ahead of time will take their photo. pic.twitter.com/J8RkgyXAuo

Meghan and **Harry** moved to Montecito, California in 2020 after stepping back from the Royal Family. In a Netflix documentary released in December last year, the Duke and Duchess blamed, at least partly, the paparazzi and Britain's tabloid media for the move.

However, someone who knows Meghan and Harry told Page Six that the outing didn't mean the couple were going "all Hollywood" and added that the Duke and Duchess had "only been out for dinner with friends and at the Archwell office recently, as well as a meeting with Netflix".

At the San Vicente, the Sussexes were reportedly joined by two friends and chatted with actress Kate Hudson who was also at the club. The following week, Meghan, 41, drove to West Hollywood and celebrated a ladies lunch with Archwell employees to celebrate International Women's Day.

Follow our social media accounts here on facebook.com/ExpressUSNews and @expressusnews

---- Index References ----

Industry: (Celebrities (1CE65); Entertainment (1EN08); Internet (1IN27); Internet Media (1IN67); Motion Pictures (1MO51); Online Social Media (1ON38))

Language: EN

Other Indexing: (Meghan Markle; Prince Harry)

Word Count: 638

**End of Document**
© 2023 Thomson Reuters. No claim to original U.S. Government Works.



**News**Room

3/26/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10862268

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 26, 2023

Prince **Harry** must 'waive' **drug** use on US **visa** to avoid deportation, lawyers claims
The Duke of Sussex has faced criticism in recent weeks after
detailing his repeated **drug** use in his controversial memoir, Spare.

Claire Anderson

Prince **Harry** has been warned his US **visa** status could have "major implications" on his future as the royal is facing demands to reveal his immigration filings after revealing he has used **drugs** in the past. The Conservative research institute, the Heritage Foundation is investigating the Duke of Sussex's immigration documents to find out if he disclosed his **drug** use. But CEO of West Coast trial lawyers Neama Rahmani has explained **Harry** could waive any issues with his **visa** with three simple steps.

He told Us Weekly: "Normally an admission of **drug** use can get a **visa** denied or revoked even if it's recreational.

"There is an exception however that if you've been sober for a year, you're in remission and you have a note from a physician that may be able to grant you a waiver.

"The prince's admitted **drug** use was when he was a lot younger, I think about 17 years old."

READ MORE: Meghan Markle tempted by 'chance to wear a tiara' at Coronation

**Harry** detailed in his memoir, Spare that he smoked cannabis with Tyler Perry and took magic mushrooms at Courtney Cox's house.

It comes as Sarah, the Duchess of York, said she wouldn't judge the Duke and Duchess of Sussex on their decision to move to the US and publicise their lives.

The couple quit as senior working royals in 2020 in favour of more freedom and the ability to earn their own money in the US, before giving a bombshell interview with Oprah Winfrey in March 2021.

A controversial six-part Netflix series titled **Harry** & Meghan was released in December 2022 before **Harry's** memoir titled Spare, which also contained a string of revelations, was published in January.

Sarah, who is affectionately known as Fergie, related her own experience of divorcing Andrew, the Duke of York in 1996 and giving an interview to Winfrey declaring that royal life was "not a fairy tale".

She told the PA news agency: "I divorced, went to America, wrote a book, went on Oprah and did 12 years as the longest running spokesperson of Weight Watchers.

"I looked to America to support me and to help me and I really can't thank the American people enough for what they gave me and what they did for me.

"So, I believe very strongly that I have absolutely no judgment on any other person's life, and I look at how much she loves him and loves the children and gives him a love that he's never had before. That's how I look at it."

The charity founder and author, 63, also spoke about Harry and Meghan's children Prince Archie and Princess Lilibet, and Harry's mum, Diana, the Princess of Wales, who died in August 1997.

She said: "The most important thing is that the sun will come up tomorrow and the day will move on.

"The most important thing is, Diana would be so very proud of Archie and Lili. She would have adored every moment of it."

Sarah has most recently co-written her second historical romantic novel co-authored with Marguerite Kaye, who has written more than 50 Mills & Boon books, which will be published on March 30.

A Most Intriguing Lady is inspired by Sarah's relative Lady Mary Montagu Douglas Scott, who in the fictional tale is born into the highest society, fighting to define her place in life.

Follow our social media accounts here on facebook.com/ExpressUSNews and @expressusnews

---- Index References ----

Company: WW International, Inc.; HERITAGE FOUNDATION (THE)

News Subject: (Divorces (1DI23); Health & Family (1HE30); Immigration & Naturalization (1IM88); Legal (1LE33); Personal & Family Law (1PE02); Social Issues (1SO05))

Industry: (Book Publishing (1BO18); Books (1BO26); Celebrities (1CE65); Entertainment (1EN08); Publishing (1PU26); Traditional Media (1TR30))

Language: EN

Other Indexing: (West Coast; Weight Watchers; Heritage Foundation) (Prince Harry)

Word Count: 572

---

   © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

   © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

3/25/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10760671

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 25, 2023

## GB News backlash as Nana Akua branded 'vile' for attack on Harry and Meghan
### The Duke and Duchess of Sussex were torn apart by GB News host Nana Akua, but her scathing monologue about the couple did not sit well with viewers.

Rebecca Jones

Presenter Nana Akua took aim at Prince **Harry** and Meghan Markle on Saturday's instalment of her GB News programme over their new charity partnership and the Duke of Sussex's **visa** affair. The broadcaster even told viewers it would be "hilarious" if **Harry** had to leave the United States before branding Meghan "narcissistic".

Nana began: "Prince **Harry** might be in a spot of bother after being evicted from Frogmore [Cottage] in replace of disgraced Prince Andrew.

"The Duke of Montecito may well be objected from America as well. Oh, my heart bleeds. It's hilarious."

She continued: "After Prince **Harry** opened his big mouth and admitted to taking cocaine and magic mushrooms and cannabis before moving to the States in his pathetic memoir Spare...

"An investigation is now underway to confirm whether he disclosed his **drug** taking when he applied for his residency permit."

Nana also said a Freedom of Information request is trying to obtain the finer details.

READ MORE: Emmerdale exit for Mackenzie Boyd after he finally confesses

She laughed: "If Prince **Harry** has lied he may find himself out on his big old ear - hilarious."

After composing herself, Nana continued to hit out about **Harry** and Meghan to GB News viewers.

She highlighted how the couple is in partnership with a group which wants boyhood to be seen as "fluid" and aims to eradicate the phrase "boys will be boys".

It was reported earlier this week that **Harry** and Meghan's organisation Archewell and podcast Archetypes have teamed up with the Global Boyhood Initiative.

The group sets out to promote gender equality by "fostering positive masculinity in boys and men".

Nana fumed: "Who wants a **drug** addict Prince and his narcissistic wife telling the world how to live?

"From what I can see when they advise you to do something, do the opposite of what they tell you to do."

She then moved on to King Charles III's upcoming Coronation, stating how the Duke and Duchess of Sussex have not confirmed whether they will be attending.

Nana concluded: "I feel sorry for the Royal Family, having to appease these two?

"Are there actually people who still feel sorry for them? Come on, surely the penny has dropped."

Nana's monologue caused a stir with GB News viewers, with Bernadette Bragg commenting: "Grow up and stop the name calling for God's sake."

Nikki Aura said: "Nana Akua is a vile human being. She needs to get a job away from people."

@ElmoputneyVs said: "I'm pretty sure this is just another vile smear against **Harry** and Meghan calling him a **drug** addict is low and untrue. Either call to #AbolishTheMonachy or stop slagging them off."

@ProjectReality8 shared: "Who wants a narcissistic 'not news' channel presenter telling us anything?"

Meanwhile, Anne penned: "**Harry** has become an embarrassment to Britain and the RF... They wanted superstardom and they have got it. Unfortunately, they will go down in history and be well remembered."

A supportive Jasmine **Harris** commented: "Love you, Nana."

GB News is available to watch on Freeview 236, Sky 512 and Virgin 6034.

---- Index References ----

Company: GB News Ltd

News Subject: (Health & Family (1HE30))

Industry: (Broadcast TV (1BR25); Broadcast TV Programming (1BR42); Celebrities (1CE65); Entertainment (1EN08); TV (1TV19); TV Programming (1TV26); TV Stations (1TV23); Traditional Media (1TR30))

Language: EN

Other Indexing: (GB News) (Nana Akua; Prince Harry; Meghan Markle)

Word Count: 510

**NewsRoom**

**News**Room

3/25/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10759964

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 25, 2023

Meghan and **Harry** trying to recreate 'royal court' in US after failed Megxit deal
Meghan Markle and Prince **Harry** have been accused of trying to recreate
their own "royal court" in the United States by a royal commentator after th...

Matthew Dooley

Meghan Markle and Prince **Harry** have been accused of trying to recreate their own "royal court" in the United States by a royal commentator after they failed to get what they wanted out of Megxit.

Meghan Markle and Prince **Harry** are attempting to create their own "royal court" in the US, according to a royal commentator. The comments come amid a slew of media appearances by the Duke and Duchess - particularly by Prince **Harry** - which left one commentator asking "what was the point?"

In recent months, Prince **Harry** has been in the spotlight. Before and after the release of his memoir Spare in January he gave numerous explosive interviews on primetime television. In December of last year, Meghan and **Harry** released a six-part Netflix series describing their relationship and eventual exit from royal life.

"I ask myself this all the time. What was the point for **Harry** and Meghan? Were they trying to make themselves look better? Were they trying to make themselves more popular than the royals? Are they trying to recreate their own royal court in the United States?" asked a royal commentator and founder of popular YouTube channel the Royal News Network who goes by Brittany.

She added: "Number one, yes they do definitely want to create their own royal sphere in the United States. Obviously, we do not have a monarchy here and nor do we want one, so they're welcome to live here like other royals do but don't make yourself a royal of the United States - huge difference there."

She cited the Megxit deal which saw Prince **Harry** and Meghan Markle leave the Royal Family for North America.

Prince **Harry** could have his '**visa** revoked' after admitting to using drugsPrince **Harry** could see his **visa** revoked after admitting to using **drugs** in a televised therapy session, Piers Morgan pointed out.

Speaking to famed therapist Dr Gabor Mate for his programme The Myth of Normal: Trauma, Illness, and Healing in a Toxic Culture, Prince **Harry** said he started using **drugs** after realising they helped him cope with his trauma.

Read more HERE.

"I think they are just trying to recreate what they wanted, what their vision was for themselves that they couldn't have in the UK, in the US," she said.

The host of the show added: "They could not get their way, I think at the end of the day that was their big anger point. They were not going to get their way."

Brittany pointed to the role the couple wanted to play in the Commonwealth, claiming Meghan wanted to be "Queen of the Commonwealth". She also claimed the Sussexes wanted to "supersede" the Royal Family in popularity.

During the Meghan and Harry's separation from the rest of the Firm, dubbed Megxit, the pair appeared to want to become hybrid royals who were financially independent but still represented the Queen.

On their now defunct website sussexroyal.com, the couple touted "progressive" new roles which would "continue to carry out their duties for Her Majesty the Queen, while having the future financial autonomy to work externally".

However, in 2020, Buckingham Palace released a statement making it clear Meghan and Harry were "required" to step back from royal duties.

READ MORE: Meghan Markle tempted by 'chance to wear a tiara' at Coronation

It appeared the couple failed to negotiate a half-in, half-out Megxit deal and in 2020 they moved to Montecito, California with their son Archie, completely stepping back from royal duties.

Since then, the pair have engaged in numerous media endeavours, including the now famous 2021 interview with Oprah. The couple released a Netflix documentary in December 2022 flush with never-before-seen footage and photos.

Arguably the biggest bombshell to date, however, was the release of Prince **Harry's** memoir Spare in January 2023 and the multiple interviews the Prince gave both before and after the book hit the shelves.

The book contains numerous allegations against the rest of the Royal Family and details Prince **Harry's** life, including his time in Afghanistan and his **drug** use.

Follow our social media accounts here on facebook.com/ExpressUSNews and @expressusnews

**---- Index References ----**

News Subject: (Government (1GO80); Health & Family (1HE30); Politically Exposed Persons (1PO01))

Industry: (Celebrities (1CE65); Entertainment (1EN08); Postal Services (1PO50))

Region: (Americas (1AM92); North America (1NO39))

Language: EN

Other Indexing: (Royal News Network) (Meghan Markle)

Word Count: 684

                                          © 2023 Thomson Reuters. No claim to original U.S. Government Works.

WESTLAW   © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

NewsRoom

3/24/23 Daily Mail Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10619559

Daily Mail Online (UK)
Copyright (c) 2023 Dailymail.co.uk

March 24, 2023

## Prince **Harry** makes surprise appearance on Car SOS to send a message to disabled veteran who had his Jeep Grand Cherokee restored

Amie Gordon Rory Tingle

The Duke of Sussex last night congratulated a disabled veteran saying he is 'the definition of inspiration' during a surprise appearance on a car renovation show.

Former Lance Corporal Stephan van Niekerk, 36, had his Jeep Grand Cherokee taken in for persistent mechanical problems on the National Geographic's Car SOS.

Duke of Sussex congratulated veteran saying he is 'the definition of inspiration' Ex Lance Corporal Stephan Van Niekerk, 36, had his Jeep Grand Cherokee fixed

The former serviceman, from Taunton in Devon, joined 3rd Battalion, the Rifles, at the age of 21 before he was hit seven years later by an improvised explosive device.

After the vehicle restoration was shown to Mr Van Niekerk, **Harry** said in a video message: 'Stephan, congratulations. I hope at this point you're sitting in your brand new, or certainly what looks like a brand new Jeep.

'Good on you mate, well done, fully, fully, fully deserved. I can't think of anyone that deserves this more than you.'

Prince Harry expressed his admiration for Stephan van Niekerk's (pictured) resilience and determination and praised the Car S.O.S team for their outstanding work

The 36-year-old served in Afghanistan before losing his left leg at the hip, his right leg below the knee, and five fingers in 2009

Harry is known for his work supporting injured veterans, and helped set up the Invictus Games - an event for wounded, injured and sick servicemen and women.

Addressing Stephan, he added: 'After getting injured at such a young age after two tours of Afghanistan, you are the definition of inspiration because you are not defined by your injury. You are defined by your selflessness to others, to your community, your inspirational talks to young people.

'And, of course, to your four kids, and your amazing wife Sadie, who no doubt has got you this far. So full respect, well done you, and I heard, someone told me, that you're planning to cycle from Canada to Mexico – just a mere 2,745 miles, I think.

'Good luck with that, I know you're going to do it, I know you're going to smash it. I know you're going to raise a lot of money for Blesma as well. Other than that, mate, just a huge congratulations. And thank you, thank you for your service. Thank you for your continued service and commitment to others.

'I'm sure your whole family is incredibly proud of you. I'm proud of you. We're all proud of you… there's a reason you were chosen for this. So yeah, saddle up and enjoy your new wheels. And then make sure that you get as fit as you can for this next huge adventure that's coming your way and then you can smash that.

'And at the end of that. I would love to meet you even if it's over a Zoom, but yeah, full respect, mate. Well done, love it and catch you soon, cheers.'

The duke, who recorded the clip last year at his home in the US, was a battlefield air controller when he first went on a ten-week tour of duty in 2007 fighting the Taliban in Helmand province.

Stephan van Niekerk had bought himself a used Jeep Grand Cherokee, which had the potential to be a contender, but it was off the road due to persistent mechanical problems

Prince Harry expressed his admiration for Stephan's resilience and determination and praised the Car SOS team for their outstanding work

He then retrained and qualified as an Apache helicopter pilot and in September 2012, he returned to Afghanistan for a second time.

Mr Van Niekerk lost his left leg at the hip, his right leg below the knee, and five fingers when he stepped on an IED in Sangin while on his second tour of the country in 2009.

He was medically discharged, and with the support of his wife and Army rehabilitation has reinvented himself as a motivational speaker for Blesma, The Limbless Veterans charity.

His best friend Ian and wife Sadie wanted to reward him for his bravery and positivity by fulfilling his ambition to become an off-road driving champion with his used 2002 car.

The Jeep was restored by presenters Tim Shaw and Fuzz Townshend to competition-level standards, modified for disabilities, and has a roll cage, high lift axle kit and wheel arch extensions as well as having the suspension upgraded.

Mr Van Niekerk is also set to raise money for Blesma by cycling from Canada to Mexico.

He said Harry's message was 'insane' and he could not believe he was talking about him.

The former serviceman, from Taunton in Devon, joined 3rd Battalion, the Rifles, at the age of 21 before he was hit seven years later by an improvised explosive device

It comes as **Harry** continues to face pressure over his immigration status in the US, where a think-tank has raised questions over his **drug** use.

The Heritage Foundation, a conservative research institute focused on public policy, is currently battling with the Department of Homeland Security (DHS) to get a copy of the Duke of Sussex's **visa** filings under the Freedom of Information Act.

A director at the think-tank and their lawyer told DailyMail.com the immigration documents could expose a thorny diplomatic issue: whether **Harry** declared his previous illegal **drug** use, and whether DHS officers gave him special treatment.

While applying for his residency permit, **Harry** had to fill out a form asking if he has ever used illegal **drugs**.

An answer of 'yes' often results in the application's denial, or a raft of extra hurdles that can even include **drug** tests and interviews before getting a special waiver to allow a **visa**.

**Harry** admitted to taking cocaine, magic mushrooms and cannabis in his memoir, Spare, and in interviews.

The Heritage Foundation argues that means he either lied on his form – usually a surefire way to get kicked out of the country – or DHS gave him a special waiver.

This episode of Car SOS will be repeated on National Geographic on Sunday at 7pm.


---- Index References ----

Company: HERITAGE FOUNDATION (THE)

News Subject: (Immigration & Naturalization (1IM88); Social Issues (1SO05))

Industry: (Automobiles (1AU45); Automotive (1AU29); Automotive Models (1AU61); Four Wheel Drive (1FO31); Land Transportation (1LA43); Passenger Transportation (1PA35); Transportation (1TR48))

Region: (Afghanistan (1AF45); Asia (1AS61); Western Asia (1WE54))

Language: EN

Other Indexing: (Car SOS; Department of Homeland Security; Heritage Foundation) (Prince Harry)

Word Count: 981

**End of Document**                    © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**



THE 23 DEALS YOU CAN'T AFFORD TO MISS IN AMAZON'S SPRING SALE

(https://www.express.co.uk/life-style/life/1749620/Amazon-announces-spring-sale-eact)

# Prince Harry may have to 'pack his bags and move back home' as US urged to disclose visa

The Duke of Sussex has come under fire over his drug use with a Washington-based organisation demanding to know the details of his immigration status.

**Prince Harry's at risk of deportation over drug use**

Enter your email address here

SUBSCRIBE

Either by us to provide content in emails and to improve our understanding of you. You may include advertisements and 3rd parties based on our understanding. You can unsubscribe at any time. More info (/privacy-notice)

Prince Harry (/latest/prince-harry) may have to "pack his bags" and head back to the UK, according to two royal (/latest/royal-family) commentators. The comments come amid an uproar about the Duke's US (/latest/united-state visa after he admitted to using drugs including cocaine, cannabis and psychedelics in the past.

---

## RELATED ARTICLES

**Camilla caught breaking royal protocol in US detailed by snapper**

**(/news/royal/1749263/camilla-royal-protocol-usa-arthur-edwards-dxus)**

**Meghan and Harry must have 'cut off point' for RSVP - presenter**

**(/news/royal/1749289/meghan-markle-prince-harry-coronation-rsvp-dxus)**

---

Harry may have run afoul of the United States' famously strict immigration laws with the admission of his drug use. conservative think tank called The Heritage Foundation is demanding to know the details of the Duke's US visa application.

"This might be illegal, he might have to pack his bags and move back home," said host of the Royally Us (https://www.youtube.com/watch?v=SOfSZwlH8vQ&ab_channel=UsWeekly) podcast Christina Garibaldi.

Co-host Christine Ross added: "I can't imagine if Prince Harry (https://www.express.co.uk/latest/prince-harry) gets deported, what a drama it would be. You know, this is true. When you apply for a visa you sort of have to prove that you are a really upstanding citizen, that there's no chance you're going to be in any trouble in your new country.

"You do have to declare that you've never taken part in illegal substances. I do wonder how Prince Harry (https://www.express.co.uk/latest/prince-harry) answered that question."

Prince Harry has come under fire over his visa status in the US. (Image: GETTY)

Prince Harry is married to US citizen Meghan Markle and lives in California. (Image: GETTY)

**Prince Harry brutally mocked again as author releases parody version of book: 'Spare Us!'**

The Duke of Sussex's book Spare is being parodied in a spoof biography of Prince Harry which promises to go "deep inside the castle walls" and expose "every shouting match, fist-fight, betrayal, teddy bear, awkward hug and tear-stained wedding rehearsal".

In a clear mockery of the bestselling memoir, the upcoming work has been described in a press release as a "frostbite-and-all book", and is titled Spare Us! A Harrody.

**Read more HERE.
(/news/royal/1749518/prince-harry-mocked-spare-parody-version)**

Prince Harry admitted his drug use in Spare (/news/royal/1717680/prince-harry-memoir-drugs-cocaine-mushroom-royal-family-ont) and in several interviews includir a live-streamed therapy session with trauma expert Dr Gabor Maté.

He said cocaine "didn't do anything" for him but lauded the us of marijuana and psychedelics (/news/royal/1742759/prince-harry-should-not-have-praised-class-a-ayahuasca-drug). He claimed the latter helped him as a "cleaning of the windshield [and] removal of life's filters".

Now, however, the Prince has come under fire for his comments. The right leaning Heritage Foundation is now arguing that US officials should release the details of his visa application to make sure he was "properly vetted" before entering the US.

**APP. C 112**

"This request is in the public interest, given the potential revocation of Prince Harry's (https://www.express.co.uk/latest/prince-harry)'s visa for illicit substance use and further questions regarding the Prince's drug use and whether he was properly vetted before entering the United States," Mike Howell, director of t foundation's Oversight Project, told the Daily Mail (https://www.dailymail.co.uk/news/article-11884759/So-DID-Prince-Harry-visa-despite-drug-use-Campaigners-demand-know.html).

**READ MORE:** **Meet the lawyer scrutinising Harry's visa after drug use admission (/news/royal/1749665/prince-harry-visa-drugs-dxus)**

The Duke admitted to using cocaine, marijuana and psychedelics. (Image: GETTY)

Of Meghan and Harry's children, Lili is already a US citizen while Archie is likely eligible. (Image: GETTY)

TRENDING

**Meghan 'wants tiara moment' at Coronation, claims royal expert (https://www.express.co.uk/news/royal/1751264/meghan-markle-tiara-moment-coronation-dxus)**

**Harry and Meghan 'claw' onto royals as they lose Hollywood - expert (https://www.express.co.uk/news/royal/1751816/prince-harry-meghan-markle-hollywood-polls-dxus)**

Those applying for US visas are typically asked about their past criminal history and drug use. Usually, visa applications remain confidential under the Immigration and Nationality Act, but Prince Harry (https://www.express.co.uk/latest/prince-harry)'s admission could affect future applications.

In addition, if he lied on his application he could potentially be deported and barred from applying for US citizenship. Although it's unknown what type of visa Harry holds, the Daily Mail previously reported that he likely has a spousal visa or an O-1 visa for people with an "extraordinary ability in the sciences, arts, education, business, or athletics" or an "extraordinary achievement in motion picture or television industry".

That visa typically runs out after three years, meaning Harry - who has lived in California for almost three years - ma need to apply for another in the near future.

Prince Harry (https://www.express.co.uk/latest/prince-harry)'s wife, Meghan Markle (https://www.express.co.uk/latest/meghan-markle), is a US citizen. His daughter, Princess Lilibet Diana, was born in the United States granting her automatic US citizenship. Prince Archie Harrison is likely eligible for US citizenship though Meghan.

**Follow our social media accounts here on facebook.com/ExpressUSNews (http://facebook.com/ExpressUSNew and @expressusnews**

Prince Harry (/latest/prince-harry)     Royal Family (/latest/royal-family)     USA (/latest/united-states)

**News**Room

3/24/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10719424

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 24, 2023

Prince **Harry** warned 'royals not exempt' from US **visa** law in deportation row
EXCLUSIVE: Prince **Harry's** **visa** status is being vigorously debated after
the Duke recently admitted to taking **drugs** in the past. Express.co.uk spoke...

Adam Chapman

EXCLUSIVE: Prince **Harry's** **visa** status is being vigorously debated after the Duke recently admitted to taking **drugs** in the past. Express.co.uk spoke to a former Homeland Security Special Agent to cut through the noise.

Prince **Harry** has been given a stern warning that "there is no provision of the law that exempts members of the British Royal Family from being truthful in their **visa** applications", as the row deepens over the Duke's recent admissions of past **drug** use. Conservative think tank The Heritage Foundation is campaigning for the release of **Harry's** US **visa** application after the Duke of Sussex revealed in his tell-all memoir Spare and in recent TV interviews that he had taken cocaine, cannabis and magic mushrooms in the past. US immigration law regards any failure to declare **drug** use to immigration officials a serious violation that can result in deportation and being permanently barred from applying for citizenship.

Speaking exclusively to Express.co.uk, retired Department of Homeland Security Special Agent Kristofor Healey revealed exactly what protocols **Harry** would have had to follow when he applied for citizenship and whether he thinks the Duke breached them.

It's unclear what **visa** **Harry** was issued when he applied as that has not been publicly released.

**Harry** likely obtained a **visa** based on his marriage to Meghan Markle, Healey said

Given that the Duke's married to a US Citizen and has chosen to reside in the US, he is eligible to obtain some type of "immigrant **visa**", the former DHS official explained.

READ MORE: 'Public has a right to know': Meet the lawyer scrutinising **Harry's visa** over **drug** use

According to Healey, the bone of contention appears to refer to the section on the form under "Security and Background", which specifically asks: "Are you or have you ever been a **drug** abuser or addict?"

While illegal **drug** use can absolutely be grounds for inadmissibility, applicants can also provide additional context on an application that mitigates the issue, he explained.

"An individual could note that they had been in recovery for years or were no longer engaged in **drug** use at the time of the application, for instance," Healey said, adding: "In that case, absent other issues with the application, the **visa** might still be issued".

However, even if **Harry** concealed past **drug** use in his **visa** application, Healey thinks it's highly unlikely that the Duke's at risk of having his **visa** status revoked.

"Unless a **visa** recipient is involved in other criminal activity, DHS doesn't typically move to investigate someone for **visa** fraud or revoke their status," the former DHS agent explained.

He continued: "And while there is no provision of the law that exempts members of the British Royal Family from being truthful in their **visa** applications, **Harry** would almost certainly be given the benefit of the doubt by anyone looking into the issue based upon his notoriety and status.

"In short, he isn't a threat to national security or a likely criminal, which is the point of screening applicants in the first place."

While it is illegal to knowingly make a false claim in a **visa** application, and such false claims can be charged federally, Healey said he rarely encountered this infraction during his time as a DHS agent.

"I investigated subjects for **visa** fraud many times in my career, but when we charged them, it was typically part of a larger investigation in which the individual committed other crimes – money laundering, wire fraud, mail fraud – and used their **visa** to enter and remain in the United States in furtherance of those crimes," he explained.

Healy added: "Regardless of the type of **visa** that he obtained, I highly doubt that DHS will open a criminal matter or try to revoke his **visa** administratively.

"While it can be argued that **Harry** made a false claim if he failed to acknowledge past **drug** use on his application, it is unlikely to be seen as material to his overall suitability to reside in the United States."

Regardless of the facts on the ground, the lawyer pushing for the release of **Harry's visa** application believes the public has a right to know.

READ MORE: Prince **Harry** likely got a 'special deal' over US **visa** as he's 'somebody important'

"The Heritage Foundation is seriously concerned about migration policy, and the laws on the books being properly enforced. That's what led to this," lawyer Samuel Dewey told Express.co.uk.

Dewey continued: "We had a concern that Prince **Harry** had preferential treatment because there are certain grounds for inadmissibility into the country regardless of your **visa** applications; you can't come into the country without meeting certain criteria and one of them relates to **drug** use."

The lawyer believes it's a matter of principle: "When you're talking about immigration it's often a zero sum game. If resources were spent processing and giving a special favour to Prince **Harry** because of his status, they may have been taking away from an applicant who didn't have any potential grounds for inadmissibility and has a very good case to come here."


---- Index References ----

News Subject: (Crime (1CR87); Financial Fraud (1FI18); Fraud (1FR30); Immigration & Naturalization (1IM88); Social Issues (1SO05))

Industry: (Banking (1BA20); Credit, Debit & Value Cards (1CR28); Financial Services (1FI37); Retail Banking Services (1RE38))

Region: (England (1EN10); Europe (1EU83); United Kingdom (1UN38); Western Europe (1WE41))

Language: EN

Other Indexing: (Prince Harry)

Word Count: 854

---

**End of Document**
© 2023 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**


THE 23 DEALS YOU CAN'T AFFORD TO MISS IN AMAZON'S SPRING SALE

(https://www.express.co.uk/life-style/science-technology/1751449/amazon-spring-sale-2023-best-deals-uk)

# 'Public has a right to know': Meet the lawyer scrutinising Harry's visa over drug use

EXCLUSIVE: Express.co.uk spoke exclusively to the lawyer pushing for the release of Prince Harry's visa application after the Duke recently admitted to taking drugs in the past.

**Prince Harry's at risk of deportation over drug use**

Enter your email address here

SUBSCRIBE**APP. C 118**

to operate our site and to improve our understanding of you. We may include advertising from us and 3rd parties based on our understanding. You can unsubscribe at any time. More info (/privacy-notice)

A US lawyer is demanding the release of <u>Prince Harry (/latest/prince-harry)</u>'s visa application over concerns he was given "preferential treatment" after recent admissions about <u>drug (/latest/drugs)</u> use. The Duke of Sussex, 38, revealed in his tell-all memoir Spare and in recent TV interviews that he had taken cocaine, cannabis and magic mushrooms in the past. The lawyer, taking on Washington officials on behalf of conservative think tank <u>The Heritage Foundation (https://www.heritage.org/)</u>, believes the public has a right to know whether Harry declared his past drug use on his visa application.

---

RELATED ARTICLES



**Harry opens up to William on staff member's plot to 'sabotage' Meghan**

**(/news/royal/1749470/prince-harry-prince-william-sabotage-meghan-markle)**



**Harry brutally mocked again as author releases parody version of Spare**

**(/news/royal/1749518/prince-harry-mocked-spare-parody-version)**

---

"The Heritage Foundation is seriously concerned about migration policy, and the laws on the books being properly enforced. That's what led to this," lawyer <u>Samuel Dewey (https://www.samueldewey.com/)</u> told <u>Express.co.uk (/)</u>.

Dewey continued: "We had a concern that <u>Prince Harry (https://www.express.co.uk/latest/prince-harry)</u> had preferential treatment because there are certain grounds for inadmissibility into the country regardless of your visa applications; you can't come into the country without meeting certain criteria and one of them relates to drug use."

US immigration law regards any failure to declare drug use to immigration officials a serious violation that can result in deportation and being permanently barred from applying for citizenship.

The lawyer said the Heritage Foundation is agnostic over whether Harry should or shouldn't get a waiver based on the facts, but it's a matter of principle that the truth comes out.

**READ MORE: <u>Harry warned drug use could threaten US visa in massive blow: 'No exception for royalty' (/news/royal/1749419/prince-harry-US-visa-drugs-dxus)</u>**



Campaign: Samuel Dewey is pushing for the release of Harry's visa over drug use admission (Image: Getty Images/SamuelDewey)

**King Charles follows 'track record' to bring Harry and Meghan back into royal fold**

The King is following a familiar footprint as he battles to include Prince Harry and Meghan, the Duchess of Sussex in family events, a royal commentator has said. His Majesty had the Duke and Duchess of Sussex added to the guest list for his Coronation, but the couple has yet to confirm whether they will attend.

**Find out more HERE. (/news/royal/1749867/king-charles-harry-meghan-return-dxus)**

It's not known exactly what questions Harry was asked when applying for his US visa, because it is not yet clear which visa he received.

However, the question on the ESTA application which most UK applicants would use is: "Have you ever violated any law relate to possessing, using or distributing illegal drugs?"

"We just want to know what happened because if improper treatment has been given that's a huge concern as it relates to the enforcement of the law," Dewey said.

If it turns out that Harry was given preferential treatment, this has ramifications that go beyond Harry's visa status, the lawyer suggests.

**Don't miss...**
**US group want Prince Harry deported as royal 'always in trouble' (/showbiz/tv-radio/1749556/Prince-Harry-deported-America-drugs-Spare) [LATEST]**
**Harry opens up to William on staff member's plot to 'sabotage' Meghan (/news/royal/1749470/prince-harry-prince-william-sabotage-meghan-markle) [LATEST]**
**Harry warned 'no exception for royalty' over US visa threat - lawyer (/news/royal/1749419/prince-harry-US-visa-drugs-dxus) [LATEST]**

TRENDING

**Meghan 'wants tiara moment' at Coronation, claims royal expert**

**(https://www.express.co.uk/news/royal/1751264/meghan-markle-tiara-moment-coronation-dxus)**

**Harry and Meghan 'claw' onto royals as they lose Hollywood - expert**

**(https://www.express.co.uk/news/royal/1751816/prince-harry-meghan-markle-hollywood-polls-dxus)**

READ MORE

**Prince Harry and Meghan delight author of child bereavement book**

**(/news/royal/1749603/prince-harry-meghan-markle-mark-lemon-the-magical-wood)**

"When you're talking about immigration it's often a zero sum game. If resources were spent processing and giving a special favour to Prince Harry (https://www.express.co.uk/latest/prince-harry) because of his status, they m have been taking away from an applicant who didn't have any potential groun for inadmissibility and has a very good case to come here," he said.

Besides legality, Americans have a right to know the truth, claims Dewey, because it relates to what he calls the "American stance of fairness".

The lawyer explained: "We don't have royalty here but there's a sense of unfairness in taking your hereditary title and using it very directly to profit

without engaging in public service."

## How strong is the case?

Dewey says he has had "very productive conversations" with United States Citizenship and Immigration Services (USCIS).

Samuel Dewey: The lawyer claims 'public has a right to know' whether Harry got special treatment (Image: Samuel Dewey)

"Unfortunately we've been told they won't release any documents under the

won't produce records without a waiver from Prince Harry
(https://www.express.co.uk/latest/prince-harry) because it's private," the lawyer
continued.

However, Dewey believes Harry has forfeited his right to privacy by going
"enormously" out of his way to "put his stuff in the public spotlight".

Secondly, the public interest argument is strong, the lawyer believes.

"Obviously there's a clear public interest here. Was Harry given preferential
treatment because of his status? That's a really important question," Dewey said, adding: "I can't say but the public
has a right to know".

The lawyer says he is "fully expecting" to have to go to federal court to get these documents "but we are prepared to
do that".

**READ MORE: Prince Harry brutally mocked again as author releases parody version of book: 'Spare Us!'
(/news/royal/1749518/prince-harry-mocked-spare-parody-version)**

READ MORE

**Camilla 'not a vengeful person' and
is supportive of King, expert says**

(/news/royal/1749479/Camilla-
Queen-Consort-Prince-Harry-UK-
return-dxus)

---

RELATED ARTICLES

**US group want Prince Harry deported as royal 'always in
trouble'**

(/showbiz/tv-radio/1749556/Prince-Harry-deported-
America-drugs-Spare)

**Harry set for Coronation snub as Duke unlikely to wear
special robes**

(/news/royal/1749644/prince-harry-news-coronation-
snub-robes)

Admission: Harry revealed in his memoir that he had taken cocaine as a teen (Image: Getty Images)

## Who is Sam Dewey?

Dewey specialises in white-collar investigations, including compliance and litigation, as well as complex public policy matters.

The legal professional has served as the Senior Counsel in charge of Oversight & Investigations with the US House Representatives Financial Services Committee, as Chief Investigator & Counsel with the US Senate Special Committee on Aging, and as the Senior Advisor with the United States Agency for Global Media.

He has also worked for a number of private legal firms over the years, including Gibson, Dunn & Crutcher and McDermott, Will & Emery.

Dewey graduated from Brandeis University with a BA in Political Science in 2006. He proceeded to Georgetown University Law Center in Washington DC, and earned his Juris Doctorate from Harvard Law School in Cambridge, Massachusetts, in 2009. He was a Senior Editor of Harvard Journal of Law and Public Policy and an Executive Board Member at Harvard Federalist Society.

In response to Express.co.uk (/news/us)'s request for comment, the State Department said: "Visa records are confidential under Section 222(f) of the Immigration and Nationality Act (INA); therefore, we cannot discuss the details of individual visa cases."

Express.co.uk (/news/us) has approached Harry's representatives for comment.

Prince Harry (/latest/prince-harry)      Drugs (/latest/drugs)

**News**Room

3/24/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10616092

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 24, 2023

Royal Family LIVE: Florida boss admits Americans find Harry and Meghan 'annoying'
Ron DeSantis said he admired the Queen's "stoicism" but added
that he is a "little mixed" when it comes to younger royals.

Charlie Bradley,Catherine Meyer-Funnell,Lauren Welch

Prince Harry and Meghan Markle are "annoying" to some Americans, Florida Governor Ron DeSantis has said.

Mr DeSantis is a high-profile figure in the US, and is likely to run against Donald Trump for the Republican nomination ahead of the 2024 election.

In an interview with Piers Morgan on TalkTV, Mr DeSantis compared the Queen to the younger generation of royals.

He said: "I really respected the Queen. I think she was really elegant. And I think her stoicism was really good."

More to follow...

Mr DeSantis then drew comparisons between the "younger generations" of Royals, saying it was a "little more mixed".

He added: "I mean that's just the reality."

The Florida governor then said that he had no view on the Sussexes.

But when quizzed further by Mr Morgan over whether Harry and Meghan were "annoying", he said: "I think for some they are."

He added: "I mean look, I'm not involved in that... But I think for some Americans they can be."

During another part of the interview, Mr DeSantis said he admired Winston Churchill and added that personal conduct matters.

This was seen as an apparent jibe at Donald Trump. The Republican figures have clashed in recent months as they prepare to battle for the nomination.

22:42 Lauren Welch

EXCLUSIVE: Prince **Harry's visa** status is being vigorously debated after the Duke recently admitted to taking **drugs** in the past. Express.co.uk spoke to a former Homeland Security Special Agent to cut through the noise.

Prince **Harry** has been given a stern warning that "there is no provision of the law that exempts members of the British Royal Family from being truthful in their **visa** applications", as the row deepens over the Duke's recent admissions of past **drug** use. Conservative think tank The Heritage Foundation is campaigning for the release of **Harry's** US **visa** application after the Duke of Sussex revealed in his tell-all memoir Spare and in recent TV interviews that he had taken cocaine, cannabis and magic mushrooms in the past. US immigration law regards any failure to declare **drug** use to immigration officials a serious violation that can result in deportation and being permanently barred from applying for citizenship.

READ MORE HERE

22:32 Lauren Welch

Queen Rania of Jordan, 52, celebrated a family "Iftar" on the first day of Ramadan along with her husband, King Abdullah. An "Iftar" is the first meal eaten after sunset during the holy month of Islam.

Queen Rania arrived at her family Iftar looking incredibly stunning. The Jordanian Queen wrote on Instagram: "Grateful to be sharing Iftar on the first day of the holy month with people we love. From today's family Iftar." Rania accessorised with a handbag that showed how much love she has for the country of Jordan.

READ MORE HERE

21:38 Lauren Welch

The Duke and Duchess have not confirmed whether they will attend the Coronation, nor whether Archie and Lilibet have received an invite.

Prince Harry and Meghan, the Duchess of Sussex, will likely need a babysitter if they attend King Charles III's Coronation. While the couple is yet to confirm whether they plan to support King Charles III on May 6, their children are likely too young to follow. The Sussex Prince and Princess are just three and one-and-a-half years old, respectively, and their attendance would mark a departure from tradition.

READ MORE HERE

20:59 Lauren Welch

The King and Queen Consort's planned state visit to France has been put off due to the violence that erupted this week.

The cancellation of the King's first overseas visit has been deemed an "embarrassment to France". Speaking of the visit, former head of Royal Protection, Dai Davies claimed he has "never heard of" a visit cancellation before. The King and Queen Consort were due to travel to France on Sunday, March 26.

READ MORE HERE

20:33 Lauren Welch

The King was delivered the then-latest Land Rover, the Discovery 3, back in 2007.

The royal Land Rover, previously owned by the then-Prince Charles, has been offered for sale at a motoring auction. The car, which is currently on its third owner in Ilminster, has now racked up 117,816 miles. Whilst handling the sale, Collecting Cars described the vehicle as "a handsome example of the Land Rover Discovery 3, with excellent documented royal provenance".

READ MORE HERE

19:27 Lauren Welch

Prince William's two-day trip to Poland saw him visit British and Polish troops, Ukrainian refugees, the Polish President Andrzej Duda and make a poignant visit to the Tomb of the Unknown Soldier in Warsaw, echoing Queen Elizabeth II and Prince Philip's in 1996. Longstanding royal commentator Richard Fitzwilliams noted the significance of the trip lay with him "being the ideal diplomat" to visit such a sensitive area.

READ MORE HERE

19:03 Lauren Welch

The Palace has furiously denied rumours published by a French magazine the glamorous royal couple could be on the verge of separating after nearly 12 years together.

Princess Charlene of Monaco has furiously denied the "malicious" rumours she and husband Prince Albert of Monaco are divorcing as the Royal Family broke cover for the first time since the sensational claims emerged. Rumours about the couple's marriage have been swirling across the internet after French magazine ROYAUTÉ claimed the prince and princess are in the process of separation. But the Palace has furiously hit back at the claims and have "formally denied the malicious rumours peddled by the magazine".

READ MORE HERE

18:02 Lauren Welch

The Royal Family's approval rating has slumped to its lowest level in 12 months following the publication of Spare, the Duke of Sussex's tell-all memoir.

Prince Harry's tell-all campaign has tarnished the reputation of the whole Royal Family in the eyes of the public, a devastating new poll suggests. The Duke and Duchess of Sussex's popularity has slumped to a new low following the release of the Duke's memoir, Spare, and the controversial revelations the Duke has subsequently made about the Firm. But the latest Ipsos poll also suggests that all senior royals' have been negatively affected by the fallout.

READ MORE HERE

17:35 Lauren Welch

Prince Harry and Meghan Markle's status as former senior members of the Firm will likely ensure their treatment at the King's Coronation this spring.

Prince Harry and Meghan Markle have been invited to the King's forthcoming Coronation in May. However, if the pair do accept their invite, they are set to have a very different experience to other members of the Royal Family. The couple's Coronation will be distinct from their non-official roles to the clothing they wear for the historic ceremony.

READ MORE HERE

16:55 Lauren Welch

Prince **Harry's** US **visa** is under scrutiny after the Duke revealed in his memoir that he had previously experimented with a number of illegal substances.

The Duke of Sussex is unlikely to see his his US **visa** revoked over his admission of past **drug** use as he is "somebody important" and therefore probably struck a "special deal", a royal expert claims. It comes after critics are calling for his **visa** application documents to be made public over concerns he lied on the forms.

READ MORE HERE

16:19 Lauren Welch

The Duke and Duchess of Sussex may be snubbed from making an appearance on the Buckingham Palace balcony alongside the Royal Family after the Coronation ceremony.

Prince Harry and Meghan Markle have received an invitation to King Charles III's Coronation ceremony at Westminster Abbey on May 6 but are yet to publicly confirm their attendance. As part of the festivities, the Royal Family are expected to make an appearance on the Buckingham Palace balcony, but should the Duke and Duchess of Sussex join them? Vote in our poll.

15:54 Lauren Welch

The Princess of Wales's iconic ring has a fascinating history that dates back centuries - but its day-to-day "routine" is something the royals remain "tight-lipped" on.

It's been over a decade since Kate, Princess of Wales, and Prince William's engagement, but the dazzling 12-carat oval sapphire engagement ring that marked the occasion remains a phenomenon. The iconic ring once belonged to William's late mother Diana, Princess of Wales, which then-Prince Charles used to propose in the Eighties. It dates back to the 19th century, when Prince Albert had a sapphire-and-diamond brooch created for his wife, Queen Victoria. It has been passed down through royal generations ever since. However, while the history of the piece is well-known, its current usage remains quite private, with the royals staying "tight-lipped about the day-to-day locations and routines regarding their jewellery," according to an expert.

READ MORE HERE

15:31 Lauren Welch

The Duke of Sussex attacked his stepmother in his autobiography Spare, referring to her as "the villain" and the "third person in the marriage".

Prince Harry may not have to pay homage to Queen Consort Camilla at the Coronation in May, as Buckingham Palace is still hopeful the Sussexes will be there to witness King Charles be crowned. According to reports, Harry has been struggling with the idea that Camilla will wear the crown that he believes should have been his mother's and that she will be anointed close to where Diana's coffin had rested at Westminster Abbey.

READ MORE HERE

15:07 Lauren Welch

Good afternoon from London. I'm Lauren Welch and I'll be bringing you all the latest royal news today. If you have any points or comments to make - please send my way!

Email: lauren.welch@reachplc.com

Twitter: laurenmwelch

14:49 Catherine Meyer-Funnell

King Charles is planning on asking more members of the Royal Family to vacate their London accommodation as he plans to let the houses out for profit, according to sources.

Some royals enjoy subisided accommodation in the capital, or their "London pads", but now Charles is King this is about to change.

The source told the Evening Standard of the eviction plans and said: "Properties will be let at commercial rates going forward and to people outside the family. Where it is in a palace environment they will of course be security vetted."

The insider did not state what royals were at risk, or which London residences would be targeted.

Read the full story here

13:17 Catherine Meyer-Funnell

Prince **Harry** could have a "serious problem" after he shared he took **drugs** while in the US, a royal correspondent said.

Under US immigration law, people who admitted to taking **drugs** are not eligible for **visas**.

But **Harry** is described in Spare smoking cannabis with Tyler Perry and taking magic mushrooms at Courtney Cox's house, all of which he claimed took place in America.

Now, royal journalist Robert Jobson has said that if **Harry** lied on his **visa** application, he could have a "really serious problem"

He said he found out "very early on" when he and photographer Arthur Edwards "had been filling out forms to go to America" that **drugs** can bar you from entering the US.

"On it, it's pretty damn clear 'have you taken **drugs**' and all these things, and basically, if you have, you haven't got a prayer of getting a **visa**," he said.

Read the full story here

12:35 Catherine Meyer-Funnell

Prince **Harry** and Meghan Markle have been warned that "America is waking up" to the Sussexes ahead of the release of a spoof of **Harry's** book Spare, an expert has claimed.

The Duke of Sussex, 38, released his much-anticipated memoir in January and returned to TV screens with a series of high-profile interviews.

But the father-of-two looks set to be the butt of some more US-based jokes with Spare Us! A Harrody hitting the shelves on April 1.

TalkTV's Royal Tea panel sat down to discuss how the couple could be impacted by the spoof book.

Royal photographer Arthur Edwards said: "It's better than the book that Harry wrote because I didn't enjoy that, seeing the way he rubbished some of the people that work hard for this country. I thought that was outrageous."

Read the full story here

11:50 Catherine Meyer-Funnell

Emmanuel Macron has come under fire after it was confirmed King Charles III's state visit to France would be postponed due to violent protests across the country.

Generation Frexit leader, Charles-Henri Gallois told Express.co.uk the move proves the French leader no longer has control of the turmoil in his country.

He said: "It's a terrible sign for Macron. It means he does not have control of his country anymore. He can no longer pretend it's business as usual."

Fellow researcher at the Henry Jackson Society Dr Helena Ivanov also told this website President Macron will not be seen in a favourable light at home and internationally after this decision.

Read the full story here

10:21 Catherine Meyer-Funnell

Russian propagandists have seized on Prince William's trip to Poland as an opportunity to further escalate tensions with the West.

Maria Zakharova, the spokeswoman of the Russian foreign ministry, cited an unfortunately-worded article on the historic visit to imply that British troops were not only supporting Ukrainians, but were actively involved in the fighting.

Ms Zakharova quoted from an article on Tatler magazine's website, which described William visiting "British and Polish troops involved in the war in Ukraine".

She claimed this statement "completely dispels any doubts, if anyone has them, whether Britain and Poland are involved parties."

Read the full story here

09:47 Catherine Meyer-Funnell

To celebrate the Coronation of King Charles on May 6 at Westminster Abbey, the Cosmati pavement, generally closed off from the public, will be part of a guided barefoot tour allowing visitors to stand on the exact spot where Charles will be crowned.

One of the country's medieval art treasures, the mosaic dates back to the 13th century, with kings and queens being crowned on it for over 700 years.

The mosaic is normally covered with carpet for the ceremony, but this time it will be left uncovered.

Anyone visiting the artwork will be asked to walk in socks to help protect the geometric patterns of marble, stone, glass and metal, with tourist groups to be kept to a maximum of 10 at a time.

Read the full story here

08:34 Catherine Meyer-Funnell

Most Britons would "be delighted" if Meghan Markle and Prince Harry stayed home for the Coronation, claims one royal biographer.

A recent survey found that one in five Britons said they were "less likely" to watch the event if the Sussexes attended.

Although the couple has been invited, its unclear if they will attend and reports have surfaced that Meghan and Harry are locked in negotiations with the Palace over their role during the event.

"I think, certainly in the UK, most people will be delighted if they don't turn up...there will be boos like you've never heard, they are so badly regarded now," claimed royal biographer Angela Levin on Sky News Australia.

The comments come as a survey by WatchTVAbroad.com showed that a number of viewers would switch off if the Sussexes do attend.

Read the full story here

07:28 Catherine Meyer-Funnell

While Meghan Markle chose a British-based designer, Clare Waight Keller, to design her wedding dress in a nod to what was meant to be her new home, Princess Eugenie made a different decision for her bridal gown.

The Princess of York's wedding dress was created by two designers, one Austrian-Italian and the other Belgian-Peruvian.

Traditionally, UK royals have worn wedding designs by British brands.

The Duke and Duchess of Sussex tied the knot on May 19, 2018, and royal fans eagerly anticipated the gown that Meghan would wear.

Read the full story here

07:11 Charlie Bradley

Good morning, we will be bringing you all the latest Royal Family news throughout the day.

---- Index References ----

Company: The Henry Jackson Society; HERITAGE FOUNDATION (THE)

News Subject: (Emerging Market Countries (1EM65); Health & Family (1HE30); Immigration & Naturalization (1IM88); Social Issues (1SO05))

Industry: (Celebrities (1CE65); Entertainment (1EN08))

Region: (Americas (1AM92); Arab States (1AR46); CIS Countries (1CI64); Central Europe (1CE50); Eastern Europe (1EA48); England (1EN10); Europe (1EU83); Eurozone Countries (1EU86); Florida (1FL79); France (1FR23); Jordan (1JO78); Mediterranean (1ME20); Middle East (1MI23); North America (1NO39); Poland (1PO03); U.S. Southeast Region (1SO88); USA (1US73); Ukraine (1UK09); United Kingdom (1UN38); Western Europe (1WE41))

Language: EN

Other Indexing: (Henry Jackson Society; Heritage Foundation) (Americans; Prince Harry; Meghan Markle)

Word Count: 2625

---

**End of Document**

© 2023 Thomson Reuters. No claim to original U.S. Government Works.



---

 © 2023 Thomson Reuters. No claim to original U.S. Government Works.    APP. C 131    8

**News**Room

3/22/23 Daily Mirror (U.K.) 25
2023 WLNR 10297276

Daily Mirror (UK)
Copyright © 2023 MGN Ltd.

March 22, 2023

Section: News

## Call to make Harry's visa forms public

CHRISTOPHER BUCKTIN US Editor

PRINCE Harry is facing calls to have his US visa application made public, after admitting drug use.

The Duke of Sussex, 38, admitted in his autobiography Spare to taking cocaine, cannabis and magic mushrooms.

America's Heritage Foundation is behind the calls for Harry's visa application to be released.

The think-tank's director Mike Howell said it was in the public interest, as the admission meant the visa could be revoked.

It also raised questions of whether Harry was "properly vetted" before entering the US, he said.

Hundreds of people have US bans due to drug use. The US State Department said it could not discuss individual visa cases.

---- Index References ----

Industry: (Banking (1BA20); Credit, Debit & Value Cards (1CR28); Financial Services (1FI37); Retail Banking Services (1RE38))

Language: EN

Other Indexing: (America's Heritage Foundation; US State Department) (PRINCE Harry)

Edition: 01

Word Count: 107

**End of Document**

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

**NewsRoom**

3/23/23 Mercury (Hobart, Austl.) 39
2023 WLNR 10406658

Mercury, The (Hobart, Australia)
Copyright (c) 2023 News Corp Australia. All rights reserved.

March 23, 2023

Section: World

## Coke use may be a visa blow for Harry

LOS ANGELES: Prince Harry is facing questions over whether he lied to enter the US after admitting to illegal drug use in his memoir Spare; with a government oversight group launching a new legal challenge over his visa application.

While it is unknown which immigration visa Prince Harry used to enter the US, his revelations of cocaine, magic mushroom and marijuana use could put his legal status in the country at risk if it was not declared to Homeland Security.

The new challenge to Harry's immigration status comes as he considers attending the King's coronation in the UK, placing his visa under additional scrutiny on a subsequent re-entry to the US.

The Heritage Foundation, a conservative American think tank, said it had launched a legal dispute over the US State Department's refusal to release details of Harry's visa application.

Mike Howell, director of the Heritage Foundation's Oversight Project, said Harry either lied on his application, which can be rejected over drug use, or he received special treatment as a royal and celebrity, which would be illegal.

A US State Department spokesman said visa records were confidential under Section 222(f) of the Immigration and Nationality Act.

"Therefore, we cannot discuss the details of individual visa cases," the spokesman said in an emailed statement.

Eyebrows were raised over Harry's legal status in the US after the release of Spare in January, and the subsequent media blitz that mined the depths of his drug use. He admitted to using cocaine from the age of 17, taking magic mushrooms at a celebrity party in California and smoking marijuana after his first date with Meghan Markle in 2016. Harry's memoir and public comments have been sent as a dossier by Mr Howell to the Department of Homeland Security, US Customs and Border Protection, and the US Citizenship Immigration Services as part of his bid to view Harry's visa application under freedom of information laws.

---- Index References ----

Company: U.S. Customs and Border Protection,; US Citizenship and Immigration Services; HERITAGE FOUNDATION (THE)

News Subject: (Business Management (1BU42); Corporate Events (1CR05); Crime (1CR87); Immigration & Naturalization (1IM88); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Homeland Security (1HO11); Security (1SE29))

Language: EN

Other Indexing: (US State Department; US Customs and Border Protection; US Citizenship Immigration Services; Heritage Foundation) (Prince Harry)

Edition: Hobart

Word Count: 319

**End of Document**                                   © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

**News**Room

3/24/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10567800

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 24, 2023

Harry could get 'kicked out' of US if Republicans win next election, suggests royal expert
EXCLUSIVE: The Duke of Sussex will likely remain safe in the
US as long as a Democrat is in power, a royal expert has said.

Rosie Jempson

Prince **Harry** has been warned that he could be at risk of having his US **visa** revoked if Republicans win the next election, a royal expert claims. The Duke of Sussex, 38, has faced scrutiny since openly admitting to taking a list of illegal substances in his memoir, Spare, and in recent interviews, which officials have warned could jeopardise his **visa** status in the UK.

Royal expert Richard Palmer spoke to Daily Express about the likelihood of **Harry's visa** being revoked.

Reporter Pandora Forsyth asked Palmer if he felt there was any possibility of this happening, noting **Harry's** revelations of **drug** use.

He replied: "The US **visa** does have quite a strict no-**drugs** policy.

"What I do know to apply for a **visa** last year, the **visa** questionnaire runs to around 100 questions and they are very detailed about it."

Conservative think tank The Heritage Foundation is calling for **Harry's visa** application to be released so the American taxpayer can understand whether the Duke declared his **drug** use.

Prince William's Poland trip savagely mocked by Russia as they give him insulting nicknamePrince William has been given a cruel nickname by Vladimir Putin as the future King made an unexpected visit to the Polish-Ukrainian border this week. The Russian leader's foreign ministry belittled the prince as merely being the "son of Charles", and have tried to use the opportunity to heighten tensions with the West, however the prince has been welcomed warmly on his trip by both Polish and Ukrainian supporters.

Read more HERE.

US immigration law regards any failure to declare drug use to immigration officials a serious violation that can result in deportation and being permanently barred from applying for citizenship.

"It's not quite clear on what terms he is residing in the US at the moment but this group is saying he should basically be kicked out because he has admitted to being a **drug** user," Palmer noted.

"Is that going to happen in the near future? I very much doubt it.

"Not least because we have a Democrat president in charge."

READ MORE: Meghan left options open for blog relaunch before marrying **Harry**

He added: "But this particular group has been quite influential in the past. Particularly, I believe, when Ronald Reagan was President. I think he essentially followed its programme in the first few years he was president."So if the Republicans win the next election, perhaps this becomes more likely."

The right-wing think tank is arguing that US officials should release the details of the prince's application so Americans can see whether or not he was "properly vetted" before being allowed to enter the country.

Applicants for US **visas** are typically asked about their criminal history and **drug** use.

**Harry** admitted to using a range of substances including marijuana, mushrooms, and cocaine in his memoir Spare.

He wrote that he first took cocaine at the age of 17. He also said his use of marijuana and mushrooms helped him deal with past trauma.

Palmer said the call for **Harry's visa** to potentially be revoked, is "more evidence of the political divide in the US over this couple".

He added: "How they have become a touch paper of political differences between liberals, who are generally in favour and conservatives who really don't like them."

Follow our social media accounts here on facebook.com/ExpressUSNews and @expressusnews

---- Index References ----

Company: DAILY EXPRESS INC.

News Subject: (Campaigns & Elections (1CA25); Crime (1CR87); Emerging Market Countries (1EM65); Global Politics (1GL73); Government (1GO80); Immigration & Naturalization (1IM88); Public Affairs (1PU31); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05); World Elections (1WO93))

Region: (CIS Countries (1CI64); Central Europe (1CE50); Eastern Europe (1EA48); Europe (1EU83); Poland (1PO03); Ukraine (1UK09))

Language: EN

Other Indexing: (Republicans; Daily Express) (Prince Harry)

Word Count: 564

End of Document                                   © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

**NewsRoom**

3/23/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10457163

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 23, 2023

Kate and William 'won't tell Sussexes anything' as 'everything for sale
A royal columnist says the Prince and Princess of Wales are "terrified" of
giving Prince Harry and Meghan, Duchess of Sussex, any information about...

Richard Ashmore,Alice Scarsi,Liam Doyle

A royal columnist says the Prince and Princess of Wales are "terrified" of giving Prince Harry and Meghan, Duchess of Sussex, any information about the Coronation for fear of it being "for sale".

Kate, the Princess of Wales, and Prince William "won't tell anything" to the Sussexes about the upcoming Coronation plans because of fears "everything's for sale" when it comes to the Royal Family, a commentator has claimed. News Corp columnist Louise Roberts says everyone close to Prince Harry and Meghan is "terrified" given every indiscretion or every "aside comment" could be magnified for an American audience in order for the pair to make a profit.

Talking to Sky News Australia, Ms Roberts spoke about King Charles III's upcoming Coronation and discussion around recent issues relating to the Sussexes. She claimed Harry and Meghan are becoming "increasingly more outrageous in their claims". She said: "Who knows what they'll say after they leave the UK and go back to America after the Coronation. But the problem is that anyone who could be close to them, for example, William and Kate, won't tell them anything. Everyone's terrified, everything's for sale, every indiscretion or every aside comment could be magnified for an American audience in order to get them a profit."

THIS LIVE BLOG IS NOW CLOSED

22:45 Liam Doyle

An old clip reportedly shows the Duchess of Sussex in a "wobble" with a studio audience.

The then future royal, who was working as an actress at the time and writing for her now defunct blog The Tig, discussed her experiences and shared her knowledge of the industry.

Body language expert Judi James said that, after the pause and "no-questions wobble", the Duchess is quick to rebuild her brand.

Ms James said: "Meghan very deftly re-builds her brand via some name and event-dropping that puts her squarely back in A-list status again after the no-questions wobble,"

Read more here

21:59 Liam Doyle

Senior royals have experienced a popularity sink in the months following the release of Spare.

Approval ratings in the Royal Family's upper ranks have sunk to their lowest level in a year after the Duke of Sussex released his tell-all memoir, pollsters have found.

A survey conducted by Ipsos discovered that no senior royal was left untouched, with even the most popular, Prince William, having slipped 10 percent since December to 59 points.

The Princess Royal and Princess of Wales saw their popularity drop by seven and 11 points respectively.

The Royal family's overall approval has slipped to 47 percent, down six percent over the last 12 months.

21:09 Liam Doyle

Prince Harry could be "kicked out" of the US by Republicans if they retake the presidency in 2024, an expert has claimed.

Conservatives in the US are less than enthused about the Prince's admitted experimentation with **drugs**, with the Heritage Foundation calling for his vis application to be released.

Daily Express royal editor Richard Palmer said he is not likely to get "kicked out" any day soon, "not least", he said, because the country currently has a Democrat president.

He suggested that might change if a Republican takes President Joe Biden's place following the next election cycle in 2024.

Mr Palmer said the Heritage Foundation was "quite influential" during the Ronald Reagan presidency.

He said the President "essentially followed its programme in the first few years he was president".

Mr Palmer concluded: "If the Republicans win the next election perhaps [the Heritage Foundation getting their way] becomes more likely."

Read more here

19:20 Liam Doyle

Prince **Harry** is likely "in the clear" over his US **visa**, a royal expert has claimed.

The Duke of Sussex has come under fire fir admitting that he has used cocaine, marijuana and psychedelics, including Ayahuasca.

While a conservative group has called for his application to be rejected, royal expert Rupert Bell said he is likely in the clear on this front due to a lack of criminal charges.

He said: "He hasn't had any criminal charges against him for taking drugs so therefore he's probably in the clear from that respect."

He conceded that his admitted drug experimentation is "not a good look for him in any sense of the imagination".

He added: "What he was up to and some of the stuff he comes up with regarding what drugs are helping him cope with his mental health issues."

Read more here

17:37 Liam Doyle

Blackadder and Time Team star Tony Robinson has revealed his early thoughts on King Charles III.

The actor and presenter has said that, while he is impressed by the King's record and his mother's service, he once thought he was a "bit of a twit".

He told Jane Garvey and Fi Glover on Times Radio's Off Air podcast that he was a former republican whose stance on the monarchy has softened after years of watching the royals work.

He told the presenters people have given "man of integrity" Charles "so much stick" over the years.

Mr Robinson said the King's early passions and outspoken championship of the environment seemed early on like a "mad old man talking to trees".

He added: "And now, an awful lot of what he said was profoundly prescient.

"And although I don't necessarily agree with him about modernist architecture, nevertheless, he was continually looking at the world around him."

Read more here

16:44 Liam Doyle

Prince William was spotted dining at an LGBT restaurant in Poland during his royal tour, offering a stark comparison to his brother's high-flying life in the US.

The Prince joined staff at the Butero Bistro in Warsaw today, where meals on offer cost less than £10, as he toured the country while proffering the UK's thanks for sending troops to Ukraine.

He opted for a Kanapka w chalce, a type of pulled pork sandwich costing just £7.37, and sat down with staffers, delighting locals.

One, posting a picture on social media, said that "Warsaw can surprise".

They added: "I ate dinner today with the Prince."

Prince Harry, on the other hand, was most recently pictured with his wife, Meghan Markle at the Polo Lounge at the Beverly Hills Hotel.

The high-profile location is known for its extravagance, and offers an $85 , seafood risotto, 4*oz* wagyu steak for $190 and an ounce of Imperial caviar for $290 .

Read more here.

15:37 Liam Doyle

Princess Eugenie has a network of Hollywood friends with whom she can "party", a royal expert has said.

Speaking to Express.co.uk, Nick Ede, a TV presenter, said Eugenie's recent debut in LA has fuelled rumours she is considering a move stateside.

Mr Ede said she is already ingratiated with Hollywood celebrities.

He first brought up her mother's connections, stating Fergie is "big friends with Lisa Marie Presley".

The Princess and her sister Beatrice are thought to be friends with Karlie Kloss, the US supermodel who married Josh Kushner, the brother of Donald Trump's former son-in-law and adviser.

Other friends of Eugenie in the Hollywood elite include Demi Moore, who attended her 2018 wedding to Jack Brooksbank.

Liv Tyler, the actress who portrayed Arwen in Peter Jackson's Lord of the Rings film series, is also reportedly a friend.

Royals like the Princess who spend less time in the public eye are free to "have fun and party" with these friends, Mr Ede added.

Read more here

15:23 Alice Scarsi

Meghan should have warned Prince **Harry** that revealing his past **drug** use could put his US **visa** status at risk, a royal biographer has said.

In his tell-all memoir Spare, **Harry** detailed his past use of cocaine, magic mushrooms and marijuana.

Now the Duke has been warned that his admission could see him booted out of America.

Conservative activists in the US are pushing for **Harry's visa** application to be made public as the future of his **visa** status looks uncertain.

Royal biographer Angela Levin claimed Meghan should have done more to prevent her husband from speaking out on the matter.

Speaking to GB News' Dan Wootton, she said: "I don't understand why his wife didn't warn him."

Read the full story here

14:22 Alice Scarsi

The Princess of Wales is a proud mother-of-three, with Prince Louis being her youngest child.

The three young royals are often kept out of the spotlight with some occasional royal appearances scheduled.

The four-year-old has shared some special moments with his mother whilst out on royal engagements.

Express.co.uk took a look at some of those special mother-and-son moments.

See them here

14:02 Alice Scarsi

Prince William had a meal at an LGBTQ+ restaurant last night, a move which was seen by a local as a "valuable" gesture of support for the community amid the crackdown on its rights it is experiencing in Poland.

The Prince of Wales amazed fellow diners as he was spotted at the Butero Bistro in Warsaw on his first evening in Poland.

Read the full story here

12:49 Alice Scarsi

A left-wing French politician has issued a warning to King Charles ahead of his visit to Paris on Sunday.

The King and Camilla, Queen Consort, are planning a three-day State Visit to France before moving on to Germany.

But Paris has been plagued with night-time riots and protests after President Emmanuel Macron decided to raise the retirement age from 62 to 64 without a parliamentary vote - and millions are set to gather next week.

A lavish banquet was due to take place on Monday at the Palace of Versailles - with the event aimed at being the highlight of the monarch's trip to France. However, it is believed to have been moved.

Jean-Luc Melenchon, a regular presidential candidate and leader of the France Unbowed party, warned Charles that "it's not the right time" for a State Visit.

Read the full story here

11:54 Alice Scarsi

Prince William confirmed through his spokesman Poland's President Duda and his wife have been invited to the Coronation of King Charles - and will be in attendance.

The prince's spokesman, speaking after William met President Duda in Warsaw, said: "The Prince said he was very much looking forward to seeing the President and first lady at the Coronation. He also thanked him for attending the late Queen's funeral."

Read more here

11:20 Alice Scarsi

The King is following a familiar footprint as he battles to include Prince Harry and Meghan in family events, a royal commentator has said.

His Majesty had the Duke and Duchess of Sussex added to the guest list for his Coronation, but the couple has yet to confirm whether they will attend.

Author Gareth Russell said the invite should not come as a surprise as the King has a "track record" for trying to broker deals between feuding sides of the Royal Family.

Read the full story here

10:31 Alice Scarsi

Prince William is continuing his trip to Poland. This morning, he stepped out in Warsaw to lay a wreath at the Tomb of the Unknown Soldier.

This floral arrangement featured the white feathers of the Prince of Wales and was first used by William in November, when he attended for the first time in his new royal role the National Service of Remembrance.

The wreath also included a message penned by the royal, which read: "In memory of those who made the ultimate sacrifice".

The heir to the throne echoed his grandparents Queen Elizabeth II and Prince Philip, who in 1996 visited the site and also laid a wreath to pay tribute to the fallen.

Read the full story here

08:59 Alice Scarsi

Prince Philip once "terrified" Secret Service agents protecting Barack Obama on a state visit to the UK.

The late Duke of Edinburgh, never one to shy away from fun and good humour, asked Mr Obama, his wife Michelle and their security detail to pile into his Range Rover.

It was the only time the Democrat president and First Lady were driven by someone other than security detail while working.

Read the full story here

08:15 Alice Scarsi

Sarah Ferguson, while promoting her upcoming novel A Most Intriguing Lady, spoke to Access Hollywood where she was asked about her "favourite guilty junk food pleasure".

Royal fans pointed out Sarah's choice wasn't the usual "ice cream or chocolate" most people name when speaking about junk food.

Sarah told the reporter: "OK, ready? Baked potato."

The reporter asked: "What do you put on it? Do you do the bacon, the sour cream, the butter?"

The Duchess nodded and said: "Butter." But then, Sarah shocked the reporter by saying "mayonnaise".

The reporter sounded surprised and added: "Mayonnaise? On your baked potato?" Fergie simply said: "Yeah, yeah! Mayonnaise, butter, cheese, and really crispy skin."

Read the full story here

07:35 Alice Scarsi

The Duke and Duchess of Sussex may still have "plenty of time" before they need to confirm whether they will travel across the Atlantic to attend the Coronation of King Charles, an expert said.

Dr George Gross, visiting research fellow in Theology at King's College London, said that, unless the official invitations sent presented a set RSVP deadline after which guests can no longer express their wish to attend, Meghan and Prince Harry don't need to be in a hurry to make up their mind about heading to Westminster Abbey for the historic event.

He told Express.co.uk: "In a bygone era, if we're going back to the Tudors and the Stewards, if you received a summons to the Coronation, attendance wasn't optional, you couldn't say 'I'm not free', you'd attend. But obviously in the 20th and 21st century, things have been different.

"Given that we don't really know that all the formal invitations have gone out yet, I think they've still got plenty of time."

Read the full story here

07:30 Alice Scarsi

Good morning from London. I'm Alice Scarsi, I'll be bringing you all the latest developments on the Royal Family. Please feel free to get in touch with me as I work if you have a story or tips to share! Your thoughts are always welcome.

Email: alice.scarsi@reachplc.com


---- Index References ----

Company: DAILY EXPRESS INC.; King's College London; ACCESS HOLLYWOOD TRAVEL & TOURS INC.; HERITAGE FOUNDATION (THE); GB News Ltd

News Subject: (Emerging Market Countries (1EM65); Politically Exposed Persons (1PO01))

Industry: (Celebrities (1CE65); Entertainment (1EN08); Motion Pictures (1MO51))

Region: (Central Europe (1CE50); Eastern Europe (1EA48); Europe (1EU83); Eurozone Countries (1EU86); France (1FR23); Mediterranean (1ME20); Poland (1PO03); United Kingdom (1UN38); Wales (1WA56); Western Europe (1WE41))

Language: EN

Other Indexing: (Sky News Australia; National Service of Remembrance; Secret Service; Daily Express; King's College London; Access Hollywood; Heritage Foundation; GB News') (Kate; Prince Harry; Sussexes)

Word Count: 2350

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

**News**Room

3/23/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10478884

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 23, 2023

King Charles follows 'track record' to bring **Harry** and Meghan back into royal fold
The King has extended Prince **Harry** and Meghan, the Duchess of
Sussex an olive branch by inviting the couple to his Coronation.

Aurora Bosotti

The King is following a familiar footprint as he battles to include Prince **Harry** and Meghan, the Duchess of Sussex in family events, a royal commentator has said. His Majesty had the Duke and Duchess of Sussex added to the guest list for his Coronation, but the couple has yet to confirm whether they will attend. Author Gareth Russell said the invite should not come as a surprise as the King has a "track record" for trying to broker deals between feuding sides of the Royal Family.

Speaking to US Weekly, Russell said: "This has been a recurring theme in his life, actually. I found out that in the late 1960s, and early 1970s, when Charles was still pretty young, he was one of the only members of the Royal Family who was prepared to go over to Paris to visit his great-uncle, Edward VIII, and Wallis Simpson.

"He said to the Queen Mother and to the Queen, 'I think we should try to build bridges between this side of the family."

"He thought his great-uncle and aunt should be brought back into the fold a bit.

"So there is a past track record of Charles doing things like this and, in that sense, it tracks as consistent with what we know of him as a person."

JUST IN: Meghan and Prince **Harry** 'still have plenty of time' to accept King's Coronation invite

Prince **Harry** warned **drug** use could 'bite him on the butt' after US **visa** threatPrince **Harry's drug** use could "come back and bite him on the butt" in the 38-year-old's US **visa** row, a royal commentator has claimed. The 38-year-old is also facing fresh scrutiny after a request was submitted to release his **visa** application.

Find out more HERE.

Following his abdication in 1936, Edward VIII moved to France and quickly married his long-time lover, Wallis Simpson.

The former king took on the title of Duke of Windsor and spent the majority of the rest of his life in de facto exile abroad.

The couple did briefly return to the UK on several occasions over the decades, but never quite reconciled with the Royal Family.

Russell argued the Coronation invitation could also prove to be a wise PR move from the King.

READ MORE: Meghan and Harry 'should stay away' from Coronation – YOU VOTED

Speaking to the Royally US podcast, he added: "I also think you catch more with honey than vinegar. If one side, rightly or wrongly, is perceived as being the side that complains and has had a real run of publicity, of interviews that are stating the same thing then a very sensible PR move is for you to say nothing.

"Or when you say something, to say something positive so I think it's a mixture of personal and pragmatism that has prompted him to do that."

A spokesperson for the Duke and Duchess of Sussex said earlier this month the couple would not yet confirm if they will be returning to the UK to attend the Coronation.

It has since emerged Harry and Meghan made a series of demands for the Palace to meet before they guarantee they will attend.

Among the alleged requests is for them to appear alongside the rest of the Royal Family on the balcony of Buckingham Palace following the ceremony.

But the King has been tipped to follow in the footsteps of the late Queen and limit the traditional outing to only his direct heir, Prince William, and his family.

During Her late Majesty's last appearance at the Palace, she only had then-Prince Charles with his wife Camilla, the then Duke and Duchess of Cambridge, and their three children.

Follow our social media accounts here on facebook.com/ExpressUSNews and @expressusnews

---- Index References ----

News Subject: (Health & Family (1HE30); Politically Exposed Persons (1PO01))

Industry: (Celebrities (1CE65); Entertainment (1EN08))

Region: (Europe (1EU83); United Kingdom (1UN38); Western Europe (1WE41))

Language: EN

Other Indexing: (King; Prince Harry; Meghan)

Word Count: 633

---

**End of Document**                                      © 2023 Thomson Reuters. No claim to original U.S. Government Works.



**News**Room

3/23/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10502172

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 23, 2023

## Meghan Markle 'should have warned' Prince **Harry** about **drug** use **visa** risk
### A Prince **Harry** biographer lashed out at Meghan Markle for not warning the Duke about his past **drug** use putting his US **visa** at risk.

Dylan Donnelly

Meghan Markle should have warned Prince **Harry** that revealing his past **drug** use could put his US **visa** status at risk, a royal biographer has said. In his tell-all memoir Spare, **Harry** detailed his past use of cocaine, magic mushrooms and marijuana. Now the Duke has been warned that his admission could see him booted out of America.

Conservative activists in the US are pushing for **Harry's visa** application to be made public as the future of his **visa** status looks uncertain.

Royal biographer Angela Levin says Meghan should have done more to prevent her husband from speaking out on the matter.

Speaking to GB News' Dan Wootton, she said: "I don't understand why his wife didn't warn him."

The royal expert added: "He talked to her about everything he was going to say. She is in charge as we both know.

Prince **Harry's** Coronation 'request' questioned as Duke missed Archie's birthday last yearRoyal fans have taken to Twitter to point out Prince **Harry** wasn't at home for the whole day when Prince Archie Harrison turned three in May 2022.

This comes after it was claimed the Duke and Duchess of Sussex have asked for the fourth birthday of their son, which falls on the day of King Charles's Coronation, to be acknowledged in some way before they decide whether to attend the historic event.

Read more HERE.

"She didn't say 'be careful, because if you talk too much about the **drugs**, you might be in trouble'.

"Why she left him alone on this, I feel quite concerned about.

"The mental health guru who was talking to him should have said beforehand, 'don't talk about the **drugs**'.

"He made his life extremely difficult."

READ MORE: Kate and William 'won't tell Sussexes anything' at Coronation

According to the US' immigration law, people who have admitted to drug offences are not eligible for a visa.

In Spare, and in interviews promoting the book, Harry admitted to using cocaine as a teenager.

The royal described trying the drug at a hunting weekend party in order to feel something different, and also told ITV's Tom Brady that it was "important to acknowledge" his use of the Class A drug.

Following Harry's drug claims, the conservative-leaning Heritage Foundation called for his visa application to be released so American taxpayers can see if the father-of-two declared his drug use.

Mike Howell, director of the Heritage Foundation's Oversight Project, said: "This request is in the public interest in light of the potential revocation of Prince Harry's visa for illicit substance use and further questions regarding the Prince's drug use and whether he was properly vetted before entering the United States."

Despite the request, a US State Department spokesman said: "Visa records are confidential under Section 222 of the Immigration and Nationality Act ; therefore, we cannot discuss the details of individual visa cases."

Follow our social media accounts here onhttps://www.facebook.com/ExpressUSNewsand@ExpressUSNews

---- Index References ----

Company: HERITAGE FOUNDATION (THE); GB News Ltd

News Subject: (Crime (1CR87); Immigration & Naturalization (1IM88); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Banking (1BA20); Credit, Debit & Value Cards (1CR28); Financial Services (1FI37); Pharmaceuticals & Biotechnology (1PH13); Retail Banking Services (1RE38))

Language: EN

Other Indexing: (Heritage Foundation; GB News') (Meghan Markle; Prince Harry)

Word Count: 492

End of Document                                    © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

3/23/23 NOTICIASFINANCIERAS - ENG. (Pg. Unavail. Online)
2023 WLNR 10570806

NoticiasFinancieras - English
Copyright (c) 2023 ContentEngine, USA.

March 23, 2023

## Prince **Harry** could be deported and lose his **visa** in the U.S.

Prince **Harry** , Duke of Sussex, could face losing his U.S. immigration status , being deported from the country and losing his **visa** . An immigration lawyer has filed a lawsuit challenging the validity of the prince's current **visa**.

The lawsuit is based on the revelation in his autobiographical book "Spare" of **Harry's drug** use , which legal experts say could have been grounds for denying him a **visa**.

Uganda passes anti-LGBTQ law: up to 20 years in prison and death penaltyFormer Puerto Rico mayor convicted of receiving bribes and extortion

The Heritage Foundation, a conservative association, has demanded that Prince **Harry's** U.S. **visa** application be made public . Mike Howell, the organization's director of Oversight, argues that publication of the **visa** application is in the public interest and could help taxpayers understand whether the prince declared his **drug** use.

Adding to that, there are concerns about whether **Harry** was properly vetted before entering the United States.

It is unclear whether the Department of Homeland Security complied with the law by admitting Prince **Harry** into the country without a waiver or interview with Customs and Border Protection to assess whether, given his background, he was admissible to the United States.

U.S. immigration policies have strict laws and severe penalties for those who lie to officials. Many British citizens have been banned from entering the United States because of their **drug** abuse.

The Heritage Foundation argues that if immigration officials knew about **Harry's drug** use, his case raises questions about whether he received special treatment because of his royal status and his wife's celebrity status, which they insist would be illegal .

The Duke and Duchess of Sussex moved to the United States in March 2020 and have since resided at their home in Montecito, California, with their two young children.

Prince **Harry** breaks silence, devastated to leave office

**---- Index References ----**

Company: HERITAGE FOUNDATION (THE)

News Subject: (Crime (1CR87); Foundations (1FO95); Immigration & Naturalization (1IM88); Philanthropy (1PH09); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Homeland Security (1HO11); Security (1SE29))

Region: (Americas (1AM92); North America (1NO39))

Language: EN

Other Indexing: (Department of Homeland Security; Customs and Border Protection; Heritage Foundation) (Prince Harry)

Keywords: (Mundo)

Word Count: 282

---

**End of Document** © 2023 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

---

 © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

3/22/23 CE Latin Am. Migr. Newswire 00:00:00

CE Latin America Migration Newswire
Copyright (c) 2023 ContentEngine, USA.

March 22, 2023

## Prince **Harry** could lose U.S. **visa** for admitting **drug** use

Redacción PERÚ21

Although Prince **Harry** wrote his memoirs with honesty, one would not expect it to get such a bad reception. In addition to having earned the criticism of war veterans, now his own U.S. **visa** could be denied, after he admitted in the book "Spare" to having used **drugs**.

According to statements given to the Daily Mail by expert lawyers on the subject, the fact that she is royalty does not exempt her from losing her **visa**, should her statements prove to be true. In the book she explained that she had used cocaine, cannabis and magic mushrooms, mainly to deal with her emotional problems.

Following his statements, he has been asked to publish his U.S. **visa** application to confirm whether he admitted to **drug** use before immigrating to California in 2020.

According to the words given by the Heritage Foundation, his **visa** application would have to be accessible for the American taxpayer to come to understand whether **Harry** declared his **drug** use. American immigration law tends to be incredibly harsh in the immigration process; lying to officials carries penalties such as deportation or a ban on applying for citizenship.

LOOK: Prince **Harry** is criticized after being found to have killed 25 Taliban in military service

In the words of former federal prosecutor Neama Rahmani, "Admission of **drug** use is generally grounds for inadmissibility. That means Prince **Harry's visa** should have been denied or revoked because he admitted to using cocaine, mushrooms and other **drugs**. There is no exception for recreational use."

Mike Howell, director of the Heritage Foundation's Oversight Project, clarified, "This request is in the public interest in light of the possible revocation of Prince **Harry's visa** for illicit substance use and further questions about the Prince's **drug** use and whether he was properly vetted before entering the United States."

The Heritage Foundation suggests that if border officials knew about the issue, it raises a big question: Was **Harry** free of any penalties just because he was a royal? If that were true, the same officials would end up fined.

But it is complicated to know the situation because it is not even known what kind of **visa** he received, according to the Daily Mail. Generally, the question U.K. tourists receive when applying for a **visa** through the ESTA (Electronic System for Travel Authorization) application is "Have you ever broken any laws relating to the possession, use or distribution of illegal **drugs**?"

So far, no further details are available due to the U.S. State Department's confidentiality regarding individual **visa** cases.

**Prince Harry could lose U.S. visa for admitting drug use**

**---- Index References ----**

Company: HERITAGE FOUNDATION (THE)

News Subject: (Crime (1CR87); Foundations (1FO95); Immigration & Naturalization (1IM88); Philanthropy (1PH09); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Banking (1BA20); Credit, Debit & Value Cards (1CR28); Financial Services (1FI37); Retail Banking Services (1RE38))

Language: EN

Other Indexing: (Daily Mail; U.S. State Department; Heritage Foundation) (Prince Harry)

Word Count: 423

---

End of Document                                   © 2023 Thomson Reuters. No claim to original U.S. Government Works.



---

**News**Room

3/24/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10664947

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 24, 2023

Prince **Harry** is facing a 'serious problem' after confessing he took **drugs** on US soil
Prince **Harry** described taking **drugs** in the US in his tell-all memoir Spare,
prompting headlines but also questions about the Duke's **visa**, which an ...

Dylan Donnelly

Prince **Harry** described taking **drugs** in the US in his tell-all memoir Spare, prompting headlines but also questions about the Duke's **visa**, which an expert has addressed.

Prince **Harry** could have a "serious problem" after he shared he took **drugs** while in the US, a royal correspondent said. Under US immigration law, people who admitted to taking **drugs** are not eligible for **visas**.

But **Harry** is described in Spare smoking cannabis with Tyler Perry and taking magic mushrooms at Courtney Cox's house, all of which he claimed took place in America.

Now, royal journalist Robert Jobson has said that if **Harry** lied on his **visa** application, he could have a "really serious problem"

He said he found out "very early on" when he and photographer Arthur Edwards "had been filling out forms to go to America" that **drugs** can bar you from entering the US.

"On it, it's pretty damn clear 'have you taken **drugs'** and all these things, and basically, if you have, you haven't got a prayer of getting a **visa**," he said.

TalkTV's Sarah Hewson then suggested that either **Harry** has "lied or he's been given special treatment".

Jobson then told the broadcaster: "If he's lied on the form that would be a really serious problem for him.

"We know he's the husband of an American citizen and that's fine but you know he's gone public with saying he's taken all this stuff, and he can say 'well I haven't done it since' but €¦"

After Hewson and commentator Emily Andrews noted **Harry** admitting to taking **drugs** in America, Jobson added: "There's not been an awful lot of thought gone into this, but the fact is that if that form has been signed and he's lied on it, he has got a problem."

READ MORE: Florida boss admits Americans find **Harry** and Meghan 'annoying'

Conservatives in America have pushed for **Harry's visa** application to be made public.

According to the US' immigration law, people who have admitted to **drug** offences are not eligible for a **visa**.

In Spare, and in interviews promoting the book, **Harry** admitted to using cocaine as a teenager.

The royal described trying the **drug** at a hunting weekend party in order to feel something different, and also told ITV's Tom Brady that it was "important to acknowledge" his use of **drugs**.

Follow our social media accounts here onhttps://www.facebook.com/ExpressUSNewsand@ExpressUSNews

---- **Index References** ----

News Subject: (Crime (1CR87); Immigration & Naturalization (1IM88); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Drug Approval Process (1DR91); Drug Discovery & Development Process (1DR41); Pharmaceuticals (1PH33); Pharmaceuticals & Biotechnology (1PH13); Pharmaceuticals Research & Development (1PH57))

Region: (Americas (1AM92))

Language: EN

Other Indexing: (Prince Harry)

Word Count: 402

**End of Document**

© 2023 Thomson Reuters. No claim to original U.S. Government Works.



**NewsRoom**

3/24/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10703255

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 24, 2023

## Prince **Harry** likely got a 'special deal' over US **visa** as he's 'somebody important'
### Prince **Harry's** US **visa** is under scrutiny after the Duke revealed in his memoir that he had previously experimented with a number of illegal substan...

Rosie Jempson

Prince **Harry's** US **visa** is under scrutiny after the Duke revealed in his memoir that he had previously experimented with a number of illegal substances.

The Duke of Sussex is unlikely to see his US **visa** revoked over his admission of past **drug** use as he is "somebody important" and therefore probably struck a "special deal", a royal expert claims. It comes after critics are calling for his **visa** application documents to be made public over concerns he lied on the forms.

A top lawyer has warned **Harry** that there is "no exception for royalty" when it comes to an admission of **drug** use, which is usually grounds for inadmissibility of a US **visa**.

Former federal prosecutor Neama Rahmani said: "That means Prince **Harry's visa** should have been denied or revoked because he admitted to using cocaine, mushrooms and other **drugs**."

However, royal photographer Arthur Edwards disagrees with this assessment, suggesting that **Harry** won't need to worry unless a state department official says it is a problem.

He explained: "I think the fact a lawyer said it, is all you need to know. I think when someone in the state department says it, you've got to worry.

Five ways Prince Harry and Meghan will be treated different to other royals at CoronationPrince Harry and Meghan Markle have been invited to the King's forthcoming Coronation in May.

If the pair do accept their invite, they are set to have a very different experience to other members of the Royal Family.

Here are the five ways Harry and Meghan will be treated differently from other royals at the Coronation.

"I think Harry's going to be safe here. It's not going to be a problem."

He said this is because Harry is "somebody important".

Edwards added: "He'll have had a special deal done, I'm sure. After all, he was a prince of the realm here.

"He's somebody important here and he would be treated like that."

He reiterated: "And a lawyer said it, that's a lawyer talking. But it's when it's someone from the state department says it, that's when you need to worry."

READ MORE: Meghan, Duchess of Sussex avoids '4pm slump' with a healthy recipe

The Duke's past **drug** use came under the spotlight after right-wing Heritage Foundation launched a campaign to pressure authorities into releasing details of **Harry's** original **visa** application.

**Harry** is taking heat as a result of the campaign, with royal editor Robert Jobson, telling TalkTV: "If he's lied on the forms, that will be a very serious problem for him.

"We know he's the husband of an American citizen and that's fine but he's gone public saying he's taken all this stuff.."

Royal commentator Emily Andrews cut in: "And he said he's done it in America as well - at Courtney Cox's house. And smoking cannabis while he was at Tyler Perry's house."

Mr Jobson replied: "It's not great. You know, there's not been an awful lot of thought gone into this but the fact is, if that form has been signed and he's lied, he has got a problem."

There has so far been no public comment made by American officials over whether the Duke's **visa** could be revoked.

Speaking to renowned therapist Dr Gabor Mat&eacute; earlier this month, **Harry** said he started taking **drugs** "recreationally" to handle his traumas and "pains of the past."

The Duke said: "It was the cleaning of the windscreen, the removal of life's filters — these layers of filters — it removed it all for me and brought me a sense of relaxation, relief, comfort, a lightness that I managed to hold back for a period of time."

Follow our social media accounts here on facebook.com/ExpressUSNews and @expressusnews


---- Index References ----

Company: HERITAGE FOUNDATION (THE)

News Subject: (Crime (1CR87); Immigration & Naturalization (1IM88); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Banking (1BA20); Celebrities (1CE65); Credit, Debit & Value Cards (1CR28); Entertainment (1EN08); Financial Services (1FI37); Retail Banking Services (1RE38))


Language: EN

Other Indexing: (Heritage Foundation) (Prince Harry)

Word Count: 624

**End of Document**                                        © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

**News**Room

3/23/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10550483

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 23, 2023

Prince **Harry** likely 'in the clear' over US **visa** but still 'not a good look' in America

Prince **Harry** is facing scrutiny from a US-based conservative think-tank

that's demanding the release of his **visa** application following the Duke's a...

Matthew Dooley

Prince **Harry** is facing scrutiny from a US-based conservative think-tank that's demanding the release of his **visa** application following the Duke's admission of past **drug** use.

Prince **Harry** is likely "in the clear" over his US **visa**, however, his **drug** use is "not a good look", according to a royal commentator. The Duke has come under fire for admitting to using cocaine, marijuana and psychedelics and one conservative group is demanding to see his **visa** application to make sure the Prince was "properly vetted".

The demand has sparked uproar with many speculating Prince **Harry** might be deported, however, royal expert Rupert Bell isn't so sure.

"He hasn't had any criminal charges against him for taking **drugs** so therefore he's probably in the clear from that respect," said Mr Bell.

He added: "Look, it's not a good look for him in any sense of the imagination what he was up to and some of the stuff he comes up with regarding what **drugs** are helping him cope with his mental health issues."

However, Mr Bell argued that alone was likely not enough for **Harry's** next US **visa** application to be denied, something which would see the California-based Prince sent back to Britain.

Prince **Harry** could have his '**visa** revoked' after admitting to using drugsPrince **Harry** could see his **visa** revoked after admitting to using **drugs** in a televised therapy session, Piers Morgan pointed out.

Speaking to famed therapist Dr Gabor Mate for his programme The Myth of Normal: Trauma, Illness, and Healing in a Toxic Culture, Prince **Harry** said he started using **drugs** after realising they helped him cope with his trauma.

Read more HERE.

Speaking on TalkTV, Mr Bell said: "In terms of his status in the States, I can't see that being changed. Now, clearly, some people might say 'You're taking it absolutely by the letter of the law' [and] he may have made a mistake but actually I don't think that the law will be upheld."

The uproar over Prince **Harry's visa** emerged as the conservative think-tank The Heritage Foundation demanded that the US Government reveal the Duke's application.

"This request is in the public interest in light of the potential revocation of Prince **Harry's visa** for illicit substance use and further questions regarding the Prince's **drug** use and whether he was properly vetted before entering the United States," Mike Howell, director of the Heritage Foundation's Oversight Project told the Daily Mail.

Prince **Harry** admitted to taking cocaine, marijuana and psychedelics in his memoir Spare and several TV interviews including a livestreamed therapy session with trauma expert Dr Gabor Mat&eacute;.

Dr Mat&eacute; is an outspoken proponent of decriminalising **drugs** and has used the Amazonian hallucinogen ayahuasca to treat patients suffering from mental health issues.

READ MORE: Meghan and **Harry** must have 'cut off point' for RSVP - presenter

During his session with **Harry**, the Duke said that cocaine "didn't do anything for me" and was more of a "social thing" but the Prince lauded marijuana and psychedelics which he said had helped him.

Those applying for US **visas** are typically asked about their past criminal history and **drug** use. Although **Harry** has lived in the US for nearly three years, he could face scrutiny when applying for his next **visa**.

In addition, if he lied on his original **visa** application he could potentially be deported from the US and barred from applying for US citizenship. It has been speculated that **Harry** is on an O-1 **visa** for people with an "extraordinary ability in the sciences, arts, education, business, or athletics" or an "extraordinary achievement in motion picture or television industry".

That **visa** typically runs out after three years, meaning the Duke may need to apply for a new one in the near future. **Harry** is married to American actress Meghan Markle while his daughter, Princess Lilibet Diana, would have US citizenship automatically as she was born in America. Prince Archie Harrison most likely is eligible for US citizenship through his mother.

Follow our social media accounts here on facebook.com/ExpressUSNews and @expressusnews

---- Index References ----

Company: HERITAGE FOUNDATION (THE); United States of America

News Subject: (Immigration & Naturalization (1IM88); Social Issues (1SO05))

Industry: (Celebrities (1CE65); Entertainment (1EN08); Healthcare (1HE06); Healthcare Practice Specialties (1HE49); Healthcare Services (1HE13); Psychiatric Services (1PS61); Psychiatry (1PS63))

Language: EN

Other Indexing: (Heritage Foundation; US Government) (Prince Harry)

Word Count: 680

**End of Document**

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

**News**Room

3/23/23 Daily Star Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10545807

Daily Star Online (UK)
Copyright (c) 2023 Dailystar.co.uk

March 23, 2023

Prince **Harry** may have to 'pack bags and move back to UK' after **drug** revelations
The Duke of Sussex could be in trouble if a request from a right-wing think
tank to see his **visa** application is upheld, as anger over his **drug** use ...

By, **Harry** Thompson

The Duke of Sussex could be in trouble if a request from a right-wing think tank to see his **visa** application is upheld, as anger over his **drug** use continues in the US

Prince **Harry** may have to "pack his bags" and head back to the UK as a **visa** row breaks out over his **drug** use.

The Duke of Sussex has openly admitted to using **drugs** ranging from cocaine to cannabis and psychedelics both on TV and in his explosive memoir Spare.

Royal experts have now claimed that the Prince could be in trouble when it comes to his **visa**, with a possibility that the way in which he obtained it is illegal.

READ MORE:Parody version of Prince **Harry's** bombshell memoir in pipeline titled 'Spare Us!'

Christina Garibaldi, host of the Royally Us podcast discussed the issue in the latest episode following demands to see **Harry's** **visa** application from conservative think tank The Heritage Foundation.

"This might be illegal, he might have to pack his bags and move back home," she said.

"I can't imagine if Prince **Harry** gets deported, what a drama it would be. You know, this is true."

She continued: "When you apply for a **visa** you sort of have to prove that you are a really upstanding citizen, that there's no chance you're going to be in any trouble in your new country.

"You do have to declare that you've never taken part in illegal substances. I do wonder how Prince **Harry** answered that question."

Criminal activity is a major factor in the **visa** application process and discovery that he had lied would likely lead to deportation.

His admission could also impact future applications.

The right-wing outfit is now baying for blood over the matter with a desire to see the application based on hopes of checking he was "properly vetted" before entering the US.

Speaking to the Daily Mail , Mike Howell, director of the foundation's Oversight Project said: "This request is in the public interest in light of the potential revocation of Prince **Harry's visa** for illicit substance use and further questions regarding the Prince's **drug** use and whether he was properly vetted before entering the United States".

The Prince may also be in need of renewing his **visa**, with them typically expiring after three years.

To stay up to date with all the latest news, make sure you sign up to one of our newsletters here .

READ NEXT:


**---- Index References ----**

Company: HERITAGE FOUNDATION (THE)

News Subject: (Crime (1CR87); Foundations (1FO95); Immigration & Naturalization (1IM88); Philanthropy (1PH09); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Banking (1BA20); Credit, Debit & Value Cards (1CR28); Financial Services (1FI37); Retail Banking Services (1RE38))


Language: EN

Other Indexing: (The Heritage Foundation) (Prince Harry)

Word Count: 411

**End of Document**                    © 2023 Thomson Reuters. No claim to original U.S. Government Works.



DON'T MISS OUT! SUBSCRIBE TO OUR NEW ROYAL FAMILY SNAPCHAT SHOW    EXPRESS

(https://story.snapchat.com/p/009329c9-f9a3-413b-89fa-3a0e1dd1b4c4/375202034741248?timestamp=14092&chapterid=1436230755612675?share_id=IZDFeQ1iRtSJ8AXXC1qfIA&locale=en_GB&sid=02ff2f7401a44eda96837226cc6ea780)

# Prince Harry warned drug use could 'bite him on the butt' after US visa threat

The Duke of Sussex said he has taken several illicit substances during interviews ahead of the release of his memoir Spare.

**Prince Harry's at risk of deportation over drug use**

Prince Harry (/latest/prince-harry)'s drug use could "come back and bite him on the butt" in the 38-year-old's US visa row, a royal (/latest/royal-family) commentator has claimed. The 38-year-old is also facing fresh scrutiny after a request was submitted to release his visa application.

RELATED ARTICLES





**'Serial pooper' strikes in aisle near Hillary Clinton at Broadway show**

**(/news/us/1749065/Hillary-Clinton-poo-some-like-it-hot-broadway-dxus)**

**'Where's Meghan?' Sussex fans respond to ex-pal Mulroney's post**

**(/news/royal/1749160/Meghan-markle-Jessica-Mulroney-suits-dxus)**

The Duke of Sussex's visa scrutiny was discussed by Christine Ross and Christina Garibaldi on the Royally US podcast.

Ms Ross said: "I can't imagine if Prince Harry (https://www.express.co.uk/latest/prince-harry) gets deported. What a drama that would be.

"You know, this is true, when you apply for a visa application you have to sort of prove that you're a really upstanding citizen, there is no chance you're going to be in trouble in your new country and you have to declare that you've never taken part in illegal substances.

"I do wonder how Prince Harry (https://www.express.co.uk/latest/prince-harry) answered that question and that's what they're calling for here."

**JUST IN: Meghan and Prince Harry 'still have plenty of time' to accept King's Coronation invite (/news/royal/1749567/meghan-markle-prince-harry-coronation-attendance)**

Prince Harry warned drug use will 'come back and bite him on the butt' in US visa row (Image: Getty)

A photo of a woman holding a US flag and documents from the Citizenship and Immigration Services. (Image: Getty)

**'Public has a right to know': Meet the lawyer scrutinising Harry's visa over drug use**

A US lawyer is demanding the release of Prince Harry's visa application over concerns he was given "preferential treatment" into the US following the Duke's recent admissions about his past drug use. The Duke of Sussex revealed in his tell-all memoir, Spare, and in recent TV interviews that he had taken cocaine, cannabis and magic mushrooms in the past.

**Read more HERE. (/news/royal/1749665/prince-harry-visa-drugs-dxus)**

She added: "This will be an interesting story to see how it play out.

"I'm not sure that this is a good look for Prince Harry (/latest/prince-harry)."

Ms Garibaldi responded: "This can come back and bite him in the butt.

"This cannot be a good thing.

**READ MORE: Sarah Ferguson shares 'guilty junk food pleasure' that's not ice cream or chocolate (/life-style/food/1749815/sarah-ferguson-favourite-junk-food-baked-potato)**

Prince Harry relocated to Montecito in California with his wife and children. (Image: Getty)

"So we will have to wait and see what happens. You know there could be some repercussions to this we will have to wait and see."

The conservative-leaning Heritage Foundation is calling for Harry's visa application to be released so American taxpayers can see if the father-of-two declared his drug use.

Mike Howell, director of the Heritage Foundation's Oversight Project, said: "This request is in the public interest in light of the potential revocation of Prince Harry (https://www.express.co.uk/latest/prince-harry)'s visa for illicit substance use and further questions regarding the Prince's drug use and whether he was properly vetted before entering the United States".

Despite the request, a US State Department spokesman said: "Visa records are confidential under Section 222(f) of the Immigration and Nationality Act (INA); therefore, we cannot discuss the details of individual visa cases."

**DON'T MISS:**
**Tourists blasted by American waitress after family left her 10% tip (/news/us/1749040/Tourists-American-waitress-tip-dxus) [LATEST]**
**Joachim follows Harry and Meghan stateside after Danish family feud (/news/royal/1748970/prince-Joachim-prince-harry-meghan-markle-danish-royal-family-dxus) [REVEALED]**
**Trump fans threaten to barricade home and stop police arresting him (/news/us/1748911/Donald-Trump-Wednesday-arrest-stormy-Daniels-dxus) [INSIGHT]**

A stock image of people queuing to have their passports checked at a US airport. (Image: Getty)

TRENDING

**Meghan 'wants tiara moment' at Coronation, claims royal expert**

**(https://www.express.co.uk/news/royal/1751264/meghan-markle-tiara-moment-coronation-dxus)**

**Harry and Meghan 'claw' onto royals as they lose Hollywood - expert**

**(https://www.express.co.uk/news/royal/1751816/prince-harry-meghan-markle-hollywood-polls-dxus)**



The Heritage Foundation is calling for Prince Harry's visa application to be released. (Image: Getty)

American immigration law could hand out significant penalties if someone is found to have lied to officials, including deportation and being barred from applying for citizenship.

Former federal prosecutor Neama Rahmani told Page Six (https://pagesix.com/2023/03/21/lawyers-reveal-prince-harrys-drug-use-could-affect-us-visa/): "An admission of drug use is usually grounds for inadmissibility."

Express.co.uk has approached the Duke of Sussex's representatives for comment.

**Follow our social media accounts here on facebook.com/ExpressUSNews (http://facebook.com/ExpressUSNew and @expressusnews (https://twitter.com/ExpressUSNews)**

Prince Harry (/latest/prince-harry)        USA (/latest/united-states)

**News**Room

3/23/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10471856

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 23, 2023

Prince **Harry** warned **drug** use could 'bite him on the butt' after US **visa** threat
The Duke of Sussex said he has taken several illicit substances
during interviews ahead of the release of his memoir Spare.

Jack Walters

Prince **Harry's drug** use could "come back and bite him on the butt" in the 38-year-old's US **visa** row, a royal commentator has claimed. The 38-year-old is also facing fresh scrutiny after a request was submitted to release his **visa** application.

The Duke of Sussex's **visa** scrutiny was discussed by Christine Ross and Christina Garibaldi on the Royally US podcast.

Ms Ross said: "I can't imagine if Prince **Harry** gets deported. What a drama that would be.

"You know, this is true, when you apply for a **visa** application you have to sort of prove that you're a really upstanding citizen, there is no chance you're going to be in trouble in your new country and you have to declare that you've never taken part in illegal substances.

"I do wonder how Prince **Harry** answered that question and that's what they're calling for here."

JUST IN: Meghan and Prince **Harry** 'still have plenty of time' to accept King's Coronation invite

'Public has a right to know': Meet the lawyer scrutinising **Harry's visa** over **drug** useA US lawyer is demanding the release of Prince **Harry's visa** application over concerns he was given "preferential treatment" into the US following the Duke's recent admissions about his past **drug** use. The Duke of Sussex revealed in his tell-all memoir, Spare, and in recent TV interviews that he had taken cocaine, cannabis and magic mushrooms in the past.

Read more HERE.

She added: "This will be an interesting story to see how it plays out.

"I'm not sure that this is a good look for Prince Harry."

Ms Garibaldi responded: "This can come back and bite him in the butt.

"This cannot be a good thing.

READ MORE: Sarah Ferguson shares 'guilty junk food pleasure' that's not ice cream or chocolate

"So we will have to wait and see what happens. You know there could be some repercussions to this we will have to wait and see."

The conservative-leaning Heritage Foundation is calling for **Harry's visa** application to be released so American taxpayers can see if the father-of-two declared his **drug** use.

Mike Howell, director of the Heritage Foundation's Oversight Project, said: "This request is in the public interest in light of the potential revocation of Prince **Harry's visa** for illicit substance use and further questions regarding the Prince's **drug** use and whether he was properly vetted before entering the United States".

Despite the request, a US State Department spokesman said: "**Visa** records are confidential under Section 222 of the Immigration and Nationality Act ; therefore, we cannot discuss the details of individual **visa** cases."

American immigration law could hand out significant penalties if someone is found to have lied to officials, including deportation and being barred from applying for citizenship.

Former federal prosecutor Neama Rahmani told Page Six: "An admission of **drug** use is usually grounds for inadmissibility."

Express.co.uk has approached the Duke of Sussex's representatives for comment.

Follow our social media accounts here on facebook.com/ExpressUSNews and @expressusnews


---- Index References ----

Company: HERITAGE FOUNDATION (THE)

News Subject: (Crime (1CR87); Immigration & Naturalization (1IM88); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Banking (1BA20); Celebrities (1CE65); Credit, Debit & Value Cards (1CR28); Entertainment (1EN08); Financial Services (1FI37); Retail Banking Services (1RE38))


Language: EN

Other Indexing: (US State Department; Heritage Foundation) (Prince Harry)

Word Count: 507

---

**End of Document**                                                         © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

3/23/23 CE Latin Am. Migr. Newswire 00:00:00

CE Latin America Migration Newswire
Copyright (c) 2023 ContentEngine, USA.

March 23, 2023

## Prince Henry could be deported from U.S. if he lied to get **visa**

elperiodico

Not only has he come clean in his voluminous and explosive memoir, 'In the Shadows', but Prince **Harry** has continued to provide details about his past with **drugs** in various interviews and television appearances. The latest, earlier this month, sitting on the couch of controversial doctor Gabor Maté, who is prosecuted in Canada for using psychedelic **drugs** on his patients, he blurted out, "I started using **drugs** recreationally and discovered how good they were for me ." This kind of statement has caused a stir among anti-**drug** activists in the UK . And now, in addition, another association is looking closely at whether the youngest son of King Charles III lied to obtain his **visa**, which would be grounds for his deportation.

The Heritage Foundation , a U.S. conservative foundation based in Washington DC, wants U.S. authorities to make the Duke of Sussex's **visa** application public to determine whether he was asked to disclose any **drug** use. In his memoirs, the 'royal' describes in detail his experience with various substances. He claims to have tried cocaine, cannabis and hallucinogenic mushrooms . He says that his first contact with coke was a weekend at the age of 17, although later he repeated several times.

### Conservative foundation

He also admits taking hallucinogenic drugs at a celebrity event in California and smoking cannabis after his first date with Meghan Markle . He even doesn't blush to explain that after trying hallucinogenic mushrooms he ended up conversing with furniture. "It wasn't much fun, it didn't make me feel happy, but it made me feel different," he writes.

Mike Howell, director of the foundation's Oversight Project, has told the 'Daily Mail', "This request is in the public interest in light of the possible revocation of Prince Henry's **visa** for illicit substance use, about whether he was asked about this issue and whether he was properly vetted before entering the US."

### Possible deportation

This type of information about **drugs** and narcotics is asked in the questionnaire to obtain the certificate. The U.S. Immigration Department has one of the stiffest penalties for lying on such an application. So much so that if someone is caught making falsehoods, they are subject to possible deportation and prevented from applying for citizenship.

The prince has resided in the U.S. since 2020, after he and his wife, Meghan Markle, decided to abandon their duties as members of the British royal family. After a brief period in Canada, the Duke and Duchess of Sussex moved to a mansion in Montecito (California ), where they live with their two children, Archie Harrison (3) and Lili Diana (1), and developing their professional career (mainly focused on the media, series, documentaries, books..., and through their charitable foundation).

---- Index References ----

Company: HERITAGE FOUNDATION (THE)

News Subject: (Crime (1CR87); Foundations (1FO95); Immigration & Naturalization (1IM88); Philanthropy (1PH09); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Agriculture (1AG63); Agriculture, Food & Beverage (1AG53); Cannabis (1CB42))

Language: EN

Other Indexing: (U.S. Immigration Department; Heritage Foundation) (Prince Henry)

Keywords: (portada)

Word Count: 447

**End of Document**                          © 2023 Thomson Reuters. No claim to original U.S. Government Works.



**News**Room

3/23/23 El Debate (Mex.) (Spanish) (Pg. Unavail. Online)
2023 WLNR 10565175

El Debate (Mexico) (Spanish)
Copyright (c) 2023 ContentEngine, USA.

March 23, 2023

## Príncipe Harry podría ser deportado y perder su visa en Estados Unidos

Elizabeth Flores

El príncipe Harry , duque de Sussex, podría enfrentar la pérdida de su estatus migratorio en Estados Unidos, ser deportado del país y perder su visa . Un abogado de inmigración ha presentado una demanda que cuestiona la validez de la visa actual del príncipe.

La demanda se basa en la revelación en su libro autobiográfico "Spare" del uso de drogas por parte de Harry , lo que según expertos legales podría haber sido motivo para negarle la visa.

Uganda aprueba ley anti-LGBTQ: penas de hasta 20 años de prisión y pena de muerteDeclaran culpable a exalcalde de Puerto Rico por recibir sobornos y extorsión

The Heritage Foundation, una asociación conservadora, ha exigido que la solicitud de visa estadounidense del Príncipe Harry se haga pública . Mike Howell, director de Supervisión de la organización, argumenta que la publicación de la solicitud de visa es de interés público y podría ayudar a los contribuyentes a comprender si el príncipe declaró su uso de drogas.

A eso se suma que hay preocupaciones sobre si Harry fue investigado adecuadamente antes de ingresar a los Estados Unidos.

No está claro si el Departamento de Seguridad Nacional cumplió con la ley al admitir al príncipe Harry en el país sin una renuncia o entrevista con la Oficina de Aduanas y Protección Fronteriza para evaluar si, dado su historial, era admisible en Estados Unidos.

Las políticas de inmigración de Estados Unidos tienen leyes estrictas y sanciones severas para quienes mienten a los funcionarios. A muchos ciudadanos británicos se les ha prohibido la entrada a los Estados Unidos debido a su uso indebido de drogas.

The Heritage Foundation argumenta que si los funcionarios de migración sabían sobre el uso de drogas de Harry, su caso plantea dudas sobre si recibió un trato especial debido a su estatus real y el estatus de celebridad de su esposa, lo que insisten sería ilegal .

Los duques de Sussex se mudaron a Estados Unidos en marzo de 2020 y desde entonces residen en su casa en Montecito, California, con sus dos hijos pequeños.

Príncipe Harry rompe el silencio, se siente devastado por dejar el cargo

**---- Index References ----**

Language: ES

Keywords: (Mundo)

Word Count: 324

**End of Document**                                                  © 2023 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

**News**Room

3/22/23 Daily Mail Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10325541

Daily Mail Online (UK)
Copyright (c) 2023 Dailymail.co.uk

March 22, 2023

## 'There's no exception for royalty': Lawyer warns Prince Harry's drug use could threaten his US visa after he admitted taking cocaine, cannabis and ...

Mark Duell Martin Robinson for MailOnline

'There's no exception for royalty': Lawyer warns Prince **Harry's drug** use could threaten his US **visa** after he admitted taking cocaine, cannabis and magic mushrooms in his memoir and TV interviews

Prince **Harry's** admission of **drug** taking could threaten his US **visa**, an American lawyer has warned as he insisted there was 'no exception for royalty'.

Duke of Sussex is now facing calls for his US **visa** application to be released Ex-prosecutor says 'admission of **drug** use is usually grounds for inadmissibility' But other lawyers say **Harry's** admissions wouldn't be enough for a probe

The Duke of Sussex revealed in his bombshell memoir Spare and TV interviews that he had taken cocaine, cannabis and magic mushrooms in the past.

MailOnline yesterday revealed how the duke is now facing calls for his US visa application to be released to see whether he admitted his drug use before emigrating to California with Meghan Markle in 2020.

A conservative think-tank is in the middle of a battle with Washington DC officials who are staunchly refusing to publish any details - including any texts or emails.

The DC-based Heritage Foundation says his **visa** application must now be released so the American taxpayer can understand whether **Harry** declared his **drug** use.

US immigration law has harsh penalties for lying to immigration officials, including deportation and being barred from applying for citizenship.

Former federal prosecutor Neama Rahmani told Page Six last night: 'An admission of **drug** use is usually grounds for inadmissibility.

'That means Prince **Harry's visa** should have been denied or revoked because he admitted to using cocaine, mushrooms and other **drugs**.'

Mr Rahmani, president of West Coast Trial Lawyers which is based in Los Angeles, added that there was 'no exception for royalty or recreational use'.

**Can drug users be banned from visiting the United States?**

US officials can stop foreigners who have committed **drugs** offences entering the country even if they have never been arrested and charged by police.

Under US rules, suspected **drug** abusers applying for a **visa** may be required to answer additional medical history questions and also take a medical exam to prove that they are not still a **drug** abuser before being allowed to enter the country.

In high-profile cases where celebrities who are known to have taken **drugs** want to come to America, they have been invited into the US embassy in London to take a **drugs** test.

Pete Doherty was famously banned from the US due to **drug**-related arrests.

In 2014 chef Nigella Lawson was banned from flying to the US because she confessed to taking **drugs**.

But Texas-based immigration lawyer Sam Adair told Page Six that it was 'unlikely that these admissions will present a problem' because there have been no criminal convictions.

And attorney James Leonard told the publication that revealing in a book that 'you experimented with **drugs** when you were a young man' would not be enough for immigration officials to launch an investigation into **Harry's** status.

It is not known exactly what questions **Harry** was asked when applying for his US **visa**, because it is not yet clear which **visa** he received. However, the question on the ESTA application which most UK tourists would use is: 'Have you ever violated any law related to possessing, using or distributing illegal **drugs**?'

In Spare and the TV interviews that followed, **Harry** admitted taking cocaine, cannabis and magic mushrooms.

He said marijuana and psychedelics 'really helped' with his 'trauma' while cocaine was more a 'social thing'.

The Heritage Foundation has now called for his **visa** application to be released.

Mike Howell, director of the Heritage Foundation's Oversight Project, said: 'This request is in the public interest in light of the potential revocation of Prince **Harry's visa** for illicit substance use and further questions regarding the Prince's **drug** use and whether he was properly vetted before entering the United States'.

Experts have insisted US **visa** applications would usually be thrown out if there is any history of **drug** use.

The Heritage Foundation says if border officials did know, **Harry's** case raises questions over whether he was given special treatment because he is a prince and his wife is a TV star, which they insist would be illegal.

MailOnline has approached representatives for Prince **Harry** for comment.

A US State Department spokesman said: '**Visa** records are confidential under Section 222(f) of the Immigration and Nationality Act (INA); therefore, we cannot discuss the details of individual **visa** cases'.

In his autobiography Spare, **Harry** revealed that he first took cocaine on a shooting weekend at age 17. He did a 'few more lines' on other occasions.

He also admitted to hallucinating during a celebrity-filled event in California and smoking cannabis after his first date with Meghan.

He also spoke about his 'positive' experience of psychedelic drug ayahuasca saying it 'brought me a sense of relaxation, release, comfort, a lightness that I managed to hold on to for a period of time'.

The duke, 38, made the comments in an interview with therapist Dr Gabor Maté, an outspoken supporter of decriminalising drugs who has allegedly used Amazonian plant ayahuasca to treat patients suffering from mental illness.

Harry told him: '(Cocaine) didn't do anything for me, it was more a social thing and gave me a sense of belonging for sure, I think it probably also made me feel different to the way I was feeling, which was kind of the point.

**READ MORE - British tourist 'banned from the US for 10 years after LA customs officials found a text message about taking cocaine on her mobile phone'**

In 2019, a British tourist claimed to have been banned from the USA for 10 years after admitting snorting a line of cocaine two years prior.

Isabella Brazier-Jones, 28, flew from London to Los Angeles with her friend Olivia Cura, 26, where they planned to embark on the trip of their dreams.

But when quizzed by immigration officials about the length of their stay, they found a text message on her phone that referred to cocaine.

They asked Ms Brazier-Jones, who is from Wimbledon in south-west London, whether she had ever taken the Class A drug and she confessed to having a line in 2017.

She was immediately thrown in a jail cell and made to wait for 24 hours before being shipped back to Britain, the aspiring actress said.

Read the full story from 2019 here

'Marijuana is different, that actually really did help me.'

Fiona Spargo-Mabbs, who launched a ==drugs== education charity in her son Daniel's name after he died of an accidental MDMA overdose aged 16, said the duke's comments were 'concerning'.

It has long been speculated that ==Harry== could be working in the US on a fast track ==visa== handed to people with 'extraordinary ability' - known as a O-1 ==visa==.

The O-1, also used by Canadian singer Justin Bieber and Australian actor Hugh Jackman, last for three years, meaning that ==Harry's== renewal could be due with weeks.

Following the release of Spare in January, where the exiled royal revealed regular ==drug== use, immigration experts warned he may have put his ==visa== 'at risk' after admitting about his illicit ==drug== use.

And the The Heritage Foundation, which took a leading role in the conservative movement during the presidency of Ronald Reagan and had a major influence on Donald Trump's administration, has now asked for the release of his ==visa== application demanding to know if ==Harry== was 'properly vetted' before coming to America.

The group also wants to know if he admitted to officials that he took **drugs**, which immigration experts note meant he should have been denied residency in the US if he failed to disclose his narcotics usage during the application process.

The Heritage Foundation has also compiled a dossier of evidence, including **Harry's** own admissions in his memoir and various TV interviews about taking cocaine, cannabis and magic mushrooms.

This has all been sent to the Department of Homeland Security, US Customs/Border Protection and US Citizenship Immigration Services to bolster their freedom of information request.

US officials have so far refused to release his visa application, citing 'privacy' concerns, but Mike Howell, director of the Heritage Oversight Project, insists it is in the 'public interest' to know how Harry's case was handled and has appealed the decision.

Mr Howell has also demanded to see any emails, texts, WhatsApps or other correspondence related to Harry's visa to ensure public confidence in how it was handled.

He said: 'Harry's abuse of multiple illicit substances includes marijuana, cocaine, magic mushrooms and other psychedelic drugs.

'It is unclear at this juncture whether DHS complied with the law in admitting Prince Harry, and did so without a waiver or any interview with CBP to assess whether, given his history, he was admissible to the United States.

'As a result, this widespread media interest in Prince Henry's drug abuse inevitably raises possible questions regarding his application for residency in the United States.

'Public confidence in the government would undoubtedly suffer if DHS, CBP, and USCIS failed to properly vet such a high-profile case.

'Moreover, if Prince Harry was granted preferential treatment that too would undermine public confidence in DHS, CPB, and USCIS's application of equal justice under the law'.

American authorities note entry into the country is granted on a 'case-by-case' basis and it is unclear if **Harry**, who moved to California with his wife Meghan Markle in 2020, detailed his **drug** use on his **visa** application.

It is unclear what type of US **visa** **Harry** holds, but analysts speculate he either holds a spousal **visa** - sponsored by his American wife - or a O-1 **visa** which is given to people with 'extraordinary ability'.

The Sussexes relocated to California in 2020, meaning his **visa** could be set to expire this year. Any renewal application could be impacted by his newly admitted history with **drugs**.

Anyone seeking temporary or permanent residency in the US must answer a series of questions about their criminal and **drug** history during when applying.

'He would have been asked [about **drug** use]. If he was truthful in his answers, he should have been denied,' Professor Alberto Benítez, director of George Washington University's Immigration Clinic, said recently.

The professor argued that if **Harry** did not detail his **drug** use, he would have been 'perjuring himself on an official US government document'.

He claimed honesty would have been in the duke's 'best interest' and noted he may have received discretion from immigration officials because of his royal status.

'If he wasn't Prince Harry, if he was "Fred Jones" and he had this kind of a background, he'd have a lot more scrutiny and I could certainly see the green card being denied,' Prof Benitez added.

US State Department officials have repeatedly declined to answer whether his admission of drug use would 'cause difficulties' with his immigration status - or if he had detailed any drug use before.

'Visa records are confidential under US law; therefore, we cannot discuss the details of individual visa cases. We cannot speculate on whether someone may or may not be eligible for a visa,' a spokesman said in January.

'Whenever an individual applies for a US visa, a consular officer reviews the facts of the case and determines whether the applicant is eligible for that visa based on US law. All visa applications are adjudicated on a case-by-case basis.'

---- Index References ----

Company: WEST COAST TRIAL LAWYERS, A PROFESSIONAL LAW CORPORATION; U.S. Customs and Border Protection,; US Citizenship and Immigration Services; HERITAGE FOUNDATION (THE)

News Subject: (Crime (1CR87); Foundations (1FO95); Immigration & Naturalization (1IM88); Philanthropy (1PH09); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Banking (1BA20); Credit, Debit & Value Cards (1CR28); Financial Services (1FI37); Retail Banking Services (1RE38))

Region: (Americas (1AM92); California (1CA98); North America (1NO39); U.S. West Region (1WE46); USA (1US73))

Language: EN

Other Indexing: (Heritage Oversight Project; US State Department; Department of Homeland Security; CBP; USCIS; George Washington University; West Coast Trial Lawyers; US Customs/Border Protection; US Citizenship Immigration Services; Heritage Foundation) (Prince Harry)

Word Count: 1859



**NewsRoom**

3/23/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10367228

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 23, 2023

US group want Prince **Harry** deported as royal 'always finding himself in trouble'
Prince **Harry** is facing calls to have his US **visa** application
made public following his admission of taking **drugs** in the past.

Lauren Williams

Prince **Harry's** memoir Spare saw the Duke admit to taking **drugs** such as cocaine, cannabis and magic mushrooms. The admission has led to conservative activists calling for Prince **Harry** to be deported over **drug** use as it is one of the requirements an individual must meet when applying for a **visa**. Royal commentator Kinsey Schofield joined GB News presenters Eamonn Holmes and Isabel Webster to discuss the recent "trouble" **Harry** has found himself in.

Eamonn began the segment: "Prince **Harry**, to live and work in the United States he has to have a **Visa**. In that **visa**, it asks whether you have taken **drugs** or used **drugs** in the past. Tell us what the debate is now."

Kinsey explained: "Eamonn and Isabel you and I have had this discussion weeks ago, we broke it first! Could he get in trouble for this?

"It's the Heritage Foundation here in the States. They're a conservative group that have filed a request through the Freedom of Information Act.

"They're saying they want to know how Prince **Harry** got his **visa** if it was a special privilege because he's a Prince if it was because his wife is a TV star. They say that's illegal."

READ MORE: BAFTA TV Awards' full list of nominations as Happy Valley missing

In a discussion with Eamonn Holmes and Isabel Webster during Breakfast on GB News, she said: "Immigration attorneys here in the States are saying that there are two ways that deportation could loom over Prince **Harry**.

"That's if he's caught doing a crime, which we heard him say in his pay-per-view interview, where he was openly discussing illegal **drug** use.

"So if he's caught doing a crime, deportation could be one of their resolutions. Or if in this **visa** application, he lied about his **drug** use, that could actually result in deportation, too."

Asked where the debate had reached, Kinsey continued: "We're waiting to see if the Heritage Foundation gets that information about Prince **Harry's visa** application.

"It's just not a good look that Prince **Harry** always seems to be finding himself in trouble."

Eamonn quipped: "And if it's not there then he goes looking for it."

The conservative think tank's director Mike Howell said: "This request is in the public interest in light of the potential revocation of Prince **Harry's visa** for illicit substance use and further questions regarding the Prince's **drug** use and whether he was properly vetted before entering the United States".

Under current immigration rules, people who are found to have lied to border officials can face a hefty fine or even deportation.

During Prince **Harry's** book tour in January, he openly spoke about his **drug** use revealing he first tried cocaine aged 17 while on a shooting weekend.

He also admitted to hallucinating during a celebrity event in California and smoking cannabis after his first date with his wife Meghan Markle.

When speaking to Dr Gabor Mate during his mental health event, the Duck of Sussex admitted that smoking marijuana "really helped him" but taking cocaine "did nothing for him".

He explained: "It was the cleaning of the windscreen, the removal of life's filters — these layers of filters — it removed it all for me and brought me a sense of relaxation, relief, comfort, a lightness that I managed to hold back for a period of time.

"I started doing it recreationally and then started to realise how good it was for me.

"I would say it is one of the fundamental parts of my life that changed me and helped me deal with the traumas and the pains of the past. They're unlocking so much of what we've suppressed."

Breakfast with Eamonn and Isabel airs weekdays from 6am on GB News.


---- Index References ----

Company: HERITAGE FOUNDATION (THE)

News Subject: (Crime (1CR87); Drug Addiction (1DR84); Health & Family (1HE30); Immigration & Naturalization (1IM88); Smoking (1SM71); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Celebrities (1CE65); Entertainment (1EN08))


Language: EN

Other Indexing: (Heritage Foundation) (Prince Harry)

Word Count: 630

WESTLAW   © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

**NewsRoom**

3/23/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10310110

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 23, 2023

William and Kate's big plan to stop Louis being 'offshoot like Harry'

The Prince and Princess of Wales are set to make one major move to stop

their youngest son, Prince Louis, from being "left out", one expert has cla...

Richard Ashmore,Alice Scarsi,Lauren Welch

The Prince and Princess of Wales are set to make one major move to stop their youngest son, Prince Louis, from being "left out", one expert has claimed.

Prince William and Kate, the Princess of Wales are trying to do all they can to ensure that Prince Louis doesn't feel left out, royal expert Angela Mollard has said.

Ms Mollard has said that the royal couple plan on using the forthcoming Coronation to ensure their youngest child has a strong bond with the monarchy, and in turn, doesn't go down the same route as his uncle, Prince Harry. In order to ensure that Louis is there for when Prince George becomes King, the royal couple are said to want their younger son to have the memories of the royal celebration this spring.

Ms Mollard then suggested that having all three of the couple's children, including Princess Charlotte, at the Coronation will lesser the chance of a repeated rift in the future.

As previously stated on Express.co.uk, Ms Mollard said that, when the time comes, their elder son will need to be "supported by his siblings".

Ms Mollard also stated that the family-of-five show "very much" stick together. She claims that they enforce the 'We're a family, we do it all together'", adding that they "do not want an offshoot like Harry in the future".

Although prepared to be in attendance, the actual roles of the three children remain unknown.

THIS LIVE BLOG IS NOW CLOSED. CLICK HERE FOR NEW ROYAL FAMILY UPDATES.

21:51 Lauren Welch

King Charles's mix of "personality and pragmatism" is likely the reason he invited Meghan Markle and Prince Harry to the Coronation, claims a royal biographer.

King Charles has a "track record" of trying to "build bridges" within the Royal Family which could be why he invited Meghan Markle and Prince Harry to the Coronation, according to a royal biographer. Gareth Russell drew parallels between Charles's treatment of Edward VIII - who abdicated the throne to pursue a relationship with Wallis Simpson - and that of the Duke and Duchess.

READ MORE HERE

20:24 Lauren Welch

EXCLUSIVE: Prince Harry's real reason for deciding to "empty the barrel" with his book Spare has been addressed by comedian Katherine Ryan.

Prince Harry, 38, has been the subject of much debate since he released his tell-all memoir Spare in January. Comedian Katherine Ryan, 39, has shared her opinion on the book exclusively to Express.co.uk as well as explaining her reasoning for why she thinks Harry decided to "empty the barrel".

READ MORE HERE

19:28 Lauren Welch

King Charles III will be crowned on May 6 at Westminster Abbey but royal fans can already celebrate the momentous occasion.

Located in central London, Hotel Café Royal offers guests the unique "Crown Jewels Experience", a brand new and very special stay to celebrate King Charles's Coronation. According to the hotel's website, it is the "ultimate experience of luxury and exclusivity", and costs a staggering £13,000.

READ MORE HERE

19:11 Lauren Welch

The King's forthcoming Coronation is set to follow tradition by reinforcing royal hierarchy.

Prince Harry and Meghan, the Duchess of Sussex could be set to "stand out" at the King's Coronation. If the pair do decide to attend the historical event, they are not likely to wear any form of formal Coronation robes. The couple have, so far, decided to remain silent on whether they will be in attendance.

READ MORE HERE

18:34 Lauren Welch

Kate, Princess of Wales, met with companies worth billions of pounds in the City as part of her championing of early years development.

Kate, Princess of Wales, is sending a message to Prince Harry and Meghan, Duchess of Sussex, with a "power play" to prove the Royal Family "matters". On Tuesday, the 41-year-old mother-of-three donned a cream blazer and went into business mode meeting representatives of huge firms including IKEA, Co-op, Unilever, Lego, finance giants Natwest, Aviva, Deloitte and the Bank of England no less. The Princess was able to host the companies worth billions of pounds as she championed early years development with the launch of her new "Business Taskforce for Early Childhood" later.

William and Kate's big plan to stop Louis being 'offshoot like Harry', 2023 WLNR 10310110

Writing in news.com.au, royal writer Daniela Esler called the meeting a "powerhouse" moment for the princess that sent a clear message to any royals thinking the "Firm" was on the wane.

Referencing images of the event of Kate, Princess of Wales, posing business-like with the economic leaders, she wrote: "Kate is proving to be a stealthy powerhouse dynamo of action and machine washable lightweight wool who is busily redefining what a working member of the monarchy can actually achieve.

"And if there is one person who should be looking at these images of Kate with this clutch of business bigwigs who preside over global empires of shampoo and Allen keys, it is her brother-in-law, Prince Harry, the Duke of Sussex."

17:43 Lauren Welch

Prince William made an unannounced visit to Poland amid tight security today to visit British and Polish troops helping Ukraine's war effort against Russia.

Prince William, who has begun a two-day visit to Poland, went to military bases in Rzeszów in the south-east of the country near the Ukraine border, where the Royal Artillery and other British units are working with western allies to train Ukrainians and funnel weapons to troops resisting the Russian invasion. He hailed them for "defending our freedoms" and told the British troops: "Everyone back home thoroughly supports you."

READ MORE HERE

17:10 Lauren Welch

EXCLUSIVE: King Charles's Coronation is just weeks away but Prince **Harry** and Meghan Markle should "avoid" the jubilant celebrations, claimed Apprentice star Ryan-Mark Parsons.

Ryan-Mark Parsons has also addressed King Charles's decision to ask Prince **Harry** and Meghan Markle to vacate Frogmore Cottage. It comes as the Duke and Duchess of Sussex's attendance at the coronation still hang in the balance.

READ MORE HERE

16:20 Lauren Welch

Prince **Harry** had reportedly laid out some key "demands" ahead of the King's Coronation in May.

The Duke and Duchess of Sussex's appearance at King Charles III's Coronation reportedly rests on whether **Harry's** "demands" are met. Earlier this month, the Sussexes confirmed they had been invited to the Coronation. However, the couple are yet to confirm if they will be joining the Royal Family at Westminster Abbey on May 6.

READ MORE HERE

16:01 Lauren Welch

The author posted a copy of the children's book to the Duke and Duchess of Sussex after admiring how Prince **Harry** and William coped with the death of their mother, Princess Diana.

Prince **Harry** had thanked an author who sent him a book that helped children deal with the heartache of losing a parent. The author of the book, Mark Lemon, has shared the letter written by the Duke of Sussex back in 2019 on his Instagram profile.

READ MORE HERE

15:10 Lauren Welch

Good afternoon from London. I'm Lauren Welch and I'll be bringing you all the latest developments on the Royal Family. Please feel free to get in touch with me. Your thoughts are always welcome.

Email: lauren.welch@reachplc.com

Twitter: laurenmwelch

14:40 Alice Scarsi

A viral clip of Prince Archie playing with his grandmother Doria Ragland in Prince Harry and Meghan's first hit Netflix series has taken social media by storm.

The Sussexes' oldest son is still a baby in the clip, which shows him sitting in a ride-on toy car pushed by Meghan's mother.

In another segment, he can be seen grabbing onto Meghan's legs while walking around the kitchen.

The Duchess can be heard saying "Are we walking?" in the clip.

Since airing, a clip of the video was later posted to TikTok, where it became an instant hit.

Read the full story here

13:44 Alice Scarsi

A viral video has taken TikTok by storm after user Becca Brandon reimagined the Prince and Princess of Wales as "council estate parents" in a shocking makeover.

The TikToker, under the handle electricraspberry, photoshopped the royal couple to make them look almost unrecognisable in her viral video which has amassed over 4.4 million views since it was posted on Monday.

On her channel, Ms Brandon, who grew up on a council estate, records herself adapting photos of famous figures using the app "Procreate".

See the pictures here

12:56 Alice Scarsi

The Duke of Sussex's book Spare is being parodied in a spoof biography of Prince Harry which promises to go "deep inside the castle walls" and expose "every shouting match, fist-fight, betrayal, teddy bear, awkward hug and tear-stained wedding rehearsal".

In a clear mockery of the bestselling memoir, the upcoming work has been described in a press release as a "frostbite-and-all book", and is titled Spare Us! A Harrody.

The book also hit out at the Duke of Sussex's decision to reveal intimate details about his life and private conversations while also seeking a more private existence far from the British press.

This version of Spare has been written by Bruno Vincent, who previously gained the spotlight with his Enid Blyton parody books.

Published by Little Brown, which is owned by Hachette, Spare Us! will be aptly released on April Fool's Day.

Read the full story here

12:00 Alice Scarsi

The Crown has been hit with a wave of criticism after images of a replica of the mangled Mercedes from Princess Diana's crash in Paris, which led to her death, emerged.

The Netflix series has courted controversy since it first began and continues to face backlash over the handling of topics such as King Charles's divorce from Diana, and the late Princess of Wales' death.

The Crown's nominations include leading actress for Imelda Staunton playing the Queen and supporting actor for Salim Daw as Mohamed Al-Fayed.

Read the full story here

11:25 Alice Scarsi

Prince **Harry** has been warned there is "no exception for royalty" when it comes to his **visa** potentially being revoked.

The Duke of Sussex has faced scrutiny since openly admitting to taking cocaine, cannabis and magic mushrooms in the past.

Former federal prosecutor Neama Rahmani claims the royal should not even have been allowed into the US in the first place if he filled in his **visa** documentation correctly.

Rahmani said: "An admission of **drug** use is usually grounds for inadmissibility.

"That means Prince **Harry's visa** should have been denied or revoked because he admitted to using cocaine, mushrooms and other **drugs**."

The West Coast Trial Lawyers attorney said that the rules would apply to **Harry** as well as there is "no exception for royalty or recreational rules."

Read the full story here

10:20 Alice Scarsi

The Duke and Duchess of Windsor's Paris mansion is to be turned into an attraction and open to the public, it was announced days before King Charles and Queen Camilla are to undertake their first official visit to France since his accession to the throne.

Paris city council has given heritage trust Fondation Mansart the task of turning the run-down house, originally known as Chteau le Bois, into a permanent touristic site.

The 19th century mansion located in the Boulogne woods of western Paris is primarily known for having hosted the exiled Duke and Duchess of Windsor for some three decades.

However, Egyptian businessman Mohamed Al Fayed added to its lore when he claimed Princess Diana would have relocated there had she not died in a car crash in Paris in August 1997.

Read the full story here

09:22 Alice Scarsi

Meghan, the Duchess of Sussex will use her revamped blog The Tig to "gain control over her public image" after speaking out about struggling with the press and the media.

A brand expert who has worked with Britney Spears has said Meghan's new rumoured project could "thrive".

It's believed the wife of Prince Harry and mother-of-two is planning to relaunch her blog The Tig.

The former actress ran the blog for two years while working on the cable drama Suits, but she shut the platform down when her relationship with the royal became serious.

Read the full story here

08:31 Alice Scarsi

The Duke and Duchess of Sussex have been invited to King Charles's Coronation, but a new Express.co.uk poll has shown widespread opposition to either showing up.

Read the results of our poll here

08:01 Alice Scarsi

A Labour campaign is calling for Buckingham Palace to be subject to workplace legislation as it accuses the Palace of being "shielded" from scrutiny.

The pressure group, Labour for a Republic, is pushing the party to commit to ending the royals' exemption from the Equality Act, which protects workers against discrimination based on race, sex, gender, age, religion and disability.

Ben Clinton, Labour for a Republic's campaign coordinator, told Express.co.uk: "The idea that one of the most prominent families, one of the most prominent employers, in the country is exempt is wrong and needs to be reversed if we are to continue being a party for working people."

Labour for a Republic wants national party chiefs to include the Royal Family being subject to the Equalities Act in Labour's next general election manifesto.

Read the full story here

07:20 Alice Scarsi

William and Kate's big plan to stop Louis being 'offshoot like Harry', 2023 WLNR 10310110

The Duke and Duchess of Sussex face a similar fate to the Duke and Duchess of Windsor, a royal commentator has claimed.

Tom Quinn, author of the newly-released book Gilded Youth, has drawn similarities between the life lived by former King Edward VIII and his wife Wallis Simpson after he abdicated and the future possibly looming for Prince Harry and Meghan.

The Duke and Duchess of Sussex, Mr Quinn said, have made several appearances and interviews as well as a docu-series and a memoir united by one main theme - "how badly they were treated".

However, he added, that is a topic that will interest people only "for so long".

He continued: "And when you're not saying that anymore, and you can't make any more films and interviews about how badly you've been treated, what then, what do you do?

"My fear is that Harry will become like Edward VIII and Meghan will become like Mrs Simpson."

Read the full story here

07:14 Alice Scarsi

Good morning from London. I'm Alice Scarsi, I'll be bringing you all the latest developments on the Royal Family. Please feel free to get in touch with me as I work if you have a story or tips to share! Your thoughts are always welcome.

Email: alice.scarsi@reachplc.com

---- Index References ----

Company: WEST COAST TRIAL LAWYERS, A PROFESSIONAL LAW CORPORATION; BANK OF ENGLAND; ROYAL ARTILLERY CHARITABLE FUND.; KIRKBI A/S; AVIVA PLC; LITTLE, BROWN BOOK GROUP LIMITED; UNILEVER PLC; ROYAL FAMILY FOOD CO., LTD.

News Subject: (Emerging Market Countries (1EM65); Family Social Issues (1FA81); Politically Exposed Persons (1PO01); Social Issues (1SO05))

Industry: (Celebrities (1CE65); Entertainment (1EN08))

Region: (CIS Countries (1CI64); Central Europe (1CE50); Eastern Europe (1EA48); Europe (1EU83); Eurozone Countries (1EU86); France (1FR23); Poland (1PO03); Ukraine (1UK09); United Kingdom (1UN38); Wales (1WA56); Western Europe (1WE41))

Language: EN

Other Indexing: (Natwest; Hotel Café Royal; IKEA; Fondation Mansart; West Coast Trial Lawyers; Bank of England; Royal Artillery; Lego; Aviva; Little Brown; Unilever; Royal Family) (Prince Louis; Lauren Welch)

Word Count: 2418

**News**Room

**News**Room

3/19/23 Cape Argus (Pg. Unavail. Online)
2023 WLNR 9988696

Cape Argus (South Africa)
Copyright (c) 2023 SyndiGate. All Rights Reserved.

March 19, 2023

## Harry is always going on about his 'incredibly painful childhood' yet he lives a privileged life

Letter to the Editor

LETTER: **Harry's** book Spare has not had the desired result he and his wife were wishing for. Instead of evoking sympathy, it has turned the British and American public against them. In a Newsweek approval rating, **Harry** has dropped to -10 (dropping 48 points) and Meghan -17 (dropping 40 points).

**Harry's** book Spare has not had the desired result he and his wife were wishing for. Instead of evoking sympathy, it has turned the British and American public against them. In a Newsweek approval rating, **Harry** has dropped to -10 (dropping 48 points) and Meghan -17 (dropping 40 points).

This has been exacerbated by the animated cartoon series South Park in which they were clearly lampooned and mocked. In his latest, self-pitying interview with Dr Gabor Mate, a physician, **Harry** claims that using psychedelic **drugs** and cannabis helped him deal with his mental health problems.

He stated: "Hey, it really helped me."

These **drugs** actually lead to psychotic disorders such as schizophrenia, anxiety, depression and other severe mental illnesses. He is therefore advocating illegal **drug** use for other people, especially youngsters, to solve their problems. This is irresponsible from a man 38 years old, with two minor children.

A poor example indeed. He is always going on about his "incredibly painful childhood" yet he lives a very privileged life.

He earns his living by trashing his family and then expects an apology from them. Shocking! Nevertheless, he has received a massive backlash for the above comments and could lose his US **visa**. Anti-**drug** campaigners have slammed **Harry** for his latest rant and "US border agents take a dim view of **drug** use by non-US citizens".

**Harry** is entirely absorbed in himself, is constantly craving attention and desperate to be heard. He is, however, not the world's biggest victim. Blaming others is characteristic of losers, and **Harry** is a loser.

* John Whitlock, Germiston.

** The views expressed here are not necessarily those of Independent Media.

Cape Argus

Do you have something on your mind; or want to comment on the big stories of the day? We would love to hear from you. Please send your letters to arglet@inl.co.za.

All letters to be considered for publication, must contain full names, addresses and contact details (not for publication)

Cape Argus © 1999 - 2022 Independent Newspapers (Pty) Limited. All rights strictly reserved. Provided by SyndiGate Media Inc. ( Syndigate.info ).

**---- Index References ----**

Company: Independent Newspapers (Pty) Limited

Industry: (Healthcare (1HE06); Healthcare Practice Specialties (1HE49); Healthcare Services (1HE13); Psychiatric Disorders & Conditions (1PS79); Psychiatric Services (1PS61); Psychiatry (1PS63); Psychology (1PS96))

Language: EN

Other Indexing: (Independent Newspapers (Pty) Limited) (Harry)

Word Count: 390

                                          © 2023 Thomson Reuters. No claim to original U.S. Government Works.



  © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

3/22/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10335542

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 22, 2023

**Harry warned drug use could threaten US visa in massive blow: 'No exception for royalty'**
Prince Harry admitted in his book and in a series of televised interviews
that he had routinely taken drugs when he was younger to cope with his tr...

Aurora Bosotti

Prince Harry admitted in his book and in a series of televised interviews that he had routinely taken drugs when he was younger to cope with his trauma.

Prince Harry has been warned there is "no exception for royalty" when it comes to his visa potentially being revoked. The Duke of Sussex, 38, has faced scrutiny since openly admitting to taking cocaine, cannabis and magic mushrooms in the past. Former federal prosecutor Neama Rahmani claims the royal should not even have been allowed into the US in the first place if he filled in his visa documentation correctly.

Rahmani said: "An admission of drug use is usually grounds for inadmissibility.

"That means Prince Harry's visa should have been denied or revoked because he admitted to using cocaine, mushrooms and other drugs."

The West Coast Trial Lawyers attorney said that the rules would apply to Harry as well as there is "no exception for royalty or recreational rules."

Rahmani's warning comes as the conservative Heritage Foundation launched a pressure campaign on authorities to release details of Harry's original visa application.

JUST IN: Harry and Meghan risk repeating mistakes of exiled royals Edward VIII and Wallis Simpson

Prince Harry's six Coronation 'demands' as Sussexes remain undecided on UK returnThe Duke and Duchess of Sussex's appearance at King Charles III's Coronation reportedly rests on whether Harry's "demands" are met.

Earlier this month, the Sussexes confirmed they had been invited to the Coronation. However, the couple are yet to confirm if they will be joining the Royal Family at Westminster Abbey on May 6.

Here are Harry's six reported demands.

The DC-based think tank claims US taxpayers have a right to know whether the Duke misled authorities on his **drug** use when he first entered the country after stepping down from his formal role in 2020.

Under current immigration rules, people who are found to have lied to border officials can face a hefty fine or even deportation.

However, another lawyer told Page Six that Harry's admission would likely not be a problem for the royal.

Texas-based immigration lawyer Sam Aldair insisted it was "unlikely that these admissions will present a problem because there have been no criminal convictions."

READ MORE: Kate's 'cold stare' shows the 'power play' between her and Prince William, expert claims

And colleague James Leonard noted that revealing in a book that "you experimented with **drugs** when you were a young man" would not give authorities much of a base to challenge **Harry's** presence in the country.

Speaking to renowned therapist Dr Gabor Mat&eacute; earlier this month, **Harry** said he started taking **drugs** "recreationally" to handle his traumas and "pains of the past."

The Duke said: "It was the cleaning of the windscreen, the removal of life's filters — these layers of filters — it removed it all for me and brought me a sense of relaxation, relief, comfort, a lightness that I managed to hold back for a period of time.

DON'T MISS:Harry and Meghan warned by expert Lilibet move may backfire [REVEALED]Prince Harry and Meghan have 'rocky future' ahead, says expert [OPINION]King Charles ready to 'capitulate' to Meghan and Harry - claim [LATEST]

"I started doing it recreationally and then started to realise how good it was for me.

"I would say it is one of the fundamental parts of my life that changed me and helped me deal with the traumas and the pains of the past."

Harry added: "They're unlocking so much of what we've suppressed."

Follow our social media accounts here on facebook.com/ExpressUSNews and @expressusnews

---- Index References ----

Company: WEST COAST TRIAL LAWYERS, A PROFESSIONAL LAW CORPORATION; HERITAGE FOUNDATION (THE)

News Subject: (Crime (1CR87); Health & Family (1HE30); Immigration & Naturalization (1IM88); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Celebrities (1CE65); Entertainment (1EN08))

Language: EN

Other Indexing: (West Coast Trial Lawyers; Heritage Foundation) (Prince Harry)

Word Count: 596

**Harry warned drug use could threaten US visa in massive..., 2023 WLNR 10335542**

---

**End of Document**                                   © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

---

**News**Room

3/20/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10078082

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 20, 2023

Prince Harry and Meghan warned of dire UK popularity ratings as Britons have 'had enough'
A royal expert has warned there may be protests against the Duke and Duchess
of Sussex at King Charles's Coronation as their standing has fallen so...

Jon King

A royal expert has warned there may be protests against the Duke and Duchess of Sussex at King Charles's Coronation as their standing has fallen so far among the public.

Prince Harry and Meghan, Duchess of Sussex, have been warned of their dire popularity ratings as Britons have "had enough" of the royal couple. The Sussexes have been invited to King Charles's Coronation but it has yet to be made public whether they will attend the historic occasion on May 6.

Related articles

Former ITN royal editor Tim Ewart told Sky News Australia that Harry and Meghan's popularity has plummeted in the wake of the couple's Netflix series and the Duke's memoir, Spare.

Asked if Harry and Meghan's behvaiour was making things difficult for them, Mr Ewart said: "Quite clearly the Sussexes are becoming extremely unpopular in this country.

"Now it would be unfair to say that that is an opinion held by everybody. Younger people in Britain like the Sussexes, [they] like the diversity that they bring to the Royal Family, the modern lifestyle that they lead, who respect the way that **Harry** has been so keen to tell his story, to bear his soul.

"But the vast majority of people have had enough of it."

Prince **Harry** could have his '**visa** revoked' after admitting to using drugsPrince **Harry** could see his **visa** revoked after admitting to using **drugs** in a televised therapy session, Piers Morgan pointed out.

Speaking to famed therapist Dr Gabor Mate for his programme The Myth of Normal: Trauma, Illness, and Healing in a Toxic Culture, Prince **Harry** said he started using **drugs** after realising they helped him cope with his trauma.

Read more HERE.

Mr Ewart explained that the public is tired of hearing **Harry** talk about his personal issues all the time.

The Duke's memoir includes a series of revelations, including an allegation **Harry** was attacked by his brother, Prince William, and claims Camilla, Queen Consort, tried to tarnish the Duke's image to improve hers.

Spare went on to become the biggest-selling work of non-fiction after its release in January.

Mr Ewart said: "The majority of Britons really, really don't care for [**Harry** and Meghan's disclosures] any longer and to be blunt, wish they would be quiet and go away and stay in America if that is really what they want to do."

READ ABOUT **HARRY** AND MEGHAN'S TITLE DECISION FRACTURING RELATIONS WITH THE PALACE

Related articles

He added that one of the issues surrounding the Coronation is whether or not there will be protests should **Harry** and Meghan attend, particularly the Duchess.

The former royal editor asked: "Will there be public anger expressed against them. We know there are going to be demonstrations by the republican movement... It's not impossible that there would be insults shouted at Harry and Meghan.

"It really is a complicated business, but their standing in this country has now fallen.

"They're extremely unpopular. They have a minus popularity rating in such polls as we're able to read about them so a lot of people really won't be very welcoming when they come here."

Don't miss... Kate and William 'carefully' making 'sure they never put a foot wrong' [REPORT] **Harry** and Meghan didn't warn Palace over title move as rift deepens [REVEALED] Sophie 'let her authentic feelings' about **Harry** & Meghan known - claim [LATEST]

The Coronation weekend will be held from Saturday, May 6 to Monday May 8, with thousands of events expected to take place across the country.

The formal ceremony will take place at Westminster Abbey and will follow the traditional pageantry used to anoint monarchs over the past 1,000 years.

After processions to the Abbey and back, Charles and Camilla will then appear on the balcony at Buckingham Palace along with members of the Royal Family.

Mr Ewart, asked what Harry and Meghan have reportedly requested ahead of the Coronation, said "status and respect".

He added: "What we need to remember in this mess - [which is] at the moment is threatening to overshadow the Coronation - what we need to remember is Harry is still fifth in line to the throne.

"For everything that's happened he is still a senior royal so there are issues over the way he's treated and the way that he's protected when he and his wife, possibly - although she may not come - when they come, if they come, to the Coronation."

Mr Ewart said a "sore point" will be what security Harry will be provided as well as whether he will be included in the carriage procession, appear on the balcony of Buckingham Palace and where he will sit during the Coronation ceremony.

Related articles

He added: "There is still a lot to discuss. My sense is that the Palace has extended the invitation and they're now able to say, 'Look guys, the ball is in your court. If you don't want to come, let us know. If you do want to come, you're going to have to play by our rules'."

A spokesperson for Harry said earlier this month the Sussexes have received an invitation to King Charles's Coronation but would not yet confirm publicly whether they will attend.

They said: "I can confirm The Duke has recently received email correspondence from His Majesty's office regarding the coronation.

"An immediate decision on whether The Duke and Duchess will attend will not be disclosed by us at this time."

Related articles Kate may have 'delicious' breakfast food every day to lose weight Meghan's behaviour with assistant is 'interesting' in front of cameras Elton John joins growing list of celebs to snub **Harry** and Meghan **Harry** and Meghan didn't expect 'humiliating' jokes about Spare Jeremy Clarkson slams Tory BBC debate after Kate and Wills poster row

---- Index References ----

News Subject: (Government (1GO80); Health & Family (1HE30); Politically Exposed Persons (1PO01))

Industry: (Celebrities (1CE65); Entertainment (1EN08); Postal Services (1PO50))

Language: EN

Other Indexing: (Sky News Australia) (Prince Harry; Meghan; Britons)

Word Count: 958

---

**End of Document**                                     © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

**News**Room

3/22/23 Daily Star Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10321970

Daily Star Online (UK)
Copyright (c) 2023 Dailystar.co.uk

March 22, 2023

Prince **Harry's** US **visa** may be in trouble after Spare **drug** use bombshells, lawyer warns

Prince **Harry's** admission of **drug** use in bombshell book Spare may lead to

legal troubles down the line, a former attorney has claimed after they say...

By, Ewan Gleadow

Prince **Harry's** admission of **drug** use in bombshell book Spare may lead to legal troubles down the line, a former attorney has claimed after they say there is 'no exception' to **drug** use

Prince **Harry** may find his US **visa** revoked after revelations about his **drug** use were aired in Spare, the Duke's bombshell autobiography.

A legal expert believes that the truthful Duke may have paved a way toward losing his right to reside in the United States because of his book.

Others however have said that the Duke of Sussex should be fine, so long as he does not find himself in prison for any other reason in the future.

READ MORE: Prince **Harry** shares **drug** that 'really helped' him mentally as cocaine 'did nothing'

Despite this, legal expert and former federal prosecutor Neama Rahmani has said there is "no exception" for recreational **drug** use, royal or otherwise.

Speaking to PageSix, the former prosecutor said: "An admission of **drug** use is usually grounds for inadmissibility.

"That means Prince **Harry's visa** should have been denied or revoked because he admitted to using cocaine, mushrooms and other **drugs**."

The Duke had previously revealed in his bombshell memoirs that he had taken cocaine, marijuana and mushrooms, experimenting with psychedelics well into his adulthood.

It would appear though that **Harry** ditched Class A cocaine when he left his teenage years, with Daily Star reporting the round-up of **drugs** the Duke had taken, and the one that "really helped" him through tough times.

In a conversation with Dr Gabor Maté, the Duke of Sussex revealed that marijuana was the most helpful **drug** of all those taken.

Speaking at the time on his **drug** use, the Duke said: "It was more of a social thing, and I guess trying to get a sense of belonging, for sure. Marijuana is different, that actually did help me."

But attorney James Leonard has said the Duke may find himself in no trouble at all over such admissions, unless he "got arrested or if he got a DWI".

He said: "Any criminal charge related to **drugs** or alcohol or any finding by a judicial authority that Prince **Harry** is a habitual **drug** user, which he clearly is not, I don't see any issue with the disclosures in his memoir regarding recreational experimentation with **drugs**."

For the latest breaking news from the Royal Family and stories from the Daily Star, sign up for our newsletter by clicking here .

READ NEXT:

World record challenger gorging on pancakes and pizza before '24 hours of hell' Prince **Harry** 'knew naming daughter Lilibet would disrespect Queen', expert claims Kate Middleton dubbed UK's favourite royal -but it's not good news for **Harry** and Meghan Prince **Harry** makes coronation 'dangerous' and a 'security risk' after Taliban comments Prince William gets 'good old-fashioned revenge' on **Harry** with Frogmore Cottage eviction

---- Index References ----

News Subject: (Crime (1CR87); Criminal Law (1CR79); Drug Addiction (1DR84); Government Litigation (1GO18); Health & Family (1HE30); Legal (1LE33); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Pharmaceuticals & Biotechnology (1PH13))

Language: EN

Other Indexing: (Prince Harry; Spare)

Word Count: 412

---

**End of Document**
© 2023 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

**News**Room

3/21/23 Daily Mirror Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10251587

Daily Mirror Online (UK)
Copyright (c) 2023 Mirror.co.uk

March 21, 2023

Prince **Harry's** US **visa** under scrutiny as critics DEMAND to know if he admitted **drug** use
The conservative think tank America's Heritage Foundation is now calling
for **Harry's visa** application to be released so the US taxpayer can underst...

By, Christopher Bucktin

The conservative think tank America's Heritage Foundation is now calling for **Harry's visa** application to be released so the US taxpayer can understand whether the royal declared his **drug** use

Prince **Harry** is facing calls to have his US **visa** application made public after a request was submitted to release his papers following his admission to taking **drugs** in the past.

The appeal comes after the Duke of Sussex admitted taking cocaine, cannabis and magic mushrooms in his autobiography Spare, which was released earlier this year.

America's Heritage Foundation is now calling for **Harry's visa** application to be released so the US taxpayer can understand whether the royal declared his **drug** use.

The conservative think tank's director Mike Howell said: "This request is in the public interest in light of the potential revocation of Prince **Harry's visa** for illicit substance use and further questions regarding the Prince's **drug** use and whether he was properly vetted before entering the United States".

Strict laws surround America's immigration policies with harsh penalties for anyone caught lying to officials.

They include deportation and being barred from applying for citizenship.

Hundreds of Brits are banned from the US after over their drug misuse.

In 2019, Brit Isabella Brazier-Jones claimed she was banned from the USA for 10 years after admitting to snorting a line of cocaine two years prior.

The 31-year-old said she was immediately thrown in a jail cell and made to wait for 24 hours before being shipped back to Britain.

The Heritage Foundation argues if immigration officials did know about the royal's **drug** use, **Harry's** case raises questions over whether he was given special treatment because he is a prince and his wife is a TV star, which they insist would be illegal.

In response to the Foundation's calls, a US State Department spokesman said: "**Visa** records are confidential under Section 222f of the Immigration and Nationality Act INA; therefore, we cannot discuss the details of individual **visa** cases".

In January and during his Spare book tour, **Harry** spoke about his **drug** use revealing he first took cocaine at 17 while on a shooting weekend.

He also admitted to hallucinating during a celebrity-filled event in California and smoking cannabis after his first date with Meghan.

**Visa** applicants are asked by US officials: "Have you ever violated any law related to possessing, using, or distributing illegal **drugs**"

Answering yes means it is likely the applicant will be denied entry.

During one promotional event Prince **Harry** told Dr Gabor Maté marijuana "really helped him" mentally but taking cocaine "did nothing for him".


---- Index References ----


News Subject: (Crime (1CR87); Foundations (1FO95); Immigration & Naturalization (1IM88); Philanthropy (1PH09); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Banking (1BA20); Credit, Debit & Value Cards (1CR28); Financial Services (1FI37); Retail Banking Services (1RE38))


Language: EN

Other Indexing: (US State Department) (Prince Harry)

Word Count: 427

**End of Document**                                          © 2023 Thomson Reuters. No claim to original U.S. Government Works.

Case 1:23-cv-01198-CJN    Document 1-10    Filed 05/01/23    Page 206 of 416

So how DID Prince Harry get a US visa? Campaigners..., 2023 WLNR 10233796

**News**Room

3/21/23 Daily Mail Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10233796

Daily Mail Online (UK)
Copyright (c) 2023 Dailymail.co.uk

March 21, 2023

So how DID Prince Harry get a US visa? Campaigners demand to know if
Duke admitted 'multiple' drug use on application - and call for the royal to b...

Martin Robinson, Chief Reporter For Mailonline

So how DID Prince **Harry** get a US **visa**? Campaigners demand to know if Duke admitted 'multiple' **drug** use on application - and call for the royal to be deported if he lied about taking cocaine before moving to California

Prince **Harry** faces a fight to keep his US **visa** application secret today as campaigners demanded its release to see if he admitted his **drug** use before emigrating to California with Meghan Markle in 2020, MailOnline can reveal.

A conservative think tank is in the middle of a battle with Washington DC officials who are staunchly refusing to publish any details - including any texts or emails - citing the Duke of Sussex's 'privacy'.

In Spare and the TV blitz that followed, Harry admitted taking cocaine, cannabis and magic mushrooms. He said marijuana and psychedelics 'really helped' with his 'trauma' while cocaine was more a 'social thing'.

The Heritage Foundation says his visa application must now be released so the American taxpayer can understand whether Harry declared his drug use. US immigration law has harsh penalties for lying to immigration officials, including deportation and being barred from applying for citizenship.

Mike Howell, director of the Heritage Foundation's Oversight Project, said: 'This request is in the public interest in light of the potential revocation of Prince **Harry's visa** for illicit substance use and further questions regarding the Prince's **drug** use and whether he was properly vetted before entering the United States'.

Experts have insisted US **visa** applications would usually be thrown out if there is any history of **drug** use. The Heritage Foundation says if border officials did know, **Harry's** case raises questions over whether he was given special treatment because he is a prince and his wife is a TV star, which they insist would be illegal.

**Can **drug** users be banned from visiting the United States?**
US officials can stop foreigners who have committed **drugs** offences entering the country even if they have never been arrested and charged by police.

Under US rules, suspected **drug** abusers applying for a **visa** may be required to answer additional medical history questions and also take a medical exam to prove that they are not still a **drug** abuser before being allowed to enter the country.

So how DID Prince Harry get a US visa? Campaigners..., 2023 WLNR 10233796

Case 1:23-cv-01198-CJN    Document 1-10    Filed 05/01/23    Page 207 of 416

In high profile cases where celebrities who are known to have taken **drugs** want to come to America, they have been invited into the US embassy in London to take a **drugs** test.

Pete Doherty was famously banned from the US due to **drug**-related arrests.

In 2014 chef Nigella Lawson was banned from flying to the US because she confessed to taking **drugs**.

MailOnline has approached representatives for Prince **Harry** for comment.

A US State Department spokesman said: '**Visa** records are confidential under Section 222(f) of the Immigration and Nationality Act (INA); therefore, we cannot discuss the details of individual **visa** cases'.

In his autobiography 'Spare', **Harry** revealed that he first took cocaine on a shooting weekend at age 17. He did a 'few more lines' on other occasions.

He also admitted to hallucinating during a celebrity-filled event in California and smoking cannabis after his first date with Meghan.

He also spoke about his 'positive' experience of psychedelic drug ayahuasca saying it 'brought me a sense of relaxation, release, comfort, a lightness that I managed to hold on to for a period of time'.

The duke, 38, made the comments in an interview with therapist Dr Gabor Maté,an outspoken supporter of decriminalising drugs who has allegedly used Amazonian plant ayahuasca to treat patients suffering from mental illness.

Harry told him: '(Cocaine) didn't do anything for me, it was more a social thing and gave me a sense of belonging for sure, I think it probably also made me feel different to the way I was feeling, which was kind of the point.

'Marijuana is different, that actually really did help me.'

Fiona Spargo-Mabbs, who launched a **drugs** education charity in her son Daniel's name after he died of an accidental MDMA overdose aged 16, said the duke's comments were 'concerning'.

It has long been speculated that **Harry** could be working in the US on a fast track **visa** handed to people with 'extraordinary ability' - known as a O-1 **visa**. The O-1, also used by Canadian singer Justin Bieber and Australian actor Hugh Jackman, last for three years, meaning that **Harry's** renewal could be due with weeks.

Following the release of Spare in January, where the exiled royal revealed regular **drug** use, immigration experts warned he may have put his **visa** 'at risk' after admitting about his illicit **drug** use.

And today MailOnline can reveal that The Heritage Foundation, which took a leading role in the conservative movement during the presidency of Ronald Reagan and had a major influence on Donald Trump's administration, has asked for the release of his visa application demanding to know if Harry was 'properly vetted' before coming to America.

They also want to know if he admitted to officials that he took drugs, which immigration experts note meant he should have been denied residency in the US if he failed to disclose his narcotics usage during the application process.

The Heritage Foundation has also compiled a dossier of evidence, including Harry's own admissions in his memoir and various TV interviews about taking cocaine, cannabis and magic mushrooms.

Case 1:23-cv-01198-CJN   Document 1-10   Filed 05/01/23   Page 208 of 416

So how DID Prince Harry get a US visa? Campaigners..., 2023 WLNR 10233796

This has all been sent to the Department of Homeland Security, US Customs/Border Protection and US Citizenship Immigration Services to bolster their freedom of information request.

But US officials have so refused to release his **visa** application, citing 'privacy' concerns, but Mike Howell, director of the Heritage Oversight Project, insists it is in the 'public interest' to know how **Harry's** case was handled and has appealed the decision.

Mr Howell has also demanded to see any emails, texts, WhatsApps or other correspondence related to **Harry's visa** to ensure public confidence in how it was handled.

He said: '**Harry's** abuse of multiple illicit substances, including marijuana, cocaine, "magic mushrooms," and other psychedelic **drugs**.

'It is unclear at this juncture whether DHS complied with the law if, in admitting Prince **Harry**, did so without a waiver or any interview with CBP to assess whether, given his history, he was admissible to the United States.

'As a result, this widespread media interest in Prince Henry's **drug** abuse inevitably raises possible questions regarding his application for residency in the United States.

'Public confidence in the government would undoubtedly suffer if DHS, CBP, and USCIS failed to properly vet such a high-profile case.

'Moreover, if Prince **Harry** was granted preferential treatment that too would undermine public confidence in DHS, CPB, and USCIS's application of equal justice under the law'.

Following the release of Spare, immigration experts warned The Duke of Sussex could be barred from the US and put his **visa** 'at risk' after admitting about his illicit **drug** usage.

American authorities note entry into the country is granted on a 'case-by-case' basis - and it is unclear if **Harry**, who moved to California with his wife Meghan Markle in 2020, detailed his **drug** use on his **visa** application.

It is unclear what type of US **visa Harry** holds, but analysts speculate he either holds a spousal **visa** - sponsored by his American wife - or a O-1 **visa** which is given to people with 'extraordinary ability'.

The Sussexes relocated to California in 2020, meaning his **visa** could be set to expire this year. Any renewal application could be impacted by his newly admitted history with **drugs**.

Anyone seeking temporary or permanent residency in the US must answer a series of questions about their criminal and **drug** history during when applying.

'He would have been asked [about **drug** use]. If he was truthful in his answers, he should have been denied,' Prof Alberto Benítez, director of George Washington University's Immigration Clinic, said recently/

The professor argued that if **Harry** did not detail his **drug** use, he would have been 'perjuring himself on an official US government document'.

He claimed honesty would have been in the Duke's 'best interest' and noted he may have received discretion from immigration officials because of his royal status.

Case 1:23-cv-01198-CJN    Document 1-10    Filed 05/01/23    Page 209 of 416

So how DID Prince Harry get a US visa? Campaigners..., 2023 WLNR 10233796

'If he wasn't Prince Harry, if he was 'Fred Jones' and he had this kind of a background, he'd have a lot more scrutiny and I could certainly see the green card being denied,' Prof Benitez added.

US State Department officials have repeatedly declined to answer whether his admission of drug use would 'cause difficulties' with his immigration status - or if he had detailed any drug use before.

'Visa records are confidential under US law; therefore, we cannot discuss the details of individual visa cases. We cannot speculate on whether someone may or may not be eligible for a visa,' a spokesman said in January

'Whenever an individual applies for a US visa, a consular officer reviews the facts of the case and determines whether the applicant is eligible for that visa based on US law.

'All visa applications are adjudicated on a case-by-case basis.'


---- Index References ----

Company: U.S. Customs and Border Protection,; US Citizenship and Immigration Services; HERITAGE FOUNDATION (THE)

News Subject: (Crime (1CR87); Foundations (1FO95); Immigration & Naturalization (1IM88); Philanthropy (1PH09); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Banking (1BA20); Credit, Debit & Value Cards (1CR28); Financial Services (1FI37); Retail Banking Services (1RE38))

Region: (Americas (1AM92); California (1CA98); North America (1NO39); U.S. West Region (1WE46); USA (1US73))

Language: EN

Other Indexing: (Heritage Oversight Project; US State Department; Department of Homeland Security; USCIS; US Customs/ Border Protection; US Citizenship Immigration Services; Heritage Foundation) (Prince Harry)

Word Count: 1500

**End of Document**

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

 © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

3/22/23 N.Y. Post 16
2023 WLNR 10365162

New York Post
Copyright 2009, The New York Post. All Rights Reserved

March 22, 2023

Section: Page Six

## Stoned out of US?

BEST-selling author Prince **Harry** (above) may find himself in hot water for being too honest about his past **drug** use, a legal expert tells Page Six, while others assert the British royal is in the clear. "An admission of **drug** use is usually grounds for inadmissibility," former federal prosecutor Neama Rahmani told The Post's Eileen Reslen of **Harry's** status in the States. "That means Prince **Harry's visa** should have been denied or revoked because he admitted to using cocaine, mushrooms and other **drugs**" in his blockbuster memoir "Spare." But another legal expert, James Leonard, said, "I don't see any issue with the disclosures . . . regarding recreational experimentation with **drugs**."

---- Index References ----

News Subject: (Crime (1CR87); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (**Drug** Approval Process (1DR91); **Drug** Discovery & Development Process (1DR41); Pharmaceuticals (1PH33); Pharmaceuticals & Biotechnology (1PH13); Pharmaceuticals Research & Development (1PH57))

Language: EN

Edition: All Editions

Word Count: 109

**End of Document**

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

**News**Room

3/22/23 NOTICIASFINANCIERAS - ENG. (Pg. Unavail. Online)
2023 WLNR 10384567

NoticiasFinancieras - English
Copyright (c) 2023 ContentEngine, USA.

March 22, 2023

## Warning to Prince **Harry**: U.S. **visa** could be revoked after admission of **drug** abuse

Prince **Harry** revealed in his recent memoir, "Spare" and in several television interviews that he used cocaine, cannabis and magic mushrooms in the past.

The Duke of Sussex's admission of **drug** use could threaten his US **visa**, warned a US lawyer, who insisted that there was "no exception for royals", commented Daily Mail.

The media outlet further revealed yesterday that the duke now faces requests to have his US **visa** application published to see if he admitted his **drug** use before emigrating to California with Meghan Markle in 2020.

The DC-based Heritage Foundation explained that his **visa** application must now be accessible so that the US taxpayer can understand whether **Harry** declared his **drug** use.

U.S. immigration law has stiff penalties for lying to immigration officials, including deportation and a ban on applying for citizenship.

Former federal prosecutor Neama Rahmani told Page Six that "Admission of **drug** use is generally grounds for inadmissibility. That means Prince **Harry's visa** should have been denied or revoked because he admitted to using cocaine, mushrooms and other **drugs**."

He added that "there is no exception for recreational use."

Mike Howell, director of the Heritage Foundation's Oversight Project, said, "This request is in the public interest in light of the possible revocation of Prince **Harry's visa** for illicit substance use and further questions about the Prince's **drug** use and whether he was properly vetted before entering the United States."

The media outlet commented that the Heritage Foundation says that if border officials knew, **Harry's** case raises questions about whether he received special treatment because he is a prince and his wife is a TV star, which they insist would be illegal.

So far it is not known exactly what questions he was asked when he applied for his U.S. **visa**, because it is still unclear what **visa** he received, Daily Mail commented. However, the question on the ESTA (Electronic System for Travel Authorization) application that most U.K. tourists would use is, "Have you ever violated any laws relating to the possession, use or distribution of illegal **drugs**?"

Warning to Prince Harry: U.S. visa could be revoked after..., 2023 WLNR 10384567

A U.S. State Department spokesperson told the media outlet that "**Visa** records are confidential under Section 222(f) of the Immigration and Nationality Act (INA); therefore, we are unable to discuss the details of individual **visa** cases."

It should be recalled that in "Spare," the Duke of Sussex admitted to taking cocaine, cannabis and magic mushrooms. He said marijuana and psychedelics "really helped" with his "trauma," while cocaine was more of a "social thing."

"(Cocaine) didn't do anything for me, it was more of a social thing and gave me a sense of belonging for sure, I think it probably also made me feel different than how I felt, which was kind of spot on. Marijuana is different, that really helped me," he revealed in an interview with therapist Dr. Gabor Maté, an outspoken supporter of **drug** decriminalization.

Prince **Harry** filed a libel suit against a British newspaper

Prince **Harry** admitted that marijuana was his salvation to overcome depressive episodes.

British Defense Minister criticized Prince **Harry** for revealing that he killed 25 Taliban: "He let his team down".

---- Index References ----

Company: HERITAGE FOUNDATION (THE)

News Subject: (Crime (1CR87); Drug Addiction (1DR84); Health & Family (1HE30); Immigration & Naturalization (1IM88); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Agriculture (1AG63); Agriculture, Food & Beverage (1AG53); Cannabis (1CB42))

Language: EN

Other Indexing: (U.S. State Department; Heritage Foundation) (Prince Harry)

Keywords: (america); (realeza)

Word Count: 523

---

**End of Document**      © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

**NewsRoom**

1/7/23 Daily Mail 7
2023 WLNR 740104

Daily Mail (UK)
Copyright © 2023 Associated Newspapers Company

January 7, 2023

Section: News

## Bin 'spoke' to him when he ate magic mushrooms

Ryan Hooper

A PEDAL bin 'spoke' to Prince **Harry** in an hallucination during a **drug** binge in California, his book reveals.

He acknowledged that his memoirs contained 'surprising' revelations of **drug** use dating back to his teenage years.

The Duke of Sussex admitted trying cocaine for the first time aged 17 and also experimented with magic mushrooms and cannabis at various stages in his life.

In one extract, the prince said that at a party he and a group of friends discovered a box of mushroom chocolates in a fridge and decided to eat them before washing them down with tequila.

The 'trip' did not go as intended, however, and the duke ended up having a bizarre hallucination in the bathroom. **Harry** described staring at a bin which, in his **drug**-induced state, took on human form.

It became a head and began to smile as **Harry** placed his foot on the pedal to lift the lid, according to the book.

The prince said he laughed and then went to the loo, at which point the toilet also became a head, with the hinges holding the seat in place resembling silver eyes.

Elsewhere, **Harry** said he had taken cocaine during a shooting weekend by the summer of 2002, when he was 17, and did 'a few more lines' on other occasions. He wrote that it was not a fun experience but he did feel 'different', which was his 'main goal'.

On another occasion, Harry told how he drank tequila, smoked weed and watched the computer-animated film Inside Out with a friend after his first date with Meghan.

In another brief trailer for ITV's interview with the duke, due to be broadcast tomorrow, presenter Tom Bradby said: 'There's a fair amount of **drugs** - marijuana, magic mushrooms, cocaine that's going to surprise people,' to which **Harry** responded: 'But important to acknowledge.'

**Harry** has spoken candidly in the past about his previous **drug** use, saying he was willing to take substances after the death of his mother in 1997.

In 2002, Charles sent **Harry** to Featherstone Lodge, a **drug** rehabilitation clinic in Peckham, south London, after he admitted smoking cannabis and drinking alcohol.

US officials confirmed allegations of drugtaking would not lead to California resident **Harry** being banned from entering America.

Under US law, foreign nationals who have admitted taking **drugs** can be turned away at the border and refused a **visa**.

But American immigration lawyer Christi Jackson told GB News that admissions of **drug** use in the pages of a book would not be considered 'valid'.


---- Index References ----

News Subject: (Crime (1CR87); Drug Addiction (1DR84); Health & Family (1HE30); Parents & Parenting (1PA25); Smoking (1SM71); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05); Teenagers (1TE59))

Industry: (Pharmaceuticals & Biotechnology (1PH13))


Language: EN

Other Indexing: (ITV)

Edition: 01

Word Count: 420

---

**End of Document**

© 2023 Thomson Reuters. No claim to original U.S. Government Works.



**News**Room

1/9/23 Daily Record (Glasgow, Scotland) 8
2023 WLNR 871115

Daily Record (Glasgow, Scotland)
Copyright © 2023 MGN Ltd.

January 9, 2023

Section: News; Teasers

BURNING WI ING WITH FURY

BOMBSHELL ROYAL BOOK: RESULT OF Harry's
WORDS Wills livid but refusing to bite, say supporters

RUSSELL MYERS

PRINCE William is said to be "burning" with anger over Prince Harry's decision to drive a wrecking ball through the Royal Family with his memoir, Spare.

But he is also reportedly "anxious and sad" at being accused of bullying his brother and even physically attacking him.

Yet supporters insist William, 40, will refuse to engage in a war of words with his estranged sibling, despite the string of incendiary allegations against their family.

Friends have reportedly branded Harry, 38, "cruel and cowardly" over his extraordinary claims, which include tales of fighting, arguments and jealousy behind closed doors.

WILLIAM'Sitting as Harry knows he isn't going to retaliate FRIEND OF WILLIAM'S ON 'COWARDLY' HARRY

One friend of William's told The Sunday Times: "He won't retaliate, he never would, because he's dignified and loyal.

"William is a sitting duck because Harry knows he isn't going to retaliate. It's cruel, cowardly and so sad for William to keep taking the punches."

Here, the Record examines the latest raft of astonishing stories to emerge from Harry's book and the fallout.

¦Spare, published by Penguin Random House, is available from tomorrow, RRP £28.

WILLIAM LUNGE 'LOOKING FOR A FIGHT' HARRY claims after flying back for the funeral of grandfather Prince Philip, tensions raged in his family, saying: "My father and Willy had come looking for a fight.

"Every time I tried to offer a new explanation one of them would interrupt me.

"Willy, in particular, wouldn't see sense."

Harry also recounts how he accused William of "not lifting a finger" to help him when he and wife Meghan were "stripped of everything" in their exit deal from the family.

And he claims William replied: "That was Granny! Take it up with Granny!"

Harry writes: "I waved a hand, disgusted, but he lunged, grabbed my shirt." He claims he then "pulled away" and "refused to meet" William's gaze.

But he insists his brother "forced me to look into his eyes".

Harry claims his brother faced him, saying: "Listen to me, Harold, listen! I love you, Harold! I want you to be happy."

THERAPY 'BRAINWASHED'

HARRY claims that William told him he believed he had been "brainwashed" by the therapist he was seeing.

The Duke of Sussex outlines the moment he alleges his older brother said he wanted to come along to one of his confidential therapy sessions.

And Harry also accuses William of believing "I was unwell, which meant I was unwise" as he made plans to leave royal duties and carve out a new life abroad.

Harry further states that he tried to patch up their relationship with a joint therapy session, telling William it would "be good for you. Good for us". However, he claims that William did not take up the offer.

DI COFFIN WALK 'A BARBARITY'

SPARE alleges there were heated arguments between Princess Diana's brother, Earl Spencer, and the Royal Family about whether **Harry**, then 12, and William, then 15, should walk behind their mother's coffin at her funeral.

The Earl "flew into a rage" at the idea, calling it "a barbarity", **Harry** claims, recalling him saying: "You cannot force these children to walk behind their mother's coffin." But **Harry** says he objected when someone suggested William follow the hearse on his own, writing: "It didn't seem right that Willy would have such a hard time without me." **Harry** adds "it seemed a lot to ask for two children", claiming: "Several adults were horrified."

FORMER ALLIES 'DISLOYALTY'

FORMER allies of **Harry** are reportedly considering whether to go on record to quash some of his allegations.

And several once-loyal pals have branded some of the Prince's claims "b*****ks", according to The Sunday Times.

One former friend allegedly warned: "Loyalty works both ways." **Harry's** book contains a number of explosive revelations # including details of a physical fight between the Duke of Sussex and Prince William.

And some sources have warned that the "outrageous disloyalty" **Harry** is showing is "strategically not clever".

They said: "You could have a f***ing field day with sh** on **Harry**."

PRINCE ANDREW 'SHAMEFUL'

**Harry's** the first royal to openly criticise his uncle, Prince Andrew, over sexual abuse allegations. It came as he told of talks with Meghan about security after they quit the UK. Harry'says there was an "obligation" to protect them and he didn't think his taxpayerfunded service would be cut.

He writes: "Not in this climate of hate. And not after what happened to my mother. Also, not in the wake of my Uncle Andrew.

"Despite.. a shameful scandal, accused of sexually assaulting a young girl, no one had even suggested removing his security. People have had plenty of reasons to complain about us, sex crimes weren't one."

Andrew has always denied the allegations.

TALIBAN KILLINGS 'TRUE COLOURS'

HATE preacher Anjem Choudary said Harry'shown "his true colours" by claiming he killed 25 Taliban fighters while serving as an Apache pilot in Afghanistan.

He said: "[This] tells us everything we need to know about the Royal Family and their thinking about Islam and Muslims. In reality, the British Royal Family has along and dark history of supporting the occupation of Muslim lands, the usurpation of its resources and the oppression of Muslims."

The cleric also issued a threat to troops stationed in Islamic nations, urging Muslims to target them in "Syria, Iraq and North Africa where many British soldiers are deployed".

GOLDEN JUBILEE 'MAYBE I'M ADOPTED'

HARRY claims he wondered if he was adopted because of how calm the Queen was at Golden Jubilee celebrations in 2002, saying: "What struck me most was how little surprised she was.

"It wasn't that she didn't feel emotions. On the contrary, I always thought that Grandma felt all the normal emotions in a human being.

Only she knew how to control them better than the rest of the mortals.

"I stood at her side or behind her for most of the celebration and often the thought would come to my mind, 'If this doesn't faze her, she really has earned her reputation for unflappable serenity.'

"In which case, maybe I'm adopted? Because I am a bundle of nerves'."

**DRUGS** & US **VISA** 'SHOULD BE DENIED'

IT is feared that **Harry's** revelations about **drug** use could put his US **visa** at risk.

The Prince admits in his memoir that he has taken cannabis, cocaine and magic mushrooms.

Experts argue that he could have been denied residency in America if he had disclosed his **drug** use when applying. And he could even have it revoked now if it is determined that he "lied" during the process, a leading authority on US immigration has argued.

Professor Alberto Benítez, director of George Washington University's Immigration Clinic, said: "He would have been asked [about his **drug** use]. If he was truthful in his answers, he should have been denied."

BEST MAN 'BARE FACED LIE'

**Harry's** confirmed that he picked a close friend rather than his brother to be best man at his 2018 wedding to Meghan - after claiming it was a "bare faced lie" that he was WILLIAM'S best man at his 2011 wedding to Kate.

Contrary to public knowledge, Harry'said he picked his "old friend" Charlie for the job. And he claimed that the Royal Family lied again about who was really best man.

Harry'so suggested that William failed to attend a get-together for drinks he organised with friends at Coworth Park Hotel in Ascot on the eve of his big day - because he may have been sulking at not being handed the best man role.

William is a sitting duck as Harry knows he isn't going to retaliate FRIEND OF WILLIAM'S ON 'COWARDLY' HARRY

---- Index References ----

Company: PENGUIN RANDOM HOUSE LLC

News Subject: (Crime (1CR87); Health & Family (1HE30); Islam (1IS02); Religion (1RE60); Sexual Misconduct & Crimes (1SE01); Social Issues (1SO05))

Industry: (Celebrities (1CE65); Entertainment (1EN08))

Language: EN

Other Indexing: (ING; British Royal Family; Penguin Random House)

Edition: 01

Word Count: 1274

**End of Document**                                         © 2023 Thomson Reuters. No claim to original U.S. Government Works.



**News**Room

1/13/23 News Americas News Network (Pg. Unavail. Online)
2023 WLNR 1492513

News Americas News Network
Copyright (c) 2023 SyndiGate. All Rights Reserved.

January 13, 2023

Cannabis News Today

Newsamericas

Black Immigrant Daily News

News Americas, NEW YORK, NY, Fri. Jan. 13, 2023: Here are the cannabis headlines making marijuana news globally and in the Caribbean and Latin America this week in less than 60 seconds:

Prince **Harry** has revealed he would 'roll a joint' at Tyler Perry's house while wife Meghan Markle and son Archie slept in another room as they house-hunted for themselves. **Harry**, the Duke of Sussex, made the admission in his tell all book, 'Spare,' in which he admitted to smoking weed, doing cocaine and also magic mushrooms.

The duke, then 36, said he rolled joints while staying at US actor Tyler Perry's home in Los Angeles in 2020, before settling in nearby Montecito.

"Late at night, with everyone asleep, I'd walk the house, checking the doors and windows. Then I'd sit on the balcony or the edge of the garden and roll a joint. The house looked down onto a valley, across a hillside thick with frogs. I'd listen to their late-night song, smell the scented air," he states.

Cannabis was legalized for recreational use in California in 2016 but there is speculation his **drug** taking admission could put his US **visa** at risk.

Former NBA players Al Harrington and Larry Hughes are teaming up once again, as they bring Harrington's cannabis business, Viola Brands, to St. Louis. Los Angeles-based Viola will open two dispensaries this month.

The federal U.S. Sentencing Commission (USSC) held a public meeting on Thursday, where members voted to propose an amendment to update sentencing guidelines to suggest that judges treat prior marijuana possession offenses more leniently.

Senators in the U.S. Virgin Islands have voted to legalize cannabis for adults, making the Caribbean territory the 21st jurisdiction in the United States to end the prohibition on recreational marijuana.

A push to legalize recreational cannabis is now underway in Hawaii.

Indiana lawmakers on both sides of the aisle have made a push to legalize marijuana, but it is dependent on changes made at the federal level first.

According to Facts & Factors, the global legal marijuana is anticipated to generate revenue worth over USD 97 Billion by the end of 2026, representing a CAGR of around 28% between 2021 and 2026.

Meanwhile, the global Cannabidiol Oil (CBD Oil) Market is expected to at a CAGR of 38.90% during the forecast period. This indicates that the market value, which was USD 9.86 Billion in 2022, would rocket up to USD 136.64 Billion by 2030.

And three Cannabis stocks to watch In 2023 are: Innovative Industrial Properties (IIPR); Green Thumb Industries (GTBIF) and Trulieve Cannabis (TCNNF).

NewsAmericasNow.com

© News Americas News Network and NewsAmericasNow.com - All rights reserved Provided by SyndiGate Media Inc. ( Syndigate.info ).

---- Index References ----

Company: GREEN THUMB INDUSTRIES INC.; INNOVATIVE INDUSTRIAL PROPERTIES, INC.

News Subject: (Crime (1CR87); **Drug** Addiction (1DR84); Health & Family (1HE30); Smoking (1SM71); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Agriculture (1AG63); Agriculture, Food & Beverage (1AG53); Cannabis (1CB42); Gardens & Gardening (1GA80))

Region: (Americas (1AM92); California (1CA98); North America (1NO39); U.S. West Region (1WE46); USA (1US73))

Language: EN

Other Indexing: (Viola Brands; U.S. Sentencing Commission; Green Thumb Industries; Innovative Industrial Properties)

Word Count: 442

---

**End of Document**

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

 © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

1/8/23 Sunday Tel. 5
2023 WLNR 767706

Sunday Telegraph (UK)
Copyright © 2023 The Telegraph Group Limited, London

January 8, 2023

Section: News

## Drug history 'should have barred entry to America'

THE Duke of Sussex should have been denied residency in America if he failed to disclose his **drug** use and could see it revoked if he "lied", a leading US immigration expert has suggested.

Anyone seeking to settle either temporarily or permanently in the US must answer questions about their **drug** use.

Prince **Harry** extensively details his **drug**-taking in his tell-all memoir Spare.

Immigration lawyers The Sunday Telegraph spoke to confirmed the Duke of Sussex would have been required to detail that history when he made the decision to permanently relocate to California with his wife Meghan in 2020.

"He would have been asked [about **drug** use]. If he was truthful in his answers, he should have been denied,"

said Prof Alberto Benítez, director of George Washington University's Immigration Clinic.

The law professor said it would be in **Harry's** "best interest" to acknowledge his illicit **drug** use, adding "otherwise, he's perjuring himself on an official US government document".

He suggested the Duke may have been granted some discretion by immigration officials because of his status.

"If he was 'Fred Jones' and he had this kind of a background, he'd have a lot more scrutiny and I could see the green card being denied," Prof Benitez said.

If the Duke failed to declare it, Prof Benitez said: "One of the repercussions, whatever **visa** he has, is that it would be revoked."

The Duke of Sussex was contacted for comment.

---- Index References ----

News Subject: (Crime (1CR87); Immigration & Naturalization (1IM88); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Language: EN

Other Indexing: (George Washington University's; Immigration Clinic)

Edition: 01

Word Count: 241

---

**End of Document**                                    © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

1/9/23 Express (UK) 6
2023 WLNR 864670

Express (UK)
Copyright © 2023 Daily Express

January 9, 2023

Section: News

### Drug stories 'US visa risk'

Giles Sheldrick

ADMITTING to extensive drug use could get Prince Harry's US visa revoked, it is claimed.

The Duke of Sussex, who details his past use of magic mushrooms, cocaine and marijuana in his book, said in his TV interview that doing so is "important to acknowledge".

But rules state a person's "current and/or past actions", including drug use, may make them ineligible for a US visa.

US immigration expert Professor Alberto Benítez said: "If he was truthful in his answers, he should have been denied [a visa]."

The US State Department said applications are judged on a "case-by-case basis".

If Harry holds a spousal visa through his marriage, it usually lasts three years.

---- Index References ----

News Subject: (Immigration & Naturalization (1IM88); Social Issues (1SO05))

Language: EN

Other Indexing: (US State Department)

Edition: 01

Word Count: 115

**End of Document**
© 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

**News**Room

1/9/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 900857

Express Online (UK)
Copyright (c) 2023 Express.co.uk

January 9, 2023

Harry and Meghan 'would weaken monarchy if they could' in countdown to Duke's memoir
Prince Harry and Meghan Markle announced their decision
to step down as senior working royals on January 8, 2020.

Lauren Welch

Three years on from their announcement, royal expert Richard Fitzwilliams has spoken exclusively to Express.co.uk about the Duke and Duchess of Sussex's strained relationship with the monarchy.

Related articles

Speaking of the monarchy, Mr Fitzwilliams said: "The monarchy has, with the exception of Cromwell's protectorate, lasted over 1,000 years. [It] is an integral part of Britain's DNA."

He added: "The Sussexes would weaken it if they could. They have harmed it, even in Britain, especially among the young."

Despite no longer being a senior royal, Harry is still fifth in the royal line of succession.

Harry and Meghan's two children, Archie and Lilibet, are still sixth and seventh in line, as stated on the official monarchy website.

READ MORE: Prince Harry's claim William and Kate had hand in infamous Nazi outfit branded 'bull****'

Prince Harry asked why he and Meghan haven't renounced their Sussex titles 'Why not?'Sitting down with Anderson Cooper on CBS on Sunday night, Prince Harry says that he "tried to [speak to his family] privately" before voicing his issues with the world, but felt he was left with no choice but to go public.

As the controversial show aired, many were asking why the Duke and Meghan have not renounced their royal titles - and the Prince had a definitive answer.

Read the full story here.

The royal expert claimed that the monarchy "lies in the hands" of Prince William, who is next in line to the throne, and his wife, Kate, as well as their three children, who all fall before Harry in the line of succession.

In their official departure statement, **Harry** and Meghan declared their wish to "make a transition" and to "carve out a progressive new role" within the monarchy.

They wished to "become financially independent", whilst continuing to support the late Queen.

Following their departure, and completing their final engagement in March 2020, the couple signed a multi-million dollar deal with the popular streaming service, Netflix.

DON'T MISS

**Harry's** royal revelations baffle Montecito neighbours [LATEST]Prince **Harry** wanted to cancel tell-all book after visiting Queen [INSIGHT]Meghan and **Harry's** biographer fumes at **Harry** critics over new book [INSIGHT]

Related articles

The couple released their two-part Netflix series, titled **Harry** and Meghan, in December 2022.

Prince **Harry** is due to release his bombshell memoir on January 10, 2023.

His memoir, Spare, is set to include a series of bombshell claims, some of which have already been revealed in the past few days.

Earlier this week, copies of Spare were spotted in stores in Spain. **Harry's** memoir was originally scheduled for release in late 2022.

Related articles **Harry** The Interview airs on ITV tonight and here are all the details **Harry's** friends come out fighting for Duke after Taliban kill claim Meghan Markle warned Americans turning on her over 'endless whining' Prince **Harry's drug** admissions in book could put US **visa** at risk **Harry** and Meghan won't regain UK support, expert claims

---- Index References ----

News Subject: (Equity Instruments (1EQ90); Funding Instruments (1FU41); Health & Family (1HE30); Market Financials (1FI61); Stock Markets (1ST45))

Industry: (Construction (1CO11); Financial Services (1FI37); Investment Management (1IN34); Securities Investment (1SE57); Stocks (1EQ09); Tools (1TO28))

Region: (England (1EN10); Europe (1EU83); United Kingdom (1UN38); Western Europe (1WE41))

Language: EN

Other Indexing: (Prince Harry; Meghan Markle)

Word Count: 487

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

*NewsRoom*

1/11/23 Metro (U.K.) 3
2023 WLNR 1193412

Metro (UK)
Copyright © 2023 Associated Newspapers Company

January 11, 2023

Section: News

## I smoked pot at 36... listening to the frog chorus

PRINCE **Harry** was still smoking cannabis after relocating to the US with his family two and a half years ago, he reveals in his book.

The duke, then 36, said he rolled joints while staying at US actor Tyler Perry's home in Los Angeles in 2020, before settling in nearby Montecito.

In book Spare, released in the UK yesterday, he writes: 'Late at night, with everyone asleep, I'd walk the house, checking the doors and windows. Then I'd sit on the balcony or the edge of the garden and roll a joint.

'The house looked down onto a valley, across a hillside thick with frogs. I'd listen to their late-night song, smell the scented air.'

Cannabis was legalised for recreational use in California in 2016 but there is speculation **Harry's drug** taking admission could put his US **visa** at risk. The 38-yearold also admits in Spare he took cocaine at the age of 17 and once hallucinated on magic mushrooms at a celebrity party in California.

When quizzed about the royal's **visa** and **drug** use, the US state department said: 'All applications are adjudicated on a case-by-case basis. **Visa** records are confidential under US law: therefore, we cannot discuss the details of individual cases.'

---- Index References ----

News Subject: (**Drug** Addiction (1DR84); Health & Family (1HE30); Smoking (1SM71))

Industry: (Agriculture (1AG63); Agriculture, Food & Beverage (1AG53); Cannabis (1CB42); Celebrities (1CE65); Entertainment (1EN08))

Region: (Americas (1AM92); California (1CA98); North America (1NO39); U.S. West Region (1WE46); USA (1US73))

Language: EN

Edition: 01

Word Count: 205

**End of Document**

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

 © 2023 Thomson Reuters. No claim to original U.S. Government Works. **APP. C 226**

**News**Room

3/8/23 CE Latin Am. Migr. Newswire 00:00:00

CE Latin America Migration Newswire
Copyright (c) 2023 ContentEngine, USA.

March 8, 2023

## Prince **Harry** at risk of losing his **visa** for **drug** use

SUN.

Prince **Harry** , in his need to talk about his mental health, confessed that he used psychedelic and other **drugs** , such as marijuana and cocaine , during a talk that was broadcast live with controversial physician Gabor Mate for the program "The Myth of Normal: Trauma, Illness, and Healing in a Toxic Culture."

"I started doing it recreationally and then realized how good it was for me," recounted Henry, Duke of Sussex.

**READ: Rauw Alexander dislocates his shoulder during his concert and is taken to the hospital (VIDEO)**
However, these statements that caused astonishment to more than one could cause him problems with the U .S. government, since if the son of Charles III did not mention that in his past he used intoxicants, the authorities could revoke his permission to live in California .

According to U.S. Citizenship and Immigration Services, **visa** applicants "who are determined to be **drug** abusers or addicts are inadmissible."

"(Authorities) frown upon **drug** use by non-U.S. citizens," Piers Morgan said. "Another compelling reason why we don't want them at the King's coronation, as we could end up keeping them forever," he added referring to **Harry** and Meghan.

Australia's "Sky News" recalled the time in 2014 when chef Nigella Lawson was banned from taking a flight to the United States after confessing to cocaine use during a trial. Later, her case was subjected to analysis and she was given a pardon after an appeal.

**Harry** and Meghan have already received the official invitation to the coronation of King Charles III next May 6 and it was via email. The couple has not yet decided whether they will attend the royal family event or decline the invitation.

MF
**Get the latest news in your e-mail**
**Everything you need to know to start your day**
Registering implies acceptance of the Terms and Conditions

---- Index References ----

Company: US Citizenship and Immigration Services; United States of America

News Subject: (Crime (1CR87); Drug Addiction (1DR84); Health & Family (1HE30); Immigration & Naturalization (1IM88); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Healthcare (1HE06); Healthcare Practice Specialties (1HE49); Healthcare Services (1HE13); Psychiatric Services (1PS61))

Language: EN

Other Indexing: (U.S. Citizenship and Immigration Services; U .S. government) (Prince Harry)

Keywords: (Entretenimiento)

Word Count: 307

---

**End of Document**                                   © 2023 Thomson Reuters. No claim to original U.S. Government Works.

 © 2023 Thomson Reuters. No claim to original U.S. Government Works.    APP. C 228    2

**NewsRoom**

1/8/23 Daily Mail Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 786025

Daily Mail Online (UK)
Copyright (c) 2023 Dailymail.co.uk

January 8, 2023

## Prince **Harry** could be barred from the US and has put **visa** 'at risk' after his admission he has taken **drugs**

Natasha Anderson For Mailonline

Prince **Harry** could be barred from the US and has put **visa** 'at risk' after admitting about his illicit **drug** usage, immigration experts have warned.

The Duke of Sussex, 38, confessed to doing cocaine, smoking cannabis and taking hallucinogenic mushrooms in his upcoming memoir.

Prince **Harry** could be barred from the US after he admitted to taking **drugs** He confessed to doing cocaine, smoking cannabis and taking mushrooms Typical **visa** applicants would be denied over their history with illicit substances

Typical applicants would be denied a **visa** over their history with illegal substances, but US authorities note entry into the country is granted on a 'case-by-case' basis.

It is unclear if **Harry**, who moved to California with his wife Meghan Markle in 2020, detailed his **drug** use on his **visa** application. Immigration experts warn that if he 'lied' about his past, the Duke could have his **visa** revoked.

In his new autobiography 'Spare', **Harry** revealed that he first took cocaine on a shooting weekend at age 17. He did a 'few more lines' on other occasions.

The one hard-partier also admitted to hallucinating during a celebrity-filled event in California and smoking cannabis after his first date with Meghan.

Most applicants with a history of **drug** use would be denied American **visas**, however immigration decisions are made on a 'case-by-case' basis, The Sunday Times reported.

US immigration rules state an individual's 'current and/or past actions, such as **drug** or criminal activities . . . may make the applicant ineligible for a **visa**'.

It is unclear what type of US **visa Harry** holds, but analysts speculate he either holds a spousal **visa** - sponsored by his American wife - or a O-1 **visa** which is given to people with 'extraordinary ability'.

If **Harry** holds an O-1 **visa**, which is often given to celebrities and athletes, it would have to be renewed after three years.

The Sussexes relocated to California in 2020, meaning his **visa** could be set to expire this year. His renewal application could be impacted by his newly admitted history with **drugs**.

 **Prince Harry was allowed to leave his RAF base when drugs testers turned up: Click here to read more**

Immigration experts, however, note **Harry** should have been denied residency in the US if he failed to disclose his **drug** usage during the application process.

Anyone seeking temporary or permanent residency in the US must answer a series of questions about their criminal and **drug** history during when applying.

'He would have been asked [about **drug** use]. If he was truthful in his answers, he should have been denied,' Prof Alberto Benítez, director of George Washington University's Immigration Clinic, told The Telegraph.

The professor argued that if **Harry** did not detail his **drug** use, he would have been 'perjuring himself on an official US government document'.

He claimed honesty would have been in the Duke's 'best interest' and noted he may have received discretion from immigration officials because of his royal status.

'If he wasn't Prince Harry, if was 'Fred Jones' and he had this kind of a background, he'd have a lot more scrutiny and I could certainly see the green card being denied,' Prof Benitez added.

US State Department officials declined to answer the newspaper's query about whether or not his admission of **drug** use would 'cause difficulties' with his immigration status.

'**Visa** records are confidential under US law; therefore, we cannot discuss the details of individual **visa** cases. We cannot speculate on whether someone may or may not be eligible for a **visa**,' a spokesperson told the Times.

'Whenever an individual applies for a US **visa**, a consular officer reviews the facts of the case and determines whether the applicant is eligible for that **visa** based on US law.'

The spokesperson added: 'All **visa** applications are adjudicated on a case-by-case basis.'

MailOnline has approached representatives for **Harry** and the US State Department for comment.


---- Index References ----

News Subject: (Crime (1CR87); Drug Addiction (1DR84); Health & Family (1HE30); Immigration & Naturalization (1IM88); Smoking (1SM71); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Banking (1BA20); Credit, Debit & Value Cards (1CR28); Financial Services (1FI37); Retail Banking Services (1RE38))

Region: (Americas (1AM92); California (1CA98); North America (1NO39); U.S. West Region (1WE46); USA (1US73))

Language: EN

**Prince Harry could be barred from the US and has put visa..., 2023 WLNR 786025**

Other Indexing: (Prince Harry)

Word Count: 617

**End of Document**                              © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

**News**Room

1/9/23 Daily Star Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 846287

Daily Star Online (UK)
Copyright (c) 2023 Dailystar.co.uk

January 9, 2023

Prince **Harry** 'could be booted out US' after saying he took cocaine and magic mushrooms
There are countless examples of people being refused entry or a **visa** to the
United States due to admissions of past illegal **drug** use, but is has ye...

By, George Mathias

There are countless examples of people being refused entry or a **visa** to the United States due to admissions of past illegal **drug** use, but is has yet to happen to a Prince

Prince **Harry** could be banned from the States after admitting he took **drugs**, immigration experts have warned.

**Harry**, 38, could have his **visa** revoked after he confessed to snorting cocaine, smoking cannabis and taking magic mushrooms.

He has been living in California since quitting the UK in early 2020.

READ MORE: **Harry's** claim William and Kate 'laughed at' his Nazi outfit branded 'bullsht'

But according to an expert the revelations in his book Spare would be enough to get the average immigrant turned down – especially if he lied on his **visa** application.

Expert Alberto Benítez revealed: "He would have been asked [about **drugs**]. If he was truthful in his answers, he should have been denied."

The professor, who is director of George Washington University's Immigration Clinic, said failing to declare his **drug** use would have meant "perjuring himself on an official US government document".

He added: "If he wasn't Prince **Harry**, if was 'Fred Jones' and he had this kind of a background, he'd have a lot more scrutiny and I could certainly see the green card being denied."

US immigration rules state that "current and/or past actions, such as **drug** or criminal activities" could make an applicant "ineligible for a **visa**".

However, decisions are made on a "case-by-case" basis.

The Duke of Sussex has dominated global headlines this week thanks to the early release of his new memoir Spare.

The book was due to officially go on sale this week, but copies began being sold early in Spain, leading to a scramble for the most juicy details.

Among the most shocking claims from the book are that William physically assaulted his younger brother.

**Harry** also revealed he lost his virginity to an older woman in a field, sparking speculation over who the mystery woman is.

READ NEXT:

Prince **Harry's** biggest controversies -rehab visit, race row and Nazi uniform scandal Prince **Harry's** famous exes -Kate Middleton's pal, lingerie model and pop star flings Caroline Flack's pals praise 'charming' **Harry** as he details romance with late star

**---- Index References ----**

News Subject: (Crime (1CR87); Drug Addiction (1DR84); Health & Family (1HE30); Immigration & Naturalization (1IM88); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05); Steroids (1ST76))

Industry: (Book Publishing (1BO18); Books (1BO26); Publishing (1PU26); Traditional Media (1TR30))

Language: EN

Other Indexing: (George Washington University's; Immigration Clinic) (Prince Harry)

Word Count: 333

---

**End of Document**                                    © 2023 Thomson Reuters. No claim to original U.S. Government Works.



---

NewsRoom

3/7/23 Daily Mirror Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 8409499

Daily Mirror Online (UK)
Copyright (c) 2023 Mirror.co.uk

March 7, 2023

Prince **Harry** could have US **visa** REVOKED after admitting taking cocaine and psychedelics
The Duke of Sussex told therapist Dr Gabor Mate he had previously done
cocaine which 'did nothing' for him, but that smoking cannabis and taking ps...

By, Susie Beever

The Duke of Sussex told therapist Dr Gabor Mate he had previously done cocaine which 'did nothing' for him, but that smoking cannabis and taking psychedelics had helped his mental health

Prince **Harry's** US **visa** could be revoked after his claims that weed and psychedelics were a "fundamental" part of his life.

The royal told therapist Dr Gabor Mate he began using weed and ayahuasca -a psychoactive drink -to help cope with trauma from his past.

His admission came as part of an interview for Dr Mate's The Myth of Normal: Trauma, Illness, and Healing in a Toxic Culturen which he claimed: "I started doing it recreationally and then started to realize how good it was for me."

But according to some, US immigration officials take a Draconian stance when it comes to non-Americans using **drugs** in the country.

According to Piers Morgan, the Duke of Sussex may have jeopardised his stay by admitting his **drug** use for health reasons.

The talk show host, who makes no secret of his cynicism over **Harry** and Meghan's claims, said: "**Harry** has barely finished the global family trashing tour in support of his treacherous family trashing memoir, inevitably he's decided the world hasn't heard quite enough from him

"So **Harry's** latest wheeze is a live therapy session with Dr Gabor Mate – a famed trauma expert – in which he reminded us again that he, **Harry**, is the world's biggest victim."

**Harry** told Dr Mate that low-level recreational **drug** use had become a "fundamental part" of his life that "helped me deal with the traumas and the pains of the past".

In his memoir Spare, he wrote that he would smoke cannabis while living at Nottingham Cottage in 2015.

He also told Dr Mate in the show, which screened on Saturday, that cocaine "did nothing" for him.

"It was more a social thing and gave me a sense of belonging for sure, I think it probably also made me feel different to the way I was feeling, which was kind of the point.

"Marijuana is different, that actually really did help me."

South American entheogenic brewed drink ayahuasca, the royal claimed, was like "cleaning the windscreen" of the many filters from life.

"It removed it all for me and brought me a sense of relaxation, release, comfort, a lightness that I managed to hold on to for a period of time.

"I started doing it recreationally and then started to realise how good it was for me.

"I would say it is one of the fundamental parts of my life that changed me and helped me deal with the traumas and pains of the past."

Cannabis is legal in California, where Prince Harry currently resides, and while ayahuasca is permitted for religious use only in the States, certain cities have opted to decriminalise it.

Travelling into the US while carrying the substances however may be illegal, as cannabis for medical use is not regulated by the FDA.

In some instances in the past, however, British nationals like Harry have been barred from entering the US over drugs controversies -in 2014, Nigella Lawson was stopped from getting on a US-bound flight following her admission during an unrelated trial she had previously taken cocaine.

Piers Morgan continued that Harry should avoid boarding a plane to the UK for the King's coronation in May if he doesn't want to risk getting stuck on the way home.

"Another compelling reason why we don't want them at the king's coronation," said the controversial host.

"We might end up being stuck with them for good."

---- Index References ----

Company: U.S. Food and **Drug** Administration

News Subject: (Crime (1CR87); Drug Addiction (1DR84); Health & Family (1HE30); Health & Wellness (1HE60); Smoking (1SM71); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Agriculture (1AG63); Agriculture, Food & Beverage (1AG53); Cannabis (1CB42))

Language: EN

Other Indexing: (FDA) (Prince Harry)

Word Count: 605

**Prince Harry could have US visa REVOKED after admitting..., 2023 WLNR 8409499**

---

**End of Document**                              © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

---

**News**Room

1/8/23 Daily Mirror Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 830372

Daily Mirror Online (UK)
Copyright (c) 2023 Mirror.co.uk

January 8, 2023

Prince **Harry** could lose his US **visa** after admitting taking cocaine and magic mushrooms
The Duke of Sussex's shock revelation in his Spare
memoir could see him miss out on extending his **visa**

By, Sean McPolin

Prince **Harry** 's shock cocaine and magic mushrooms admission could put his US **visa** at risk.

The Duke of Sussex, who moved to the US in 2020, admitted taking **drugs** in leaked extracts from his upcoming Spare memoir.

Entry to the States is granted on a "case-by-case" basis with rules stating an individuals "current or past actions, such as **drug** or criminal activities" could cause the applicant to be ineligible for a **visa**.

The 38-year-old has revealed he took cocaine when he was 17 and on a shooting weekend and had done "a few more lines" on other occasions.

He has also taken magic mushrooms at a celebrity party in California, which caused him to hallucinate, as well as admitting to smoking cannabis after his first date with Meghan Markle in London back in 2016.

It's unknown what **visa** Prince **Harry** has, with most suggesting it would most likely be a spousal **visa** due to the Duchess of Sussex's US citizenship.

But the prince may have been granted special dispensation for people with "extraordinary ability".

This so-called O-1 **visa** — often given to film stars and top athletes — lasts for three years which would mean **Harry** might need to seek an extension or a new **visa** soon.

Last night the US State Department said: "All **visa** applications are adjudicated on a case-by-case basis.

"**Visa** records are confidential under US law; therefore, we cannot discuss the details of individual **visa** cases.

"We cannot speculate on whether someone may or may not be eligible for a **visa**. Whenever an individual applies for a US **visa**, a consular officer reviews the facts of the case and determines whether the applicant is eligible for that **visa** based on US law."

---- Index References ----

News Subject: (Crime (1CR87); Embassies & Consulates (1EM50); Government (1GO80); Immigration & Naturalization (1IM88); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Banking (1BA20); Credit, Debit & Value Cards (1CR28); Financial Services (1FI37); Retail Banking Services (1RE38))

Language: EN

Other Indexing: (US State Department) (Prince Harry)

Word Count: 292

---

**End of Document**    © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

1/7/23 Telegraph Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 762323

Telegraph Online (UK)
Copyright (c) 2023 Telegraph.co.uk

January 7, 2023

Prince **Harry** 'should have been denied US residency' over **drug** use revealed in memoir

Immigration lawyers confirm the Duke would have been required to

detail his **drug** history when he permanently relocated to California

Rozina Sabur, Washington Editor

Prince **Harry** should have been denied residency in America if he failed to disclose his **drug** use and could see it revoked if he "lied", a leading US immigration expert has suggested.

Anyone seeking to settle either temporarily or permanently in the US must answer questions about their history of **drug** use when applying for a **visa** or permanent residency.

**Harry** extensively detailed his **drug** taking in his tell-all memoir Spare, claiming that psychedelic **drugs** allowed him to see "the truth".

Immigration lawyers The Telegraph spoke with confirmed the Duke of Sussex would have been required to detail that history when he made the decision to permanently relocate to California. The Duke moved to the ultra-wealthy Californian enclave of Montecito with his wife Meghan in early 2020.

"He would have been asked [about **drug** use]. If he was truthful in his answers, he should have been denied," said Prof Alberto Benítez, the director of George Washington University's Immigration Clinic.

 **Acknowledging drug use 'in Harry's best interest'**

The law professor said it would be in **Harry's** "best interest" to acknowledge his illicit **drug** use, adding "otherwise, he's perjuring himself on an official US government document".

He suggested the Duke may have been granted some discretion by immigration officials because of his Royal status.

"If he wasn't Prince **Harry**, if was 'Fred Jones' and he had this kind of a background, he'd have a lot more scrutiny and I could certainly see the green card being denied," Prof Benitez said.

If the Duke failed to declare it, Prof Benitez said: "One of the repercussions, whatever visa he has, is that it would be revoked, or he'll be subject to being revoked because he lied in the application process."

Prof Benitez, who includes the Duke as a case study in one of his law classes, said it was most likely Harry is residing in the US on a Green Card.

He said the easiest route for the Duke to gain a Green Card would be through his wife, who is a US citizen.

Applicants for a Green Card, usually granted to foreigners who are permanent residents in the country, are also required to undergo a medical examination.

The application form includes an extensive list of questions including an applicant's criminal history and even asking about any potential involvement in the Nazi Party.

Similar questions are posed to applicants for **visas**, including tourists applying for **visa** waivers.

Another immigration lawyer, Chrissie Fernandez, tempered speculation over the legal jeopardies **Harry's drug** use posed.

"In theory, if Prince **Harry** ever possessed any illicit substances, even if he was not arrested, he would have been required to disclose that," she told The Telegraph.

However Ms Fernandez suggested that US officials will only ban applicants based on **drug** use in "very limited circumstances".

She added: "As it relates to past **drug** use without a conviction, it's unlikely to cause a real problem for him.

"It's unlikely that his case would be reopened if immigration authorities were to hear that he previously, years ago, used **drugs**... So unless he talked about using **drugs** quite recently, it's unlikely to have affected his getting immigrant status in the US."

In Spare, **Harry** writes that he took psychedelics both for fun and therapeutically over the years, smoking cannabis in his garden at Kensington Palace and at Eton.

He admits he took cocaine as a teenager and magic mushrooms in California in 2016.

The Duke of Sussex was contacted for comment.


---- Index References ----

News Subject: (Crime (1CR87); Immigration & Naturalization (1IM88); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Drug Approval Process (1DR91); Drug Discovery & Development Process (1DR41); Pharmaceuticals (1PH33); Pharmaceuticals & Biotechnology (1PH13); Pharmaceuticals Research & Development (1PH57))

Region: (Americas (1AM92); California (1CA98); North America (1NO39); U.S. West Region (1WE46); USA (1US73))

Language: EN

Other Indexing: (George Washington University's Immigration Clinic; Nazi Party) (Prince Harry)

Word Count: 582

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

WESTLAW   © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

**NewsRoom**

1/9/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 880255

Express Online (UK)
Copyright (c) 2023 Express.co.uk

January 9, 2023

## Prince **Harry** 'should have been denied US residency' over Megxit memoir **drug** revelations
### Prince **Harry's** Megxit memoir 'Spare' will hit the shelves on January 10.

Jack Walters

Prince **Harry** should have been denied residency in the United States after he failed to disclose his **drug** use which was referenced in his upcoming Megxit memoir, an American immigration expert has suggested. The Duke of Sussex, 38, was quizzed on his **drug** use during an interview with CBS' Anderson Cooper on 60 Minutes.

Related articles

**Harry** said: "I would never recommend people to do this recreationally.

"But doing it with the right people if you are suffering from a huge amount of loss, grief or trauma, then these things have a way of working as a medicine."

During his memoir 'Spare', which will be released on January 10, the father-of-two admitted to smoking cannabis, using cocaine and resorting to psychedelics.

Professor Alberto Ben&iacute;tez, director of George Washington University's Immigration Clinic, told the Telegraph: "He would have been asked [about **drug** use].

JUST IN: **Harry** tells of private moment with the Queen after her death: 'She'd completed her life'

King poised to punish **Harry** and Meghan with 'nuclear option'The Royal Family has declined to comment on claims made in Prince **Harry's** book spare, but royal expert Richard Fitzwilliams warned they may be forced to act sooner rather than later.

Condemning the "sheer outrageousness of the claims and the malign nature of the memoir", revealed King Charles' options should he decide the "strategy of silence" is unsustainable.

Read the full analysis here.

"If he was truthful in his answers, he should have been denied."

Prince Harry 'should have been denied US residency' over..., 2023 WLNR 880255

If the Duke failed to declare it, he added: "One of the repercussions, whatever **visa** he has, is that it would be revoked, or he'll be subject to being revoked because he lied in the application process."

However, Professor Benitez speculated Prince **Harry** is residing in the United States on a Green Card.

A Green Card would be obtained by the Duke through his wife.

READ MORE: Prince **Harry** says people are 'infuriated' and 'embarrassed' at his 'peace' in the US

Meghan Markle was born in Los Angeles and is an American citizen.

Applicants for a Green Card are also obliged to undergo a medical examination.

Applicants must also address questions such as criminal history and involvement in extreme organisations, including Nazi groups.

Immigration lawyer Chrissie Fernandez also addressed concerns about **Harry's drug** use.

DON'T MISS: Dan Wootton slams Prince **Harry** 'interview' claiming royal 'chose BFF' [REVEAL]Duke set for explosive 60 Minutes with Anderson Cooper [INSIGHT]Harry claims William argued about wedding beard for A WEEK [SPOTLIGHT]

She told the broadsheet: "In theory, if Prince **Harry** ever possessed any illicit substances, even if he was not arrested, he would have been required to disclose that."

However, Fernandez added: "As it relates to past **drug** use without a conviction, it's unlikely to cause a real problem for him."

Express.co.uk has approached the Duke of Sussex for comment.

Related articles Prince **Harry** tells of private moment with the Queen after her death **Harry** and William wanted to reopen Diana's inquest **Harry** thanks Jeremy Clarkson for 'proving our point' Charles was never meant for fatherhood 'but he tried' **Harry** 'wants to live in North Korea' amid attitude to the Press

---- Index References ----

News Subject: (Crime (1CR87); Health & Family (1HE30); Immigration & Naturalization (1IM88); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Celebrities (1CE65); Entertainment (1EN08))

Language: EN

Other Indexing: (George Washington University) (Prince Harry)

Word Count: 524

WESTLAW   © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

**News**Room

1/10/23 Herald-Sun (Melbourne) 10
2023 WLNR 864391

Herald Sun (Australia)
Copyright (c) 2023 News Corp Australia. All rights reserved.

January 10, 2023

Section: News

## PRINCE OF CHIDES SPARES NO ONE

### TOM MINEAR DANIELLE GUSMAROLI

PRINCE **Harry** has accused his stepmother of sacrificing him on her "personal PR altar", criticised his father's parenting and revealed Prince William and Catherine never liked his wife Meghan.

Kicking off the publicity tour for his explosive memoir, the Duke of Sussex also revealed it took him a decade to accept Princess Diana was dead, a period in which his brother pretended not to know him at school before he later resorted to psychedelic **drug** treatment.

In his latest salvo at the royal family, **Harry** also hit out at their "unconscious bias", claimed he was left off the plane to see the dying Queen and laid bare his violent confrontation with his brother.

Appearing on British and US TV, the Prince said he had no intention of hurting the House of Windsor, although he acknowledged he would never return to a full-time royal role.

The royals have been rocked by a drip-feed of revelations from Harry's memoir Spare, which will go on sale in Australia on Wednesday.

But the saga was inflamed when he spoke out in raw interviews with British ITV journalist Tom Bradby and America's Anderson Cooper on 60 Minutes.

In his sharpest comments, he said Queen Consort Camilla was "dangerous" in the wake of his mother's death because she was determined to boost her profile in the press and pave the way for her marriage to the future King.

"She was the villain – she was the third person in the marriage," Harry said. "She needed to rehabilitate her image … With her on the way to being Queen Consort, there was going to be people or bodies left in the street." He also questioned whether Charles had the "patience" and "time" for parenthood, adding that he was "never made" to be a single parent.

Harry said he and William believed Diana's death was "all part of a plan", and they expected she would eventually call them so they could be reunited.

"I just refused to accept that she was gone," he said.

It took him a decade to admit the truth after he looked at photos of the tragic crash for "proof" and traced her final route in Paris, although his doubts made him consider pushing to reopen an inquest on her.

Later, **Harry** turned to psychedelic **drugs** with the help of medical professionals, saying they "cleared the windshield" as he struggled to comprehend his grief.

Revelations in Spare about his use of cocaine and cannabis already sparked speculation about whether his US **visa** could be affected, given rules stating that a person's "current and/or past actions, such as **drug** or criminal activities … may make the applicant ineligible".

In the interviews, **Harry** also accused his brother and sister-in-law of "stereotyping" his wife as a "divorced, bi-racial American actress", although he admitted he was "probably bigoted" before meeting Meghan.

He said the foursome never got along – despite William and Catherine being fans of Meghan's TV show Suits – as he claimed they never expected him to find "someone like Meghan who had a very successful career".

"A large part of it for the family, but also the British press and numerous other people, is like: 'He's changed, she must be a witch' … As opposed to yeah, I did change, and I'm really glad I changed," **Harry** said.

"Rather than getting drunk, falling out of clubs, taking **drugs**, I'd now found the love of my life." Tensions between the brothers over Meghan exploded at the Duke's Kensington Palace cottage, where they shouted at each other before **Harry** said William "snapped" and pushed him to the ground.

He said William later apologised and asked him to keep the fight a secret, which **Harry** intended to do until Meghan saw a cut on his back.

At the Duke of Edinburgh's funeral, **Harry** said William invoked their "secret code" by saying he swore on "mummy's life" that he wanted him to be happy.

"It stopped me cold. I didn't believe him," he said.

The Prince denied saying his family was racist – after Meghan told Oprah Winfrey in 2021 that an unnamed relative made "troubling comments" about the skin colour of their son Archie – but suggested they were guilty of "unconscious bias".

He also accused other relatives of "getting in bed with the devil" by leaking to the press against him and Meghan.

The Duke of Sussex said he had recently lost contact with his brother and father, having been particularly upset that a plane carrying members of the royal family to farewell the Queen at Balmoral left without him.

While Harry said he believed the rift could be healed, he said "the ball is very much in their court".

"I would like to get my father back. I would like to have my brother back," he said. "At the moment, I don't recognise them, as much as they probably don't recognise me." tom.minear@news.com.au

PRINCE HARRY TAKES TO TV TO JUSTIFY AND PROMOTE HIS BOOK ON TELLING HIS STORY TO COUNTER FAMILY 'LIES' "None of anything that I've written, anything that I've included is ever intended to hurt my family. But it does give a full picture of the situation as we were growing up, and also squashes this idea that somehow my wife was the one who destroyed the relationship between these two brothers." DENIES CALLING THE ROYALS RACIST, BUT SAY THERE IS

'UNCONSCIOUS BIAS' "There were comments of concern by the palace made about what our kids were going to look like. They need to make that right." ON HIS FATHER'S PARENTING AFTER DIANA DIED "He'd always given an air of not being quite ready for parenthood: the responsibilities, the patience, the time … But single parenthood? Pa was never made for that. To be fair, he tried." ON HIS COMMENTS ABOUT FAMILY IN HIS BOOK "There's no part of any of the things that I've said (that) are scathing towards any member of my family, especially not my stepmother." ON HIS LIFE NOW "I'm very, very happy, I'm very at peace. I am in a better place than I've ever been, and I think that probably angers some people, infuriates others."

---- Index References ----

News Subject: (Family Social Issues (1FA81); Minority & Ethnic Groups (1MI43); Race Relations (1RA49); Social Issues (1SO05))

Industry: (Celebrities (1CE65); Entertainment (1EN08))

Region: (Europe (1EU83); United Kingdom (1UN38); Western Europe (1WE41))

Language: EN

Edition: HeraldSun

Word Count: 1040

**End of Document**                                         © 2023 Thomson Reuters. No claim to original U.S. Government Works.



**NewsRoom**

1/10/23 Courier-Mail (Austl.) 10
2023 WLNR 931230

Courier Mail (Australia)
Copyright (c) 2023 News Corp Australia. All rights reserved.

January 10, 2023

Section: News

## PRINCE OF CHIDES SPARES NO ONE

### TOM MINEAR DANIELLE GUSMAROLI

Exiled **Harry** takes aim at brother, father, Camilla and 'unconscious bias' PRINCE **Harry** has accused his stepmother of sacrificing him on her "personal PR altar", criticised his father's parenting and revealed Prince William and Catherine never liked his wife Meghan.

Kicking off the publicity tour for his explosive memoir, the Duke of Sussex also revealed it took him a decade to accept Princess Diana was dead, a period in which his brother pretended not to know him at school before he later resorted to psychedelic **drug** treatment.

In his latest salvo at the royal family, **Harry** also hit out at their "unconscious bias", claimed he was left off the plane to see the dying Queen and laid bare his violent confrontation with his brother.

Appearing on British and US TV, the Prince said he had no intention of hurting the House of Windsor, although he acknowledged he would never return to a full-time royal role.

The royals have been rocked by a drip-feed of revelations from Harry's memoir Spare, which will go on sale in Australia on Wednesday.

But the saga was inflamed when he spoke out in raw interviews with British ITV journalist Tom Bradby and America's Anderson Cooper on 60 Minutes.

In his sharpest comments, he said Queen Consort Camilla was "dangerous" in the wake of his mother's death because she was determined to boost her profile in the press and pave the way for her marriage to the future King.

"She was the villain – she was the third person in the marriage," Harry said. "She needed to rehabilitate her image … With her on the way to being Queen Consort, there was going to be people or bodies left in the street." He also questioned whether Charles had the "patience" and "time" for parenthood, adding that he was "never made" to be a single parent.

Harry said he and William believed Diana's death was "all part of a plan", and they expected she would eventually call them so they could be reunited.

"I just refused to accept that she was gone," he said.

It took him a decade to admit the truth after he looked at photos of the tragic crash for "proof" and traced her final route in Paris, although his doubts made him consider pushing to reopen an inquest on her.

Later, **Harry** turned to psychedelic **drugs** with the help of medical professionals, saying they "cleared the windshield" as he struggled to comprehend his grief.

Revelations in Spare about his use of cocaine and cannabis already sparked speculation about whether his US **visa** could be affected, given rules stating that a person's "current and/or past actions, such as **drug** or criminal activities … may make the applicant ineligible".

In the interviews, **Harry** also accused his brother and sister-in-law of "stereotyping" his wife as a "divorced, bi-racial American actress", although he admitted he was "probably bigoted" before meeting Meghan.

He said the foursome never got along – despite William and Catherine being fans of Meghan's TV show Suits – as he claimed they never expected him to find "someone like Meghan who had a very successful career".

"A large part of it for the family, but also the British press and numerous other people, is like: 'He's changed, she must be a witch' … As opposed to yeah, I did change, and I'm really glad I changed," **Harry** said.

"Rather than getting drunk, falling out of clubs, taking **drugs**, I'd now found the love of my life." Tensions between the brothers over Meghan exploded at the Duke's Kensington Palace cottage, where they shouted at each other before **Harry** said William "snapped" and pushed him to the ground.

He said William later apologised and asked him to keep the fight a secret, which **Harry** intended to do until Meghan saw a cut on his back.

At the Duke of Edinburgh's funeral, **Harry** said William invoked their "secret code" by saying he swore on "mummy's life" that he wanted him to be happy.

"It stopped me cold. I didn't believe him," he said.

The Prince denied saying his family was racist – after Meghan told Oprah Winfrey in 2021 that an unnamed relative made "troubling comments" about the skin colour of their son Archie – but suggested they were guilty of "unconscious bias".

He also accused other relatives of "getting in bed with the devil" by leaking to the press against him and Meghan.

The Duke of Sussex said he had recently lost contact with his brother and father, having been particularly upset that a plane carrying members of the royal family to farewell the Queen at Balmoral left without him.

While Harry said he believed the rift could be healed, he said "the ball is very much in their court".

"I would like to get my father back. I would like to have my brother back," he said. "At the moment, I don't recognise them, as much as they probably don't recognise me." tom.minear@news.com.au

PRINCE HARRY TAKES TO TV TO JUSTIFY AND PROMOTE HIS BOOK ON TELLING HIS STORY TO COUNTER FAMILY 'LIES' "None of anything that I've written, anything that I've included is ever intended to hurt my family. But it does give a full picture of the situation as we were growing up, and also squashes this idea that somehow my wife was the one who

destroyed the relationship between these two brothers." DENIES CALLING THE ROYALS RACIST, BUT SAYS THERE IS 'UNCONSCIOUS BIAS' "There were comments of concern by the palace made about what our kids were going to look like. They need to make that right." ON HIS FATHER'S PARENTING AFTER DIANA DIED "He'd always given an air of not being quite ready for parenthood: the responsibilities, the patience, the time … But single parenthood? Pa was never made for that. To be fair, he tried." ON HIS COMMENTS ABOUT FAMILY IN HIS BOOK "There's no part of any of the things that I've said (that) are scathing towards any member of my family, especially not my stepmother." ON HIS LIFE NOW "I'm very, very happy, I'm very at peace. I am in a better place than I've ever been, and I think that probably angers some people, infuriates others."

---- **Index References** ----

Company: HOUSE OF WINDSOR INC-CIGAR

News Subject: (Family Social Issues (1FA81); Minority & Ethnic Groups (1MI43); Race Relations (1RA49); Social Issues (1SO05))

Industry: (Celebrities (1CE65); Entertainment (1EN08))

Region: (Europe (1EU83); United Kingdom (1UN38); Western Europe (1WE41))

Language: EN

Other Indexing: (House of Windsor)

Edition: CourierMailCQ

Word Count: 1051

---

**End of Document**                                          © 2023 Thomson Reuters. No claim to original U.S. Government Works.



---

**News**Room

1/9/23 Daily Star 4
2023 WLNR 866165

Daily Star (UK)
Copyright © 2023 Daily Star

January 9, 2023

Section: News

## US **drug** ban fear

THE shy man could be banned from the States after admitting he took **drugs**, immigration experts warned.

He could have his **visa** revoked after he confessed to using cocaine and cannabis.

He has been living in California since quitting the UK in early 2020.

Expert alberto Benítez revealed: "He would have been asked about **drugs**. If he was truthful in his answers, he should have been denied."

**---- Index References ----**

News Subject: (**Drug** Addiction (1DR84); Health & Family (1HE30); Steroids (1ST76))

Language: EN

Edition: 01

Word Count: 66

**End of Document**                                      © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

**NewsRoom**

3/10/23 NOTICIASFINANCIERAS - ENG. (Pg. Unavail. Online)
2023 WLNR 8852991

NoticiasFinancieras - English
Copyright (c) 2023 ContentEngine, USA.

March 10, 2023

## Could U.S. authorities revoke his permission to live in California? Prince Harry reportedly in serious trouble after confessing to marijuana and co...

Could U.S. authorities revoke his permission to live in California? Prince **Harry** reportedly in serious trouble after confessing to marijuana and cocaine use

In his need to talk about his mental health, Prince **Harry** confessed that he used psychedelic and other **drugs**, such as marijuana and cocaine, during a talk that was broadcast live with the controversial doctor Gabor Maté for the program "The Myth of Normal: Trauma, Illness, and Healing in a Toxic Culture".

However, these statements that caused astonishment to more than one could cause him problems with the U.S. government, since if the son of King Charles III did not mention that in his past he used intoxicants, the authorities could revoke his permission to live in California, as reported by El Informador.

View this post on Instagram

A post shared by Dr. Gabor Maté (@gabormatemd)

The legal problem **Harry** could face for **drug** use

"I started doing it recreationally and then I realized how good it was for me," said **Harry**, Duke of Sussex in the interview with Dr. Gabor Maté, which was published a few days ago

.

Prince **Harry** and Meghan Markle christen daughter Lilibet in California; her godfather was African-American actor Tyler Perry, who helped the Duke and Duchess of Sussex with their move to California

View this post on Instagram

A post shared by Dr. Gabor Maté (@gabormatemd)

According to U.S. citizenship and immigration services, **visa** applicants "who are determined to be **drug** abusers or addicts are inadmissible."

"(Authorities) frown on **drug** use by non-U.S. citizens," Piers Morgan said. "Another compelling reason why we don't want them at the king's coronation, as we could end up staying with them forever," he added referring to **Harry** and Meghan.

"Sky News" of Australia recalled the time in 2014 when chef Nigella Lawson was banned from taking a flight to the United States after confessing to cocaine use during a trial. Later, her case was subjected to analysis and she was given a pardon after an appeal.

Harry and Meghan Markle already received the official invitation to the coronation of King Charles III next May 6 and it was via email. The couple has not yet decided whether they will attend the royal family event or decline the invitation.(I)

View this post on Instagram

A post shared by Prince Harry (@princeharryofengland)

We recommend this news to you

.

Jordan's Iman of Jordan's low-key wedding to Venezuelan Jameel Alexander Thermiotis: Jordan's King Abdullah II and Queen Rania announce wedding date seven days before the celebrationDavid George Philip Cholmondeley: this is the 62-year-old marquis whom Rose Hanbury, 38, left to attend her affair with Prince WilliamKate Middleton does not forgive or forget: the Princess of Wales would be upset with Camilla Parker for supporting her husband Prince William's relationship with Rose Hanbury

**---- Index References ----**

News Subject: (Drug Addiction (1DR84); Health & Family (1HE30); Immigration & Naturalization (1IM88); Social Issues (1SO05))

Industry: (Celebrities (1CE65); Entertainment (1EN08); Healthcare (1HE06); Healthcare Practice Specialties (1HE49); Healthcare Services (1HE13); Psychiatric Services (1PS61))

Region: (Americas (1AM92); California (1CA98); North America (1NO39); U.S. West Region (1WE46); USA (1US73))

Language: EN

Other Indexing: (Prince Harry)

Keywords: (internacional)

Word Count: 399

**End of Document**                                                    © 2023 Thomson Reuters. No claim to original U.S. Government Works.



Case 1:23-cv-01198-CJN    Document 1-10    Filed 05/01/23    Page 256 of 416

Did Harry have a secret best man too? Friends of the..., 2023 WLNR 822808

**News**Room

1/11/23 Daily Mail Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 822808

Daily Mail Online (UK)
Copyright (c) 2023 Dailymail.co.uk

January 11, 2023

Did Harry have a secret best man too? Friends of the warring royal brothers
hint 'favoured usher' Jack Mann really had the top job at his wedding.....

Charlotte Griffiths Editor At Large For The Mail On Sunday Eirian Jane Prosser For Mailonline

Did Harry have a secret best man too? Friends of the warring royal brothers hint 'favoured usher' Jack Mann really had the top job at his wedding... after Duke of Sussex claimed his role at Wills' and Kate's wedding was also just 'for show'

Prince Harry has claimed his role as best man for Prince William at the 2011 Royal Wedding was 'all for show' - sparking accusations he had his own secret best man.

Harry claimed he was not William's 'real' best man and that it was 'all for show' He made the sensational claims about his brother's wedding in his book Spare Sources have now said that there was also 'another best man' at Harry's wedding He had several ushers on the day including his fellow polo-player Jack Mann

Friends of the warring brothers now suggest the Duke of Sussex may have employed the same strategy as his sibling for his own wedding in 2018.

A source told The Mail on Sunday: 'There have long been rumours in **Harry's** circle that there was another best man, in secret. William was the public-facing best man but not the sole best man, nor the true best man in **Harry's** eyes.'

**Harry** had several ushers on his big day, including his fellow polo-player Jack Mann and his closest friend Charlie van Straubenzee, brother of Prince William's best friend Thomas.
**Who is Jack Mann, Prince Harry's 'favoured usher'?**
Prince **Harry** befriended Jack Mann at the Royal Military Academy Sandhurst.

He is the son of Simon Mann, a SAS officer turned mercenary, who was jailed for five years for allegedly tried to overthrow the government in Equatorial Guinea in 2004.

**Harry's** friend served with the British Arm for tours of Iraq and Afghanistan.

After leaving the army he worked in Libya as a country manager for a UK security company called Aegis Defence Services.

He went to create his own private security company in 2015 called Alma Risk.

Case 1:23-cv-01198-CJN   Document 1-10   Filed 05/01/23   Page 257 of 416

Did Harry have a secret best man too? Friends of the..., 2023 WLNR 822808

Some friends believe it was an usher who acted as best man.

According to one friend, Mr Mann has long been described by those close to him as Harry's favoured usher – or 'best man'.

He had previously been referred to as Harry's so-called 'deputy best man' by a source who attended a lunch with the Duke, Mr van Straubenzee and his 'surrogate godfather' Mark Dyer in 2021 following Prince Phillip's funeral.

Mr Mann recently appeared in the fourth episode of the Sussexes' Netflix documentary series Harry & Meghan, which revealed previously unseen pictures of their wedding receptions.

The Duke and Mr Mann, who became friends while at the Royal Military Academy Sandhurst, were pictured among a group of men at Harry's wedding, as they partied at Frogmore House in Windsor Castle.

Last month, Mr Mann was detained by security officials before travelling to war-torn Libya, being questioned by Maltese police who challenged his claim that he was on a mission to deliver medical training.

Maltese police later confirmed to the Mail that they 'spoke to the passengers for clarification of the proposed activities in Libya' and that no further action was taken.

The former army member, said he and his colleagues, which included other former British soldiers, had been stopped at an airport in Malta, a Mediterranean Island around 223 miles north of Libya.

Mr Mann confirmed: 'We did not continue the journey from Malta [to Libya] on the advice of Maltese immigration to rectify our paperwork before travelling onwards.

'The issue was resolved within five days and the United Nations has confirmed there was no breach of sanctions.

'They [Alma Risk] are free to deliver the training.

'I have visited Libya previously in my role as a private security consultant. '

Prince Harry's friend is also the son of SAS officer turned mercenary Simon Mann, whose alleged bid to overthrow the government of Equatorial Guinea in 2004 led to a five-year stint behind bars.

Sir Mark Thatcher, the son of former prime minister Margaret Thatcher, admitted unwittingly being a financier behind the attempted coup. He said he was misled by its organisers.

Mr Mann, who is newly engaged, hosted the Duchess of Sussex for dinner parties at his West London home during the early days of her courtship with Harry.

However, he is thought to have grown apart from Harry since the wedding. In Spare, the Prince explains that appearances can be deceptive at Royal weddings, revealing that it was a 'barefaced lie' that he was William's best man.

**Military veterans warn Invictus Games is at 'risk of terror attack' after Harry's revealed he killed 25 Taliban fighters in Afghanistan: Click here to read more**

He said his brother's close friends James Meade and Thomas Van Straubenzee actually gave the traditional speech at the reception.

He said: 'Willy didn't want me giving a best man's speech.'

At Harry's wedding, Meghan broke tradition by giving a fairy-tale-themed speech of her own, but it has never been reported that Prince William spoke at length – and if he did, Harry does not describe him doing so in Spare.

Instead, he says his brother ruined the seating plan at the evening dinner by swapping place cards on his table so that couples were seated apart, in the English tradition.

It was Meghan's preference that couples should be seated together.

Harry also explains that William did not want to spend time with him the night before the ceremony and only attended a pre-wedding ushers' dinner after the Queen intervened. Last night, Mr Mann said: 'I'm not going to comment on anything to do with this.'

Mr Mann served with the British Army in Iraq and Afghanistan before setting up a private security company in 2015 called Alma Risk.

Prior to this he worked in Libya as a country manager for a different UK security company, Aegis Defence Services.

Alma Risk's website says the company offers a 'diverse range of security and risk management services to corporate and private clients'.

In other claims amid the 557 pages of the memoir, the Prince told of how William was 'tipsy on last night's rum' just hours before he married Kate, while greeting members of the public who had gathered on the Mall by Buckingham Palace.
 **Prince Harry reveals he took cocaine a 'few times' aged 17 after first being 'offered a line'**
Harry recalls that he said to his brother 'you smell of alcohol' before handing him mints as he lowered the window of the car.

The remarks come amid his deeply personal war of words with William - who he accused of pushing him over onto a dog bowl during a blazing row at Nottingham Cottage in 2019.

The fight allegedly broke out after William called Meghan 'difficult', 'rude' and 'abrasive'.

In another alleged fight ==Harry== claimed his brother 'lunged' at him and 'grabbed his shirt twice' in front of King Charles during a row over ==Harry== and Meghan's explosive interview with Oprah Winfrey.

==Harry== said William used a secret code phrase about their mother Princess Diana during the fight following Prince Phillip's funeral.

The California-based royal said Prince William was 'really steaming' and grasped at him as he tried to walk away from the fight.

Harry claimed at the time he had been trying to address bullying allegations made by Meghan but said his father and brother 'weren't listening'.

William allegedly 'grabbed him again' as he tried to walk away and 'twisted him' so they could maintain eye contact.

It was then that William said their 'secret code' swearing on Princess Diana's life that his intentions were genuine.

He writes that William said: 'Harold, you must listen to me! I just want you to be happy, Harold. I swear I swear on Mummy's life.'

Harry continued: 'He stopped. I stopped. Pa stopped. He'd gone there.'

Case 1:23-cv-01198-CJN   Document 1-10   Filed 05/01/23   Page 259 of 416

Did Harry have a secret best man too? Friends of the..., 2023 WLNR 822808

'He'd used the secret code, the universal password. Ever since we were boys those three words were to be used only in times of extreme crisis.'

The Duke claimed his brother 'wasn't quite ready to accept defeat' and claimed to be 'properly sick and ill' over the tensions between the pair.

William allegedly reiterated: 'I swear to you now on Mummy's life that I just want you to be happy'.

**Harry** has talked openly of wanting to reconcile with his father and his sibling, despite his extraordinary claims plunging the Royal Family into its worst crisis since the death of his mother in 1997.

READ MORE

EXCLUSIVE: Prince **Harry's** polo chum detained at airport in war-torn Libya after Maltese police challenged claim he was on mission to deliver medical training

Prince William 'lunged at **Harry**, grabbed his shirt and used shocking secret code phrase about Diana' during row over Oprah Winfrey interview as the pair tried to hold peace talks in front of Charles moments after Prince Philip's funeral

Prince **Harry** could be barred from the US and has put **visa** 'at risk' after his admission he has taken **drugs**

**Who does Prince Harry claim Prince William's best men were in 2011?**

Prince **Harry** has claimed in his extraordinary memoir, Spare, that hew as forced to go along with Prince William's 'bare face lie' that he was meant to be his best man at his wedding in 2011.

He said the alleged ongoing rift between the pair meant 'Willy didn't want me giving a best man's speech'.

Instead, Harry claimed that the best man speech was given to Prince William's two closest friends, James Meade and Thomas Van Straubenzee.

Who is James Meade?

James Meade went to Eton with Prince William, and is the son of Olympic gold medalist equestrian Richard Meade.

Mr Meade also became close with the Princess of Wales, whom he even accompanied to the Badminton Horse Trials after her brief split from William in May 2007.

He and his wife Lady Laura Marsham, daughter of the 8th Earl of Romney, are both godparents to Princess Charlotte.

The couple have been married since 2013, when William was an usher at their wedding.

Meade reportedly used to take the Prince drinking at the Cuckoo Club in Piccadilly in their youth, where he reportedly always encouraged the royal heir to hit the dance floor.

Who is Thomas Van Straubenzee?

Thomas Van Straubenzee has been friends with both William and Harry for many years, dating all the way back to when they attend Ludgrove prep school together.

Did Harry have a secret best man too? Friends of the..., 2023 WLNR 822808

Case 1:23-cv-01198-CJN   Document 1-10   Filed 05/01/23   Page 260 of 416

Van Straubenzee is the global head of the private office of estate agent Knight Frank, and accompanied the Prince to New Zealand on his gap year.

He is also godfather to the Wales' daughter Princess Charlotte.

The businessman and property consultant, whose parents are Captain Alexander van Straubenzee and Claire Fenwick, used to holiday with William in Cornwall when they were children, and, before his marriage to Charlotte's former teacher from St Thomas's Battersea Lucy Lanigan-O'Keeffe, 32, in 2020, had a reputation for loving a night out.

The couple share a young son, Albert.

---- Index References ----

Company: AEGIS DEFENCE SERVICES LIMITED; UNITED NATIONS SECURITIES ASSOCIATION; BRITISH ARMY TRAINING UNIT KENYA; Royal Military Academy Sandhurst Commandant's Fund

News Subject: (Global Politics (1GL73); Health & Family (1HE30); Top World News (1WO62); World Conflicts (1WO07))

Industry: (Celebrities (1CE65); Entertainment (1EN08))

Region: (Afghanistan (1AF45); Africa (1AF90); Arab States (1AR46); Asia (1AS61); Central Africa (1CE37); Equatorial Guinea (1EQ49); Europe (1EU83); Eurozone Countries (1EU86); Libya (1LI91); Malta (1MA02); Mediterranean (1ME20); North Africa (1NO44); Southern Europe (1SO59); Western Asia (1WE54); Western Europe (1WE41))

Language: EN

Other Indexing: (SAS; British Arm; Alma Risk; Aegis Defence Services; United Nations; British Army; Royal Military Academy Sandhurst) (Prince Harry; Jack Mann; Kate)

Word Count: 1758

---

**End of Document**                                                 © 2023 Thomson Reuters. No claim to original U.S. Government Works.



*NewsRoom*

3/7/23 CE Latin Am. Migr. Newswire 00:00:00

CE Latin America Migration Newswire
Copyright (c) 2023 ContentEngine, USA.

March 7, 2023

## Enrique may lose his ==visa== after saying he used ==drugs==

Agencia Reforma

Once again Prince **Harry** is in trouble, now he is at risk of having his U.S. ==visa== revoked after revealing that he used ==drugs==, reported the Mirror.

The Duke of Sussex revealed in Spare, his memoirs, that in his youth he repeatedly used cocaine and other ==drugs==, as it helped him to improve his life.

Prince Henry revealed that he started using marijuana and ayahuasca to cope with all the traumas of his past and said he realized that it did him good to use them in his daily life.

"I started doing it recreationally and then I started to realize how good it was for me," he told Dr. Gabor Mate.

The Mirror reported that U.S. immigration officials take a tough stance when it comes to non-U.S. citizens using ==drugs== in the country, so the Duke of Sussex risks having his ==visa== revoked.

In recent years British citizens have had problems entering the United States such as Nigella Lawson, who was prevented from taking a flight to the country after using cocaine beforehand.

---- Index References ----

News Subject: (Crime (1CR87); Immigration & Naturalization (1IM88); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Language: EN

Other Indexing: (Enrique)

Keywords: (Internacional)

Word Count: 179

End of Document

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

WESTLAW   © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

**News**Room

3/7/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 8407764

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 7, 2023

**Harry's** therapy session 'doesn't explain why he is so destructive' towards Royal Family
EXCLUSIVE: Prince **Harry** seemed "in awe" of Dr Gabor Maté during a "master-pupil" session in which the Duke opened up about his mental health, a roy...

Matthew Dooley

EXCLUSIVE: Prince **Harry** seemed "in awe" of Dr Gabor Maté during a "master-pupil" session in which the Duke opened up about his mental health, a royal expert told Express.co.uk.

Prince **Harry's** live streamed therapy session doesn't explain why he is so publicly "destructive" towards the Royal Family, according to a royal expert. Richard Fitzwilliams, speaking to Express.co.uk, branded **Harry** more "cautious" than in previous interviews during his recent Q&A session with trauma expert Dr Gabor Mat&eacute;.

Related articles

The Duke of Sussex sat down with Dr Mat&eacute; for a 90 minute live-streamed Q&A covering topics from Prince **Harry's** **drug** use to his self-proclaimed "broken home" at the heart of the Royal Family. Still, **Harry** seemed more "cautious" than in previous interviews, according to Mr Fitzwilliams.

"It showed **Harry** as more cautious, there was plenty of background about the royals who don't hug, that **Harry** was different and there was a mention of his 'broken home', but no personal attacks on senior royals which was a relief," he told Express.co.uk.

During the session, Prince **Harry** told Dr Mat&eacute; he didn't see himself as a "victim" and wasn't looking for "sympathy". The doctor diagnosed **Harry** on the spot with ADD, PTSD, anxiety and depression, but what wasn't explained was **Harry's** tendency to be publicly "destructive" towards other royals, according to Mr Fitzwilliams.

He said: "**Harry** says he doesn't see himself as a victim. He obviously relies on therapy a good deal.

Prince **Harry** could have his '**visa** revoked' after admitting to using drugsPrince **Harry** could see his **visa** revoked after admitting to using **drugs** in a televised therapy session, Piers Morgan pointed out.

Speaking to famed therapist Dr Gabor Mate for his programme The Myth of Normal: Trauma, Illness, and Healing in a Toxic Culture, Prince **Harry** said he started using **drugs** after realising they helped him cope with his trauma.

Read more HERE.

"What was not explained is why he is so destructive when it comes to discussing his family in public, yet claims his memoir is 'an act of service'. To whom, one wonders? Recent polls in the US have shown a seismic drop in support for the Sussexes.

The royal expert added that the Duke seemed "in awe" of Dr Mat&eacute;, giving the session a "master-pupil" dynamic.

"It struck me as a master-pupil session. He was obviously in awe of Dr Mat&eacute;, although I was perturbed to learn that the latter relies on The Crown for his understanding of the Royal Family," Mr Fitzwilliams opined.

In previous interviews, Prince Harry has lashed out at other members of the Royal Family, including his father King Charles, Camilla, Queen Consort and his brother Prince William.

READ MORE: Americans are 'done' with Prince Harry's 'whingefest' and 'crying'

Although the Duke spoke of his family in general terms with Dr Mat&eacute;, direct personal attacks were absent. He didn't mention his brother Prince William by name once during the 90-minute chat.

Following previous interviews and the release of Prince Harry's memoir Spare tensions between the Sussexes and the Firm appeared to be at a breaking point.

Now, Meghan and Harry have confirmed they did receive an invitation to King Charles's Coronation but have so far refused publicly confirm their attendance.

The once-in-a-generation event will take place later this year on May 6 with thousands of guests in attendance to mark the reign of King Charles III.

Related articles **Harry** and Meghan 'not worried' about South Park as they 'outgrew' it Americans brand **Harry** and Meghan's date night in LA 'a PR stunt' King's Coronation offers **Harry** a 'fresh start' **Harry** and Meghan 'missed chance to elevate themselves' in Hollywood LookFantastic launches Beauty Egg for £60 with contents worth £200

---- Index References ----

News Subject: (Health & Family (1HE30))

Industry: (Celebrities (1CE65); Entertainment (1EN08); Healthcare (1HE06); Healthcare Practice Specialties (1HE49); Healthcare Services (1HE13); Psychiatric Services (1PS61); Psychology (1PS96))

Language: EN

Other Indexing: (Prince Harry)

Word Count: 630

**End of Document**                                      © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

**News**Room

3/8/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 8409530

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 8, 2023

Meghan and Harry 'destroyed on own turf' as couple put celeb pals in 'terrible position'
The Duke and Duchess of Sussex have been called out for putting celebrities
in a "terrible position" after backtracking on their previous claims.

Claire Anderson

Meghan Markle and Prince Harry were "destroyed on their own turf" over the weekend after comedian Chris Rock mocked the couple's race claim about the Royal Family. He took aim at Meghan for accusing an unnamed member of the Royal Family of racism during an interview with Oprah Winfrey. Royal expert Kinsey Schofield pointed out that the Sussexes must be "feeling the burn right now".

Tune into our Royal Family Snapchat Show, every Monday exclusively on Snapchat

Related articles

She told Sky News Australia: "This happened on their own turf. Netflix paid Harry and Meghan hundreds of thousands of dollars to create content for them and Chris Rock goes on their own platform and destroys them.

"They are feeling the burn right now."

Rock said Meghan's claim was simply "some in-law s***" while noting that she won the "light-skinned lottery".

READ MORE: Meghan and **Harry** left 'isolated' as they struggle to get 'invites'

Prince **Harry** could have his '**visa** revoked' after admitting to using **drugs**

Prince **Harry** could see his **visa** revoked after admitting to using **drugs** in a televised therapy session, Piers Morgan pointed out.

Speaking to famed therapist Dr Gabor Mate for his programme The Myth of Normal: Trauma, Illness, and Healing in a Toxic Culture, Prince **Harry** said he started using **drugs** after realising they helped him cope with his trauma.

Read more HERE.

He went on to say ""even black people want to know how brown" Archie Harrison would be.

It comes as Sky News host Rita Panahi pointed out that Hollywood "isn't that into **Harry** and Meghan anymore".

Schofield continued: "No, where is Oprah to defend them? Remeber Gayle King from CBS, Oprah's best friends, going on TV saying that they had receipts that the Royal Family was racist.

"A year later **Harry** goes on Tom Bradby's show and says, 'we never said there were racist'.

"Where are these people that Meghan and **Harry** have put in a terrible position?"

She added the people who defended them have "disappeared into the background".

Gayle King had rushed to the defence of the Sussexes on CBS' This Morning following the interview.

She said: "I think Meghan has plenty of receipts, meaning that she's been keeping track of things."

Don't miss... Meghan and **Harry** eviction a solution to an 'excruciating' problem [LATEST] Royal protocols that Kate followed but Meghan appeared to break [INSIGHT] Americans are 'done' with Prince **Harry's** 'whingefest' and 'crying' [ANALYSIS]

But speaking with ITV's Tom Bradby, who pointed out "there were troubling comments about Archie's skin color", **Harry** backtracked on the comment.

**Harry** said: "There was concern about his skin colour."

Bradby asked: "Right, wouldn't you describe that as essentially racist?

**Harry** replied: "I wouldn't, not having lived within that family."

Follow our social media accounts here on facebook.com/ExpressUSNews and @expressusnews

Related articles **Harry** and Meghan mocked on US TV as they weigh up Coronation invite Kate Middleton 'has come under a criticism' - 'a little bit boring' Charles will pretend **Harry** and Meghan 'do not exist' as feud rages on Prince **Harry** is 'only interested in promoting himself' Prince **Harry** 'won't come to Coronation' to 'punish' Royal Family

---- Index References ----

News Subject: (Health & Family (1HE30); Minority & Ethnic Groups (1MI43); Race Relations (1RA49); Social Issues (1SO05))

Industry: (Celebrities (1CE65); Entertainment (1EN08); TV (1TV19); TV Programming (1TV26))

Language: EN

Other Indexing: (Hollywood; ITV) (Meghan Markle; Prince Harry)

Word Count: 530

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

 © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

**NewsRoom**

3/17/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 9668094

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 17, 2023

Palace could make provisions for Prince Louis and other young royals to attend Coronation
EXCLUSIVE: Young members of the Royal Family, such as Princes Louis and
Archie, could be allowed to sit through only part of the Coronation to ensu...

Jon King

EXCLUSIVE: Young members of the Royal Family, such as Princes Louis and Archie, could be allowed to sit through only part of the Coronation to ensure they don't miss out on the entire service.

Buckingham Palace aides may make provisions for Prince Louis and other young royals to attend King Charles's Coronation, an expert has said. While Prince William, Kate, Princess of Wales will attend the historic Westminster Abbey ceremony on May 6, it is yet to be confirmed whether their children, Prince George, Princess Charlotte and Prince Louis will join them.

Related articles

Prince **Harry** and Meghan, Duchess of Sussex, have also been invited to the service, but they did not say if their children, Prince Archie Harrison and Princess Lilibet Diana, were also on the guest list.

Dr George Gross, visiting research fellow in theology at King's College London and co-founder of the British Coronations Project with Dr David J Crankshaw, told Express.co.uk the royal offspring could attend. He said arrangements have been made in the past for those who would not be able to sit through the hours-long ceremony in its entirety.

He explained how at the Coronation of King George V on June 22, 1911, Winston Churchill, who was then Home Secretary, received an invitation for himself and his wife Clementine.

The ceremony took place less than a month after Clementine had given birth to their son, Randolph, on May 28. As a result, the King made special arrangements to accommodate her.

Prince **Harry** could have his '**visa** revoked' after admitting to using drugsPrince **Harry** could see his **visa** revoked after admitting to using **drugs** in a televised therapy session, Piers Morgan pointed out.

Speaking to famed therapist Dr Gabor Mate for his programme The Myth of Normal: Trauma, Illness, and Healing in a Toxic Culture, Prince **Harry** said he started using **drugs** after realising they helped him cope with his trauma.

Read more HERE.

The King's secretary, Lord Knollys, wrote to the Home Secretary on April 29: "I spoke to the King today about his giving Mrs Churchill a ticket for his Box in Westminster Abbey on the occasion of the Coronation.

"He said he should have much pleasure in giving her one, and you may like to know that he was very nice about it."

The Churchill's youngest daughter, Mary, quoted in volume two of Randolph Churchill's book about their father, said: "A royal brougham called for her at her house and drove her to Westminster Abbey, so that she arrived at the latest possible moment; she watched the ceremony until after the actual crowning of the King, then she slipped discreetly away and was driven home to the hungering Randolph.

"This was the first of three Coronations at which both Winston and Clementine were destined to be present."

READ ABOUT PIERS MORGAN TAKING A SWIPE AT **HARRY** AND MEGHAN

Related articles

Dr Gross said similar arrangements for the Sussex and Waleses' children to leave part-way through King Charles's Coronation could be made.

But he added there would be an added complication due to the service being televised.

He said: "There's a way they could have [the children] there for some of it. It's possible we could see the Wales and Sussex children. But it's a long service so who knows.

"It is also harder with TV the way it is today. But given that Charles and the Queen [Elizabeth II] both witnessed a coronation, it seems quite likely Prince George will be there."

Don't miss... Prince **Harry** and Meghan Markle have become 'Hollywood nobodies' [OPINION] Meghan Markle makes rare gesture in front of paps, expert claims [LATEST] Fergie calls herself an 'Anglo-American' ahead of Eugenie 'move' [REVEALED]

Dr Gross added: "A lot of young children at home of his age will be interested to watch. It's a spectacle with a lot to see."

The eldest of William and Kate's children, Prince George, nine, and Princess Charlotte, seven, are expected to attend the Coronation. They often step out for important events and went to the funeral of Queen Elizabeth II alongside their parents.

But it is not clear if Prince Louis, who turns five next month, will be there on May 6.

Harry and Meghan's children are younger still. Archie will turn four on the date of the Coronation and Lilibet will be just shy of two.

Charles attended his mother's Coronation in 1953 when he was four, but Princess Anne didn't attend because she was deemed to be too young at the age of two.

The ceremony itself could last for hours although Charles is understood to want parts streamlined.

Full details have yet to be made public, but Dr Gross suggested the Homage part of the ceremony, in which every member of the British nobility pays their respects to the monarch, could be dropped or shortened.

The crowning of Camilla, Queen Consort, would also add an extra layer to the ceremony which did not happen at Elizabeth II's Coronation in 1953.

The Anointing, which may be televised for the first time ever at Charles's Coronation, the Crowning and the delivery of the Coronation Oath would also be included as key parts of the ceremony.

Dr Gross explained the oath is an integral part of the ceremony with the Acclamation and Recognition also viewed as very important.

He said: "This happens before the Oath, with the congregation asked, Do you recognise this person as your King or Queen?

"This part of the cereony dates back to the Anglo Saxon period when monarchs were elected by the elite. Monarchs can't be anointed without that being done.

"In many ways, those in Westminster Abbey [on May 6] represent us. It's a really important moment where the public are asked if they recognise this monarch."

Dr Gross predicted Charles's Coronation would also be relatively long in duration because of a lot of music has been announced.

On the possibility of the Anointing being televised for the first time, Dr Gross said it was possible, adding: "Will it make a difference to remove that mystery and magic? Our hunch is it will not.

"If it is to be televised, we won't know until a couple of days before. We can make this argument because lots of people will watch the Coronation on TV. Telling people now won't generate extra interest.

"But an announcement a couple of days before might generate a bit more. But we don't know. There's a higher chance, but we don't know for sure."

Related articles Prince William owns cheapest royal home - worth a 'modest £1.3million' Prince William admits Diana would be 'disappointed' by UK homelessness Gary Lineker is backed by Hollywood A-lister amid BBC impartiality row Hunt takes swipe at Labour for 'changing mind' on pensions tax break Eric Clapton's drummer Jim Gordon dies aged 77

---- Index References ----

Company: King's College London

News Subject: (Health & Family (1HE30))

Industry: (Celebrities (1CE65); Entertainment (1EN08); TV (1TV19); TV Programming (1TV26))

Region: (England (1EN10); Europe (1EU83); United Kingdom (1UN38); Western Europe (1WE41))

Language: EN

Other Indexing: (Buckingham Palace; King's College London) (Prince Louis)

Word Count: 1138

End of Document                                    © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

**News**Room

3/7/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 8360798

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 7, 2023

## Prince **Harry** could have his '**visa** revoked' after admitting to using **drugs**

### Prince **Harry** said he started using psychedelic **drugs** "recreationally" to cope with his trauma.

Aurora Bosotti

Prince **Harry** could see his **visa** revoked after admitting to using **drugs** in a televised therapy session, Piers Morgan pointed out. Speaking to famed therapist Dr Gabor Mate for his programme The Myth of Normal: Trauma, Illness, and Healing in a Toxic Culture, Prince **Harry** said he started using **drugs** after realising they helped him cope with his trauma. But Morgan noted US officials "take a dim view of **drug** use by non-US citizens" as he noted the Duke of Sussex's US stay could now be at risk.

Tune into our Royal Family Snapchat Show, every Monday exclusively on Snapchat

Related articles

The presenter said: "**Harry** has barely finished the global family trashing tour in support of his treacherous family trashing memoir, inevitably he's decided the world hasn't heard quite enough from him

"So **Harry's** latest wheeze is a live therapy session with Dr Gabor Mate – a famed trauma expert – in which he reminded us again that he, **Harry**, is the world's biggest victim."

Discussing his relationship with **drugs**, the Duke of Sussex told Dr Mate: "I started doing it recreationally and then started to realize how good it was for me.

"I would say it is one of the fundamental parts of my life that changed me and helped me deal with the traumas and the pains of the past."

JUST IN: Dear God when will the self-pity end Harry? You're a grown man!

Margaret Atwood says Prince Harry 'would have been murdered' in more powerful royal familyHandmaid's Tale author Margaret Atwood has sparked backlash after saying Prince Harry would have been murdered by a lesser royal.

The Canadian writer issued the bizarre statement in an interview in which she said it's a good thing the Windsors don't enjoy the power that previous royal households have exercised in past centuries.

Read more HERE.

Morgan suggested Prince Harry may now be forced to skip his father's Coronation on May 6 to avoid being barred from returning to the United States because of his admission.

TV chef Nigella Lawson was forbidden from boarding a flight to the United States in 2014 after admitting to having taken cocaine during an unrelated trial.

The Sky News Australia contributor added: "Another compelling reason why we don't want them at the king's coronation, we might end up being stuck with them for good."

READ MORE: The seven clues **Harry** and Meghan may decline Coronation invite

According to the US Citizenship and Immigration Services, **visa** applicants "who are found to be **drug** abusers or addicts are inadmissible" to the US.

The terms regulating how to assess whether someone is a habitual **drug** user are set under the Diagnostic and Statistical Manual of Mental Disorders of the American Psychiatric Association.

But under rules changed in 2010, "a history of experimental use" can "no longer play a direct role in the admissibility determination" border officers have to make when assessing a **visa** claim.

However, precedent exists where foreign nationals applying for entry to the US were denied on criminal grounds despite having no conviction to their name.

DON'T MISS Americans are 'done' with Prince **Harry's** 'whingefest' and 'crying' [LATEST] Meghan Markle fans point out Rebel Wilson jibe prior to 'cold' meeting [REACTION] Prince **Harry** 'won't come to Coronation' to 'punish' Royal Family [EXCLUSIVE]

Laura Devine Solicitors senior attorney Karnig Dukmajian told Vice in 2019: "The law says that if you have been convicted of a US or foreign law relating to controlled substances, or if you have admitted to violating such a law, then you are inadmissible to the US."

Referring to the case of Brit Isabella Brazier-Jones, who was denied entry to the US after a two-year-old message about cocaine was found on her phone, Dukmajian noted US officials had become stricter when it comes to admitting people who used drugs in the past.

He added: "There are legal standards the authorities are supposed to follow, but recent experience has shown that a simple admission to having possessed a controlled substance is being deemed sufficient to refuse entry."

Related articles

Prince Harry has been residing in the United States since March 2020, when he and Meghan Markle moved their home to California after six months spent in Canada.

The couple has since settled with their two children in Montecito, in the suburbs of Santa Barbara.

Harry and Meghan last week received an invite to the King's Coronation, which will take place on May 6 in London.

But the couple has already said they will not be confirming quite yet whether they will make it across the Atlantic for the service.

Follow our social media accounts here on facebook.com/ExpressUSNews and @expressusnews

Related articles Best UK Spa Breaks and Experiences for Mother's Day 2023 Jeremy Vine blasted for not challenging caller's 'hateful' remarks Prince Harry 'won't return to UK' since finding 'genuine happiness' Meghan and Harry left 'isolated' as they struggle to get 'invites' Meghan and Harry are going to make 'grand decision' on Coronation

---- Index References ----

Company: US Citizenship and Immigration Services; AMERICAN PSYCHIATRIC ASSOCIATION

News Subject: (Crime (1CR87); Immigration & Naturalization (1IM88); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Celebrities (1CE65); Entertainment (1EN08); Healthcare (1HE06); Healthcare Practice Specialties (1HE49); Healthcare Services (1HE13); Psychiatric Services (1PS61); Psychology (1PS96))

Region: (Americas (1AM92); North America (1NO39))

Language: EN

Other Indexing: (US Citizenship and Immigration Services; American Psychiatric Association) (Prince Harry)

Word Count: 830

---

**End of Document**

© 2023 Thomson Reuters. No claim to original U.S. Government Works.



**News**Room

3/7/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 8412568

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 7, 2023

Prince Harry trying to rebrand Meghan Markle as 'modern day Mother Theresa'
Prince Harry has been slammed for trying to rebrand Meghan Markle as "Mother
Theresa" after he claimed she had "saved" him in his most recent inter...

Matthew Dooley

Prince **Harry** has been slammed for trying to rebrand Meghan Markle as "Mother Theresa" after he claimed she had "saved" him in his most recent interview.

Prince **Harry** is attempting to brand Meghan Markle as "Mother Theresa", according to a royal expert. The Duke made a media appearance over the weekend in which he sat down with Dr Gabor Mat&eacute; to discuss his **drug** use, mental health and even his self-proclaimed "broken home" at the heart of the Royal Family.

Related articles

During the therapy session, Prince **Harry** praised his wife Meghan Markle as an "exceptional human being" and claimed "people have said that my wife saved me."

However, not everyone was convinced. Royal commentator and expert Kinsey Schofield took aim at the Duke's comments in a recent interview.

"I don't understand that commentary at all whatsoever except that this is just the continued narrative that **Harry** is trying to thrust on us. That Meghan is not the bad guy," Ms Schofield told Skynews.com.au.

The host of the To Di For Daily podcast continued: "She's Diana 2.0. A modern day Mother Theresa.

Prince **Harry** could have his '**visa** revoked' after admitting to using drugsPrince **Harry** could see his **visa** revoked after admitting to using **drugs** in a televised therapy session, Piers Morgan pointed out.

Speaking to famed therapist Dr Gabor Mate for his programme The Myth of Normal: Trauma, Illness, and Healing in a Toxic Culture, Prince **Harry** said he started using **drugs** after realising they helped him cope with his trauma.

Read more HERE.

"That's just something that they are trying to shove down our throats because we've seen through it all and understand that these problems didn't start happening within the family until a certain member was introduced and that's Meghan Markle."

During the interview with Dr Mat&eacute;, Prince **Harry** didn't just discuss his wife. The Duke also spoke about his past **drug** use which included cocaine, marijuana and psychedelics, something he also detailed in his memoir Spare.

"[Cocaine] didn't do anything for me, it was more a social thing and gave me a sense of belonging for sure, I think it probably also made me feel different to the way I was feeling, which was kind of the point," said Prince **Harry**.

He added: "Marijuana is different, that actually really did help me."

READ MORE: Prince **Harry** is 'only interested in promoting himself'

Speaking on psychedelics Prince **Harry** said: "It was the cleaning of the windshield, removal of life's filters. It removed it all for me and brought me a sense of relaxation, release, comfort, a lightness that I managed to hold onto for a period of time.

"For me I started doing it recreationally and then started to realise how good it was for me."

However, again, Ms Schofield wasn't so sure. "The lightness you're describing Harry is called being high. I mean, it brings new meaning to Your Highness," she said.

Now royal watchers are waiting to see whether the Sussexes will attend King Charles's Coronation later this year on May 6. Although Meghan and Harry confirmed they have received an invitation, they have yet to RSVP to the event.

Related articles Harry and Meghan 'missed chance to elevate themselves' in Hollywood US must 'step up' its game as China 'preparing fight' over Taiwan Chris Rock slams Meghan Markle's race claim about the Royal Family Americans are 'done' with Prince Harry's 'whingefest' and 'crying' LookFantastic launches Beauty Egg for £60 with contents worth £200

---- Index References ----

News Subject: (Business Management (1BU42); Health & Family (1HE30); Sales & Marketing (1MA51))

Industry: (Advertising (1AD82); Advertising & Public Relations (1AD83); Branding & Naming (1BR12); Celebrities (1CE65); Entertainment (1EN08); Internet (1IN27); Internet Media (1IN67))

Language: EN

Other Indexing: (Prince Harry; Meghan Markle; Mother Theresa)

Word Count: 584

End of Document                                    © 2023 Thomson Reuters. No claim to original U.S. Government Works.



**News**Room

3/9/23 NOTICIASFINANCIERAS - ENG. (Pg. Unavail. Online)
2023 WLNR 8922783

NoticiasFinancieras - English
Copyright (c) 2023 ContentEngine, USA.

March 9, 2023

## **Visa** at risk due to **drugs**

Prince Henry risks having his U.S. **visa** revoked after revealing that he tried cocaine.

- The Duke of Sussex revealed in his book "Spare: In the Shadow" that in his youth he used cocaine and marijuana, as well as other substances.

- Mirror reported that U.S. immigration officials take a tough stance when it comes to foreigners who use **drugs** in the country, so the Prince is at risk of having his document revoked.

- British citizens have had problems entering the U.S. over similar issues. Chef Nigella Lawson was prevented from taking a flight after revealing that she had used cocaine.


---- Index References ----


News Subject: (**Drug** Addiction (1DR84); Health & Family (1HE30))


Language: EN

Keywords: (Gente)

Word Count: 105

---

**End of Document**

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

**News**Room

3/9/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 8608288

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 9, 2023

Royal Family make Archie and Lilibet's title change official with major website update
Buckingham Palace has updated its website to show Lilibet and Archie's new titles.

Jon King

Buckingham Palace has made Archie and Lilibet's new titles official in an update on the Royal Family's official website. The title change was first announced on Wednesday when the Sussexes published a statement confirming Lilibet had been christened.

Tune into our Royal Family Snapchat Show, every Monday exclusively on Snapchat

Related articles

**Harry** and Meghan's children became a prince and princess when King Charles acceded to the throne, but they had remained a plain "master" and "miss" on the Buckingham Palace website over the last six months.

But in an update today, the palace website refers to the Sussex children as Prince Archie of Sussex and Princess Lilibet of Sussex.

The site's line of succession list has been updated to reflect the change after a spokesperson for the Sussexes publicly referred to Lilibet as a princess for the first time when announcing news of her christening.

Lilibet, who will be two in June, was baptised in California on Friday, with the Sussexes' spokesperson saying: "I can confirm that Princess Lilibet Diana was christened on Friday March 3 by the Archbishop of Los Angeles, the Rev John Taylor."

Prince **Harry** could have his **'visa revoked'** after admitting to using drugsPrince **Harry** could see his **visa revoked** after admitting to using drugs in a televised therapy session, Piers Morgan pointed out.

Speaking to famed therapist Dr Gabor Mate for his programme The Myth of Normal: Trauma, Illness, and Healing in a Toxic Culture, Prince **Harry** said he started using drugs after realising they helped him cope with his trauma.

Read more HERE.

The Duke and Duchess of Sussex are reportedly keen not to deny their children their birthright, but to allow them the chance to decide for themselves when they are older whether to drop or keep using their titles.

In a recent statement the couple said the matter had been settled for some time.

**Harry** and Meghan have embraced the royal titles despite the couple's repeated criticism of the monarchy.

Prince **Harry** accuses his family of "total neglect" in the past and has said he suffered "genetic pain".

The Sussexes also alleged racism against an unnamed member of the Royal Family, who they claim asked what colour Archie would be. **Harry** has since appeared to row back on the allegation.

READ ABOUT WILLIAM'S INVOLVEMENT IN THE FROGMORE ROW

Related articles

In response to the title changes, royal commentator Emily Andrews tweeted on Wednesday: "The perennial question still remains; if being a royal is so traumatic, such a burden, carries so much inter-generational pain why would you want to style your kids prince and princess/keep your own royal titles....??"

King Charles was reportedly aware that the Sussexes intended to refer to their daughter as Princess Lili on Wednesday. It is understood there had been some correspondence about the matter.

Archie and Lilibet's titles will be used in formal settings, but they will not be used routinely by **Harry** and Meghan.

Lilibet's christening was an intimate affair with 20-30 people present, including Meghan's mother Doria Ragland and Lili's godfather, Tyler Perry, according to People magazine.

Guests enjoyed an afternoon of food and dancing, with Archie even dancing with his sister.

Don't miss... Meghan and **Harry** 'destroyed on own turf' [OPINION] Piers Morgan takes swipe at Meghan Markle as he thanks her for award [LATEST] Queen Camilla has 'awkward' interaction with a royal fan - claims [REVEALED]

The magazine said US actor Perry arrived with a gospel choir who performed Oh Happy Day and This Little Light Of Mine - a song which featured during the Sussexes' wedding.

It was reported King Charles, Queen Consort Camilla, Prince William and Kate, Princess of Wales, were invited but did not attend.

Rules over titles set by King George V in 1917 mean Archie and Lilibet, as the children of a son of a sovereign, automatically became a prince and a princess when Charles became King.

They would also be entitled to an HRH style but these will not be used. **Harry** and Meghan have retained their HRH styles, although they no longer use them after quitting the working monarchy.

Meghan said in the couple's interview with US talk show host Oprah Winfrey that Archie was not given the title of prince because of his race.

However, when Archie was born seventh in line to the throne in May 2019, he was too far down the line of succession.

Although he was a great-grandchild of the monarch, he was not a first-born son of a future king, so was not automatically a prince.

Related articles Elvis Presley's affair behind Priscilla's back was life-changing Author shares 65 great Carry on secrets The Apprentice stars details what really happened in taxi drives home Shocking 160,000 cancer patients suffer delays to vital treatment Bruce Willis' wife slams 'dumb' claim Demi Moore 'moved in with ex'

---- **Index References** ----

Company: ROYAL FAMILY FOOD CO., LTD.

News Subject: (Health & Family (1HE30); Politically Exposed Persons (1PO01))

Industry: (Celebrities (1CE65); Dance (1DA68); Entertainment (1EN08))

Language: EN

Other Indexing: (Royal Family) (Archie; Lilibet Diana)

Word Count: 803

**End of Document**

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

**News**Room

12/30/02 Evening Chron. (Newcastle) 14
2002 WLNR 8653089

NEWCASTLE EVENING CHRONICLE
Copyright © 2004 MGN Ltd. All rights reserved.

December 30, 2002

Section: EDUCATIO

# A year of pain and joy

Nation's mourning for Queen Mother deflects the anger over train strikes

January

The single currency had a smooth launch as Europeans in 12 countries got their first look at new Euro notes and coins.

Rail travellers faced commuter misery and the economy lost millions as strikes on some of the country's busiest routes crippled services. Then Transport Secretary, Stephen Byers, admitted certain aspects of Britain's railways had got worse under Labour.

Five people died after a private executive jet crashed during take-off at Birmingham International Airport.

Professor Ian Wilmut, the man who led the team which created Dolly the sheep, called for more research into cloning after it emerged that Dolly had developed arthritis.

Chancellor Gordon Brown and his wife Sarah mourned the loss of their 10-day-old baby daughter Jennifer Jane. She had suffered a brain haemorrhage.

The Archbishop of Canterbury, Dr George Carey, announced his retirement.

Gary Hart, the driver convicted of causing the deaths of 10 people in the Selby rail crash, was jailed for five years.

Prince Charles sent his younger son Harry to a drugs rehabilitation clinic after he admitted to regularly smoking **cannabis** and drinking alcohol.

Shafiq Rasul, 24, of Tipton, West Midlands, was among the suspected al Qaida prisoners being held at Camp X-Ray, the **US** military prison in Cuba. Several other **Britons** were also being held at the camp.

Tens of thousands of people fled their homes in eastern Congo and Rwanda after a volcano erupted, sending burning lava into Lake Kivu.

Two Afghan brothers were each jailed for five years for hijacking and other offences relating to the Stansted Airport siege.

Eire publican, Colm Murphy, 49, was sentenced at Ireland's Special Criminal Court, to 14 years imprisonment for conspiring to cause the 1998 Omagh Bombing, in Northern Ireland. It killed 29 people, including a woman pregnant with twins.

Lord Wakeham stepped aside as chairman of the Press Complaints Commission to answer questions over his involvement with the collapsed United States of America energy giant Enron.

February

Stormy weather battered Britain. RAF helicopter crews winched 34 seamen to safety in two air-sea rescue operations, while passengers were stranded on a ferry which ran aground. Two men died when a tree fell on their vehicle.

Teacher Amy Gehring, 26, was cleared of having sex with two teenage pupils. Gehring was acquitted by a jury at Guildford Crown Court of three charges and the judge ordered a verdict of not guilty on a fourth.

The Queen marked the 50th anniversary of her accession with a poignant visit to a cancer unit in memory of her father, King George VI.

Home Secretary David Blunkett provoked criticism by saying Asians should make arranged marriages within the UK rather than flying in candidates from the Indian sub-continent.

Princess Margaret died, aged 71, in her sleep. Her coffin rested at Kensington Palace until the funeral service, which was attended by the Royal Family, including the Queen Mother.

Pop Idol reached its climax with Will Young pulling off a shock win over Gareth Gates.

A gang of robbers escaped with several million pounds in cash after holding up a security van at Heathrow Airport.

The Prime Minister was "totally unapologetic" over his backing of a bid by wealthy Labour Party donor Lakshmi Mittal to buy a Romanian steel company. This was despite claims that it would badly affect **British** jobs.

Transport Secretary Stephen Byers told MPs that his controversial special adviser, Jo Moore, and civil servant Martin Sixsmith had agreed to resign. Sixsmith later denied that he had voluntarily given his resignation.

A pounds 100m immigration removal centre near Bedford was wrecked when asylum seekers facing **deportation** lit a series of fires during a mass breakout.

Europe's top election observer arrived in Britain after being expelled from Zimbabwe just before the country's presidential elections. Thirteen EU governments called for immediate sanctions against Zimbabwe's president, Robert Mugabe.

Four men found guilty of plotting to carry out the "Robbery of the Millennium" by snatching pounds 200 million worth of diamonds from the Millennium Dome were jailed for between 15 and 18 years.

Actor John Thaw, star of The Sweeney, Inspector Morse and Kavanagh QC, died from cancer of the oesophagus, aged 60.

A 17-year-old youth was dramatically cleared of the murder of schoolboy Damilola Taylor after a judge threw out the evidence of the prosecution's main witness.

Comedian and writer Spike Milligan, the last of the Goons, died of liver disease, aged 83.

March

The mother and step-father of heroin addict Rachel Whitear released pictures of their daughter's death. She had died alone with a syringe still in her arm.

The Earl and Countess of Wessex announced that they were quitting their careers amid criticism that work was interfering with their royal duties.

Alain Baxter, Britain's Olympic slalom skiing bronze medallist, said he was "devastated" after being told he had tested positive for the banned substance methamphetamine. He was later stripped of his medal.

Robert Mugabe claimed victory in Zimbabwe's presidential election. **British** Foreign Secretary Jack Straw condemned the "systematic violence and intimidation" which he said had dominated the polling.

Prime Minister Tony Blair was urged by 39 of his MPs not to back **US** military action against Iraq. International Development Secretary Clare Short hinted that she would leave the Cabinet if Britain joined an attack.

Pop Idol winner Will Young disclosed he was gay.

Thousands of police officers converged on Westminster to protest about planned reforms to the service.

Baroness Thatcher's office announced that, due to health concerns, she would never make a public speech again.

England and Surrey cricketer Ben Holioake was killed in a road accident in Australia. He was 24.

The parents of teenager Amanda Dowler made an emotional appeal for help in finding their daughter three days after she disappeared.

Actor Jim Broadbent was a surprise winner of the Best Supporting Actor Oscar for his role in Iris.

Supermodel Naomi Campbell won pounds 3,500 damages from The Daily Mirror after the High Court ruled it acted in breach of confidence in publishing details of her therapy at Narcotics Anonymous. The Mirror later won its appeal.

A second defendant in the Damilola Taylor murder trial walked free from the Old Bailey.

Education Secretary Estelle Morris was heckled and jeered when she told the NUT's annual conference she would not "do business" with teachers over pay and conditions if they threatened to strike.

The nation mourned as the Queen Mother died peacefully in her sleep at the age of 101.

April

A shower of flowers rained down on the Queen Mother's hearse as she made her final journey, past around one million well-wishers, to St George's Chapel, Windsor. Her four grandsons had mounted a vigil as she lay in state in Westminster Hall, and the Queen addressed the nation with a message of thanks for public support.

Violence engulfed the Middle East as Israeli tanks invaded Ramallah, trapping six **British** peace activists. The UN Security Council elected to send a fact-finding team to a refugee camp in Jenin after reports that "hundreds" of Palestinians had been killed there.

Television company ITV Digital collapsed, ceasing all pay TV services. Football League clubs were forced to accept a pounds 120 million "golden goodbye" from the company.

REM guitarist Peter Buck was cleared of "ransacking" a first-class cabin during a drunken airborne rampage.

The Prime Minister led national concern for David Beckham's injured foot - and England's World Cup dreams. The England captain's broken metatarsal bone, sustained in a Champions League clash with **Deportivo** La Coruna, put Beckham's hopes of playing in Japan in doubt.

Caroline Ann Stuttle, a 19-year-old backpacker from York, was thrown to her death from a bridge after being robbed in Australia.

Chancellor Gordon Brown introduced an pounds 8 billion tax hike in the Budget. Meanwhile a Treasury-commissioned report warned that spending on the National Health Service would have to more than double over the next 20 years.

Sven Goran Eriksson's girlfriend, Nancy Dell'Olia, insisted that reports of a relationship between the England football coach and TV star Ulrika Jonsson were "rubbish".

Two teenage brothers walked free from the Old Bailey after being cleared of the murder of 10-year-old Damilola Taylor. Damilola's parents said they blamed themselves and **British** society for their son's death.

Six **British** plane spotters arrested near a Greek air force base in 2001, were found guilty of spying by a court in the southern town of Kalamata. They were sentenced to three years in jail.

An expelled pupil went on a gun rampage in a German school, killing 17 people including at least two children, before turning the gun on himself.

Diane Pretty, a terminally-ill woman who wanted her husband to be allowed to help her "die with dignity" without fear of prosecution, lost her bid for the backing of the European Court of Human Rights.

May

Far-right **British** National Party candidates won three seats in local elections in Burnley, Lancs.

Nearly 50 police officers were injured when mass violence erupted at the end of a Division One play-off game at Millwall Football Club.

Conservative frontbencher Ann Winterton was sacked after telling a racist joke at a dinner.

Thousands of Jewish campaigners filled Trafalgar Square to call for peace in the Middle East in the biggest ever rally staged in the capital by the Jewish community.

Transport Secretary Stephen Byers resigned, claiming it was the "right thing to do for the Government and the Labour Party". He had denied misleading MPs by telling them his department's communications director, Martin Sixsmith, had resigned, when he had not.

Arsenal beat Chelsea to win the FA Cup final and secured the double by beating Manchester United to be crowned Premiership champions.

Seven people died and dozens were injured when a passenger train derailed, smashing into a bridge and platform at Potter's Bar in north London. Railtrack insisted passenger safety had not been compromised after damaged railway sleepers were found near the scene.

The Foreign Office advised **Britons** to consider leaving India after a senior diplomat warned Pakistan and India were `very close' to renewed warfare over the disputed territory of Kashmir.

Beckham-mania hit the Far East as the England captain was greeted by a screaming 600-strong crowd when Sven Goran Eriksson's squad touched down in Japan for the World Cup. Republic of Ireland captain Roy Keane was sent home after criticising his side's preparations for the tournament.

Have I Got News For You host Angus Deayton was accused of snorting cocaine and cheating on his girlfriend.

The Government gave away the Millennium Dome and its surrounds for free in the hope of getting pounds 550 million back over 20 years.

June

The cricket world was in shock following the death of disgraced former South African cricket captain Hansie Cronje in a plane crash.

The Queen's Golden Jubilee celebrations were dubbed an "enormous success". Former Beatle Sir Paul McCartney topped the bill at the Party at the Palace and went on to marry Heather Mills at a remote countryside castle in Ireland later this month.

A two-seater aircraft careered on to the M11 motorway, killing one man and injuring another.

Five people were shot as sectarian violence hit Belfast for four nights.

Former Transport Secretary Stephen Byers apologised to Paddington rail crash survivor Pam Warren over an aide's e-mail seeking information about her campaign group.

Former South African president Nelson Mandela called for a fresh appeal in the case of Lockerbie bomber Abdelbaset Ali Mohmed Al Megrahi.

Postal group Consignia announced 17,000 job cuts, record losses of pounds 1.1 billion and a 1p rise in the price of stamps.

Bobby Robson and Mick Jagger were knighted in the Queen's birthday honours.

England beat Argentina only to lose 2-1 in the World Cup quarter finals to eventual winners Brazil.

Police told the parents of missing schoolgirl Amanda Dowler that she was probably dead.

The London stock market saw more than pounds 35 billion wiped from shares as traders reacted to a massive accounting scandal from **US** giant WorldCom which slashed 17,000 jobs.

A builder was found guilty of killing three generations of one family with an iron bar. David Morris was convicted at Swansea Crown Court of murdering Mandy Power, 34, her daughters Katie, 10, and Emily, eight, and Mrs Power's bedridden mother Doris Dawson, 80.

Copyright: MGN Ltd


---- Index References ----

Company: INTERMEDIA COMMUNICATIONS INC

News Subject: (Violent Crime (1VI27); Strikes & Work Stoppages (1ST12); Teenagers (1TE59); Parents & Parenting (1PA25); Health & Family (1HE30); Political Parties (1PO73); Public Affairs (1PU31); HR & Labor Management (1HR87); Legal (1LE33); Business Management (1BU42); Social Issues (1SO05); Accidents & Injuries (1AC02); Government (1GO80); Crime (1CR87); Criminal Law (1CR79))

Industry: (Gen Y Entertainment (1GE14); Gen Y TV (1GE33); Soccer (1SO61); Aerospace & Defense (1AE96); Celebrities (1CE65); Defense (1DE43); Passenger Transportation (1PA35); Military Forces (1MI37); Railroads (1RA98); Sports (1SP75); Airports (1AI61); Transportation (1TR48); Airborne Forces (1AI38); Land Transportation (1LA43); Entertainment (1EN08); Passenger Railroads (1PA89); Air Transportation (1AI53))

Region: (England (1EN10); Western Europe (1WE41); Europe (1EU83); Africa (1AF90); Southern Africa (1SO66); Northern Ireland (1NO23); Indian Subcontinent (1IN32); India (1IN24); Asia (1AS61); USA (1US73); Zimbabwe (1ZI44); Southern Asia (1SO52); North America (1NO39); United Kingdom (1UN38); Americas (1AM92); Ireland (1IR50); Middle East (1MI23))

Language: EN

Other Indexing: (ACTOR JIM BROADBENT; AFGHAN; BEATLE; **BRITISH** FOREIGN; **BRITISH** NATIONAL PARTY; CHAMPIONS LEAGUE; CONSIGNIA; DAILY MIRROR; DAMILOLA; DAMILOLA TAYLOR; DOLLY; EARL; EUROPEAN COURT OF HUMAN; FOREIGN OFFICE; GUILDFORD CROWN COURT; HIGH COURT; LORD WAKEHAM; MILLWALL FOOTBALL CLUB; MIRROR; NATIONAL HEALTH SERVICE; NUT; PRESS COMPLAINTS COMMISSION; PRINCESS MARGARET; RAF; REM; ROYAL FAMILY; SELBY; SPECIAL CRIMINAL COURT; SWANSEA CROWN COURT; SWEENEY; TRANSPORT; TV; UK; WORLDCOM) (Actor John Thaw; Actor Oscar; Al Megrahi; Alain Baxter; Amanda Dowler; Amy Gehring; Angus Deayton; Ann Winterton; Arsenal beat Chelsea; Baroness Thatcher; Beckham; Ben Hollioake; Bobby Robson; Caroline Ann Stuttle; Chancellor; Chancellor Gordon Brown; Charles; Clare Short; Colm Murphy; Comedian; Conservative; David Beckham; David Blunkett; David Morris; Diane Pretty; Doris Dawson; Education; Eire; Emily; England; Eriksson; Estelle Morris; Europe; Gary Hart; Gehring; George; George Carey; Gordon Brown; Hansie Cronje; Heather Mills; Ian Wilmut; Inspector Morse; Jack Straw; Jennifer Jane; Jo Moore; Katie; La Coruna; Labour Party; Lakshmi Mittal; Martin Sixsmith; Mick Jagger; Mother; MPs; Nancy Dell; Nelson Mandela; Pam Warren; Party; Paul McCartney; Peter Buck; Pop Idol; Postal; Power; Prime; Rachel Whitear; Railtrack; Robert Mugabe; Roy Keane; Shafiq Rasul; Sixsmith; Spike Milligan; St George; Stephen Byers; Supermodel Naomi Campbell; Surrey; Sven Goran; Sven Goran Eriksson; Television; Tens; Thirteen EU; Tony Blair; Trafalgar Square; Transport; Ulrika Jonsson; Westminster Hall)

Edition: EC3012-0

Word Count: 2524

**End of Document**            © 2023 Thomson Reuters. No claim to original U.S. Government Works.



**CNN.com / WORLD**

SEARCH    GO

MAIN PAGE
WORLD
U.S.
WEATHER
BUSINESS
SPORTS
POLITICS
LAW
SCI-TECH
SPACE
HEALTH
ENTERTAINMENT
TRAVEL
EDUCATION
IN-DEPTH

VIDEO
LOCAL
CNN
NEWSWATCH
E-MAIL
SERVICES
CNNtoGO
ABOUT US/HELP

CNN TV
what's on
show transcripts
CNN Headline
News
CNN International

EDITIONS
CNN.com Asia
CNN.com Europe
CNNenEspanol.com
CNNArabic.com
set your edition
Languages
Time, Inc.



# Back to school for Prince Harry

January 14, 2002 Posted: 1:52 AM EST (0652 GMT)

![Prince Harry, 17, spent a day at a rehab clinic where he heard about the dangers of substance abuse]

Prince Harry, 17, spent a day at a rehab clinic where he heard about the dangers of substance abuse

SAVE THIS    EMAIL THIS
PRINT THIS    MOST POPULAR

**ETON, England -- Prince Harry is expected to be back in classes at Eton on Monday where he will hope to put the weekend's revelations of his drug taking behind him.**

His father, the Prince of Wales won praise from Prime Minister Tony Blair and drugs support groups for his handling of "every family's nightmare."

Prince Harry left Eton College on Sunday after revelations of his cannabis smoking and underage drinking were revealed.

The 17-year-old youngest son of Prince Charles and the late Princess Diana spent Sunday at his father's country residence, Highgrove in Gloucestershire.

Prince Harry had lunch with his father and elder brother William and was expected to return to the school on Sunday night.

Blair, whose eldest son Euan was once caught underage drinking, acknowledged it was a difficult situation for the Prince of Wales and his family, saying: "I know this myself."

"I think the way that Prince Charles and the Royal Family have handled it is absolutely right and they have done it in a very responsible and, as you would expect, in a very sensitive way for their child," Blair told the BBC.

Euan Blair, then 16, was found to be drunk and incapable in London's Leicester Square while celebrating the end of his GCSEs in July 2000.

Prince Charles had faced "every parent's nightmare" but handled it very well, according to Addiction, Britain's largest specialist drug and alcohol treatment agency.

► **MORE STORIES**
• Prince faced 'every parent's nightmare'

► **QUICKVOTE**
Should Prince Harry have been sent to a drugs clinic for admitting to smoking cannabis?

Yes    ○
No    ○
View Results    vote

"It seems from what we know of the story that the Prince of Wales has acted with deep sensitivity and very quickly, which is exactly what is needed," chief executive Peter Martin told the Press Association.

A spokesman for St James's Palace, the Prince of Wales's official London residence, confirmed on Saturday night that Prince Harry had visited the Featherstone Lodge drug, a rehabilitation clinic in Lewisham, south London, of which has father is patron.

The spokesman told CNN: "This is a serious matter which was resolved within the family, and is now in the past and closed."

Prince Charles discovered the teenage prince had taken drugs at Highgrove and at private parties, and allegedly drank alcohol at the Rattlebone Inn, Sherston, Wiltshire, the Sunday tabloid News of the World reported.

Bill Puddicombe, chief executive of Phoenix House UK -- which runs Featherstone Lodge -- described to CNN details of Prince Harry's visit, which was made last summer.

He said: "We received a request from the Prince of Wales's office for Prince Harry to come and visit one of our rehabilitation centers.

"He came and visited for a couple of hours. Prince Charles was not with him. He spoke to the people were there recovery from addiction from cocaine, heroin, other illicit drugs and alcohol.

"He learned a bit about the consequences of drug use, he heard about people's life stories and heard, I guess, some harrowing details of what had happened to them."

In Britain, possession of cannabis, a class B controlled substance, is punishable by up to five years in prison, although the government has proposed making possession a non-arrestable offence. The legal age for buying alcohol is 18.



Prince Harry spent two hours visiting patients at Featherstone Lodge, in south London

The News of the World said Harry had experimented with marijuana over a two-month period at Highgrove, in a rundown shed at a nearby pub and at private parties held by friends.

Prince Charles was alerted to his son's behaviour by a Highgrove staff member, who noticed a strong smell of marijuana, the newspaper reported.

Prince Charles is reported to have reacted straight away when he learned his son had tried cannabis, sending him to visit the rebab clinic to show him the dangers of drug abuse.

"The way we interpreted it was it was a piece of good, responsible parenting by Prince Charles," Puddicombe said.

Scandals involving drink and drugs have dogged the circle of friends of Prince Harry and his elder brother William, whose mother died in a car

crash in 1997.

Last year, Nicholas Knatchbull, one of Prince Charles's godchildren received treatment at a drug rehabilitation clinic.

Tom Parker Bowles -- another godchild and son of Prince Charles's partner, Camilla Parker Bowles -- was exposed as a cocaine user two years ago.

His cousin, Emma Parker Bowles, admitted in 2000 that she had been treated for drink and drug addiction.

And when he was 14, Prince Charles himself was at the centre of an infamous underage drinking episode after he entered a pub on the Isle of Lewis in Scotland.

He asked for a cherry brandy, saying later it was the first thing that came into his mind, but the incident attracted international attention.

SAVE THIS      PRINT THIS      E-MAIL THIS      MOST POPULAR

RELATED STORIES:
• UK prince smoked cannabis
palace
January 13, 2002
• Prince faced 'every parent's nightmare'
January 13, 2002
• Diana butler sent for trial
January 10, 2002
• Royal row over William film crew
September 27, 2001

RELATED SITES:
• The Prince of Wales
• Prince Harry unofficial profile
• Phoenix House UK

Note: Pages will open in a new browser window
External sites are not endorsed by CNN Interactive.

WORLD TOP STORIES:
• Blix: 'Iraq could do more'
• N. Korea warns of nuclear conflict
• Serb hardliner refuses to plead
• NASA: Flight-deck video found
• Caracas tense after bombs

(More)

Search      [CNN.com ▾]                    [            ] [Find]

© 2003 Cable News Network LP, LLLP.
A Time Warner Company. All Rights Reserved.
Terms under which this service is provided to you.
Read our privacy guidelines. Contact us.

NewsRoom

1/9/23 Daily Mail Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 947304

Daily Mail Online (UK)
Copyright (c) 2023 Dailymail.co.uk

January 9, 2023

## Drug addicts were 'stunned' when they say 17-year-old Prince Harry confessed to taking cocaine, ketamine, cannabis and Nepalese hashish temple ball...

Sam Greenhill Chief Reporter For The Daily Mail

Drug addicts were 'stunned' when they say 17-year-old Prince Harry confessed to taking cocaine, ketamine, cannabis and Nepalese hashish temple balls during visit to rehabilitation centre

Drug addicts were stunned when 17-year-old Prince Harry confessed he took cocaine, ketamine, cannabis and Nepalese hashish temple balls, it was claimed yesterday.

A former resident, Paul Smith, claimed yesterday that the Prince was 'so open' Harry left them bemused when he said he took potentially harmful temple balls In his explosive book he said taking drugs like cocaine did not make him happy

He was sent to meet residents at a rehabilitation centre when Prince Charles discovered he had been experimenting with cannabis and alcohol.

But when he was at Featherstone Lodge in south-east London, Harry apparently confessed to much more serious drug taking, telling startled addicts he had taken Class A cocaine and Class B ketamine, a tranquilliser.

A former resident, Paul Smith, claimed yesterday: 'Harry was so open. He said he'd taken ketamine, cannabis and also cocaine. We were stunned. There had been reports of bad behaviour around that time, but this was so shocking. This was a prince. It was incredible.'

Harry also left them bemused when he talked of taking temple balls, an especially potent and potentially dangerous form of cannabis which has been cultivated in Nepal for hundreds of years.

Mr Smith, 54, shared his memories from 2002 after the Duke of Sussex wrote in his memoir, Spare, about snorting lines of cocaine and hallucinating on magic mushrooms, once believing that a bin was talking to him.

Mr Smith told The Sun yesterday: 'We had no prior warning, we were just told he was heading in. He said when he was doing these things, he was out of control. It was brutally honest. I think he felt happy to speak around us.'

He recalled Harry had spent about an hour with him and two other addicts, talking in great detail about his life. He said: 'I think Charles wanted him to be alone and talk to real addicts about how bad drugs are. He did not even have his security people

in the room at the time. I said my name was Paul and I explained my situation. I told him that he did not want to end up in a place like this.'

In the book, Harry said taking cocaine did not make him happy, but he had tried the Class A drug and other narcotics as a way to escape the harsh reality of his life. He also suggested that taking psychedelic drugs had helped his mental health therapy.

He admits smoking cannabis at Eton, and said he continued to smoke the drug even while living at Nottingham Cottage in Kensington Palace, adding that he tried to ensure the smoke did not drift into the garden of his neighbour, the Duke of Kent.

Harry boasts of how he lied to palace officials when a newspaper claimed in 2002 to have obtained a photo of him taking cocaine. He bragged of dishonestly informing a senior courtier he had never taken the drug, leading the palace to deny it to the journalist.

---- **Index References** ----

News Subject: (Crime (1CR87); **Drug Addiction** (1DR84); Health & Family (1HE30); Smoking (1SM71); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Agriculture (1AG63); Agriculture, Food & Beverage (1AG53); Cannabis (1CB42))

Region: (Asia (1AS61); Indian Subcontinent (1IN32); Nepal (1NE32); Southern Asia (1SO52))

Language: EN

Other Indexing: (Prince Harry)

Word Count: 486

---

**End of Document**                          © 2023 Thomson Reuters. No claim to original U.S. Government Works.





Get Treatment ⌄     Locations     Addictions ⌄     Testimonials

# Prince Harry Admits to Drug Use

By **Cedric Dent**                                          JANUARY 12, 2023



Prince Harry's memoir, *Spare*, details many of the unexplored recesses of his royal life but also extant reports of heavy drinking and drug use. Few details have been provided regarding his path to recovery. This follows the December release of a widely viewed, six-part Netflix documentary on Harry and his wife, Meghan Markle, and a dramatic film about their lives, *Harry & Meghan*, released in 2019.



Get Treatment ⌄   Locations   Addictions ⌄   Testimonials



# The Royal Cocaine Rumor

The book covers several controversial scenes, including one where William, Prince of Wales, [physically attacks Prince Harry](#) during an argument about Meghan. Another that's actually not related to the relationship is that of what Spare calls the "party prince." It refers to a time in his life when the Duke of Sussex concedes that he indulged in [cocaine](#) a "few" times. This actually hearkens back to a rumor [first published by a British tabloid](#) the same year *Harry & Meghan* was released.



"Which third-generation royal unrolled a friend's banknote when doing coke?" the original piece read [according to Daily Mail](#). "They said, 'Hello, granny!' to the Queen's portrait before re-rolling it and hoofing their line."



comfirm this exact statement and scenario, it does comfirm that Harry had, indeed, done cocaine. He says he used cocaine several times, starting at age 17 in order to "feel different."

## Other Royal Substance Abuses

Cocaine is one of many substances the memoir, however, admits Harry abused from nicotine to marijuana and even psychedelics like ayahuasca and psilocybin, which is being increasingly considered for legalization in the U.S. Harry details one experience in 2016 in which mushrooms gave him a hallucination in which he conversed with a trashcan. In the book, he expresses remorse and guilt for his substance use.

"I knew this was bad behaviour," Harry wrote about sharing a joint with friends. "I knew it was wrong. My mates knew too."

He wrote that he took drugs, like many people do, to deal with mental trauma. In Harry's case, it was in an effort to deal with the loss of his mother, Princess Diana. He said "It wasn't much fun and didn't make me feel particularly happy the way others seemed to."

Newspaper reporters had actually approached palace officials in 2002, claiming to have photographic evidence of Harry doing cocaine, according to the memoir. Harry brags in the book about lying to the officials and leading the royal family to deny the allegation to the journalist.

## Prince Harry Forced into Recovery

In February 2002 — the same year Harry got the palace to lie to press about his cocaine abuse — King Charles, then Prince of Wales, enrolled Harry in the addiction treatment program at Featherstone Lodge Rehabilitation Centre in South London per The Guardian.

**APP. C 292**



Get
Treatment ⌄    Locations    Addictions ⌄    Testimonials

cannabis on several occasions. He was also said to have been drinking excessively.

Much of this behavior was then attributed to Prince Harry coping with the death of his mother, Princess Diana. This matches what addictionologists often assert about [trauma being a common denominator](#) for substance abuse habits. That's one of the problems [cognitive behavioral therapy](#) is intended to treat. It's a treatment modality largely used for victims of post traumatic stress disorder.



# Treatment Modalities for Prince Harry

Taking an aggregate sum of what substances Prince Harry took, he may have had an [arduous detox process](#) to undergo. It's literally a series of chemical changes in the body, which prove not only uncomfortable but painful and even life-threatening sometimes. Healthcare experts agree that this is a process best overseen by professional, medical staff.



Get
Treatment ∨      Locations    Addictions ∨    Testimonials

temporarily suicidal. Ephemeral mental illness aside, therapy is a necessary treatment to actually combat substance use disorders (SUDs), too.

Detox supervision is one of the specialties of Landmark Recovery, even to the point of medication-assisted treatment in some circumstances. Also, therapy afterward is hardly just about surviving dopamine crashes. At the same time, not all talk therapy is well suited to deal with the root problem of SUD. Cognitive behavioral therapy identifies and targets the thought processes that contribute to substance abuse, yanks them up by the root and replaces them with thoughts better suited to living without those substances.

If you relate to Prince Harry's journey, and need help to stop drinking or taking drugs, go to Landmark Recovery or call 888.448.0302.

## Choose Recovery Over Addiction

We're here 24/7 to help you get the care you need to live life on your terms, without drugs or alcohol. Talk to our recovery specialists today and learn about our integrated treatment programs.



📞 888-448-0302          Insurance Info

## About the Author

**The New York Times**

https://www.nytimes.com/2002/01/13/world/prince-harry-is-said-to-have-used-drugs.html

# *Prince Harry Is Said To Have Used Drugs*

**By The Associated Press**

Jan. 13, 2002

See the article in its original context from
January 13, 2002, Section 1, Page 10    Buy Reprints

**VIEW ON TIMESMACHINE**

TimesMachine is an exclusive benefit for home
delivery and digital subscribers.

Prince Charles took his youngest son, Harry, to a rehabilitation clinic to show him the dangers of drug and alcohol abuse, after the young prince admitted having smoked marijuana and getting drunk, a Sunday newspaper reported.

St. James's Palace, the official residence of Prince Charles, said the matter was now closed.

''This was a serious matter which was resolved within the family and is now in the past and closed,'' a spokesman said today, speaking on condition of anonymity.

According to tabloid News of the World, Charles made the decision after discovering the 17-year-old prince had used marijuana and had also been drinking at a pub near Charles' Highgrove country estate in western England.

Marijuana use is illegal in Britain and the legal drinking age is 18. Harry was 16 when he confessed to his father last summer, the newspaper reported.

The newspaper said Harry experimented with marijuana over a two-month period at Highgrove, in a rundown shed at a nearby pub and at private parties held by friends.

Charles was alerted to his son's behavior by a Highgrove member of staff, the newspaper reported. He confronted the young prince and took him to a drug rehabilitation center in south London, where he spent a day talking with addicts.

 INDEPENDENT  

NEWS    SPORTS    VOICES    CULTURE    LIFESTYLE    TRAVEL    PREMIUM

News > UK > This Britain

# Prince Harry sent to rehab over drink and drugs

**Claire Hill**   •   Sunday 13 January 2002 01:00   •   💬 Comments

    



Sign up to our free breaking news emails

Email                                                          SIGN UP

☐ I would like to be emailed about offers, events and updates from The Independent. Read our privacy notice

**Internal links**

Harry's friends are no strangers to drugs

Prince Harry was sent to a drugs rehabilitation clinic after he admitted to smoking cannabis and drinking alcohol, it emerged last night.

His father, the Prince of Wales, sent his son to Featherstone Lodge Rehabilitation Centre in Peckham, south London. Prince Charles took the decision after learning his son had taken drugs during private parties at Highgrove, and had drunk alcohol at the nearby Rattlebone Inn in Sherston, reports said.

 

These incidents are reported to have happened last June and July when Harry was 16. It is believed that Prince Charles was alerted to the problem when a senior member of staff noticed a smell of cannabis. In the late summer, he visited the rehabilitation centre for what was intended to be a "short, sharp shock".

Bill Puddicombe, the chief executive of Phoenix House Treatment Service For Drug Dependency, confirmed Prince Harry's visit to the lodge. "The visit was at the request of the Prince of Wales, who is our patron," he said. "Prince Harry came for a couple of hours on a day in late summer and talked to several people in recovery, heroin and cocaine addicts mostly.

"They told him what had happened in their lives, which must have been quite harrowing for him. Prince Harry was friendly and relaxed and the residents liked him and responded very warmly to him.

"I spoke to the Prince in November and was pleased to hear that Harry had enjoyed his visit and learnt a lot.

"It was an opportunity for the Prince of Wales to teach Prince Harry about our work and the consequences of taking drugs. Featherstone has helped an enormous number of people, and we are pleased if the visit helped Prince Harry too."

**APP. C 297**

Prince Harry was reportedly shown the residential and detox areas and sat in on a communal therapy group and heard stories of addicts moving from cannabis to cocaine and heroin.

A spokesman for St James's Palace said last night: "This is a serious matter which was resolved within the family, and is now in the past and closed." It is expected there will be widespread praise for the Prince of Wales's actions.

Prince Harry, now at Eton public school and planning to go to agricultural college after his A-levels, is the latest in a line of young aristocrats and politicians' children who have succumbed to drug taking. The Hon Nicholas Knatchbull, a godson of Prince Charles, was in a rehabilitation clinic last year. Camilla Parker Bowles's son, Tom and Lord Frederick Windsor have also admitted using cocaine. Tony Blair's son, Euan, was found drunk in Leicester Square in 2000 when he was 16.

The *Mail on Sunday* also reported last night that the prince was at the centre of a

abused a French employee and was ordered to leave the premises, the report said. The landlord, David Baker, left the pub within weeks of the incident.

The Prince of Wales was involved in an underage drinking episode when he was 14. During a school sailing trip, he led his four friends to the Crown Hotel on the Isle of Lewis. He asked for a cherry brandy, the first drink that came to his mind.

 **Join our commenting forum**

Join thought-provoking conversations, follow other Independent readers and see their replies

 Comments ↓

Promoted stories                                                                                    Taboola Feed

## Man Who Predicted Lehman Crash Makes New Warning for 2023

INVESTING OUTLOOK | Sponsored

## This Year's Kia Lineup Is Turning Heads -- And Finally On Sale!

Best Kia Offers + Deals

BEST KIA DEALS | SEARCH ADS | Sponsored                                              Learn More

## White Mother's Cultural Hairstyle Choice For Her Daughter Leads To Backlash!

VIRAL NEW ONLINE | Sponsored

## #1 Tip for Thinning Hair

HAIR LA VIE | Sponsored

## Top Podiatrist: If You Have Toenail Fungus Try This Tonight (It's Genius!)

WELLNESSGUIDE101.COM | Sponsored                                                      Watch Now

## This "Botox In A Bottle" Sold Out At Target (in Just 2 Days)

VIBRIANCE | Sponsored                                                                  Learn More

**APP. C 299**

**The Observer**

🕐 This article is more than **21 years old**

# Prince Harry taken to drink and drugs rehab clinic

**Antony Barnett**

Sat 12 Jan 2002 23.36 EST

Prince Harry was taken to a drugs rehabilitation clinic for a day after Prince Charles discovered he had been regularly smoking cannabis and drinking alcohol, it emerged last night.

The prince, 16 at the time, was confronted last year by Prince Charles, who then arranged a visit to Featherstone Lodge, a detox centre for heroin addicts in Peckham, south London.

Royal sources confirmed that Harry, now 17, had confessed to 'experimenting' with cannabis on several occasions at his father's Highgrove home and drinking to excess at private parties and at a local pub in Wiltshire.

The latest revelations will be highly embarrassing for the royal family and also put a spotlight on how Prince Harry has coped since his mother Diana, Princess of Wales, was killed.

The News of the World quoted one source as saying: 'Since Princess Diana died, there has been a family rule that when Prince Harry is home from school, his father is at home at Highgrove.

'But last summer was different. Prince Harry was getting older, Prince Charles was often away on business in London and Prince William was on his gap year.

'So for the first time Prince Harry found himself occasionally at home alone at Highgrove and was encouraged to have friends round to keep him company. During a period covering June and July 2001, Prince Harry fell in with a bad lot at the Rattlebone Inn. There are so many fights at the Rattlebone Inn. In fact, earlier last year Prince Harry was involved in an incident after a fight broke out over out-of-hours drinking and was barred from the inn for a while.'

The News of the World reports that one of his new friends encouraged him to experiment with cannabis at a private party in Tetbury and on one occasion in the shed

at the back of the pub.

It was after a private party at Highgrove that a member of the Royal staff smelled cannabis and alerted Prince Charles. An aide to the Prince of Wales confirmed: 'Although his friends smoked at parties at Highgrove, Harry was mindful only to smoke in private with close friends in the local area.'

Charles is reported to have asked Prince William to suggest to Harry that he should spend some time at the Featherstone clinic to familiarise himself with the dangers of drugs. It was reported that the prince visited the centre for a day as a short, sharp shock and not for treatment.

According to the report, Charles told aides: 'There is no point in hiding the truth. These are the facts - let people make their own judgment.' St James's Palace said: 'This is a serious matter which was resolved within the family and is now closed.'

Article count **on**

*You've read 9 articles in the last year*

I hope you appreciated this article. Before you move on, I was hoping you would consider taking the step of supporting the Guardian's journalism.

From Elon Musk to Rupert Murdoch, a small number of billionaire owners have a powerful hold on so much of the information that reaches the public about what's happening in the world. The Guardian is different. We have no billionaire owner or shareholders to consider. Our journalism is produced to serve the public interest – not profit motives.

And we avoid the trap that befalls much US media – the tendency, born of a desire to please all sides, to engage in false equivalence in the name of neutrality. While fairness guides everything we do, we know there is a right and a wrong position in the fight against racism and for reproductive justice. When we report on issues like the climate crisis, we're not afraid to name who is responsible. And as a global news organization, we're able to provide a fresh, outsider perspective on US politics – one so often missing from the insular American media bubble.

Around the world, readers can access the Guardian's paywall-free journalism because of our unique reader-supported model. That's because of people like you. Our readers keep us independent, beholden to no outside influence and accessible to everyone – whether they can afford to pay for news, or not.

**If you can, please consider supporting the Guardian today. Thank you.**



Sign in

VEL   MOTORS

US Edition   |   Search



**EXCLUSIVE**

News  >  UK News

## DRUG CONFESSIONS Prince Harry, aged 17, told addicts at rehab he'd 'experimented' with cocaine, ketamine & cannabis following loss of mum

**Isaac Crowson**

**Published**: 16:00 ET, Jan 8 2023    **Updated**: 1:54 ET, Jan 9 2023

PRINCE Harry confessed to taking cocaine, ketamine



6

**A former resident of a drug rehab centre claims Harry confessed to taking cocaine, ketamine, cannabis and Nepalese hashish Temple Balls aged 17** Credit: David Hartley

6



It was widely reported around that time that Charles confronted Harry, who had confessed to "experimenting" with weed on several occasions at his father's Highgrove home.

But The Sun can reveal he went further than was publicly known and told startled addicts he had taken the Class A drug cocaine and Class B ketamine, a tranquilliser.

And he left them bemused with a confession to taking Temple Balls — which experts have warned are not for the casual drug taker.

It is a form of cannabis which has been cultivated in Nepal for hundreds of years — and is a plant concentrate which produces a much more potent high than regular weed.

Paul, 54, has come forward to talk about Harry's visit after the Duke of Sussex admitted to taking drugs in his memoir, Spare.

He claims: "Harry was so open. He said he'd taken ketamine, cannabis and also cocaine.



6

**Paul Smith, 52, said Harry claimed to have taken ketamine, cannabis and cocaine** Credit: Kevin Dunnett



6

ME    NEWS    ENTERTAINMENT    LIFESTYLE    MONEY    HEALTH    SPORT    TECH    TRAVEL    MOTORS    1

 **TRUMP INDICTED** Trump indicted over Stormy Daniels hush money after NY grand jury vote

 **QUE BELLA!** GMA star Michael's daughter Isabella, 18, shows off underboob in tiny bikini

 **WORK IT** I'm a gym girl who 'frees the tatas' - trolls moan about it but I don't care

 **END OF TIME** Doctors reveal how it feels as you die and 4 things that happen to everyone

"He said he'd struggled with the loss of his mother and I could relate to that. I'd also had bereavement in my family.

"He's a man in line to the throne at a drug rehab centre laying out his soul. It was shocking.

"We had no prior warning, we were just told he was heading in. He said when he was doing these things, he was out of control.

"It was brutally honest. I think he felt happy to speak around us."

wanted him to be alone and talk to real addicts about how bad drugs are.

"He did not even have his security people in the room at the time. I said my name was Paul and I explained my situation.



6

**Harry was taken to the rehab centre after the King**



**Harry also admits in Spare that he had lied about his cocaine use when confronted about it** Credit: Reuters

"I told him that he did not want to end up in a place like this. He talked about taking marijuana, Temple Balls and cocaine.

"He also talked about Ketamine. I was like, 'Oh my god' — I told him he needed to rein it in.

"But when all the drug taking stuff came out this week from his book I was shocked. I don't know why he decided to announce it all now. He said he felt very bad after taking the drugs."

In the book, Harry admits he took cocaine as a teenager and blamed it on an adolescent rebellion.

He says he was offered the Class A drug during a hunting weekend when he was 17 — and on a few other occasions.

into the garden of his neighbour, the Duke of Kent.

Psychedelic drugs had helped him escape into "another world", he adds, and he describes getting drunk on tequila and taking magic mushrooms with friends in [California] in 2016.

Harry also admits in Spare that he had lied about his cocaine use when confronted about it at the time of [the Queen]'s [Golden Jubilee] in 2002.

He says he was ushered into a small office and asked bluntly if he had taken the drug.

The unnamed member of the Royal Household said a journalist had claimed to have a photograph of the young prince taking cocaine.

## READ MORE ON THE US SUN



**HONORING A GREAT** My Kobe Bryant art tribute had me in...



**BUILDING TO IT** Top US theme park reopens this...

Harry denied the claim immediately and told the official to deny it to the journalist.



Get the latest financial, economic and market news, instantly.

You can change your preferences any time you want!

Later    Allow

Home   Latest   News   Markets   Premium   ...   ...chnology   Opinion   Web Stories   Videos

Home / News / World / 'What Meghan wants, she gets', Expert hints Markle responsible for Prince Harry's US visa scrutiny

## 'What Meghan wants, she gets', Expert hints Markle responsible for Prince Harry's US visa scrutiny

1 min read . Updated: 25 Mar 2023, 05:41 PM IST

Edited By **Sanchari Ghosh**



*The Heritage Foundation, a conservative think tank, has called for the release of Prince Harry's US visa application to see if he prop... moving to California in the summer of 2020.* **(REUTERS)**

**SYNOPSIS**
*Royal biographer criticized Meghan Markle for allegedly encouraging Prince Harry to reveal details of his drug use in his memoir 'Spare'*

Prince Harry's US visa is under scrutiny and partially his wife Meghan Markle is responsible for it. As per experts, Meghan should have wa... Harry about detailing his drug use in his book 'Spare' as it could have serious consequences for his visa status in the United States.



Market   Watchlist   Premium   For you   **APP. C 311**   Get App



**Get the latest financial, economic and market news, instantly.**

You can change your preferences any time you want!

e-paper

Home    Latest    News    Markets    Premium    ...    Technology    Opinion    Web Stories    Videos

After the book came out, The Heritage Foundation, a conservative think tank, has called for the release of Prince Harry's US visa application to see if he properly disclosed his past drug use before moving to California in the summer of 2020.

**Artificial Intelligence Investors Are Flocking To This Platform**

Linqto | Sponsored

**Find The Best Results For Blinds Now!**

Yahoo Search | Sponsored

**Dentists Are Surprised:**

...at he did not disclose this information, he could face deportation, as US immigration laws require visa applicants to disclose ...about their criminal history and drug use.

Advertisement



SPONSORED BY: CHARLES SCHWAB

**Schwab's Daily Market Update: Market at Close**

Find out Schwab experts' take on today's market action.

**This Vegetable Will Kill Your Belly And Arm Fat Overnight!**

WeightLoss | Sponsored

**How Installers Get Rid of Unsold Walk-In Tubs**

Consumer Daily | Sponsored

...gela Levin has criticized Meghan Markle for allegedly encouraging Prince Harry to reveal all of these details in his memoir. ...Prince Harry is "nervous" around his wife and is "frightened" of her. She claims that Meghan Markle controls everything and ...no longer the same person he was a few years ago.

...Meghan is delightful unless you say something that she doesn't want you to say and then she is really scary."

...what Meghan wants, Meghan gets," she remarked adding, "It's a tragedy because I think that he lets her say and do things that ...y 'no this is not how it works' that 'she is wrong'."

Advertisement

Ad Choices



It is unclear what the consequences would be ... om the United States over visa issues. Similarly, it is uncertain whether Prince Harry would return to Britain or whether Meghan Markle would remain in the United States.

## SIMILAR STORIES


**Meghan, Harry to become 'insignificant' soon, Royal expert sa...**


**Prince Harry back in UK court for battle with Daily Mail publi...**


**William-Kate are 'terrified' of Harry-Meghan, are keeping dis...**


**Janet Yellen Says Bank Rules Might Have Become Too Loose**


**'We don't want you here,' UK PM Rishi Sunak heckled over cont...**


**Walt Disney to release 'The Little Mermaid' on 26 May**

It is important to note that failing to disclose relevant information on a visa application can have serious consequences. US immigration laws have strict punishments for people who lie or hide information, and deportation is one of the potential outcomes.

Catch all the **Business News**, **Market News**, **Breaking News** Events and **Latest News** Updates on Live Mint. Download The **Mint News App** to get Daily Market Updates.    *More*

**You May Like**

**Check Taxes Off Your To-Do List For Free**
TaxSlayer

**Find The Best Results For Free Antivirus Now!**
Want to learn more about free antivirus? Browse results on Yahoo search now.
Yahoo Search    Learn More

**Experience Convenience and Comfort in**



Sign in

Home

News

TalkTV

TalkRadio

Piers Morgan

## be deported from the US over drug use?



his US visa application after admitting recreational drug use

**ether his US visa application included details of his past drug use.**

, cocaine and magic mushrooms. in his autobiography, Spare.

elease a copy of his application by a US conservative think tank to see whether he admitted to his drug use before n

sers like Prince Harry for narcotics trade 'misery'

Watch TalkTV     Listen to TalkRadio

etails of Harry's application should be released to confirm whether he was properly vetted before being allowed to

about previous drug use. Hundreds of Brits have been denied access to America after admitting prior drug misuse.

"This request is in the public interest in light of the potential revocation of Prince Harry's visa for illicit substance use

**APP. C 315**

ole for glaring book errors', says Royal commentator

Home



d cocaine when he was 17 and has used it recreationally since. He also said that he used cannabis and magic mushr

nigration officials knew about Harry drug use it raises questions over whether he was given special treatment becau

uld also be barred from applying for US citizenship and deported from the country he has lived in for nearly three y

APP. C 316

ENTERTAINMENT

# Explained: Why Meghan Markle is responsible for Harry's visa scrutiny

Prince Harry is frightened of his wife Meghan Markle, claims royal biographer; calls her really scary'. She controls every move of Harry

Lachmi Deb Roy  |  March 24, 2023 12:19:35 IST



*Prince Harry is 'frightened' of his wife Meghan Markle, claims royal biographer; calls her 'really scary'.*

Meghan Markle should have warned Prince Harry against revealing details about his drug usage for his memoir Spare. Harry has disclosed plenty of royal secrets and interesting details about his drug usage in his memoir Spare. For that reason, his visa applications have come under scrutiny and there are chances that he may be deported from the US. US immigration law tends to have very harsh punishment for people lying and hiding information. The royal biographer Angela Levin has called out Meghan Markle for not stopping  Prince Harry from revealing all details. In fact, she encouraged Harry to tell it all.

According to reports, a conservative think tank is calling for Prince Harry's US visa application to be released so Americans can see whether or not he admitted to his past drug use before moving to California in the summer of 2020. Now the obvious questions are what will happen to Meghan Markle if Harry gets deported from the USA over visa issues? Will Harry go back to Britain? Will Meghan continue to live in the US?

The Heritage Foundation, one of the country's preeminent right-wing think tanks, is arguing that US officials should release the details of the prince's application so Americans can see whether or not he was properly vetted before being allowed to enter the country. Applicants for US visas are typically asked about their criminal history and

APP. C 317

the country. Applicants for US visas are typically asked about their criminal history and drug use.

**Firstpost.**



**You May Like**

**This Year's Kia Lineup Is Turning Heads -- And Finally On Sale!**

Kia | Search Ads

Learn More

Sponsored Links by Taboola

About Firstpost                    Front Page                    Cricket Live Score

Press Release                      Politics                      New Delhi

RSS                                Sports                        Mumbai

Twitter                            India                         Fp Exclusives

According to reports, Angela Levin, the royal biographer has mentioned that **Prince Harry** is frightened of his wife Meghan Markle. She added that the **Duke of Sussex** is 'nervous' when he is around his wife. Referring to the Duchess of Sussex as 'really scary,' she said, "It's well known that Meghan is delightful unless you say something that she doesn't want you to say and then she is really scary."

According to GB News Harry doesn't want to say anything if Meghan wants to speak, if she wants to speak to someone before him he steps back, he's very nervous.' Calling him anxious, she alleged that Meghan probably controls everything because 'Harry isn't the same guy he was a few years ago.' "He said himself that what Meghan wants, Meghan gets", She remarked, "It's a tragedy because I think that he lets her say and do things that anyone else would say 'no this is not how it works' that 'she is wrong,'" the former biographer of Prince Harry explained.

Last month, she revealed that Prince Harry was 'shivering in his boots' about seeing the Royal Family before King Charles III's coronation over fears of 'royal retaliation'.

(With added inputs from agencies)

*Read all the **Latest News**, **Trending News**, **Cricket News**, **Bollywood News**, **India News** and **Entertainment News** here. Follow us on **Facebook**, **Twitter** and Instagram*

Copyright © 2023, Firstpost- All Rights Reserved.

Terms of use     Privacy     Cookie Policy

Updated Date:     March 24, 2023 21:23:12 IST

TAGS:     Buzz Patrol     Buzzpatrol     Control Freak Meghan Mrakle
Controversial Book Spare

Taboola Feed

**Forget Retinol, Use This Household Item To Fill In Wrinkles**

Beverly Hills MD | Sponsored

Learn more

***ROYAL FAMILY***     ***EXCLUSIVE***

## Lawyers reveal whether Prince Harry's drug use will affect US visa status

By Eileen Reslen

March 21, 2023  |  3:18pm

00:57  /  01:30

"Truth-teller" Prince Harry may find himself in hot water — and lose his rights to live in the US — for being too honest about his past drug use, a legal expert tells Page Six exclusively.

However, others argue that the British royal is in the clear — unless he happens to one day find himself behind bars.

"An admission of drug use is usually grounds for inadmissibility," former federal prosecutor Neama Rahmani says.

"That means Prince Harry's visa should have been denied or revoked because he admitted to using cocaine, mushrooms and other drugs."





Prince Harry's admission of drug use could affect his visa status.
Getty Images

The Duke of Sussex revealed in his memoir, "Spare," released in January, that he "drank heavily," used cocaine and smoked pot throughout his life.

While Harry, 38, claimed he only used coke as a teen, he has also admitted to experimenting with psychedelics well into his adulthood.

The prince said during an online chat with trauma expert Gabor Maté earlier this month that he considers hallucinogenic drugs a "fundamental" part of his life.



Harry, seen here in 2004, wrote about using cocaine in his book, "Spare."
Richard Young/Shutterstock

"It was the cleaning of the windscreen, the removal of life's filters — these layers of filters — it removed it all for me and brought me a sense of relaxation, relief, comfort, a lightness that I managed to hold back for a period of time," he shared at the time.

"I started doing it recreationally and then started to realize how good it was for me."

Attorney James Leonard, who represented "The Real Housewives of New Jersey" alum Joe Giudice in his immigration case, disagrees with Rahmani that Harry's status in the US is at such high risk.



"Absent any criminal charge related to drugs or alcohol or any finding by a judicial authority that Prince Harry is a habitual drug user, which he clearly is not, I don't see any issue with the disclosures in his memoir regarding recreational experimentation with drugs," the high-profile New Jersey-based lawyer tells Page Six.

**For more Page Six you love ...**

- Listen to our weekly "We Hear" podcast

- Subscribe to our daily newsletter

- Shop our exclusive merch

Leonard explains that drug users who are not US citizens would have to give immigration officials a reason to launch an investigation into the individual's status, like a criminal act.

"You've got to give them something that would trigger it, and revealing it in a book, that you experimented with drugs when you were a young man, I don't think gets you there," the celebrity attorney adds.



Legal experts say Harry's visa would only be at risk if he faced criminal charges.

The Daily Stardust / ShotbyNYP/MEGA / BACKGRID

"Immigration is not going to do anything based on that. If he got arrested or if he got a DWI, then we're having a different conversation."

Sam Adair, an immigration lawyer with more than two decades of experience, agrees with Leonard that it is "unlikely that these admissions will present a problem."

"If there had been a conviction, it would have likely been a significant issue in getting a visa," the executive partner at Graham Adair points out.



Harry moved to the US in 2020 with his wife, Meghan Markle.

Getty Images for 2022 Robert F. Kennedy Human Rights Ripple of Hope Gala

He adds, "This isn't to say that drug use could not be a problem in the immigration process, but in this circumstance, it is unlikely that this would present an issue.

"It isn't clear to me what the duke's visa status is in the US, but breaking the law could be an issue in getting a visa renewed or for readmission to the US. But recreational drug use that has not been the subject of criminal scrutiny is unlikely to present an issue for someone's visa status."

However, Rahmani maintains that there is "no requirement that the person actually be convicted of a drug offense."



Harry resides in the US full-time with his wife and two kids, Archie and Lilibet.

Alexi Lubomirski / Duke and Duchess of Sussex

He notes, though, that a loophole for drug users to stay in the US would be for them to "get a waiver" as proof that their substance abuse "is in remission."

**APP. C 328**

"Someone is considered in remission after one year of sobriety," Rahmani explains. "A waiver request requires a doctor to submit medical records, but it's unclear whether Prince Harry made such a request because immigration files are not public."

Harry has not disclosed whether he has ever struggled with serious drug issues, but his father, King Charles III, sent him to a rehab center at age 17 after he confessed to smoking marijuana.



Markle is a US citizen.
AFP via Getty Images

Adair says past recreational drug use is "not something that is likely to have been raised in a visa interview," so it was likely not an issue during Harry's approval process.

"The drug use could be an issue if there had ever been an arrest, charge or conviction, but recreational use would not likely come up in the visa interview," the Texas-based lawyer concludes.

Leonard agrees, "If he had a criminal charge, it could absolutely affect his status and whether it gets renewed or terminated. But just to say that you indulged in that behavior, the answer is no [it would not affect his status]."



Harry and Markle quit the British royal family in January 2020.

Getty Images

206    **What do you think? <u>Post a comment.</u>**

Harry moved to California with his wife, Meghan Markle, and their son, Archie, in early 2020 after quitting the royal family that January.

According to a 2021 article by the Times, the duke has no plans to seek a permanent US residency, citizenship or a "green card at any point."

A top immigration attorney previously told Page Six that should any issues arise, Markle, 41, who was born in California, could sponsor her husband.

FILED UNDER    <u>**CALIFORNIA**</u>, <u>**CELEBRITY MEMOIRS**</u>, <u>**COCAINE**</u>, <u>**DRUGS**</u>, <u>**IMMIGRATION**</u>, <u>**MEGHAN MARKLE**</u>, <u>**PRINCE HARRY**</u>, <u>**PRINCE HARRY 'SPARE' BOOK**</u>, <u>**UNITED KINGDOM**</u>, <u>3/21/23</u>

**APP. C 330**



# Prince Harry Facing Questions Surrounding U.S. Visa After Admitting To Using Drugs

 by Nicky Kashani (https://uinterview.com/author/nicky/)    ⏱ March 27, 2023, 11:29 pm

🗎 Daily Digest (https://uinterview.com/news/daily-digest/), News (https://uinterview.com/news/), News Feed (https://uinterview.com/news/news-featured/)

Like 4

Follow uInterview

(http://www.facebook.com/UInterview)

(http://twitter.com/intent/follow?source=followbutton&variant=1.0&screen_name=uinterview)

(http://instagram.com/uinterview)        (http://www.pinterest.com/uinterview)

(http://www.youtube.com/channel/UC5zK7aIISSx6rmhkTOMvHIA?sub_confirmation=1)

1

**Prince Harry (https://uinterview.com/tag/prince-harry)** has made some bombshell revelations (https://uinterview.com/news/prince-harry-says-hes-circumcised-discusses-his-penis-in-memoir-spare/) in his recent interviews and 2023 autobiography, *Spare.* The most recent to come under

scrutiny is his admission to having experimented with illicit drugs, such as cocaine and magic mushrooms (https://uinterview.com/news/prince-harry-says-he-did-cocaine-had-a-bad-trip-off-mushrooms-in-new-memoir/), which has raised questions about whether he declared his past substance use when applying for residency, and why it has not impacted his ability to obtain a U.S. visa.

The Heritage Foundation's Oversight Project has submitted a request for Prince Harry's visa documents under the Freedom of Information Act. Experts believe that if the Heritage Foundation's investigation finds the Duke of Sussex to have lied on his application, he could have his visa revoked and could face deportation.

**50 BEST CELEBRITY BIKINIS SLIDESHOW! (https://uinterview.com/photos/50-best-celebrity-bikinis-how-to-buy-them/)**

Experts say that an admission of drug use is usually grounds for inadmissibility.

If, however, the investigation finds that he has mentioned his history with illicit drugs, then it would suggest that he has received unfair preferential treatment due to his royal status or as a result of his wife **Meghan Markle** (https://uinterview.com/tag/Meghan-markle)'s fame.

Many individuals with a history of substance use have been refused from the U.S. in the past. For example, in 2014, food writer and TV chef **Nigella Lawson** was banned from an LAX-bound flight from London Heathrow, four months after admitting to experimenting with Class-A drugs.

While the 38-year-old prince claimed to have only engaged in cocaine use in his teenage years, he recalled his experimentation with psychedelics to have been well into his adulthood, at the Los Angeles home of actress **Courteney Cox** (https://uinterview.com/news/courtney-cox-reacts-to-prince-harry-saying-he-took-magic-mushrooms-at-her-house/). Earlier this month, the duke told trauma expert Dr. **Gabor Maté** that hallucinogenic drugs are a "fundamental" part of his life.

"It was the cleaning of the windscreen, the removal of life's filters — these layers of filters — it removed it all for me and brought me a sense of relaxation, relief, comfort, a lightness that I managed to hold back for a period of time," he told Maté, admitting that he began "doing it recreationally and then started to realize how good it was for me."

Despite the backlash, there are some who believe that without a criminal act, immigration officials will not have sufficient reason to launch an investigation.

**APP. C 332**

(/)

Celeb (Https://Hellogiggles.Com/Celebrity/) | News
(Https://Hellogiggles.Com/News/)

## Prince Harry Might Face Deportation Over Past Drug Use

A CONSERVATIVE THINK TANK IS DEMANDING THAT PRINCE HARRY MAKES HIS VISA APPLICATION PUBLIC.

By EMILY WEAVER     MARCH 22, 2023



Karwai Tang/WireImage (https://www.gettyimages.com/detail/news-photo/prince-harry-duke-of-sussex-hosts-the-rugby-league-world-news-photo/1200010058)

**Prince Harry** (https://hellogiggles.com/meghan-markle-and-prince-harry-are-making-big-coronation-demands-says-source/)'s cons list for attending **King Charles** (https://hellogiggles.com/king-charles-prince-harry/)'s coronation just got one bullet point longer — and a whole lot more complicated. A Washington D.C.-based conservative think tank is demanding that Harry's U.S. visa application be made public following his admission of past drug use (https://hellogiggles.com/prince-harry-memoir-spare-bombshells/).

ADVERTISEMENT

Earlier this year, during his global press tour for *Spare*, Harry reve[...] camera he has used cocaine, magic mushrooms, marijuana, and psychedelics including ayahuasca. The Heritage Foundation want[...] know if Harry omitted to use of those drugs on his application.

by pellabranch.com/northern-virginia    Learn more



APP. C 335

If the answer is yes, he could be facing possible deportation for lying to immigration officials. That also means if he decides to travel to the U.K. for Coronation Weekend, he may not be allowed back into the US.

ADVERTISEMENT

"This request is in the public interest in light of the potential revocation of Prince Harry's visa for illicit substance use and further questions regarding the Prince's drug use and whether he was properly vetted before entering the United States," The Heritage Foundation's Oversight Project director Mike Howell told _Daily Mail_ (https://www.dailymail.co.uk/news/article-11884759/So-DID-Prince-Harry-visa-despite-drug-use-Campaigners-demand-know.html).

The real ticker is whether or not Harry received preferential treatment for being a Prince, The Heritage Foundation added. Typically, those with a history of drug use are denied entrance into the U.S. Thus, if Harry was honest about his drug record and immigration turned a blind eye, the public may have something to say about that.

**RELATED**: Meghan Markle and Prince Harry Are Making Big Coronation Demands, Says Source (https://hellogiggles.com/meghan-markle-and-prince-harry-are-making-big-coronation-demands-says-source/)

"An admission of drug use is usually grounds for inadmissibility," former federal prosecutor Neama Rahmani told _Page Six._ (https://pagesix.com/2023/03/21/lawyers-reveal-prince-harrys-drug-use-could-affect-us-visa/) "That means Prince Harry's visa should have been denied or revoked because he admitted to using cocaine, mushrooms, and other drugs."

Albeit, attorney James Leonard argues Harry's past drug use would have to be linked to a criminal charge for immigration to raise eyebrows.

ADVERTISEMENT

*(/)*

"Absent any criminal charge related to drugs or alcohol or any finding by a judicial authority that Prince Harry is a habitual drug user, which he clearly is not, I don't see any issue with the disclosures in his memoir regarding recreational experimentation with drugs," he told the outlet.

"You've got to give them something that would trigger it, and revealing it in a book, that you experimented with drugs when you were a young man, I don't think gets you there," Leonard continued.

Leonard did note, however, if Harry ever got a DWI or was arrested, then his visa might be in jeopardy.

Visa records are kept private, so it's uncertain whether The Heritage Foundation's legal dispute will go in their favor. It's also unclear what this may mean when Harry has to review his U.S. visa.

**EMILY WEAVER**

Emily is a NYC-based freelance entertainment and lifestyle writer — though, she'll never pass up the opportunity to talk about women's health and sports (she thrives during the Olympics). *Read more (https://hellogiggles.com/author/emily-weaver/)*

FILED UNDER

**MEGHAN MARKLE** • **NEWS** • **PRINCE HARRY** • **ROYALS**

## SPONSORED CONTENT







YourDIY
Meet The Wives Of The Richest Men In The World
(https://diy.whtrkr.com/da97f65bc1b3e4903...spadid=44119517&spcampaid=80772309&wou...

MoneyPail
15 Classic Movies That Are Now Unacceptable
(https://rfytab.moneypail.com/cl/fafflous-...source=outbrain&utm_medium=cpc&utm_campaign=diy_us_d...never-get-made-today/ss?utm_source=ob&utm_campaign=$publisher_id$_$section_id$_$content=0056...nevertdy-ac2-mb1-ompl1-dc-us-sj-1z3&utm_term=$publisher_name$&obOrigUrl=true)

HorizonTimes
[Gallery] 20 Haircuts That Make A Woman Over 60 Look Younger
(https://rfytab.horizontimes.com/worldwide/hairstyle-look-younger-ta?utm_medium=outbrain&utm_source=outbrain&utm_ca...ht-hairstyles2-c10d115-d-us-261022zc&utm_term=$section_name$_$section_id$&...



# Prince Harry's U.S. Visa 'Should Have Been Denied Or Revoked' Following Drug Use Admission, Lawyer Says — But Others Disagree

By BECCA LONGMIRE. Published: 22 Mar 2023 2:02 PM    Last updated: 23 Mar 2023 5:11 PM



Legal experts have spoken out about whether Prince Harry's past drug use admission will affect his rights to live in the U.S.

Harry, who stepped back as a senior royal alongside wife Meghan Markle in March 2020 before moving to California, admitted to taking cocaine, mushrooms and smoking weed, as well as drinking heavily, in his tell-all memoir *Spare*.

Former federal prosecutor Neama Rahmani has now told **Page Six (https://pagesix.com/2023/03/21/lawyers-reveal-prince-harrys-drug-use-could-affect-us-visa/)** that his admission should have previously been declared to officials.

"An admission of drug use is usually grounds for inadmissibility," Rahmani said.

"That means Prince Harry's visa should have been denied or revoked because he admitted to using cocaine, mushrooms and other drugs."

Rahmani, who is president of West Coast Trial Lawyers, insisted there was "no exception for royalty or recreational use."

Despite Rahmani's comments, other legal experts have said Harry would only have issues if he was to get into trouble and do something that was considered a criminal act.

James Leonard, who represented "The Real Housewives of New Jersey" star Joe Giudice in his immigration case, told the publication: "Absent any criminal charge related to drugs or alcohol or any finding by a judicial authority that Prince Harry is a habitual drug user, which he clearly is not, I don't see any issue with the disclosures in his memoir regarding recreational experimentation with drugs.

(https://etcanada.com/)

"You've got to give a bit of a thought that his drug use, meaning drug use, that you experienced with drugs when you were a young man, I don't think gets you there.

"Immigration is not going to do anything based on that. If he got arrested or if he got a DWI, then we're having a different conversation."

READ MORE:  **Courteney Cox Responds To Prince Harry Saying He Ate Psychedelic Mushrooms At Her House: 'I Wasn't Passing Them Out' (https://etcanada.com/news/972170/courteney-cox-responds-to-prince-harry-saying-he-ate-psychedelic-mushrooms-at-her-house-i-wasnt-passing-them-out/)**

Immigration lawyer Sam Adair agreed with Leonard that it is "unlikely that these admissions will present a problem."

"If there had been a conviction, it would have likely been a significant issue in getting a visa," he said, adding: "This isn't to say that drug use could not be a problem in the immigration process, but in this circumstance, it is unlikely that this would present an issue.

"It isn't clear to me what the Duke's visa status is in the U.S., but breaking the law could be an issue in getting a visa renewed or for readmission to the U.S. But recreational drug use that has not been the subject of criminal scrutiny is unlikely to present an issue for someone's visa status."

Leonard pointed out, "If he had a criminal charge, it could absolutely affect his status and whether it gets renewed or terminated. But just to say that you indulged in that behaviour, the answer is no [it would not affect his status]."

"Someone is considered in remission after one year of sobriety," Rahmani did state of a possible loophole. "A waiver request requires a doctor to submit medical records, but it's unclear whether Prince Harry made such a request because immigration files are not public."

Harry's drug use admissions hit headlines around the world when his book was released in January.

READ MORE:  **Prince Harry Opens Up About Losing His Virginity To An Older Woman In A Field And Taking Cocaine At Age 17 In Bombshell New Memoir (https://etcanada.com/news/956236/prince-harry-opens-up-about-losing-his-virginity-to-an-older-woman-in-a-field-and-taking-cocaine-at-age-17-in-bombshell-new-memoir/)**

He revealed he'd previously dug in to **"a huge box of black diamond mushroom chocolates" (https://etcanada.com/news/957921/prince-harry-ate-psychedelic-mushrooms-at-courteney-coxs-house-and-her-toilet-talked-to-him/)** while staying at Courteney Cox's house years ago, as well as admitting to taking cocaine for the first time at age 17 during a hunting weekend.

Harry wrote of taking the drug, "It wasn't much fun, and it didn't make me feel particularly happy the way the others seemed to, but it did make me feel different, and that was my main goal. To feel. To be different."

The Duke of Sussex said he was a "17-year-old willing to try almost anything that would upset the established order" at the time, adding that he smoked cigarettes and cannabis, as well.

# Prince Harry is urged to reveal how he answered drug question in US visa application

Caroline Graham In Los Angeles |      Daily Mail Online (UK)

**Search Details**

| | |
|---|---|
| Search Query: | advanced: ATLEAST4("drug use") and ("u.s." or "United States") and visa |
| Jurisdiction: | FE |

**Delivery Details**

| | |
|---|---|
| Date: | April 1, 2023 at 5:35 PM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

WESTLAW   © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

4/1/23 Daily Mail Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 11706208

Daily Mail Online (UK)
Copyright (c) 2023 Dailymail.co.uk

April 1, 2023

## Prince Harry is urged to reveal how he answered drug question in US visa application

Caroline Graham In Los Angeles

Prince Harry has been urged to be 'totally transparent' and release details of his US visa application or risk becoming a 'political pawn' over his past drug use.

US immigration authorities have until April 12 to respond to a Freedom of Information (FoI) request filed by a leading American think-tank which is seeking to determine how the Duke of Sussex was allowed to enter the States after openly admitting using a variety of substances in the past, including marijuana, cocaine and magic mushrooms.

FoI seeks to determine how the Duke of Sussex was allowed to enter the States He has openly admitting using a variety of illegal substances in the past

Under US law, anyone applying for a visa to live and work in America has to tick a box to answer 'yes' or 'no' to the question: 'Are you or have you ever been a drug abuser or addict?'

In his controversial memoir Spare and in a 'therapy session' with toxic trauma expert Dr Gabor Mate to promote his book last month, Harry admitted using psychedelic drugs.

They included the hallucinogenic Amazonian plant ayahuasca, whose effect he described as 'the cleaning of the windshield, the removal of life's filters'.

But under US law, an admission of drug use usually results in a person being denied entry to the States, as happened in the case of chef Nigella Lawson and the late singer Amy Winehouse.

The issue of immigration is expected to become one of the main focuses of the 2024 presidential election, with Republicans attacking President Joe Biden for his lax border controls. And there are fears that Harry's friendships with prominent Democratic Party figures such as former president Barack Obama and major Democratic donors including Oprah Winfrey and Tyler Perry could see him become an 'unwitting pawn in a highly political game'.

Last night, in an exclusive interview with The Mail on Sunday, senior lawyer Samuel Dewey at conservative think-tank the Heritage Foundation, which has filed a 127-page FoI request to see the Duke's application, said: 'It is in the public interest to know how Prince Harry answered the drug question.

'If he has been honest and open about his **drug use**, and there is no reason to believe he has not been, it could well be that he ticked the "yes" box, in which case he would need a waiver to be granted a **visa** to be admitted into the States.

'That means he would have had to be interviewed in person and someone would have had to grant him a waiver. We are simply asking who granted that waiver.'

There is a history of authorities releasing immigration documents about public figures.

The **US** Citizenship and Immigration Services website has an electronic reading room which contains the immigration files of people such as Shyamala Gopalan Harris, mother of **US** Vice-President Kamala Harris, and George Michael and John Lennon.

Other celebrities whose files are open to the public include Canadian-born Superman actress Margot Kidder and British actress Lynn Redgrave.

Mr Dewey added: 'An admission of **drug use** doesn't automatically ban you for ever.

'There is a waiver process and a lot of people get a waiver on a case-by-case basis. If Prince Harry was given a waiver, who authorised it? Was the correct protocol followed? It's something the American people deserve to know.'

Often a ban is overturned after an in-person interview at a **US** consulate or official immigration office, where a waiver can be issued.

In 2014, Ms Lawson was prevented from entering the **US** after admitting during a court case to taking cocaine, even though she told a judge: 'I have never been a drug addict. I've never been a habitual user.' She was later granted a **visa** after being interviewed at the **US** Embassy in London, while Ms Winehouse was twice refused entry because of her **drug use**.

Mr Dewey said: 'There is no suggestion Prince Harry did anything wrong and, if he was granted a waiver, he may not be aware of any political strings that may have been pulled, if indeed they were. But there is a danger he could become an unwitting pawn in an issue which has become a political hot potato.'

Reports in the **US** have suggested Harry was admitted on an 'O' **visa** – given to people of extraordinary ability.

Nile Gardiner, a director of the Margaret Thatcher Center for Freedom at the Heritage Foundation, said: 'This is a much bigger issue than Prince Harry. It is about enforcing immigration law and ensuring that no one is above the law. Prince Harry is simply the tip of the iceberg.

'There are many who believe that under President Biden immigration laws have become lax and are not being properly implemented. Prince Harry openly talked about his **drug use** and he has done so for commercial and financial gain, to sell books. In our opinion, there is no case for privacy here.'

The MoS sought comment on Prince Harry's immigration status from the **US** Department of Homeland Security, the **US** Citizenship and Immigration Services, Immigration and Customs Enforcement, **US** Customs and Border Protection, California Border Patrol and the Sussexes' Archewell organisation. None responded.


---- Index References ----

Company: **U.S.** Customs and Border Protection,; **US** Citizenship and Immigration Services; HERITAGE FOUNDATION (THE); **U.S.** Department of Homeland Security

News Subject: (Crime (1CR87); Government (1GO80); Immigration & Naturalization (1IM88); Legislation (1LE97); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05); U.S. Legislation (1US12))

Industry: (Celebrities (1CE65); Entertainment (1EN08))

Region: (USA (1US73))

Language: EN

Other Indexing: (Margaret Thatcher Center for Freedom; Democratic Party; California Border Patrol; Sussexes' Archewell; US Customs and Border Protection; US Citizenship and Immigration Services; Heritage Foundation; US Department of Homeland Security) (Prince Harry)

Word Count: 843

---

**End of Document**

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

---

 © 2023 Thomson Reuters. No claim to original U.S. Government Works.

# Prince Harry urged to show how he answered drug questions for US visa

By, Will Maule |      Daily Mirror Online (UK)

## Search Details

Search Query:      advanced: ATLEAST4("drug!") and ("u.s." or "United States") and
                   ATLEAST2(visa)
Jurisdiction:      FE

## Delivery Details

Date:              April 1, 2023 at 10:05 PM
Delivered By:      Samuel Dewey
Client ID:         SED
Status Icons:

NewsRoom

4/1/23 Daily Mirror Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 11709245

Daily Mirror Online (UK)
Copyright (c) 2023 Mirror.co.uk

April 1, 2023

Prince Harry urged to show how he answered **drug** questions for **US** **visa**
A Freedom of Information (FoI) request has been filed after Prince Harry
admitted to taking a variety of substances in the past, including marijuan...

By, Will Maule

A Freedom of Information (FoI) request has been filed after Prince Harry admitted to taking a variety of substances in the past, including marijuana, cocaine and magic mushrooms

Prince Harry is under pressure to reveal the answers he gave on his **US** **visa** application regarding his previous **drug** use.

**Visa** applicants are required to tick a box to answer 'yes' or 'no' to the question: 'Are you or have you ever been a **drug** abuser or addict'

A Freedom of Information FoI request has been filed by a leading **US** think tank who are asking the Duke to be "totally transparent" about his answers.

Harry has openly admitted to using a variety of substances in the past, including marijuana, cocaine and magic mushrooms.

In his best-selling memoir, Spare, the royal recalled using psychedelic **drugs**.

He reaffirmed the **drug** usage last month while taking part in a 'therapy session' with toxic trauma expert Dr Gabor Mate.

The **drugs** he took included the hallucinogenic Amazonian plant ayahuasca, which supposedly has the effect of "removing life's filters".

Admission of **drug** use usually results in **visa** applications being denied.

Senior lawyer Samuel Dewey at conservative think-tank the Heritage Foundation, which has filed a 127-page FoI request to see the Duke's **visa** application, told the Mail on Sunday: "It is in the public interest to know how Prince Harry answered the **drug** question.

"If he has been honest and open about his **drug** use, and there is no reason to believe he has not been, it could well be that he ticked the "yes" box, in which case he would need a waiver to be granted a **visa** to be admitted into the States.

"That means he would have had to be interviewed in person and someone would have had to grant him a waiver. We are simply asking who granted that waiver."

Mr Dewey highlighted that an initial visa rejection does not always mean a lifetime barring from the US.

A ban is sometimes overturned following an in-person interview at a US consulate or official immigration office, where a waiver can be issued.

It comes after America's Heritage Foundation called for Harry's visa application to be released so the US taxpayer can understand whether the royal declared his drug use.

---- Index References ----

News Subject: (Crime (1CR87); Drug Addiction (1DR84); Foundations (1FO95); Health & Family (1HE30); Immigration & Naturalization (1IM88); Philanthropy (1PH09); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Language: EN

Other Indexing: (America's Heritage Foundation) (Prince Harry)

Word Count: 381

                                        © 2023 Thomson Reuters. No claim to original U.S. Government Works.



WESTLAW  © 2023 Thomson Reuters. No claim to original U.S. Government Works.        APP. C 344    2

# Prince Harry – latest court news: Duke accuses royals of withholding phone hacking evidence from him

Thomas Kingsley, Maryam Zakir-Hussain and Andy Gregory |        Independent Online (UK)

## Search Details

| | |
|---|---|
| Search Query: | advanced: ATLEAST4("drug!") and ("u.s." or "United States") and ATLEAST2(visa) |
| Jurisdiction: | FE |

## Delivery Details

| | |
|---|---|
| Date: | April 1, 2023 at 10:05 PM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

WESTLAW   © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

3/28/23 Independent Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 11118787

Independent Online (UK)
Copyright (c) 2023 Independent.co.uk

March 28, 2023

## Prince Harry – latest court news: Duke accuses royals of withholding phone hacking evidence from him
### Allegation over historic phone hacking emerged in fresh High Court privacy hearing against different publisher

Thomas Kingsley,Maryam Zakir-Hussain and Andy Gregory

Prince Harry has accused the royal family of "without doubt" withholding information from him "for a long time" about phone hacking as they did not want to "open a can of worms", the High Court has heard.

The allegation – relating to News Group Newspapers – emerged in a witness statement submitted by the Duke of Sussex in the high-profile privacy case against Daily Mail publisher Associated Newspapers, which he is bringing alongside Sir Elton John, Baroness Doreen Lawrence, and others.

In the second day of a preliminary hearing at London's Royal Courts of Justice, the publisher argued that part of the case should be thrown out as it relies on documents supplied confidentially to the Leveson Inquiry.

The allegations – which are denied – include the hiring of private investigators to place listening devices inside cars and the accessing and recording of private phone conversations.

The court heard on Monday that Prince Harry had lost or "cut off" friends as "everyone became a 'suspect' since he was misled by the way that the articles were written into believing that those close to him were the source" of articles about him.

**Key Points**
Prince Harry claims Buckingham Palace 'withheld' information about historic phone hackingDaily Mail publisher claims privacy case uses files provided confidentially to Leveson Inquiry ...... as complainants argue banning this 'highly relevant' material from case would be 'draconian'Sir Elton John in court as judge told publisher saw copy of child's birth certificate before himDoreen Lawrence's bank accounts were monitored and landline hacked, court hearsPublisher brands allegations 'preposterous smears'Judge grants anonymity for Mail journalists involved in alleged phone-tapping

17:01 , Andy Gregory Prince Harry has said the Royal Family withheld information from him about phone hacking because they didn't want him to bring a claim as it would "open a can of worms", my colleague Thomas Kingsley reports.In a witness statement submitted before his civil claim against Daily Mail publisher Associated Newspapers, the Duke of Sussex said that he was conditioned to accept his family's rule to "never complain, never explain" when dealing with the press."The Institution made it clear that we did not need to know anything about phone hacking and it was made clear to me that the Royal Family did not sit in the witness box because that could open up a can of worms," the Duke said in his statementBut discussing phone hacking

claims against News Group Newspapers, Harry said "I became aware that I had a claim that I could bring" in 2018. You can refresh this breaking report for updates: Duke says Royal Family 'without doubt' withheld phone hacking information from him 16:41 , Andy Gregory15:59 , Thomas Kingsley David Sherborne, the lawyer representing Prince Harry and the other claimants, says the possibly confidential material they're relying upon for their case is "highly relevant".He claims that even if Mr Justice Nicklin found they were in breach of orders imposed by the Leveson inquiry which restrict their disclosure, removing this element of their argument from the case would be a "draconian" measure."We don't accept that there is no room for manoeuvre," Mr Sherborne told the judge. 15:38 , Andy Gregory The Duke of Sussex has not returned to the courtroom in the Royal Courts of Justice during an afternoon break in the preliminary hearing. 15:17 , Andy Gregory Baroness Doreen Lawrence has returned to London's Royal Courts of Justice today for the preliminary hearing of her case against Associated Newspapers.Her lawyers say that she feels a "deep sense of betrayal" over Associated Newspapers Limited (ANL) allegedly hiring private investigators to "unlawfully or illegally" obtain her private information.Baroness Lawrence alleges that her landline and bank accounts were monitored by private investigators, who she claims made "corrupt payments" to Metropolitan Police officers for information about the investigation into her son Stephen's murder in 1993. 14:44 , Andy Gregory Prince Harry suffered from "suspicion and paranoia" and lost friends because of newspaper articles, a court heard on Monday, as he launched his campaign to reform the media with a surprise appearance in London.The Duke of Sussex flew 5,500 miles from his new home in California to attend a High Court hearing as the Daily Mail 's publisher bids to throw out claims against its titles, including accusations of phone-hacking.Also in court were Sir Elton John, Sadie Frost, and Baroness Lawrence, who are among the public figures suing Associated Newspapers for alleged unlawful activity.'Paranoid' Prince Harry lost friends over 'unlawful' newspaper stories, court hears 14:12 , Andy Gregory A High Court judge has said he is "concerned" about who is responsible for policing confidentiality undertakings made during the Leveson Inquiry.Associated Newspapers Limited (ANL)'s argument is that part of the case brought by seven high-profile individuals relies upon documents that were provided by the company to the Leveson Inquiry in 2011 and 2012 with the understanding that they were confidential.The company maintains that these documents are subject to binding disclosure and publication restriction orders and undertakings as to their use, and that lawyers for the people bringing the claim are in breach of these by relying on them without first applying for their disclosure.However on Tuesday, Mr Justice Nicklin said it was not clear who polices the undertakings as the Leveson Inquiry no longer exists.He said that "basic contract law" requires that in order for a confidentiality agreement to be enforced someone has to be able to stand there and say that they have the power to enforce it."Who is that person?" he asked, adding: "I am now concerned about who is responsible for policing the Leveson undertakings." 14:00 , Maryam Zakir-HussainIn case you missed it... The Duke of Sussex claims he was "largely deprived" of important parts of his teenage years due to the unlawful actions of the Daily Mail's publisher, court documents have shown as he made a surprise appearance at the High Court in London.Harry, Sir Elton John, his husband David Furnish, Baroness Doreen Lawrence of Clarendon and Sadie Frost all attended the Royal Courts of Justice on Monday for the start of the first hearing in their claims against Associated Newspapers Limited (ANL).The high-profile individuals are part of a group, which also includes Liz Hurley and former Lib Dem MP Sir Simon Hughes, bringing privacy claims against the publisher over allegations it carried out or commissioned illegal or unlawful information-gathering.Harry 'deprived' of parts of teenage years due to Mail publisher, court told 13:57 , Maryam Zakir-Hussain A High Court judge has said he is "concerned" about who is responsible for policing confidentiality undertakings made during the Leveson Inquiry.Associated Newspapers Limited (ANL)'s argument is that part of the case brought by seven high-profile individuals relies upon documents that were provided by the company to the Leveson Inquiry in 2011 and 2012 with the understanding that they were confidential.The company maintains that these documents are subject to binding disclosure and publication restriction orders and undertakings as to their use, and that lawyers for the people bringing the claim are in breach of these by relying on them without first applying for their disclosure.However on Tuesday, Mr Justice Nicklin said it was not clear who polices the undertakings as the Leveson Inquiry no longer exists.He said that "basic contract law" requires that in order for a confidentiality agreement to be enforced someone has to be able to stand there and say that they have the power to enforce it."Who is that person?" he asked, adding: "I am now concerned about who is responsible for policing the Leveson undertakings." 13:38 , Maryam Zakir-HussainIn case you missed it... Sir Elton John and David Furnish had not seen a copy of their first child's birth certificate before it was "unlawfully" obtained by the publisher of the Daily Mail and placed beneath a "derogatory" headline, the High Court has been told.The singer and his filmmaker husband were described as "outraged" and "mortified" in court documents alleging that the privacy of their home was "ruthlessly invaded" – with their landline allegedly tapped and staff "targeted" – in order "to steal and exploit" information to fuel stories about them.The couple's allegations form part of a host of similar claims brought against Associated Newspapers

Ltd (ANL) by a group comprising Prince Harry, Baroness Doreen Lawrence, actors Sadie Frost and Elizabeth Hurley, and former Liberal Democrat MP Sir Simon Hughes.Daily Mail publisher 'saw copy of Elton John's child's birth certificate before him' 12:47 , Maryam Zakir-Hussain Lawyers are yet to get into their arguments over the continuation of the claims against ANL and whether they should be taken to trial. Meanwhile, Baroness Lawrence has entered the court room. She told the court yesterday through her lawyers that she feels a "deep sense of betrayal" over Associated Newspapers Limited (ANL) allegedly hiring private investigators to "unlawfully or illegally" obtain her private information. 12:07 , Maryam Zakir-Hussain11:51 , Maryam Zakir-HussainThomas Kingsley reports live from the High Court Every seat in the public gallery is filled for today's hearing with Prince Harry, today wearing a grey suit, is in attendance again listening attentively to the proceedings. Lawyers have not yet begun to discuss their arguments for why the claims from the Duke and others should be taken to trial or thrown out -first there is a discussion about legal details around confidentiality and restricted documents in this week's hearing. 10:51 , Maryam Zakir-Hussain The Duke of Sussex has made a surprise return to the UK for the first time since the late Queen's funeral – but is not expected to meet with the King or the Prince of Wales.His trip – for a High Court hearing in London in his claim against Daily Mail publisher Associated Newspapers over allegations of unlawful information-gathering – will be seen as demonstrating the strength of his determination over the legal action.Just weeks ago, Harry laid bare his troubled relationship with his father the King and brother the Prince of Wales in his controversial autobiography Spare.Prince Harry not expected to see Charles or William as he makes surprise return to UK 10:32 , Thomas Kingsley Day two of the four-day preliminary hearing has begun in the High Court. Prince Harry is in attendance again as the judge decides whether the claim will go to trial. 10:23 , Maryam Zakir-Hussain The Duke of Sussex has returned to the Royal Courts of Justice for the second day of a High Court hearing over multiple privacy claims brought against the publisher of the Daily Mail.Harry arrived at the central London court just after 10am for the second day of a preliminary hearing in his claim against Associated Newspapers Limited (ANL).The duke is part of a group -along with Baroness Doreen Lawrence, Sir Elton John and David Furnish, former Liberal Democrat MP Sir Simon Hughes and actresses Sadie Frost and Liz Hurley -bringing claims over allegations ANL carried out or commissioned illegal or unlawful information-gathering.The allegations -which are denied -include the hiring of private investigators to place listening devices inside cars and the accessing and recording of private phone conversations.Lawyers for ANL, which is also the publisher of The Mail on Sunday and MailOnline, said the allegations are "firmly" denied and that the "stale" claims have been brought too late as it made a bid to throw out the cases. 09:29 , Thomas Kingsley Phone-tapping allegations against Associated Newspapers is set to begin its second day at the High Court after Prince Harry made a surprise visit to the hearing in London on Monday. Here is recap of yesterday's hearing:

**Prince Harry claims Buckingham Palace 'withheld' information about historic phone hacking for 'long time'**
**Prince Harry photographed leaving court this afternoon**
**Potentially confidential material is 'highly relevant' to privacy case, lawyer says**
**Prince Harry has not returned to courtroom after break in proceedings**
**'Paranoid' Prince Harry lost friends over 'unlawful' newspaper stories, court hears**
**Mail publisher claims case is based on confidential documents it sent to Leveson Inquiry**
**Harry 'deprived' of parts of teenage years due to Mail publisher, court told**
**High Court judge 'concerned' about who is responsible for 'policing Leveson undertakings'**
**Elton John 'did not see copy of child's birth certificate before it was unlawfully obtained' by Mail publisher**
**Baroness Lawrence arrives at High Court**
**Watch: Prince Harry arrives at High Court for second day of Daily Mail privacy case**
**Update from the High Court**
**Prince Harry not expected to see Charles or William as he makes surprise return to UK**
**Day two of preliminary hearing against Daily Mail publisher begins**
**Harry returns to High Court for day two of hearing**
**Recap of yesterday's hearing**

The Duke of Sussex claims he was "largely deprived" of important parts of his teenage years due to the unlawful actions of the Daily Mail's publisherANL's lawyers have said the claims brought by seven high-profile individuals including the Duke of Sussex and Baroness Lawrence should be dismissed without a trialSadie Frost and Sir Elton John appeared in court alongside Prince HarryPrince Harry is not expected to meet with the King or the Prince of Wales while he is in the UKBaroness Doreen Lawrence feels a "deep sense of betrayal" over Associated Newspapers Limited (ANL) allegedly hiring private investigators

to "unlawfully or illegally" obtain her private information, her lawyers saidThe judge overseeing the dispute has made an order temporarily preventing the reporting of the names of journalists linked to allegations against the publisher

**ICYMI: Prince Harry arrives at High Court for phone-tapping and privacy case**

**Sir Elton 'outraged' and 'mortified' over newspaper phone tapping allegations**

Sir Elton John and David Furnish are "outraged" and "mortified" over allegations of unlawful information gathering by the publisher of the Daily Mail – including tapping their home landline – the High Court has been told.

John and Furnish appeared at the Royal Courts of Justice in London on Monday (27 March) for the start of a four-day hearing over privacy claims brought by the couple against Associated Newspapers Limited.

Along with Prince Harry, Baroness Doreen Lawrence of Clarendon, Sadie Frost, Liz Hurley and former Lib Dem MP Sir Simon Hughes, the couple are bringing claims over allegations it carried out or commissioned illegal or unlawful information-gathering – including the accessing and recording of private phone conversations.

Read more:

Sir Elton 'outraged' and 'mortified' over newspaper phone tapping allegations

**What is the legal action being brought against Daily Mail publisher?**

My colleague Thomas Kingsley has this overview of the legal action launched by the high-profile group back in October:

Group including Prince Harry launch legal action against Daily Mail publishers

**Prince Harry not expected to see his family as he makes surprise return to UK**

The Duke of Sussex has made a surprise return to the UK for the first time since the late Queen's funeral – but is not expected to meet with the King or the Prince of Wales.

His trip – for a High Court hearing in London in his claim against Daily Mail publisher Associated Newspapers over allegations of unlawful information-gathering – will be seen as demonstrating the strength of his determination over the legal action.

Maryam Zakir-Hussain reports.

Prince Harry not expected to see Charles or William as he makes surprise return to UK

**Doreen Lawrence says son's murder was 'exploited' by publisher, court told**

The mother of Stephen Lawrence says his racist murder was "exploited" by the publisher of the Daily Mail to "generate 'exclusive' headlines, sell newspapers and to profit", the High Court was told at Monday's preliminary hearing.

Baroness Doreen Lawrence feels a "deep sense of betrayal" over Associated Newspapers Limited (ANL) allegedly hiring private investigators to "unlawfully or illegally" obtain her private information, her lawyers said.

She now wonders whether trusting the Daily Mail over its "entirely false" support for her fight for justice "caused her to have failed her murdered son", the court was told.

In her High Court breach of privacy claim against ANL, brought alongside other high-profile individuals, she claims there was "illegal interception" of her voicemail messages and that her phone was tapped between 1993 and 2007.

She also alleges her bank accounts and phone bills were monitored, that she was subject to "covert electronic surveillance" and that "corrupt payments" were made to serving police officers for confidential information, including to those investigating her son's killing.

ANL says it firmly denies that unlawful information gathering took place at its newspapers, and the legal claims against it are being brought too late.

**Watch: Harry and Meghan annoy 'some Americans', Ron DeSantis claims**
**Oprah Winfrey shares advice for Harry and Meghan ahead of coronation**

Oprah Winfrey has shared her thoughts about Prince Harry and Meghan Markle and whether they should attend King Charles III's coronation in May.

The talk show host, who has been close friends with the royal couple, briefly discussed the coronation with friend Gayle King on CBS Mornings , to promote her 100th selection for her book club, Hello Beautiful by Ann Napolitano.

During the conversation, King addressed recent reports about the Duke and Duchess of Sussex being invited to the big event, before asking Winfrey for her opinion on it. "Do you think they should go? Do you think they should not go? Is it something you'd like to comment on?"

In response, Winfrey, who conducted a bombshell interview about the royal family with Harry and Meghan in 2021, gave her advice to and showed her support for the pair. "I think they should do what they feel is best for them and their family," she explained. "That's what I think. That's what the bottom line comes down to. What do you feel like is the right thing for you?"

Oprah Winfrey shares advice for Harry and Meghan ahead of coronation

**Conservative group demands to know if Prince Harry admitted drug use on US visa application**

A conservative think tank is calling for Prince Harry's US visa application to be released so Americans can see whether or not he admitted to his past drug use before moving to California in the summer of 2020.

The Heritage Foundation, one of the country's preeminent right-wing think tanks, is arguing that US officials should release the details of the prince's application so Americans can see whether or not he was "properly vetted" before being allowed to enter the country. Applicants for US visas are typically asked about their criminal history and drug use.

Conservative group wants to know if Harry admitted drugs for US visa

**Tom Peck | It's clear Prince Harry will heap as much pressure as he can on Associated Newspapers**

In his most recent column, our sketch writer Tom Peck suggests it is "permissible to wonder quite what [Prince Harry] is trying to achieve with this morning's flurry of excitement". He writes:

It's not uncommon for people to turn up to court for appearances' sake. Over the course of five and a half days last year,Wayne Rooney spent almost 28 full hours silently and motionlessly staring at an oak paneltwo yards in front of his nose in a show of solidarity with his wife, Coleen, while she was being extremely unsuccessfully sued by Rebekah Vardy (Jamie Vardy managed four hours himself).

Once the court rises, who is and isn't there watching doesn't matter in the slightest. But the act of being there, of being photographed, does. Vardy and Rooney were not really fighting each other for money in court; they were fighting, especially in Vardy's case, to rehabilitate their reputation outside it.

The arrival shots each morning were every bit as important as the (quite often rather dry) courtroom drama. Prince Harry's legal action against Associated Newspapers is meant to go to trial in May, and it's very clear he's going to be leaning into it very hard indeed, whipping up as much publicity, and therefore heaping up as much pressure, as he possibly can.

Prince Harry has begun his 'life's work', apparently | Tom Peck

**Watch: Prince Harry arrives at High Court for phone-tapping and privacy case**
**Harry and Meghan Frogmore eviction 'just the start' of King Charles' plans to slim down monarchy**

King Charles III has put into motion his plan to slim down the monarchy, with the eviction of the Duke and Duchess of Sussex from Frogmore Cottage signalling "just the start", it has been reported.

The monarch, who is set to be crowned alongside Queen Consort Camilla in just six weeks, reportedly wishes to end subsidised rents for members of the royal family over the next five years.

The expectation for royals to fund their own homes apparently also extends to working royals, including the Prince and Princess of Wales, the Princess Royal, and the Duke and Duchess of Edinburgh.

One source was quoted as saying that the King "is not some sort of housing association for distant relatives".

**Friends close to Prince Andrew rubbish reports he is planning to write memoir**

Friends close to Prince Andrew have hit out at reports that he is planning to write a memoir, reports my colleague Joe Middleton .

On Sunday, a number of newspapers claimed that the Duke of York was in talks to produce a tell-all autobiography, following the success of Prince Harry's book Spare .

However, friends of his family have taken the unusual step to make his views known following the reports.

"He has one aim and that is family unity around his brother the King," they said. "He is rock solid with him and will do everything he can to support him quietly and if necessary publicly. The idea that he is even considering writing or cooperating with a book least of all with a journalist is for the birds."

"He is increasingly at the mercy of people writing stuff about him and his life which is pure fantasy," the friend continued. "He leads a very quiet isolated life and sees almost nobody, least of all journalists."

Friends close to Prince Andrew rubbish claims he is planning to write memoir

**Publisher paid 10 private investigators to unlawfully gather information against Doreen Lawrence, court told**

Associated Newspapers paid 10 different private investigators to conduct "illegal or unlawful information-gathering activities" against Baroness Doreen Lawrence, the High Court was told today.

In written arguments, David Sherborne, acting for the group of high-profile individuals also including Sir Elton John and Sadie Frost, said the newspaper group "widely and habitually carried out or commissioned" the activities and covered them up.

He claimed the investigators intercepted voicemails, tapped telephones, used deception and the "burglaries or the breaking and entering of private property in order to obtain private information" on the publisher's behalf.

The court also heard that ANL paid "substantial amounts" for the services and that the amounts were "known to and approved by executives".

Mr Sherborne added: "The claimant will contend that the use of these unlawful acts was both habitual and widespread across Associated's newspapers during the period at least 1993 onwards to 2011, and even continued beyond until 2018."

**Artist to project sculpture filled with Afghan blood on St Paul's in protest over Harry's Taliban kills claim**

An artist says he plans on projecting a sculpture made using Afghan blood onto St Paul's Cathedral, to protest Prince Harry's claims about the number of soldiers he killed while serving in the military, my colleague Kate Plummer reports.

Russian artist Andrei Molodkin said he will take blood donated by Afghans for the sculpture and project it onto the London landmark later this week, saying the royal's comments had made him "very, very angry".

The Duke of Sussex attracted criticism after he detailed his time serving in Afghanistan in his memoir Spare earlier this year, claiming he killed 25 Taliban fighters during two tours in the country.

Artist makes sculpture filled with Afghan blood in protest over Harry's kills claim
 **Tom Peck | Prince Harry has begun his 'life's work', apparently**
In his latest column, our political sketch writer Tom Peck states:

"The very best satire has a remarkable knack for changing absolutely nothing. Harry and Meghan were made to look so perfectly absurd by South Park 's "Worldwide Privacy Tour" episode that the California-based campaigners have evidently concluded that they have been left with little choice but to carry on precisely as normal.

"The Worldwide Privacy Tour made an unexpected stop in London on Monday morning, when Prince Harry arrived at the High Court to attend a preliminary hearing in one of his many legal actions against an extremely large section of the British newspaper industry.

"He didn't need to be there. He wasn't required to participate in any way in the hearing. But the act of taking everyone by surprise by actually turning up is certainly the prince's first big shot in what he told Tom Bradby was going to be his "life's work" from now on: that of holding the press to account."

Prince Harry has begun his 'life's work', apparently | Tom Peck
 **Harry 'deprived of important aspects of his teenage years' by publisher, claim lawyers**
Prince Harry's lawyers claim in court documents that he was "deprived of important aspects of his teenage years" by the "unlawful actions" of Associated Newspapers and was left full of "suspicion and paranoia" following the publication of articles containing information the duke says was only known to his trusted circle.

In the "Particulars of Claim" which set out the duke's case, his lawyers say their client, the claimant in the legal proceedings "is shocked and appalled that Associated used their journalistic power and privilege to commit the unlawful acts without any legitimate justification and solely to compete with other tabloid newspapers for profit.

"The claimant is horrified that Associated has to date successfully avoided proper scrutiny for its conduct through its cover-up and that it has behaved as if it is above the law. The claimant is troubled that, through Associated's unlawful acts, he was largely deprived of important aspects of his teenage years.

"In particular, suspicion and paranoia was caused by Associated's publication of the unlawful articles: friends were lost or cut off as a result and everyone became a 'suspect', since he was misled by the way that the articles were written into believing that those close to him were the source of this information being provided to Associated's newspapers."

The document added: "Moreover, the claimant regards Associated's unlawful acts to amount to a major betrayal given promises made by the media to improve its conduct following the tragic and untimely death of his mother, Princess Diana, in 1997."

Monday 27 March 2023 18:14 , Andy Gregory Prince Harry waved and gave a thumbs up to reporters as he left the High Court by a side entrance, flanked by security, after attending the first day of the hearing in his claim against Daily Mail publisher Associated Newspapers.
 **Liz Hurley 'sickened' after 'unlawful' intrusion, says barrister**
A private investigator acting on behalf of ANL hacked actor Liz Hurley's phone, placed a "sticky window mini-microphone" outside her home and bugged ex-boyfriend Hugh Grant's car to unlawfully obtain information about her finances, travel plans and medicals during her pregnancy, the High Court has been told.

In written arguments, barrister David Sherborne said the private investigator targeted her and Mr Grant on behalf of the Mail on Sunday through "phone hacking their phones, landline tapping their home phones, placing a sticky window mini-microphone on the exterior of her home window, bugging Mr Grant's car and undertaking flight and other blags through which he obtained information unlawfully or illegally about [Ms Hurley], such as her private communications with Mr Grant, her financial details, her travel arrangements and medicals during her pregnancy and birth of her son".

Ms Hurley "has been shocked and mortified by the revelation of Associated's unlawful acts targeting her ... the prospect of strangers listening into her live telephone calls and bugging her private property was a particularly grotesque thought that she had never considered possible", her barrister said.

"It left her sickened to see the snatched close-up picture of her baby's face published by Associated when he was four months old with the new understanding that this intrusion was the exploitation of unlawful acts, deliberately directed at her with that intention," Mr Sherborne added.

"She recalls the feeling of vulnerability she felt at this time in her life, and the sense that despite precautions taken, she was unable to protect her son, or indeed other loved ones around her who similarly fell to be targeted as a result of their association with her.

"It angers [her] now to know that she never had a chance against all the artillery of unlawful means and private investigators that Associated used against her and which, unknown to her, underlay the articles published about her. She now understands how very real the feeling of being trapped and surrounded on all sides by unknown enemies truly was."

Monday 27 March 2023 16:52 , Andy Gregory Court proceedings have concluded for the day, with legal arguments due to resume from 10.30am on Tuesday.

In the meantime, we'll be continuing to use the blog to post updates and background on the case.

**Doreen Lawrence's bank accounts were monitored and landline tapped, court told**

Baroness Doreen Lawrence's bank accounts were monitored to check whether she was receiving any money from other newspapers during the Daily Mail 's campaign for justice for her murdered son Stephen, the High Court has heard.

In a document made available to the media on Monday, barrister David Sherborne claimed the Labour peer was "habitually" targeted "from at least as early as 1993 until at least as late 2007".

Mr Sherborne said the targeting included "the illegal interception of the claimant's voicemail messages, landline tapping, blagging, the monitoring of her bank accounts and phone bills, covert electronic surveillance and corrupt payments to serving Metropolitan Police Service police officers, including on the Stephen Lawrence murder investigations, for confidential information".

Baroness Lawrence was targeted "both before and during" the Daily Mail's Justice for Stephen Lawrence campaign, Mr Sherborne said.

The lawyer later alleged the monitoring of Baroness Lawrence's bank accounts were "specifically to check whether the claimant was receiving 'buy up' money from and/or working with other newspapers during the Justice for Stephen Lawrence Campaign".

He continued: "The claimant has suffered considerable distress and harm, as well as the loss of her dignity or standing and her personal autonomy through the unlawful acts, its resultant invasions of her privacy, and its deliberate exploitation and/or misuse of her unlawfully or illegally obtained information in the unlawful articles."

**Publisher commissioned breaking and entering into private property, court told**

Associated Newspapers commissioned "breaking and entering into private property", the lawyer for the group of figures challenging the Daily Mail publisher told the High Court.

Each of the group has been "the victim of numerous unlawful acts" carried out by the publisher or those acting on its instruction, in deeds carried out "covertly" between 1993 to 2011, lawyer David Sherborne said.

"Some of them related to articles which were the product of those underlying unlawful acts through which the product was exploited or misused," he added.

Because "those unlawful acts were covertly carried out and concealed at the time through the use of phrases that were deliberately misleading" his clients were "put off the scent" and did not bring their claims separately earlier," he said.

"The defendant has continued this concealment through its strenuous public denials that it has done any of those acts at all," Mr Sherborne added.

Monday 27 March 2023 15:53 , Andy Gregory Sir Elton John has left the High Court after attending the first day of the hearing in his claim against Associated Newspapers over allegations of unlawful information-gathering.
 **Mail on Sunday publisher paid investigator to 'unlawfully' find address of politician's lover, court told**
Associated Newspapers Ltd paid a private investigator to unlawfully find the address of a man it believed was the lover of Liberal Democrat politician Sir Simon Hughes, the High Court has been told.

Referring to the believed lover as HJK, Sir Simon's lawyer David Sherborne said in written submissions that that the "the Mail on Sunday wanted a photograph of HJK [and the claimant] in order to be able to publish a story about their relationship".

Private investigator Glenn Mulcaire "unlawfully obtained" the man's mobile phone number, called it and "through means of deception managed to blag his home address", Mr Sherborne alleged, adding: "Despite this, no story was published in the end in the Mail on Sunday as a bigger story broke, namely the revelation of an affair which the then deputy prime minister, John Prescott, had had with his secretary."

The documents go on to say that ANL paid Greg Miskiw, a freelance journalist, "for the work done by Mr Mulcaire in relation to the claimant, as referred to above, described as 'Simon Hughes' boyfriend'."

Mr Sherborne added: "The claimant has suffered considerable distress and harm, as well as the loss of his dignity or standing and his personal autonomy through the unlawful acts, its resultant invasions of his privacy and its deliberate exploitation and/ or misuse of his unlawfully or illegally obtained information."
 **Doreen Lawrence says trusting Mail made her wonder if she 'failed her murdered son'**
Baroness Doreen Lawrence said she "wonders whether trusting the Daily Mail as she did caused her to have delayed or have failed her murdered son", the High Court has heard.

In court documents made available to the press on Monday, her barrister David Sherborne said she feels "anger, shock and upset" about allegedly being targeted by the Daily Mail .

Baroness Lawrence "never once suspected" publisher Associated Newspapers Ltd of the allegations due to her trust in the Daily Mail, which campaigned to bring the killers of her son Stephen Lawrence to justice, her lawyer said.

"She wonders whether trusting the Daily Mail as she did caused her to have delayed or have failed her murdered son," he added. "She asks herself whether more individuals could have been arrested, whether earlier investigations might have been more successful, and whether she could have got justice."
 **Elton John had not seen copy of first child's birth certificate before it was obtained by ANL, court told**
Sir Elton John and his husband David Furnish had not seen a copy of their first child's birth certificate before it was unlawfully obtained by Associated Newspapers Ltd, the High Court has heard.

The couple "found it particularly disturbing to understand the deliberate tactics deployed by Associated to bypass the confidentiality and ethical protections afforded to medical information", said their lawyer David Sherborne.

"They were appalled by the unlawful articles published about the first claimant that were sourced this way. Worse still was Associated's unlawful obtaining of their first child's birth certificate, before they had even seen a copy themselves.

"They were heartbroken by the derogatory headline that Associated attached to it, clearly calculated to profit and generate public sensation about an event that they had so carefully guarded to keep precious. The fact that these unlawful articles, which carry so much upset, were founded through unlawful acts that were all the time deliberately concealed from them has enraged them."

**Doreen Lawrence believes son's murder was 'exploited' by Daily Mail, court told**
Baroness Doreen Lawrence believes the murder of her son Stephen was "exploited" by Associated Newspapers Ltd to "generate 'exclusive' headlines, sell newspapers, and to profit", the High Court has been told.

In written arguments, her barrister David Sherborne said she "feels anger, shock and upset", adding: "Most of all, however, she feels a deep sense of betrayal.

"She finds it hard to believe the level of duplicity and manipulation that was clearly at play, knowing now as she does that the Daily Mail 's outward support for her fight to bring Stephen's killers to justice was hollow and, worse, entirely false.

"The claimant now sees that the Daily Mail 's true interests were about self-promotion and using her and her son's murder as a means to generate 'exclusive' headlines, sell newspapers, and to profit.

"The claimant cannot think of any act or conduct lower than stealing and exploiting information from a mother who buried her son for this reason. She feels used and violated, and like she has been taken for a fool."

**Sir Elton John's landline was tapped and gardener targeted by ANL, court told**
Sir Elton John and David Furnish's landline phone was tapped by a private investigator on the instructions of Associated Newspapers Limited, the High Court has been told.

Documents filed on the couple's behalf, made available to the media on Monday, said that as well as having the landline at their home in Windsor tapped, Sir Elton's personal assistant and the couple's gardener were also targeted.

Their lawyer David Sherborne said in the written submission: "The claimants are outraged that Associated engaged in these unlawful and illicit acts in order to publish unlawful articles about them.

"They are also mortified to consider all their conversations, some of which were very personal indeed, were tapped, taped, packaged and consumed as a commercial product for journalists and unknown others to pick over, regardless of whether or not they were published.

"The hurt remains the same, knowing that their lives have been treated as a commodity and their precious, priceless moments of privacy degraded in this way."

Mr Sherborne added: "In particular, they consider their private home a sacred space. To learn now that this was ruthlessly invaded, their home so violated, and their family and loved ones targeted, all through unlawful acts designed to steal and exploit their information, is unforgivable to them."

**Elton John and David Furnish 'frightened' by unexplained press disclosures, court told**
Sir Elton John and his husband David Furnish found the unexplained disclosure of their private information in the press "frightening" and as a result have someone watching cameras in their home every night, the High Court has been told.

Associated Newspapers Ltd's lawyer Adrian Beltrami KC quoted the pair as claiming that the "repeated, wrongful disclosures ... had a serious and profound effect upon [them] at the time of their publication".

They were aware of "the extent to which Associated publicised private and sensitive information relating to their private and family life", and they "became deeply paranoid and suspicious by unexplained disclosures of their private information in [Associated's] publications, even where measures were taken to protect their privacy", Mr Beltrami added.

Mr Beltrami said they stated that they "found these disclosures frightening, and as a consequence now have someone watching the cameras in their home of residence every night".

However, Mr Beltrami said their case was being brought too late, arguing "there can be no doubt that by the start of 2016 Sir Elton and Mr Furnish were very much alive to the issue of (unlawful information gathering) by the press".

The barrister added that "they have not provided any satisfactory explanation as to what necessary fact, as opposed to evidence, they did not know by October 2016 to articulate the essential elements of a claim against Associated".

**Elton John arrives in court**
Sir Elton John has arrived in Court 76 of the Royal Courts of Justice.

The singer sat at the back of the large courtroom, arriving shortly before the hearing resumed for the afternoon.

**What happened the last time Prince Harry was in court against a newspaper?**
Last July the High Court ruled a Mail on Sunday article on the Duke of Sussex's legal claim against the Home Office contained parts that were defamatory.

The Duke of Sussex sued the Mail on Sunday's publisher over a story on a separate High Court case over the decision to remove his automatic granting of police protection in the UK.

The February article carried the headline: "Exclusive: How Prince Harry tried to keep his legal fight with the government over police bodyguards a secret... then -just minutes after the story broke -his PR machine tried to put a positive spin on the dispute."

Lawyers for Harry had argued the article was defamatory and suggested the duke had "improperly and cynically" tried to manipulate public opinion.

**Associated Newspapers lawyers argue it is too late for Duke to bring forward claims**
Lawyers for Associated Newspapers Limited (ANL) are arguing that the seven people in the privacy claims, including the Duke of Sussex, could have brought claims before October 2016, and were too late to have them heard now.

Adrian Beltrami KC, for the publisher, said in written submissions that the duke "does not offer any reason why he could not with reasonable diligence have discovered the basis for his inferential claim against Associated before October 2016".

Quoting from Harry's letter of claim, he continued: "Indeed, the Duke was aware throughout this period of the intense interest in his life shown by the media and by Associated, of 'strange things happening around his phone communications', of 'unexplained disclosures of private information' in Associated's publications and of journalists from Associated 'regularly turning up at different locations which you would never expect them to, including South Africa... despite the extreme lengths my security team and I went to in order to protect my security and privacy'."

"In truth, the duke had sufficient knowledge to articulate an inferential case against Associated long before October 2016," Mr Beltrami said.

**Prince Harry lost friends due to 'paranoia' over 'unlawful' stories, court told**
The Duke of Sussex had "suspicion and paranoia" caused due to the publication of articles by Associated Newspapers Limited (ANL) using unlawfully gathered information, the High Court has been told.

In written submissions for ANL, lawyers for the publisher quoted from documents filed on Harry's behalf.

Adrian Beltrami KC, for ANL, said the duke's case was that "suspicion and paranoia was caused by Associated's publication of the unlawful articles: friends were lost or cut off as a result and everyone became a 'suspect', since he was misled by the way that the articles were written into believing that those close to him were the source of this information being provided to Associated's newspapers".

The barrister continued: "The duke's pre-action letter also stated that at the time he had become paranoid and suspicious by 'unexplained disclosures of private information in your (ANL's) publications'."

Mr Beltrami added: "He stated that 'the repeated, wrongful disclosures... had a serious and profound effect upon (him) at the time of their publication' and that he had 'painful memories... regarding the extent to which ANL publicised private and sensitive information relating to his private and family life'."

**Photos from the day as Prince Harry case begins**
**Judge grants anonymity for Daily Mail journalists involved in alleged phone-tapping**
The judge overseeing the Duke of Sussex's dispute with ANL has made an order temporarily preventing the reporting of the names of journalists linked to allegations against the publisher.

Mr Justice Nicklin permitted a bid by ANL to have a reporting restriction imposed while the publisher attempts to have the claims from Harry and others against it dismissed without a trial.

The judge said it was "not usual for the court to impose reporting restrictions at such an early stage of proceedings" but concluded in this instance it was "in the interests of fairness and the administration of justice".

The court heard that with ANL yet to file a formal defence in the cases, there was not yet a full response to any "adverse comments" that might be made about the journalists. Mr Justice Nicklin said it would not be in the public interest to "for one side of a series of allegations to be put when one side is absent".

The judge also granted reporting restrictions over certain information in court documents, that ANL alleges lawyers for the Duke of Sussex and others are using in breach of orders made by Lord Justice Leveson in his inquiry into press standards.

Mr Justice Nicklin said the temporary reporting restrictions would be revisited once he reaches a judgment over the preliminary issues being argued in court this week.

Monday 27 March 2023 12:31 , Thomas Kingsley Adrian Beltrami KC, in written submissions, argued the legal actions against his client Associated Newspapers have been brought too late and are "stale".

The barrister said the individuals have to prove they did not know earlier, or could not have discovered earlier, they might have had a claim against ANL for alleged misuse of their private information.

Mr Beltrami said that more than a decade after the Leveson Inquiry and several criminal and civil proceedings over phone hacking, "it would be surprising indeed for any reasonably informed member of the public, let alone a figure in the public eye, to have been unaware of these matters".

He continued: "The claimants have failed to show that they have a real prospect of discharging their burden at trial and the court should not hesitate to dismiss these stale claims at an early stage, thereby avoiding what would otherwise be a considerable waste of time, costs and the court's resources."

The hearing before Mr Justice Nicklin is due to conclude on Thursday.

**Lawyers for Prince Harry claim unlawful acts include 'breaking and entry into private property'**

David Sherborne, for the group of high-profile individuals, said the unlawful acts in the claim include commissioning the "breaking and entry into private property", illegally intercepting voicemail messages, listening to live landline calls and obtaining medical records.

He said in written submissions: "The claimants each claim that in different ways they were the victim of numerous unlawful acts carried out by the defendant, or by those acting on the instructions of its newspapers, The Daily Mail and The Mail On Sunday."

"They range through a period from 1993 to 2011, even continuing beyond until 2018," the barrister added.

ANL's lawyers have said privacy claims brought by seven high-profile individuals including the Duke of Sussex and Baroness Lawrence should be dismissed without a trial.

Monday 27 March 2023 11:50 , Thomas Kingsley The Duke of Sussex has made a surprise return to the UK for the first time since the late Queen's funeral -but is not expected to meet with the King or the Prince of Wales.

Just weeks ago, Harry laid bare his troubled relationship with his father the King and brother the Prince of Wales in his controversial autobiography Spare.

The King was due to be away on Monday on the first official state visit of his reign, but the trip to France was cancelled due to rioting over pension reforms, meaning Charles is now in the UK at the same time as Harry for the first time in six months.

But Buckingham Palace said the King was not in Windsor or London and would be leaving for a state visit to Germany on Wednesday morning.

Monday 27 March 2023 11:31 , Thomas Kingsley Court proceedings began with a bid by ANL's lawyers to have certain reporting restrictions imposed in the case.

The Duke of Sussex sat towards the back of the courtroom, occasionally taking notes in a small black notebook as legal arguments were made by ANL's barrister Catrin Evans KC.

Actress Sadie Frost, who is also bringing a claim against the publisher, sat two seats away from Harry.

**Sadie Frost arrives in court ahead of hearing**

**ICYMI: Prince Harry and Sir Elton John launch legal action against Daily Mail publishers over 'phone hacking'**

As the preliminary hearing is set to begin, let's throwback to October when Prince Harry, among other high profile figures, announced they would be taking Associated Newspaper's to court.

A group of individuals including Prince Harry and Sir Elton John have launched legal action against the publisher of the Daily Mail newspaper over phone-hacking allegations.

The allegations include the commissioning of individuals to "surreptitiously listen into and record people's live, private telephone calls whilst they were taking place" and the impersonation of individuals to obtain medical information from private hospitals, clinics, and treatment centres by deception.

Additional claims include the accessing of bank accounts, credit histories and financial transactions through illicit means and manipulation.

"These individuals have been the subject of public interest during the course of their careers and personal lives. They are united in their desire to live in a world where the press operates freely, yet responsibly. A press that represents truth, is sourced in fact and can be trusted to operate ethically and in the interests of the British public," the statement said.

Read the full piece from October below:

Group including Prince Harry launch legal action against Daily Mail publishers
**Duke arrives in court room**
The Duke of Sussex has arrived at Court 76 of the Royal Courts of Justice in London for the preliminary hearing in his claim against Associated Newspapers Limited (ANL).

Harry, along with six other people including Sir Elton John and Baroness Doreen Lawrence, is suing the Daily Mail publisher for misuse of private information.

The duke entered the central London courtroom at shortly before 10.30am, wearing a navy tie.
**Prince Harry arrives in court**
**Publisher brands allegations "preposterous smears"**
In a statement announcing the launch of the legal action, released by Hamlins law firm, it was alleged the unlawful acts included hiring private investigators to secretly place listening devices inside cars and homes and the recording of private phone conversations.

The publisher hit back at the allegations, describing them at the time as "preposterous smears" and a "pre-planned and orchestrated attempt to drag the Mail titles into the phone-hacking scandal".

A spokesperson for ANL also said the allegations were "unsubstantiated and highly defamatory claims, based on no credible evidence".

A four-day preliminary hearing at the Royal Courts of Justice in London is due to begin on Monday, which is set to include ANL's bid for the claims to be dismissed without a trial.
**Duke of Sussex arrives in court**
The Duke of Sussex has arrived at the High Court in London for a hearing in his claim against Daily Mail publisher Associated Newspapers over allegations of unlawful information-gathering.

The publisher is bringing a bid to end High Court claims brought by people including Harry, Sir Elton John and Baroness Doreen Lawrence over alleged unlawful activity at its titles.

The group of high-profile individuals, also including Sir Elton's husband David Furnish and actresses Liz Hurley and Sadie Frost, announced in October they were bringing claims for misuse of private information against Associated Newspapers Limited (ANL).

Their lawyers said at that time the group have "become aware of compelling and highly distressing evidence that they have been the victims of abhorrent criminal activity and gross breaches of privacy" by ANL, which is also the publisher of The Mail On Sunday and MailOnline.


---- Index References ----

Company: MAIL ON SUNDAY LIMITED(THE); Metropolitan Police Service; HERITAGE FOUNDATION (THE)

News Subject: (Crime (1CR87); Criminal Law (1CR79); Fraud (1FR30); Government Litigation (1GO18); Judicial Cases & Rulings (1JU36); Legal (1LE33); Police (1PO98); Social Issues (1SO05))

Region: (Afghanistan (1AF45); Americas (1AM92); Asia (1AS61); California (1CA98); Europe (1EU83); North America (1NO39); U.S. West Region (1WE46); USA (1US73); United Kingdom (1UN38); Wales (1WA56); Western Asia (1WE54); Western Europe (1WE41))

Language: EN

Other Indexing: (Leveson Inquiry.Associated Newspapers Limited; Royal Courts of Justice; Associated Newspapers.Her; Associated Newspaper; Mail on Sunday; Metropolitan Police Service; Heritage Foundation) (Prince Harry)

Word Count: 8222

---

**End of Document**                                     © 2023 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

---

# Meghan and Harry trying to recreate 'royal court' in US after failed Megxit deal

Matthew Dooley |     Express Online (UK)

### Search Details

Search Query:     advanced: ATLEAST4("drug!") and ("u.s." or "United States") and
                  ATLEAST2(visa)
Jurisdiction:     FE

### Delivery Details

Date:             April 1, 2023 at 10:05 PM
Delivered By:     Samuel Dewey
Client ID:        SED
Status Icons:     👓

**News**Room

3/25/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10759964

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 25, 2023

Meghan and Harry trying to recreate 'royal court' in US after failed Megxit deal
Meghan Markle and Prince Harry have been accused of trying to recreate
their own "royal court" in the United States by a royal commentator after th...

Matthew Dooley

Meghan Markle and Prince Harry have been accused of trying to recreate their own "royal court" in the United States by a royal commentator after they failed to get what they wanted out of Megxit.

Meghan Markle and Prince Harry are attempting to create their own "royal court" in the US, according to a royal commentator. The comments come amid a slew of media appearances by the Duke and Duchess - particularly by Prince Harry - which left one commentator asking "what was the point?"

In recent months, Prince Harry has been in the spotlight. Before and after the release of his memoir Spare in January he gave numerous explosive interviews on primetime television. In December of last year, Meghan and Harry released a six-part Netflix series describing their relationship and eventual exit from royal life.

"I ask myself this all the time. What was the point for Harry and Meghan? Were they trying to make themselves look better? Were they trying to make themselves more popular than the royals? Are they trying to recreate their own royal court in the United States?" asked a royal commentator and founder of popular YouTube channel the Royal News Network who goes by Brittany.

She added: "Number one, yes they do definitely want to create their own royal sphere in the United States. Obviously, we do not have a monarchy here and nor do we want one, so they're welcome to live here like other royals do but don't make yourself a royal of the United States - huge difference there."

She cited the Megxit deal which saw Prince Harry and Meghan Markle leave the Royal Family for North America.

Prince Harry could have his 'visa revoked' after admitting to using drugsPrince Harry could see his visa revoked after admitting to using drugs in a televised therapy session, Piers Morgan pointed out.

Speaking to famed therapist Dr Gabor Mate for his programme The Myth of Normal: Trauma, Illness, and Healing in a Toxic Culture, Prince Harry said he started using drugs after realising they helped him cope with his trauma.

Read more HERE.

"I think they are just trying to recreate what they wanted, what their vision was for themselves that they couldn't have in the UK, in the US," she said.

The host of the show added: "They could not get their way, I think at the end of the day that was their big anger point. They were not going to get their way."

Brittany pointed to the role the couple wanted to play in the Commonwealth, claiming Meghan wanted to be "Queen of the Commonwealth". She also claimed the Sussexes wanted to "supersede" the Royal Family in popularity.

During the Meghan and Harry's separation from the rest of the Firm, dubbed Megxit, the pair appeared to want to become hybrid royals who were financially independent but still represented the Queen.

On their now defunct website sussexroyal.com, the couple touted "progressive" new roles which would "continue to carry out their duties for Her Majesty the Queen, while having the future financial autonomy to work externally".

However, in 2020, Buckingham Palace released a statement making it clear Meghan and Harry were "required" to step back from royal duties.

READ MORE: Meghan Markle tempted by 'chance to wear a tiara' at Coronation

It appeared the couple failed to negotiate a half-in, half-out Megixt deal and in 2020 they moved to Montecito, California with their son Archie, completely stepping back from royal duties.

Since then, the pair have engaged in numerous media endeavours, including the now famous 2021 interview with Oprah. The couple released a Netflix documentary in December 2022 flush with never-before-seen footage and photos.

Arguably the biggest bombshell to date, however, was the release of Prince Harry's memoir Spare in January 2023 and the multiple interviews the Prince gave both before and after the book hit the shelves.

The book contains numerous allegations against the rest of the Royal Family and details Prince Harry's life, including his time in Afghanistan and his drug use.

Follow our social media accounts here on facebook.com/ExpressUSNews and @expressusnews

---- Index References ----

News Subject: (Government (1GO80); Health & Family (1HE30); Politically Exposed Persons (1PO01))

Industry: (Celebrities (1CE65); Entertainment (1EN08); Postal Services (1PO50))

Region: (Americas (1AM92); North America (1NO39))

Language: EN

Other Indexing: (Royal News Network) (Meghan Markle)

Word Count: 684

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

WESTLAW  © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

# Harry praised for being 'incredibly brave' and helping others with 'trauma'

Sophie McCabe |        Express Online (UK)

## Search Details

Search Query:        advanced: ATLEAST4("drug!") and ("u.s." or "United States") and
                     ATLEAST2(visa)
Jurisdiction:        FE

## Delivery Details

Date:                April 1, 2023 at 10:05 PM
Delivered By:        Samuel Dewey
Client ID:           SED

**News**Room

3/20/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 10058846

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 20, 2023

Harry praised for being 'incredibly brave' and helping others with 'trauma'
The Duke of Sussex received a "clinical diagnosis" during
a live interview with Canadian therapist Dr Gabor Maté.

Sophie McCabe

Prince Harry sat down for an interview with Dr Gabor Mat&eacute; earlier this month. The Candian therapist and author of The Myth of Normal spoke to the Prince for a live-streamed Zoom event when he declared that, having read Harry's memoir Spare, he had come up with "several diagnoses" for the royal.

Dr Mat&eacute; diagnosed the Duke of Sussex "with ADD " otherwise known as ADHD, saying: "Whether you like it or not, I have diagnosed you with ADD. You can agree or disagree. I don't see it as a disease. I see it as a normal response to abnormal stress."

Harry responded: "OK — should I accept that or should I look into it?" To which Dr Mat&eacute; replied: "You can do what you want with it."

Royal commentators have since praised the Prince for his open conversation with the therapist, commending him for being "incredibly brave" and helping others who may be experiencing or have experienced "trauma".

Tune into our Royal Family Snapchat Show, every Monday exclusively on Snapchat

Related articles

Rachel Bowie and Roberta Fiorito, hosts of the Royally Obsessed podcast, discussed the interview earlier this month.

"It did feel very much like a therapy session — a bit awkward at the beginning actually — but once they got into it, it was really interesting," said Ms Bowie. "One thing I loved was how Dr Mat&eacute; was very frank with Harry. But then he said he realised the universality of Harry's story and the humanity behind it and was actually really blown away by the book."

Dr Mat&eacute; and the Duke went on to talk about the "lack of touching within the Royal Family and how that led to where Harry is now," the commentator explained, adding: "It almost takes it back to the Queen and the trauma that Charles endured. And then that was passed on to Harry."

Ms Fiorito agreed, saying: "Yes, it's so much less about Harry's personal story and more about some of the bigger broader picture points that Harry [talks about]."

READ MORE: Harry's therapy session 'doesn't explain why he is so destructive' towards Royal Family

Prince Harry could have his '**visa** revoked' after admitting to using **drugsPrince** Harry could see his **visa** revoked after admitting to using **drugs** in a televised therapy session, Piers Morgan pointed out.

Speaking to famed therapist Dr Gabor Mate for his programme The Myth of Normal: Trauma, Illness, and Healing in a Toxic Culture, Prince Harry said he started using **drugs** after realising they helped him cope with his trauma.

Read more HERE.

She added: "I think it also helps other people realise. I liked the chat about trauma and redefining what trauma is. It's not the wound, it's the scar. And so I think that's reframing a lot of things that we thought we knew.

"Most people would have tuned in to hear Harry talk, but I think it was really interesting to hear Dr Mat&eacute;€¦it was like a therapy session for everyone."

The event, which was produced by Random House and a group of exclusive booksellers, came less than two months after the publication of Harry's tell-all memoir.

Ms Bowie noted Harry's bravery for opening up in a "very candid and honest" conversation, particularly because it came as part of a "deal" to promote his book.

She said: "It was incredibly brave of Harry to do such a public self-reflection. This was likely a Penguin Random House setup, this was part of the deal. He had to do this promotion. This was selling the book.

"I think to allow someone in on a very, very candid and honest therapy session. I can't imagine doing that. And bravo to Harry for doing [it]."

The conversation, filmed at the Duke's Montecito home, was streamed to the **US**, Canada and the UK on March 4. Viewers could pay $25 to watch, with tickets including a copy of Spare.

It came after a round of publicity for Harry and his wife Meghan Markle, including their recent Netflix documentary series, during which they expressed their displeasure with several aspects of public life.

Don't miss... Prince Archie and Princess Lilibet tipped for Coronation role [LATEST] Harry and Meghan didn't expect 'humiliating' jokes about Spare [INSIGHT] Harry and Meghan 'want rift healed on their terms' [EXCLUSIVE]

The chat, which was billed as an "intimate conversation as discuss living with loss and the importance of personal healing," differed from Harry's previous interviews, with the royal refraining from mentioning his father or brother or their wives.

He did, however, reveal he had always felt different from other members of the Royal Family, a feeling he claimed his late mother, Diana, Princess of Wales, had shared.

He told Dr Mat&eacute;: "I certainly have felt throughout my life, from my younger years, that I always felt slightly different to the rest of my family. I felt strange being in this container. And I know that my mum felt the same."

Ms Bowie said: "This really wasn't another royal takedown. There weren't new bombshells, William wasn't mentioned, it was more broad strokes and really kind of lifting the hood up on the psychological things Harry has been through."

Related articles

The Duke has previously spoken about the positive impact of therapy on his life but has also claimed seeking professional help was the beginning of a disconnect with his family.

Harry claimed, in his memoir, that the Prince of Wales believed his brother was being "brainwashed" by his therapist.

And in one of Spare's most shocking revelations, an alleged physical attack by his brother Prince William, Harry recounted calling his therapist immediately afterwards.

He also told ITV: "If I wasn't doing therapy sessions like I was and being able to process that anger and frustration, I would've fought back, 100%."

Related articles Harry and Meghan's fate foreshadowed by past royal evictions Royals have dealt with Harry revelations but 'can't ignore threat' Royal Family 'did right thing' not attending Lilibet's US christening Harry and Meghan 'will want' blessing for Lilibet during UK visit Harry 'still longs' for royal association despite criticism of family

**---- Index References ----**

Company: PENGUIN RANDOM HOUSE LLC

News Subject: (Health & Family (1HE30))

Industry: (Book Publishing (1BO18); Books (1BO26); Celebrities (1CE65); Entertainment (1EN08); Healthcare (1HE06); Healthcare Practice Specialties (1HE49); Healthcare Services (1HE13); Psychiatric Services (1PS61); Psychology (1PS96); Publishing (1PU26); Traditional Media (1TR30))

Region: (Europe (1EU83))

Language: EN

Other Indexing: (Penguin Random House) (Prince Harry)

Word Count: 1020

**End of Document**                                                   © 2023 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

# Harry and Meghan 'want rift healed on their terms'

Sophie McCabe |    Express Online (UK)

**Search Details**

| | |
|---|---|
| Search Query: | advanced: ATLEAST4("drug!") and ("u.s." or "United States") and ATLEAST2(visa) |
| Jurisdiction: | FE |

**Delivery Details**

| | |
|---|---|
| Date: | April 1, 2023 at 10:05 PM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

**News**Room

3/17/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 9771073

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 17, 2023

Harry and Meghan 'want rift healed on their terms'
EXCLUSIVE: The Duke and Duchess of Sussex caught Buckingham Palace "off
guard" with their recent announcement regarding their children's prince and...

Sophie McCabe

EXCLUSIVE: The Duke and Duchess of Sussex caught Buckingham Palace "off guard" with their recent announcement regarding their children's prince and princess titles.

Last week, news emerged that Prince Harry and his wife Meghan Markle's 21-month-old daughter had been christened at their home in Montecito. A spokesperson for the couple confirmed that "Princess Lilibet Diana was christened on Friday, March 3 by the Archbishop of Los Angeles," and therefore revealed that the Duke and Duchess of Sussex had decided to use their two children's royal titles. Lilibet and her older brother Prince Archie Harrison automatically became prince and princess when their grandfather King Charles III ascended the throne, but their regal styles had not been used publicly before the announcement. For some commentators, it is clear that relations between the royals are unlikely to be "repaired anytime soon," in part because Harry and Meghan "want the rift healed on their terms".

Related articles

Marlene Koenig, a historian who has spent over 40 years researching royalty, told Express.co.uk: "The rift is huge. I don't [think it's] likely to be repaired anytime soon, unfortunately. The Sussexes want the rift healed on their terms. I don't think that's going to happen."

Similarly, the Daily Mirror's associate editor Russell Myers described relations between the royals as "fractured".

Since stepping down from their senior royal positions in 2020, the Duke and Duchess of Sussex's relationship with the Royal Family has been strained.

Tensions were recently exacerbated following the release of the couple's Netflix documentary series, Harry and Meghan, and the publication of the Duke's tell-all memoir, Spare.

READ MORE: Harry and Meghan 'will want' blessing for Lilibet during Coronation weekend

Prince Harry could have his 'visa revoked' after admitting to using drugsPrince Harry could see his visa revoked after admitting to using drugs in a televised therapy session, Piers Morgan pointed out.

Speaking to famed therapist Dr Gabor Mate for his programme The Myth of Normal: Trauma, Illness, and Healing in a Toxic Culture, Prince Harry said he started using **drugs** after realising they helped him cope with his trauma.

Read more HERE.

While Harry has insisted he is hopeful for a "reconciliation" with his family, the likelihood of peace talks before the Coronation of King Charles III has been shut down.

The Duke and Duchess have been invited to the Coronation, it was revealed via a statement earlier this month.

Harry received "email correspondence" from "His Majesty's office regarding the Coronation," a spokesperson confirmed, but an "immediate decision" regarding the Sussexes' attendance was not "disclosed".

Mr Myers indicated that "the way it was delivered caught Buckingham Palace on the hop," and had a role to play in worsening relations between the couple and their UK counterparts.

Speaking on the latest episode of True Royalty TV's Royal Beat, he said: "They may claim it was all agreed many moons ago and there were discussions way back when, but I think they would have thought that the Sussexes would have discussed with them when they would be putting the statement out.

"The feeling that I picked up on was that wasn't the case. I think this tells you a lot about the relationships at the moment and how fractured they are."

However, Ms Koenig has argued that Harry and Meghan, neither of whom are working royals, are not required to go through Buckingham Palace to make announcements.

While she agreed that the royals were "caught off guard" by the news of Lilibet's christening, she explained: "Harry and Meghan do not come under the auspices of Buckingham Palace."

Don't miss... Princess Lilibet and Prince Archie's title row details in full [INSIGHT] POLL: Should the Royal Family have gone to Lilibet's christening? [POLL] Archie and Lilibet won't use HRH after becoming Prince and Princess [LATEST]

She added: "They left. Harry is not a working royal, he is not obligated, and has no interest in using the Palace to make announcements about his family.

"Harry is going to do his own thing. It's clear that he and his wife are determined to control their own narrative. The Palace's press office has no real involvement with Harry and Meghan. News about Harry and Meghan is going to come from Harry and Meghan."

And while Mr Myers believes the announcement suggests relationships are fractured, others have argued the icy relations between the Sussexes and the rest of the Royal Family may be thawing.

Royal commentator Afua Hagan told Express.co.uk: "The lines of communication are improving. There has been a defrosting of royal relations — from both sides."

Related articles

WESTLAW   © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**Harry and Meghan 'want rift healed on their terms', 2023 WLNR 9771073**

She also suggested the couple's decision to use their children's formal titles could suggest they intend to return to the UK for the Coronation.

"It is a good indication that they will attend the Coronation and indicates where their head is at," she said, adding: "They still want to have ties to the Royal Family."

If the Duke and Duchess choose to attend the Coronation, it will see them reunite with members of the Royal Family at Westminster Abbey on May 6.

Historian Tessa Dunlop believes Meghan's attendance hinges on whether her children, specifically her son, are invited. She told The Royal Beat: "If you look at the footage of the 1953 Coronation, who was very prominent, albeit briefly? Prince Charles. He was four. Archie on his fourth birthday is definitely not too young to attend the coronation. And if you want Meghan there, you need to invite her son."

Related articles Harry and Meghan's fate foreshadowed by past royal evictions Royals have dealt with Harry revelations but 'can't ignore threat' Royal Family 'did right thing' not attending Lilibet's US christening Royal rules and reason Sophie doesn't need to curtsy to Meghan Harry and Meghan 'will want' blessing for Lilibet during UK visit

---- Index References ----

News Subject: (Government (1GO80); Health & Family (1HE30); Politically Exposed Persons (1PO01))

Industry: (Postal Services (1PO50))

Region: (Europe (1EU83); United Kingdom (1UN38); Western Europe (1WE41))

Language: EN

Other Indexing: (King Charles III; Meghan Markle)

Word Count: 965

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

# Prince Harry poses 'bigger threat' to King Charles than Meghan as Duke demands apology

Jon King |      Express Online (UK)

**Search Details**

| | |
|---|---|
| Search Query: | advanced: ATLEAST4("drug!") and ("u.s." or "United States") and ATLEAST2(visa) |
| Jurisdiction: | FE |

**Delivery Details**

| | |
|---|---|
| Date: | April 1, 2023 at 10:05 PM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

**NewsRoom**

3/14/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 9237954

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 14, 2023

Prince Harry poses 'bigger threat' to King Charles than Meghan as Duke demands apology
EXCLUSIVE: Royal author Nigel Cawthorne has said Harry's demand
for an apology from the King makes him a bigger threat to the monarch.

Jon King

Prince Harry poses a greater risk to King Charles's Coronation than his wife Meghan, Duchess of Sussex, because of the Duke's demand for an apology, a royal expert has claimed. Harry is reportedly seeking a private apology from his father and brother, Prince William, before making any commitment to attend the Coronation on May 6.

Related articles

Buckingham Palace staff have been told to plan for Harry and Meghan attending the King's Coronation, but an official announcement has yet to be issued.

Nigel Cawthorne, author of Prince Andrew, Maxwell and the Palace, said Harry poses a greater threat to the Coronation than his wife.

He told Express.co.uk: "Meghan has, thankfully, kept her mouth shut lately. It's Harry wanting an apology that poses more of a threat to the Coronation.

"But Charles knows he can't go around apologising to people - that's ridiculous. It's far beneath the King to do that."

Harry has previously refused to commit to being at the Coronation unless King Charles and Prince William "sit down and talk about" the allegations he has levelled against the Royal Family.

Prince Harry could have his '**visa** revoked' after admitting to using **drugsPrince** Harry could see his **visa** revoked after admitting to using **drugs** in a televised therapy session, Piers Morgan pointed out.

Speaking to famed therapist Dr Gabor Mate for his programme The Myth of Normal: Trauma, Illness, and Healing in a Toxic Culture, Prince Harry said he started using **drugs** after realising they helped him cope with his trauma.

Read more HERE.

In an interview with ITV ahead of the publication of his memoir, Spare, Harry said the ball was in their court, but the door is always open for reconciliation.

A source told The Times in February that while Harry wants an apology, the royals do not believe one is owed.

Mr Cawthorne, whose new book Going Spare will examine sibling rivalry between Charles and Prince Andrew, said if Harry attends the Coronation he is likely to bring his family with him. This includes his wife and their two children, Prince Archie and Princess Lilibet.

He said: "I would have thought Meghan will come with Harry, as well as the prince and princess. [Harry might say] 'I'm turning my back on the monarchy, but my children are a prince and princess'."

READ ABOUT A COUNCIL UNDER PRESSURE OVER PARKING FINES

Related articles

The Duke and Duchess of Sussex began to use the titles prince and princess for their children Archie Harrison and Lilibet Diana last week.

Harry and Meghan's youngsters became a prince and princess when the King acceded to the throne last September, but had remained a plain "master" and "miss" on the Buckingham Palace website until last Thursday .

Mr Cawthorne said: "If you're turning your back on the monarchy and royalty, it's very odd you would do that.

"But [Harry and Meghan] are so self-absorbed that they want the fancy balls, while rejecting the rest of it. I think they are just trying to have their cake and eat it."

Don't miss... Harry and Meghan's Frogmore Cottage eviction backed by Britons - poll [REPORT] King Charles 'doesn't eat lunch' - prefers to eat an unusual breakfast [REVEALED] Kate is 'most relaxed as a parent' with one child in particular [LATEST]

He added Harry and Meghan might announce whether or not they plan to attend the Coronation, saying: "I'm not sure to be honest. By and large the Sussexes do tend to seize the initiative with these things. They are the ones with the agenda."

Asked what their agenda is, Mr Cawthorne said: "It's certainly self-aggrandisement. They're bigging it up as much as they can.

"With their whole [Coronation] invitation and Netflix over there in the **US**, they're just feeding off their profile.

"The longer the 'will they or won't they' [discussion continues] the more attention they're getting.

"It goes hand in hand - the higher the profile they have, the more they can capitalise on it in the **US**."

Mr Cawthorne said that while Harry poses the bigger threat to the smooth running of the Coronation, King Charles would "in no way" be able to control the situation or mitigate against any further drama.

He joked: "He just has to sit there with a fancy hat on his head. He can't have guards with spikes pointing at Harry and Meghan!"

The author said: "Simply by being there, Harry is going to draw attention away from Charles. And if he doesn't come, he's drawing attention away from Charles.

"Presumably, there will be pictures of him cycling around Los Angeles looking nonchalant. It's a lose lose situation for Charles."

On how Buckingham Palace might handle Prince Andrew's Coronation attendance, Mr Cawthorne told Express.co.uk: "I think [Andrew's] desperate for any sort of attention really.

"He seems to be upset he's not allowed to wear his spiffy Order of the Garter outfit or his army uniform.

"He should do a nude protest and streak outside Westminster Abbey instead!"

For more about Mr Cawthorne and his work visit nigelcawthorne.com

Related articles 'Luckiest' sign' according to Chinese zodiac Denise Welch accuses celebs of betrayal over lack of public support Ricky Gervais issues expletive response as he's called to host Oscars Emily Ratajkowski and Eva Longoria wow in sheer Oscars afterparty look Hugh Grant blasted as 'rude' in painful Oscars chat and rolls his eyes

---- **Index References** ----

News Subject: (Health & Family (1HE30); Politically Exposed Persons (1PO01))

Industry: (Celebrities (1CE65); Entertainment (1EN08); TV (1TV19); TV Programming (1TV26))

Language: EN

Other Indexing: (ITV) (Prince Harry; King Charles; Meghan)

Word Count: 903

---

**End of Document**                    © 2023 Thomson Reuters. No claim to original U.S. Government Works.



# Coronation threat as Windsors left 'threadbare' as top royals not 'bothered to turn up'

Jon King |    Express Online (UK)

## Search Details

| | |
|---|---|
| Search Query: | advanced: ATLEAST4("drug!") and ("u.s." or "United States") and ATLEAST2(visa) |
| Jurisdiction: | FE |

## Delivery Details

| | |
|---|---|
| Date: | April 1, 2023 at 10:05 PM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

**News**Room

3/12/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 9039200

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 12, 2023

Coronation threat as Windsors left 'threadbare' as top royals not 'bothered to turn up'
A royal expert has said the monarchy is looking "a bit threadbare" as
questions remain over whether Prince Harry and Prince Andrew will attend.

Jon King

King Charles is in an "impossible position" with Prince Harry and Prince Andrew threatening to "besmirch" the Coronation if they attend the historic ceremony, a royal expert has claimed. Nigel Cawthorne - author of Prince Andrew, Maxwell and the Palace - said the monarchy is "looking a bit threadbare".

Related articles

Buckingham Palace staff have reportedly been told to plan for the Duke and Duchess of Sussex attending the King's Coronation, but this has yet to be confirmed publicly.

Meghan, Duchess of Sussex, and Prince Harry, who have begun using the titles prince and princess for their children in an "alignment" with the Palace on the matter, have yet to confirm whether they will attend the ceremony on May 6.

There are also doubts over the role Prince Andrew can play at the Coronation, given he is no longer a working member of the Royal Family.

It comes after the Duke of York settled a US civil lawsuit with Virginia Giuffre, who had accused Andrew of sexually abusing when she was a teenager. Andrew repeatedly denied the allegation and did not admit any wrongdoing in settling the case.

Prince Harry could have his 'visa revoked' after admitting to using drugsPrince Harry could see his visa revoked after admitting to using drugs in a televised therapy session, Piers Morgan pointed out.

Speaking to famed therapist Dr Gabor Mate for his programme The Myth of Normal: Trauma, Illness, and Healing in a Toxic Culture, Prince Harry said he started using drugs after realising they helped him cope with his trauma.

Read more HERE.

But the court case as well as Harry and Meghan's allegations against the royal family in their Netflix series and the Duke of Sussex's memoir, Spare, have put the King in a difficult position in relation to the Coronation.

Mr Cawthorne said: "There is a battle royal going on here. It's tit for tat. Certainly tat. With the flawless Queen gone, the monarchy is looking a bit threadbare.

"Charles is in an impossible position. If either Andrew or Harry, or both, turn up, they are going to besmirch the Coronation and take the spotlight away from him.

"Their absence will be equally headline-grabbing and will diminish the significance of the ceremony."

READ ABOUT CHARLES PROMOTING THE WINDSORS' SECRET WEAPON

Related articles

Mr Cawthorne described the Coronation as the key moment in the monarchy, but claimed the "top royals can't be bothered to turn up".

He added: "Imagine a wedding or funeral where a brother or son is a no-show. It speaks volumes.

"Neither Andrew nor Harry can do any right. If Andrew is not there, drawing the attention of the TV cameras and media commentators, he will be photographed driving around in a flash car or horse-riding in Windsor Great Park, or otherwise moaning about being demoted by moving into a tiny, five-bedroom cottage or leaking that he is going to spend millions of pounds which he, apparently, does not have, on trying to clear his name in a pointless legal battle against Virginia Giuffre."

Don't miss... Lilibet christening 'mystery' over Harry and Meghan's timing of event [REVEALED] Prince Harry blasted by royal expert over Princess Lilibet's title [LATEST] Kate Garraway calls out Prince Harry for 'inaccurate' Lilibet detail [REPORT]

Mr Cawthorne added: "Harry's on the horns of a dilemma too. How unpopular does he want to be? Every time he opens his mouth he plummets in the opinion polls.

"He's the Royal Family's Eddie the Eagle. If he turns up, he risks having rotten tomatoes thrown at him.

"If he stays away, he's turning his back on [royalty]. Only, by the way, my son and daughter are a prince and princess."

Harry and Meghan's relationship with the King and the Prince of Wales has remained troubled in the wake of the publication of the Duke's controversial tell-all memoir.

The Duke of Sussex has criticised Charles's parenting skills, accused Prince William of physically attacking him and branded Camilla, Queen Consort, "dangerous".

The latest YouGov poll shows 43 percent of the 3,024 adults surveyed saying Harry and Meghan should be invited to the Coronation, with 39 percent opposing.

YouGov found just a quarter of Britons think positively of Harry, while 68 percent have a negative opinion of him, giving him his lowest ever favourability rating of -44.

Harry and Meghan are now so disliked by older Britons that their popularity ratings are worse than Andrew's among the over-65s, according to YouGov.

Related articles

While 60 percent of the oldest generation have a "very" negative view of Andrew, this rises to 69 percent for Meghan and 73 percent for Harry, the poll shows.

It is understood there is no update from the Sussex camp over whether they will attend the crowning of Charles and Camilla, the Queen Consort.

A spokesperson for the Sussexes has previously said Harry and Meghan received email correspondence from the King's office about the event, but an immediate decision on their attendance would not yet be disclosed.

Related articles Paul McCartney's solo album was called a 'waste' by Beatles star Elvis Presley's affair behind Priscilla's back was life-changing Author shares 65 great Carry on secrets Elvis family respond to Prince Harry comparing Graceland to badger den Denise Richards felt 'extremely intimidated' working on James Bond

---- Index References ----

News Subject: (Crime (1CR87); Health & Family (1HE30); Politically Exposed Persons (1PO01); Sexual Misconduct & Crimes (1SE01); Social Issues (1SO05))

Industry: (Celebrities (1CE65); Entertainment (1EN08))

Language: EN

Other Indexing: (Buckingham Palace) (Windsors)

Word Count: 878

---

**End of Document**

© 2023 Thomson Reuters. No claim to original U.S. Government Works.



# Prince Harry therapy session falls into 'Jerry Springer category' of reality TV

Matthew Dooley |      Express Online (UK)

### Search Details

| | |
|---|---|
| Search Query: | advanced: ATLEAST4("drug!") and ("u.s." or "United States") and ATLEAST2(visa) |
| Jurisdiction: | FE |

### Delivery Details

| | |
|---|---|
| Date: | April 1, 2023 at 10:05 PM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

**News**Room

3/10/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 8828201

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 10, 2023

## Prince Harry therapy session falls into 'Jerry Springer category' of reality TV

### Prince Harry was savaged for appearing in a live streamed therapy session that has been likened to Jerry Springer by a royal expert.

Matthew Dooley

Prince Harry's live-streamed therapy session has been likened to "tacky" American reality TV by a royal expert. The host of the To Di For Daily podcast Kinsey Schofield savaged the Duke for a sit down he did with trauma expert Dr Gabor Mat&eacute; discussing subjects from Harry's **drug** use to his mental health.

Related articles

When asked about the therapy session Ms Schofield likened it to several famous American reality TV shows.

"Well lets be honest, we are the home of Dr Phil, Oprah Winfrey, Ricki Lake, I could list all of the tacky TV shows that have existed - Jerry Springer! - over the years and unfortunately it really feels like this falls into that category," the LA-based commentator opined on GB News.

She continued: "Harry being diagnosed over Zoom? That is extremely unsettling and it's not something that the American public is comfortable with but it is that kind of tacky reality TV that we've all become addicted to. And I apologise if we've sent it over there your way [to the UK]."

Jerry Springer hosted a famous talk show of the same name in the **US**, focusing on a range of issues including infidelity and marital problems. Springer would famously take the stage to chants of "Jerry! Jerry!" from the audience.

Prince Harry could have his '**visa** revoked' after admitting to using **drugsPrince** Harry could see his **visa** revoked after admitting to using **drugs** in a televised therapy session, Piers Morgan pointed out.

Speaking to famed therapist Dr Gabor Mate for his programme The Myth of Normal: Trauma, Illness, and Healing in a Toxic Culture, Prince Harry said he started using **drugs** after realising they helped him cope with his trauma.

Read more HERE.

During the pay-per-view live stream, Dr Gabor Mat&eacute; diagnosed the Duke with ADD, PTSD, depression and anxiety right on the spot.

Prince Harry also opened up about his **drug** use saying cocaine "didn't do anything" for him but lauded the use of marijuana and psychedelics.

Speaking on psychedelic **drugs**, the Prince said: "It was the cleaning of the windshield, removal of life's filters. It removed it all for me and brought me a sense of relaxation, release, comfort, a lightness that I managed to hold onto for a period of time.

"For me I started doing it recreationally and then started to realise how good it was for me."

READ MORE:Prince Harry's 'choice of guru' may prove 'unwise' after **drug** comments

Dr Gabor Mat&eacute; is known for his controversial views on the use of psychedelic **drugs** to treat mental health issues.

The Hungarian-Canadian doctor has used the hallucinogen Ayahuasca to treat patients in the past.

Ayahuasca is a plant grow in the Amazonian rain forest which has a long history of cultural use among shamans there.

The **drug** is illegal in the UK, **US** and Canada - in 2011 Canadian authorities threatened to arrest Dr Mat&eacute; if he didn't stop using the **drug** to treat his patients.

Follow our social media accounts here on facebook.com/ExpressUSNews and @expressusnews

Related articles Prince Harry is 'only interested in promoting himself' Meghan and Harry are going to make 'grand decision' on Coronation Prince Harry interview 'doesn't explain why he is so destructive' Prince Harry trying to brand Meghan Markle as 'Mother Theresa' 12 Best Afternoon Tea deals for Mother's Day 2023

**---- Index References ----**

Industry: (Celebrities (1CE65); Entertainment (1EN08); Healthcare (1HE06); Healthcare Practice Specialties (1HE49); Healthcare Services (1HE13); Internet (1IN27); Internet Media (1IN67); Psychiatric Services (1PS61); Psychiatry (1PS63))

Language: EN

Other Indexing: (Prince Harry; Jerry Springer)

Word Count: 558

---

**End of Document**                                           © 2023 Thomson Reuters. No claim to original U.S. Government Works.

# Royal Family have dealt with Harry revelations but 'can't ignore threat' of new book

Sophie McCabe |      Express Online (UK)

### Search Details

| | |
|---|---|
| Search Query: | advanced: ATLEAST4("drug!") and ("u.s." or "United States") and ATLEAST2(visa) |
| Jurisdiction: | FE |

### Delivery Details

| | |
|---|---|
| Date: | April 1, 2023 at 10:05 PM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

WESTLAW   © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

3/10/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 8824292

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 10, 2023

## Royal Family have dealt with Harry revelations but 'can't ignore threat' of new book
### Prince Harry claimed he had enough material for a second
### book but, if published, his family would "never forgive him".

Sophie McCabe

Following the publication of his tell-all memoir, Prince Harry sat down for an interview with Bryony Gordon of The Daily Telegraph. He told her the first draft of Spare was 800 pages — double the final manuscript which came in at just over 400 pages. The Duke of Sussex reportedly revealed information to ghostwriter JR Moehringer "for context", but there was "absolutely no way" they would be included in the book.

Harry is said to have told her: "But there are some things that have happened, especially between me and my brother, and to some extent between me and my father, that I just don't want the world to know. Because I don't think they would ever forgive me."

It came after Harry revealed a slew of secrets pertaining to Palace life and the Royal Family. And now, a royal commentator has claimed the House of Windsor can tolerate the revelations but "can't ignore" Harry's threat.

Related articles

Richard Fitzwilliams was a guest on last week's episode of the Royally **Us** podcast. He told hosts Christine Ross and Christina Garibaldi that the threat of another book will only exacerbate the deepening rift between Harry and his family.

He said: "We have to remember that he's threatened another book — 800 pages. It's a threat. You can't ignore things like that. It's awful."

When asked whether he thought writing Spare was "the worst thing that Harry could have done," Mr Fitzwilliams referred to the autobiography of the Duke of Windsor, formerly King Edward VIII, who abdicated the throne and subsequently lived in exile.

He said: "The Duke of Windsor took 15 years before he wrote it [his book], [and] there was nothing as sensational. This is purely making money out of family trauma. No one had any idea — as far as I could see — that he felt so jealous and that he resented his brother."

READ MORE: William won't take 'nonsense' from Harry after 'rude' remarks about Kate

Prince Harry could have his '**visa** revoked' after admitting to using **drugsPrince** Harry could see his **visa** revoked after admitting to using **drugs** in a televised therapy session, Piers Morgan pointed out.

Speaking to famed therapist Dr Gabor Mate for his programme The Myth of Normal: Trauma, Illness, and Healing in a Toxic Culture, Prince Harry said he started using **drugs** after realising they helped him cope with his trauma.

Read more HERE.

Harry's relationship with his older brother Prince William is said to be one of the most affected by the rift. The Prince of Wales featured heavily in Spare, with Harry telling his version of intimate events, including a physical altercation and heated arguments.

The Duke recalled reuniting with his family for the funeral of his grandmother Queen Elizabeth II. He claimed that he and William barely spoke during the solemn event.

Since the publication of Spare, Harry has insisted that he is hopeful for a reconciliation with his family, telling ITV's Tom Bradby that he wants his father and brother back.

However, some commentators have claimed that William may not be on the same page, particularly given the content of the Duke's memoir.

During an appearance on Royally **Us** last month, royal biographer Angela Levin speculated about William's feelings towards Harry's memoir.

She said: "It's terrible how he's attacked William. William has always looked after Harry, always protected him from a lot of wrongdoings when he was younger and he's always loved him.

"Harry even said to me once, 'Every year that passes William and I get closer together. He's the only person I trust, we can say anything to each other. And if we have an argument, we get over it, we can move on.'

"[They were] very, very close. And now he's attacking him in an awful way, talking about his bald head that now makes him not look like their mother and that he was circumcised."

Ms Levin continued: "I don't think you should invade somebody's privacy like that. That's not Harry telling his story, it is invading other people's stories that they don't want to be told.

"Brothers do fight€¦ Unlike a father and a son, brothers can fall out in a big way because they don't want to take the nonsense. They don't want to take all that. And I think Harry's gone too far. He's been quite rude about Catherine and he knows that would enrage William."

Don't miss... King rules out reducing his property empire but wants to rehome Andrew [INSIGHT] Prince Harry blasted by royal expert over Princess Lilibet's title [ANALYSIS] Harry and Meghan accused of 'forcing Palace's hand' over titles [LATEST]

Harry and Meghan given updated timeline to vacate Frogmore Cottage - long after CoronationPrince Harry and Meghan Markle have reportedly been given an updated timeline to give up the keys to their royal home, Frogmore Cottage, with the couple expected to be given a new Palace home by King Charles.

While the Sussexes must leave their previous residence "within weeks", the America-based couple could be offered Prince Andrew's old suite in Buckingham Palace.

Read more HERE.

The comments came less than three months before the Coronation of King Charles III, due to take place on May 6.

It has been confirmed that Harry and his wife Meghan Markle have been invited but the pair are yet to reveal whether they plan to attend.

In recent days, hopes the Duke and Duchess of Sussex will accept the invitation have been raised after it emerged they have decided to give their children the titles of prince and princess.

The couple announced on Wednesday that their 21-month-old daughter — named after the late Queen Elizabeth II — was christened last Friday and an announcement referred to her as Princess Lilibet Diana.

Harry and Meghan also invited the King and Queen Camilla and Prince William and Kate, Princess of Wales to the christening — a move that is being seen as a sign that relations between the Sussexes and the rest fo the Royal Family may be thawing.

Related articles

Royal commentator Afua Hagan told Express.co.uk: "The lines of communication are improving. There has been a defrosting of royal relations — from both sides."

She claimed the couple's decision to use their children's formal ties could suggest they intend to return to the UK for the Coronation. "It is a good indication that they will attend the Coronation and indicates where their head is at," she said, adding: "They still want to have ties to the Royal Family."

However, Mr Fitzwilliams has suggested that while the Coronation invitation indicates that Charles wants to mend the rift with his son, William may think differently.

He said: "Charles is a symbol of national unity, of course, as the monarch and the invitation comes from him, but as far as William's concerned, it's a terribly deep rift and I didn't see it being mended."

Related articles Meghan dreamt of having 'lots of wild kids' years before meeting Harry Meghan and Harry under fire as couple deemed 'difficult to work for' POLL – Is King right to evict Harry and Meghan from Frogmore Cottage? Harry and Meghan told to 'get a hotel or Airbnb' after losing Frogmore POLL: Should Meghan and Harry accept offer of Buckingham Palace flat?

---- **Index References** ----

Company: HOUSE OF WINDSOR INC-CIGAR

News Subject: (Family Social Issues (1FA81); Health & Family (1HE30); Social Issues (1SO05))

Industry: (Celebrities (1CE65); Entertainment (1EN08))

Region: (Europe (1EU83); United Kingdom (1UN38); Western Europe (1WE41))

Language: EN

Other Indexing: (ITV; House of Windsor) (Royal Family; Prince Harry)

Word Count: 1215

**End of Document**

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

# Princess Eugenie shares new pictures in heartwarming tribute to Fergie and Beatrice

Jon King |    Express Online (UK)

### Search Details

| | |
|---|---|
| Search Query: | advanced: ATLEAST4("drug!") and ("u.s." or "United States") and ATLEAST2(visa) |
| Jurisdiction: | FE |

### Delivery Details

| | |
|---|---|
| Date: | April 1, 2023 at 10:05 PM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

WESTLAW   © 2023 Thomson Reuters. No claim to original U.S. Government Works.   APP. C 389

**News**Room

3/9/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 8638626

Express Online (UK)
Copyright (c) 2023 Express.co.uk

March 9, 2023

Princess Eugenie shares new pictures in heartwarming tribute to Fergie and Beatrice
The youngest daughter of Prince Andrew and Sarah, Duchess of York,
has posted photos on Instagram to mark International Women's Day.

Jon King

Princess Eugenie posted a heartwarming tribute to her mother and sister to mark International Women's Day. Eugenie shared two photos on Instagram showing herself with Sarah, Duchess of York, and Princess Beatrice, against a snow-covered wintry landscape, believed to be in Norway.

Related articles

The post has already received more than 75,000 likes as royal fans delight at the new pictures.

Eugenie captioned the images: "International Women's Day. I'm so lucky to have my mum and sister as two incredible women in my life. Beabea, Mumma so proud of you! Xx."

Princess Eugenie's photograph sparked a wave of praise from royal fans, with Instagram users commenting on the Yorks's strong bond.

Scottish TV presenter Kirsty Gallacher said simply, "Love you all", in response to Eugenie's post.

Prince Harry could have his **'visa** revoked' after admitting to using **drugsPrince** Harry could see his **visa** revoked after admitting to using **drugs** in a televised therapy session, Piers Morgan pointed out.

Speaking to famed therapist Dr Gabor Mate for his programme The Myth of Normal: Trauma, Illness, and Healing in a Toxic Culture, Prince Harry said he started using **drugs** after realising they helped him cope with his trauma.

Read more HERE.

Fellow Instagram user Auntlizability commented: "How sweet. It's wonderful to see such great mother - daughter relationships."

And Insta user olga_bojo wrote: "For real, my favourite Royals right here!"

Eugenie's post came on the day the Duchess of York appeared on **US** TV show The View where she spoke of her relationship with the late Queen Elizabeth II.

Sarah told viewers: "We did chat a lot because the last three years in particular, during the pandemic, I used to go - don't worry I stuck to the rules - to take her out in the garden and we would both go wandering around the gardens with the doggies."

READ ABOUT WILLIAM'S INVOLVEMENT IN THE FROGMORE ROW

Related articles

She also revealed how she would call her ex-husband's mother "mumma".

The Duchess of York also explained how on their walks she would point to the ground and tell the Queen "there's a fairy ring there".

She continued: "And she was so brilliant and so great and such a sense of humour that she'd say, 'Yes, there is a fairy ring there', and she came with the game."

Fergie then revealed that she misses her friend because she was more of a mum to her than her own mother.

Don't miss... Meghan and Harry 'destroyed on own turf' [OPINION] Piers Morgan takes swipe at Meghan Markle as he thanks her for award [LATEST] Queen Camilla has 'awkward' interaction with a royal fan - claims [REVEALED]

She said: "She was so incredible. She was so forgiving and she didn't judge me. She used to say to me, 'Just be yourself Sarah, and one day you'll be alright'."

Eugenie's post comes amid claims she and her family have moved into Frogmore Cottage, which was vacated by Prince Harry and Meghan, Duchess of Sussex.

A source told OK! Magazine that Harry could not be happier for his cousin.

Princess Eugenie's husband, Jack Brooksbank, has reportedly been offered a promotion at **US**-based firm, Discovery Land Company, which could mean he will spend more time in the **United States**.

But the insider told the publication Eugenie, who is pregnant with the couple's second child, is keen to give birth in Britain and raise her children in England.

The source said: "The Sussexes are disappointed by the move but couldn't be happier that Eugenie and Jack will take it over.

"They have been staying there on and off for the past few years anyway.

"They went to see Harry and Meghan last month in California. They took over some small personal belongings left in the property. They were also helping to box up items at Frogmore to be shipped over to California.

"Andrew is delighted that his daughter will take over the property for the time being."

A second source said Eugenie and Jack will be based at Frogmore temporarily as the Palace has no long-term plans for the couple to stay there.

Prince Andrew had been tipped to move into the Grade II-listed home in Windsor as part of King Charles's move to trim the royal budget.

Related articles Elvis Presley's affair behind Priscilla's back was life-changing Author shares 65 great Carry on secrets The Apprentice stars details what really happened in taxi drives home Shocking 160,000 cancer patients suffer delays to vital treatment Bruce Willis' wife slams 'dumb' claim Demi Moore 'moved in with ex'

**---- Index References ----**

Company: DISCOVERY LAND COMPANY, LLC

News Subject: (Family Social Issues (1FA81); Health & Family (1HE30); Social Issues (1SO05))

Industry: (Celebrities (1CE65); Entertainment (1EN08); Gardens & Gardening (1GA80))

Language: EN

Other Indexing: (Discovery Land Company) (Princess Eugenie; Fergie)

Word Count: 760

---

**End of Document**

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

# Joe Biden to Skip King Charles' Coronation

Tom Sykes |     TheDailyBeast.com

**Search Details**

| | |
|---|---|
| Search Query: | advanced: ATLEAST4("drug!") and ("u.s." or "United States") and ATLEAST2(visa) |
| Jurisdiction: | FE |

**Delivery Details**

| | |
|---|---|
| Date: | April 2, 2023 at 8:53 PM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

WESTLAW   © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

4/2/23 TheDailyBeast.com (Pg. Unavail. Online)
2023 WLNR 11773023

TheDailyBeast.com
Copyright (c) 2023 The Newsweek/Daily Beast Company LLC

April 2, 2023

Joe Biden to Skip King Charles' Coronation

REUTERS/Jonathan ErnstWelcome to this week's edition of Royalist, The Daily Beast's newsletter for all things royal and Royal Family. Subscribe her...

Tom Sykes

Tim Teeman

REUTERS/Jonathan ErnstWelcome to this week's edition of Royalist, The Daily Beast's newsletter for all things royal and Royal Family. Subscribe here to get it in your inbox every Sunday.Joe Biden: Coronation no-showUS president Joe Biden will not attend the coronation of King Charles next month, according to the Telegraph, which claims he wants instead to prioritize an April 11 trip to Northern Ireland.Biden is "not expected" to join dozens of heads of state for the event, sources told the paper, and will send a delegation featuring "high-profile representatives" in his place. First Lady Jill Biden may go, with her husband reportedly keen to avoid any sense the event is being snubbed. Sources close to President Biden insisted to the Telegraph that his relationship with Charles was "strong," and may make time to meet him when he visits Northern Ireland. President Eisenhower did not attend Queen Elizabeth's coronation in 1953. Historically it was considered diplomatic not to send a figure who would overshadow the monarch being crowned.Not exactly palatialThe appalling pay and crappy accommodation all too often offered to royal staff has long been a cause of grievance in the palace. But photographs published today in MailOnline of the litter-strewn, rodent-infested apartments equipped with filthy fridges and encumbered with blocked toilets in Wellington Barracks, where members of the king's guard live, just yards from Buckingham Palace, are likely to renew demands for action on the issue.The barracks is home to five of the army's most high-profile regiments: the Coldstream, Grenadier, Irish, Scots, and Welsh Guards-better known as the people standing on guard outside royal palaces in bearskin hats.One former Coldstream Guard, who did not want to be named, told MailOnline: "It's a disgusting way to treat soldiers who are doing a very important job. Prisoners in Britain have better living conditions than we do."Wellington Barracks is absolutely filthy but from the outside they look great. Tourists stand at the gates to take pictures, but they wouldn't believe what life is like for soldiers inside."The rats would die in the bins, and we'd have to clean them out when doing block jobs in the morning. There are piles of rubbish inside the accommodation areas and the stench from the toilets is unbearable. All the problems are in the blocks where the privates live. Soldiers from the 1st Battalion Coldstream Guards take part in the Changing of the Guard in the forecourt of Buckingham Palace, in London, Britain October 4, 2021. Kirsty O'Connor/Pool via REUTERS "I can promise you this would not happen in the officers block. I couldn't take it anymore, it was worse than living in a filthy squat. I put up with it for several years, but nothing changed. The British public need to know how soldiers in this country are treated."One soldier said: "If you said something to a senior officer, they would either ignore you or tell you to fuck off, so we just stopped complaining. The whole thing is a joke. We're guarding some of the most famous people and buildings in the world then return to a filthy hell hole once our day's work is done."One soldier said that 32 privates live on each floor and have to share six toilets and two bathrooms between them.Harry urged to tell truth on **drugs**A conservative think tank wants to know what Prince Harry said on his **U.S.** **visa** application about his **drug**

use.Samuel Dewey, a senior lawyer at the Heritage Foundation-which has filed a Freedom of Information request to see Harry's application-told the Mail on Sunday: "It is in the public interest to know how Prince Harry answered the **drug** question. If he has been honest and open about his **drug** use, and there is no reason to believe he has not been, it could well be that he ticked the 'yes' box, in which case he would need a waiver to be granted a **visa** to be admitted into the States. That means he would have had to be interviewed in person and someone would have had to grant him a waiver. We are simply asking who granted that waiver."The think-tank wants to know how Harry answered "Are you or have you ever been a **drug** abuser or addict?"- given his previous admissions of **drug** use. Typically, the paper says, answering yes means you won't be let into the country. Britain's Prince Harry walks outside the High Court, in London, Britain March 30, 2023. REUTERS/Toby Melville Dewey said: "An admission of **drug** use doesn't automatically ban you for ever. There is a waiver process and a lot of people get a waiver on a case-by-case basis. If Prince Harry was given a waiver, who authorized it? Was the correct protocol followed? It's something the American people deserve to know. There is no suggestion Prince Harry did anything wrong and, if he was granted a waiver, he may not be aware of any political strings that may have been pulled, if indeed they were. But there is a danger he could become an unwitting pawn in an issue which has become a political hot potato."Another question: is a conservative think tank trying to stir up mischief for President Biden around the issue of immigration, with a liberal-leaning high-profile celebrity they can bash on as a bonus too?Subscribe here to get all the latest royal news and gossip with Tom Sykes and Tim Teeman.Meghan winsCongratulations to Meghan Markle who has won a Gracie Award for her Spotify podcast Archetypes, which featured guests including Serena William, Paris Hilton and pop star Mariah Carey, and said it aimed to explore "labels that try to hold women back." The Gracie awards are organized by the Alliance for Women in Media Foundation. Meghan wrote on the Archewell website, Meghan said: "Thank you to the Alliance for Women in Media Foundation for this prestigious honor. This is a shared success for me and the team behind Archetypes – most of whom are women-and the inspiring guests who joined me each week." Meghan Markle attends the 2021 Global Citizen Live concert at Central Park in New York, **U.S.**, September 25, 2021. REUTERS/Caitlin Ochs In other Archewell news, the organization filed its accounts this week. They show it received $13 million from two anonymous donors. Harry previously pledged to donate money from his rumored $20 million book deal to charity. Public donations came to just $4,470.Archewell paid out $110,000 to a firm run by former Obama adviser Katie McCormick which will spark fresh speculation over Meghan's political ambitions, the Sun says.Boom boomThe Sun had an exclusive Saturday about a new video game called Harry & Meghan: Call of Dukey. An insider briefed that the project was being called Crown Theft Auto, and quoted a source at the firm as saying: "Prince Harry has spoken of his love of gaming so we approached him with the idea and he loved it. It seemed the logical progression after the success of his book and Netflix series. It's all tongue-in-cheek and there are some brilliant secret levels, including one where the player finds themselves in the Duke of York's bedroom, confronted by a raging Prince Andrew bouncing on his bed, hurling teddy bears."Attentive readers will note Saturday was April 1st, April Fools' Day.This week in royal historyOn April 6, 1199, Richard I of England, aka Richard the Lionheart, died after being mortally wounded at the Siege of Chalus in France.Unanswered questionsKing Charles and Prince Harry are still dancing a delicate dance around the Coronation-how are negotiations going? And how does Prince William feel about it? Does Biden not showing up to the Coronation add to the sense that the event cannot secure A-list guests?Love The Daily Beast's royal coverage? Sign up here to get Royalist newsletters sent straight to your inbox.Read more at The Daily Beast.

---- Index References ----

Company: Welsh Guards Charity; HERITAGE FOUNDATION (THE); The Foundation of the Alliance for Women in Media, Inc.

News Subject: (Foundations (1FO95); Global Politics (1GL73); Military Conflicts (1MI68); Philanthropy (1PH09); Social Issues (1SO05); Top World News (1WO62); World Conflicts (1WO07))

Industry: (Celebrities (1CE65); Entertainment (1EN08))

Region: (Europe (1EU83); Northern Ireland (1NO23); United Kingdom (1UN38); Western Europe (1WE41))

Language: EN

Other Indexing: (1st Battalion Coldstream Guards; Coldstream Guard; Welsh Guards; Heritage Foundation; Alliance for Women in Media Foundation) (Joe Biden; King Charles')

Word Count: 1329

**End of Document**

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

# Prince Harry 'may have to update US officials on his drug use' when he reapplies for visa this year - as pressure grows on authorities to reveal if...

Laurence Dollimore |      Daily Mail Online (UK)

**Search Details**

| | |
|---|---|
| Search Query: | adv: "prince harry" and drugs |
| Jurisdiction: | FE |

**Delivery Details**

| | |
|---|---|
| Date: | April 5, 2023 at 11:24 AM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

NewsRoom

4/5/23 Daily Mail Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 12113378

Daily Mail Online (UK)
Copyright (c) 2023 Dailymail.co.uk

April 5, 2023

## Prince Harry 'may have to update US officials on his drug use' when he reapplies for visa this year - as pressure grows on authorities to reveal if...

Laurence Dollimore

Prince Harry 'may have to update US officials on his drug use' when he reapplies for visa this year - as pressure grows on authorities to reveal if Duke of Sussex was given special treatment when it was granted

Prince Harry must renew his US visa this year, it has emerged, as pressure mounts for his original application to be published following his admissions of drug use.

In his memoir The Duke said he would 'roll a joint' and smoke it by himself at 36 Sources say he has been honest with drug use to officials in US visa application

The Duke of Sussex moved to California with his wife Meghan Markle in March 2020, meaning the typical three-year visa given to those who emigrate to the States should be coming to an end.

The 38-year-old, who admitted past use of cannabis, magic mushrooms and cocaine in his bombshell memoir Spare, will therefore have to apply for a new visa, Green Card or full-blown citizenship if he wants to remain in the country.

But according to US immigration laws, foreigners who are 'determined to be a drug user' are classed as 'inadmissible'.

While officials can use their discretion to waive the rule, some American conservative voices fear Harry - who admitted in his memoir to 'rolling a joint' as recently as 2020 - may have enjoyed special treatment.

Sources close to the Duke insisted last night that he was 'truthful' when he applied for residency in California, suggesting he informed immigration officials of his past drug use.

 **READ MORE: Prince Harry reveals he STILL smoked drugs aged 36 and after rolling a joint would listen to frogs croaking outside Tyler Perry's house while Archie and Meghan were asleep**
But conservative think tank The Heritage Foundation has filed a freedom of information (FoI) request, demanding the application be published to ascertain exactly what the royal divulged - alongside details of any waiver he was granted.

US immigration law has harsh penalties for lying to immigration officials, including deportation and being barred from applying for citizenship.

In his memoir and in a 'therapy session' with toxic trauma expert Dr Gabor Mate to promote his book last month, Harry admitted using psychedelic **drugs**.

They included the hallucinogenic Amazonian plant ayahuasca, the effects of which he described as 'the cleaning of the windshield, the removal of life's filters'.

But under US law, an admission of drug use usually results in a person being denied entry to the States.

The issue of immigration is expected to become one of the main focuses of the 2024 presidential election, with Republicans attacking President Joe Biden for his lax border controls.

And there are fears that Harry's friendships with prominent Democratic Party figures such as former president Barack Obama and major Democratic donors including Oprah Winfrey and Tyler Perry could see him become an 'unwitting pawn in a highly political game'.

The Heritage Foundation says his visa application must now be released so the American taxpayer can understand whether Harry declared his drug use.

Mike Howell, director of the Heritage Foundation's Oversight Project, said: 'This request is in the public interest in light of the potential revocation of **Prince Harry's** visa for illicit substance use and further questions regarding the Prince's drug use and whether he was properly vetted before entering the United States'.

US immigration authorities have until April 12 to respond to the Freedom of Information (FoI) request.

Under US law, anyone applying for a visa to live and work in America has to tick a box to answer 'yes' or 'no' to the question: 'Are you or have you ever been a drug abuser or addict?'

There is a history of authorities releasing immigration documents about public figures.

The US Citizenship and Immigration Services website has an electronic reading room which contains the immigration files of people such as Shyamala Gopalan Harris, mother of US Vice-President Kamala Harris, and George Michael and John Lennon.

Other celebrities whose files are open to the public include Canadian-born Superman actress Margot Kidder and British actress Lynn Redgrave.

Mr Dewey added: 'An admission of drug use doesn't automatically ban you for ever.

'There is a waiver process and a lot of people get a waiver on a case-by-case basis. If **Prince Harry** was given a waiver, who authorised it? Was the correct protocol followed? It's something the American people deserve to know.'

Often a ban is overturned after an in-person interview at a US consulate or official immigration office, where a waiver can be issued.

In 2014, Ms Lawson was prevented from entering the US after admitting during a court case to taking cocaine, even though she told a judge: 'I have never been a drug addict. I've never been a habitual user.' She was later granted a visa after being interviewed at the US Embassy in London, while Ms Winehouse was twice refused entry because of her drug use.

Mr Dewey said: 'There is no suggestion **Prince Harry** did anything wrong and, if he was granted a waiver, he may not be aware of any political strings that may have been pulled, if indeed they were. But there is a danger he could become an unwitting pawn in an issue which has become a political hot potato.'

Reports in the US have suggested Harry was admitted on an 'O' visa – given to people of extraordinary ability.

Nile Gardiner, a director of the Margaret Thatcher Center for Freedom at the Heritage Foundation, said: 'This is a much bigger issue than **Prince Harry**. It is about enforcing immigration law and ensuring that no one is above the law. **Prince Harry** is simply the tip of the iceberg.

'There are many who believe that under President Biden immigration laws have become lax and are not being properly implemented.

'**Prince Harry** openly talked about his drug use and he has done so for commercial and financial gain, to sell books. In our opinion, there is no case for privacy here.'

The Mail on Sunday previously sought comment on **Prince Harry's** immigration status from the US Department of Homeland Security, the US Citizenship and Immigration Services, Immigration and Customs Enforcement, US Customs and Border Protection, California Border Patrol and the Sussexes' Archewell organisation. None responded.


---- Index References ----

Company: U.S. Customs and Border Protection,; US Citizenship and Immigration Services; HERITAGE FOUNDATION (THE); U.S. Department of Homeland Security

News Subject: (Crime (1CR87); Foundations (1FO95); Government (1GO80); Immigration & Naturalization (1IM88); Legislation (1LE97); Philanthropy (1PH09); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05); U.S. Legislation (1US12))

Region: (Americas (1AM92); California (1CA98); North America (1NO39); U.S. West Region (1WE46); USA (1US73))

Language: EN

Other Indexing: (Democratic Party; California Border Patrol; Sussexes' Archewell; US Customs and Border Protection; US Citizenship and Immigration Services; Heritage Foundation; US Department of Homeland Security) (Prince Harry)

Word Count: 1012

---

End of Document                                    © 2023 Thomson Reuters. No claim to original U.S. Government Works.



# Prince Harry 'was truthful about drug taking' on US forms as visa row rumbles on

By, George Mathias |      Daily Star Online (UK)

## Search Details

| | |
|---|---|
| Search Query: | adv: "prince harry" and drugs |
| Jurisdiction: | FE |

## Delivery Details

| | |
|---|---|
| Date: | April 5, 2023 at 11:24 AM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

WESTLAW   © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

4/5/23 Daily Star Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 12138418

Daily Star Online (UK)
Copyright (c) 2023 Dailystar.co.uk

April 5, 2023

## Prince Harry 'was truthful about drug taking' on US forms as visa row rumbles on
## The US authorities take a very hard line on drug use for those wishing to
## enter the country, with one think tank pushing for full clarity over the ...

By, George Mathias

The US authorities take a very hard line on drug use for those wishing to enter the country, with one think tank pushing for full clarity over the Prince Harry's answers on an immigration form

Prince Harry reportedly did inform US authorities about the drug use mentioned in his bombshell memoir Spare.

US border control is notoriously hardline, with visa applicants required to answer the question: "Are you or have you ever been a drug abuser or addict"

The Duke of Sussex has openly admitted to using cannabis, cocaine and magic mushrooms.

READ MORE: Banned sex toy advert pokes fun at Prince Harry as 'silence is golden'

He details one instance of using psychedelic drugs in the memoir, leading to speculation that it could jeopardise his visa status in the US, where he currently resides.

He has also recalled hallucinating while at a celebrity-filled event in California and smoking cannabis after his first date with Meghan.

He discussed his drug use at greater length while speaking with toxic trauma expert Dr Gabor Mate on TV where he talked about his experience with hallucinogenic Amazonian plant ayahuasca.

Sources close to the Duke of Sussex told The Telegraph that Harry had been "truthful" on his visa application, meaning he would likely have admitted to past drug use.

For most foreigners, admission of drug use normally results in visa applications being denied outright, however each person is dealt with on a 'case by case basis'.

A leading US think tank recently filed a freedom of information request about the Duke's application and are calling on him to be "totally transparent" when answering the immigration questions.

Brits have fallen foul of the tough stance countless times when trying to enter the US.

In 2019, Isabella Brazier-Jones was banned from the USA for 10 years allegedly after admitting to snorting a line of cocaine in 2017.

The 31-year-old said she was immediately thrown in a jail cell where she was kept for 24 hours before being shipped straight back to the UK.

Experts say such a ban can sometimes be overturned after an in-person interview at a US consulate or immigration office.

Samuel Dewey, a lawyer acting for America's Heritage Foundation in its FoI case regarding **Prince Harry**, said: "One condition of a waiver in the case of someone who has admitted drug use could be that the person has to check back with the medical examiner, so that there is some sort of follow-up.

"But we just don't know how **Prince Harry** has been treated and that is why we are asking these questions."

To get more stories from the Daily Star delivered straight to your inbox sign up to one of our free newsletters here .

READ NEXT:

Meghan Markle's post-royal life 'isn't exactly the stuff of feminist legend' **Prince Harry** told to 'grow up' and get over 'pride' to fix Royal Family rift Meghan Markle 'too unpopular' with Americans for political ambitions, says expert King Charles faces 'obvious coronation danger' as Harry and Meghan could 'overshadow' it **Prince Harry's** telling gestures hinted at royal rift in unearthed chat with Meghan

**---- Index References ----**

News Subject: (Crime (1CR87); Drug Addiction (1DR84); Health & Family (1HE30); Immigration & Naturalization (1IM88); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Pharmaceuticals & Biotechnology (1PH13))

Language: EN

Other Indexing: (America's Heritage Foundation) (Prince Harry)

Word Count: 456

---

**End of Document**    © 2023 Thomson Reuters. No claim to original U.S. Government Works.

# Prince Harry 'told US officials about drug use' insider claims amid visa row

Clive Hammond |      Express Online (UK)


**Search Details**

| | |
|---|---|
| Search Query: | adv: "prince harry" and drugs |
| Jurisdiction: | FE |

**Delivery Details**

| | |
|---|---|
| Date: | April 5, 2023 at 11:24 AM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

**News**Room

4/5/23 Express Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 12104249

Express Online (UK)
Copyright (c) 2023 Express.co.uk

April 5, 2023

## **Prince Harry** 'told US officials about drug use' insider claims amid visa row
### The Duke of Sussex is facing calls to release his US visa application following recent remarks he has made about his past drug use.

Clive Hammond

**Prince Harry** told custom officials in the US about his past drug use, an insider has claimed, adding that the 38-year-old was "truthful" on his visa application. The latest development comes as a conservative think tank campaigns to get the Duke's visa application made public following his recent revelations about past drug use. Those closest to the Duke of Sussex argue he had not withheld information about his previous drug use, which according to his autobiography Spare, included using the likes of cannabis, cocaine and magic mushrooms.

The taking of these **drugs**, which are Class A and Class B, was confirmed on the forms Harry had to fill out as he applied for a visa to live in the US, alongside his wife Meghan Markle and their two young children, Archie and Lilibet, the insider has claimed.

Question marks over Harry's relationship with **drugs** have long been discussed in royal circles, particularly during his younger years when the royal earned a reputation for his partygoing sensibilities.

And in Spare, which became one of non-fiction's fastest-selling books in history when released in January, Harry noted how he used as a way to deal with the trauma of losing his mother, Princess Diana when he was just 12 years old in 1997.

As well as the admissions on his drug use in Spare, Harry also outlined his past in a "therapy session" with the trauma expert Dr Gabor Mate, which helped promote the book.

The admission raised questions over how Harry would be allowed to gain a visa to the US, particularly with such ardent restrictions in place over drug use.

The Heritage Foundation, a conservative think tank that reviews American law, is using freedom of information laws to determine the exact details of Harry's admission.

According to the Telegraph, one source close to Harry said the prince was "truthful" on his application, suggesting he likely admitted to taking the narcotics, but he did not reveal the extent to which he disclosed his drug activity.

JUST IN: Megyn Kelly savages Meghan and Harry for 'one hour weeks'

US law, though, often sees those admitting to drug taking being denied entry to the country.

Immigration is a hot-button issue in the US. It's likely to take centre-stage during next year's presidential elections, with many Republicans believing incumbent US President Joe Biden has been lenient when it comes to border controls.

This has led to some to believe Harry's friendships with those on the left of politics, such as Democrat Party figures Barack Obama and Oprah Winfrey, may see him become an "unwitting pawn in a highly political game".

Calls have been made for Harry's visa application to be made public by the Heritage Foundation, which argues the US taxpayer has the right to know on what grounds he was approved status to live in the country.

Mike Howell, director of the Heritage Foundation's Oversight Project, said: "This request is in the public interest in light of the potential revocation of **Prince Harry's** visa for illicit substance use and further questions regarding the Prince's drug use and whether he was properly vetted before entering the US."

Lawyer Samuel Dewey also waded into the debate, arguing that "an admission of drug use doesn't automatically ban you forever".

He added: "There is a waiver process and a lot of people get a waiver on a case-by-case basis. If **Prince Harry** was given a waiver, who authorised it? Was the correct protocol followed? It's something the American people deserve to know."

Ordinarily, a ban from entering the US could be reversed after the US consulate or immigration office, speak in person to someone attempting to gain an American visa.

Mr Dewey concluded to the MailOnline earlier this month: "There is no suggestion **Prince Harry** did anything wrong and, if he was granted a waiver, he may not be aware of any political strings that may have been pulled, if indeed they were.

"But there is a danger he could become an unwitting pawn in an issue which has become a political hot potato."


---- Index References ----

Company: HERITAGE FOUNDATION (THE)

News Subject: (Crime (1CR87); Government (1GO80); Immigration & Naturalization (1IM88); Public Affairs (1PU31); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Pharmaceuticals & Biotechnology (1PH13))


Language: EN

Other Indexing: (Democrat Party; Heritage Foundation) (Prince Harry)

Word Count: 682

**End of Document**                                    © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

# Team Harry Says He Was 'Truthful' About Drug Use With U.S. Immigration

Tom Sykes |      TheDailyBeast.com

## Search Details

| | |
|---|---|
| Search Query: | adv: "prince harry" and drugs |
| Jurisdiction: | FE |

## Delivery Details

| | |
|---|---|
| Date: | April 5, 2023 at 11:24 AM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

**News**Room

4/5/23 TheDailyBeast.com (Pg. Unavail. Online)
2023 WLNR 12146846

TheDailyBeast.com
Copyright (c) 2023 The Newsweek/Daily Beast Company LLC

April 5, 2023

## Team Harry Says He Was 'Truthful' About Drug Use With U.S. Immigration

Carlo Allegri/ReutersPrince Harry's camp has suggested that he admitted to drug use when applying for an American visa.Harry has come under pressur...

Tom Sykes

Carlo Allegri/ReutersPrince Harry's camp has suggested that he admitted to drug use when applying for an American visa.Harry has come under pressure from conservative think tank the Heritage Foundation to say whether he made such a declaration, after writing about taking cocaine, marijuana, ayahuasca, and magic mushrooms in his memoir, Spare. The Heritage Foundation says his visa application should be published to ensure no "favors" were granted to the prince.Now, sources close to Harry appear to have briefed the Daily Telegraph-one of the few outlets with which the Sussexes still do business-that he was "truthful" on his visa application.Harry's book also suggested that he has continued to use illegal **drugs** since moving to America in 2020, and he has been vocal about using ayahuasca, the controversial (and illegal) Amazonian psychedelic, as part of his therapy.In one interview, Harry admitted he used the drug "recreationally" before realizing "how good it was for me."He said: "It was the cleaning of the windshield, removal of life's filters. It removed it all for me and brought me a sense of relaxation, release, comfort, a lightness that I managed to hold onto for a period of time."For me I started doing it recreationally and then started to realize how good it was for me. I would say it is one of the fundamental parts of my life that changed me and helped me deal with the traumas and the pains of the past."The Heritage Foundation has made a freedom of information request to see Harry's visa application. It is likely Harry would have immigrated to the U.S. on an "O" visa that lasts three years, and he will likely have to admit to any drug use in the meantime when renewing.Samuel Dewey, a Heritage Foundation lawyer who is making the freedom of information request said: "We just don't know how **Prince Harry** has been treated and that is why we are asking these questions."Nile Gardiner, director of the Margaret Thatcher Center for Freedom at the Heritage Foundation, said: "The drug issue is a huge question. Applicants to the U.S. have to say if they have used **drugs**. If they say yes they have to fill out a much more detailed form. Sometimes they will be denied entry."For him to have got in may have required some kind of high level intervention and we don't know where that came from."What we are asking is whether he was open and transparent with the application, whether there were any particular favors given, was he treated differently to everybody else. We believe in the rule of law."Read more at The Daily Beast.

---- Index References ----

Company: HERITAGE FOUNDATION (THE)

News Subject: (Crime (1CR87); Foundations (1FO95); Immigration & Naturalization (1IM88); Philanthropy (1PH09); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Pharmaceuticals & Biotechnology (1PH13))

Language: EN

Other Indexing: (Heritage Foundation)

Word Count: 449

---

**End of Document**
© 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

---

 © 2023 Thomson Reuters. No claim to original U.S. Government Works.

# Prince Harry may have to update US officials on drug use to keep visa

Gordon Rayner, Associate Editor, Victoria Ward, Royal Editor |      Telegraph Online (UK)

**Search Details**

| | |
|---|---|
| Search Query: | adv: "prince harry" and drugs |
| Jurisdiction: | FE |

**Delivery Details**

| | |
|---|---|
| Date: | April 5, 2023 at 11:24 AM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

**News**Room

4/4/23 Telegraph Online (U.K.) (Pg. Unavail. Online)
2023 WLNR 12025661

Telegraph Online (UK)
Copyright (c) 2023 Telegraph.co.uk

April 4, 2023

## **Prince Harry** may have to update US officials on drug use to keep visa
### Freedom of information battle aims to find out if Duke of Sussex
### was given special treatment when his US visa was granted

Gordon Rayner, Associate Editor, Victoria Ward, Royal Editor

The Duke of Sussex may have to keep US authorities updated on his drug use if he is to retain visa rights to live in California, it has emerged.

The Duke's immigration status has come under intense scrutiny after a Washington-based think tank requested the publication of his visa application in the light of his admissions of drug-taking.

US immigration laws state that any foreigner "determined to be a drug abuser" is classed as "inadmissible"-though immigration officials can use their discretion to waive the rule.

Sources close to The Duke of Sussex have indicated that he was truthful on his visa application, suggesting that he disclosed his drug use, which has continued since he moved to the US in 2020.

The Heritage Foundation, the biggest conservative think tank in the US, has now used freedom of information laws to demand the release of his visa application, saying it is in the public interest for the authorities to divulge what the Duke said about his drug use, and the details of any waiver he was granted, including the identity of the person making the decision.

People who emigrate to the US are typically given a three-year visa, meaning **Prince Harry** will need to apply for a new visa, or a Green Card, or citizenship, this year, which could be a problem in light of his recent admissions.

In his autobiography, Spare, and in television interviews, The Duke of Sussex has admitted taking cocaine, cannabis and magic mushrooms. He owned up to taking magic mushroom chocolates-which are illegal in the US-during a party at the Friends star Courtney Cox's home in Los Angeles.

He also spoke about his "positive" experience of the psychedelic drug ayahuasca, which is also illegal in the US, though he did not specify where he took it.

One possibility open to immigration officials in cases where people have admitted to drug use is to require them to update medical examiners on their drug intake over a matter of months.

**Drug issue 'a huge question'**

Samuel Dewey, a lawyer who is acting on behalf of the Heritage Foundation in its freedom of information case, said: "When there is an adjustment of status-such as an application for a Green Card-there is a requirement for a full medical examination.

"One condition of a waiver in the case of someone who has admitted drug use could be that the person has to check back with the medical examiner, so that there is some sort of follow-up.

"But we just don't know how **Prince Harry** has been treated and that is why we are asking these questions."

Famous names including the cookery writer Nigella Lawson and the late singer Amy Winehouse have been denied entry to the US in the past because of admissions of drug taking, while the tennis player Novak Djokovic has been denied entry because he refuses to be vaccinated against Covid.

Nile Gardiner, director of the Margaret Thatcher Centre for Freedom at the Heritage Foundation, said: "The drug issue is a huge question. Applicants to the US have to say if they have used **drugs**. If they say yes they have to fill out a much more detailed form. Sometimes they will be denied entry.

"For him to have got in may have required some kind of high level intervention and we don't know where that came from.

"What we are asking is whether he was open and transparent with the application, whether there were any particular favours given, was he treated differently to everybody else. We believe in the rule of law."

**'This is going to build and build'**
Freedom of information requests have been submitted to the Department of Homeland Security, US Customs and Border Protection and the US Citizenship and Immigration Service. They must respond by a deadline of April 12, though Mr Dewey said that if the requests for information are turned down the Foundation, which has 500,000 members, will take the matter to court.

Mr Gardiner added: "This could potentially build into an issue of congressional interest. Immigration law is a big issue in the coming US presidential election and **Prince Harry** is increasingly seen as a political activist, so I think this is going to build and build as an issue."

A source close to the Duke and Duchess of Sussex said that **Prince Harry** had been truthful on his visa application, but would not be drawn on the extent to which he detailed his drug-taking.

---- Index References ----

Company: U.S. Customs and Border Protection,; US Citizenship and Immigration Services; HERITAGE FOUNDATION (THE)

News Subject: (Crime (1CR87); Foundations (1FO95); Immigration & Naturalization (1IM88); Philanthropy (1PH09); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Pharmaceuticals & Biotechnology (1PH13))

Language: EN

Other Indexing: (Department of Homeland Security; US Customs and Border Protection; US Citizenship and Immigration Service; Heritage Foundation) (Prince Harry)

Word Count: 754

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

 © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room