# EXHIBIT 7

# [FILED IN HARD COPY WITH CLERK]