# EXHIBIT 10

| | |
|---|---|
| **From:** | cbpfoia@cbp.dhs.gov |
| **To:** | OversightProject |
| **Subject:** | CBP-FO-2023-053731 |
| **Date:** | Thursday, March 9, 2023 10:24:32 AM |

Mike Howell
The Heritage Foundation
214 Massachusetts Ave, NE
[Request|Requestor{Requestor}|Address 2]
Washington, District of Columbia 20002

03/09/2023

CBP-FO-2023-053731

Dear Mike Howell:

Your FOIA request was reviewed as a third-party request and did not include authorization that information on this individual, or business, can be released to you.  All third party FOIA requests must include a signed G-28 or G-639 form, or a signed statement from the individual verifying that his/her information may be released to you. Or, if requesting records pertaining to a business or company, a signed statement on company letterhead. Due to privacy concerns, CBP cannot confirm nor deny the existence of records on this individual or business.

Your FOIA request has been closed as insufficient. Please resubmit your FOIA request, along with the required information, by logging into your existing SecureRelease account.

Sincerely,

U.S. Customs and Border Protection

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

Deloitte refers to a Deloitte member firm, one of its related entities, or Deloitte Touche Tohmatsu Limited ("DTTL"). Each Deloitte member firm is a separate legal entity and a member of DTTL. DTTL does not provide services to clients. Please see www.deloitte.com/about to learn more.

v.E.1