# EXHIBIT 14



214 Massachusetts Avenue, NE
Washington, DC 20002
(202) 546-4400
heritage.org

**SENT VIA Email:**
**foiapaquestions@uscis.dhs.gov**

April 5, 2023

RE: COW2023001566

Dear FOIA Officer,

      I write to supplement the record in support of my request for expedited processing for my FOIA Request COW2023001566 ("Request").

      **Appendix B** contains a number of news reports and articles reporting on U.S. Citizenship and Immigration Services ("USCIS") denials of entry to the United States based on admissions of drug use or other similar conduct.  Many of these articles question whether USCIS is consistently and fairly discharging the law in this area.[1]

      **Appendix C** contains a number of articles that specifically cover the issue of HRH the Duke of Sussex KCVO's drug use and its interaction with HRH ability to lawfully enter and remain in the United States.  Many of these articles question the role of USCIS in this process and thus raise "possible questions about the government's integrity that affect public confidence" in that they suggest there was some impropriety in HRH's admission to the United States.  28 C.F.R. § 16.5(e)(1)(4).  Many of these articles specifically comment on the Request and the "possible questions about the government's integrity that affect public confidence" it surfaces via asking questions about HRH's long and admitted history of drug use and admission to the United States.  They thus clearly demonstrate on-going and intense public interest in "possible questions about the government's integrity that affect public confidence" surfaced by the Request.[2]

      **Appendix D** is an Amazon Kindle redemption code to allow USCIS to obtain a copy of HRH's book *Spare* and formally enter that entire book into the record.  Please accept your prepaid eBook using the link below:
https://www.amazon.com/kindle/redeem/?t=GSWGX623ACKRBGJ

---

[1] http://thf_media.s3.amazonaws.com/2023/Oversite_Project/PrinceHarry_Appendix_B-C.pdf

[2] http://thf_media.s3.amazonaws.com/2023/Oversite_Project/PrinceHarry_Appendix_B-C.pdf



214 Massachusetts Avenue, NE
Washington, DC 20002
(202) 546-4400
heritage.org

If you have any questions, or feel you need clarification of this request please contact me at oversightproject@heritage.org.

    Sincerely,

    Mike Howell
    Oversight Project Director
    & Investigative Reporter at The Daily Signal
    The Heritage Foundation
    214 Massachusetts Ave, NE
    Washington, D.C. 20002