# EXHIBIT 15

## SecureRelease™ Portal

Mike Howell
oversightproject@heritage.org

Request Number: CBP-FO-2023-053731

**Messages**   ADD MESSAGE

**RE: Expedited Processing**   04/20/2023, 12:54:12 pm
Expedited Processing Requests

http://thf_media.s3.amazonaws.com/2023/Oversite_Project/PrinceHarry_Appendix_B-C.pdf


---------------------------------------
Topic : Expedited Processing Requests
Subject : RE: Expedited Processing
Message :Good Morning Mr. Howell,

I am Mary Beth McLoughlin, a staff attorney for Shari Suzuki of the CBP FOIA Appeals and Policy Branch. Would it be possible for you to send Appendix B and C again (the various articles you provided). Unfortunately, we experienced a technical difficulty and now we cannot gain access to them. I apologize for the inconvenience this causes.

Sincerely,

Mary Beth McLoughlin
---------------------------------------
From: oversightproject@heritage.org
Topic: Expedited Processing Requests
Subject: Expedited Processing
Message: I write to supplement the record in support of my request for expedited processing for my FOIA Request/Appeal CBP-FO-2023-053731 ("Request").

**RE: Expedited Processing**   04/13/2023, 8:16:13 am
Good Morning Mr. Howell, I am Mary Beth McLoughli<br>Shari Suzuki of the CBP F...   Expedited Processing Requests

Case 1:23-cv-01198-CJN   Document 1-19   Filed 05/01/23   Page 3 of 3


1  expedited processsing　　　　　　　　　　04/05/2023, 10:12:59 pm
I write to supplement the record in support of my request for expedited
processing for my FOIA Reque...　　　Expedited Processing Requests




1  Expedited Processing　　　　　　　　　　04/05/2023, 10:02:34 pm
SUPPORT　　LICENSES　　PRIVACY NOTICE　　COOKIE NOTICE
I write to supplement the record in support of my request for expedited
processing for my FOIA Reque...　　　Expedited Processing Requests

COOKIE SETTINGS　　GOVERNMENT SYSTEM NOTICE

© 2023 Powered by  Deloitte