AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| Heritage Foundation and Mike Howell | ) | |
|---|---|---|
| | ) | |
| | ) | Case No. 1:23-cv-01198 |
| U.S. Department of Homeland Security | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Heritage Foundation and Mike Howell   .

Date:   05/01/2023

/s/ Roman Jankowski
*Attorney's signature*

Roman Jankowski, No. 975348
*Printed name and bar number*

214 Massachuetts Ave. NE Washington, D.C.  20002

*Address*

roman.jankowski@heritage.org
*E-mail address*

(202) 489-2969
*Telephone number*

*FAX number*