AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Heritage Foundation and Mike Howell | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cv-1198 |
| U.S. Department of Homeland Security | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Heritage Foundation & Mike Howell .

Date: 05/01/2023

/s/ Daniel D. Mauler
*Attorney's signature*

Daniel D. Mauler (No. 977757)
*Printed name and bar number*

214 Massachusetts Ave. N.E.
Washington, D.C.  20002

*Address*

Dan.Mauler@heritage.org
*E-mail address*

(202) 617-6975
*Telephone number*

*FAX number*