UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION *Et al*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br><br>    Defendant. | Civil Action No. 23-1198 (CJN) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John J. Bardo as counsel for Defendant in this matter.

Dated: May 1, 2023
       Washington, DC

                                      Respectfully submitted,

                                      MATTHEW M. GRAVES, D.C. Bar #481052
                                      United States Attorney

                                      BRIAN P. HUDAK
                                      Chief, Civil Division

                                      By: *John J. Bardo*
                                          JOHN J. BARDO
                                          D.C. Bar # 1655534
                                          Assistant United States Attorney
                                          601 D Street, NW
                                          Washington, DC 20530
                                          (202) 870-6770

                                      *Attorneys for the United States of America*