# EXHIBIT 2

**The U.S. Department of State**

**Bureau of Consular Affairs**

# *Online Nonimmigrant Visa Application*
# *DS-160*
# *EXEMPLAR*

## Sign In



## Sign In (Photo Required Post)

Displayed for posts that require photo upload.



## Upload an Application



## Retrieve an Application

Shown with valid barcode to show all additional fields.



## Application Information



Exit

Online Nonimmigrant Visa Application (DS-160)

### Application Information

**Please record your Application ID in a safe and secure place.**

If there are technical issues with the system, or you want to complete your application some other time, you can save your work and later, start where you left off. In order to access your application later, however, you will need: (1) your Application ID, and (2) the answer to the security question that you will choose on this page.



Your Application ID is:
**AA00911JX9**

Date
**05-JUN-2019**

Print Application ID

To choose a security question, pick the one you like the best from the dropdown list, type your answer to that question in the box below, and click "Continue." Remember: In order to access your application later, you will need to know the answer *exactly as you wrote it on this page.*

You can also use your Application ID and security question to retrieve your Confirmation Page after you have submitted your application, or to use your previously provided application information to complete a new application at a later date.

If you do not plan to complete your application within the next 30 days, download your application to your computer by clicking the "Save" button at the bottom of the last completed page. Follow the instructions. When you are ready to complete your application, select "Upload an Application". NOTE: Only download your application to a computer that cannot be accessed by anyone who does not have your permission to see or record your personal data. If you download your application a shared or public computer, such as a computer in a cyber café or library, your personal information may be able to be accessed by other users.

Note: Electronically submitting your DS-160 online application is the FIRST STEP in the visa application process. The next step is to review the internet page of the embassy or consulate where you plan to apply for your visa. Most visa applicants will need to schedule a visa interview, though some applicants may qualify for visa renewal. The embassy or consulate information may include specific local instructions about scheduling interviews, submitting your visa application, and other frequently asked questions.

Security Question ⓘ

WHAT IS THE GIVEN NAME OF YOUR MOTHER'S MOTHER?

Answer

| Continue | Cancel |



This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information ⧉   Disclaimers ⧉   Paperwork Reduction Act ⧉                                                                 (118)

Provided Security Question options:

Security Question ⓘ

- **WHAT IS THE GIVEN NAME OF YOUR MOTHER'S MOTHER?**
- WHAT IS THE GIVEN NAME OF YOUR FATHER'S FATHER?
- WHAT IS YOUR MATERNAL GRANDMOTHER'S MAIDEN NAME?
- WHAT NAME DID YOUR FAMILY USED TO CALL YOU WHEN YOU WERE A CHILD?
- IN WHAT CITY DID YOU MEET YOUR SPOUSE/SIGNIFICANT OTHER?
- WHAT IS THE NAME OF YOUR FAVORITE CHILDHOOD FRIEND?
- WHAT STREET DID YOU LIVE ON WHEN YOU WERE 8 YEARS OLD?
- WHAT IS YOUR OLDEST SIBLING'S BIRTHDAY MONTH AND YEAR? (E.G., JANUARY 1900)
- WHAT IS THE MIDDLE NAME OF YOUR YOUNGEST CHILD?
- WHAT IS YOUR OLDEST SIBLING'S MIDDLE NAME?
- WHAT SCHOOL DID YOU ATTEND WHEN YOU WERE 11 YEARS OLD?
- WHAT WAS YOUR HOME PHONE NUMBER WHEN YOU WERE A CHILD?
- WHAT IS YOUR OLDEST COUSIN'S FIRST AND LAST NAME?
- WHAT WAS THE NAME OF YOUR FAVORITE STUFFED ANIMAL OR TOY?
- IN WHAT CITY OR TOWN DID YOUR MOTHER AND FATHER MEET?
- WHAT WAS THE LAST NAME OF YOUR FAVORITE TEACHER?
- IN WHAT CITY DOES YOUR NEAREST SIBLING LIVE?
- WHAT IS YOUR YOUNGEST SIBLING'S BIRTHDAY MONTH AND YEAR? (E.G., JANUARY 1900)
- IN WHAT CITY OR TOWN WAS YOUR FIRST JOB?
- WHAT WAS THE NAME OF YOUR FIRST BOYFRIEND OR GIRLFRIEND?

