# EXHIBIT 16

Case 1:23-cv-01198-CJN   Document 7-17   Filed 05/05/23   Page 2 of 3



http://thf_media.s3.amazonaws.com/2023/Oversite_Project/PrinceHarry_Appendix_B-C.pdf


----------------------------------------
Topic : Expedited Processing Requests
Subject : RE: Expedited Processing
Message :Good Morning Mr. Howell,

I am Mary Beth McLoughlin, a staff attorney for Shari Suzuki of the CBP FOIA Appeals and Policy Branch. Would it be possible for you to send Appendix B and C again (the various articles you provided). Unfortunately, we experienced a technical difficulty and now we cannot gain access to them. I apologize for the inconvenience this causes.

Sincerely,

Mary Beth McLoughlin
----------------------------------------
From: oversightproject@heritage.org
Topic: Expedited Processing Requests
Subject: Expedited Processing
Message: I write to supplement the record in support of my request for expedited processing for my FOIA Request/Appeal CBP-FO-2023-053731 ("Request").

  RE: Expedited Processing                                    04/13/2023, 8:16:13 am
Good Morning Mr. Howell, I am Mary Beth McLoughli...    Expedited Processing Requests
Shari Suzuki of the CBP F...




1 expedited processsing
04/05/2023, 10:12:59 pm
Expedited Processing Requests
I write to supplement the record in support of my request for expedited processing for my FOIA Reque...

1 Expedited Processing
04/05/2023, 10:02:34 pm
Expedited Processing Requests
I write to supplement the record in support of my request for expedited processing for my FOIA Reque...

SUPPORT    LICENSES    PRIVACY NOTICE    COOKIE NOTICE
COOKIE SETTINGS    GOVERNMENT SYSTEM NOTICE

© 2023 Powered by Deloitte