# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Heritage Foundation & Mike Howell )
_Plaintiff_ )
)
v. ) Civil Action No. 23-cv-1198
U.S. Department of Homeland Security )
_Defendant_ )

## SUMMONS IN A CIVIL ACTION

To:   _(Defendant's name and address)_   Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street, N.W.
Washington, D.C.  20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Samuel Everett Dewey
Chambers of Samuel Everett Dewey, LLC
2200 12th Court North No. 609
Arlington, VA  22201

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 05/01/2023



/s/ Simone Logan

_Signature of Clerk or Deputy Clerk_

Civil Action No. 23-cv-1198

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Homeland Security was received by me on *(date)* May 1, 2023.

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

X❏ Other *(specify):* Served the summons via email on May 1, 2023 pursuant to procedures set forth by the United States Attorney's Office for the District of Columbia.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: May 10, 2023

/s/ Samuel Everett Dewey
*Server's signature*

Samuel Everett Dewey, Counsel for Plaintiffs.
*Printed name and title*

2200 12th Court North Apt. 609, Arlington, VA 22201
*Server's address*

Additional information regarding attempted service, etc: