IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HERITAGE FOUNDATION & MIKE HOWELL<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 23-cv-1198 (CJN)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs Heritage Foundation and Mike Howell respectfully move this Court to issue a preliminary injunction enjoining Defendant the U.S. Department of Homeland Security ("DHS") from unlawfully impeding Plaintiffs' access to records under the Freedom of Information Act, 5 U.S.C. § 552. Plaintiffs seek injunctive relief ordering DHS components DHS Headquarters and Customs and Border Protection to process Plaintiffs' FOIA Request dated March 8, 2023 on an expedited basis pursuant to 5 U.S.C. § 552(a)(6)(E) and 6 C.F.R. § 5.5(e)(1)(iv).

The grounds for this motion are set forth in the accompanying Memorandum in Support of Plaintiffs' Motion for a Preliminary Injunction. Pursuant to Local Rule 65.1(d), Plaintiffs ask that the Court schedule a hearing on this motion at the Court's earliest convenience.

Dated: May 10, 2023    Respectfully submitted,

/s/ Samuel Everett Dewey
SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC

Telephone: (703) 261-4194
Email: samueledewey@sedchambers.com

DANIEL D. MAULER
(No. 977757)
The Heritage Foundation
Telephone: (202) 617-6975
Email: Dan.Mauler@heritage.org

ROMAN JANKOWSKI
(No. 975348)
The Heritage Foundation
Telephone: (202) 489-2969
Email: Roman.Jankowski@heritage.org

*Counsel for Plaintiffs*