IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION & MIKE HOWELL,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br><br>*Defendants*. | Case No. 23-cv-1198 (CJN) |

**PROPOSED ORDER**

Upon consideration of Plaintiffs' Motion for a Preliminary Injunction, Defendant's Response thereto, and the entire record, it is hereby:

**ORDERED** that Plaintiffs' Motion for a Preliminary Injunction is **GRANTED**; and it is Further

**ORDERED** that Defendant the U.S. Department of Homeland Security components U.S. Department of Homeland Security Headquarters and Customs and Border Protection shall process Plaintiffs' FOIA Request dated March 8, 2023, on an expedited basis pursuant to 5 U.S.C. § 552(a)(6)(E) and 6 C.F.R. § 16.5(e)(1)(iv).

Date: _____    _____
CARL J. NICHOLS
United States District Judge

**Copies:**

SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone:  (703) 261-4194
Email:  samueledewey@sedchambers.com

DANIEL D. MAULER
(No. 977757)
The Heritage Foundation
Telephone:  (202) 617-6975
Email:  Dan.Mauler@heritage.org

ROMAN JANKOWSKI
(No. 975348)
The Heritage Foundation
Telephone:  (202) 489-2969
Email:  Roman.Jankowski@heritage.org

JOHN J. BARDO
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, DC  20530
Phone:  (202) 870-6770
Email:  John.Bardo@usdoj.gov