IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HERITAGE FOUNDATION & MIKE HOWELL  *Plaintiffs*,  v.  U.S. DEPARTMENT OF HOMELAND SECURITY  *Defendant*. | Case No. 23-cv-1198 (CJN) |

**DECLARATION OF SAMUEL EVERETT DEWEY**

1. My name is Samuel Everett Dewey. I am counsel to Plaintiffs in this action.

2. The morning of Monday May 1, 2023, I contacted the United States Attorney's Office for the District of Columbia ("USAODC") and informed that Office that Plaintiffs had requested preliminary injunctive relief on their claim for expedited processing, but that Plaintiffs would forbear filing a motion for a preliminary injunction in hopes of resolving the matter informally.

3. I contacted USAODC on May 2 and May 3 and that Office stated they had not received instructions from Defendant as to Plaintiffs' claim for preliminary relief.

4. The morning of May 4, 2023, I spoke to USAODC who requested additional information regarding Plaintiff's' litigation posture. I provided that information via email later that morning.

5. The evening of May 4, 2023, I received an email from USAODC which did not relay a position for the Department of Homeland Security Headquarters ("DHS HQ") and which

1

stated that Customs and Border Protection ("CBP") had denied the underlying Request so USAODC questioned why Plaintiffs sought expedition for a request which had been denied.

6. On May 5, 2023, I spoke to USAODC via telephone. USAODC represented that DHS HQ believed they likely did not have responsive records. USAODC reiterated its prior statement as to CBP's status.

7. As of May 9, 2023 at 4:56 PM EST, CBP records state Plaintiffs' application for expedited processing is "pending." Exhibit 1 hereto is a true and correct copy of a printout of the status of CBP-FO-2023-053731 from the Secure Release Portal as of that time.

I declare under the penalty of perjury that the foregoing is true and correct.

May 10, 2023                                   /s/ Samuel Everett Dewey
                                               Samuel Everett Dewey