# DEWEY DECL. EXHIBIT 1

### SecureRelease™ Portal


Mike Howell
oversightproject@heritage.org

Request Number: CBP-FO-2023-053731

## Details of Request
(Read only details of request)

| | |
|---|---|
| **Request Description:** | Section 1) All records within the Alien File (A-File) of Prince Henry Charles Albert David (Date of Birth 09/15/1984) of the British Royal Family aka Prince Harry aka His Royal Highness Prince Henry of Wales aka the Duke of Sussex, including but not limited to: • Any and all applications for immigration benefits filed, whether or not adjudicated; • Any and all Forms I-213; • Any and all Forms I-275; and • Any and all Forms I-877. Section 2) All records pertaining to the Duke of Sussex in the following system of records maintained by CBP and DHS • Automated Targeting System (ATS, DHS/CBP-006); • Advance Passenger Information System (APIS, DHS/CBP-005); • Border Crossing Information System (BCIS, DHS/CBP-007); • U.S. Customs and Border Protection TECS (DHS/CBP-011); • Non-Federal Entity Data System |
| **Fee Waiver Requested? :** | Pending Decision |
| **Reason for Fee Waiver:** | please see attached |
| **Expedited Processing?:** | Pending Decision |
| **Reason for Expedited Processing:** | please see attached |
| **Appeal Number:** | CBP-AP-2023-000828 |
| **Basis for Appeal:** | I am appealing the adverse determination denying my request in full because CBP violated DHS FOIA regulations, specifically, sections §5.6(e), §5.6 (e)(1), §5.6 (e)(2), and §5.6 (e)(3). There was a violation of §5.6(e) because no one signed off on the denial as required per statute. There was a violation of §5.6(e)(1), because there was no name, no title, no position of the person responsible for the denial as required by statute. There was a violation of §5.6(e)(2), because there were no |






(NEDS, DHS/CBP-008); • DHS Use of the Terrorist Screening Database (TSDB) System of Records (DHS/ALL-030); • CBP Intelligence Records System (CIRS, DHS/CBP-024); • DHS Automated Biometric Identification System (IDENT, DHS/USVISIT-004); • Electronic System for Travel Authorization (ESTA, DHS/CBP-009); • Nonimmigrant Information System (NIIS, DHS/CBP-016); • Arrival and Departure Information System (ADIS, DHS/CBP-021);and • Electric Visa Update System (EVUS., DHS/CBP-022). Section 3) All records relating to any requests for waiver pursuant to Section 212(d)(3) of the Immigration and Nationality Act including, but not limited to, email communications within the DHS Office of the Secretary, the USCIS Office of the Director, the CBP Office of the Commissioner, or any subordinate office within those named departments or agency or a record of any communication between any of those named entities and the U.S. Department of Stater, the U.S. Embassy in London,

descriptions of the FOIA exemptions applied by CBP in denying the request, even though the statute states there should be a brief statement of the reasons for the denial, including any FOIA exemption applied by CBP in denying the request. There was a violation of §5.6(e)(3), because there was no estimate of the volume of the records withheld, or a statement that it was protected by an applicable exemption as required. Specifically, it states: ... the estimate of the volume of any records or information withheld, for example, by providing the number of pages or some other reasonable form of estimation. This estimation is not required if the volume is otherwise indicated by deletions marked on records that are disclosed in part, or if providing an estimate would harm an interest protected by an applicable exemption. I am also appealing this request because I am questioning the adequacy of the search as per §5.8 (a)(1). A third-party release is not necessary for this request because there is an overwhelming





the Federal Bureau of Investigation, or U.S. Immigration and Customs Enforcement.

**Agency:** Department of Homeland Security

**Component:** U.S. Customs & Border Protection

**Processing Track:** Simple

**Request Type:** FOIA Request

**Submitted Date:** 03/08/2023

**Request Status:** Closed (No Documents Sent)

**Identity Verification Status:** Not Requested by Agency

countervailing public interest in the disclosure. Public confidence in the government would undoubtedly suffer if DHS, CBP, and USCIS failed to properly vet such a high-profile case. Moreover, if Prince Harry was granted preferential treatment that to would undermine public confidence in DHS, CPB, and USCIS's application of equal justice under the law. Also, there was no page count or file size of the search, or a description of where the search was conducted. I believe there was no search regarding this request. Please see attached. I respectfully request that CBP reassess its response, search for records, and provide responsive records. If any portion of this request is denied for any reason, please provide copies of the records or portions of records that are being withheld and cite each specific exemption of the Freedom of Information Act on which the agency relies. Please see attached

**Appeal Date:** 03/15/2023

**Appeal Status:** Initial Determination

**Files uploaded by user**

Search

| File Name | Attachment Type |
|---|---|
| CBP-FO-2023-053731 final response.pdf | General Documentation |
| CBP FOIA Appeal PH 3-15-23.pdf | General Documentation |
| Prince Harry FOIA Request 3-8-23.pdf | Request Letter |
| APPENDIX A.pdf | Expedition Request Documentation |

5 rows 1-4 of 4

SUPPORT LICENSES PRIVACY NOTICE COOKIE NOTICE COOKIE SETTINGS

GOVERNMENT SYSTEM NOTICE

© 2023 Powered by Deloitte

