FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Heritage Foundation & Mike Howell )
*Plaintiff* )
)
v. ) Civil Action No. 23-cv-1198
)
U.S. Department of Homeland Security )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*

Hon. Merrick Garland
Attorney General of the United States
950 Pennsylvannia Ave., N.W.
Washington, D.C.  20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Samuel Everett Dewey
Chambers of Samuel Everett Dewey, LLC
2200 12th Court North No. 609
Arlington, VA  22201

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 05/01/2023

/s/ Simone Logan

*Signature of Clerk or Deputy Clerk*

FOIA Summons (1/13) (Page 2)

Civil Action No. 23-cv-1198

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Attorney General of the United States was received by me on *(date)* May 1, 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served this summons via United States Postal Service Certified Mail. No. 7022 0410 0000 0539 2760. Delivery was confirmed on May 3, 2023 See Exhibit 1 hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: May 10, 2023

/s/ Roman Jankowski
*Server's signature*

Roman Jankowski, Counsel for Plaintiffs
*Printed name and title*

214 Massachusetts Ave NE, Washington D.C., 20002
*Server's address*

Additional information regarding attempted service, etc:

# Exhibit 1

## USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70220410000005392760

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 5:04 am on May 3, 2023 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
May 3, 2023, 5:04 am

See All Tracking History

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers