UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HERITAGE FOUNDATION et. al,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY

    *Defendant*.

Civil Action No. 23-1198 (CJN)

# JOINT STATUS REPORT

Pursuant to the Court's May 11, 2023 Minute Order, Plaintiffs The Heritage Foundation and Mike Howell ("Plaintiffs") and Defendant the U.S. Department of Homeland Security ("Defendant") respectfully submit the following joint status report regarding Plaintiffs' Motion for Preliminary Injunction.

1. The parties propose that Defendant's opposition to Plaintiff's motion (ECF No. 10) be due on May 26, 2023 and that Plaintiff's reply be due on June 2, 2023.

2. The parties request a hearing on the motion. The parties are generally available June 6-9, 2023 for a hearing.

3. The parties do not anticipate any disputes of fact at this time between their respective declarants and do not believe that an evidentiary hearing will be necessary.

4. Because Plaintiffs do not have complete knowledge of the position Defendant intends to take in its Opposition, Plaintiffs reserve the right to supplement the evidentiary record. Should Plaintiffs feel supplementation is necessary they will immediately notify counsel for Defendant and the Court.

Dated: May 15, 2023

/s/ Samuel Everett Dewey
SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone:  (703) 261-4194
Email:  samueledewey@sedchambers.com

DANIEL D. MAULER
(No. 977757)
The Heritage Foundation
Telephone:  (202) 617-6975
Email:  Dan.Mauler@heritage.org

ROMAN JANKOWSKI
(No. 975348)
The Heritage Foundation
Telephone:  (202) 489-2969
Email:  Roman.Jankowski@heritage.org

*Counsel for Plaintiffs*

Respectfully Submitted,

MATTHEW M. GRAVES, D.C. Bar # 472845
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ John J. Bardo*
JOHN J. BARDO, D.C. Bar # 1655534
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 870-6770
John.Bardo@usdoj.gov

*Attorneys for the United States of America*