# Exhibit 2

**U.S. Department of Homeland Security**
Washington, D.C. 20528



*Privacy Office, Mail Stop 0655*

April 6, 2023

<u>**SENT VIA E-MAIL TO: info@lawgroupusa.com**</u>

Mike Howell
The Heritage Foundation
214 Massachusetts Ave, NE
Washington, District of Columbia 20002

**Re: 2023-HQFO-01164**

Dear Mr. Howell:

This letter acknowledges receipt of your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), Privacy Office, dated 3/8/2023, and received in this office on 3/8/2023.   You requested documents regarding
Section 1) All records within the Alien File (A-File) of Prince Henry Charles Albert David (Date of Birth 09/15/1984) of the British Royal Family aka Prince Harry aka His Royal Highness Prince Henry of Wales aka the Duke of Sussex, including but not limited to:
•Any and all applications for immigration benefits filed, whether or not adjudicated.
•Any and all Forms I-213
•Any and all Forms I-275
•Any and all Forms I-877

Section 2) All records pertaining to the Duke of Sussex in the following system of records maintained by CBP and DHS
•Automated Targeting System (ATS, DHS/CBP-006)
•Advance Passenger Information System (APIS, DHS/CBP-005)
•Border Crossing Information System (BCIS, DHS/CBP-007)
•U.S. Customs and Border Protection TECS (DHS/CBP-011)
•Non-Federal Entity Data System (NEDS, DHS/CBP-008)
•DHS Use of the Terrorist Screening Database (TSDB) System of Records (DHS/ALL-030)
•CBP Intelligence Records System (CIRS, DHS/CBP-024)
•DHS Automated Biometric Identification System (IDENT, DHS/USVISIT-004)
•Electronic System for Travel Authorization (ESTA, DHS/CBP-009)
•Nonimmigrant Information System (NIIS, DHS/CBP-016)
•Arrival and Departure Information System (ADIS, DHS/CBP-021)
•Electric Visa Update System (EVUS., DHS/CBP-022).

Section 3)All records relating to any requests for waiver pursuant to Section 212(d)(3) of the Immigration and Nationality Act including, but not limited to, email communications within the DHS Office of the Secretary, the USCIS Office of the Director, the CBP Office of the Commissioner, or any subordinate office within those named departments or agency or a record of any communication between any of those named entities and the U.S. Department of Stater, the U.S. Embassy in London, the Federal Bureau of Investigation, or U.S. Immigration and Customs Enforcement.
.

**For future FOIA requests that pertain to apprehensions, detentions, entries and exits, please send them directly to OBIM.**

Due to the subject matter of your request, I am transferring this request to the FOIA Officers for **U.S. Citizenship & Immigration Services (USCIS)**, **Office of Biometric Identity Management (OBIM),** for processing under the FOIA and direct response to you.  Please find their contact information below**:**

**U.S. Citizenship & Immigration Services (USCIS)**
Create a FIRST account to avoid delays.
National Records Center, FOIA/PA Office
P. O. Box 648010
Lee's Summit, MO. 64064-8010
Phone: 1-800-375-5283 (USCIS Contact Center) | Fax: 816-350-5785 | E-mail: FOIAPAQuestions@uscis.dhs.gov

**Office of Biometric Identity Management (OBIM)**
Create a DHS SR account to avoid delays.
Privacy Office, Mail Stop 0655
Department of Homeland Security
2707 Martin Luther King Jr. AVE SE
Washington, DC 20528-065
Phone: 202-343-1743 or 866-431-0486 | Fax: 202-343-4011 | E-Mail: foia-obim@hq.dhs.gov

If you need to contact our office again about this matter, please refer to **2023-HQFO-01164**.  You may contact this office at 1-866-431-0486 or 202-343-1743.

Sincerely,

*Jimmy Wolfrey*

Jimmy Wolfrey
Senior Director, FOIA Operations and Management