UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION et. al,<br><br>    *Plaintiffs*,<br><br>v.<br><br>U.S, DEPARTMENT OF HOMELAND SECURITY<br><br>    *Defendant*. | Civil Action No. 23-1198 (CJN) |

### **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for a Preliminary Injunction, Defendant's Opposition, and the entire record herein, it is hereby

ORDERED that Plaintiffs' motion is DENIED.

SO ORDERED.

_____                                 _____
Date                                                                            Hon. Carl J. Nichols
                                                                                                                         U.S. District Judge