IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION & MIKE HOWELL<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br><br>*Defendant*. | Case No. 23-cv-1198 (CJN) |

**SECOND DECLARATION OF SAMUEL EVERETT DEWEY**

1. My name is Samuel Everett Dewey. I am counsel to Plaintiffs in this action.

2. I make this declaration to update the Court on the factual and procedural posture of the Department of Homeland Security Headquarters ("DHS HQ") and Custom and Border Protection's ("CBP") processing of Plaintiffs' FOIA Request (ECF No. 7-2) and to provide the Court with additional information relevant to Plaintiffs' Motion for a Preliminary Injunction.

**Background**

3. **May 23, 2023.** CBP issued a determination on Plaintiffs' Administrative Appeal. (ECF No. 14-1, Ex. A) ("Appeal Denial"). The Appeal Denial purported to "affirm" the Initial Denial on two separate grounds. *See* Am. Compl. ¶ 57 (ECF No. 7); Appeal Denial at 3. First, it determined that "FOIA Division Used its Regulatory Discretion to Require the Requester Obtain Authorization from the Subject of the Request." Appeal Denial at 3. Second, it divined an alternate ground in the Initial Denial and "affirm[ed] the FOIA Division's second ground for denial that the agency can neither confirm nor deny the existence of records related to the Duke

1

of Sussex as doing so would betray the privacy interests protected by Exemptions (b)(6) and (b)(7)(C)." *Id.* at 3–4.

4. **May 23, 2023.** Counsel for Plaintiffs spoke with Counsel for DHS and expressed extreme concern regarding CBP's position in the Appeal Denial. In particular, Counsel for Plaintiffs indicated that CBP's action was directly contrary to DHS regulations and that if CBP was going to adopt a construction of DHS regulations that was entirely atextual, Plaintiffs may seek to amend their Complaint to seek structural relief. In light of this fact, Counsel for Plaintiffs implored Counsel for DHS to determine if the Department of Justice ("DOJ") intended to maintain this litigating position. Counsel for DHS indicated that he did not know if the position will change.

5. **May 25, 2023.** DHS' Office of Biometric Identity Management ("OBIM") transmitted an email to Plaintiffs stating it was a "final response," and denying the Request. A true and correct copy of the email is attached hereto as Exhibit 1. The basis for the response was that Plaintiffs failed to provide an "[a]lien Number, Fingerprint Identification Number or a completed Fingerprint Card from the requester" and that the Request would be denied under Exemption (b)(6) and the Privacy Act regardless. *Id.*

6. **May 26, 2023.** Plaintiffs learned for the first time via DHS' Memorandum in Opposition to Plaintiffs' Motion for a Preliminary Injunction (ECF No. 14) ("Opposition") that DHS Headquarters ("DHS HQ") appears to have attempted to transmit a letter on April 6, 2023, to Plaintiffs stating in pertinent part "[d]ue to the subject matter of your request, I am transferring this request to the FOIA Officers for U.S. Citizenship & Immigration Services (USCIS), Office of Biometric Identity Management (OBIM), for processing under the FOIA and direct response to you." ECF No. 14-2, at 3. To the best of my knowledge, Plaintiffs had not previously

received this letter. It appears that this letter was misaddressed—"SENT VIA E-MAIL TO: info@lawgroupusa.com" *Id.* Neither the letter nor DHS' filings explain why Plaintiffs were sent this letter in addition to the letter DHS HQ sent on April 6, 2023, purporting to raise issues with the framing of the Request. *See* Am. Compl. ¶ 81; Ans. ¶ 81 (ECF No. 15). The Opposition also stated "that the Department headquarters did not have any responsive records", citing to ECF No. 14-2 and ECF No. 7-18. Opp. at 14. Nothing in those documents supports this proposition.

7. **May 26, 2023.** Counsel for Plaintiffs spoke to Counsel for DHS and sought clarification on the forgoing. First, Counsel for Plaintiffs sought additional information on OBIM's status given that the Opposition did not address the May 25, 2023 OBIM email despite it being sent more than a day prior to the Opposition being filed. Counsel for DHS stated that OBIM was reconsidering its position. Counsel for Plaintiffs also raised the issue of ECF No. 14-2 being misaddressed. Unfortunately, Counsel for Plaintiffs has received no further information on this topic to date. Finally, Counsel for Plaintiffs noted that DHS HQ's position that it could transfer a FOIA request that was specifically submitted to each DHS component from which Plaintiffs sought records and further specifically sought records from "the DHS Office of the Secretary" (Request, at 1–2) was erroneous and sought clarification. Counsel for DHS stated Defendant would turn to this issue after filing its Answer.

