# Dewey Decl. Exhibit 1

| | |
|---|---|
| From: | foia-obim@hq.dhs.gov |
| To: | OversightProject |
| Subject: | OBIM FOIA 2023-OBFO-39605 Response |
| Date: | Thursday, May 25, 2023 10:07:56 AM |

**UPDATE - PLEASE NOTE:** The Office of Biometric Identity Management (OBIM) is using a new FOIA processing system. Requesters seeking records from OBIM are encouraged to submit FOIA requests via the Secure Release portal at https://www.securerelease.us/. By submitting FOIA requests via the portal, requesters can track requests, view prior portal submissions, send correspondence, and receive responsive records. Although the Secure Release portal is preferred, additional methods for sending FOIA requests include via email at foia-obim@hq.dhs.gov, via fax at 202-343-4011, or via regular mail by sending your request to The Privacy Office, Office of Biometric Identity Management, U.S. Department of Homeland Security, 245 Murray Lane SW, STOP-0655, Washington, D.C. 20528-0655.

05/25/2023

Mike Howell
The Heritage Foundation
214 Massachusetts Ave, NE
Washington, DC 20002

Re: 2023-OBFO-39605, 23-cv-1198 (CJN)

Dear Mr. Howell:

This is the final response to your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), dated April 6, 2023, and received by this office on April 6, 2023. This final response is also a follow up to our last correspondence April 11, 2023 with you. This FOIA request is also the subject of the following litigation: Heritage Foundation & Mike Howell v. U.S. Department of Homeland Security, Case No. 23-cv-1198 (CJN), filed in the District Court for the District of Columbia.

Of the DHS Headquarters' systems, you have identified as possibly containing records on the subject individual named in the FOIA request, this office identified that responsive records likely would be maintained in DHS's Office of Biometric Identity Management (OBIM) Automated Biometric Identification System (IDENT). In order to conduct a search of IDENT for responsive records on the subject individual, OBIM needs either an Alien Number, Fingerprint Identification Number or a completed Fingerprint Card from the requester. In this instant, we are unable to locate records in IDENT relating to the named subject individual in the FOIA request with the information provided in your original request.

Notwithstanding this additional information, to the extent that responsive records would be maintained in IDENT on the subject individual, this office would deny your request under FOIA Exemption (b)(6), 5 U.S.C. 552(b)(6), and the Privacy Act of 1974, 5 U.S.C. 552a. We note that you did not provide written authorization/consent from the named individual to release their Privacy Act

records to you pursuant to our last correspondence, dated April 11, 2023.

Since this request is currently in active litigation, please notify the Assistant U.S. Attorney, District of Columbia, John J. Bardo, United States Attorney, 601 D Street, NW, Washington, DC 20530 or by email at John.Bardo@usdoj.gov, if you have any questions.

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

Deloitte refers to a Deloitte member firm, one of its related entities, or Deloitte Touche Tohmatsu Limited ("DTTL"). Each Deloitte member firm is a separate legal entity and a member of DTTL. DTTL does not provide services to clients. Please see www.deloitte.com/about to learn more.

v.E.1