# Dewey Decl. Exhibit 2

**samueledewey@sedchambers.com**

---

| | |
|---|---|
| **From:** | Bardo, John (USADC) <John.Bardo@usdoj.gov> |
| **Sent:** | Wednesday, May 31, 2023 9:42 AM |
| **To:** | samueledewey@sedchambers.com |
| **Cc:** | Mauler, Dan; Jankowski, Roman |
| **Subject:** | RE: [EXTERNAL] RE: Activity in Case 1:23-cv-01198-CJN HERITAGE FOUNDATION et al v. U.S. DEPARTMENT OF HOMELAND SECURITY Order |
| **Attachments:** | HeritageFoundationFAL_5.30.2023_COW2023001566.pdf |

Sam,

The USCIS determination will come to you via UPS but a courtesy copy is attached to this email. Regarding CBP, I do not have any information beyond what was in our filing on Friday and what will be in the Answer that we are filing today.

**John J. "Jack" Bardo**
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street, NW
Washington, DC 20530
Phone: (202) 870-6770
Email: John.Bardo@usdoj.gov

---

**From:** samueledewey@sedchambers.com <samueledewey@sedchambers.com>
**Sent:** Wednesday, May 31, 2023 9:15 AM
**To:** Bardo, John (USADC) <JBardo@usa.doj.gov>
**Cc:** Mauler, Dan <Dan.Mauler@heritage.org>; Jankowski, Roman <Roman.Jankowski@heritage.org>
**Subject:** RE: [EXTERNAL] RE: Activity in Case 1:23-cv-01198-CJN HERITAGE FOUNDATION et al v. U.S. DEPARTMENT OF HOMELAND SECURITY Order

John:

I hope you are well.  I was hoping to do a call this morning.  2 issues:

*First*.  Does USCIS still anticipate sending a determination?  Per the below Plaintiffs expect one no later than today.  If that status has changed we would like to know and discuss.

*Second*.  Plaintiffs would like to discuss whether or not DOJ intends to maintain the CBP position in litigation re:  third party verification and *Glomar*.  That information may very well prove relevant to Plaintiffs' evaluation of your submission of mootness as to the PI as concerns CBP and FWIW we consider the CBP administrative position to be (at least in part) frivolous.  As you are aware, agencies often withdraw their *Glomars* in DDC once the issue is pressed.  In our

view it is improper to make an initial determination, use that determination to attempt to moot out a valid expedition claim, and then turn around and come off that position in litigation.  I also would note on this issue that in our view the current submission of CBP as to mootness would estop CBP from opposing any sort of accelerated processing schedule on the grounds that this is not an expedited processing case.

Thanks,

Sam

---

**From:** Bardo, John (USADC) <John.Bardo@usdoj.gov>
**Sent:** Thursday, May 25, 2023 2:10 PM
**To:** samueledewey@sedchambers.com
**Subject:** RE: [EXTERNAL] RE: Activity in Case 1:23-cv-01198-CJN HERITAGE FOUNDATION et al v. U.S. DEPARTMENT OF HOMELAND SECURITY Order

Sam,

I just checked in with USCIS. They are unable to answer that question at this time because they are still finalizing their determination.

**John J. "Jack" Bardo**
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street, NW
Washington, DC 20530
Phone: (202) 870-6770
Email: John.Bardo@usdoj.gov

---

**From:** samueledewey@sedchambers.com <samueledewey@sedchambers.com>
**Sent:** Wednesday, May 24, 2023 6:59 PM
**To:** Bardo, John (USADC) <JBardo@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Activity in Case 1:23-cv-01198-CJN HERITAGE FOUNDATION et al v. U.S. DEPARTMENT OF HOMELAND SECURITY Order

John:

To clarify, when you say a response do they expect to issue a determination early next week or make a production as well?  Sorry for the follow-up; I just want to make sure I am not misreading your note.

Thanks,

Sam

---

**From:** Bardo, John (USADC) <John.Bardo@usdoj.gov>
**Sent:** Wednesday, May 24, 2023 5:54 PM
**To:** samueledewey@sedchambers.com
**Subject:** RE: Activity in Case 1:23-cv-01198-CJN HERITAGE FOUNDATION et al v. U.S. DEPARTMENT OF HOMELAND SECURITY Order

Sam,

USCIS reports that the search has been completed. USCIS anticipates issuing response early next week.

**John J. "Jack" Bardo**
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street, NW
Washington, DC 20530
Phone: (202) 870-6770
Email: John.Bardo@usdoj.gov