# Dewey Decl. Exhibit 3

**U.S. Department of Homeland Security**
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010



U.S. Citizenship
and Immigration
Services

May 30, 2023,                                                          COW2023001566

**Mike Howell**
**c/o The Heritage Foundation** 214
Massachusetts Ave., NE
Washington, DC 20002

Re: FOIA request no. **COW2023001566; 1:23-cv-01198 (DDC)**

Dear **Mr. Howell**:

This is a response to the Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office on **March 8, 2023**, relating to the records of information pertaining to;

**1-**All records within the Alien File (A-File) of Prince Henry Charles Albert David (date of birth 9/15/1984) of the British Royal Family aka Prince Harry aka His Royal Highness Prince Henry of Wales aka Duke of Sussex in including but not limited to:
  Any and all applications for immigration benefits filed, whether or not adjudicated;
 - Any and all Forms I-213;
 - Any and all Forms I-275; and
 - Any and all Forms I-877.

**2-**All records pertaining to the Duke of Sussex in the following system of records maintained by CBP.
 - Automated Targeting System (ATS, DHS/CBP-006);
 - Advance Passenger Information System (APIS, DHS/CBP-005);
 - Border Crossing Information System (BCIS, DHS/CBP-007);
 - U.S. Customs and Border Protection TECS (DHS/CBP-011);
 - Non-Federal Entity Data System (NEDS, DHS/CBP-008);
 - DHS Use of the Terrorist Screening Database (TSDB) System of Records (DHS/ALL-030);
 - CBP Intelligence Records System (CIRS, DHS/CBP-024);
 - DHS Automated Biometric Identification System (IDENT, DHS/USVISIT-004);
 - Electronic System for Travel Authorization (ESTA, DHS/CBP-009);
 - Nonimmigrant Information System (NIIS, DHS/CBP-016);
 - Arrival and Departure Information System (ADIS, DHS/CBP-021);and
 - Electric Visa Update System (EVUS., DHS/CBP-022).

COW2023001566
Page 2

**3-**All records relating to any requests for waiver pursuant to Section **212(d)(3) of** the Immigration and Nationality Act including, but not limited to, email communications within the DHS Office of the Secretary, the USCIS Office of the Director, the CBP Office of the Commissioner, or any subordinate office within those named departments or agency or a record of any communication between any of those named entities and the U.S. Department of Stater, the U.S. Embassy in London, the Federal Bureau of Investigation, or U.S. Immigration and Customs Enforcement.

We have completed a review of records responsive to your request. We have determined to withhold all responsive pages in their entirety, pursuant to 5 U.S.C. § 552 (b)(6) (in full), and (b)(7)(C), and (b)(7)(E) (in part) of FOIA.

With regard to Exemption (b)(6), in order to obtain the records of a third party, your request must. demonstrate one or more of the following criteria:

Written authorization from the individual permitting disclosure of the records to you, which consists of a written statement from the record's subject stating his/her full name, current address, and date and place of birth. Additionally, the written statement must be signed by the record's subject and the signature must either be notarized or signed under penalty of perjury, or

Proof that the subject of your request is deceased, or

A clear demonstration that the public interest in disclosure outweighs the personal privacy interest(s) of the individual and that significant public benefit would result from the disclosure of the requested records.

Your request did not satisfy any of the above criteria. A description of the applicable exemptions is provided below.

Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy. The types of documents and/or information we have withheld may consist of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

Exemption (b)(7)(C) provides protection for personal information in law enforcement records, which could reasonably be expected to constitute an unwarranted invasion of personal privacy. We have withheld information relating to third-party individuals. The types of documents and/or information we have withheld could consist of names, addresses, identification numbers, telephone numbers, fax numbers, or various other documents that are considered personal.

Exemption (b)(7)(E) provides protection for records or information for law enforcement purposes which would disclose techniques and procedures for law enforcement investigations or prosecutions or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. The types of documents and/or information we have withheld could consist of law enforcement systems checks, manuals, checkpoint locations, surveillance techniques, and various other documents.

I note that this matter is in litigation. If you have any questions about our response, please contact the DOJ attorney at, John.Bardo@usdoj.gov.

Sincerely,

*Cmunita*

Cynthia Munita
Director, FOIA Operations