# Dewey Decl. Exhibit 4

