# Dewey Decl. Exhibit 5

| DETAILS | CONTACT INFORMATION | DOCUMENTS | MESSAGES | Request Number: 2023-HQFO-01164 |

**Details of Request**
(Read only details of request)

CANCEL

**Request Description:** Section 1) All records within the Alien File (A-File) of Prince Henry Charles Albert David (Date of Birth 09/15/1984) of the British Royal Family aka Prince Harry aka His Royal Highness Prince Henry of Wales aka the Duke of Sussex, including but not limited to: • Any and all applications for immigration benefits filed, whether or not adjudicated; • Any and all Forms I-213; • Any and all Forms I-275; and • Any and all Forms I-877. Section 2) All records pertaining to the Duke of Sussex in the following system of records maintained by CBP and DHS • Automated Targeting System (ATS, DHS/CBP-006); • Advance Passenger Information System (APIS, DHS/CBP-005); • Border Crossing Information System (BCIS, DHS/CBP-007); • U.S. Customs and Border Protection TECS (DHS/CBP-011); • Non-Federal Entity Data System (NEDS, DHS/CBP-008); • DHS Use of the Terrorist Screening Database (TSDB) System of Records (DHS/ALL-030); • CBP Intelligence Records System (CIRS, DHS/CBP-024); • DHS Automated Biometric Identification System (IDENT, DHS/USVISIT-004); • Electronic System for Travel Authorization (ESTA, DHS/CBP-009); • Nonimmigrant Information System (NIIS, DHS/CBP-016); • Arrival and Departure Information System (ADIS, DHS/CBP-021);and • Electric Visa Update System (EVUS., DHS/CBP-022). Section 3) All records relating to any requests for waiver pursuant to Section 212(d)(3) of the Immigration and Nationality Act including, but not limited to, email communications within the DHS Office of the Secretary, the USCIS Office of the Director, the CBP Office of the Commissioner, or any

**Fee Waiver Requested? :** Pending

**Reason for Fee Waiver:** please see attached

**Expedited Processing?:** Pending

| | |
|---|---|
| **Agency:** | subordinate office within those named departments or agency or a record of any communication between any of those named entities and the U.S. Department of Stater, the U.S. Embassy in London, the Federal Bureau of Investigation, or U.S. Immigration and Customs Enforcement. PLEASE SEE ATTACHED<br>Department of Homeland Security |
| **Component:** | Headquarters & Privacy Office |
| **Processing Track:** | Simple |
| **Request Type:** | FOIA Request |
| **Submitted Date:** | 03/08/2023 |
| **Request Status:** | Processing |
| **Identity Verification Status:** | Not Requested by Agency |
| **Reason for Expedited Processing:** | Please see attached |

### Files uploaded by user

| File Name | Attachment Type |
|---|---|
| Prince Harry FOIA Request 3-8-23.pdf | Request Letter |
| APPENDIX A.pdf | Expedition Request Documentation |

5 rows    1-2 of 2