# Dewey Decl. Exhibit 6

NUMBERS, FACTS AND TRENDS SHAPING YOUR WORLD    NEWSLETTERS    PRESS    DONATE    MY ACCOUNT    CONTACTED BY US?

Read our research on:  Asian Americans  |  Supreme Court |  Economy



Search pewresearch.org...

RESEARCH TOPICS    ALL PUBLICATIONS    METHODS    SHORT READS    TOOLS & RESOURCES    EXPERTS    ABOUT

Home  >  Research Topics  >  News Habits & Media  >  Media & Society  >  Media Attitudes

MAY 7, 2021

# Broad agreement in U.S. – even among partisans – on which news outlets are part of the 'mainstream media'

BY **ELISA SHEARER** AND **AMY MITCHELL**

The term "mainstream media" has long been used to refer to established journalism outlets in the United States. In recent years, it has also been used in a more critical context, including by former President Donald Trump, other politicians and members of the media themselves.

To learn more about how Americans think about the term, Pew Research Center asked a representative sample of U.S. adults whether they consider each of 13 different news outlets to be a part of the mainstream media or not. The outlets were selected to represent a range of audience sizes and sectors.

How we did this 



Overall, a majority of Americans consider seven of these outlets to be part of the mainstream media. That includes the one national network news outlet included in the analysis (ABC News), all three major cable news outlets asked about (MSNBC, Fox News and CNN) and three legacy print publications: the New York Times, the Wall Street Journal and the New York Post.

The remaining six outlets in the survey – five of which began as digital entities – draw different responses from the public, with a plurality or majority of Americans saying they don't know enough to decide whether each one is part of the mainstream media or not. Nearly two-thirds of adults (65%), for example, say they don't know enough to decide whether Vox is part of the mainstream media, while majorities say the same about Newsmax (57%) and Breitbart (56%).

Americans are slightly more likely to say HuffPost is part of the mainstream media than not part of it (37% vs. 20%), while the reverse is true for BuzzFeed (22% vs. 31%) and the Sean Hannity radio show (20% vs. 37%). Still, pluralities say they don't know enough about each of these outlets to decide.

The survey also asked respondents which of these sources they turned to for political news in the past week.



Respondents who use an outlet for political news are more likely to say that outlet is part of the mainstream media than those who don't turn to it. For example, 92% of those who got political news from CNN in the past week consider the cable network part of the mainstream media, compared with a smaller share of those who didn't get political news from CNN (82%).

For some sources, these differences are dramatic. Those who use HuffPost for political news are about twice as likely as those who don't to say the outlet is part of the

mainstream news media (66% vs. 34%). And about a third of those who use Newsmax for political news say it is part of the mainstream media (31%), compared with just 10% of those who don't use it for news.

Many of these differences are attributable to familiarity with the outlet. For example, 63% of those who *don't* turn to Newsmax for political news say they don't know enough about the outlet to decide whether it is part of the mainstream media or not.



Notably, while the term "mainstream media" has been used in many partisan contexts, there is wide agreement between Republicans and Democrats about whether the outlets in the survey are part of the mainstream news media or not.

One example is Fox News, which often has commentary *about* the mainstream media in its opinion content. Three-quarters of Republicans and Republican-leaning independents see Fox News as part of the mainstream media, as do 72% of Democrats and Democratic leaners. Some partisan differences do emerge in views of smaller outlets. Republicans, for instance, are twice as likely as Democrats to say Newsmax is part of the mainstream news media, though only small minorities in both parties say this (16% vs. 8%).

Americans' views of their main sources of news



In addition to asking Americans whether they got political news from various outlets in the past week, the survey also asked respondents in an open-ended question what their main source of political news is. The Center then asked them to decide whether their mainsource of news is part of the mainstream media or not – and whether they think that source presents news differently from most outlets.

Of the main sources named by at least 2% of the public, some interesting distinctions arise. Newsmax stands out because a majority of those who name it as their main source say it is *not* a part of the mainstream media (84%); only 16% say it is. What's more, 97% say Newsmax presents news differently than most news organizations.

A different dynamic emerges around Fox News and NPR. About two-thirds of those who say Fox News is their main source for political news (65%) see the network as part of the mainstream media. The same is true of 88% of those who name NPR as their main political news source. Yet majorities in both groups – 80% of those who turn mainly to Fox

News and 66% of those who turn mainly to NPR – say each outlet presents news differently than most outlets.

Large majorities of those who turn mainly to other outlets for political news – including local TV, network TV, the other two major cable TV sources (CNN and MSNBC) and The New York Times – see these outlets as part of the mainstream news media, and majorities also say these sources do *not* present news differently than most news outlets.

*Meera Ramshankar provided assistance in open end coding.*

Note: Here are the questions used for this report, along with responses, and its methodology.

Topics   Media Attitudes,  News Platforms & Sources

SHARE THIS LINK:    https://pewrsr.ch/2Q42UrK

  **Elisa Shearer**  *is a senior researcher focusing on news and information research at Pew Research Center.*

POSTS | BIO | EMAIL

**Amy Mitchell**  *is director of journalism research at Pew Research Center.*

POSTS | BIO | TWITTER | EMAIL

## Sign up for our weekly newsletter
Fresh data delivered Saturday mornings

Enter email address…     SIGN UP

**RELATED**

SHORT READ | MAY 17, 2021

**More Americans now see the media's influence growing compared with a year ago**

SHORT READ | MAY 7, 2021

Broad agreement in U.S. – even among partisans – on which news outlets are part of the 'mainstream media'

**REPORT | FEB 26, 2020**

Most say journalists should be watchdogs, but views of how well they fill this role vary by party, media diet

**SHORT READ | FEB 26, 2020**

Americans' news fatigue isn't going away – about two-thirds still feel worn out

**SHORT READ | SEP 29, 2016**

Partisans disagree on news media's best, worst traits

**TOPICS**

News Platforms & Sources

Media Attitudes

**MOST POPULAR**

1  5 facts about the U.S. national debt

2  Young adults in the U.S. are reaching key life milestones later than in the past

3  A majority of Americans have heard of ChatGPT, but few have tried it themselves

4  5 things to keep in mind when you hear about Gen Z, Millennials, Boomers and other generations

5  Nearly half of states now recognize Juneteenth as an official holiday

Pew Research Center

1615 L St. NW, Suite 800
Washington, DC 20036
USA
(+1) 202-419-4300 | Main

**RESEARCH TOPICS**

Politics & Policy

International Affairs

Family & Relationships

Economy & Work

**FOLLOW US**

✉ Email Newsletters

 Facebook

| | | |
|---|---|---|
| (+1) 202-857-8562 \| Fax | Immigration & Migration | Science | Twitter |
| (+1) 202-419-4372 \| Media Inquiries | Race & Ethnicity | Internet & Technology | Tumblr |
| | Religion | News Habits & Media | YouTube |
| | Age & Generations | Methodological Research | RSS |
| | Gender & LGBTQ | Full topic list | |

**ABOUT PEW RESEARCH CENTER** Pew Research Center is a nonpartisan fact tank that informs the public about the issues, attitudes and trends shaping the world. It conducts public opinion polling, demographic research, media content analysis and other empirical social science research. Pew Research Center does not take policy positions. It is a subsidiary of The Pew Charitable Trusts.

Copyright 2023 Pew Research Center   About   Terms & Conditions   Privacy Policy   Reprints, Permissions & Use Policy   Feedback   Careers