AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Heritage Foundation, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cv-1198-CJN |
| U.S. Department of Homeland Security | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Heritage Foundation & Mike Howell .

Date:   06/06/2023

/s/ Eric Neal Cornett
*Attorney's signature*

Eric Neal Cornett
*Printed name and bar number*

70 I Street SE
Washington, DC 20003

*Address*

encornett@proton.me
*E-mail address*

(606) 275-0978
*Telephone number*

*FAX number*