IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION & MIKE HOWELL ) ) ) ) *Plaintiffs*, ) ) v. ) ) U.S. DEPARTMENT OF HOMELAND SECURITY ) ) ) *Defendants*. ) ) | Case No. 23-cv-1198 (CJN) |

**NOTICE WITHDRAWING MOTION FOR A PRELIMINARY INJUNCTION**

On June 13, 2023, Plaintiffs received a letter from the Department of Homeland Security Privacy Office ("DHS") issuing a *Glomar* response as to Specification 3 of Plaintiffs' FOIA Request.  *See* Letter from Jimmy Wolfrey to Mike Howell (June 13, 2023) (Ex. 1).  It is unclear from the foregoing whether DHS conducted a search prior to issuing the *Glomar* response.  A search had not been conducted as of the Preliminary Injunction Hearing on June 6, 2023.  *See* Transcript of Preliminary Injunction Hearing, at 26:7–8 (June 6, 2023) ("Trans.").  In accordance with the Court's direction during the Preliminary Injunction Hearing (*see* Trans. at 35:15–25), Counsel for Defendant notified the Court of DHS's action on June 13, 2023, and submitted it renders Plaintiffs' Motion for a Preliminary Injunction (ECF No. 10) fully moot.

As emphasized during oral argument, Plaintiffs have done everything possible to progress the case and have repeatedly met and conferred in an effort to resolve processing issues without this Court's intervention.  *See* Trans. at 29:11–16*; see also* Second Declaration of Samuel Everett Dewey In Support of Plaintiffs' Motion for a Preliminary Injunction at ¶¶ 2–9 (June 2, 2023) (ECF No. 16-1); First Declaration of Samuel Everett Dewey In Support of Plaintiffs

Motion for a Preliminary Injunction (May 10, 2023) (ECF No. 10-3).  Indeed, Plaintiffs did *not* bring a Motion for a Preliminary Injunction as to United States Citizenship and Immigration Services which committed to prompt processing of Plaintiffs' FOIA Request.  In light of DHS's change of position and action after Plaintiffs' filing of the Preliminary Injunction Motion, Plaintiffs withdraw the Motion.  *See* Trans. 5:8–12.[1]

|  |  |
|---|---|
| Dated: June 14, 2023 | Respectfully submitted, |
|  | /s/ Samuel Everett Dewey |
|  | SAMUEL EVERETT DEWEY |
|  | (No. 999979) |
|  | Chambers of Samuel Everett Dewey, LLC |
|  | Telephone:  (703) 261-4194 |
|  | Email:  samueledewey@sedchambers.com |
|  |  |
|  | ERIC NEAL CORNETT |
|  | (No. 1660201) |
|  | Law Office of Eric Neal Cornett |
|  | Telephone:  (606) 275-0978 |
|  | Email: neal@cornettlegal.com |
|  |  |
|  | DANIEL D. MAULER |
|  | (No. 977757) |
|  | The Heritage Foundation |
|  | Telephone:  (202) 617-6975 |
|  | Email:  Dan.Mauler@heritage.org |
|  |  |
|  | ROMAN JANKOWSKI |
|  | (No. 975348) |
|  | The Heritage Foundation |
|  | Telephone:  (202) 489-2969 |
|  | Email:  Roman.Jankowski@heritage.org |
|  |  |
|  | *Counsel for Plaintiffs* |

---

[1] For the avoidance of doubt, Plaintiffs do not—and have not—in any way withdrawn their right to seek attorney fees for bringing the Preliminary Injunction Motion.  It took 97 days for DHS to issue a *Glomar* response (it appears without conducting a search); in a case which this Court correctly noted has more interest to the public than a "traditional FOIA request" (Trans. at 20:3–12); and the response only issued under request from the Court for DHS to reconsider its position and provide a status update.  Plaintiffs submit those facts demonstrate that Plaintiffs' Motion for a Preliminary Injunction clearly caused DHS to act and—finally—process Plaintiffs' Request.