UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION et. al,<br><br>    *Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br><br>    *Defendant*. | Civil Action No. 23-1198 (CJN) |

**<u>DEFENDANT'S MOTION TO EXTEND THE JOINT STATUS REPORT DEADLINE</u>**

    Defendant the U.S. Department of Homeland Security respectfully moves the Court for an order enlarging the Joint Status Report deadline by two business days, up to and including July 11, 2023. As required under Local Rule 7(m), prior to filing this motion, Defendant sought Plaintiffs' position on the relief requested. Plaintiffs stated that they take no position on this motion but intend to file their own status report. As demonstrated below, good cause exists to grant this extension.

    1.    On June 28, 2023, the Court entered a minute order directing the parties to file a Joint Status Report by July 7, 2023, in essence, updating the Court on the posture of the case.

    2.    On July 5, 2023, two days before the Court-ordered deadline, the undersigned counsel sent Plaintiffs' counsel a draft of Defendant's portion of the status report.

    3.    After the close of business on July 7, 2023, at 5:56 p.m. Plaintiffs' counsel sent the undersigned a draft of Plaintiffs' portion of the status report and reiterated that it was a draft and that he and his client were "still polishing" the draft. This draft included six pages of inflammatory allegations regarding U.S. Customs and Border Protection's ("CBP") handling of the request.

    4.    In contrast, the draft that the undersigned sent Plaintiffs' counsel on July 5, 2023,

simply included a proposed summary judgment briefing schedule.

5. Because the undersigned counsel did not receive Plaintiffs' position until after the close of business on the day of the parties' filing deadline, the undersigned did not have sufficient time to respond to Plaintiffs' allegations, let alone contact his client to review the joint status report prior to filing.

6. The undersigned counsel requires additional time to review Plaintiffs' multi-page statement with his client and formulate an adequate response.

7. Thus, having established good cause, Defendant respectfully requests that the Court enlarge the Joint Status Report deadline by just two business days, up to and including July 11, 2023. Defendant apologizes to the Court for any inconvenience caused by the filing of this extension motion on the same day as the parties' filing deadline. Had Plaintiffs' counsel made Defendant aware of the contentious nature of their planned separate statement any time before the close of business on the day of the filing, Defendant would have filed this motion sooner.

8. Granting this extension will not prejudice either party nor interfere with the fair administration of justice. As noted above, Plaintiffs take no position on this motion.

\* \* \*

Dated: July 7, 2023
      Washington, DC

                                       Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: *John J. Bardo*
     JOHN J. BARDO
     D.C. Bar # 1655534
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 870-6770

*Attorneys for the United States of America*