UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION et. al,<br><br>    *Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br><br>    *Defendant*. | Civil Action No. 23-1198 (CJN) |

## **[PROPOSED] ORDER**

Upon consideration of Defendant's motion to enlarge the Joint Status Report deadline, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is

FURTHER ORDERED that the Joint Status Report shall be due on or before July 11, 2023.

SO ORDERED.

_____                                                                                      _____
Date                                                                                          Hon. Carl. J. Nichols
                                                                                              U.S. District Judge