UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HERITAGE FOUNDATION, et. al,

     *Plaintiffs*,

v.

DEPARTMENT OF HOMELAND
SECURITY

     *Defendant*.

Civil Action No. 23-1198 (CJN)

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Summary Judgment, and the entire record

herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Plaintiffs' claims shall be DISMISSED.

SO ORDERED.


_____
Date

_____
Hon. Carl J. Nichols
U.S. District Judge