IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HERITAGE FOUNDATION & MIKE HOWELL,  *Plaintiffs*, v. U.S. DEPARTMENT OF HOMELAND SECURITY  *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 23-cv-1198 (CJN) |

**CONSENT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiffs will file a Motion to Strike the Declaration of Shari Suzuki or in the Alternative to Take Discovery. The Parties have conferred, and the Defendant intends to oppose this Motion.

The parties have conferenced and believe that this Motion can be briefed in conjunction with the existing cross-motions for summary judgement and propose a slight adjustment to the briefing schedule as follows:

1. Plaintiffs shall file their Opposition and Cross-Motion for Summary Judgment on or before October 9, 2023; Plaintiffs Shall File Their Motion to Strike Or in the Alternative Take Discovery On October 9, 2023.

2. Defendant shall file its Reply and Cross-Opposition on or before November 13, 2023; Defendants Shall File Their Opposition to Plaintiffs' Motion to Strike or in the Alternative to Take Discovery on November 13, 2023;

3.      Plaintiffs shall file their Replies in Support of Their Motion Cross Motion for Summary Judgement and Motion to Strike or in the Alternative to Take Discovery on or before December 4, 2023.

Dated: September 28, 2023                                         Respectfully submitted,

/s/ Samuel Everett Dewey
SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone:  (703) 261-4194
Email:  samueledewey@sedchambers.com

DANIEL D. MAULER
(No. 977757)
The Heritage Foundation
Telephone:  (202) 617-6975
Email:  Dan.Mauler@heritage.org

ERIC NEAL CORNETT
(No. 1660201)
Law Office of Eric Neal Cornett
Telephone: (606) 275-0978 Email:
neal@cornettlegal.com

ROMAN JANKOWSKI
(No. 975348)
The Heritage Foundation
Telephone:  (202) 489-2969
Email:  Roman.Jankowski@heritage.org

*Counsel for Plaintiffs*