IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HERITAGE FOUNDATION & MIKE HOWELL )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF HOMELAND SECURITY )<br>)<br>*Defendant*. ) | Case No. 23-cv-1198 (CJN) |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S STATEMENT OF MATERIAL FACT AS TO WHICH THERE IS NO GENUINE DISPUTE.**

Pursuant to Local Civil Rule 7(h), Plaintiffs hereby submit this response to Defendant's Statement of Fact:

1. Undisputed.

2. Undisputed.

3. Undisputed.

4. Plaintiffs lack knowledge as to FOIA processing procedures of the Department of Homeland Security ("DHS").

5. Plaintiffs lack knowledge as to FOIA processing procedures of DHS.

6. Plaintiffs lack knowledge as to FOIA processing procedures of DHS.

7. Undisputed.

8. Undisputed.

9. Plaintiffs lack knowledge as to FOIA processing procedures of DHS.  Plaintiffs do not dispute USCIS withheld all responsive records as categorically exempt pursuant to FOIA

1

Exemption 6.  Plaintiffs do not dispute that USCIS withheld records relating to USCIS employees under Exemption 7(C).  Plaintiffs do not dispute that USCIS withheld unknown records under Exemption 7(E).

10. Undisputed.

11. Plaintiffs lack knowledge as to this fact.

12. Plaintiffs lack knowledge as to FOIA processing procedures of DHS.

13. Plaintiffs lack knowledge as to FOIA processing procedures of DHS.

14. Undisputed,

15. Plaintiffs lack knowledge as to FOIA processing procedures of DHS.  Plaintiffs do not dispute CBP has withheld all documents pursuant to Exemptions 6, (b)(7)(C) and (b)(7)(E).

16. Plaintiffs lack knowledge as to FOIA processing procedures of DHS.  Plaintiffs do not dispute CBP issued a *Glomar* response.

17. Plaintiffs lack knowledge as to FOIA processing procedures of DHS.

18. Undisputed.

19. Undisputed.

**PLAINTIFFS' STATEMENT OF MATERIAL FACT AS TO WHICH THERE IS NO GENUINE DISPUTE**

Pursuant to Local Civil Rule 7(h), Plaintiffs submit the following statement of material facts as to which there is no genuine dispute.

1. Files responsive to Plaintiffs' FOIA Request (ECF No. 7-2) ("Request") do not relate to a criminal investigation.

2. The Duke of Sussex is lawfully within the United States.

3. The Duke of Sussex has not entered or resided in the United States on Category A visa from March 2020 to present.

4. The Duke of Sussex was required to answer in writing whether he had ever violated any laws related to drugs prior to lawfully entering the United States.

5. The Duke of Sussex has no cognizable privacy interest under Exemption 6 or 7(C) in matters revealed in *Spare* or related publicity including his "talk" with Dr. Gabor Maté.

6. The Duke of Sussex as a Royal Duke and Counselor of State is a high-ranking public official.

7. The Duke of Sussex is a public figure.

Dated: October 9, 2023                                              Respectfully submitted,

/s/ Samuel Everett Dewey
SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone: (703) 261-4194
Email: samueledewey@sedchambers.com

ERIC NEAL CORNETT
(No. 1660201)
Law Office of Eric Neal Cornett
Telephone: (606) 275-0978
Email: neal@cornettlegal.com

DANIEL D. MAULER
(No. 977757)
The Heritage Foundation
Telephone: (202) 617-6975
Email: Dan.Mauler@heritage.org

ROMAN JANKOWSKI
(No. 975348)
The Heritage Foundation
Telephone: (202) 489-2969
Email: Roman.Jankowski@heritage.org

*Counsel for Plaintiffs*