IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HERITAGE FOUNDATION & MIKE HOWELL<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br><br>*Defendant*. | Case No. 23-cv-1198 (CJN) |

**PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**(ORAL ARGUMENT REQUESTED)**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs Mike Howell and The Heritage Foundation hereby oppose the Motion for Summary Judgment filed by Defendant U.S. Department of Homeland Security and respectfully file this Cross-Motion for Partial Summary Judgment in the above-captioned matter. Defendant should be ordered to:

1. Conduct a reasonable search for all records Responsive to Plaintiffs' FOIA Request;

2. Produce all non-exempt responsive records within twenty (20) days of the entry of an order; and

3. Provide a document-by-document *Vaughn* index for all records withheld within twenty (20) days of the entry of an order.

This motion is accompanied by and supported by a memorandum of law, statement of disputed and undisputed material facts, supporting declarations, and exhibits.

Dated: October 9, 2023					Respectfully submitted,

/s/ Samuel Everett Dewey
SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone:  (703) 261-4194
Email:  samueledewey@sedchambers.com

ERIC NEAL CORNETT
(No. 1660201)
Law Office of Eric Neal Cornett
Telephone:  (606) 275-0978
Email: neal@cornettlegal.com

DANIEL D. MAULER
(No. 977757)
The Heritage Foundation
Telephone:  (202) 617-6975
Email:  Dan.Mauler@heritage.org

ROMAN JANKOWSKI
(No. 975348)
The Heritage Foundation
Telephone:  (202) 489-2969
Email:  Roman.Jankowski@heritage.org

*Counsel for Plaintiffs*