## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| HERITAGE FOUNDATION & | ) | |
| MIKE HOWELL | ) | |
|  | ) | |
| *Plaintiffs*, | ) | |
|  | ) | |
| v. | ) | Case No. 23-cv-1198 (CJN) |
|  | ) | |
| U.S. DEPARTMENT OF HOMELAND | ) | |
| SECURITY | ) | |
|  | ) | |
| *Defendant*. | ) | |
| _____ | ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S STATEMENT OF MATERIAL FACT AS TO WHICH THERE IS NO GENUINE DISPUTE.**

Pursuant to Local Civil Rule 7(h), Plaintiffs hereby submit this response to Defendant's Statement of Fact:

1.      Undisputed.

2.      Undisputed.

3.      Undisputed.

4.      Plaintiffs lack knowledge as to FOIA processing procedures of the Department of Homeland Security ("DHS").

5.      Plaintiffs lack knowledge as to FOIA processing procedures of DHS.

6.      Plaintiffs lack knowledge as to FOIA processing procedures of DHS.

7.      Undisputed.

8.      Undisputed.

9.      Plaintiffs lack knowledge as to FOIA processing procedures of DHS.  Plaintiffs do not dispute USCIS withheld all responsive records as categorically exempt pursuant to FOIA

1

Exemption 6.  Plaintiffs do not dispute that USCIS withheld records relating to USCIS employees

under Exemption 7(C).  Plaintiffs do not dispute that USCIS withheld unknown records under

Exemption 7(E).

10.     Undisputed.

11.     Plaintiffs lack knowledge as to this fact.

12.     Plaintiffs lack knowledge as to FOIA processing procedures of DHS.

13.     Plaintiffs lack knowledge as to FOIA processing procedures of DHS.

14.     Undisputed,

15.     Plaintiffs lack knowledge as to FOIA processing procedures of DHS.  Plaintiffs do

not dispute CBP has withheld all documents pursuant to Exemptions 6, (b)(7)(C) and (b)(7)(E).

16.     Plaintiffs lack knowledge as to FOIA processing procedures of DHS.  Plaintiffs do

not dispute CBP issued a *Glomar* response.

17.     Plaintiffs lack knowledge as to FOIA processing procedures of DHS.

18.     Undisputed.

19.     Undisputed.

## PLAINTIFFS' STATEMENT OF MATERIAL FACT AS TO WHICH THERE IS NO GENUINE DISPUTE

Pursuant to Local Civil Rule 7(h), Plaintiffs submit the following statement of material

facts as to which there is no genuine dispute.

1.     Files responsive to Plaintiffs' FOIA Request (ECF No. 7-2) ("Request") do not

relate to a criminal investigation.

2.     The Duke of Sussex is lawfully within the United States.

3.     The Duke of Sussex has not entered or resided in the United States on Category A

visa from March 2020 to present.

4.      The Duke of Sussex was required to answer in writing whether he had ever violated

any laws related to drugs prior to lawfully entering the United States.

5.      The Duke of Sussex has no cognizable privacy interest under Exemption 6 or 7(C)

in matters revealed in *Spare* or related publicity including his "talk" with Dr. Gabor Maté.

6.      The Duke of Sussex as a Royal Duke and Counselor of State is a high-ranking

public official.

7.      The Duke of Sussex is a public figure.

Dated: October 9, 2023                              Respectfully submitted,

                                                    /s/ Samuel Everett Dewey
                                                    SAMUEL EVERETT DEWEY
                                                    (No. 999979)
                                                    Chambers of Samuel Everett Dewey, LLC
                                                    Telephone:  (703) 261-4194
                                                    Email:  samueledewey@sedchambers.com

                                                    ERIC NEAL CORNETT
                                                    (No. 1660201)
                                                    Law Office of Eric Neal Cornett
                                                    Telephone:  (606) 275-0978
                                                    Email: neal@cornettlegal.com

                                                    DANIEL D. MAULER
                                                    (No. 977757)
                                                    The Heritage Foundation
                                                    Telephone:  (202) 617-6975
                                                    Email:  Dan.Mauler@heritage.org

                                                    ROMAN JANKOWSKI
                                                    (No. 975348)
                                                    The Heritage Foundation
                                                    Telephone:  (202) 489-2969
                                                    Email:  Roman.Jankowski@heritage.org

                                                    *Counsel for Plaintiffs*