# Arthur Decl. Exhibit 1

# Visas for Diplomats and Foreign Government Officials

**If you are a diplomat or government official who is physically present in the United States on assignment:**

**Requesting to renew (reapply for) your visa or that of an immediate family member,** select Renewing an A-1 or A-2 Visa in the United States to learn more. A-3 visa holders must reapply for their visas outside the United States.

**Requesting to change status into or out of A status,** select Change of Status to/from A,G, NATO to learn more.

Diplomats and other foreign government officials traveling to the United States to engage solely in official duties or activities on behalf of their national government must obtain A-1 or A-2 visas prior to entering the United States. They cannot travel using visitor visas or under the Visa Waiver Program. With the exception of a Head of State or Government -- who qualifies for an A visa regardless of the purpose of travel -- your position within your country's government and your purpose of travel determine whether you need an A-1 or A-2 visa. Immediate family members of diplomats and government officials receive A-1 or A-2 visas, with few exceptions. Personal employees, attendants, or domestic workers for diplomats and government officials (holding a valid A-1 or A-2 visa) may be issued A-3 visas.

To qualify for an A-1 or A-2 visa, you must be traveling to the United States on behalf of your national government to engage solely in official activities for that government. The specific duties or services that will be performed must be governmental in character or nature, as determined by the U.S. Department of State, in accordance with U.S. immigration laws. Government officials traveling to the United States to perform non-governmental functions of a commercial nature, or traveling as tourists, require the appropriate visas and do not qualify for A visas. The fact that there may be government interest or control in a given organization is not in itself the defining factor in determining if you qualify for an A visa.

### Diplomats and Officials Requiring A-1 Visas - Examples: 

- Head of State or Government, regardless of the purpose of travel
- Official coming to serve at a foreign embassy or consulate in the United States, such as an ambassador or consul
- Government minister or cabinet member coming for official activities
- European Union (EU) and African Union (AU) delegation representatives
- Immediate family members of an A-1 visa holder

### Officials and Employees Requiring A-2 Visas - Examples: 

- Full-time employee assigned by that government, coming only to work at a foreign embassy or consulate in the United States, to perform duties which take place at an embassy
- Government official representing your government, coming to the United States based on written request of your country to perform official, government related duties for not more than 90 days
- Foreign military members stationed at a U.S. military base or assigned to a foreign embassy or consulate in the United States
- Staff of European (EU) and African Union (AU) delegation representatives
- Immediate family members of an A-2 visa holder

Case 1:23-cv-01198-CJN    Document 28-1    Filed 10/09/23    Page 4 of 8

**Travel Purposes Not Permitted on A-1 and A-2 Visas - Examples:** 

- Government officials coming to perform non-official or non-governmental functions of a commercial nature, or traveling as tourists, must apply for the appropriate visa category for the specific travel purpose, such as a B-2 visa for tourism. (Note: A Head of State or Government must travel on an A-1 visa regardless of the purpose of travel.)
- Local government officials representing their state, province, borough, or other local political entity require visitor (B) visas.

## How to Apply

There are several steps to apply for a visa. The order of these steps and how you complete them may vary at the U.S. Embassy or Consulate where you apply. Please consult the instructions available on the embassy or consulate website where you will apply.

## About Visa Interviewers

As part of the visa application process, an interview at the U.S. Embassy or Consulate is required for most visa applicants applying abroad. Embassies and consulates generally do not require interviews for those applying for A-1 and A-2 visas, although a consular officer can request an interview.

Personal employees, domestic workers, and attendants of A-1 or A-2 visa holders applying for A-3 visas are required to be interviewed. Review information in the Personal Employees section below.

## Complete the Online Visa Application

- **Online Nonimmigrant Visa Application,** Form DS-160 – Learn more about completing the DS-160. You must: 1) complete the online visa application and 2) print the application form confirmation page. You must submit the confirmation page as part of your application. (**Important Notice:** For A-1 or A-2 visa holders on assignment in the United States reapplying for an A visa, use Form DS-1648, not DS-160. Review instructions on the Renewing A, G, or NATO Visas in the U.S. webpage.)
- **Photo** – You will upload your photo while completing the online Form DS-160. Your photo must have been taken within the past six months, and must be the format explained in the Photograph Requirements.

