IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HERITAGE FOUNDATION & MIKE HOWELL,  )<br>  )<br>*Plaintiffs*,  )<br>  )<br>v.  )<br>  )<br>U.S. DEPARTMENT OF HOMELAND SECURITY  )<br>  )<br>*Defendant*.  )  | Case No. 23-cv-1198 (CJN) |

### THIRD DECLARATION OF SAMUEL EVERETT DEWEY

1. My name is Samuel Everett Dewey. I am counsel to Plaintiffs in this action.

2. I make this declaration to provide the Court with additional information relevant to Plaintiffs' Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment (ECF No. 23).

3. On or about June 4, 2023, Counsel for Plaintiffs again urged Defendant component Customs and Border Protection ("CBP") to withdraw its *Glomar* as to whether the Duke of Sussex had ever lawful entered the United States. CBP did not do so.

4. Attached hereto as Exhibit 1 is a true and correct copy of Defendant Department of Homeland Security's Headquarters' ("DHS HQ") determination as to the Request dated June 13, 2023.

5. Attached hereto as Exhibit 2 is a compilation of news articles related to the Duke of Sussex and the Counselor of State Act, 2022.

6. Attached hereto as Exhibit 3 is a true and correct copy of a press release from the office of United States Representative Greg Steube announcing the introduction of the SPARE Act dated August 8, 2023 and an X/Twitter post announcing the same.

7. Attached hereto as Exhibit 4 is a true and correct copy of H.R. 5178, 118th Cong., the SPARE Act.

8. Attached hereto as Exhibit 5 is a compilation of news articles covering the introduction of the SPARE Act.

9. Attached hereto as Exhibit 6 is a true and correct copy of correspondence between counsel for Plaintiffs and counsel for Defendants from June 7, 2023 through June 9, 2023.

10. Attached hereto as Exhibit 7 is a true and correct copy of a compilation of reporting on the June 6, 2023 preliminary injunction hearing in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

October 9, 2023                                              /s/ Samuel Everett Dewey
                                                             Samuel Everett Dewey