# EXHIBIT 2
# to
# THIRD DEWEY
# DECL.

UK NEWS WEBSITE OF THE YEAR

The Telegraph

News  Ukraine  **Royals**  Sports  Opinion  Travel  Life  Entertainment  Business  Puzzles

See all Royals

**Your payment has failed**

But all is not lost. Update your details to keep enjoying your subscription.

UPDATE YOUR DETAILS



## Lords to debate law to bar Princes Harry and Andrew from being Counsellors of State

New legislation designed to stop the Duke of York and the Duke of Sussex ever standing in for the King

*By* Danielle Sheridan, DEFENCE EDITOR

20 November 2022 • 5:10pm

     

The House of Lords will debate a change in legislation that would effectively ban <u>Prince Harry and Prince Andrew from being Counsellors of State</u>.

The amendment to the Counsellors of State bill, which will be debated on Monday, would look to exclude royals who have "not in the immediately preceding 2 years undertaken royal duties on a regular basis".

10/9/23, 6:25 PM
Case 1:23-cv-01198-CJN Document 29-2 Filed 10/09/23 Page 3 of 46
Lords debate law to bar princes Harry and Andrew from being 'stand-ins' for the King

The Duke of Sussex formally stepped down from royal duties on March 31, 2020, while the Duke of York ceased to undertake public duties after his military affiliations and royal patronages were returned to Queen Elizabeth II at the start of this year.

A Cabinet source told The Telegraph that it was neither the Government, nor Buckingham Palace's position, that the proposal would remove either of the princes from being Counsellors of State.

The prospect of the princes being called upon to sign documents or receive the credentials of new ambassadors at Buckingham Palace has been controversial for some time, with the issue first raised in Parliament last month.

Viscount Stansgate, Labour peer and son of party grandee Tony Benn, suggested in the House of Lords that it was the right moment to discuss "a sensible amendment" with the King.

He asked whether the Government was "happy to continue with a situation where the counsels of state and regency powers may be exercised by the Duke of York or the Duke of Sussex, one of whom has left public life and the other of whom has left the country?"

The King made the specific request that the Princess Royal and the Earl of Wessex be made Counsellors of State, after he enacted a process agreed with his late mother to keep the family peace.

In a statement read to both Houses of Parliament last week, the King signalled his wish for the Regency Act to be amended to allow his two siblings to deputise for him when required.

The move is designed to ensure the Duke of York and the Duke of Sussex will never be called upon to act as official stand-ins, without having to formally replace them.

### The King's statement

The King's statement was first read to the House of Lords by Lord Parker of Minsmere, the Lord Chamberlain, who said: "The message is as follows: 'To ensure continued efficiency of public business when I am unavailable, such as while I am undertaking official duties overseas, I confirm that I would be most content, should Parliament see fit, for the number of people who may be called upon to act as Counsellors of State under the terms of the Regency Acts 1937 to 1953 to be increased to include my sister and brother - the Princess Royal and the Earl of Wessex and Forfar - both of whom have previously undertaken this role."

The monarch can appoint two Counsellors of State to conduct official business in their absence using letters patent.

Under the Regency Acts of 1937 and 1953, they are the spouse of a monarch and the next four in line to the throne who are aged over 21. This currently would include the Queen Consort, the Prince of Wales, the Duke of Sussex, the Duke of York and Princess Beatrice, only two of whom are working royals.

---

## From The US Editor Newsletter

Sign up to the From The US Editor Newsletter for stories, insight and opinions to help you make sense of the rapidly changing geopolitical landscape



| Sign up |
| --- |

---

Related Topics

King Charles III, Duke of Sussex, Prince Andrew, The Royal Family, House of Lords

🐦 📘 🟢 ✉️ 💬 105

---

The Telegraph values your comments but kindly requests all posts are on topic, constructive and respectful. Please review our commenting policy.

| Show comments |
| --- |

**More stories**

Case 1:23-cv-01198-CJN  Document 29-2  Filed 10/09/23  Page 4 of 46

 **Minister launches scathing attack on BBC as it refuses to call Hamas 'terrorists'**

 **The coming Labour government has just revealed how dangerous it will be**

 **Jewish restaurant vandalised in London after Hamas attacks on Israel**

 **Labour Party conference: Jeremy Hunt accuses Rachel Reeves of 'fairy tale' economics**

 **David Beckham's Netflix documentary is schmaltzy PR that exposes him as a hypocrite**

 **Rugby World Cup quarter-finalists ranked: England usurped by Wales**

# More from the Royal family



**King 'deeply touched' by children who sent him underpants**

*By* Victoria Ward
9 Oct 2023, 3:19pm



**Nicholas Witchell: Martin Bashir was an absolute blaggard**

*By* Camilla Tominey
8 Oct 2023, 10:00am



**'We aim to make Prince William proud,' says Earthshot Prize finalist**

*By* Victoria Ward
8 Oct 2023, 12:01am



**Royal tradition revived as Britain gifts prized marmalade to Spain**

*By* Helena de Bertodano
7 Oct 2023, 7:07pm



**Land Rover rivals battle it out at Balmoral to be Royal family's 4x4**

*By* Victoria Ward
6 Oct 2023, 7:03pm



**Late Queen liked political 'gossip', says Nicola Sturgeon**

*By* Telegraph Reporters
6 Oct 2023, 6:33pm

**More from The Telegraph**



**Pound falls as Middle East conflict sparks flood to safe assets - latest updates**



**Humza Yousaf 'sleepless with worry' over parents-in-law trapped in Gaza**



Shiny suits, meaningless slogans and 'the best chancellor in 800 years' at Labour's big day out



France v South Africa, Rugby World Cup 2023 quarter-final: when is it, how to watch



Portugal's reward for historic first World Cup win is to be frozen out of rugby's top table



