# EXHIBIT 3
# to
# THIRD DEWEY
# DECL.

10/8/23, 1:11 PM U.S. Rep. Greg Steube Introduces SPARE Act to Require Fair Enforcement of our Nation's Visa Laws - Congressman Steube

Case 1:23-cv-81198-CJN Document 29-3 Filed 10/09/23 Page 2 of 4

Hurricane Idalia Resources



ABOUT CONTACT ISSUES MEDIA SERVICES

STAY CONNECTED

# MEDIA



ALL MEDIA   PRESS RELEASES   IN THE NEWS

SEARCH

AUGUST 08, 2023 | PRESS RELEASES

## U.S. Rep. Greg Steube Introduces SPARE Act to Require Fair Enforcement of our Nation's Visa Laws

*Permanently bars aliens from the U.S. if they knowingly provided false information on their visa applications regarding controlled substance use*

**WASHINGTON** — U.S. Representative Greg Steube (R-Fla.) introduced the Substance and Possession Abuse Restrictions for Entrance (SPARE) Act to require fair enforcement of our nation's visa laws. Under U.S. law, visa applicants "who are found to be drug abusers or addicts are inadmissible" as well as non-citizens who traffic controlled substances.

"The Biden administration deliberately refuses to enforce our country's immigration laws at the Southern border, and it appears they may be obstructing the fair and equal enforcement of our visa laws as well. Left-wing celebrities like Prince Harry, who have a self-recorded history of illegal drug use, should be subjected to the same standards and enforcement of our country's immigration laws as any other alien," **said Rep. Steube.** "I introduced the SPARE Act because individuals should be deported immediately if they are caught lying on their visa application. If the Executive Branch is granting waivers on the basis of drug usage to individuals who enter the U.S., that information should not be hidden from the public. We must ensure no one receives preferential treatment behind closed doors."

The SPARE Act requires that within 60 days of receiving credible information of an alien knowingly providing false information on controlled substance violations, the DHS Secretary will be required to investigate the claim and if found true, initiate deportation. The legislation states anyone deported for this violation will be permanently barred from re-entering the country. Lastly, any controlled substance violation waivers issued by the Secretary of Homeland Security may be subject to a Freedom of Information Act (FOIA) request.

**Background:**
Congress has a long history of prohibiting the entry of individuals who commit controlled substances violations. However, the Executive Branch has some discretionary authority to grant waivers to admit individuals who have admitted to such violations.

10/8/23, 1:11 PM U.S. Rep. Greg Steube Introduces SPARE Act to Require Fair Enforcement of Our Nation's Visa Laws - Congressman Steube

Case 1:23-cv-81198-CJN Document 29-3 Filed 10/09/23 Page 3 of 4

Prince Harry, Duke of Sussex, admitted to using cocaine, magic mushrooms, marijuana, and ayahuasca in his memoir, *Spare.* The Biden Administration's Department of Homeland Security is currently refusing to release the details of Prince Harry's U.S. visa application.



ABOUT CONTACT ISSUES MEDIA SERVICES

