# EXHIBIT 4
# to
# THIRD DEWEY DECL.

I

118TH CONGRESS
1ST SESSION  **H. R. 5178**

To direct the Secretary of Homeland Security to investigate and remove aliens providing false information about drug-related grounds of inadmissibility.

## IN THE HOUSE OF REPRESENTATIVES

AUGUST 8, 2023

Mr. STEUBE introduced the following bill; which was referred to the Committee on the Judiciary

# A BILL

To direct the Secretary of Homeland Security to investigate and remove aliens providing false information about drug-related grounds of inadmissibility.

1  *Be it enacted by the Senate and House of Representa-*
2  *tives of the United States of America in Congress assembled,*
3  **SECTION 1. SHORT TITLE.**
4      This Act may be cited as the ''Substance and Posses-
5  sion Abuse Restrictions for Entrance Act of 2023'' or the
6  ''SPARE Act of 2023''.

2

**SEC. 2. REQUIREMENT TO INVESTIGATE AND REMOVE ALIENS PROVIDING FALSE INFORMATION ABOUT DRUG-RELATED GROUNDS OF INADMISSIBILITY.**

(a) IN GENERAL.—Not later than 60 days after receiving credible information that an alien knowingly provided false information on an application for admission to the United States related to whether the alien was inadmissible under paragraph (1)(A)(iv) or paragraph (2)(A)(i)(II) of section 212(a) of the Immigration and Nationality Act (8 U.S.C. 1182(a)(1)(A)(iv), (2)(A)(i)(II)), the Secretary of Homeland Security shall—

 (1) investigate such information; and

 (2) if the Secretary determines that at the time of the alien's admission the alien was so inadmissible, initiate removal proceedings under section 239 of the Immigration and Nationality Act (8 U.S.C. 1229).

(b) PERMANENT BAR TO REENTRY.—Notwithstanding any other provision of law, an alien who is removed pursuant to subsection (a)(2) may not seek admission to the United States at any time after such removal.

(c) WAIVERS SUBJECT TO FOIA.—A waiver under subsection (d)(3)(A) or subsection (h) of section 212 of the Immigration and Nationality Act (8 U.S.C. 1182(d)(3)(A), (h)) of the ground of inadmissibility under

3

1 paragraph (1)(A)(iv) or paragraph (2)(A)(i)(II) of section
2 212(a) of that Act (8 U.S.C. 1182(a)(1)(A)(iv),
3 (2)(A)(i)(II)) granted by the Secretary of Homeland Security
4 for an alien seeking admission to the United States
5 shall be subject to section 552 of title 5, United States
6 Code (commonly referred to as the ''Freedom of Information
7 Act'').

○