# EXHIBIT 5
# to
# THIRD DEWEY DECL.

Case 1:23-cv-01198-CJN   Document 29-5   Filed 10/09/23   Page 2 of 24



# Pointing to Prince Harry, Greg Steube Offers Bill for Fair Enforcement of Visa Laws

By **Kevin Derby** · August 11, 2023, 6:00 am



This week, U.S. **Rep. Greg Steube**, R-Fla., showcased the "**Substance and Possession Abuse Restrictions for Entrance (SPARE) Act**," which he introduced last week.

Steube insisted his bill is "to require fair enforcement of our nation's visa laws" and noted, "under U.S. law, visa applicants 'who are found to be drug abusers or addicts are inadmissible' as well as non-citizens who admit to using controlled substances."

When highlighting the bill this week, Steube pointed to a member of the British royal family as an example of why the bill was needed.

"The Biden administration deliberately refuses to enforce our country's immigration laws at the Southern border, and it appears they may be obstructing the fair and equal enforcement of our visa laws as well. Left-wing celebrities like Prince Harry, who have a self-recorded history of illegal drug use, should be subjected to the same standards and enforcement of our country's immigration laws as any other alien," said Steube. "I introduced the SPARE Act because individuals should be deported immediately if they are caught lying on their visa application. If the executive branch is granting waivers on the basis of drug usage to individuals who enter the U.S., that information should not be hidden from the public. We must ensure no one receives preferential treatment behind closed doors."

"The SPARE Act requires that within 60 days of receiving credible information of an alien knowingly providing false information on controlled substance violations, the DHS Secretary will be required to investigate the claim and if found true, initiate deportation. The legislation states anyone deported for this violation will be permanently barred from re-entering the country. Lastly, any controlled substance violation waivers issued by the Secretary of Homeland Security may be subject to a **Freedom of Information Act** (FOIA) request," the congressman's office noted.

"Congress has a long history of prohibiting the entry of individuals who commit controlled substances violations. However, the executive branch has some discretionary authority to grant waivers to admit individuals who have admitted to such violations," the congressman's office added. "Prince Harry, Duke of Sussex, admitted to using cocaine, magic mushrooms, marijuana, and ayahuasca in his memoir, Spare. The Biden administration's Department of Homeland Security is currently refusing to release the details of Prince Harry's U.S. visa application."

The bill was sent to the **U.S. House Foreign Affairs Committee**. So far, there are no co-sponsors and no companion measure over in the U.S. Senate.

Author  Recent Posts



### Kevin Derby

Originally from Jacksonville, Kevin Derby is the editor of Florida Daily and covers politics across Florida. Reach Kevin at kevin.derby@floridadaily.com

## Share on Social Media

x  facebook

**Send via Gmail, Yahoo, Outlook, Text**





ADVERTISEMENT

# Prince Harry 'could be deported' from US by Republican president amid visa application fury



*Prince Harry could be 'swiftly removed from the United States' by a Republican president if the Duke has lied on his visa application about his drug use, the director of a think tank has claimed*

Reuters

 By  **Georgina Cutler**
Published: 10/08/2023 · 23:25 | Updated: 11/08/2023 · 08:55

## The Duke revealed that he had taken multiple drugs in his memoir Spare

Case 1:23-cv-01198-CJN Document 29-5 Filed 10/09/23 Page 5 of 24

Prince Harry would be deported from US by Republican president if the Duke lied on his visa application, think tank has claimed.

It comes after Harry publicly admitted to taking multiple drugs, including cocaine, cannabis and magic mushrooms in his memoir, Spare.

Recommended by Outbrain



**The Average Walk-In Shower Cost in 2023**
LongShowers.com



**Discover the Hidden Dangers of Indoor Mold**
FDP Mold Remediation

Sponsored

**Health Equity**
Kaiser Permanente



**This Is Common in Dubai, And It Happens Every Day**
Street Insider



**[Gallery] 27 Photos from Buckingham Palace Sho...**
Science A2Z

The revelations led to the right-wing think tank The Heritage Foundation calling for his visa application to be made public for greater clarity on what the royal declared.

