# EXHIBIT 7
# to
# THIRD DEWEY DECL.

**Print mentions:**

https://www.cnn.com/2023/06/06/politics/us-court-hears-heritage-foundation-challenge-over-prince-harrys-visa-info/index.html

https://www.theguardian.com/us-news/2023/jun/06/us-judge-prince-harry-heritage-foundation-visa

https://www.independent.co.uk/news/world/americas/prince-harry-biden-visa-homeland-security-b2352691.html

https://www.washingtontimes.com/news/2023/jun/6/heritage-foundation-cites-prince-harrys-drug-use-i/

https://www.dailymail.co.uk/news/article-12166911/Lawyers-Biden-admininstration-tri-try-Prince-Harrys-visa-PRIVATE.html

https://www.telegraph.co.uk/world-news/2023/06/06/prince-harry-spare-drug-taking-us-visa-application-court/

https://nypost.com/2023/06/06/americans-sick-of-global-elite-like-prince-harry-think-tank-director/

https://nypost.com/2023/06/06/prince-harry-to-testify-in-uk-while-us-visa-case-heads-to-court/

https://news.yahoo.com/prince-harry-hearings-begin-over-192255755.html

https://news.yahoo.com/prince-harry-court-live-duke-063318040.html

https://ktla.com/news/politics/ap-politics/prince-harrys-drug-use-cited-in-push-to-release-visa-records-by-conservative-us-group/

https://www.bbc.com/news/world-us-canada-65794858

https://abcnews.go.com/US/conservative-group-seeks-prince-harrys-us-immigration-documents/story?id=99882656

https://www.foxnews.com/politics/biden-admin-ordered-turn-over-prince-harrys-immigration-records-amid-preferential-treatment-claim

https://news.sky.com/story/prince-harrys-admitted-drug-use-cited-in-push-to-release-his-us-visa-records-by-conservative-think-tank-12897872

https://www.washingtonexaminer.com/policy/courts/dhs-must-respond-harry-immigration-documents-request-judge

https://www.washingtonexaminer.com/policy/courts/emotional-harry-closes-testimony-in-phone-hacking-case

https://www.foxnews.com/politics/biden-admin-ordered-turn-over-prince-harrys-immigration-records-amid-preferential-treatment-claim

https://fox8.com/politics/ap-politics/prince-harrys-drug-use-cited-in-push-to-release-visa-records-by-conservative-us-group/

https://ca.news.yahoo.com/prince-harry-court-live-duke-063318040.html

https://www.mirror.co.uk/news/us-news/government-appear-court-over-prince-30120101

https://www.gbnews.com/royal/prince-harry-news-deported-usa-america-drugs-visa-application-heritage-foundation.

https://www.newsweek.com/prince-harry-facing-rising-hostility-living-america-heritage-foundation-drugs-visa-1789525.

https://nypost.com/2023/05/31/us-government-bound-for-court-over-prince-harrys-visa/.

https://www.msn.com/en-us/money/news/prince-harry-s-troubles-deportation-demand-over-drug-use-and-exclusion-from-daddy-s-coronation-plans/ar-AA19BiD5

https://www.cbsnews.com/news/prince-harry-immigration-visa-records-heritage-foundation-lawsuit/

https://nypost.com/2023/06/14/prince-harry-scores-victory-in-fight-over-immigration-papers/

https://www.bbc.com/news/world-us-canada-65781119

https://www.celebitchy.com/809531/the_heritage_foundation_is_trying_to_deport_prince_harry_for_smoking_reefer/

https://littlethings.com/family-and-parenting/think-tank-deport-prince-harry

https://www.hindustantimes.com/world-news/prince-harry-news-royal-family-news-meghan-markle-is-prince-harry-s-us-visa-at-risk-seems-so-here-s-why-101679453879797.html

https://www.marca.com/en/lifestyle/uk-news/2023/03/21/6419fa58ca4741e12f8b45c8.html

https://www.cnn.com/2023/06/01/us/prince-harry-court-hearing-drug-visa-scli-intl/index.html

https://www.independent.co.uk/news/world/americas/prince-harry-visa-drugs-us-b2305782.html

https://www.thedailybeast.com/prince-harry-was-truthful-about-drug-use-with-us-immigration

https://www.mercurynews.com/2023/03/22/prince-harrys-past-drug-use-raises-questions-about-us-visa/

https://www.express.co.uk/news/royal/1755575/prince-harry-visa-lose-us-dxus

https://www.dailymail.co.uk/news/article-11884759/So-DID-Prince-Harry-visa-despite-drug-use-Campaigners-demand-know.html

https://hellogiggles.com/prince-harry-deportation-drug-use/

https://www.washingtonexaminer.com/policy/courts/heritage-foundation-sues-for-prince-harry-immigration-records

 https://www.dailymail.co.uk/news/article-12461309/DHS-dismiss-Prince-Harry-Heritage-FOIA-case.html

https://dailycaller.com/2023/05/31/prince-harry-drug-use-visa-application/

https://www.theboltonnews.co.uk/news/23570021.prince-harry-under-threat-us-deportation-court-case/?ref=rss&utm_source=dlvr.it&utm_medium=twitter

https://www.nationalworld.com/news/people/harry-duke-of-sussex-us-visa-application-drug-use-heritage-foundation-4170710

https://www.geo.tv/latest/504434-prince-harry-still-facing-deportation-woes-make-it-as-swift-as-possible


**Broadcast and Radio:**

US judge hears case over 'whether or not Harry lied' on his visa records - YouTube

Prince Harry's U.S. visa case, explained - YouTube

The Heritage Foundation Director Responds To Prince Harry's Potential VISA Documentation Release - YouTube

The Heritage Foundation Director on Prince Harry's VISA: 'These Documents Belong To American People' - YouTube

'We could see him deported' | US Lawyer says he WILL find out if Prince Harry lied about drug use - YouTube

Prince Harry US Visa Records Could Be Released Next Week - YouTube

Prince Harry's past drug admission sparks visa lawsuit | On Balance - YouTube

'Prince Harry should be treated no different': Duke's drug admission lands him in hot water - YouTube

**Twitter:**

http://twitter.com/SkyNews/statuses/1666136784198148096

http://twitter.com/PhilippineStar/statuses/1666309303152807937

http://twitter.com/KeithOlbermann/statuses/1666168361355493376

http://twitter.com/WashTimes/statuses/1666286143288012801

http://twitter.com/WashTimes/statuses/1666255938875949058

http://twitter.com/TalkTV/statuses/1666191464982798349

http://twitter.com/VABVOX/statuses/1666150462423171106

http://twitter.com/CourthouseNews/statuses/1666468144674746368

http://twitter.com/NileGardiner/statuses/1666419237521440771

http://twitter.com/NileGardiner/statuses/1666124652421296128

https://twitter.com/GBNEWS/status/1661487797696614400