**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| _____ | ) | |
| HERITAGE FOUNDATION & | ) | |
| MIKE HOWELL | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No. 23-cv-1198 (CJN) |
| | ) | |
| U.S. DEPARTMENT OF HOMELAND | ) | |
| SECURITY | ) | |
| *Defendant*. | ) | |
| _____ | ) | |

**PLAINTIFFS' MOTION TO STRIKE THE DECLARATION OF SHARI SUZUKI OR,**
**IN THE ALTERNATIVE, TO TAKE LIMITED DISCOVERY**
**(ORAL ARGUMENT REQUESTED)**

Plaintiffs Mike Howell and The Heritage Foundation move to strike the Declaration of

Shari Suzuki (ECF No. 23-5) or in the alternative to take limited discovery.  This motion is

accompanied by and supported by a memorandum of law, statement of disputed and undisputed

material facts, supporting declarations, and exhibits.

Dated: October 9, 2023     Respectfully submitted,

            /s/ Samuel Everett Dewey
            SAMUEL EVERETT DEWEY
            (No. 999979)
            Chambers of Samuel Everett Dewey, LLC
            Telephone:  (703) 261-4194
            Email:  samueledewey@sedchambers.com

            ERIC NEAL CORNETT
            (No. 1660201)
            Law Office of Eric Neal Cornett
            Telephone:  (606) 275-0978

Email: neal@cornettlegal.com

DANIEL D. MAULER
(No. 977757)
The Heritage Foundation
Telephone:  (202) 617-6975
Email:  Dan.Mauler@heritage.org

ROMAN JANKOWSKI
(No. 975348)
The Heritage Foundation
Telephone:  (202) 489-2969
Email:  Roman.Jankowski@heritage.org

*Counsel for Plaintiffs*