UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, et. al,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY<br><br>    Defendant. | Civil Action No. 23-1198 (CJN) |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for summary judgment, Defendant's opposition, and the entire record herein, it is hereby

ORDERED that Plaintiffs' motion is DENIED.

SO ORDERED.

_____                                                                                      _____
Date                                                                                                                  Hon. Carl J. Nichols
                                                                                                                          U.S. District Judge