UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, et. al,<br><br>   Plaintiffs,<br><br>   v.<br><br>DEPARTMENT OF HOMELAND SECURITY<br><br>   Defendant. | Civil Action No. 23-1198 (CJN) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiffs' motion to strike, or in the alternative, to take limited discovery, Defendant's opposition, and the entire record herein, it is hereby

ORDERED that Plaintiffs' motion is DENIED.

SO ORDERED.

_____             _____
Date                                                               CARL J. NICHOLS
                                                                                   United States District Judge