## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HERITAGE FOUNDATION & MIKE HOWELL | ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No. 23-cv-1198 (CJN) |
| U.S. DEPARTMENT OF HOMELAND SECURITY | ) ) ) | |
| *Defendant*. | ) ) ) | |

### FOURTH DECLARATION OF SAMUEL EVERETT DEWEY

1.      My name is Samuel Everett Dewey.  I am counsel to Plaintiffs in this action.

2.      I make this declaration to provide the Court with additional information relevant to the Motions Hearing set in by this Court for February 23, 2024.  *See* Minute Order (Jan. 25, 2024).

3.      Attached hereto as Exhibit 1 is a true and correct copy of a Daily Mail article containing a transcript of a February 16, 2024 interview of the Duke of Sussex on ABC's Good Morning America in which the Duke of Sussex discusses potentially seeking United States citizenship.  The interview can be found at https://www.youtube.com/watch?v=lrFc7hn5Nxg.

4.      Attached hereto as Exhibit 2 is a compilation of news articles discussing the above referenced interview.  Some of these articles make reference to this case.

I declare under the penalty of perjury that the foregoing is true and correct.


February 20, 2024                                          /s/ Samuel Everett Dewey
                                                          Samuel Everett Dewey