# Fourth Dewey Decl.

# Exhibit 1

Privacy Policy | Feedback    f Follow 22.7M    Monday, Feb 19th 2024 1AM 32°F   4AM 33°F   5-Day Forecast

Home | Showbiz | Femail | Royals | Sports | Health | Wellness | Science | Politics | Money | U.K. | Video | Travel | Puzzles | Shopping
King Charles III   Prince William   Kate Middleton   Prince Harry   Meghan Markle   The Queen Consort                                    Login

ADVERTISEMENT

○Site ○Web   Enter your search

ADVERTISEMENT

# Prince Harry tells US TV show 'I love my family' and he hopes King Charles' cancer has a 'reunifying effect' on them - as he reveals he is 'considering' becoming an American citizen

- Duke of Sussex speaks publicly for the first time since Charles cancer diagnosis
- Interview with ABC's Good Morning America about London trip without Meghan
- *Follow MailOnline's liveblog for updates today as Prince Harry speaks to GMA*
- SCROLL DOWN FOR THE FULL TRANSCRIPT

By MARK DUELL and OLIVER PRICE
PUBLISHED: 07:38 EST, 16 February 2024 | UPDATED: 04:38 EST, 18 February 2024

**612** shares          **2.8k** View comments

Prince Harry today insisted 'I love my family' and that he 'jumped on a plane' to visit the King 'as soon as I could' after speaking on the phone about his cancer diagnosis.

The Duke of Sussex also revealed he was 'grateful' to have seen his father Charles III in person and hopes the diagnosis can have a 'reunifying effect' on the Royal Family.

Harry, 39, discussed his trip to see the King as he spoke publicly for the first time since Charles postponed all public-facing duties last week following the diagnosis.



Top Stories
by Daily Mail

00:08                                                                01:00

**DAVID MARCUS: Biden's brain freeze & broken promise to avenge Navalny**

He also said he had 'considered' becoming a US citizen since moving to California - but added that his outlook on his father's health 'stays between me and him'.

Harry told ABC's Good Morning America about his visit to London without Meghan and their children, less than 24 hours after the announcement on Charles's health.

Asked by GMA presenter Will Reeve how the Duke's trip for the meeting was for him 'emotionally', Harry replied: 'Um, look, I love my family. The fact that I was able to get on a plane and go and see him and spend any time with him, I'm grateful for that.'

At the end of a week that has seen a series of announcements by the Sussexes:

- **Kensington Palace confirmed Prince William will attend the Baftas on Sunday;**
- Meghan Markle watched Harry hurtle down a bobsled track twice in Canada;
- Queen Camilla celebrated The Poppy Factory's 100th birthday in London;
- Harry and Meghan visited the traditional territory of the Lil'wat Nation; and
- The Sussexes hit back after criticism of the Sussex.com website launch.

Reeve, the son of late Superman actor Christopher Reeve who was paralysed in 1995, said: 'I've also found in my own life that sort of an illness in the family can have a galvanising or a sort of reunifying effect for a family. Is that possible in this case?'

## ROYALS



**Prince Harry 'blocked' from having a heart-to-heart with Charles**



**The BAFTAs 2024: Margot Robbie continues the Barbie theme in pink gown**

**Pippa Middleton shows off athletic physique during holiday in St Bart**



**BAFTAs 2024: Michael J. Fox receives a standing ovation**



**Prince Harry and Meghan give their children Sussex title**

**Harry and Meghan seen jetting home to California after Canada visit**

ADVERTISEMENT



Prince Harry speaks to ABC's Good Morning America presenter Will Reeve in Canada this week

TRENDING

Prince Harry 'blocked' from having a heart-to-heart with Charles

201.7k viewing now

Prince Harry and Meghan give their children Sussex title

101.4k viewing now

Harry and Meghan seen jetting home to California after Canada visit

82.8k viewing now



The Duke of Sussex during the interview in Whistler with ABC correspondent Will Reeve

Speaking exclusively to Reeve from a ski resort in Whistler, Canada, at an Invictus Games One Year To Go event, Harry replied: 'Absolutely. Yeah, I'm sure.

'Throughout all these families I see it on a day-to-day basis, again, the strength of the family unit coming together. I think any illness, any sickness brings families together. I see it time and time again, and that makes me very happy.'

Asked how he had 'processed the fact that there's so much happening back with your family and where you come from', Harry said: 'I have my own family, as we all do, right? My family and my life in California is as it is. I have got other trips planned that would take me through the UK or back to the UK. I will stop in and see my family as much as I can.'

And on being a father, Harry said: 'I can't tell you, that's classified. It's top secret. The kids are doing great. The kids are growing up like all kids do, very very fast. They have both got an incredible sense of humour and make us laugh and keep us grounded every single day, like most kids do. So I'm just very grateful to be a dad.'

Harry said living in the US was 'amazing - I love every single day.' Asked 'do you feel American', the Duke said: 'Do I feel American? No. I don't know how I feel.'

But questioned over whether he would think about becoming a US citizen, Harry added: 'I have considered it, yeah.'

Asked what would stop him doing it, the Duke said: 'I have no idea. I'm here standing here next to this with these guys. American citizenship is a thought

## Will Reeve and Prince Harry: Full transcript

- **Will Reeve**: 'How did you get the news that the King was ill?'
- **Prince Harry**: 'I spoke to him.'
- **Reeve**: 'And what did you do next?'
- **Harry**: 'I jumped on a plane and went to go and see him as soon as I could.'
- **Reeve**: 'How was that visit for you, emotionally?'
- **Harry**: 'Um, look, I love my family. The fact that I was able to get on a plane and go and see him and spend any time with him, I'm grateful for that.'
- **Reeve**: 'What's sort of your outlook on his health?'
- **Harry**: 'That stays between me and him.'
- **Reeve**: 'An illness in the family can have a galvanizing or sort of reunifying effect for a family. Is that possible in this case?'
- **Harry**: 'Absolutely. Yeah, I'm sure. Throughout all these families I see it on a day-to-day basis, again, the strength of the family unit coming together. I think any illness, any sickness brings families together. I see it time and time again, and that makes me very happy.'
- **Reeve**: 'Just physically being in California, how have you processed the fact that there's so much happening back with your family and where you come from?'



Palace aides insist there's 'no way back' for Prince Harry



Prince William makes solo red carpet appearance at star-studded BAFTAS

Prince Harry has 'zero per cent chance' of coming back into royal fold



SARAH VINE: Harry's right... but actions speak louder than words



King Charles 'of opinion' that Harry cannot return as a working royal

ADVERTISEMENT



THE BAFTAs 2024: Winners are announced



Pippa Middleton, 40, looks sensational in a £232 bikini



Harry and Meghan bought Sussex.com website from British businessman



Prince Harry faces court showdown over secret immigration records



King Charles and Camilla brave rain at Sandringham to attend church



Prince William apologises for

that has crossed my mind but certainly not something that's a high priority for me right now.'

Quizzed over where he gets the desire to be so involved in helping other people, Harry said: 'I have always had a life of service. I get my fix with these guys. There's no version of me coming here watching them and not getting involved myself.

'To see the smiles on their faces and then to hear the stories at the end and the excitement and just the happiness, that's what this is all about. This is what it's all about and as long as it's safe, we will continue to facilitate these kinds of opportunities for them.'

Later in the interview, Harry was asked about what it meant to him to meet competitors at the Invictus Games.

He said: 'It's my fix. Once you leave the military, from a uniform standpoint, you never leave the community. And to have the games every other year, but then also be able to do a One Year To Go event as well is literally my annual fix to be in amongst this community and have a laugh, have fun, no matter which nation they're from, the banter's the same. I get a lot of energy from being around these guys.'

He added: 'You would not believe the number of people that have signed up to throw themselves head first on a tray down an ice luge.'

Harry also said: 'It's proving to people that this is possible no matter what your disability is.'

And he told Reeve: ' You've got to provide the resources and the opportunities and platform for them to be able to heal themselves. If they heal themselves, then the whole family heals. To me, that is without doubt, the most rewarding piece to all of this.'

At the start of the show, GMA said the chat would be a 'one-on-one with Prince Harry on his father King Charles's cancer diagnosis, his relationship with the Royal Family now, how he is as a dad, and giving us access to the first ever Invictus winter games'.

It later added: 'Ahead, Prince Harry. What he says about his father's health and their relationship now as he gives us a first look at the first ever Invictus winter games.'

The Duke, who lives in Montecito with his wife and their two children, **Prince Archie** and Princess Lilibet, flew to the UK last week to see the King.

But there was no meeting with his brother, the Prince of Wales, after Harry spent around 45 minutes at **Clarence House** seeing his father.

The interview comes after a week of announcements from Harry and his wife the Duchess of Sussex.

Meghan signed a deal with Lemonada Media to record new podcast shows, and the company will distribute her previous series.

Her Archetypes podcast about female stereotypes ran for just one series before a lucrative deal with **Spotify** ended in 2023.

The couple also relaunched their Archewell website, the name of their foundation, rebranding it The Office of Prince Harry and Meghan, the Duke and Duchess of Sussex.

A film crew led by Mr Reeve has been following Harry and his wife Meghan Markle since they arrived in **Canada** on Tuesday for a countdown event to the Invictus Games in Whistler and Vancouver.