## Personal Information 1

Displayed for all applicants. Answered 'Yes' to all questions on the page.



## Personal Information 2

Displayed for all applicants. Answered 'Yes' to all questions on the page.



## Travel Information

Displayed all applicants. "Have you made specific travel plans?" set to "Yes" and "Person/Entity Paying for Trip" set to "Other Person."



## Travel Information

Displayed all applicants. "Have you made specific travel plans?" set to "No" and "Person/Entity Paying for Trip" set to "Other Company/Organization."



## Travel Information (Standard Visas)

Displayed for principal applicants who select the following visa types: B, C, D, F, G, H1B1, I, J, M, N, NATO, Q, S, and PARCIS.



## Travel Information (A Visas)

Displayed for principal applicants who select an A-Visa.



## Travel Information (E1/E2-EX Visas)

Displayed for principal applicants who select an E1-EX or E2-EX Visa. Principal applicant question answered "Yes" to display additional fields.



## Travel Information (Non-Principal Applicants)

Displayed for non-principal applicants (ex. Child Of, Spouse Of, etc.) who select the following visa types: A, B, C, D, E, F, G, H1B1, I, J, M, N, NATO, Q, S, and PARCIS.



## Travel Information (USCIS)

Displayed for principal applicants who select the following visa types: CW/E2C, H1B, H1C, H2A, H2B, H3, K1, K3, L, O, P, R, T, and U.



## Travel Information (USCIS Non-Principal Applicants)

Displayed for non-principal applicants (ex. Child Of, Spouse Of, etc.) who select the following visa types: CW/E2C, H1B, H1C, H2A, H2B, H3, K1, K3, L, O, P, R, T, and U.



## Travel Companions Information

Displayed for all applicants.



## Previous U.S. Travel Information

Displayed for all applicants.  All questions are answered "Yes."



## Address and Phone Information

Displayed for all non-AGNATO applicants. All questions are answered to reveal additional fields, and Social Media Platform list included.



## Address and Phone Information (AGNATO)

Displayed for all applicants who select the following visa types: A1 visas, A2 visas, C3 visas, G1 visas, G2 visas, G3 visas, G4 visas, and NATO1-6 visas. All questions are answered 'No.'



## Passport Information

Displayed for all applicants. All questions are answered 'Yes'.



## U.S. Point of Contact Information

Displayed for all applicants.  Additional fields are the same with Person and Organization.



## Family Information: Relatives

Displayed for all applicants. Both parents have same additional questions, displayed with both paths to show all questions. Answered "Yes" to Immediate Relatives.



## Family Information: Relatives

Both parents information marked "Do Not Know." Answered "No" to all other questions.



## Family Information: Spouse

Displayed for all K3 applicants, or who selected 'Married'/'Common Law Marriage' on the 'Personal Information 1' page. Spouse's Address selected as 'OTHER' to show additional fields.



## Family Information: Partner

Displayed for all applicants who selected 'Civil Union/Domestic Partnership' on the 'Personal Information 1' page. Partner's Address selected as 'OTHER' to show additional fields.



## Family Information: Fiancé / Fiancée

Displayed for all K1 applicants.



## Family Information: Former Spouse

Displayed for all K1 applicants, and applicants who selected 'Divorced' or 'Legally Separated' on the 'Personal 1' page. Selecting 'No' shows no additional fields.



## Family Information: Deceased Spouse

Displayed for applicants who selected 'Widowed' on the 'Personal 1' page.



## Family Information: Children

Displayed for all K1/K3 applicants. Selecting 'No' shows no additional fields.