8. **May 31, 2023.** Counsel for Plaintiffs emailed Counsel for DHS in an effort to narrow the issues in dispute as concerns CBP, writing in pertinent part:

> Plaintiffs would like to discuss whether or not DOJ intends to maintain the CBP position in litigation re: third party verification and *Glomar*. That information may very well prove relevant to Plaintiffs' evaluation of your submission of mootness as to the PI as concerns CBP and FWIW we consider the CBP administrative position to be (at least in part) frivolous. As you are aware, agencies often withdraw their *Glomars* in DDC once the issue is pressed. In our view it is improper to make an initial determination, use that

3

>determination to attempt to moot out a valid expedition claim, and then turn around and come off that position in litigation.  I also would note on this issue that in our view the current submission of CBP as to mootness would estop CBP from opposing any sort of accelerated processing schedule on the grounds that this is not an expedited processing case.

Email from Samuel Everett Dewey to John Bardo (May 31, 2023), attached hereto as Exhibit 2. Counsel for Defendant was unable to provide a response.  *Id.*

9.      **June 1, 2023.**  Counsel for Plaintiffs contacted Counsel for DHS in a last-ditch effort to navigate the foregoing factual confusion created by DHS, ensure that only issues truly in contention were presented to the Court, and ensure that issues were presented to the Court in the most efficient manner possible.  First, Counsel for Plaintiffs again sought confirmation of DHS' litigating position.  Counsel for Defendant reiterated the position that DHS had determined there were no records at DHS HQ and had transferred the matter to OBIM.  When asked for citation as to DHS HQ's position, Counsel for DHS cited to nothing other than DHS HQ's representation to him.  Counsel for DHS also could not explain why DHS HQ transmitted two separate April 6, 2023 letters.  ECF No. 14-2 and ECF No. 7-18.  Second, Counsel for Plaintiffs sought confirmation that OBIM was reconsidering their denial.  Counsel for DHS indicated that he had been speaking of OBIM communications prior to May 25, 2023, when he stated they were reconsidering their denial.  For avoidance of doubt, Counsel for Plaintiffs transmitted the May 25, 2023 OBIM email for Counsel for DHS' review.  Counsel for DHS then stated he had not seen that email previously.  Counsel for DHS further stated that as far as he understood the May 25, 2023 email was then the final position of OBIM.  Counsel for DHS offered no explanation for why the Opposition did not include the OBIM email transmitted to Plaintiffs over a day earlier.  Counsel for DHS indicated that OBIM's action did not affect the pendency of the

Motion as to DHS HQ. Third, Counsel for DHS indicated neither the Department nor CBP intended to reverse CBP's *Glomar* at this time.

**Additional Information**

10. The *Press Gazette* provides detailed information as of May 18, 2023, on "visits" to media websites within the United States. That analysis does not easily print to PDF. It may be found at https://pressgazette.co.uk/media-audience-and-business-data/media_metrics/most-popular-websites-news-us-monthly-3/ (last visited June 2, 2023). For ease of reading, I excerpt two key tables below relied upon in Plaintiffs' Reply in Support of Plaintiffs' Motion for a Preliminary Injunction:

## The BBC jumped two places in April
Top 50 news websites in the US, April 2023

Search in table                                                                 Page 1 of 2  >

| # | Website | Visits, Apr 23 | YoY change (%) | MoM change (%) | Change in rank vs Mar 23 |
|---|---|---|---|---|---|
| 1 | nytimes.com | 430.2m | −26 | −5 | - |
| 2 | cnn.com | 416.7m | −3 | −7 | - |
| 3 | foxnews.com | 290.9m | 5 | −5 | - |
| 4 | msn.com | 261m | −2 | −12 | - |
| 5 | nypost.com | 151.4m | −9 | −8 | - |
| 6 | bbc.com & bbc.co.uk | 138.2m | −1 | −2 | 2 |
| 7 | news.google.com | 137.6m | −19 | −6 | - |
| 8 | finance.yahoo.com | 128.9m | −19 | −13 | −2 |
| 9 | washingtonpost.com | 121.2m | −14 | −5 | 1 |
| 10 | usatoday.com | 118.8m | 26 | −6 | 1 |
| 11 | dailymail.co.uk | 113.6m | −9 | −5 | 1 |
| 12 | cnbc.com | 109.2m | 2 | −15 | −3 |
| 13 | people.com | 107m | 17 | −7 | - |
| 14 | news.yahoo.com | 91m | −12 | −7 | - |
| 15 | the-sun.com | 74.7m | 59 | 18 | 5 |
| 16 | theguardian.com | 73.9m | −1 | −5 | −1 |
| 17 | forbes.com | 73.5m | 16 | −1 | - |
| 18 | nbcnews.com | 68.5m | 8 | 5 | - |
| 19 | wsj.com | 66.5m | 4 | −12 | −3 |
| 20 | apnews.com | 59.4m | 37 | −8 | −1 |
| 21 | buzzfeed.com | 56.8m | 0 | −4 | 1 |
| 22 | businessinsider.com | 56.4m | −26 | −7 | −1 |
| 23 | cbsnews.com | 51.9m | 51 | −2 | - |
| 24 | huffpost.com | 43.3m | −11 | −3 | 1 |
| 25 | politico.com | 43m | 11 | 7 | 5 |