## Submit Required Documentation

All applicants for A visas should gather and deliver the following required documents to the U.S. Embassy or Consulate in your home country:

- **Passport** valid for travel to the United States - Your passport must be valid for at least 6 months beyond your period of stay in the United States (unless exempt by country-specific agreements ). If more than one person is included in your passport, each person who needs a visa must submit a separate application.
- **Nonimmigrant Visa Application,** Form DS-160 confirmation page (For applicants applying outside the United States)
- **Photo** – You will upload your photo while completing the online Form DS-160. If the photo upload fails, you must bring one printed photo in the format explained in the Photograph Requirements.
- **A diplomatic note** - This note is written confirmation from your country's government of your status and official purpose of travel. A-3 applicants also

require diplomatic notes to confirm the official status of their employers. Beginning July 1, 2014, the sending government must provide the following information in the diplomatic note submitted with any A-1 or A-2 visa application outside the United States, and for any request for a change into such visa status in the United States:

- the government official's or employee's name, date of birth, position and title, place of assignment or visit, purpose of travel, a brief description of his or her duties, travel date, and the anticipated length of the tour of duty or stay in the United States, and
- the names, relationships, and dates of birth of any dependents and other members of household who will be accompanying or joining the government official or employee.

- **For an immediate family member applying separate from the principal visa applicant** - A copy of both the visa and the I-94 (both front and back) for the principal visa holder is required.

## Additional Documentation May Be Required

Review the instructions for how to apply for a visa on the website of the embassy or consulate where you will apply. Additional documents may be requested to establish if you are qualified.

## Visa Fees

Individuals who qualify for an official visa classification ( A, G, C-3, NATO) are exempt from paying visa fees.

**More About Visa Fees** - Individuals holding diplomatic passports may also be exempt from visa fees regardless of visa classification and purpose of travel, if they meet one of the qualifying categories. Possession of a diplomatic passport or the equivalent is not by itself sufficient to qualify for a no-fee diplomatic visa. The consular officer will make the determination whether the visa applicant qualifies for an exemption of fees under U.S. immigration laws.  Official passport holders are not charged for official visas, but are required to pay visa application and reciprocal issuance fees, if applicable, for all non-official visas.

## Immediate Family Members

Visa application procedures for your immediate family members are the same as for you. **Important Notice:** Effective immediately, U.S. embassies and consulates will adjudicate visa applications that are based on a same-sex marriage in the same way that we adjudicate applications for opposite gender spouses.

Immediate family members are defined as the spouse and unmarried sons and daughters who are members of your household, even if studying in a different location. An immediate family member may also be a person who will reside regularly in your household, is not a member of some other household, and is recognized as your immediate family member by the sending Government, as demonstrated by eligibility for rights and benefits, such as the issuance of a diplomatic or official passport or travel and other allowances.

In addition to a spouse and unmarried sons and daughters, immediate family members who may qualify to receive A-category visas include:

- any other relative, by blood, marriage, or adoption, of you or your spouse;
- a domestic partner; and
- a relative by blood, marriage, or adoption of the domestic partner.

The term "domestic partner" means a same-sex domestic partner. Domestic partners may be issued A-category visas if the sending country would provide reciprocal treatment to domestic partners of U.S. diplomats and government officials in that country.

A family member who does not qualify as immediate family, as described above,

may qualify for a visitor (B-2) visa. Visitor visa applicants are required to pay visa application and issuance fees, if applicable.

Important Notice: Same-sex Marriage 

## Personal Employees

Personal employees, attendants, domestic workers, or servants of individuals who have a valid A-1 or A-2 visa may receive an A-3 visa, if they meet the requirements in 9 FAM 402.3-9. As part of the application process, the applicant must have an interview at the embassy or consulate. A written contract must be provided to the consular officer.  The employer must provide proof that the applicant will receive the minimum wage and be provided working conditions in accordance with U.S. law. In addition, the applicant needs to demonstrate that s/he will perform the contracted employment duties. The consular officer will determine eligibility for the A-3 visa. Applicants for A-3 visas must apply outside the United States.

If the employer is not the principal officer or deputy principal officer or does not carry the diplomatic rank of minister or higher, the employer must demonstrate that he or she will have sufficient funds to provide the minimum wage and working conditions, as reflected in the contract. Consideration is also given to the number of employees an employer would reasonably be able to pay.

To apply for an A-3 visa, the visa applicant must submit each of the items explained in the How to Apply: A-3 Visas.