England v Fiji, Rugby World Cup 2023 quarter-final: when is it, how to watch

The Telegraph

Back to top ⌃

Follow us on:      

Help Centre

About us

Telegraph Extra

Reader Prints

Branded Content

Syndication and Commissioning

Guidelines

NEW Privacy Policy

Terms and Conditions

Advertising Terms

Fantasy Sport

UK Voucher Codes

Betting Offers

Tax Strategy

Wine Cellar

Do Not Sell

© Telegraph Media Group Limited 2023

Modern Slavery

Broadband and Mobile Deals

The Chelsea Magazine Company

About Ads

Case 1:23-cv-01198-CJN  Document 29-2  Filed 10/09/23  Page 8 of 46

   
ADVERTISEMENT

# Calls to block Prince Andrew and Prince Harry as royal stand-ins

🕑 21 November 2022



POOL

The status of Prince Andrew and Prince Harry as counsellors of state is under scrutiny

**By Sean Coughlan**
Royal correspondent

## Top Stories

**🔴 LIVE** Israel PM warns Gaza action only just begun as Hamas threatens hostages

**Did Iran support plan for attack on Israel?**
5 hours ago

**'Isis level savagery' killed 11 Americans, says US**
1 hour ago

ADVERTISEMENT



**Get the new BBC Royal Watch newsletter**    **Subscribe**

**Princess Royal and Earl of Wessex to be added.**

Peers have debated plans for two extra "counsellors of state".

But a Labour peer said Prince Andrew and Prince Harry, as non-working royals, should be taken off the list.

Lord Berkeley said the question of who was eligible to act for the King needed greater "transparency".

Peers on Monday were debating the Counsellors of State Bill, which would widen the pool of royals who could carry out official duties if the King was overseas or ill.

Lord True, the Lord Privy Seal, said the proposal was a "practical solution" necessary for the "machinery of government" - and said that the Royal Household had confirmed that in practice only working royals would be called upon to act as counsellors.

This legislation would add two more, rather than remove any of the current five stand-ins - Camilla, the Queen Consort, the Prince of Wales, Prince Harry, Prince Andrew and his daughter Princess Beatrice.

- **Princess Anne and Prince Edward to be stand-ins for King**
- **More stand ins likely for King Charles**

Lord Berkeley supported the addition of Princess Anne and Prince Edward but he put forward an amendment that would exclude Prince Andrew and Prince Harry and any other non-working royals.

Counsellors of state should not include anyone who had not "undertaken royal duties on a regular basis" for the preceding two years, he proposed.

Prince Andrew withdrew from royal duties in the wake of his association with US sex offender Jeffrey Epstein.

Prince Harry, who lives with his family in the United States, has stepped back from being a "working royal".

# 'Quick fix'

Conservative peer Lord Balfe also argued Prince Harry's status as a counsellor needed to be more clearly resolved.

The legislation, launched in response to a request from the King, is being fast-tracked through Parliament.

It is expected there will be overseas trips next year for the King, Queen Consort, Prince William and Catherine, Princess of Wales - and without a change, this could mean a lack of available stand-ins to act on behalf of the monarch.

Labour peer Viscount Stansgate welcomed the increase in counsellors but described the addition of two specific royals as a "quick fix" and suggested that a longer-term view was needed for deciding who should be appointed.

Crossbencher Lord Janvrin, who had been a private secretary to the late Queen Elizabeth II, used a football analogy to say the two extra substitutes for the monarch would "give much needed strength and depth to the bench".

But Baroness Jones, of the Green Party, said the whole issue was

## Features



**How India's first deaf lawyer made history in top court**



**How festival massacre unfolded - from verified video and social media**



**Five female MCs who changed hip-hop**



Get the new BBC Royal Watch newsletter          Subscribe

- the State Opening of Parliament

- signing official documents

- holding Privy Council meetings

There is already a legal requirement for a counsellor to be "domiciled in some part of the United Kingdom" - but this is being interpreted as including a "domicile of origin", which would allow Prince Harry to continue.

An 18th Century law still prevents a Catholic from being a counsellor - and the Cabinet Office would not comment on how this could be compatible with other equality legislation.

The legislation will move on to its next stages later this week - with the government not expected to accept the proposal to exclude Prince Andrew and Prince Harry.

## Related Topics

**UK Royal Family**        **King Charles III**



### The scandalous life of a

**'I feel hopeless': Living in a country on the brink**



**The international victims of Hamas' assault on Israel**



**The 'white gold' rush dividing communities**



**Biden cannot escape Trump's shadow in border crisis**



**The inspiring youth orchestra that built itself from nothing**

**Get the new BBC Royal Watch newsletter**        **Subscribe**



The return of a divisive lingerie
brand



New maps of Earth's lost
continent

## Most Read

1    How festival massacre
unfolded - from
verified video and
social media

2    What is happening in
Israel, and why now?

3    'Isis level savagery'
killed 11 Americans,
says US

4    UK special forces
'killed 9 people
sleeping in beds'

5    Why did it take so long
to deal with the Hamas
attack?

6    'My wife and children
have been kidnapped
by Hamas'

Get the new BBC Royal Watch newsletter    **Subscribe**

7    260 bodies recovered
     from 'horror movie'
     festival scene

8    California governor
     vetoes caste
     discrimination bill

9    Delightful or dated?
     Frasier returns to
     screens

10   Gaza 'soon without
     fuel, medicine and
     food'

## BBC News Services

On your mobile          On smart speakers          Get news alerts          Contact BBC News

| Home | Sport | Worklife | Future | Music | Weather |
| News | Reel | Travel | Culture | TV | Sounds |

Terms of Use     About the BBC     Privacy Policy     Cookies     Accessibility Help     Parental Guidance     Contact the BBC

Get Personalised Newsletters     Why you can trust the BBC     Advertise with us     Do not share or sell my info

© 2023 BBC. The BBC is not responsible for the content of external sites. **Read about our approach to external linking.**

Get the new BBC Royal Watch newsletter          **Subscribe**

...                                    ...