The Department of Homeland Security (DHS) has kept them under wraps but Florida representative Greg Steube wants the laws to be tightened to avoid a repeat as he criticised Joe Biden's record on immigration.



● Live

ADVERTISEMENT





*The revelations led to the right-wing think tank The Heritage Foundation calling for his visa application to be made public for greater clarity on what the royal declared*

GB News

---

**LATEST**

Sarah Ferguson blasted over latest bid to 'support Prince Andrew'

Meghan Markle leaves Prince William concerned after engagement ring disappears

---

Steube is introducing the Substance and Possession Abuse Restrictions for Entrance (SPARE) Act that would permanently ban foreign nationals from the USA if they knowingly provided false information on their visa applications regarding controlled substance use.

 **BRITAIN'S NEWS CHANNEL**   Comment   Share   Next

...n said: "I think firstly with
...op the release of Harry's
records.

"Ultimately it will be decided by by federal judge, but if those records are released and if it is found that Prince Harry has lied on his application, there will be tremendous public pressure for Harry to be deported from the United States.

"Now, if you have a Republican president in place, you can be sure that a Republican leader would strictly enforce US immigration laws.

**DON'T MISS**


NEWS

Neighbour sued for £350,000 after sparking outrage by building fence through the middle of privat...


POLITICS

Labour's patronising attitude towards voters exposed as frontbencher accused of 'elitist arrogance'


WORLD NEWS

Israel: Moment reporter forced to take cover from missile strike on Palestinian tower captured on live TV

"And if Harry has broken those laws by lying on his application, I'm in no doubt that a Republican president would swiftly remove him from the United States."

Sources close to the Prince have indicated to the Telegraph that he was truthful on his visa application, suggesting that he disclosed his drug use.

The Duke of Sussex moved to the US in 2020 alongside his wife Meghan Markle.

People who emigrate to America are normally given a three-year visa, meaning Harry will need to apply for a new visa, or a Green Card, or citizenship, this year.

**MOST READ**


POLITICS

Angela Rayner speech sabotaged as protester storms stage - security forced to intervene


NEWS

Brit forced to sell their £1.5m home for bulldozing ahead of HS2 - just 24 hours before Sunak scr...


ROYAL

ANALYSIS  Prince Harry and Meghan Markle scrambling in new battle with Prince William - analysis by Svar Nanan-Sen

Keir Starmer bare: The fig Labour is ig voters



NILE GARDINER
Director, The Heritage Foundation


eube wants the laws to be tightened to avoid a

**GB** BRITAIN'S NEWS CHANNEL    Comment    Share    Next

An application for a new visa could lead to further scrutiny of the Duke of Sussex's drug use.

US immigration law has harsh penalties for lying to immigration officials, including deportation and being barred from applying for citizenship.

The Department of Homeland Security (DHS) has so far refused to release immigration records regarding the Duke of Sussex.

**More about:** [Royal](#) / [Prince Harry](#) / [US](#)

**Share this:**

## You may like

Sponsored

How to Avoid Getting Sick on Vacation

Recommended Stories

Recommended by Outbrain



**[gallery] Rising Above: Stories of Encounters Between Customers and Employees**
http://parentinfluence.com/

**This Is Common in Dubai, And It Happens Every Day**
Street Insider



**[Gallery] 27 Photos from Buckingham Palace Sho...**
Science A2Z



**Meghan Markle's Son Isn't A Baby Anymore & He...**
Investing Magazine

Sponsored

Discover Timeless Gifts
Brooks Brothers





Prince Harry could face deportation in US by Republican president amid rage application fury

[Photos] Caroline Kennedy Has Turned 64 And This I...
The Chef Pick



GB | BRITAIN'S NEWS CHANNEL     Comment     Share     Next



**Is Your Home Making You Sick? Find Out Now!**
FDP Mold Remediation



**Beckham Marries The Richest Heiress In The World**
Street Insider

## ABOUT US

Our Editorial Charter

Our Investors

Work for Us

Advertising

Contact Us

## DISCOVER

News Alerts

Sitemaps

RSS Feeds

## APPS & PRODUCTS

Apple Apps

Android Apps

Fire TV

Roku

TV Apps

Radio

## TERMS

Cookies Policy

Privacy Policy

Terms of Use

Community Rules

## SOCIALS



This material may not be published, broadcast, rewritten, or redistributed.
© 2023 GBNEWS.