- **Harry**: 'I have my own family, as we all do, right? My family and my life in California is as it is. I have got other trips planned that would take me through the UK or back to the UK. I will stop in and see my family as much as I can.'

- **Reeve**: 'That's my next question, right, your family. How is Harry the dad?'
- **Harry**: 'How's what?'
- **Reeve**: 'How's Harry the dad?'
- **Harry**: 'I can't tell you.'
- **Reeve**: 'That's top secret? Really? Making lunches.'
- **Harry**: 'It's top secret. No, the kids are doing great. The kids are growing up like all kids do, very very fast. They have both got an incredible sense of humour and make us laugh and keep us grounded every single day, like most kids do. So I'm just very grateful to be a dad.'
- **Reeve**: 'How are you enjoying your time living in the US.'
- **Harry**: 'It's amazing. I love every single day.'
- **Reeve**: 'Do you feel American?'
- **Harry**: 'Er, do I feel American? No. I don't know how I feel.'
- **Reeve**: 'Would you think about becoming a citizen?'
- **Harry**: 'I have considered it, yeah.'
- **Reeve**: 'Yeah? What would stop you from doing it?'
- **Harry**: 'I have no idea. I'm here standing here next to this with these guys. American citizenship is a thought that has crossed my mind but certainly not something that has a high priority for me right now.'
- **Reeve**: 'Aside from Invictus, what's keeping you busy when you're out of the house?'
- **Harry**: 'Everything. Everything in the house, everything outside the house. The mission continues. Every element of the work continues. Before you know it, February next year, this time of the year, this time we're gonna be right here doing all this again. Hopefully you'll be here. And we're going to have the whole of Whistler and hopefully the whole of Canada screaming these guys on for an epic games.'







**Kate's absence at the BAFTAs**



**CALLAHAN: If Harry really wants to return, how could Royals trust him?**



**Harry and Meghan accused of 'hijacking Sussex name for their website'**



**Expecting Royal family to welcome Harry back is 'a big ask'**



**Dua Lipa wows in a sheer black lace dress at Vogue BAFTAs afterparty**



**Is Netflix planning to pull the plug on Harry and Meghan?**



**BAFTAs 2024: David Beckham cuts a suave figure in a stylish tuxedo**











**Prince William is all smiles as he meets BAFTA stars backstage**



**Prince William's £3million bid to tackle Britain's homelessness crisis**



**What happened between Meghan Markle and her Suits co-stars?**



**How Queen Victoria ran the most exclusive dating agency in the world**



**Name-change Sussexes have cut themselves off from their family**



**Prince William heads to BAFTAs without the Princess of Wales tonight**



**Alexa Chung goes braless at BAFTA after party with Tom Sturridge**



**The Crown's 'Kate Middleton's so hot' scene was nearly AXED**



**Harry and Meghan given Canadian send off with Bublé singing Sinatra**



**INGRID SEWARD: Philip would turn in grave after**

In a tweet posted at 1.49am UK time (9pm Eastern Time last night), the GMA account wrote: 'Exclusive: The all-new interview with Prince Harry on his life with Meghan, how his father King Charles is doing and his passion supporting wounded warriors.'






**POLL**

**Should Harry and Meghan be stripped of their titles?**

○ Yes

○ No

○ I'm not sure



+82
View gallery

An interview with Prince Harry is being broadcast on ABC's Good Morning America today



+82
View gallery

The interview was shot as the couple enjoyed a spot of winter activities in Whistler, Canada



+82
View gallery

Helming the GMA crew is host Will Reeve (left), son of the Superman actor Christopher Reeve




Harry abandoned name

LIZ JONES: Yes, of course, Harry and Meghan have made mistakes


Zoe Saldana shares snaps with husband Marco Perego and their children


Poppy Delevingne puts on a VERY leggy display in gorgeous pastel dress


'I love DVF's wrap dresses, I just wish they loved me back'


Kaia Gerber stuns in a strapless minidress at the Vogue BAFTAs party


At heart, Diana was Pop Princess who loved to meet her idols


Meghan Markle looks stylishly cosy in £3,000 Hermes puffer jacket


Was this the moment Charles decided to have a cut-down Coronation?


Prince Harry willing to take on larger role amid King's cancer battle


RICHARD EDEN: Harry and Meghan 'want to become a rival Royal Family'


Glamorous Meghan cheers on Prince Harry as he tries wheelchair curling


Prince Harry says he jumped on a plane and went to see King Charles


Bogus AI books claim Kate Middleton took drugs and MI6 killed Diana


Farage weighs up mass legal fight against banks


Duke and Duchess of Sussex make surprise visit to Indian restaurant


Prince Harry hits back after criticism of Sussex.com and Royal rebrand

The trailer includes a photo of King Charles waving as he left The London Clinic on January 29

Meghan Markle, Prince Harry and Will Reeve are seen in a trailer for the GMA interview today

Prince Harry speaks to Will Reeve in the interview which is being aired on GMA in the US today

Prince Harry and Meghan Markle both appear in the trailer for the interview on GMA today

This was accompanied by a clip showing Harry speaking to Mr Reeve in Whistler and a photo of the King waving as he left The London Clinic on January 29.

A voiceover said: 'Tomorrow morning, a GMA exclusive, Prince Harry, the all-new interview on his life today with Meghan, how his father the King is doing and on his passion - supporting wounded warriors. Tomorrow on Good Morning America.'

The trip comes as they unveiled a rebrand on Monday with a glossy new Sussex.com website, which saw critics claim they were trying to cash in on royal connections.

But last night, the Sussexes defiantly hit back by insisting: 'We will not be broken'.

## Will Reeve: ABC TV presenter with striking resemblance to his late Superman father

Will Reeve is an American TV presenter for ABC who is also known for being the youngest son of the late Superman actor Christopher Reeve - to whom he bears a striking resemblance.

Florence Pugh puts on a leggy display in white at BAFTAs bash

TOM BOWER: Sussexes' new website is a sign that the stakes are so high

Netanyahu's son seen lounging around luxury Florida apartment amid war

Matt Smith says Prince Harry called him 'grandpa' after The Crown role

Sarah Vine says the Sussexes should be stripped of their titles

Prince Harry will talk about King Charles' cancer in new TV interview

BAFTAs 2024: Meg Bellamy puts on a very leggy display in black gown

Pippa Middleton flaunts her toned physique during Caribbean getaway

Prince Andrew appears in high spirits out on his weekly ride

Prince Harry tries his hand at SKELETON BOBSLED in Canada

Harry and Meghan are serenaded by crowd singing 'God Save the King'

Pictured: The 'Brits' who serenaded Harry and Meghan

Rosamund Pike cuts a kooky figure in a semi-sheer embroidered co-ord

King Charles sleeps in an OXYGEN TENT, royal biographer claims

I was told to address Harry and Meghan as sir and ma'am:

Denmark's most eligible bachelor is off the market!

Please Harry, do all of us a favour and just become a US citizen

And the visit comes just over a week after Harry returned from a flying visit to **London**, where he met with his father for 45 minutes following his cancer diagnosis.

He was seen two days later at an NFL awards ceremony in **Las Vegas** but was absent from the **Super Bowl** last Sunday, before he and Meghan relaunched their website.

Meanwhile, Kensington Palace confirmed today that Harry's brother **Prince William** will attend the **Bafta** Film Awards at London's Royal Albert Hall this Sunday evening.

The Prince of Wales is the Bafta president and will watch the ceremony before meeting winners - and it comes ahead of a wider return to public duties as his wife **Kate Middleton** continues to recuperate following her abdominal surgery last month.

Harry and Meghan have come under fire in recent days over their new Sussex.com website, in particular Meghan's coat of arms - which critics claim is a breach of their promise to the late Queen Elizabeth II when they quit front-line royal duties.

Their decision to change their children Archie and Lilibet's surnames to Sussex has also raised eyebrows among royal watchers.

The moves have sparked a fresh round of criticism of the Duke and Duchess and renewed calls for the duo to have their titles removed. But a representative told the Mirror that the couple 'will not be broken'.

They added: 'We've heard time and time again that certain opportunities are make or break for the couple. They're still here.

'They're still working and pursuing what they believe in, despite being constantly challenged and criticised. This couple will not be broken.'

Reeve suffered a double trauma in childhood when his father was paralysed in 1995 when he was aged just three. At the age of 11, his father died in 2004.

Two years later in 2006, his mother Dana Reeve died of lung cancer aged 44. Having lost both parents in just 17 months, he went to live with a close friend following her death.

Reeve did some acting as a child, appearing in the 1997 TV movie In the Gloaming, which starred Glenn Close and was directed by his father – as was The Brooke Ellison Story, in which he appeared in 2004.

Reeve, who lives in New York, began his broadcasting career that same year after spending two summers as a Good Morning America (GMA) intern, but initially worked as a sports journalist for ESPN focusing on hockey.

He joined ABC as a correspondent in 2018, and has since Reeve reported from 39 states and eight countries. He was nominated for an Emmy for his work during the 2019 California fires.

Much of his other work for GMA has focused on the royals including reports from Windsor and outside Buckingham Palace - and in 2021 he interviewed Sussex cheerleader Omid Scobie.