## Present Work/Education/Training Information

Displayed for all applicants.



## Previous Work/Education/Training Information

Displayed for all applicants. Selecting 'No' shows no additional fields.



## Additional Work/Education/Training Information

Displayed for all applicants. Answering 'Yes' to all questions to show all additional fields.



## Security and Background: Part 1

Displayed for all applicants. All questions answered to show additional fields.



## Security and Background: Part 2

Displayed for all applicants. All questions answered to show additional fields.



## Security and Background: Part 3

Displayed for all applicants. All questions answered to show additional fields.





## Security and Background: Part 4

Displayed for all applicants. All questions answered to show additional fields.

**Q:** Have you been ordered removed from the U.S. for a second time within the last 20 years?

**A:** ● Yes ○ No

Explain

**Q:** Have you ever been unlawfully present and ordered removed from the U.S. during the last ten years?

**A:** ● Yes ○ No

Explain

**Q:** Have you ever been convicted of an aggravated felony and been ordered removed from the U.S.?

**A:** ● Yes ○ No

Explain

**Q:** Have you ever been unlawfully present in the U.S. for more than 180 days (but no more than one year) and have voluntarily departed the U.S. within the last three years?

**A:** ● Yes ○ No

Explain

**Q:** Have you ever been unlawfully present in the U.S. for more than one year in the aggregate at any time during the past ten years?

**A:** ● Yes ○ No

Explain

**Q:** Have you ever been removed or deported from any country?

**A:** ● Yes ○ No

Explain

◄ Back: Security/Background Part 3 | 🖫 Save | Next: Security/Background Part 5 ►

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information ☑  Disclaimers ☑  Paperwork Reduction Act ☑

## Security and Background: Part 5

Displayed for all applicants. All questions answered to show additional fields.



## E-Visa: Business Profile

Displayed for E1-TR, E2-TR, and E1/E2-EX acting as their respective TRs. 'Other' selected where available to show all additional fields.



## E-Visa: Foreign Parent Business

Displayed for E1-TR, E2-TR, and E1/E2-EX acting as their respective TRs. Answers selected where available to show all additional fields.



## E-Visa: Finance and Trade

Displayed for E1-TR and E1-EX acting as their E1-TR.



## E-Visa: Investment

Displayed for E2-TR and E2-EX acting as their E2-TR. 'Other' selected where available to show all additional fields.



## E-Visa: U.S. Personnel 1

Displayed for E1-TR, E2-TR, and E1/E2-EX acting as their respective TRs.



## E-Visa: U.S. Personnel 2
Displayed for E1-TR, E2-TR, and E1/E2-EX acting as their respective TRs.



## E-Visa: U.S. Personnel 2 (Nonimmigrant)

US Status of Personnel as 'Nonimmigrant Visa Holder.'



## E-Visa: U.S. Personnel 2 (LPR)

US Status of Personnel as 'Lawful Permanent Resident (LPR).'



## E-Visa: U.S. Personnel 2 (Other)

US Status of Personnel as 'Other/I Don't Know.'



## E-Visa: Applicant Present Position

Displayed for all principal E-Visa applicants. Questions answered to display all additional fields.



## E-Visa: Applicant Position in U.S.

Displayed for all principal E-Visa applicants, replacing worker as "Yes."

## E-Visa: Applicant Position in U.S.

Replacing worker as "No."



**E-Visa: Applicant Position in U.S. Information**

Describe your position in the United States, including title, duties, and immediate subordinates.

Title

Duties

**Q:** Will you have any immediate subordinates in your position in the U.S.?

**A:** ● Yes ○ No

Immediate Subordinates

Surnames

Given Names

＋ Add Another    ═ Remove

Annual U.S. Salary and Benefits Package

| Salary | Allowances / Benefits | Total |
|--------|------------------------|-------|
| $ | $ | $ |

Calculate Total

**Help: U.S. Salary and Benefits**

All amounts must be entered in U.S. dollars (USD).