Source: Similarweb                                                                        PressGazette

Similarweb generates its traffic data by applying machine learning and modelling to the statistically representative datasets that the company collects. Datasets are based on direct measurement (i.e. websites and apps that choose to share first-party analytics with Similarweb); contributory networks that aggregate device data; partnerships and public data extraction from websites and apps. The sites in the list are based on Similarweb's classification of news and media publishers, although Press Gazette refines the list to exclude some sites which do not fall under news, culture and lifestyle in its definition.

Press Gazette uses Similarweb data for its US and worldwide top 50 English-language news ranking stories so we can compare figures across publishers, who differ in how they measure their own audience data.

6

## The BBC jumped two places in April
Top 50 news websites in the US, April 2023

Page 2 of 2

| | Website | Visits, Apr 23 | YoY change (%) | MoM change (%) | Change in rank vs Mar 23 |
|---|---|---|---|---|---|
| 26 | usnews.com | 42.3m | -8 | -1 | 1 |
| 27 | reuters.com | 42m | 6 | -12 | -3 |
| 28 | drudgereport.com | 39.7m | -21 | -10 | -2 |
| 29 | abcnews.go.com | 38.8m | 19 | -4 | - |
| 30 | thehill.com | 37.3m | -8 | -12 | -2 |
| 31 | newsweek.com | 36.3m | -11 | -2 | 1 |
| 32 | latimes.com | 35.9m | 23 | -9 | -1 |
| 33 | sfgate.com | 31m | 23 | 2 | 2 |
| 34 | bloomberg.com | 30.8m | -15 | -14 | -1 |
| 35 | breitbart.com | 30.3m | -20 | -3 | -1 |
| 36 | thedailybeast.com | 29.6m | 0 | 10 | 4 |
| 37 | substack.com | 27.3m | 30 | -10 | -1 |
| 38 | variety.com | 27m | 20 | 0 | 1 |
| 39 | theatlantic.com | 26.8m | -11 | -11 | -2 |
| 40 | patch.com | 25.5m | -15 | -6 | -2 |
| 41 | independent.co.uk | 25m | 15 | 19 | 6 |
| 42 | ksl.com | 22.8m | 11 | -4 | 2 |
| 43 | today.com | 22.7m | 17 | -7 | -2 |
| 44 | theverge.com | 21.7m | -27 | -9 | -1 |
| 45 | newsmax.com | 21.5m | -9 | -11 | -3 |
| 46 | cosmopolitan.com | 21.1m | 14 | -5 | - |
| 47 | thegatewaypundit.com | 21.1m | -11 | -7 | -2 |
| 48 | dailywire.com | 20m | -33 | 7 | 2 |
| 49 | zerohedge.com | 19.2m | -13 | -8 | -1 |
| 50 | theepochtimes.com | 18.8m | 10 | -3 | -1 |

Source: Similarweb    PressGazette

Similarweb generates its traffic data by applying machine learning and modelling to the statistically representative datasets that the company collects. Datasets are based on direct measurement (i.e. websites and apps that choose to share first-party analytics with Similarweb); contributory networks that aggregate device data; partnerships and public data extraction from websites and apps. The sites in the list are based on Similarweb's classification of news and media publishers, although Press Gazette refines the list to exclude some sites which do not fall under news, culture and lifestyle in its definition.

Press Gazette uses Similarweb data for its US and worldwide top 50 English-language news ranking stories so we can compare figures across publishers, who differ in how they measure their own audience data.

11. Attached hereto as Exhibit 3 is United States Customs and Immigration Service's ("USCIS") determination as to the Request dated May 30, 2023.

12. Attached hereto as Exhibit 4 hereto is a true and correct print out as of June 2, 2023, of the DHS SecureRelease Portal main page for FOIA Requests submitted by the Heritage Foundation.

13. Attached hereto as Exhibit 5 hereto is a true and correct print out as of June 2, 2023, of the DHS SecureRelease Portal print out of the status of 2023-HQFO-01164.

14. Attached hereto as Exhibit 6 hereto is a true and correct copy of Elisa Shearer et al., *Broad agreement in U.S.—even among partisans—on which news outlets are part of the "mainstream media"*, Pew Research Center (May 7, 2021).

I declare under the penalty of perjury that the foregoing is true and correct.


June 2, 2023                              /s/ Samuel Everett Dewey
                                          Samuel Everett Dewey