## Important Notices for Employers and Personal Employees/Domestic Workers

Please keep your own passport and a copy of your employment contract with you while in the United States. You should not let your employer keep your contract or passport or other personal property for any reason. You and your employer will be subject to U.S. law while in the United States, and your contract describes the work arrangement your employer is expected to respect.

Certain employment-based nonimmigrants have legal rights under U.S. Federal immigration, labor, and employment laws, and you should have received information about protections and available resources. As a temporary visitor to the United States, it is important that you are aware of your rights, as well as protections and resources available, when you come to work or study here. Before your interview, review the "Know Your Rights" pamphlet and learn about additional information on our webpage.

The U.S. Government considers "involuntary servitude" of domestic workers, as defined under the Trafficking Victims Protection Act (TVPA), to be a severe form of trafficking in persons (TIP) and a serious criminal offense. Victims of involuntary servitude are offered protection under the TVPA. "The term 'involuntary servitude' includes a condition of servitude induced by means of any scheme, plan, or pattern intended to cause a person to believe that, if the person did not enter into or continue in such condition, that person or another person would suffer serious harm or physical restraints, or the abuse or threatened abuse of the legal process." While in the U.S., domestic workers are advised that the telephone number for police and emergency services is 911, and that the U.S. Government maintains a telephone hotline for reporting abuse of domestic employees and other TIP-related crimes, 1-888-373-7888.

## How to Apply: A-3 Visas

How you complete the several steps required to apply for a visa vary according to the U.S. Embassy or Consulate where you apply. As part of the application process, an interview at a U.S. Embassy or Consulate outside the United States is required. The employer and/or recruitment agent does not attend the interview.

## Schedule an Interview

You must schedule an appointment for your visa interview at the U.S. Embassy or Consulate in your home country, in the country where you are currently residing, or in the country where you are physically present.  Please consult the instructions available on the [embassy or consulate website](#).

## Prepare for Your Interview

A-3 Visa applicants must submit each of the items explained in this webpage and How to Apply sections including:

- [Complete Online Visa Application](#) and
- [Gather Required Documentation](#) and
- **Obtain Employment Contract from Employer -** The contract must be in English and signed by both you and your employer. (If the personal employee does not understand English, then a translation of the contract in a language the employee understands is required to ensure that the employee understands the job duties and rights regarding salary and working conditions.) **The contract must contain all of the information listed in [9 FAM 402.3-9(B)(3).](#)**  Use the following link [located here](#) to download the recommended employment contract in English:
https://www.state.gov/documents/organization/259370.docx

### Legal Rights and Protections

Learn about your rights in the United States and protection available to you by reading the [Legal Rights and Protections](#) pamphlet, before applying for your visa.

## Attend Your Visa Interview

During your visa interview, a consular officer will determine whether you are qualified to receive a visa based on your purpose of travel and other requirements. You must establish that you meet the requirements under U.S. law to receive an A-3 visa.

Ink-free, digital fingerprint scans will be taken as part of your application process. They are usually taken during your interview, but this varies based on location.

After your visa interview, your application may require further [administrative processing](#). The consular officer will inform you if your application needs further processing.

If the visa is approved, the Embassy or Consulate will let you know how the office will return your passport with visa to you.

## For Employers and Personal Employees or Domestic Workers

Personal employees should keep their passport and a copy of their contract in their possession.  They should not surrender their contract and passport to their employer under any circumstances.  Personal employees should understand that their contracts provide working arrangements that the employer is expected to respect.

Recent changes to U.S. law relate to the legal rights of certain employment-based nonimmigrants under Federal immigration, labor, and employment laws and the information to be provided about protections and available resources. Employers, as well as personal employees, should review the Nonimmigrant Rights, Protections and Resources pamphlet explained above.

Personal employees and domestic workers should understand that they must follow U.S. laws while in the United States.

## Additional Information

- We cannot guarantee that you will be issued a visa. Do not make final travel plans or buy tickets until you have a visa.
- Qualified A visa applicants traveling to the United States for assignments of less than 90 days will be issued visas annotated "TDY" (temporary duty).
- Unless canceled or revoked, a visa is valid until its expiration date. Therefore, a valid U.S. visa in an expired passport is still valid. If you have a valid visa in your expired passport, do not remove it from your expired passport. You may use your valid visa in your expired passport along with a new valid passport for travel and admission to the United States.

Change of Status Into, Within, Between, or Out of Diplomatic (A) Status in the U.S.  ⊕

Misrepresentation or Fraud  ⊕

Further Questions  ⊕