136280042347

---

(https://www.express.co.uk/celebrity-news/1817979/George-Clooney-Donald-Trump-jab)
**George Clooney rages 'f*** you' at Donald Trump after 'Hollywood elite' jab**

(https://www.express.co.uk/celebrity-news/1817979/George-Clooney-Donald-Trump-jab)
(https://www.express.co.uk/news/politics/1816970/joe-biden-disaster-live-on-stage-white-house-speech)
**Joe Biden leaves room cringing again as he has disaster live on stage**

(https://www.express.co.uk/news/politics/1816970/joe-biden-disaster-live-on-stage-white-house-speech)
(https://track.newprogrammatic.com/213o42b6-b522-4be2-b7d0-11f5ab5d0a34)
**Why Many Women Turn to Revaree for Intimate Relief**

**hellobonafide.com**
(https://track.newprogrammatic.com/213o42b6-b522-4be2-b7d0-11f5ab5d0a34)
(https://www.express.co.uk/news/world/1817475/russia-peace-ukraine-putin-sergei-lavrov-war)
**Russia hints peace with Kyiv possible as Putin ally shares terms for end of war**

VANESSA FELTZ

Innocents were massacred by terrorists but 
(https://www.express.co.uk/comment/columr 
terrorists-hgt)

CLOSE ✖

Would you like to receive notifications
from this site?

[NO]   [YES]

Privacy

by Taboola (https://popup.taboola.com/—?template=colorbox&utm_source=reach-express&utm_medium=referral&utm_content=alternating-above-article:Above Article Express:)
(https://popup.taboola.com/—?template=colorbox&utm_source=reach-express&utm_medium=referral&utm_content=alternating-above-article:Above Article Express:)
t=referral&utm_content=alternating-above-article:Above Article Express:)

# Harry and Andrew to be excluded from Royal Family role as new law receives royal assent

Counsellors of State are members of the Royal Family who can deputise for the monarch and carry out constitutional duties on his behalf in case of absence or illness.

**VANESSA FELTZ**

Innocents were massacred by terrorists but t
(https://www.express.co.uk/comment/column
terrorists-hgt)

CLOSE ✖

Would you like to receive notifications
from this site?

Privacy

The Counsellors of State Bill received royal assent on December 6. This means Prince Edward (/latest/prince-edward) and Princess Anne (/latest/princess-anne) are now among the members of the Royal Family (/latest/royal-family) who can carry out certain constitutional duties on behalf of King Charles III (/latest/king-charles) whenever he is unavailable.

RELATED ARTICLES



VANESSA FELTZ

Innocents were massacred by terrorists but !
(https://www.express.co.uk/comment/column
terrorists.hgt)

Privacy

CLOSE ✕

Would you like to receive notifications
from this site?

**Meghan Markle and Prince Harry praised by Alec Baldwin**
**(/news/royal/1706276/Meghan-Markle-Prince-Harry-Alec-Baldwin-**
**press-Netflix-Ripple-of-Hope-Awards-ont)**

**Meghan Markle and Prince Harry vow to sweep down 'walls of**
**oppression'**
**(/news/royal/1706281/meghan-markle-prince-harry-speech-ripple-**
**hope-awards-new-york-city-latest-news-ont)**

They are joining in this role Queen Camilla (/latest/queen-camilla), Prince William, Prince Harry (/latest/prince-harry), Prince Andrew (/latest/prince-andrew) and Princess Beatrice.

**tm_source=reach-express&utm_medium=referral&utm_content=thumbnails-mid-1x1:Mid Article Thumbnails Outstream:)**
**tm_source=reach-express&utm_medium=referral&utm_content=thumbnails-mid-1x1:Mid Article Thumbnails Outstream:)**

(https://msb.georgetown.edu/masters-international-business-policy/)

**Create Lasting Change That Builds a Legacy**

Georgetown University

| Learn More |
| --- |

(https://trc.taboola.com/reach-express/log/3/click?pi=%2Fnews%2Froyal%2F1706587%2Fprince-harry-prince-andrew-counsellors-of-state-act-princess-anne-prince-
edward&ri=fcd1c0ede8c7a88dacfd5d186a6e0620&ad=v2_f190eddc6f8bc2edfdfa73fdeba971ace_5c9a2744-4794-4b29-b188-7e0766e8df4-
623643f290-296909819-163485000-CAUQ9Ul5Y5DUP8DWABgyBRoklCOiCiXnhsYQoAE&ui=5c9a2744-4794-4b29-b188-7e0766e8df4-
623643f290-296909819-163485000-CAUQ9Ul5Y5DUP8DWABgyBRoklCOiCiXnhsYQoAE&ui=5c9a2744-4794-4b29-b188-7e0766e8df4-)

The Act was speedily discussed by the Lords and the Commons over the past few weeks.

With a larger number of people available who can stand in for the monarch, Charles can rest assured he will always have at hand at least two senior royals who can step in for him.

Before the approval of this Act, the role of Counselors of State was regulated by the Regency Acts 1937 and 1953.

**Sponsored** (https://onedaily.com/trending/the-rising-stars-of-80s-celebrities-who-changed-hollywood-and-made-history-taboola-taasif-rebecca)

One Daily

**Everybody Wanted To Date Her In The 80's & This Is Her Recently**
(https://onedaily.com/trending/the-rising-stars-of-80s-celebrities-who-changed-hollywood-and-made-history-taboola-taasif-rebecca)

by Taboola (https://popup.taboola.com/en/?template=colorbox&utm_source=reach-express&utm_medium=referral&utm_content=thumbnails-mid Mid Article Express.)
(https://popup.taboola.com/en/?template=colorbox&utm_source=reach-express&utm_medium=referral&utm_content=thumbnails-mid Mid Article Express.)