Case 1:23-cv-01198-CJN Document 29-5 Filed 10/09/23 Page 9 of 24

Bookmark 🔖    f    t                                              👤

ADVERTISEMENT

NEWS    POLITICS    COMMENT    ROYALS    BONNIE SCOTLAND    MORE            f  t  🔍  👤

...ld News  ›  Prince Harry

# e Harry visa row takes fresh twist as R    ican demands 'SPARE' after drug use admission as he blasts Jo    en

essman Greg Steube says 'left-wing celebrities' like the Duke of Sussex should be subject to th    as everyone else



📷 Prince Harry is currently in Japan without Meghan Markle and is once again facing questions over his visa (Image: Masatoshi Okauchi/REX/Shutterstock)

Privacy

Get the latest news from the Express straight to your inbox.

More Newsletters →

Enter your Email…                                          Subscribe

We use your sign-up to provide content in ways you've consented to and to improve our understanding of you. This may include adverts from us and third parties based on our knowledge of you. More info

A Republican congressman wants to use the controversy surrounding **Prince Harry**'s American visa to introduce a new law to ensure "fair enforcement of our nation's visa laws". The Duke of Sussex has faced questions after he admitted in his memoir Spare that he has taken drugs.

**US** immigration laws state that anyone considered to be a "drug abuser" is "inadmissible" to the county. The Prince has faced questions over whether he included information about his substance abuse when he moved to the States with **Meghan Markle** in 2020.

Sponsored Link by Taboola

Discover Timeless Gifts
Brooks Brothers

Shop now

Despite a campaign to have his visa records made public, the Department of Homeland Security (DHS) has kept them under wraps with Harry seemingly free to continue life in America. However, Florida representative Greg Steube wants the laws to be tightened to avoid a repeat as he criticised **Joe Biden's** record on immigration.

He is introducing the aptly-named Substance and Possession Abuse Restrictions for Entrance (SPARE) Act that would permanently ban foreign nationals from the USA if they knowingly provided false information on their visa applications regarding controlled substance use.

Bookmark 🔖    f    t

Humza Yousaf blasted for failing to condemn Hamas amid Israel terrorist attacks

New Permanent Teeth In 24 Hrs
Nuvia Dental Implant Center    Sponsored Links by Taboola

**READ MORE: Prince Harry and Meghan are 'two of the most narcissistic individuals' in the world claims commentator**

would require the DHS to investigate any claim that false information had been provided within 60 te deportation if it was found to be true. The applicant would then be barred from entering the country y controlled substance violation waivers issued by the Secretary of Homeland Security would be subject of Information Act (FOIA) request.

Sponsored Links by Taboola

utter Guards Should Cost You In 2023
f Gutter Guards in 2023 May Surprise You

Learn More

e Act, Mr Steube referenced Harry's case as an example and accused the Biden administration of e fair and equal enforcement of our visa laws" as well as refusing to "enforce our country's immigration thern border". He added: "Left-wing celebrities like Prince Harry, who have a self-recorded history of , should be subjected to the same standards and enforcement of our country's immigration laws as any

ADVERTISEMENT    ● ● ●

ed to hospital after bus crashes of flats in Dundee

New Walk In Tubs On Sale
Best Selling Tubs

Brand New XC90 Hybrid Is
Heads

New Buick SUVs Going For
als (Take A Look)    Learn More

Easy Signs & Symptoms Of Narcolepsy
Seniors Should Look Out For
Narcolepsy Treatment | Search Ads

Sponsored Links by Taboola



📷 US President Joe Biden

**SIMILAR ARTICLES TO THIS**    POWERED BY Ⓜ mantis

ADVERTISEMENT    ● ● ●



Bookmark

Meghan Markle's path to the White House laid out as Donald Trump could be inspiration

Prince William looks to take on Prince Harry in USA as 'unusual request' is unearthed