DEVELOPED WITH PEDIATRICIANS
✓ DHA OMEGA-3
✓ CHOLINE
✓ PREBIOTICS
HIGH VITAMIN D
ORGANIC
Giant  GET

 


**Prince Harry speaks to Will Reeve at the Invictus Games 2025 event in Whistler yesterday**


**Buckingham Palace 'will be hoping Prince Harry doesn't say any more'**


**Braless Cara Delevingne turns heads at the Vogue BAFTA after party**


**How modern life is making men lose their hair earlier - and what to do**


**Meghan Markle dons $3,000 outfit for ice rink excursion in Canada**


**Think Taylor Swift's novelty watch necklace was a first? Wrong!**


**Queen Camilla laughs as she meets with Vanessa Redgrave**


**Harry and Meghan share romantic Valentine's Day dinner in Whistler**


**Rosie Huntington-Whiteley turns heads at the Vogue BAFTAs afterparty**


**Fergie's gang of mates is ROCK-solid, writes CLAUDIA CONNELL**


**Meghan's estranged BFF Jessica Mulroney shares cryptic post**


**The BAFTAs 2024: Idris Elba lovingly dotes on his wife Sabrina**

**Can Boden bounce back with brights?**

**Harry 'didn't want to be in same room' as Queen Camilla, sources claim**

**How Prince Charles's aristocratic wingman ended up on a funeral pyre**

**Smiling Meghan snaps pictures of Prince Harry in skeleton bobsled race**

**Meghan Markle is seen wearing her £140,000 engagement ring**

              



Prince Harry and Meghan Markle with ABC presenter Will Reeve in Whistler on Wednesday

Prince Harry is spotted alongside American TV presenter Will Reeve in Whistler on Wednesday

Camers follow Harry, Meghan and Will Reeve at the event in Whistler, Canada, on Wednesday

Prince Harry tries his hand at SKELETON BOBSLED

Watch the full video

BAFTAs 2024: Robert Downey Jr makes history as he wins gong

Prince William will make solo red carpet appearance at BAFTAs

James Middleton shares a glimpse of his 'first adventure' with his son

SARAH VINE: Taking away Sussexes' titles only way to stop the nonsense

Tom Cruise, 61, 'makes things official' with Russian socialite

Prince Harry is 'grateful' he could 'spend time' with King Charles

How King Charles was inspired by gentle grandfather George VI

Charles Spencer's wife shares glimpse of Diana's final resting place

How Royals could SHUT DOWN Harry and Meghan's new Sussex.com site

Patrick J. Adams says he's had 'no communication' with Meghan

Princess Anne meets people affected by knife crime in Northampton

Is Princess Charlene following in the footsteps of Grace Kelly?

Meet Will Reeve, the GMA host behind 'tell-all' chat with Prince Harry

BAFTAs 2024: Sophie Ellis-Bextor delivers a show-stopping performance

The fabulous Valentine jewellery available to the royals

Duchess of Sussex breaks her silence to defend new Sussex.com site

Princess Eugenie shares sweet photos to mark Valentine's Day

Prince Harry reveals how his manners were once King Charles's as a reading offer... on them - as he reveal...

Will Reeve posted a photo on Instagram on Wednesday at the Invictus Games One Year To Go event on the Whistler Blackcomb ski resort, with the teasing caption: 'Bluebird Assignment'

+82
View gallery


It's Camilla v Harry as both royals champion veterans' welfare


Prince Harry interview revelations from Good Morning America interview


Prince Harry and Meghan arrive in Victoria for Invictus Games event


Meghan Markle hits the slopes in Joan of Arctic snow boots


Queen Letizia of Spain looks chic in monochrome number in Barcelona


Poppy Delevingne shows off her incredible figure at BAFTA after party


What does Prince William actually believe, asks CATHERINE PEPINSTER?


Meghan and Harry hold hands while greeting Invictus Games athletes


New CEO of Invictus Games joked about Prince Harry 'lookalike'


Frederik and Mary set sail! New King and Queen announce royal tour


How Prince Harry and Meghan Markle are dividing Sussex


Moira Stuart, 74, collapses at Angela Rippon's birthday party


Meghan Markle sports $598 'Kensington' coat from Californian brand


Meghan 'unfurled confidently in spotlight', says body language expert


Eleanor Tomlinson looks chic in sleek black dress at BAFTAs party


Defence of the Duchess of Windsor by biographer JANE MARGUERITE TIPETT

Harry and Meghan's website 'is betrayal of their agreement with Queen'



+82
View gallery

Will Reeve is the son of the late Superman actor Christopher Reeve, who died in 2004

+82
View gallery

Will Reeve with his parents Christopher and Dana Reeve at the unveiling of his father's star on the Hollywood Walk of Fame in 1997. Christopher Reeve died in 2004, and Dana in 2006

Now, Harry has been interviewed for the first time since Charles postponed all public-facing duties because of his cancer diagnosis.

Queen Maxima appears in great spirits as she steps out in Sassenheim

How Beth Herlihy stuck by Harry and Meghan

Megyn Kelly slams Meghan Markle's claim she's a 'feminist' on new site

Who is new Dior ambassador Alessandra de Osma?

Meghan wears Princess Diana's Cartier watch in Misan Harriman portrait

Harry reveals Archie and Lilibet have 'an incredible sense of humour'

Inside £35,000-a-year school among the 'top choices' for Prince George

Lady Amelia Windsor is pretty in pink at London Fashion Week

Sadiq Khan unveils new names of London Overground lines

Jameela Jamil opts for vampy look at BAFTAs after party

Camilla is joined by Duchess of Gloucester at Clarence House event

Meghan Markle signs new podcast deal with Lemonada Media

Harry says he's considered US citizenship but it's 'not a priority'

Which leading royal was a regular subscriber to Flying Saucer Review?

Netflix releases trailer of Scoop film about Prince Andrew interview

Charles is seen driving near Sandringham as he continues treatment

Yesterday, the Sussexes did not look phased as they took part in activities at the Invictus Games Vancouver Whistlers One Year To Go Winter Training Camp, while being followed around by a camera crew.

While Meghan did not take part in the bobsledding fun at the Whistler Sliding Center in British Columbia, she was able to enjoy every aspect of her husband's ride when he got off the sled - before he enthusiastically re-enacted it to his wife and Invictus volunteers after getting off.

The **Duchess - who has joined her husband** on a multi-day trip to Canada in honor of the one-year countdown to the 2025 Invictus Games - also served as her husband's personal photographer.

+82
View gallery

Meghan Markle is seen beaming and looking at her phone in Whistler yesterday

+82
View gallery

Meghan did not take part herself but appeared to enjoy the sight of Harry racing yesterday



Furious Londoners react to TfL's £6million renaming of the Overground


Kate's tennis club is rocked by two 'inappropriate behaviour' cases


How can judge who liked anti-Israel post free women who backed terror?


Could Prince Harry return to the UK in May?


Camilla admires a painting of Charlotte as she attends artist studio


Prince Harry says he has 'other trips' to Britain planned


Harry and Meghan arrive in Whistler to promote 2025 Invictus Games


Prince Harry interview RECAP: Duke speaks about King's cancer


Prince Harry and Meghan visit traditional territory of Lil'wat Nation


Meghan Markle breaks her silence to defend new Sussex.com site


Harry and Meghan sources hit back over new website


Megyn Kelly slams Meghan Markle's claim she's a 'feminist' on new site


Johnny Depp's bizarre bromance with MBS


Sadiq Khan defends £6.3million revamp of Overground lines

Prince Harry and Meghan seen with Good Morning America host Will Reeve

Princess Diana's 'revenge dress' is revolutionised by LFW designer


BAFTAs 2024: Barbie and Saltburn head home empty-handed

+82
View gallery

Prince Harry enjoyed a thrill-filled ride around a skeleton bobsled track in Whistler yesterday



+82
View gallery

Meghan, 42, watched on with a huge smile on her face in awe of her husband Harry yesterday



+82
View gallery

Harry proved himself the thrill-seeker in Whistler yesterday on the skeleton bobsled track

Meghan Markle's adorable reaction as Prince Harry tries sit-skiing

Prince Harry and Meghan give their children the Sussex title

Harry neglects to mention Royal Family on profile page of new website

Harry and Meghan's new website links back to old Sussex Royal domain

Harry and Meghan spend evening with First Nations indigenous group

Celebrity Big Brother to make 'HUGE '"nerve-wracking" change'

Lily James and Poppy Delevingne spend Valentines together

Prince Harry is 'grateful' he could 'spend any time' with King Charles

Prince Harry will talk about King Charles' cancer in new TV interview

Prince Harry says 'you should all have a go' as he climbs off bobsled

We put Brits' emoji knowledge to the test

Queen Camilla meets with president of Poppy Factory

Domain name for Harry and Meghan's new website bought last year

Sussexes' sources hit back after criticism over their new website

NADINE DORRIES: AI bots have written books about me too

Prince Harry missed trick not mentioning story when gave Payton award

Royal rebrand for Prince Harry and Meghan with sussex.com



While Meghan did not take part in the bobsledding yesterday, she was able to enjoy watching

Meghan smiles as she steps out in a black puffer coat, black jeans, ski boots and sunglasses

Trend of couples dying side-by-side at Dutch euthanasia clinics

Prince William will 'shield' wife from pressure to step up duties

Guess which leading Windsor was a major fan of Ali G

This relative of William and Harry has somehow risen above the fray

Aquazzura ad features snaps of Meghan Markle

Meghan Markle described as 'jealous' of Kate Middleton by expert

King Charles steps out to attend service after shock cancer diagnosis

Queen Camilla is the King's 'strength and stay', says palace insider

Which royals have unexpected secret skills?