**Q:** Are you replacing a worker already in the United States?

**A:** ○ Yes ● No

Provide the following information:

**Q:** Is this an increase in staff?
**A:** ○ Yes ○ No

**Q:** Is this a continuance of an existing employment in the United States?
**A:** ○ Yes ○ No

◀ Back: Applicant Present Position    🖫 Save    Next: Application Contact ▶

## E-Visa: Application Contact

Displayed for all principal E-Visa applicants.

---

Contact Us | Help | Exit

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Select Tooltip Language
English

| COMPLETE | PHOTO | REVIEW | SIGN |

Online Nonimmigrant Visa Application (DS-160)

Application ID **AA00911JX9**

### E-Visa: Application Contact Information

✔ Getting Started
✔ Personal
✔ Travel
✔ Travel Companions
✔ Previous U.S. Travel
✔ Address and Phone
✔ Passport
✔ U.S. Contact
✔ Family
✔ Work / Education / Training
✔ Security and Background

**E-Visa** ▶

Business Profile

Foreign Parent Business

Finance and Trade

Investment

U.S. Personnel 1

U.S. Personnel 2

Applicant Present Position

Applicant Position in U.S.

▪ Application Contact

Student/Exchange Visa

Crew Visa

Temporary Work Visa

**Help: Navigation Buttons**

Click on the buttons above to access previously entered data.

Responsible officer within the business enterprise:

**Surnames**

**Given Names**

**Position**

Name and address of person who may be contacted about this application:

**Surnames**

**Given Names**

Address and Phone Number of Contact

**Street Address (Line 1)**

**Street Address (Line 2)** *Optional*

**City**

**State/Province**          ☐ Does Not Apply

**Postal Zone/ZIP Code**     ☐ Does Not Apply

**Country/Region**
- SELECT ONE -

**Telephone Number**

**Fax Number**              ☐ Does Not Apply

**Email Address**           ☐ Does Not Apply

(e.g., emailaddress@example.com)

◀ Back: Applicant Position in U.S. | 🖫 Save | Next: Student/Exchange Visa ▶

## Additional Point of Contact

Displayed for all F, M, and J visa applicants.



## SEVIS Information (F/M Visas)

Displayed for all F and M visa applicants.



## SEVIS Information (J Visas)

Displayed for all J visa applicants.



## Crew Visa

Displayed for D-Visa applicants. All questions answered 'Yes.'



## Temporary Work Visa

Displayed for the following Visa types: A3-EM, CW1-CW1, E1-EX, E1-TR, E2-EX, E2-TR, E2C-E2C, E3-AUS, E3R-RT, G5-EM, H1B-H1B, H1B1-CHL, H1B1-SGP, H1C-NR, H2A-AG, H2B-NA,H3-TR, I-FR, L1-L1, NATO7-EM, O1-EX, O2-AL, P1-P1, P2-P2, P3-P3, Q1-Q1, R1-R1, and TN-TN.



## Upload Photo

Displayed for all applicants.



## Upload Photo (continued)



## Upload Photo – Photo Quality Standards Result



## Upload Photo (continued)



## Application Review  (Personal, Address, Phone and Passport)

Displayed for all applicants.



## Application Review  (Travel)



## Application Review  (US Contact)



## Application Review  (Family)



# Application Review  (Work/Education/Training)



## Application Review  (Security and Background)



## Application Review  (E-Visa)



### Edit E-Visa: U.S. Personnel Information 2

List all personnel of U.S. business who hold executive, managerial, and/or specialist positions by subsidiary/branch office. If aliens, indicate Nonimmigrant visa status or Lawful Permanent Resident (LPR) status

**Name, Position/Title, and Division (1)**

| | |
|---|---|
| Name: | TEST, TEST |
| Position: | TEST |
| Division: | TEST |
| Country/Region of Origin (Nationality): | ANTIGUA AND BARBUDA |
| U.S. Status of Personnel: | U.S. CITIZEN |