VANESSA FELTZ

Innocents were massacred by terrorists but
(https://www.express.co.uk/comment/columnterrorists-hgt)

Would you like to receive notifications from this site?

CLOSE ✕

Privacy

Prince Harry and Prince Andrew are among the seven Counsellors of State the King can count on (Image: GETTY)

**Harry and Meghan asked how they feel about 'destroying the Royal Family' in tense video**

Harry and Meghan were asked how they feel about "destroying the Royal Family", just hours before the release of the first part of their explosive docu-series.

In a video posted on Twitter by user @hrrysgreysuit, the moment is captured as the couple stepped out of the car and made their way into the event.

**See the video HERE. (/news/royal/1706305/prince-harry-meghan-markle-new-york-royal-family-video-latest)**



Prince Edward and Princess Anne have recently become Counsellors of State (Image: GETTY)

Enter your email address here

SUBSCRIBE

We use your sign-up to provide content in ways you've consented to and to improve our understanding of you. This may include adverts from us and 3rd parties based on our understanding. You can unsubscribe at any time. More info (/privacy-notice)

These stated the monarch's spouse and the next four people in the line of succession - no matter their status within the Firm - aged over the age of 21 held the title of Counsellor and could be chosen to deputise for the sovereign.

The new Act doesn't exclude the Dukes of York and Sussex and Princess Beatrice - who are all non-working members of the

VANESSA FELTZ

Innocents were massacred by terrorists but ~~~~~~~~~~~nsellors of State Bill held last month in (https://www.express.co.uk/comment/column~~~~~~~~~~~ned that only working members of the terrorists-hgt)                                      ~~~~ss Royal were added to the pool of

Would you like to receive notifications from this site?

CLOSE ✕

Privacy

During that same reading, Labour peer Lord Berkeley brought forward an amendment that would have taken off the list of Counsellors the Dukes of York and Sussex if approved.

**READ MORE:** Meghan faces growing US backlash as Netflix PR strategy backfires (/news/royal/1705823/meghan-markle-prince-harry-netflix-pr-trailer-royal-family-duke-duchess-sussex-usa-vn)



Prince Andrew, Prince Harry and Prince William have been Counsellors of State for several years (Image: GETTY)

RELATED ARTICLES



VANESSA FELTZ

Innocents were massacred by terrorists but t
(https://www.express.co.uk/comment/column
terrorists-hgt)

CLOSE ✕

Would you like to receive notifications from this site?

Privacy

**Meghan and Harry's claim to '$100m advance' dismantled**
(/news/royal/1705624/Meghan-markle-prince-harry-netflix-100-million-dxus)

**Meghan and Harry's team defend use of stock images in Netflix**
(/news/royal/1706270/Meghan-Markle-Prince-Harry-Netflix-paparazzi-photographers-ont)

The peer said the question of who was eligible to act for the King needed greater "transparency".

Labour peer Viscount Stansgate welcomed the increase in Counsellors.

However, he also described the addition of two specific royals as a "quick fix" and suggested a longer-term view was needed for deciding who should be appointed.

Among the duties Counsellors can be drafted to carry out are the signing of official documents, holding Privy Council meetings and receiving the credentials of new ambassadors to the UK.

**DON'T MISS**

GB News sparks uproar as Dan Wootton savages Harry and Meghan (/showbiz/tv-radio/1705765/gb-news-uproar-dan-wootton-prince-harry-meghan-debate) [CLIP]

Meghan's 'communicative eye expression' trick that Kate does not use (/life-style/life/1704920/meghan-markle-kate-middleton-comparison-eye-expression-exclusive) [REPORT]



King Charles attended the State Opening of Parliament on behalf of the Queen in May (Image: GETTY)

TRENDING

**VANESSA FELTZ**                                    CLOSE ✕

Innocents were massacred by terrorists but t        Would you like to receive notifications
(https://www.express.co.uk/comment/column        from this site?
terrorists-bgt)
    Privacy

At least two Counsellors of State at the time are needed to carry out duties on behalf of the King.

**DON'T MISS**                                   POWERED BY   mantis



**Kate and William 'confident in own skin' as they impress with 'down-to-earth' appearance**

(https://www.express.co.uk/news/royal-middleton-prince-william-confident-



**Meghan Markle stuns royal fan with surprise meeting as Duchess praised for her empathy**

(https://www.express.co.uk/news/ro-markle-invictus-athlete-meeting-

**Meghan M joke' in su Prince Har**

(https://w

body-language

int_source=mantis_rec&int_medium=web&int_campaign=more_like_this)

(https://www.express.co.uk)          COMMENTS          (https://www.express.co.uk/news/royal/1821200          (https://www.express.co.uk)          COMM          (https://ww

In May, the late Queen Elizabeth II issued Letters Patent to draft Prince William and King Charles, then the Prince of Wales, and have them attend the State Opening of Parliament on her behalf as she was suffering from mobility issues.

As King Charles still carries out visits abroad, he will likely need to rely quite regularly on stands-in.

The late Queen stopped undertaking foreign visits in November 2015, when she paid one last visit to Malta.

King Charles (/latest/king-charles)     Prince Harry (/latest/prince-harry)     Prince Andrew (/latest/prince-andrew)

Princess Beatrice (/latest/princess-beatrice)     Princess Anne (/latest/princess-anne)     Prince Edward (/latest/prince-edward)

13843814205413843814205414

**VANESSA FELTZ**

CLOSE ✖

Innocents were massacred by terrorists but
(https://www.express.co.uk/comment/colum
terrorists-hgt)

Would you like to receive notifications
from this site?