Nat Stephen Noon concedes the 'age of referendum is over' in 'brutal' takedown

Humza Yousaf gushed over Australian trade deal in meeting despite SNP opposition

...usaf admits 'We were never ...win' in latest election statement

...to receive £300,000 for book as ...eft to deal with the chaos'

...esigners: Why ...'t Stop ...This Game

ADVERTISEMENT

Try Now

Sponsored Links by Taboola

Follow Us

Facebook   Twitter

Here's What Gutter Guards Should Cost You In...
The Actual Cost of Gutter Guards in 2023 May Surprise You
LeafFilter Partner | Sponsored                     Learn More

Privacy

Volvo's Brand New XC90 Hybrid Is Turning Heads
CommonSearches | Sponsored

Killer All-New Buick SUVs Going For Great Deals (Take A Look)
BestSearches | Sponsored                            Learn More

The Killer New Outlander SUV Is Close To Perfection (Take A Look)
CommonSearches | Sponsored

Early Signs & Symptoms Of Narcolepsy Seniors Should Look Out For
Narcolepsy Treatment | Search Ads | Sponsored

Buick's Gorgeous New Lineup Left Us Speechless
Compare the stunning new models now.
PopularSearches | Sponsored                          Learn More

RECOMMENDED

Humza Yousaf to be hit with SNP Christmas revolt if polls don't change

the SPARE Act because individuals should be deported immediately if they are caught lying on their visa ...the Executive Branch is granting waivers on the basis of drug usage to individuals who enter the US, that ...ould not be hidden from the public. We must ensure no one receives preferential treatment behind

...rry admitted to having used marijuana, magic mushrooms and cocaine. He also said he had tried ...allucinogenic brew.

...s, follow us on Facebook and Twitter but never miss the latest top headlines and sign up to our ...ter here.

- ...ree bus pass scheme for under-22s has been 'hijacked' by county lines drug gangs
- ...ottish Greens NOW Humza Yousaf urged as he risks SNP electoral disaster
- ...ural landowners to 'breaking point' amid warning of looming legal action
- Humza Yousaf blasted for failing to condemn Hamas amid Israel terrorist attacks
- Man rushed to hospital after bus crashes into block of flats in Dundee

Bookmark 🔖   f   𝕏

Scottish Daily Express

### I tried Burger King's new plant based range and here's what I thought

My London News

### The New Electric Ariya Is A Jaw Dropper

Search Tips Now | Sponsored

Is Easy To Use and Easy To Get Started. Simply Sign Up For A Free 10-Day Sample

10-day sample to better understand how the Dexcom G7 works firsthand.

Try Now

iquid Energy' Is Now Legal

Than $1/Day

ponsored

Try Now

af to be hit with SNP Christmas revolt if polls don't change

ss

rashed by BBC Debate Night audience member as MSP left humiliated

ss

Return CD Rates With No Penalties For Seniors

ponsored

### Range Rover Has Done It Again. This Year's Lineup Has Left Us Speechless

Search Topics | Sponsored

Learn More

### The 2024 Sierra Is Back Electric With A Vengeance

SearchCommons | Sponsored

Skip Ad

Privacy   In Tubs On Sale

Best Selling Tubs | Sponsored

MORE ON

Prince Harry    Meghan Markle    Royal Family    USA    Joe Biden

NEWS    ALL

## TOP STORIES ›

10/8/23, 1:14 PM

Case 1:23-cv-01100-CJN Document 29-5 Filed 10/09/23 Page 13 of 24

Prince Harry's US visa battle takes fresh twist as Republican defends 'drug law' after drug use admission of lasts Joe Biden - Sc...