Charles breaks his silence over cancer diagnosis

Prince Andrew looks gloomy on weekly ride as brother battles cancer

Prince of Naples laid to rest

I'm a billionaire travel agent who plans ultra-lavish vacations

Unknotting the secret tie code of King Charles

The Queen did impressions from this children's TV drama!

How Queen Victoria was Britain's first wedding influencer...

Princess Eugenie marks the third birthday of August



Meghan was wrapped up warm yesterday, sporting a navy beanie as she smiled at Harry

When asked by an onlooker whether she planned to join Harry on the sled, she said: 'I can't!'

Prince Harry reacts after sliding down the track on a skeleton sled in Whistler yesterday

**Prince William hires ex-government diplomat as private secretary**

**Prince Harry vows to continue crusade against Piers Morgan**

**William must never forgive his shameless brother Harry**

**Kate Middleton is 'on the mend' and leaves Windsor for first time**

**Harry and Meghan 'WILL attend the Super Bowl this weekend'**

**Scientists discover 'alien metals' in ancient gold-plated treasures**

**Princess Marina mourns the loss of husband Prince Vittorio Emanuele**

**The red-haired rebel dubbed the new 'face of aristocracy'**

**Royal staff pay respects to late Queen's former Travelling Yeoman**

**Prince William takes his Earthshot Prize to South Africa**

**Did Vogue snub Meghan? Duchess isn't on Edward Enninful's final cover**

**The Queen's inner circle helping her through Charles' cancer diagnosis**

**Sarah Ferguson makes first appearance after shock cancer diagnosis**

**Critics claim Harry visited father knowing he had event 24 hours later**

**The day that Queen Elizabeth's sister Princess Margaret died**

**JAN MOIR: What kind of family behaves like that?**

**'Fake influencer' Suzan Mutesi now speaks with a British accent**

**The Duchess of Sussex opted to wear her hair down during the event in Whistler yesterday**

She was beaming with pride as she held up her phone to snap images and clips as he whizzed to the end of the track.

But Meghan - who accessorized her phone with a $250 case from Bottega Veneta - was not the only videographer on hand to capture every moment of the Duke's whistle-top trip around the bobsled track.

The ABC crew was closely following the Sussexes, interviewing Harry for ten minutes after his first bobsledding adventure, before he set off for a second go around the track.

When asked by an onlooker whether she planned to join her husband in trying out the daring sport, Meghan laughingly yelled back: 'I can't!'

However, she watched on with pride as her husband completed his two runs - although she took some time to warm up in the back of the couple's Ford Expedition SUV while Harry took some time out from the track to chat with the GMA crew.

But before long, he was back at it, drawing his wife out of the car to watch on as he enjoyed a second race on the sled.

After whizzing round for a second time, a beaming Harry made his way down the hill arm-in-arm with Meghan, posing for pictures as they went.

**READ MORE** **Prince Harry and Meghan visit traditional territory of the Lil'wat Nation to meet Chief Gélpcal and a wheelchair basketball programme - before being handed bespoke basket and hand-carved cedar art to give strength**

+82
View gallery

**Meghan held onto Harry's arm as the pair walked through the resort of Whistler yesterday**


Prince William 'has absolutely no interest in speaking to Harry'


Queen Camilla is supported by close companions at Salisbury Cathedral


Queen Camilla wears Queen Elizabeth II's Celtic Knot brooch


Queen's first engagement since King's cancer diagnosis was announced


Japan faces its own royal health crisis


Why on earth should William welcome Harry back to the royal fold?


Prince Harry 'switched flights' to get home back to Meghan quicker


As Peep Show turns 20, a look at where El Dude Bros and crew are now


Inside Prince Harry's £1,600-an-hour VIP lounge at Heathrow


Inside Tom Cruise's royal charm offensive!


American woman gives hilarious responses to UK trivia questions

Stephen Fry says it would be 'sad' if Charles is 'seriously ill'

Today, there is a sea change in attitudes to royal health

Lady Amelia and Eliza Spencer attend air ambulance charity gala

King Charles sends congratulations to Grenada in first public message

EDEN CONFIDENTIAL: Earl gives daughter a telling off for dig at Diana



Prince William addresses public response to King Charles' cancer

The Duke of Sussex laughed as he held his helmet and walked down the path yesterday

+82
View gallery



Harry 'took it upon himself' to come... Charles was kicking his heels



Prince William says Kate was looked after by 'kind' Filipino nurses



The Royal family teams up with cancer charities after King's diagnosis



The former royal equerry who could heal Harry and William's rift



Why could none of Prince Harry's old mates put him up?



Hopes grow of royal reconciliation if Harry can 'keep quiet'



Prince of Wales leads investiture ceremony at Windsor



Should Prince Harry resume royal duties?



William 'didn't want extra responsibilities' amid Kate recovery



Hopes grow of royal reconciliation if Harry can 'keep his mouth shut'



Harry 'would have gladly accepted' a reunion with brother William



Princess Anne wears Queen Elizabeth II's purple check coat



King Charles cancer diagnosis RECAP: Prince William expresses thanks



A tiny royal cottage which is perfect for a 'slimmed-down Monarchy'?



Prince William returns to Royal duties this morning



King and Queen are 'coping magnificently' in face of cancer diagnosis

Harry 'would have gladly accepted' reunion with William





The Duke of Sussex achieved an impressive top speed of 61mph in Whistler yesterday

The Duchess clutched onto her husband's arm as she strolled through the resort yesterday

King Charles' care is being overseen by trusted royal doctor

Prince Alexander of Serbia reveals he 'recently defeated cancer'

Princess Anne keeps calm and carries on: Royal's full diary of events

EPHRAIM: Compare reaction Charles' diagnosis with when he broke elbow

William will continue to prioritise Kate and his children's welfare

Inside Clarence House where King Charles rested after treatment

First trailer for series about Queen Maxima is revealed

Princess Anne continues engagements following King's shock diagnosis

Prince Albert of Monaco says the King has always been inspirational

Monarchy looking 'threadbare' after Charles and Kate's health issues

Smiling King leaves Clarence House after 'brief meeting' with Harry

Prince William has 'no plans' to meet Harry during his visit to King

Danish Royal Family marks Princess Marie's 48th birthday

Prince Harry arrives at Clarence House to visit King Charles

Prince Harry arrives in London to be at his father King Charles' side

Harry and Meghan's Montecito home is under severe flood warning

Jimmy Choo recalls his relationship with Princess Diana

+82
View gallery

Meghan opted for natural makeup, as she donned a navy blue beanie in Whistler yesterday



+82
View gallery

After going round for a second time yesterday, Harry made his way down the hill with Meghan



+82
View gallery

The Duke of Sussex laughed as he held his crash helmet after taking a skeleton run yesterday

Is Prince Harry's return to royal duties the only solution?

After Charles' cancer diagnosis, health battles faced by royal family

AN WILSON: This is a potential constitutional crisis

What do we know about King Charles' cancer diagnosis so far?

Princess Anne hands out honours at Windsor Castle

Camilla will play 'supportive role' for Wills and Charles, expert says

Prince Harry urged to put aside royal rift as he arrives in UK TODAY

Letizia of Spain looks elegant in blazer at an internet safety event

How the sudden death of a King shocked the British nation on this day

King Charles could be having alternative cancer therapies

Business as usual for Princess Anne after Charles' cancer diagnosis

King Charles will continue Royal duties throughout cancer treatment

The royals stepping up as King Charles takes break following diagnosis

Sarah Ferguson shares her 'special gift' with her grandchildren

King Charles: Emmanuel Macron and Joe Biden lead global well wishes

How the news of the King's cancer was announced on TV

World newspapers express 'shock' and 'concern' for King Charles



Meghan and Harry pose with a woman holding a flag during their trip to Whistler yesterday

Meghan beamed as she chatted to people at the event in Whistler yesterday

Prince Harry is 'wise' to travel back to London without Meghan

Which royals will be holding the fort as Charles takes a step back?

Queen Camilla, 76, is stepping up amid King's cancer diagnosis

King spends night at home after beginning out-patient cancer treatment

King George VI's sudden death brought Elizabeth to the throne

Queen Camilla is expected to step up following King's cancer diagnosis

Prince Harry flies to London to visit King Charles after cancer shock

Questions over where Prince Harry will stay for visit to see King

Linseed for breakfast and no lunch - how the King stays fit

King Charles remains 'hugely positive' regarding his cancer diagnosis

Trump sends prayers to King Charles for a 'full recovery' from cancer

CALLAHAN: Will Harry's flight home to Charles spark a reconciliation?