**Name, Position/Title, and Division (2)**

| | |
|---|---|
| Name: | TEST, TEST |
| Position: | TEST |
| Division: | TEST |
| Country/Region of Origin (Nationality): | ANTIGUA AND BARBUDA |
| U.S. Status of Personnel: | U.S. CITIZEN |

### Edit E-Visa: Applicant Present Position Information

| | |
|---|---|
| Type of Applicant: | EXECUTIVE |
| Present Position and Duties (describe in detail): | TEST |
| Employer Name: | TEST |
| Years with Present Employer: | 4 |

**Employer Address**

| | |
|---|---|
| Street Address: | TEST |
| City: | TEST |
| State/Province: | DOES NOT APPLY |
| Postal Code/ZIP Code: | DOES NOT APPLY |
| Country/Region: | ALGERIA |

**Highest Level of Education**

| | |
|---|---|
| School: | TEST |
| Degree: | TEST |
| Major: | TEST |
| Year: | 1985 |
| Do you have any other relevant education to report? | NO |

### Edit E-Visa: Applicant Position in U.S. Information

| | |
|---|---|
| Title: | TEST |
| Duties: | TEST |
| Will you have any immediate subordinates in your position in the U.S.? | NO |

**Annual U.S. Salary and Benefits Package**

| | |
|---|---|
| Salary: | $1 |
| Allowances / Benefits: | $1 |
| Total: | $2 |
| Are you replacing a worker already in the United States? | NO |
| Is this an increase in staff? | NO |
| Is this a continuance of an existing employment in the United States? | NO |

### Edit E-Visa: Application Contact Information

**Responsible officer within the business enterprise**

| | |
|---|---|
| Name: | TEST, TEST |
| Position: | TEST |

**Name and address of person who may be contacted about this application**

| | |
|---|---|
| Name: | TEST, TEST |
| Street Address: | TEST |
| City: | TEST |
| State/Province: | DOES NOT APPLY |
| Postal Zone/ZIP Code: | DOES NOT APPLY |
| Country/Region: | AFGHANISTAN |
| Telephone Number: | 1234567890 |
| Fax Number: | DOES NOT APPLY |
| Email Address: | DOES NOT APPLY |

| ◀ Back: Security and Background | 💾 Save | Next: Student/Exchange Visa ▶ |
|---|---|---|



## Application Review  (Student/Exchange Visa)



## Application Review  (Crew Visa)



Online Nonimmigrant Visa Application (DS-160)

Application ID **AA0001ITQ2**

### Crew Visa Information

Print

**Edit Crew Visa Information**

| | |
|---|---|
| Specific job title aboard aircraft or vessel: | TEST |
| Name of company that owns the aircraft or vessel you will be working on: | TEST |
| Company telephone number: | 1234567890 |
| Did you acquire your position using a recruiting/manning/crewing agency? | NO |
| Are you serving aboard a seagoing ship or vessel? | YES |
| Seagoing Ship/Vessel Name: | TEST |
| Seagoing Ship/Vessel Identification Number: | 7 |

◄ Back: Student/Exchange Visa     Save     Next: Temporary Work Visa ►

## Application Review  (Temporary Work Visa)



## Application Review  (Location)



## Sign and Submit – Successful Signed and Submitted page

Displayed for all applicants.



## Sign and Submit– Wilberforce Pamphlet

Displayed for A3-EM, G5-EM, H1B-H1B, H1B1-CHL, H1B1-SGP, H1C-NR, H2A-AG, H2B-NA, H3-TR, J1-J1, and NATO7-EM



## Sign and Submit– IMBRA

Displays for K1 applicants.



## Sign and Submit– IMBRA

Displays for K3 applicants.