Privacy

10/9/23, 6:24 PM
Prince Harry's Remaining Royal Role Under Fire as Government Reconsiders
Case 1:23-cv-01198-CJN Document 29-2 Filed 10/09/23 Page 21 of 46

SUBSCRIBE FOR $1

**NEWS**

# Prince Harry's Remaining Royal Role Under Fire as Government Reconsiders

BY **JAMES CRAWFORD-SMITH** ON 10/26/22 AT 7:36 AM EDT



NEWS     ROYAL FAMILY     PRINCE HARRY     PRINCE ANDREW     MONARCHY

 We're loading your content, stay tuned!

Prince Harry's most significant remaining royal role was challenged in the House of Lords this week, with the possibility of his stepping in to deputize for his father <u>King Charles III</u> during periods of absence or illness being questioned following his move to the U.S. with <u>Meghan Markle</u>.

The prince stepped down as a working member of the royal family in 2020 and in doing so was <u>stripped of his official roles and military appointments</u>. This did not extend to his legal eligibility to act as a <u>Counsellor of State</u> or as regent should the monarch be absent from Britain or incapacitated due to illness.

These entitlements are protected by law under The Regency Act of 1937 which states that the first five members of the blood royal family in the <u>line of succession</u> over the age of 21 (in addition to the monarch's consort) are Counsellors of State and candidates to act as regent.



The prince's eligibility to be called as a Counsellor of State was recently questioned in the House of Lords.

**JAMES MANNING- WPA POOL/GETTY IMAGES/DANIEL LEAL/POOL/AFP VIA GETTY IMAGES**

**SUBSCRIBE NOW FROM JUST $1 PER MONTH >**

This piece of legislation came under question in the House of Lords on Monday where Stephen Benn, Viscount Stansgate, asked whether the government was "happy to continue with a situation where the counsels of state and regency powers may be exercised by the Duke of York or the Duke of Sussex, one of whom has left public life and the other of whom has left the country?"

He then asked whether or not it was time for the government to approach the king to ask whether now is the right time to make an amendment to this law.

In response to his question, Lord Nicholas True, the leader of the House of Lords, did not rule out the possibility of such a change.

He said that the government would "always consider what arrangements are needed to ensure resilience in our constitutional arrangements," and added that "in the past, we have seen that the point of accession has proved a useful opportunity to consider the arrangements in place."

**SIGN UP FOR NEWSWEEK'S DAILY HEADLINES >**

Counsellors of State can fulfil duties such as signing official documents, conducting royal ceremonies, and receiving official guests on behalf of the monarch when called upon.

Currently, the six members of the royal family who can act as counsellors are Queen Camilla, Prince William, Prince Harry, Prince Andrew, and Princess Beatrice.

as when King Charles is travelling abroad—Camilla will likely be accompanying him.



King Charles III photographed with Queen Camilla and the Prince and Princess of Wales at Buckingham Palace, September 18, 2022. Camilla and William are eligible to deputize for the king as Counsellors of State.

**CHRIS JACKSON/GETTY IMAGES**

Under the Regency Act, two counsellors are needed to act together to perform each duty, as it currently stands this would leave Prince William to act either with Harry (who would need to be in the U.K. to perform the role); Prince Andrew, who has been publicly disgraced over his friendship with Jeffrey Epstein and allegations of sexual abuse, or Princess Beatrice, who is not considered a "working royal."

10/9/23, 6:24 PM
Case 1:23-cv-01198-CJN Document 29-2 Filed 10/09/23 Page 25 of 46
Prince Harry's Remaining Royal Role Fire as Government reconsiders

amendment to the Regency Act to include more than six royal family members to be called upon as counsellors could solve.

"It seems more appropriate for Prince Edward and Princess Anne, as two royals who conduct public duties (indeed Princess Anne holds investitures) to act as Counsellors of State instead of Princess Beatrice, who doesn't," he said.

"This is ultimately a decision for Parliament, who would need to pass a new act to make this change."

Prescott said there is a legal precedent for doing this.

"The Regency Act [of] 1953, added Queen Elizabeth the Queen Mother as a Counsellor of State for the rest of her life (she stopped being a Counsellor of State, as on the death of George VI [as] she was no longer the wife of the monarch)," he said.

"So a new Act of Parliament legislation could do the same for Princess Anne and Prince Edward. The Act of Parliament could also add the Princess of Wales (when William is King, she will become a Counsellor of State anyway), and she could act with William."

READ MORE

- Is Prince Harry still head of Invictus Games?

- Queen's Daughter's Exclusion From Role Held by Harry, Andrew is 'Sexism'

- Fact Check: Was Prince Andrew Appointed 'Deputy King' Under Charles III?



Prince Harry photographed during the state funeral of Queen Elizabeth II, September 19, 2022. The prince could remain an eligible Counsellor of State while the pool is opened up to more members of the working royal family, an expert told Newsweek.
**MAX MUMBY/INDIGO/GETTY IMAGES**

But where would this leave Harry? A change such as the one suggested would not remove him from being considered as a candidate for counsellor or regent but would widen the pool to other working royals.

"It's not necessary to remove Prince Harry and Prince Andrew, they could simply not act, as only two are required to act together," said Prescott.

is unlikely that a controversial move such as actively removing Harry from being considered for such a role would be desirable to the government or the monarch.

Prominent royal commentator Richard Fitzwilliams told *Newsweek* that changes to the Regency Act would be supported in Britain, as it has been "long overdue."

"There was a recent danger, after the death of Prince Philip," he explained, "that if the Queen had fallen ill when the Prince of Wales had COVID and the Duke of Cambridge was abroad for a day, who then could have been a substitute?"

"It was intimated in the debate that the beginning of a reign would be a good time to look into such matters. Although the Queen Consort is now a Counsellor of State along with the Prince of Wales, it remains a fact that this needs reform," Fitzwilliams said.

"Any new legislation to change this would have to be made by Parliament, obviously in consultation with the Royal Household. They would, in my view, have wide popular support in so doing."

The subject is not currently scheduled for further parliamentary discussion.