Bookmark

f  tw

**Angela Rayner claims Labour's trouncing of SNP in Rutherglen a 'watershed moment' for party**

UK LABOUR



Privacy

Bookmark 🔖  f  𝕏                    ⊙

**Humza Yousaf admits SNP 'were never going to win' in latest election defeat statement**

HUMZA YOUSAF



Skip Ad

Privacy

10/8/23, 1:14 PM    Prince Harry 'to face fresh visa court battle' as Republican defends 'friend' Biden after drug use 'aggression' he blasts Joe Biden - Sc…

Case 1:23-cv-01198-CJN Document 29-5 Filed 10/09/23 Page 15 of 24

Bookmark 🔖    f    𝕏    　　　　　　　　👤

**Severe floods for those along Spey and Tay rivers as 'risk to life' warning stays in place**
WEATHER



Skip Ad

Privacy

Bookmark    f    y

**SNP push rural landowners to 'breaking point' amid warning of looming legal action**

SCOTTISH GOVERNMENT



Skip Ad

Privacy

10/8/23, 1:14 PM
Case 1:23-cv-01099-CJN Document 29-5 Filed 10/09/23 Page 17 of 24
Scottish hardcore lads fresh twist as Raab that defends 'Prince law over drug use aggression of he 4 lasts Joe Biden - Sc…

Bookmark 🔖      f   𝕏                                                    ⊙

**The SNP's free bus pass scheme for under-22s has been 'hijacked' by county lines drug gangs**

CRIME



Privacy

10/8/23, 1:14 PM
Case 1:23-cv-01108-CJN   Document 29-5   Filed 10/09/23   Page 18 of 24
Prince Harry visa row takes fresh twist as expert defends 'drug law' after drug use admission as he blasts Joe Biden - Sc...

Bookmark 🔖        f    𝕏                                    ⊙

The UFC's Scottish founder Campbell McLaren on how growing up in Cowie instilled his fighting spirit

STIRLING

⊗

Skip Ad

Privacy

10/8/23, 1:14 PM

Case 1:23-cv-01099-CJN Document 29-5 Filed 10/09/23 Page 19 of 24

Prince Harry visa row takes fresh twist as Republican defends 'free' law over drug use 'aggression' as he blasts Joe Biden - Sc...

Bookmark    f  



Humza Yousaf gushed over Australian free trade deal in meeting despite SNP speaking out against it

HUMZA YOUSAF



Skip Ad

Privacy

Bookmark 🔖       f     𝕏                                                👤

**Nicola Sturgeon to receive £300,000 for book as SNP are 'left to deal with the chaos'**

NICOLA STURGEON



⊗

Skip Ad

Privacy

'Air Miles' Angus Robertson travels full length of the globe on public purse- and flies to Dublin and back in a day after lecturing about climate change

Bookmark

**'Air Miles' Angus Robertson travels full length of the globe on public purse- and flies to Dublin and back in a day after lecturing about climate change**

ANGUS ROBERTSON



Privacy

10/8/23, 1:14 PM
Prince Harry visa row takes fresh twist as Republican defends 'friend' law over drug use admission as he blasts Joe Biden - Sc...

Case 1:23-cv-01198-CJN Document 29-5 Filed 10/09/23 Page 22 of 24

Bookmark 🔖   f   𝕏   👤

**Laser-focused Rishi Sunak has put shambolic Humza Yousaf and his SNP-Green rabble to shame**

RISHI SUNAK


Skip Ad

Privacy

Prince Harry visa row takes fresh twist as Republican defends 'Spare' law after drug use admission as he blasts Joe Biden - Sc…

Bookmark [bookmark icon]    f    twitter

[profile icon]

**Ten people airlifted to safety after landslide amid 'risk to life' travel warnings**

WEATHER



Skip Ad

Privacy

Bookmark 🔖    f    🐦                              👤



**Hapless Humza Yousaf backtracks from 'buck stops with me' to blame Margaret Ferrier and police probe for brutal SNP loss**

HUMZA YOUSAF

ADVERTISEMENT

Privacy

NEWS                    POLITICS                COMMENT                 SPORT

CELEBS                  TV & FILM               LIFESTYLE

FOLLOW US

f    🐦

Contact Us │ About Us │ Work for us │ Competition Rules │ How to Complain │ Beauty Box Subscription │ Corrections and Clarifications │ Terms and Conditions │ Privacy Notice │ Cookie Notice │ RSS feeds │ Newsletters Signup

Notifications and Alerts help │ Do not sell or share my data │ © 2023 a Reach plc subsidiary