King Charles could miss out on these engagements after diagnosis

King Charles diagnosed with cancer: World in shock

Prince Harry will fly back to London to be by King Charles' side ALONE

Prince Harry will fly to London after King's cancer diagnosis

How Queen Camilla will be expected to step up as Charles takes a break



+82
View gallery

The pair have also been followed closely by a camera crew from Good Morning America

+82
View gallery

Meghan watched on as Harry tried his hand at skeleton bobsled yesterday

Prince William will now step to the fore with more responsibility

Prince Harry will fly to London after King's cancer diagnosis

SARAH VINE: Get well soon, Your Majesty. Your country needs you...

Vittoria di Savoia, 20, who models for Dior becomes 'Queen of Italy'

Mike Tindall reveals new boozy nickname for Prince William

'Original' Norland nannies celebrate 40th reunion in Notting Hill

Queen Mary of Denmark shares sweet photo with her father John

Kate Garraway reveals Beckhams sent her a letter after Derek's death

Who is royal Royal Marine Arthur Chatto?

Royal fans spot Prince Harry's sweet family tribute on his shelf

Queen Margrethe wins prestigious design award for her production work

Monaco's 'Crown Jewels' have been drawn into a cash scandal

HARDMAN: Why Camillia is like Prince Philip - the Monarchy's 'rock'

How Gen Z's latest style icon is... 76-year-old Queen Camilla!

INGRID SEWARD: Queen's quiet support for Charles's marriage to Camilla

Prince Andrew faces film exploring his fall from grace

King Charles appoints his first female equerry Captain Kat Anderson



+82
View gallery

Meghan dressed for the cold weather, wrapped up warm in a scarf yesterday

+82
View gallery

+82
View gallery

The bobsled track, which is billed as the fastest in the world, includes a 485ft vertical drop

ELIZA SCARBOROUGH gives you the A-Z of Royal fashion designers

What happened when an anthropologist met baby Archie?

Royal women like Kate pay a high price for their privilege

Prince Harry 'warned about atrocities at charity before joining board'

INGRID SEWARD: Queen felt Meghan wedding gown 'too white' for divorcee

Inside Prince Andrew and Sarah Ferguson's relationship

Inside Andrew and Fergie's lavish 1986 royal wedding

UK's Queen Camilla and Princess Anne are 'holding up the ceiling'

Camilla's VERY busy week! Queen 'keeping the royal show on the road'

Queen Camilla visits community centre in Cambridge

Prince William is likely to be back in the public eye from next week

Still King and Queen of each others' hearts 22 years later

HARDCASTLE: King Charles green lights Prince Andrew REMARRYING Fergie

Royals 'holding up the ceiling' while King and Kate Middleton recover

ADVERTISEMENT

TOP STORIES

EXCLUSIVE  Sports presenter Laura Woods



+82
View gallery

**The Duke came in at a bit of an angle as he brought his run to an end in Whistler yesterday**

Harry and Meghan kicked off day two of their Invictus Games One Year to Go tour shortly after 1pm local time yesterday (9pm UK time) - although their appearance at the venue was delayed by over 30 minutes while the Duke was given a safety briefing.

The couple, fresh from a **romantic Valentine's Day dinner date**, were both on chipper form as they made their entrance to the venue, with a beaming Harry whizzing past on his bobsled and Meghan quipping 'I can hear him' as his sled set off and filming him on her phone as he flashed past.

Meghan was wrapped up against the -4C (25F) temperatures in a black padded jacket and leggings and a navy hat and scarf while her husband kept things casual in gray pants and a black insulated Invictus Games-branded jacket - topped off with a white crash helmet.

After the high-speed arrival, to the sound of Invictus branded cowbells waved by onlookers, came a meet and greet with athletes preparing to perform at the event next year on a platform overlooking the track.

Among the athletes waiting to be introduced were Canadian veteran and mental health advocate Mark Beare, Estonian former soldier and amputee Rasmus Penno and Nigerian powerlifter and ex-soldier Peacemaker Azuegbulam.

**READ MORE** Prince Harry and Meghan hit back after criticism of Sussex.com launch and family rebrand, defiantly insisting they 'will not be broken'






+82
View gallery

**Meghan watched on and took videos and photos of Harry as he whizzed down the track**

is left in 'real fear' by two-year stalking ordeal at the hands of an obsessed female fan Terrifying



▸ Taylor Swift announces a huge change for her upcoming Sydney concerts: 'I hope this is OK'

▸ Olivia Culpo leads battle of the WAGS in tiny bikini! Former Miss Universe slips into thong swimsuit alongside Claire Kittle and Kristin Juszczyk as 49ers shake...



**EXCLUSIVE Revealed:** How the life of Phillip Schofield's young lover has been wrecked by their affair - but he's banned from saying a word about it

▸ 'People are terrified': Monaco real estate billionaire Patrice Pastor buys another historic building in California hamlet where locals fear they are handing ove...



▸ From Cambridge with love: A tomato pill that could help take care of your heart
**AD FEATURE**

ADVERTISEMENT

▸ Megan Fox looks unrecognizable in white dress and pink hair at People's Choice Awards... after she defended her new 'sex doll' face



▸ Ann Coulter shocks Bill Maher as she says if Super Bowl Parade shooters 'were white we'd know their identities by now'



▸ PICTURED: University of Colorado senior, 24, shot dead in campus dorm room along with woman, 26 - as victim's heartbroken mother says 'thoughts and prayers mean...



▸ Welcome to the smokefree generation: Soon it could be illegal to ever sell tobacco to anyone turning 15 this year or younger. Here's why...
**AD FEATURE**

▸ 'Heartbroken' NYC subway cellist who was whacked with a metal water bottle by stranger says he's DONE with platform performances after SECOND shocking assault i...



ADVERTISEMENT

2/19/24, 1:50 AM — Prince Harry tells Good Morning America he flew to Britain to see King Charles - and has a 'great deal of love' for him and his brother - as he reveal…

Case 1:23-cv-01198-CJN   Document 36   Filed 02/20/24   Page 23 of 42



**The mother-of-two wore a black puffer jacket, black jeans, and a navy beanie yesterday**



**Meghan waves while attending the Invictus Games event in Whistler yesterday**

  Top sexpert reveals 8 common myths about having great sex - and why believing them is killing your relationship

  Trump's 'slurred speech and gross, repeated errors' show his cognitive decline is 'MORE apparent' than Biden, UBC professor claims, in frightening assessment of...

  Sequin overloads, bold fringes and VERY bright lights... Saltburn actress Alison Oliver and The Crown's Emma Corrin lead the BAFTAs worst dressed

 It's almost Leap Year - a day where SHE is encouraged to propose! Here's where the tradition comes from (...and rings he'll LOVE)
AD FEATURE

  People's Choice Awards 2024: Sydney Sweeney is a red hot bombshell in busty gown alongside Heidi Klum and Kyle Richards as they lead glamour

  Two California brothers plead guilty to defrauding USPS out of $2.3MILLION by saying their 22,300 parcels weren't delivered - as they claimed $100 in insurance ...

  NBA All-Star 2024: Charles Barkley SAVAGES San Francisco over 'homeless crooks'... analyst insists you need a 'bulletproof vest' to walk around the city on TNT ...

  The six medical appointments you should NEVER miss - the ultimate guide to the doctors to visit every year

Mrs Hinch's favourite lip gloss just got spicy - the beauty must-have for fuller looking lips taking social media by storm
AD FEATURE

 BAFTAs 2024: Emotional moment the cream of showbiz give Parkinson's-stricken Michael J. Fox, 62, a standing ovation
Moving

ADVERTISEMENT

+82
View gallery

**Meghan beamed with pride as her husband recounted his trip around the track yesterday**



+82
View gallery

**Harry slides down the track on a skeleton sled during the Invictus Games event yesterday**

▸ King Charles is 'firmly of the opinion' that Harry cannot return as a working royal despite wanting to repair the relationship with his estranged son

▸ I'm a personal trainer and my clients think I am in my 30s - when I tell them the truth they can't believe their eyes. These are my secrets for ageing well

▸ REVEALED: The health questions your state Googles the most

▸ Cute couples' holidays! From sun-kissed Tenerife to the romance of Rome, these are the perfect trips to enjoy together
AD FEATURE

▸ Israel releases video 'showing UN aid worker bundling limp body of shot Israeli into the back of an SUV'

▸ Mother of 11-year-old girl who went missing after being dropped off at a Texas bus stop says she is 'broken and mad' - as cops find her backpack near a lake and...

▸ The mutants of Chernobyl: How radiation exposure has forced animals to mutate in incredible ways to survive - creating black frogs, cancer-resistant wolves and ...

▸ Kindergarten flop: Five year-olds in West Virginia must commute for THREE HOURS a day to and from school just 20 miles away because bus route is so long, leavin...

▸ Rethinking cremations: Why more people are choosing a direct cremation to say a personal goodbye
AD FEATURE

▸ Dietitians reveal 7 nutrition LIES we've all been told - from the dangers of eating late to the benefits of 'natural' sugar

ADVERTISEMENT

Nicole Scherzinger flaunts her jaw-dropping figure in a leopard print bikini as she soaks up the sun in the Maldives



▶ Pippa Middleton's sun-soaked half-term getaway at the glitzy Eden Rock hotel in St Barts - owned by her husband's family - continues



▶ Kremlin threatens to unleash Armageddon on the West if it loses in Ukraine: Moscow warns it will fire nuclear missiles on London, Washington, Berlin and Kyiv if...