## Sign and Submit – FGM/C

Displayed for applicants of following nationalities: Benin, Burkina Faso, Cameroon, Central African Republic, Chad, Cote d'Ivoire, Democratic Republic of the Congo, Djibouti, Egypt, Eritrea, Ethiopia, Gambia, Ghana, Guinea, Guinea-Bissau, Indonesia, Iraq, Kenya, Liberia, Mali, Mauritania, Niger, Nigeria, Senegal, Sierra Leone, Somalia, Sudan, Tanzania, Togo, Uganda, Yemen



## Confirmation

Displayed for all applicants.



This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information    Disclaimers    Paperwork Reduction Act

## Link – Paper Reduction Act

Displayed for all applicants.



Online Nonimmigrant Visa Application (DS-160)

### Paperwork Reduction Act

Public reporting burden for this collection of information is estimated to average 75 minutes per response, including time required for searching existing data sources, gathering the necessary documentation, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to:

**PRA_BurdenComments@state.gov**

**Confidentiality Statement**

INA Section 222(f) provides that the records of the Department of State and of diplomatic and consular offices of the United States pertaining to the issuance and refusal of visas or permits to enter the United States shall be considered confidential and shall be used only for the formulation, amendment, administration, or enforcement of the immigration, nationality, and other laws of the United States. Certified copies of such records may be made available to a court provided the court certifies that the information contained in such records is needed in a case pending before the court.



This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

[113]

## Link – Copyright Information

Displayed for all applicants.



**Copyright**

Links to Department sites are welcomed. Unless a copyright is indicated, information on the Department of State Web Site is in the public domain and may be copied and distributed without permission. Citation of the U.S. State Department as source of the information is appreciated.

If a copyright is indicated on a photo, graphic, or other material, permission to copy these materials must be obtained from the original source. Please note that the U.S. Government has an international copyright on Country Commercial Guides.

## Link – Disclaimers

Displayed for all applicants.



## Disclaimer

For site management, see Privacy and Computer Fraud and Abuse Act Notices.

The information content and design/organization of this web page were launched in 2013.

Links to External Web Sites
Links to web sites outside the U.S. Federal Government or the use of trade, firm, or corporation names within the State Department web sites are for the convenience of the user. Such use does not constitute an official endorsement or approval by the U.S. State Department of any private sector web site, product, or service.

Computer Fraud and Abuse Act
Unauthorized attempts to upload information and/or change information on these web sites are strictly prohibited and are subject to prosecution under the Computer Fraud and Abuse Act of 1986 and Title 18 U.S.C. Sec.1001 and 1030.

Disclaimer of Liability
Every effort is made to provide accurate and complete information. However, we cannot guarantee that there will be no errors. With respect to documents and information on the current and archive State Department web sites, neither the U.S. Government or the U.S. Department of State, nor their employees and contractors make any warranty, expressed or implied, including the warranties of merchantability and fitness for a particular purpose with respect to documents available from State Department web sites. Additionally, the U.S. Government nor the U.S. State Department assume no legal liability for the accuracy, completeness, or usefulness of any information, product, or process disclosed herein and do not represent that use of such information, product, or process would not infringe on privately owned rights.

Please read the State Department's guidelines pursuant to the Data Quality Information Act before submitting inquiries under this Act. If you would like verification or a hard copy of information released on State Department web sites or if you have any questions or comments about the information presented here, please contact the public information staff in the Bureau of Public Affairs.

Public Communication Division
PA/PL
U.S. Department of State
Washington, D.C. 20520
202-647-6575

Also see http://contact-us.state.gov/

For information on the Department of State's privacy policy regarding the nature, purpose, use, and sharing of any Personally Identifiable Information (PII) collected via this website please click here. For disclaimer and notices associated with a specific information collection please click on that information collection. Our privacy policy explains our information practices when you provide PII to us, whether collected online, or when you visit us online to browse, obtain information, or conduct a transaction. PII may include: your name, email, mailing and/or home address, phone numbers, or other information that identifies you personally.

Privacy Notice about Google Analytics Premium
This website uses Google Analytics Premium. Please refer to the following policies on Google's website for more information:

Google's main privacy policy
Cookies & Google Analytics on Websites
Opt out of Google Analytics Cookies