*Newsweek* reached out to Buckingham Palace and representatives of Prince Harry for comment.

*Do you have a question about King Charles III, William and Kate, Meghan and Harry or their family that you would like our experienced royal correspondents to answer? Email royals@newsweek.com. We'd love to hear from you.*

REQUEST REPRINT & LICENSING, SUBMIT CORRECTION OR VIEW EDITORIAL GUIDELINES

The Debate

RFK Jr. Is a Lesson for MAGA World: Be Careful What You Wish For



**VS**



**As a Democrat, Biden Could Afford to Ignore RFK Jr. Not Anymore**
By Jason Fields

Opinion

**In Visit to the Border, RFK Jr. Models a Leader Who Listens and Learns**
By Jonathan Lines



**Israel's Harsh Wake-Up Call and What Comes Next**
By Ariel Cohen



**RFK Jr.: Today, I Declared Myself an Independent Candidate for President**
By Robert F. Kennedy Jr.



**As a Democrat, Biden Could Afford to Ignore RFK Jr. Not Anymore**
By Jason Fields



**Gaza could Have Been Singapore. Hamas Turned It Into ISIS**
By Bassem Eid



**The Supreme Court Should Rein In the Administrative State in CFPB Case**
By Jeb Hensarling And Brian Johnson



**RFK Jr. Is a Lesson for MAGA World: Be Careful What You Wish For**
By Stephen L. Miller



**Kevin McCarthy's Removal as House Speaker Was Justified**
By Paul Du Quenoy



**Autonomous Fleets Are Almost Here. Are They Safe From Cyberattacks?**
By Aj Khan



By Rand Paul 

### This Indigenous Peoples' Day, the U.S. Needs to Support Brazil

By Kleber Karipuna 

### The Independents Are Off to the Races, but Is RFK Jr. Offsides or Just Off?

By Tom Rogers 

**GET THE BEST OF NEWSWEEK VIA EMAIL**

Email address

Editor's Picks





## Iran-Backed Houthis Ready to Join War on Israel With Drones and Missiles

"We in Yemen are with the Palestinian people in every way we can," senior Houthi official Nasreddin Amer told Newsweek.

By Tom O'Connor

2 MIN READ

## Israel Festival-Goers 'Defenseless' After Gun Ban

Some U.S. social media users questioned if Hamas would have been able to carry out its attack if festival attendees had been armed.

By Katherine Fung

2 MIN READ







### Donald Trump Set for Another Bumpy Legal Week

By Ewan Palmer

3 MIN READ

### Georgia Vaccine Rates Raise Potential for Robert F. Kennedy Jr. Threat

By Katherine Fung

4 MIN READ

### China Refuses To Condemn Hamas As Israeli-Palestinian Conflict Widens

By Aadil Brar

4 MIN READ

Premium Subscription          Digital + Monthly (Ad Free Trial)



✓ Newsweek magazine delivered to your door

✓ Unlimited access to Newsweek.com

✓ Ad free Newsweek.com experience

✓ iOS and Android app access

✓ All newsletters + podcasts

SUBSCRIBE NOW

| U.S. | World | Science | Subscriptions |
| --- | --- | --- | --- |
| Culture | Autos | Rankings | |
| Health | Opinion | Experts | Digital+ Monthly (Ad Free Trial) $1.00 |
| Better Planet | Beauty & Fashion | Business | Digital+ Yearly $49.00 |
| Education | Fact Check | Mightier | Premium Monthly $9.99 |
| My Turn | Tech | Sports | Premium Yearly $99 |
| Podcasts | Newsletters | Unconventional | |
| Vantage | | | |

**Trending**

Vladimir Putin    Russia-Ukraine War    Donald Trump

**Newsletters in your inbox**   See all      **In The Magazine**

Saturdays)
See Sample

See Sample

(Wednesdays)
See Sample

☑ The Frontlines (Thursdays)
See Sample

☑ For The Culture (Tuesdays and Thursdays)
See Sample

☑ Infinite Scroll (Tuesdays)
See Sample

☑ Pawsitively (Mondays to Fridays)
See Sample

☑ Better Planet (Mondays)

☑ The Debate (Tuesdays)

☑ Mightier (Coming soon)



October 13
2023 Issue

Email address        Sign up now

You can unsubscribe at any time.
By signing up you are agreeing to our Terms of Service and Privacy Policy

| Company | Editions: | Contact | Terms of Use |
| --- | --- | --- | --- |
| About Us | U.S. Edition | Advertise | Cookie Policy |
| Masthead | 日本 | Careers | Copyright |
| Diversity | Polska | Contact Us | Privacy Policy |
| Announcements | România | Corrections | Terms & Conditions |
| Archive | | | Terms of Sale |
| Policies and Standards | | | |
| Mission Statement | | | |
| Leadership | | | |
| Newsletters | | | |
| Press Center | | | |

© 2023 NEWSWEEK DIGITAL LLC

10/9/23, 6:24 PM
Case 1:23-cv-01198-CJN Document 29-2 Filed 10/09/23 Page 34 of 46
Princes Andrew and Harry will keep their last royal roles. But there's a catch | CNN

  World

AudioLive TV

**BREAKING NEWS**

CNN reports on the war in Israel after unprecedented Hamas attacks. Watch CNN

## ROYAL NEWS

---

# Princes Andrew and Harry will keep their last royal roles. But there's a catch

Analysis by Max Foster, Lauren Said-Moorhouse and Christian Edwards, CNN

Published 9:26 AM EST, Fri November 18, 2022

  

 

King Charles sidestepped an awkward regency drama between Princes Harry and Andrew.

---

*A version of this story appeared in the November 18 edition of CNN's Royal News, a weekly dispatch bringing you the inside track on*

**London (CNN) —** When King Charles III celebrated his birthday earlier this week, the headlines focused on the new monarch taking on a <u>new park ranger post</u> previously held by his father, Prince Philip.