▶ Laugh and learn with your tots and teens: Here are top 10 picks for parents this month
AD FEATURE



▶ America, I give you... Madam President Michelle Obama: She's third favorite for a reason, Barack is already doing half the job - and Joe simply can't go on. The t...

▶ Two cops and a medic are slain when gunman opens fire on them during a domestic call in Minnesota before cowardly shooter turns gun on self



▶ The BAFTAS 2024: Michael J. Fox is supported by glamorous wife Tracy Pollan as they put on a loved up red carpet display at ceremony



▶ Romeo Beckham pays tribute to his parents David and Victoria Beckham by wearing sweater with their faces on it

▶ You could win this lavish Lamborghini Huracan Evo and a whopping £5k (or £120k tax-free cash alternative!) for just 99p with Dream Car Giveaways latest UNMISSABLE draw
AD FEATURE



▶ Braless Cara Delevingne turns heads in a racy plunging semi-sheer black dress as she attends the star-studded Vogue BAFTA afterparty



▶ Kaia Gerber stuns in a gold strapless tasseled minidress as she attends the star studded Vogue x Tiffany & Co BAFTAs afterparty



▶ Taylor Swift shows off her legs in a mini skirt as she is seen for the first time in public in Australia  - and pays tribute to boyfriend Travis Kelce



▶ Three-minute wrinkle eraser! This treatment is 'magic' for reducing wrinkles and fine lines - and in record time (the before and after photos will shock you)



▶ Hallmark finally halts sale of greeting cards featuring grinning CHIMPANZEES eight years after PETA exposed how 'exploited' monkeys were 'imprisoned' and living...



▶ Former Mormon, 31, reveals incredible 'glow-up' after leaving devout church - as she opens up about wearing a bikini for the first time at AGE 28 and how she le...



+82
View gallery

The couple had a chat as film crews followed them around in Whistler yesterday



ADVERTISEMENT



+82
View gallery

Meghan was wrapped up in a black padded jacket and leggings and a navy hat yesterday

▸ Historic New York village that made weapons for 200 YEARS is 'losing its soul' as nation's oldest gun-maker Remington shuts massive firearms factory - leaving e...

▸ The harrowing case of Crystal Magnum: True crime doc lays bare twisted tale of stripper and escort who shot to infamy after falsely accusing three Duke lacrosse...

▸ As Mormon church faces SIXTH lawsuit alleging leaders fraudulently misused member donations, does secretive religion face moment of reckoning?

▸ Georgetown student, 19, who died in tragic accident falls victim to ghoulish 'obituary pirates' who post memorials filled with LIES to rake in Google ad revenue...

▸ Generous Heather Locklear, 62, hands out cash to panhandler as she and her fiancé Chris Heisser drive home in Los Angeles

▸ Texas victims' families slam Soros-backed Austin DA Jose Garza for letting killers and rapists walk free: 'How can you be pro-criminal!'

▸ Jason Kelce shouting down the mic, Travis stumbling over his words... and a hilarious story about castrating a bull! Flashback to the first EVER episode of New ...

▸ Michigan waitress is FIRED after receiving astonishing $10,000 tip on $32.43 bill and splitting it with her co-workers - as restaurant claims dismissal was a 'b...

▸ EXCLUSIVE: Travis Kelce lunches at his favorite Kansas City restaurant ahead of potential reunion with Taylor Swift in Australia after teasing he would 'venture...

▸ Britney Spears SMOKES while dancing in multiple racy outfits and says she is 'trying to lose weight' in a series of since-deleted videos

ADVERTISEMENT



**Prince Harry was photographed dressed in thermals and holding his crash helmet yesterday**

Peacemaker, a 27-year-old double amputee from Imo, Nigeria, made his skeleton debut immediately after Harry - despite never having seen snow or been on a bobsled before.

Speaking to DailyMail.com, Peacemaker said he was thrilled to be reunited with the couple after being introduced to them at Invictus Games in Düsseldorf, Germany, last year where he won a gold medal in powerlifting.

Now preparing to take part in the skeleton competition at the 2025 Games, despite only making his debut today, the double amputee said the sport had helped him come to terms with the injuries he sustained during a firefight with Boko Haram terrorists in November 2020.

**READ MORE** I was told to address Harry and Meghan as sir and ma'am: New Invictus boss reveals he had to brush up on his royal protocol ahead of Sussex arrival at Whistler

He said: 'At first I felt ashamed because of my injuries but then I was introduced to the Games and began with playing volleyball. Now I feel good, now I feel recovered.

'I am proud to be the first Invictus champion from Africa and I feel recharged. It totally changed my mindset.'

Certainly there could be no better place to try out the sport than at the track, which is part of the Whistler Blackcomb resort, a venue built specifically for the 2010 Winter Olympics which were also held in the town, and which boasts a bobsleigh, luge, and skeleton track.








▸ Olympic equestrian rider Shane Rose stood down over 'mankini' stunt, leaving his Paris hopes in tatters

▸ The BAFTAs 2024: Margot Robbie continues the Barbie theme in a figure-hugging pink gown as she joins glamorous Emily Blunt, Emma Stone and Florence Pugh on the ...

▸ Nazi flags are flown on steps outside Tennessee capitol building as locals are outraged over white supremacy march in Nashville

▸ Trisha Goddard, 66, reveals her breast cancer has returned and is incurable as she speaks out to free herself from 'burden' of keeping illness a secret

▸ Dua Lipa joins stylish Cara Delevingne, racy Rosie Huntington-Whiteley and Anya Taylor-Joy at star-studded Vogue BAFTAs afterparty

▸ LIVE BAFTA Awards 2024 LIVE: Barbie, Killers Of The Flower Moon and Saltburn FAIL to win a single prize while Oppenheimer sweeps the board

▸ Wills holds the fort without Kate: Prince William meets BAFTA stars backstage at glitzy awards - after apologising for his wife's absence

▸ BAFTAs 2024: Oppenheimer triumphs as Cillian Murphy, Robert Downey Jr and Christopher Nolan claim top honours

▸ EXCLUSIVE Playboy bunny reveals how she persuaded Justin Timberlake to strip down for a night of passion while he was dating Cameron Diaz

▸ Braless Alexa Chung wows in a netted gold dress as she joins her rumoured fiancé Tom Sturridge at the British Vogue x Tiffany & Co BAFTA after party

ADVERTISEMENT



**Harry achieved an impressive top speed of 61mph during his daring adventure yesterday**

+82
View gallery

**Meghan was wrapped up against the chill in a black padded jacket and a navy hat yesterday**

▶ The BAFTAs 2024
viewers fume as David
Beckham refers to
'soccer' instead of
'football' while
presenting gong: 'It's a
British awards show!'

▶ The BAFTAs 2024:
David Tennant praised
for debut hosting gig as
he kicks off show
holding Michael Sheen's
dog and sports THREE
daring looks: 'Let this
man host everything!'

▶ FKA Twigs leaves little
to the imagination in a
sheer cut-out top and
racy thigh-high split
skirt at star-studded
Vogue BAFTAs
afterparty

▶ Antiques Roadshow
guest stunned to
discover the HUGE
value of a broken watch
after finding it in a junk
shop
Unexpected

▶ Emily Blunt
showcases her toned
abs in a plunging white
bralette and figure-
hugging black maxi
skirt at Vogue BAFTAs
afterparty

▶ Florence Pugh puts on
a VERY leggy display in
a white lace gown as
she heads to the
BAFTAs afterparty after
Oppenheimer won
seven gongs

▶ The Voice UK reveal
new line-up after judges
Olly Murs and Anne-
Marie were axed amid
huge shake-up: 'This
marks an exciting new
change for the show'

▶ BAFTAs 2024: Matthew
Perry fans rage as
tragic Friends star is left
OUT of ceremony's
annual memoriam list:
'Omitting him stuck out
like a sore thumb'

▶ People's Choice
Awards 2024: Jennifer
Aniston, 55, shows off
her toned legs in a
strapless black
minidress and chic
sandal heels at event in
LA

▶ Rosamund Pike cuts a
kooky figure in a semi-
sheer embroidered co-
ord as she arrives at the
British Vogue x Tiffany
& Co BAFTA after party

ADVERTISEMENT

+82
View gallery

**Harry kept things casual in a black insulated Invictus Games-branded jacket yesterday**



+82
View gallery

**Harry looked in high spirits as he tried his hand at the sport, with wife Meghan yesterday**

+82
View gallery

**Harry visits the Whistler Sliding Centre during the event for the Invictus Games yesterday**



+82
View gallery

**The appearance comes after Harry hit back at criticism over the new Sussex.com website**



+82
View gallery

**After whizzing round the track for a second time, a beaming Harry made his way down the hill**

EXCLUSIVE **Is Michael Jackson too much of a cash cow to be cancelled? The King of Pop has a musical, a Cirque du Soleil show - and now a biopic**

▶ **Pirates of the Caribbean star Kevin McNally, 67, is arrested over domestic violence claims in Los Angeles before being released on £40,000 bail**

▶ **BAFTAs 2024: Rami Malek and Emma Corrin look totally smitten as they embrace inside the awards ceremony** The couple were inseparable on Sunday