Then there were, of course, the <u>military bands performing</u> "Happy Birthday" outside Buckingham Palace at the changing of the guard. And many of the family posted celebratory notes and photographs to official social media accounts. All of this will have probably helped make the day a memorable one.

But separately, the King also moved to address a dilemma that has remained unresolved since long before Queen Elizabeth II's death.

On Monday, Charles asked the UK Parliament to allow his siblings, Princess Anne and Prince Edward, to become Counsellors of State. The move would empower them to step in for him temporarily when directed to do so. The King said in a message read out in the upper chamber, the House of Lords, that maintaining the smooth running of the government was behind the request.

"To ensure continued efficiency of public business when I'm unavailable, such as while I'm undertaking official duties overseas, I confirm that I would be most content should Parliament see fit for the number of people who may be called upon to act as Counsellors of State under the terms of the Regency Acts 1937 to 1953 to be increased to include my sister and brother, the Princess Royal and the Earl of Wessex and Forfar, both of whom have previously undertaken this role," the King wrote.

The same message was also read out in the lower house, the Commons.



HANNAH MCKAY/AFP/POOL/AFP via Getty Images

Counsellors of State can fulfil royal duties in Charles's absense.

At present, by law, the group of royals who can fill in for the sovereign numbers five – limited to the monarch's spouse and the first four family members in the line of succession over the age of 21. Two counselors can be appointed to act on the monarch's behalf through a letters patent and help keep the state ticking over. Currently, that means the cohort includes Queen Consort Camilla as well as the Prince of Wales, Duke of Sussex, Duke of York and Princess Beatrice.

Experts have long suggested the existing pool of counselors is too small, while public debate on the topic grew toward the

last part of the late Queen's reign as she became increasingly frail. Charles and William were authorized to act as counselors on occasion when the Queen was unwell. But it was not lost on many that her other two counselors were Princes Harry and Andrew, despite no longer being working members of the family – albeit for very different, well-covered reasons.

Normally, the machinations of royal duties would remain behind palace walls. But the topic re-emerged with Charles' accession, and because any changes to the Regency Act require legislation, the discussion was broached in the House of Lords for the first time late last month.

Labour Peer Viscount Stansgate challenged Andrew and Harry's regency powers, remarking that the Duke of York "has left public life," while the Duke of Sussex "has left the country." He queried if it was time "to approach the King to see whether a sensible amendment can be made to this Act?" In response, the Lord Privy Seal, Lord True, said he wouldn't divulge "any private conversations" he may have had with the King or the Royal Household but that "the government will always consider what arrangements are needed to ensure resilience in our constitutional arrangements."

 

Princess Anne and Prince Edward are set to become Counsellors of State.

The King's moves this week confirm that the palace has been thinking about the dilemma and the options available. And adding to the group of official stand-ins is not unprecedented, having previously been done for the Queen Mother in 1953 after Elizabeth II came to the throne.

Practically, it seems there is a desire within Parliament to resolve the issue quickly. A day after Charles' request, members of the Lords replied to the monarch, assuring him they would act "without delay" and "will provide such measures as may appear necessary or expedient for securing the purpose set out by His Majesty."

And the Lords weren't kidding when they offered expedience, with the Counsellors of State Bill 2022-23 whipping through the Palace of Westminster at breakneck speed. It was given its first reading by Tuesday afternoon and is set to have its second reading and be debated next week.

Expanding the group of royals who can deputize for the King in his absence is an elegant solution to a potential constitutional crisis. It provides for more flexibility while probably going some way to avoid family awkwardness and shields the two dukes from the public embarrassment that might have arisen had they been stripped of their positions. Charles' approach means both

upon."

RELATED



# ROYAL TEA MOMENT



Eddie Keogh/The FA Collection/Getty Images

Prince William presented England winger Jack Grealish with the iconic number 7 shirt.

**William sends England squad off to World Cup in style.**

The Prince of Wales visited the England soccer squad on Monday at St. George's Park, the team's HQ, ahead of their departure for the World Cup in Qatar, which kicks off this weekend. Just before the Three Lions swapped the drizzly winter weather for the heat of Doha, William was on hand to wish the team well. "I'm really here to point out that the rest of the country is behind you," he told the squad, as he presented each player with their shirt number. "We are all rooting for you, enjoy it."

While William serves as president of England's Football Association, many Welsh fans on social media suggested the visit was tactless for the holder of the Prince of Wales title and questioned his loyalties.

William has never been shy about being a passionate England fan, as we mentioned last week. And he has been a presence in the Wembley stands, along with his son, George, cheering the team on at previous tournaments. However, he sought to address the criticism mid-week during a trip to the Welsh Parliament in Cardiff. "I'm telling everyone I'm supporting both, definitely. I can't lose," he said. "I've got to be able to play carefully with my affiliations because I worry otherwise if I suddenly drop England to support Wales then that doesn't look right for the sport."

William continued that while he was growing up, Wales didn't qualify for many football tournaments and so he picked England. But he'll be cheering both teams on in their first games on Monday and more broadly, he's found a way to back both countries over the years. "I've supported England [football] since I've been quite small, but I support Welsh rugby. That's kind of my way of doing it."

This year's tournament is Wales' first World Cup in more than half a century. The two teams are set to clash in the group stages on November 29.

## WHAT ELSE IS HAPPENING?

RELATED



**King Charles shares 'concern' after Australia floods.**

The King sent a letter to Australian Prime Minister Anthony Albanese late last week to express his concern after flash floods devastated parts of Victoria, a state in the southeast of the country. "Our heartfelt thoughts are with all those affected and for the losses that have been suffered," Charles wrote. "It has been particularly inspiring to see how communities have pulled together to protect homes and livestock and to support each other during this appallingly difficult period," he added. The floods are the latest threat caused by climate change that Australia has faced in recent years – after battling wildfires for months in 2020. According to PA Media, Albanese said in September that he would be "very comfortable" with the King expressing his views on the "importance of climate change. It is about the very survival of our way of life," he said.