▶ **Christine McGuinness rushes daughter Felicity, 7, to A&E - 24 hours after the model admitted there were days she 'wanted to disappear'**

▶ **Alec Baldwin and wife Hilaria celebrate 13th anniversary of their initial meeting at vegan restaurant in NYC: 'What a journey we have made'**

EXCLUSIVE **Taylor Swift Sydney: Every Aussie attending pop star's show is told to perform a heartwarming act** Her third Sydney show

▶ **Love Island's Arabella and Adam are dumped just a DAY before the final by their former co-stars in shock twist farewell**

▶ **Love Island viewers are left in stitches as host Maya Jama makes VERY lewd joke about dumped islanders Arabella Chi and Adam Maxted's relationship**

▶ **Idris Elba's model wife Sabrina showcases her sensational curves in white satin dress as stylish couple step out to Vogue BAFTAs afterparty**

▶ **BAFTAs 2024: Emma Stone suffers an awkward blunder as she prepares to accept her Best Actress award at star-studded ceremony**

ADVERTISEMENT

▶ **Jameela Jamil opts for a vampy look as she attends the British Vogue BAFTA afterparty in a glamorous black strapless gown**



+82
View gallery

**Harry appeared in great spirits after completing his attempt at the skeleton race yesterday**

However, the track - which is billed as the fastest in the world - is not for the faint of heart, featuring a staggering 485ft (148m) vertical drop and 16 curves, while the surrounding stadium has space for 12,000 spectators.

Described by the International Bobsleigh & Skeleton Federation (IBSF) as an 'adrenaline sport', skeleton racing was developed more than 100 years ago in Switzerland when amateur daredevils began racing down icy slopes on toboggan sleds.

Ultimately, the hobby grew so popular that it was added to the Winter Olympics line-up - and the daring athletes who now take part in the sport now reach a staggering top speed of more than 93 miles-per-hour - more than 30 miles faster than Harry managed during his attempts.

While the row over Sussex.com remains ongoing, it has failed to detract from their enjoyment of the Invictus Games training camp with both seen laughing and joking with competitors on day one which took place on Wednesday in sub-zero conditions on the slopes of Blackcomb Mountain.

There, Harry tried his hand at sit-ski – an adapted version of the sport designed for amputees – while Meghan smiled broadly as she met visually impaired athletes who were nonetheless prepared to take to the slopes in next year's competition.

EXCLUSIVE **READ MORE**

**Prince Harry and Meghan Markle share romantic Valentine's Day dinner at upscale Italian restaurant Il Caminetto after a day on the slopes in Whistler, Canada**



SEARCH THE
**LARGEST SELEC**
OF INVENTORY

**CLICK HERE**

ADVERTISEMENT

 

▸ Jeremy Renner appears at 2024 People's Choice Awards as first presenter of the night...one year after near-fatal snowplow accident: 'It feels good to be back!'

▸ Sydney Sweeney reunites with her Anyone But You leading man Glen Powell at the People's Choice Awards for Natasha Bedingfield sing-a-long

▸ Kristen Stewart reveals she's 'really happy' with THAT gender-bending Rolling Stone cover where she posed in jock strap Racy

▸ Rochelle Humes sends temperatures soaring in a skin-tight leather top and racy thigh-high slit skirt at Vogue BAFTAs afterparty

▸ Rosie Huntington-Whiteley turns heads in a racy black semi-sheer skirt and bodysuit as she attends the British Vogue x Tiffany & Co BAFTAs party

▸ Jennifer Aniston wins Best Drama TV star at the 2024 People's Choice Awards as Adam Sandler and Lenny Kravitz take home Icon awards

▸ 'Such a dramatic difference': Shoppers say this eye gel makes them 'look fresher and younger' targeting crow's feet in just FOUR weeks (proof is in the before and after photos!) SHOPPING

▸ Tom Hiddleston accepts the People's Choice Award for Loki as it wins Sci-Fi/Fantasy Show of the Year at ceremony in LA: 'I am so grateful for this great honor'

▸ BAFTAs 2024: Kate Beckinsale's stepfather Roy Battersby missed out of show's In Memoriam segment At the Royal Festival Hall in London on Sunday

▸ America Ferrera sports a stylish black and pink look while hitting the red carpet at the 2024 People's Choice Awards

▸ Jermain Defoe 'whisks away his girlfriend Alisha LeMay for a make-or-break holiday after rekindling their romance following cheating scandal'

▸ Strictly star Amanda Abbington swears

Meghan and Harry were joined at the track by a camera crew from Good Morning America



Meghan was bundled up in a chic black coat during the event in Whistler yesterday

at fiancé Jonathan Goodwin as they bicker at each other in Instagram video: 'Why don't you f*** off?'

REVEALED: The bag brand featured in Succession and The White Lotus - timeless totes, backpacks, and luggage to elevate your style
SHOPPING

Coronation Street's Bill Roache, 91, 'tries to sell property to cover his six-figure tax bill as he faces bankruptcy for the second time'
Hefty figure

Love Island All Stars: Tom FUMES after Luis votes to dump him and Molly after noticing she has 'another connection in the villa' - as ex contestants return

The BAFTAs 2024: Idris Elba dotes on his wife Sabrina as they pose for loved-up snap after she wowed in a plunging dress on the red carpet

EXCLUSIVE Phillip Schofield goes for walk with daughter Molly - as he's seen for the first time since it emerged he paid lover a six-figure sum

BAFTAs 2024: Ryan Gosling cheekily WINKS at his former co-star Emma Stone after she wins Best Actress for Poor Things
Supportive pal

Claire Foy stuns in a gorgeous white lace gown as she reunites with All Of Us Strangers co-star Andrew Scott at Vogue BAFTAs afterparty

ADVERTISEMENT

Robert Downey Jr.'s devoted wife of 18 years Susan joins him at BAFTAs red carpet... as his movie Oppenheimer wins big
Side by side

Sophie Ellis-Bextor dazzles in green sequinned mini dress as she joins husband Richard Jones at Vogue BAFTAs afterparty following performance

Ice Spice puts on a radiant display in a sheer orange ensemble as she poses up a storm on the red carpet at the People's Choice Awards

2/19/24, 1:50 AM
Case 1:23-cv-03773-CJN Document 36 Filed 02/20/24 Page 32 of 42
Prince Harry tells GMA he may return to the UK more as King Charles 'cancer' has a 'unifying effect' on them - as he reveal...

▶ Adam Sandler mistakenly thinks he was named People's SEXIEST Man Alive after Jennifer Aniston presents his award at 2024 People's Choice Awards

▶ Jeremy Clarkson slams girlfriend Lisa Hogan's choice of outdoor activity and begs her to stop so they can go to the pub as 'being drunk is better'

▶ Eleanor Tomlinson looks effortlessly chic in sleek black number as she poses up a storm for at the British Vogue x Tiffany & Co BAFTAs party

▶ Melissa Gorga, Margaret Josephs, and Dolores Catania make a stylish trio as the Real Housewives of New Jersey castmates arrive at People's Choice Awards

▶ Halle Bailey puts on a busty display in a plunging blue and green gown at the 2024 People's Choice Awards... weeks after giving birth to baby boy Halo

▶ Chrishell Stause unveils dramatic haircut while clad in sexy latex gown at the People's Choice Awards in LA

▶ Kandi Burruss glitters at People's Choice Awards where she's competing against Kim Kardashian for Reality TV Star Of The Year

ADVERTISEMENT

The Duke of Sussex enjoyed not one but two goes around the skeleton track yesterday

▶ BAFTAs 2024: Samantha Morton dedicates her British film academy fellowship to 'every child in care, or who has been in care and who didn't survive'

▶ Gwendoline Christie cuts a stylish figure in a baby pink trench coat and heels as she attends the Perfect Magazine signing in London

▶ People's Choice Awards 2024: Vanderpump Rules star Scheana Shay glows in green sequins while Katie Maloney sizzles in black animal print

▶ People's Choice Awards 2024: Kyle Richards reunites with sister Kathy Hilton despite their feud as they join Real Housewives of Beverly Hills co-stars

Mark Wahlberg jokes about not being asked to be in Dunkin' Donuts advert with fellow

The trip to the bobsled track comes after the pair kicked off their trip to Whistler yesterday

▶ Bootonians Ben
Affleck and Matt
Damon: 'I'm from the
wrong side of the
tracks'

▶ People's Choice
Awards 2024: Carmen
Electra looks fabulous
at 51 in iridescent
mermaid gown with
plunging neckline

▶ Taylor Swift shares
heartfelt personal
message to her
Melbourne fans after
performing for almost
300K people: 'That was
unforgettable'

▶ 'I'm a blubbery mess':
Emotional Radio 2
listeners break down in
tears during first Steve
Wright's Sunday Love
Songs since the
legendary DJ's death

▶ Inside Michael J. Fox's
battle with Parkinson's:
How Back To The Future
legend kept his
diagnosis secret before
turning it into a
documentary

▶ BAFTAs 2024:
Emotional Emma Stone
dedicates her Best
Actress award to her
mother Krista after
winning top accolade
for Poor Things

**Harry and Meghan visited an Italian restaurant in Whistler for a Valentine's Day dinner**

Later, the couple met First Nations youth ambassadors representing the native Canadian tribes on whose land the Games are taking place.