**Kate visiting Ukrainian refugees who have resettled in the UK.**

The Princess of Wales visited Reading Ukrainian Community Center on Thursday, to meet with displaced Ukrainian families who have arrived in the United Kingdom following Russia's invasion of their home country. After hearing the stories of these families – whose lives at the end of the year are unrecognizable from how they were at the beginning – Kate joined Ukrainian children taking part in an art session. Kate's visit followed a virtual roundtable meeting she hosted last week, where she discussed with the First Lady of Ukraine how best to provide mental health support to Ukrainians amid the ongoing conflict.



Kate took part in an art class with young Ukrainian refugees.

**Harry pens deeply personal letter to bereaved military children.**

Prince Harry may not have been in the UK for last weekend's Remembrance Day but he found his own way to mark the occasion. The Duke of Sussex wrote a letter to bereaved military children through the British charity Scotty's Little Soldiers, offering his sympathies and sharing how he has navigated his grief. "We share a bond even without ever meeting one another, because we share in having lost a parent. I know first-hand the pain and grief that comes with loss and want you to know that you are not alone," he wrote. The charity supports children whose parents have died in service of the British armed forces. On Remembrance Sunday, dozens of these brave children marched through London wearing the charity's black and yellow

scares. Harry also wrote knowingly of the "difficult feelings" acts of remembrance can stir. "Whenever you need a reminder of this, I encourage you to lean into your friends at Scotty's Little Soldiers," he said. "I couldn't be more grateful and relieved that you have amazing people walking beside you throughout your journey." Over in the United States, Harry commemorated Veterans Day by attending a remembrance service at Pearl Harbor, while on his Archewell foundation's website, he and wife Meghan praised the "brave men and women" who have "made tremendous sacrifices and embody duty and service." Read Harry's full letter here.

## PHOTO OF THE WEEK



Geoff Caddick/AFP Pool/Getty Images

Prince William visited the Welsh Parliament, called the Senedd, on Wednesday.

Getting grilled about his footballing allegiances was not William's principal reason for going to Cardiff. The Prince of Wales visited the Senedd Wednesday to meet representatives of the Welsh Parliament and hear about the issues of the greatest importance to the Welsh people. William also met the Welsh Youth Parliament, whose members opened up about topics concerning their generation of future leaders.

## DON'T MISS





Aaron Chown/PA Images/Getty Images

King Charles attended the Remembrance Sunday service at The Cenotaph in London.

Charles III led Britain's annual Remembrance Sunday service for the first time as monarch last weekend. The King attended the service alongside Camilla, the Queen Consort, and other members of the royal family at the Cenotaph monument in central London. The new monarch laid a wreath, the design of which paid tribute to the wreaths of his grandfather, King George VI, and his mother, the late Queen. Camilla was joined by other senior royals including the Princess of Wales to view the moment from the balcony of the Foreign, Commonwealth and Development Office, which looks out onto the war memorial. A wreath was laid on the Queen Consort's behalf for the first time. Find out more in our story.

# "Over the past few months, my husband and I have drawn immense comfort from the messages of condolence that we have received, and continue to receive, from the four corners of the world. They have reminded us that the written word has a unique ability to connect, to heal, to reassure and to offer hope, even in the midst of grief."

The Queen Consort paid tribute to her "dear mother-in-law" during a reception for winners of the Queen's Commonwealth Essay Competition 2022.

The speech during the reception at Buckingham Palace on Thursday was the first time Camilla had publicly spoken in her role as Queen Consort.

PAID CONTENT                                                      RECOMMENDED BY Outbrain

CNN	RELATED	⌄

**If You Need To Kill Time On Your Computer, This Oldschool Game Is A Must-Have. No Install**

Sponsored: Forge Of Empires

**[gallery] Rising Above: Stories of Encounters Between Customers and Employees**

Sponsored: http://parentinfluence.com/

**[Photos] These Grandchildren Look Exactly Like Their Celebrity Grandparents**

Sponsored: Street Insider

**Royal Wedding Photos That Might Explain Why Meghan Left The Royals**

Sponsored: Money Pop

**[Gallery] 27 Photos from Buckingham Palace Show a Different Side**

Sponsored: HeraldWeekly

**This Is Common in Dubai, And It Happens Every Day**

Sponsored: Street Insider

CNN

RELATED                                                                    ∧

**Forbes Reveals The List of 25 Most Exclusive Golf And Country Clubs**

Sponsored: Forbes

**[Pictures] Meghan And Harry's New House Is Far From What You'd Think, Take a Look**

Sponsored: Street Insider

**MORE LIKE THIS**

 Man who plotted to kill late Queen with crossbow sentence...

 After her three children died, 85-year-old Mavis...

 Andrew Flintoff, former England cricket captain,...

**Paid Links**

Search CNN...



Log In

10/9/23, 6:24 PM
Case 1:23-cv-01198-CJN   Document 29-2   Filed 10/09/23   Page 43 of 46
Princess Andrew...until they keep their lead. Royal News - there and again | CNN

RELATED

Live TV

Audio

US

World

Politics

Business

Markets

Opinion

Health

Entertainment

Tech

Style

Travel

Sports

Videos

Audio

CNN Underscored

Coupons

Weather

About CNN

World

FOLLOW CNN

© 2023 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.
CNN Sans ™ & © 2016 Cable News Network.

RELATED

⌃

10/9/23, 6:24 PM
Case 1:23-cv-01198-CJN   Document 29-2   Filed 10/09/23   Page 45 of 46
Princess Andrew and Harry will see their role in the royals and there are 45 | CNN

CNN

RELATED

RELATED