The duo privately toured the Squamish Lil'wat Cultural Center in Whistler where they were shown around by Chief Nelson and Wilson Williams and met artists who created the new Invictus Games logo for the event.

In a statement, Harry and Meghan said: 'The evening and presentation were extremely meaningful.

ADVERTISEMENT

EXCLUSIVE  Kelly
Brook's day on a plate:
Model, 44, reveals the
secret to her two stone
weight loss (and how
husband Jeremy Parisi,
38, helps out)

▶ Simu Liu steps out in
three fashionable suits
while hosting the 2024
People's Choice Awards
in Los Angeles

**Yesterday, the Sussexes did not look phased as they took part in activities at the Invictus Games Vancouver Whistlers One Year To Go Winter Training Camp, while being followed around by a camera crew**

▶ Billie Eilish takes
home TV Performance
of the Year award for
her role as a cult leader
in Swarm at People's
Choice Awards 2024

▶ 'Home Improvement'
star Zachery Ty Bryan,
42, is arrested for a DUI
in California after his
car is 'involved in
collision:' Actor posts
$50K bond

▶ Taylor Swift leaves two
Australian women
stunned after giving
them a handwritten note
and inviting them to
watch her show from
the VIP tent

Dancing On Ice 2024:
Holly Willoughby stuns
in a plunging red gown

as she gets set for presenting duties
The presenter was back in action on Sunday

BAFTAS 2024: Cillian Murphy pays a heartfelt tribute to his wife and sons as he accepts Best Actor Award at the star-studded ceremony: 'You are my best friends!'

Why Taylor Swift won't be meeting any Aussie fans or go sightseeing while touring the country: 'They cannot risk it'
Not happening

People's Choice Awards 2024: Lenny Kravitz performs an electrifying medley of his greatest hits and is honored with the Music Icon Award

Megan Thee Stallion puts on a cheeky display in tiny pink velvet shorts and crop top while at her birthday bash

ADVERTISEMENT

+82
View gallery

The ABC crew was closely following the Sussexes, interviewing Harry for ten minutes after his first bobsledding adventure, before he set off for a second go around the track

+82
View gallery

Harry tried his hand at sit-ski – an adapted version of the sport designed for amputees – while Meghan smiled broadly as she met visually impaired athletes who were nonetheless prepared to take to the slopes in next year's competition

People's Choice Awards 2024: Lucy Hale is ravishing in red as she models strapless silk gown with elegant train
Lucy Hale commanded attention at the 49th annual People's Choice Awards in Santa Monica, California. She looked incredible in a bright red frock as she arrived at the Barker Hangar.

People's Choice Awards 2024: Jersey Shore's Jenni 'JWoww' Farley is svelte in a black dress as she joins Mike 'The Situation' Sorrentino at event

Taylor Swift fan's 'disgusting' and 'delusional' move after attending Eras Tour in Melbourne
The superstar took to the stage on Friday

Dancing On Ice RESULTS: Ricky Norwood is the next star to be eliminated after facing the skate-off alongside Amber Davies

Jessie James Decker gives birth to a baby boy! Singer proudly shares pictures of fourth child with husband Eric Decker and reveals his name

John Travolta is 70! Longtime friend Jamie Lee Curtis praises Grease star in touching

▸ Instagram post as actor celebrates his birthday
Milestone

▸ Michael Sheen is embroiled in BBC bias row over his new show The Way about a violent workers' uprising
Depicts an authoritarian government crackdown

▸ Love Island fans fume as ex All Stars cast save 'fake couple' Georgia Harrison and Anton Danyluk in shock dumping: 'What a waste of votes!'

▸ America Ferrera was so starstruck meeting Leonardo DiCaprio for the first time she 'started weeping'
The actress wasleft stunned

▸ BAFTAs 2024: Sophie Ellis-Bextor delivers a show-stopping performance of her hit Murder On The Dancefloor
Mesmerising

ADVERTISEMENT

+82
View gallery

Harry said: 'It's proving to people that this is possible no matter what your disability is'

+82
View gallery

Harry said: 'You would not believe the number of people that have signed up to throw themselves head first on a tray down an ice luge'

+82
View gallery

Certainly there could be no better place to try out the sport than at the track, which is part of the Whistler Blackcomb resort, a venue built specifically for the 2010 Winter Olympics which were also held in the town, and which boasts a bobsleigh, luge, and skeleton track

Meghan - who accessorized her phone with a $250 case from Bottega Veneta - was not the
only videographer on hand to capture every moment of the Duke's whistle-top trip around the
bobsled track

While the row over Sussex.com remains ongoing, it has failed to detract from their enjoyment
of the Invictus Games training camp with both seen laughing and joking with competitors on
day one which took place on Wednesday in sub-zero conditions

The couple were both on chipper form as they made their entrance to the venue, with a
beaming Harry whizzing past on his bobsled and Meghan quipping 'I can hear him' as his sled
set off and filming him on her phone as he flashed past

Described by the International Bobsleigh & Skeleton Federation (IBSF) as an 'adrenaline sport', skeleton racing was developed more than 100 years ago in Switzerland when amateur daredevils began racing down icy slopes on toboggan sleds



Meghan watched on with pride as her husband completed his two runs - although she took some time to warm up in the back of the couple's Ford Expedition SUV while Harry took some time out from the track to chat with the GMA crew

+82
View gallery

**Ultimately, skeleton racing grew so popular that it was added to the Winter Olympics line-up - and the daring athletes who now take part in the sport now reach a top speed of more than 93 miles-per-hour - more than 30 miles faster than Harry managed during his attempts**

+82
View gallery

After the meet and greet, the couple met First Nations youth ambassadors representing the native Canadian tribes on whose land the Games are taking place

+82
View gallery

The pair, who have been staying in Whistler, are due to head back to Vancouver ahead of an event in the City of Glass today where Harry is due to make a speech

+82
View gallery

The track is not for the faint of heart, featuring a staggering 485ft (148m) vertical drop and 16 curves, while the surrounding stadium has space for 12,000 spectators

+82
View gallery

After the high-speed arrival, to the sound of Invictus branded cowbells waved by onlookers, came a meet and greet with athletes preparing to perform at the event next year on a platform overlooking the track

2/19/24, 1:50 AM    Prince Harry tells US TV show 'I love my family' and he hopes King Charles' cancer has a 'reunifying effect' on them - as he reveal…

Case 1:23-cv-01198-CJN    Document 36-5    Filed 02/20/24    Page 40 of 42



+82
View gallery

**After the City of Glass event, the couple are expected to head home to Montecito, California, where they will be reunited with their children Archie, four, and Lilibet, two**

'IG2025 and the couple could not be more proud to share the artists' piece with the world. The couple recognizes the significance of the First Nation communities welcoming the Invictus Games onto their sacred land and are thankful for their warmth and hospitality.'

The pair, who have been staying in Whistler, are due to head back to Vancouver ahead of an event in the City of Glass today where Harry is due to make a speech.

After that, the couple are expected to head home to Montecito, California, where they will be reunited with their children Archie, four, and Lilibet, two.

BAFTAs    Archie Harrison Mountbatten-Windsor

Share or comment on this article: Prince Harry tells US TV show 'I love my family' and he hopes King Charles' cancer has a 'reunifying effect' on them - as he reveals he is 'considering' becoming an American citizen

**612**
shares

Add comment

Sponsored

Princess Anne visits Nottingham as King receives treatment

Recommended by Outbrain


**A first look at the quip x Shantell Martin arty electric toothbrushes**
Mail Online


**I was told to address Harry and Meghan as sir and ma'am:**
News


**New York teacher, 37, resigns after bathroom tryst with…**
News





**A LEGO Fest Is Coming To Landover, MD, Fun For All Ages!**
Awesome Family Events | Sponsored

**Walk on the Wild Side of Williamsburg, Virigina**
Visit Williamsburg | Sponsored

**Comments 2821**
Share what you think

Add your comment

| Newest | Oldest | Best rated | Worst rated |
|---|---|---|---|

View all

The comments below have not been moderated.



2/19/24, 1:50 AM

Case 1:23-cv-05198-Clv Document 36-s King loiarue 2/20/24 has a Page 42 eftx42 them - as he reveal...



Loading...

View all

The views expressed in the contents above are those of our users and do not necessarily reflect the views of MailOnline.

**Add your comment**

Enter your comment

By posting your comment you agree to our house rules.

Clear | Submit Comment

Back to top

Home | Showbiz | Femail | Royals | Health | Wellness | Science | Sports | Politics | Money | U.K. | Video | Travel | Puzzles | Shop

Sitemap | Archive | Video Archive | Authors | Topics Index | Mobile Apps | Screensaver | RSS | Text-based site | Reader Prints | Our Papers | Top of page
Daily Mail | Mail on Sunday | This is Money
Metro | Jobsite | Mail Travel | Zoopla.co.uk | Prime Location

Published by Associated Newspapers Ltd
Part of the Daily Mail, The Mail on Sunday & Metro Media Group

dmg media

Contact us | How to complain | Leadership Team | Advertise with us | Contributors | Work with Us | Terms | Do not sell or share my personal information | CA Privacy Notice | About MailOnline | Privacy policy & cookies