# Fourth Dewey Decl.
# Exhibit 2

**ENTERTAINMENT**

**EXCLUSIVE**

- Facebook
- Twitter
- Flipboard
-
- Email
- Copy
-
- 540 Comments

# Royal family 'not thrilled' over Prince Harry's 'GMA' interview about King Charles' health: ex-butler

By
Social Links forNika Shakhnazarova
Published Feb. 16, 2024, 9:36 a.m. ET

0 seconds of 15 secondsVolume 0%

00:00

The royal family is "not thrilled" over Prince Harry's decision to dish on King Charles' ailing health in an interview with "Good Morning America" Friday, according to the King's former butler.

The Duke of Sussex, 39, loves his family and is "grateful" that he was able to visit his estranged father, he said in a chat with host Will Reeve.

But according to Grant Harrold, who worked for King Charles for seven years when he was the Prince of Wales, the duke's relatives "won't be over the moon" about his revelations.



**5**

Prince Harry opened up about visiting his father, King Charles, in London in a new interview on "Good Morning America."GMA/ABC

"If Harry is going into great discussion about anything, it's possible that the royals won't be over the moon," Harrold exclusively told The Post.

"I have no idea why Harry feels the need to speak out, that's what I don't understand. Let's say if it does annoy the royal family, then Harry doing that is only going to annoy them more."

## EXPLORE MORE



**Prince Philip would 'turn in his grave' if he knew Harry and Meghan Markle didn't give kids his last name**



**Meghan Markle left Kate Middleton with 'few people to confide in' when she quit royal family: expert**



**[Matt Smith reveals Prince Harry called him 'grandad' after watching 'The Crown'](#)**

Harrold continued, "Playing devil's advocate, Harry could have asked his family if they were happy for him to speak about it publicly, but I don't see, and from my own experiences with the household, I don't see that having happened."

"I don't think William and the king will be thrilled about Harry's interview. Even though the king has already shared some information on his diagnosis, he is very private," he added.

In his interview on the ABC show, Harry agreed that health woes often have a "reunifying effect" on families, which he hinted could be the case for him and his relatives.

"I think any illness, any sickness brings families together," the father of two said Friday. "Look, I love my family. The fact that I was able to get on a plane and go and see him and spend any time with him, I'm grateful for that."



<u>5</u>

The Duke of Sussex, 39, said he loves his family and revealed that he's considered becoming a US citizen.James Whatling / MEGA

**4th Dewey Decl.  Ex. 2 at 006**



**5**

The king's former butler says Harry's relatives "won't be over the moon" about his revelations.AP

Elsewhere, he revealed that he's considered becoming an official US citizen since settling into the California lifestyle after quitting royal life in 2020.

When asked what's stopping him, Harry said, "I have no idea. I'm here doing this … The thought has crossed my mind, but not a high priority right now."

Should Harry decide to become a US citizen, he would be compelled to renounce his royal title.



**5**
The monarch shared news of his cancer diagnosis on Feb. 5, but did not reveal which type of cancer he is battling.ZUMAPRESS.com

Harrold added that if the duke's "GMA" interview was not approved by Buckingham Palace ahead of time, there could be serious consequences.

"If Harry is talking and it's not approved and he's just done it off his own back — I must admit it does look like that, then, the way the royal family work, they will just close doors," he tells us.



**5**

Harrold added that if the duke's "GMA" interview was not approved by the palace, there could be serious consequences.GMA/ABC

540

**What do you think? Post a comment.**

"They'll close ranks, they'll close doors, bring up the drawbridge and Harry will get less and less communication from them."

"That's what we could see with Harry, where he doesn't get to see or speak to his family because if he does, it'll just become a news story."

The Post has reached out to Buckingham Palace for comment.

**SHARE THIS ARTICLE:**

- Facebook
- Twitter
- Flipboard
-
- Email
- Copy
-
- 540

**FILED UNDER**

- **EXCLUSIVE**

- **GOOD MORNING AMERICA**

- **KING CHARLES III**

- **MEGHAN MARKLE**

- **PRINCE HARRY**

- **ROYAL FAMILY**

- **ROYALS**

- **2/16/24**

U.K. ROYALS

## Prince Harry says he has considered becoming an American citizen

"It's a thought that has crossed my mind but it's not a high priority for me right now," the Duke of Sussex said in a new interview.



— Prince Harry in Whistler, Canada, on Thursday.  Dutch Press Photo

Feb. 16, 2024, 8:58 AM EST

**By Patrick Smith**

LONDON – Prince Harry has revealed he has considered becoming an American citizen, four years after he and his wife, Meghan, the Duchess of Sussex, announced they would end their royal duties and move to California.

Speaking at the site of next year's Invictus Games in Whistler, Canada, the Duke of Sussex was asked about his life in the United States and whether he could apply to become a citizen.

"I have considered it, yeah," he said on ABC's "Good Morning America" on Friday. Asked what might stop him applying, he said: "I have no idea."

"It's a thought that has crossed my mind but it's not a high priority for me right now," he added.

**4th Dewey Decl. Ex. 2 at 011**

Harry was speaking weeks after his father, Britain's King Charles III, received a cancer diagnosis. The prince said he heard the news from the king himself and then flew straight to London.

"I love my family, the fact I could jump on a plane and see him and spend any time with him – I'm grateful for that," he said.

Harry would not comment on the king's condition. "That stays between me and him," he said.



**Good Morning America** ✅ ☑️
@GMA · **Follow**

EXCLUSIVE: Prince Harry to @ReeveWill on visiting King Charles after cancer diagnosis: "I love my family. The fact that I was able to get on a plane and go see and spend anytime with him, I'm grateful for that." gma.abc/3whA4c2

*Watch on X*

7:41 AM · Feb 16, 2024                                                    ⓘ

❤️ **1.1K**        💬 **Reply**        ⬆️ **Share**

**Read 343 replies**

Charles was diagnosed with a so-far unspecified form of cancer, which was detected by doctors when he went to a private hospital in London for a routine procedure to treat an enlarged prostate.

The news of his illness came eight months after Charles was crowned in Westminster Abbey, following the death of his mother, Queen Elizabeth II, in 2022.

**Recommended**

---



U.S. NEWS
**Massachusetts man charged in wife's murder sentenced for fake Warhol art**

---



WAR IN UKRAINE
**Russia detains Los Angeles ballerina on suspicion of treason**

---

**4th Dewey Decl. Ex. 2 at 012**

2/20/24, 9:46 PM
Case 1:23-cv-01198-CJN   Document 36-2   Filed 03/20/24   Page 14 of 84
Prince Harry says he has considered becoming an American citizen

Harry has had a famously strained relationship with his father and his elder brother, Prince William, for several years. He flew back to Britain earlier this month to briefly visit the king after his diagnosis, but there have been no reports of a reconciliation with William, the heir to the throne.

Asked whether he found it hard to be away from his family in London, Harry said he would see them as much as he could but added: "I have my own family."

The royal family was the source of pointed criticism in Harry's best-selling book, "Spare," last year.

The British media has long obsessed over Meghan and the couple's decision to quit as front-line royals and move to the U.S. Harry's determination to tame the tabloid press has left him at odds with his family.

Harry, 39, has been promoting the Invictus Games, which he founded for wounded, injured or sick service personnel and veterans after he served in Afghanistan.

He was in Whistler to visit the site for next year's event.

---



Patrick Smith

Patrick Smith is a London-based editor and reporter for NBC News Digital.

---

**Sponsored Stories**                                                                                    by Taboola

| Learn more |

® Diamond Preferred®

8.00 - BROOKS BROTHERS

oks Brothers Men's Ribbed Cotton Shawl Collar Cardigan | Navy | Size Medium

.99 - BROOKS BROTHERS

oks Brothers Men's Cotton Flannel Holiday Henry Lounge Pants | Navy | Size XL

SOME FAMILY EVENTS                                                                              | Learn More |

't Miss the Epic LEGO Fest in Landover, MD!

---



**4th Dewey Decl.  Ex. 2 at 013**

2/20/24, 9:46 PM

SPONSORED / XFINITY

**Move with Xfinity**

Your new home deserves the best internet. The Xfinity 10G Network can power a house full of devices. Future-proof your new home with Xfinity.

Learn more

SPONSORED / SCULLY & SCULLY

**18k Gold Pug Pin**

Pugs have been highly prized in China for over 2,000 years, with Emperors even assigning them guards. The breed traveled to Europe in the 16th century and quickly became favored by royalty. Handcrafted of 18k gold with ruby eyes and pave diamond collar (.05 to .08 tcw). Handmade in …

Go !

SPONSORED / VLP LAW GROUP LLP

**Join our growing firm.**

The flexibility of working from home - always.

Apply

SPONSORED / BLOCKADVISORS

**Revolutionize Taxes, Amplify Realty Gains.**

Expertise tailored for realty tax success. Elevate your game.

Learn more

SPONSORED / SCULLY & SCULLY

**18k Gold Blue Topaz Earrings, Clips**

Gorgeous blue topaz are skillfully handcut and faceted to brilliant effect, prong-set in 18k yellow gold. The faux-bamboo border is richly textured by hand, creating a Chinoiserie style finish. Handmade in America.  Measures ½" square.

Go !

SPONSORED / $598.00 - BROOKS BROTHERS

**Brooks Brothers Men's 3-Ply Cashmere Cardigan Sweater | British Blue | Size Medium**



ABOUT

CONTACT

HELP

CAREERS

PRIVACY POLICY

YOUR PRIVACY CHOICES

CA NOTICE

TERMS OF SERVICE (UPDATED JULY 7, 2023)

NBC NEWS SITEMAP

CLOSED CAPTIONING

ADVERTISE

SELECT SHOPPING

SELECT PERSONAL FINANCE

© 2024 NBC UNIVERSAL

**4th Dewey Decl.  Ex. 2 at 014**



**Galaxy AI is here**

Make life a lot easier — and a lot more fun — with Galaxy AI on the

IN THE KNOW

## Prince Harry says he's 'considered' becoming an American citizen

BY JUDY KURTZ - 02/16/24 10:19 AM ET

Share          Tweet          • • •      More



AP Photo/Ted Shaffrey

*Prince Harry and Meghan Markle, the Duke and Duchess of Sussex, were in New York City to accept the Robert F. Kennedy Ripple of Hope Award on Dec. 6, 2022.*

Prince Harry says becoming an American citizen is "something that's crossed my mind."

"I have considered it, yeah," Harry said in an interview Friday on ABC's "Good Morning America," when correspondent Will Reeve asked whether he had thought about applying for citizenship since relocating to the U.S.

ADVERTISEMENT

**4th Dewey Decl.  Ex. 2 at 016**

Case 1:23-cv-01198-CJN   Document 36-2   Filed 02/20/24   Page 18 of 84

The 39-year-old father of two and his wife, Meghan, the Duchess of Sussex, stepped down as full-time working members of Britain's royal family in 2020 and moved to California.

While Harry said he loves "every single day" of living in the United States, he appeared ruffled by a question about whether he felt American.

ADVERTISING



Learn more

"Do I feel American?" Harry — speaking in British Columbia at the site of next year's Invictus Games, the competition he founded in 2014 — said after a pause. "No," he said. "I don't know how I feel."

Harry also spoke publicly for the first time about his father's cancer diagnosis. Buckingham Palace announced earlier this month that King Charles III was diagnosed with an undisclosed form of cancer.

When he learned of his 75-year-old father's diagnosis, Harry said, "I jumped on a plane and went to go see him as soon as I could."

ADVERTISEMENT

"Look, I love my family," Harry said. "The fact that I was able to get on a plane and go and see him, and spend any time with him, I'm grateful for that."

**TAGS**   **MEGHAN**

✕

4th Dewey Decl.  Ex. 2 at 017

**Brooks Brothers Men's Ribbed Cotton Shawl Collar Cardigan | Navy | Size Medium**
$198.00 - Brooks Brothers | Sponsored

**Monica Lewinsky Leaves Behind A Fortune That Makes Her Family Cry**
Joy Delivery US | Sponsored

**Brooks Brothers Men's Cotton Flannel Holiday Henry Lounge Pants | Navy | Size XL**
$39.99 - Brooks Brothers | Sponsored

**Brooks Brothers Men's 3-Ply Cashmere Cardigan Sweater | British Blue | Size Medium**
$598.00 - Brooks Brothers | Sponsored

**Taylor Swift's Ridiculous Demands On Tour**
investing.com | Sponsored

**Taylor Swift's Actual Height And Weight MIight Surprise You**
Celebrity HQ | Sponsored

**The AI Revolution Is About To Rock The Stock Market**
Motley Fool | Sponsored

**"Where We Belong" by Madeline Sayet at Folger Theatre Feb 15 - Mar 10**
Folger Shakespeare Library | Sponsored

**Doctor: Throat Phlegm? Your Body Is Trying To Tell You Something**
SaneSolution | Sponsored     Learn More

**Bridget Fonda, 59, Shows Off Her Perfect Figure In A New Photo**
Old Money Style | Sponsored

**Game shows what the world without US military interventions would look like**
Grand Historic Strategy Simulation | Sponsored     Play Now

**Everybody Wanted To Date Her In The 80's & This Is Her Recently**
Sweet Penny Stocks | Sponsored

**The Alaskan Sea Claimed Another Captain**
Fame 1st | Sponsored

**Millionaire Laughs At Poor Family In Restaurant, Then Waitress Hands Him An Unbelievable Note On The Bill**
investing.com | Sponsored

✕

**4th Dewey Decl. Ex. 2 at 018**

**Why do flight attendants wear short skirts?**

**Cinema 1st** | Sponsored

**More In The Know News**



**Beyoncé earns No. 1 on Billboard country radio chart**

IN THE KNOW / 6 HOURS AGO



**Trump marks death of Kid Rock's father**

IN THE KNOW / 7 HOURS AGO



**Beyoncé announces $500K in grants for salons and cosmetology school scholarships**

IN THE KNOW / 8 HOURS AGO



**Prince William says 'too many have been killed' in Israel-Hamas war**

IN THE KNOW / 9 HOURS AGO

See All

**Video/Hill.TV**

×

2/20/24, 9:46 PM
Case 1:23-cv-01198-CJN Document 36-2 Filed 02/20/24 Page 21 of 84
Prince Harry, American citizen - Rising with Robby Soave and Briahna Joy Gray - The Hill



**Rising: February 20, 2024**

RISING / 9 HOURS AGO



**Rising: February 19, 2024**

RISING / 1 DAY AGO

4th Dewey Decl. Ex. 2 at 020



**Rising: February 16, 2024**

**RISING** / 4 DAYS AGO

See all Hill.TV

See all Video

Top Stories



**5 questions that reverberate from Trump's civil fraud trial**

✕

4th Dewey Decl. Ex. 2 at 021

2/20/24, 9:46 PM    Prince Harry could file to become 'naturalized' US citizen if Prince Charles becomes an emigrant than Trump

Case 1:23-cv-01198-CJN Document 36-2 Filed 02/20/24 Page 23 of 84



-42%

-53%

-59%                    -60%

**Most Popular**

1    **5 questions that reverberate from Trump's civil fraud trial**

×

**4th Dewey Decl. Ex. 2 at 022**

2/20/24, 9:46 PM
Case 1:23-cv-01198-CJN Document 36-2 Filed 02/20/24 Page 24 of 84
Prince Harry could not be considered for being a U.S. citizen an image, of 84

4  **Nate Silver urges Biden: Reassure voters or 'stand down'**

5  **Largest multicountry COVID study links vaccines to potential adverse effects**

**What Do You Think?**                                                    ⋮

**Do you personally believe President Biden should or should not end his presidential reelection campaign to allow a new candidate to run for the Democrats in 2024?**

◯  Definitely should

◯  Possibly should

◯  Possibly should not

◯  Definitely should not

◯  Other / No opinion

* By clicking "NEXT" you agree to the following: We use cookies to collect your survey answers for market research and tailored advertising. If you would like to continue with this survey, please read and agree to the CivicScience Privacy Policy and Terms of Service

NEXT *



Prince Harry could likely become a 'naturalized' citizen if he wanted, an expert...



**Galaxy AI is here**

Make life a lot easier — and a lot more fun — with Galaxy AI on the

**DON'T MISS A BRIEF.**
**SIGN UP FOR OUR DAILY EMAIL.**

Your Email

Send



**Resources**

THE HILL APPS

PEOPLE

RSS

**Other Areas**

GALLERIES

THE HILL JOBS

NATIONAL JOBS

**Contributors**

SUBMIT OPINION CONTENT

✕

**Follow Us On**

**Get the App**

SUBSCRIPTIONS

PRIVACY POLICY

TERMS & CONDITIONS

CONTACT

ADVERTISE

SUBSCRIBE TO PUSH NOTIFICATIONS

NEWSNATION

BESTREVIEWS

NEXSTAR DIGITAL

JOURNALISTIC INTEGRITY

DO NOT SELL OR SHARE MY PERSONAL INFORMATION

THE HILL 1625 K STREET, NW SUITE 900 WASHINGTON DC 20006 | 202-628-8500 TEL | 202-628-8503 FAX

© 1998 - 2024 NEXSTAR MEDIA INC. | ALL RIGHTS RESERVED.

**4th Dewey Decl. Ex. 2 at 025**

# Divisive prince shows no respect for Royal Family

Express (UK)

**Search Details**

| | |
|---|---|
| Search Query: | adv: "prince harry" and citizen |
| Jurisdiction: | FE |

**Delivery Details**

| | |
|---|---|
| Date: | February 20, 2024 at 8:08 PM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

WESTLAW   © 2024 Thomson Reuters. No claim to original U.S. Government Works.

4th Dewey Decl.  Ex. 2 at 026

**News**Room

2/20/24 Express (UK) 44

Express (UK)
Copyright © 2024 Daily Express

February 20, 2024

Section: News

Divisive prince shows no respect for Royal Family

Letters

I'M MORE bewildered than ever by **Prince Harry's** statements ("'I love my family' **Prince Harry** hopes King's illness will help heal rift", February 17). It's a rift he created. He should be ashamed of himself.

No son should ever treat their father this way. Now he is thinking of becoming an American **citizen**. As far as I am concerned he can go tomorrow and have his British passport taken from him.

David Mitchell, Lytchett Matravers, Dorset

---- **Index References** ----

News Subject: (Health & Family (1HE30))

Language: EN

Edition: 01

Word Count: 75

**End of Document**

© 2024 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

4th Dewey Decl. Ex. 2 at 027   1

# Prince Harry risks losing his Royal titles in effort to become a US citizen, says lawyer

By, Jessica Gibb |      Daily Mirror Online (UK)

**Search Details**

| | |
|---|---|
| Search Query: | adv: "prince harry" and citizen |
| Jurisdiction: | FE |

**Delivery Details**

| | |
|---|---|
| Date: | February 20, 2024 at 8:08 PM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

WESTLAW   © 2024 Thomson Reuters. No claim to original U.S. Government Works.

4th Dewey Decl.  Ex. 2 at 028

**News**Room

2/20/24 Daily Mirror Online (U.K.) (No Page)

Daily Mirror Online (UK)
Copyright (c) 2024 Mirror.co.uk

February 20, 2024

**Prince Harry** risks losing his Royal titles in effort to become a US **citizen**, says lawyer
**Prince Harry** admitted that he was considering becoming an American **citizen**
but if the Duke of Sussex wants to keep his Royal titles, he may face a ...

By, Jessica Gibb

**Prince Harry** admitted that he was considering becoming an American **citizen** but if the Duke of Sussex wants to keep his Royal titles, he may face a court battle that would likely go all the way to the U.S. Supreme Court

**Prince Harry** could lose his royal titles if he wants to become an American **citizen**, a leading family lawyer tells The Mirror.

Harry said in a bombshell interview with Good Morning America last week that he had considered becoming an American **citizen**. The Duke of Sussex moved to Montecito, California, with Meghan Markle after stepping down from the Royal Family in 2020.

But Harry could face more obstacles before becoming a bonafide American as the law states he would have to give up his royal titles and renounce his allegiance to any "foreign prince" to get a green card. Giving up allegiance to his father King Charles would certainly ruffle feathers amid his attempts to reconcile with the royal family after King Charles' cancer diagnosis.

The law does not apply to Americans which is how **Prince Harry's** children Prince Archie and Princess Lilibet are allowed their titles -and how actress Grace Kelly became Princess of Monaco in the 1950s. But if Harry wants to keep his 'Prince' title, he may face a court battle, Alphonse Provinziano of U.S. law firm Provinziano & Associates tells The Mirror.

"Instead of renouncing his title, **Prince Harry** could instead challenge the law as a violation of the equal protection clause of the 14th Amendment since it treats him differently from native-born Americans," Provinziano, who practices international law and has worked on several high-profile cases tells us. "Because this is such an unsettled area of the law, it would likely go all the way to the U.S. Supreme Court. Alternatively, **Prince Harry** could ask Congress to pass a private law permitting him to retain his title, but this would be asking for special treatment, and he may not want to do that."

For all the latest on news, politics, sports, and showbiz from the USA, go to The Mirror US.

There have been plenty of questions surrounding Harry's potential US citizenship after he admitted to taking drugs in his memoir Spare. His revelations led to calls for his visa application to be released, so the American taxpayer could understand whether he declared his drug use.

WESTLAW   © 2024 Thomson Reuters. No claim to original U.S. Government Works.   1

4th Dewey Decl. Ex. 2 at 029

Writing in his memoir, Harry revealed he had dabbled with marijuana, magic mushrooms, ayahuasca, and cocaine to try and deal with the death of his mum, Princess Diana. There was speculation that the Duke of Sussex, who resides in California with his family, could be denied US citizenship if he ever applied, as the variety of drugs he admitted to taking are banned or under strict control.

Despite calls for his visa application to be released, US government lawyers determined it should not be disclosed because it is "private personal information". Harry's references to taking drugs prompted a conservative Washington DC think tank to question why he was allowed into the States in 2020.

The Heritage Foundation brought the lawsuit against the Department for Homeland Security DHS after a Freedom of Information Act request was rejected -claiming it was of "immense public interest". In response to the think tank's submissions that Harry's US visa application should be released, lawyers on behalf of DHS said the Heritage Foundation "have not demonstrated possible government misconduct or any other public interest that would overcome **Prince Harry's** privacy interest in these records".

The DHS also said despite the Duke being a "public official" in the UK, he is "not a public official in the United States". Their submissions to the court said DHS had "provided the maximum amount of information that it can provide regarding the records it possesses" without revealing Harry's immigration status.

The Heritage Foundation's lawsuit argues that US law "generally renders such a person inadmissible for entry" to the country. In the DHS's response to the legal claim, they said: "Much like health, financial, or employment information, a person's immigration information is private personal information.

"If the court accepts Plaintiffs' arguments, the Government would need to reveal confidential immigration information about **Prince Harry**, a result the court should not adopt." The submissions made by lawyer John Bardo on behalf of DHS also said no "publicly available information, shows that **Prince Harry** was ever convicted for a drug-related offence." Mr Bardo added that any suggestion from the Heritage Foundation of wrongdoing on behalf of the US Government was "purely speculative".


---- Index References ----

Company: Provinziano & Associates

News Subject: (Foundations (1FO95); Immigration & Naturalization (1IM88); Judicial Cases & Rulings (1JU36); Legal (1LE33); Philanthropy (1PH09); Social Issues (1SO05))


Region: (Americas (1AM92))

Language: EN

Other Indexing: (Provinziano & Associates) (Prince Harry)

Word Count: 755

End of Document                    © 2024 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

4th Dewey Decl. Ex. 2 at 030

# Duke of Sussex facing battle in court over US visa application

Daily Mail Reporter |       Daily Mail (UK)

**Search Details**

| | |
|---|---|
| Search Query: | adv: "prince harry" and citizen |
| Jurisdiction: | FE |

**Delivery Details**

| | |
|---|---|
| Date: | February 20, 2024 at 8:08 PM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |
| Status Icons: | |

4th Dewey Decl.  Ex. 2 at 031

**News**Room

2/19/24 Daily Mail 9

Daily Mail (UK)

Copyright © 2024 Associated Newspapers Company

February 19, 2024

Section: News

Duke of Sussex facing battle in court over US visa application

Daily Mail Reporter

**PRINCE Harry** is facing a court battle over his US visa application this week - just days after revealing he has considered becoming an American **citizen**.

A lawsuit, brought by US think-tank The Heritage Foundation, is seeking to force the Department of Homeland Security to make public the Duke of Sussex's immigration records to show whether he disclosed his drug use on his US visa application. The hearing is on Friday in Washington DC.

Anyone applying for a visa to live and work in the US must answer 'yes' or 'no' to the question: 'Are you or have you ever been a drug abuser or addict?' Harry has publicly admitted using drugs in the past.

An immigration lawyer based in Los Angeles said: 'If he didn't tick the 'yes' box then his visa will be reviewed and... could be revoked. If he is thinking of applying for citizenship, [this] would be a disaster.'

On Friday, Harry told Good Morning America's Will Reeve that he had thought about becoming a US **citizen** but it was not a 'high priority' for him at the moment.

---- Index References ----

News Subject: (Immigration & Naturalization (1IM88); Social Issues (1SO05))

Industry: (Homeland Security (1HO11); Security (1SE29))

Language: EN

Edition: 01

Word Count: 184

End of Document                                                                © 2024 Thomson Reuters. No claim to original U.S. Government Works.

WESTLAW   © 2024 Thomson Reuters. No claim to original U.S. Government Works.

4th Dewey Decl. Ex. 2 at 032   1

Duke of Sussex facing battle in court over US visa application

**News**Room

4th Dewey Decl.  Ex. 2 at 033   2

# Prince Harry facing US court battle over visa

Mail Foreign Service |      Irish Daily Mail

**Search Details**

Search Query:       adv: "prince harry" and citizen
Jurisdiction:       FE

**Delivery Details**

Date:               February 20, 2024 at 8:08 PM
Delivered By:       Samuel Dewey
Client ID:          SED

4th Dewey Decl.  Ex. 2 at 034

**News**Room

2/19/24 Irish Daily Mail 19

Irish Daily Mail
Copyright © 2024 Associated Newspapers Company

February 19, 2024

Section: News

## Prince Harry facing US court battle over visa

Mail Foreign Service

PRINCE Harry is facing a court battle over his US visa application this week - just days after revealing he has considered becoming an American citizen.

A lawsuit, brought by US thinktank The Heritage Foundation, is seeking to force the Department of Homeland Security to make public the British royal's immigration records to show whether he disclosed his drug use on his US visa application. The hearing is on Friday in Washington DC.

Anyone applying for a visa to work in the US must answer 'yes' or 'no' to: 'Are you or have you ever been a drug abuser or addict?' Harry admitted using drugs in the past.

An immigration lawyer based in Los Angeles said: 'This could be very serious for Prince Harry. If he didn't tick the "yes" box then his visa will be reviewed and... could be revoked. If he is thinking of applying for citizenship, [this] would be a disaster.'

Heritage Foundation lawyer Samuel Dewey added: 'It could well be that he ticked the "yes" box, in which case he would need a waiver to be granted a visa. We are simply asking who granted that waiver.'

On Friday, Harry told Good Morning America he thought of becoming a US citizen but it wasn't a 'high priority' for him at the moment.

---- Index References ----

News Subject: (Immigration & Naturalization (1IM88); Social Issues (1SO05))

Industry: (Homeland Security (1HO11); Security (1SE29))

Language: EN

Other Indexing: (Prince Harry)

WESTLAW  © 2024 Thomson Reuters. No claim to original U.S. Government Works.

4th Dewey Decl. Ex. 2 at 035   1

Edition: 01

Word Count: 217

---

**End of Document**                    © 2024 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

4th Dewey Decl. Ex. 2 at 036

# Harry 'Yank' on royal title?

Eileen Reslen |      New York Post

**Search Details**

| | |
|---|---|
| Search Query: | adv: "prince harry" and citizen |
| Jurisdiction: | NY |

**Delivery Details**

| | |
|---|---|
| Date: | February 20, 2024 at 8:08 PM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |
| Status Icons: | |

**News**Room

2/17/24 N.Y. Post 3

New York Post
Copyright 2009, The New York Post. All Rights Reserved

February 17, 2024

Section: News

Harry 'Yank' on royal title?

Eileen Reslen

**Prince Harry** may have to renounce a very important part of his ties to the royal family should he follow through on becoming a US **citizen**: his royal title.

US Citizenship and Immigration Services (USCIS) notes a policy on their site called "Renunciation of Title or Order of Nobility" that may require the Duke of Sussex to no longer be referenced as such.

"Any applicant who has any titles of heredity or positions of nobility in any foreign state must renounce the title or the position," per the policy, listed under "Oath of Allegiance" to the United States.

---- Index References ----

Company: US Citizenship and Immigration Services

News Subject: (Immigration & Naturalization (1IM88); Politically Exposed Persons (1PO01); Social Issues (1SO05))

Language: EN

Other Indexing: (US Citizenship and Immigration Services) (Prince Harry)

Edition: All Editions

Word Count: 99

**End of Document**                               © 2024 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

WESTLAW  © 2024 Thomson Reuters. No claim to original U.S. Government Works.  **4th Dewey Decl. Ex. 2 at 038**  1

# 'Any illness, any sickness, brings families together'

RUSSELL MYERS Royal Editor |      Daily Mirror (UK)

**Search Details**

| | |
|---|---|
| Search Query: | adv: "prince harry" and citizen |
| Jurisdiction: | FE |

**Delivery Details**

| | |
|---|---|
| Date: | February 20, 2024 at 8:08 PM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

WESTLAW   © 2024 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

2/17/24 Daily Mirror (U.K.) 4

Daily Mirror (UK)
Copyright © 2024 MGN Ltd.

February 17, 2024

Section: Sport

'Any illness, any sickness, brings families together'
RECONCILIATION HOPES FOR HR HARRY OVER KING'S
CANCER Prince speaks to American TV crew about 'reunifying effect'

RUSSELL MYERS Royal Editor

PRINCE Harry has told how he believes his relationship with the Royal Family could be repaired by the King's cancer diagnosis.

The Duke of Sussex spoke about his hopes of a reconciliation after several years of conflict.

Harry said: "I think any illness, any sickness brings families together."

The Duke, who made a brief visit to Britain last week to see his ailing father, added: "I love my family."

The meeting - the first time Harry and Charles have been face to face in 16 months - lasted just 30 minutes, but the Duke said he was "grateful" to see the King, 75, and suggested the illness could help to heal the rift.

He added: "I've got other trips planned that would take me through the UK or back to the UK, so I'll stop in and see my family as much as I can."

But he also said he is "loving every single day" living in California with wife Meghan and their children, Archie, four, and Lilibet, two.

Buckingham Palace has released hardly any details about the King's cancer, and Harry also declined to provide information about his father's health, saying: "That stays between me and him."

In the interview with a US breakfast show, the Duke also made the startling admission that he is thinking about becoming a US citizen.

If he went ahead with it he might have to renounce his titles as well as his allegiance to Britain and the King.

Harry, who has been in Canada this week with Meghan, marking one year until the Invictus Games, granted behind-thescenes access to US TV show Good Morning America.

4th Dewey Decl. Ex. 2 at 040

'Any illness, any sickness, brings families together'

The able any with

A film crew led by reporter Will Reeve, the

I'm for PRINCE REUNION son of the late Superman actor Christopher Reeve, followed Harry in the winter sports town of Whistler, which is co-hosting the 2025 Invictus Games - the Duke's multi-sports event for wounded and sick military personnel.

Harry, 39, spent much of the interview looking awkward, keeping his hands in his pockets and often only giving abrupt answers.

Mr Reeve suggested a family illness may have a "reunifying effect", asking Harry: "Is that possible in this case?" The Duke replied: "Yeah, I'm sure."

Gesturing towards Invictus competitors, Harry added: "Throughout all time him...

these families I see it on a day-to-day basis, the strength of the family unit coming together.

grateful

HARRY ON HIS BRIEF HIS FATHER "I think any illness, any sickness brings families together." The Palace did not comment on Harry's interview, but royal sources last night suggested that while he may be confident of a renewed bond with the King, he is unlikely to find common ground with his brother Prince William, 41.

The Mirror revealed that the Prince of Wales made no plans to see Harry during his time in Britain last week.

Sources close to Harry suggested he would have welcomed a meeting with his brother. Their rift can be traced back to the early period of Harry's relationship with Meghan when she had a fallingout with William's wife Catherine.

Since stepping down as working royals in 2020 and moving to the US, the Sussexes have aired allegations and grievances against members of the Royal Family. This has also soured relations. But Harry told Mr Reeve: "Look, I love my family. The fact that I was able to get on a plane and go and see [the King] and spend any time with him, I'm grateful for that."

The Duke awkwardly laughed off a question about whether he "feels American", after living in California for nearly four years, but said: "It's amazing, I love every single day." On the subject of potentially becoming a US ==citizen==, he said he has considered it.

But he added it is "certainly not a high priority for me right now".

Any such plan would probably cause further upheaval within the Royal Family as Harry remains fifth in line to the throne but under the US constitution would have to renounce his titles.

The Duchess of Sussex, 42, is understood to have begun the process of applying for UK citizenship during her time in Britain, but did not complete it.

She is American, while the children are reported to have dual nationality, but it is unclear what would happen to their titles if Harry became a US ==citizen==.

Kathryn DePalo-Gould, professor of US politics and international relations at Florida International University, said: "==Prince Harry== would be stepping into a very grey area if he decides to apply for US citizenship. The State Department says by and large you do not have to give up your passport of your country of birth, but the US does not officially recognise dual citizenship.

4th Dewey Decl. Ex. 2 at 041

"However, the oath of allegiance states you must renounce any titles or allegiance to any foreign state, so Harry would quite literally renounce his allegiance to his own father."

Harry was due to return to California this weekend, while his father prepares to head back to London from the Sandringham estate in Norfolk, for his third cancer treatment next week.

During the GMA interview, Mr Reeve asked Harry: "Just physically being in California, how have you processed the fact that there is so much happening back with your family where you come from?" The Duke responded: "I've got my own family, we all do. So my family and my life in California is as it is."

In a lighter moment, after refusing to answer questions about how his home life is, Harry opened up about his children, Prince Archie and Princess Lilibet, who are growing up away from the spotlight.

Mr Reeve asked him about how he is doing as a parent and Harry joked: "I can't tell you, that's classified."

He added: "The kids are doing great. The kids are growing up as all kids do, very fast. They've both got an incredible sense of humour.

"They make us laugh and keep us grounded every single day. I'm just very grateful to be a dad."

russell.myers@mirror.co.uk @rjmyers VOICE OF THE MIRROR: PAGE 8

The fact I was able to spend any time with him... I'm grateful for that **PRINCE HARRY** ON HIS BRIEF REUNION WITH HIS FATHER The Prince has not been asked to step in but would be willing to, if required ROYAL SOURCE ON KING'S TALKS WITH PRINCE WILLIAM


---- Index References ----

News Subject: (Health & Family (1HE30); Immigration & Naturalization (1IM88); Social Issues (1SO05))

Industry: (Celebrities (1CE65); Entertainment (1EN08))

Region: (Americas (1AM92); California (1CA98); Europe (1EU83); North America (1NO39); U.S. West Region (1WE46); USA (1US73); United Kingdom (1UN38); Western Europe (1WE41))

Language: EN

Edition: 01

Word Count: 1058



# Harry offers olive branch as he says illness can help reunite families

Mary O'Connor |      Irish Daily Mail

**Search Details**

| | |
|---|---|
| Search Query: | adv: "prince harry" and citizen |
| Jurisdiction: | FE |

**Delivery Details**

| | |
|---|---|
| Date: | February 20, 2024 at 8:08 PM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

WESTLAW   © 2024 Thomson Reuters. No claim to original U.S. Government Works.

4th Dewey Decl.  Ex. 2 at 043

**News**Room

2/17/24 Irish Daily Mail 9

Irish Daily Mail

Copyright © 2024 Associated Newspapers Company

February 17, 2024

Section: News

## Harry offers olive branch as he says illness can help reunite families
### Prince also said he's considered US citizenship - but would forfeit titles

Mary O'Connor

**PRINCE Harry** held out a very public olive branch yesterday as he revealed he hopes that his father's cancer fight could help heal bitter royal rifts.

Speaking publicly for the first time since the King revealed his diagnosis, the Duke of Sussex also admitted he has considered becoming a US **citizen** - a move which would force him to publicly surrender his royal title.

Critics have accused Harry, 39, and wife Meghan, 42, of trading off their royal links while launching repeated public attacks on the family, with many calling for them to be stripped of their titles.

The launch of their Sussex website this week - complete with royal titles and Meghan's coat of arms - sparked accusations they are in breach of their promise to the late Queen not to exploit their status for commercial gain. It comes as Harry and Meghan visited the training camp for next year's Invictus Games - for injured servicemen and women - in Whistler, Canada, this week.

Harry last week jetted from California to see Charles for just 45 minutes at Clarence House. Asked how his visit to London was 'emotionally', Harry said: 'I love my family. The fact that I was able to get on a plane and go and see him and spend any time with him, I'm grateful for that.'

Interviewer Will Reeve, son of Christopher Reeve - the late Superman actor who was paralysed in 1995 - asked whether an illness in the family could have a 'reunifying effect' in this case.

A nodding Harry replied: 'Yeah, I'm sure. From all these [Invictus] families I see it on a day-to-day basis. Again, the strength of the family unit coming together.' He declined to reveal further details about the 'outlook' on his father's diagnosis, saying: 'That stays between me and him', but added that he has other trips planned to the UK and pledged to see his family as much as possible.

Harry told Good Morning America about his 'amazing' life in Montecito, California, since he and Meghan acrimoniously quit frontline royal duties in 2020 - and said he was 'loving every single day'.

He appeared initially caught offguard when asked if he felt American, saying: 'No. I don't know how I feel.' Quizzed on if he had thought about becoming a US **citizen**, Harry said: 'I have considered it, yeah', adding that he had 'no idea' what would stop him.

WESTLAW   © 2024 Thomson Reuters. No claim to original U.S. Government Works.

He said US citizenship was a 'thought [that] has crossed my mind but [is] certainly not something that is a high priority for me right now'. Under US policy, the duke would have to renounce his royal title if he were to apply to be a **citizen**. The rules state that 'any applicant who has any titles of heredity or positions of nobility in any foreign state must renounce the title or the position' in a public ceremony, with the move also impacting his tax affairs.

Asked about life as a dad, Harry initially joked that the information was 'classified', but later said his two children, Archie, four, and

Lilibet, two, are doing 'great' and 'growing up fast'. He added: 'They've both got an incredible sense of humour and keep us grounded every single day.'

A source close to the Sussexes defended the use of their royal titles for their website this week, saying: '**Prince Harry** and Meghan are the Duke and Duchess of Sussex. That is a fact. It is their surname and family name.'

It also emerged that the couple have adopted the Sussex title as a surname for their children, instead of Mountbatten-Windsor, as they seek to 'unify' their family, according to The Times.

news@dailymail.ie pages IS NETFLIX SET TO AXE SUSSEXES?

32-33

King 'sleeps in oxygen tent to help his sinuses'

KING Charles has an 'appalling memory' and sleeps in an oxygen tent to combat sinus problems, a royal biography has claimed.

The book, My Mother And I, by Ingrid Seward, also claims the monarch remedies his worsening memory by writing down his thoughts on notes that he keeps in his breast pocket.

While the King, 75, has a great knowledge of history, it is his short-term memory that is believed to be troublesome, with Charles alleged to have said his 'memory is appalling'. Ms Seward, editor-in-chief of Majesty Magazine, also wrote that the King 'has no sympathy for trivial ailments and combats his own sinus problems by sleeping in an oxygen tent'.

Written before the King's diagnosis with cancer this month, the book says Charles was frequently ill as a child, was prone to catching colds and had his tonsils removed when he was eight years old.


---- Index References ----

News Subject: (Family Social Issues (1FA81); Immigration & Naturalization (1IM88); Politically Exposed Persons (1PO01); Social Issues (1SO05))

Industry: (Common Cold (1CL91); Healthcare (1HE06); Infectious Diseases (1IN99); Viral (1VI15))


Language: EN

Other Indexing: (Will Reeve)

Edition: 01

Word Count: 771

**End of Document**

© 2024 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

**4th Dewey Decl. Ex. 2 at 046**

# Prince Harry faces court showdown over secret immigration records as US tries to block call to show whether the troubled royal lied on his visa app...

Caroline Graham In Los Angeles |      Daily Mail Online (UK)


**Search Details**

| | |
|---|---|
| Search Query: | adv: "prince harry" and citizen |
| Jurisdiction: | FE |

**Delivery Details**

| | |
|---|---|
| Date: | February 20, 2024 at 8:08 PM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |
| Status Icons: | |

WESTLAW   © 2024 Thomson Reuters. No claim to original U.S. Government Works.

4th Dewey Decl.  Ex. 2 at 047

PrinceHarry faces court showdown over secret immigration records as US tries to...

**News**Room

2/17/24 Daily Mail Online (U.K.) (No Page)

Daily Mail Online (UK)
Copyright (c) 2024 Dailymail.co.uk

February 17, 2024

**Prince Harry** faces court showdown over secret immigration records as US
tries to block call to show whether the troubled royal lied on his visa app...

Caroline Graham In Los Angeles

**Prince Harry** faces court showdown over secret immigration records as US tries to block call to show whether the troubled royal lied on his visa application about taking drugs - which he admitted to in his memoir Spare

**Prince Harry** faces a showdown in a US court this week over attempts to keep his immigration records secret.

The Duke of Sussex has considered becoming an American **citizen**, but those plans could be in jeopardy if a judge rules against him after Friday's case in Washington DC.

A US think-tank is seeking to force the Department of Homeland Security (DHS) to release Harry's immigration records to determine if the Duke admitted his drugs use when he entered the United States in 2020.

Anyone applying for a visa to live and work in America has to answer 'yes' or 'no' to the question: 'Are you or have you ever been a drug abuser or addict?'

In his memoir Spare, Harry admitted using drugs including marijuana, cocaine and magic mushrooms.

Last night, Nile Gardiner, director of the Margaret Thatcher Centre For Freedom at The Heritage Foundation, said: 'A judge has the final say on whether the American public has the right to see whether the DHS afforded **Prince Harry** special treatment. He can no longer hide behind his liberal elite allies in the Biden administration.'

In an interview on ABC's Good Morning America show on Friday, Harry said he was considering becoming a US **citizen**.

He said: 'American citizenship is something that's crossed my mind but certainly not something that's a high priority for me right now.'

An LA immigration lawyer said: 'This could be very serious for **Prince Harry**. If he didn't tick the 'yes' box when he entered the States then his visa will be reviewed and it is possible it could be revoked.

If he is thinking of applying for citizenship, then having his visa revoked would be a disaster.'

PrinceHarry faces court showdown over secret immigration records as US tries to...

Case 1:23-cv-01198-CJN   Document 36-2   Filed 02/20/24   Page 50 of 84

Heritage Foundation lawyer Samuel Dewey said: 'It could well be that he ticked the 'yes' box, in which case he would need a waiver to be granted a visa. We are simply asking who granted that waiver.'

The DHS will argue the release of Harry's records would be an invasion of the Duke's privacy.

In a court submission, a DHS lawyer wrote: 'Courts hold that a person's visa or immigration status is private, personal information exempt from disclosure.'

Judge Carl J. Nichols will release a written ruling within weeks.

---- Index References ----

News Subject: (Crime (1CR87); Immigration & Naturalization (1IM88); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Homeland Security (1HO11); Security (1SE29); Security Agencies (1SE35))

Language: EN

Other Indexing: (Prince Harry; Spare)

Word Count: 413

**End of Document**

© 2024 Thomson Reuters. No claim to original U.S. Government Works.



4th Dewey Decl. Ex. 2 at 049

# Prince Harry tells US TV show 'I love my family' and he hopes King Charles' cancer has a 'reunifying effect' on them - as he reveals he is 'conside...

Mark Duell Oliver Price |        Daily Mail Online (UK)

**Search Details**

| | |
|---|---|
| Search Query: | adv: "prince harry" and citizen |
| Jurisdiction: | FE |

**Delivery Details**

| | |
|---|---|
| Date: | February 20, 2024 at 8:08 PM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

WESTLAW   © 2024 Thomson Reuters. No claim to original U.S. Government Works.

4th Dewey Decl.  Ex. 2 at 050

Case 1:23-cv-01198-CJN   Document 36-2   Filed 02/20/24   Page 52 of 84

PrinceHarry tells US TV show 'I love my family' and he hopes King Charles ...

**News**Room

2/16/24 Daily Mail Online (U.K.) (No Page)

Daily Mail Online (UK)
Copyright (c) 2024 Dailymail.co.uk

February 16, 2024

## **Prince Harry** tells US TV show 'I love my family' and he hopes King Charles' cancer has a 'reunifying effect' on them - as he reveals he is 'conside...

Mark Duell Oliver Price

**Prince Harry** tells US TV show 'I love my family' and he hopes King Charles' cancer has a 'reunifying effect' on them - as he reveals he is 'considering' becoming an American **citizen**

**Prince Harry** today insisted 'I love my family' and that he 'jumped on a plane' to visit the King 'as soon as I could' after speaking on the phone about his cancer diagnosis.The Duke of Sussex also revealed he was 'grateful' to have seen his father Charles III in person and hopes the diagnosis can have a 'reunifying effect' on the Royal Family.Harry, 39, discussed his trip to see the King as he spoke publicly for the first time since Charles postponed all public-facing duties last week following the diagnosis. He also said he had 'considered' becoming a US **citizen** since moving to California - but added that his outlook on his father's health 'stays between me and him'.Harry told ABC's Good Morning America about his visit to London without Meghan and their children, less than 24 hours after the announcement on Charles's health.Asked by GMA presenter Will Reeve how the Duke's trip for the meeting was for him 'emotionally', Harry replied: 'Um, look, I love my family. The fact that I was able to get on a plane and go and see him and spend any time with him, I'm grateful for that.'At the end of a week that has seen a series of announcements by the Sussexes:

Duke of Sussex speaks publicly for the first time since Charles cancer diagnosis Interview with ABC's Good Morning America about London trip without Meghan Follow MailOnline's liveblog for updates today as **Prince Harry** speaks to GMA SCROLL DOWN FOR THE FULL TRANSCRIPT

Kensington Palace confirmed Prince William will attend the Baftas on Sunday;Meghan Markle watched Harry hurtle down a bobsled track twice in Canada;Queen Camilla celebrated The Poppy Factory's 100th birthday in London;Harry and Meghan visited the traditional territory of the Lil'wat Nation; andThe Sussexes hit back after criticism of the Sussex.com website launch.

Reeve, the son of late Superman actor Christopher Reeve who was paralysed in 1995, said: 'I've also found in my own life that sort of an illness in the family can have a galvanising or a sort of reunifying effect for a family. Is that possible in this case?'[item name=video id=6501543 style=2 /]Speaking exclusively to Reeve from a ski resort in Whistler, Canada, at an Invictus Games One Year To Go event, Harry replied: 'Absolutely. Yeah, I'm sure.

 **Will Reeve and Prince Harry: Full transcript**
Will Reeve: 'How did you get the news that the King was ill?**Prince Harry:** 'I spoke to him.'Reeve: 'And what did you do next?' Harry: 'I jumped on a plane and went to go and see him as soon as I could.'Reeve: 'How was that visit for you, emotionally?'Harry: 'Um, look, I love my family. The fact that I was able to get on a plane and go and see him and spend any time with him, I'm grateful for that.'Reeve: 'What's sort of your outlook on his health?Harry: 'That stays between me and him.'Reeve: 'An illness in

4th Dewey Decl.  Ex. 2 at 051

PrinceHarry tells US TV show 'I love my family' and he hopes King Charles ...

Case 1:23-cv-01198-CJN   Document 36-2   Filed 02/20/24   Page 53 of 84

the family can have a galvanizing or sort of reunifying effect for a family. Is that possible in this case?'Harry: 'Absolutely. Yeah, I'm sure. Throughout all these families I see it on a day-to-day basis, again, the strength of the family unit coming together. I think any illness, any sickness brings families together. I see it time and time again, and that makes me very happy.'Reeve: 'Just physically being in California, how have you processed the fact that there's so much happening back with your family and where you come from?'Harry: 'I have my own family, as we all do, right? My family and my life in California is as it is. I have got other trips planned that would take me through the UK or back to the UK. I will stop in and see my family as much as I can.'Reeve: 'That's my next question, right, your family. How is Harry the dad?'Harry: 'How's what?Reeve: 'How's Harry the dad?'Harry: 'I can't tell you.'Reeve: 'That's top secret? Really? Making lunches.'Harry: 'It's top secret. No, the kids are doing great. The kids are growing up like all kids do, very very fast. They have both got an incredible sense of humour and make us laugh and keep us grounded every single day, like most kids do. So I'm just very grateful to be a dad.'Reeve: 'How are you enjoying your time living in the US.'Harry: 'It's amazing. I love every single day.'Reeve: 'Do you feel American?'Harry: 'Er, do I feel American? No. I don't know how I feel.'Reeve: 'Would you think about becoming a **citizen**?'Harry: 'I have considered it, yeah.'Reeve: 'Yeah? What would stop you from doing it?'Harry: 'I have no idea. I'm here standing right next to this with these guys. American citizenship is a thought that has crossed my mind but certainly not something that's a high priority for me right now.'Reeve: 'Aside from Invictus, what's keeping you busy when you're out of the house?'Harry: 'Everything. Everything in the house, everything outside the house. The mission continues. Every element of the work continues. Before you know it, February next year, this time of the year, this time we're gonna be right here doing all this again. Hopefully you'll be here. And we're going to have the whole of Whistler and hopefully the whole of Canada screaming these guys on for an epic games.'

'Throughout all these families I see it on a day-to-day basis, again, the strength of the family unit coming together. I think any illness, any sickness brings families together. I see it time and time again, and that makes me very happy.'

Asked how he had 'processed the fact that there's so much happening back with your family and where you come from', Harry said: 'I have my own family, as we all do, right? My family and my life in California is as it is. I have got other trips planned that would take me through the UK or back to the UK. I will stop in and see my family as much as I can.'

And on being a father, Harry said: 'I can't tell you, that's classified. It's top secret. The kids are doing great. The kids are growing up like all kids do, very very fast. They have both got an incredible sense of humour and make us laugh and keep us grounded every single day, like most kids do. So I'm just very grateful to be a dad.'

Harry said living in the US was 'amazing - I love every single day.' Asked 'do you feel American', the Duke said: 'Do I feel American? No. I don't know how I feel.'

But questioned over whether he would think about becoming a US **citizen**, Harry added: 'I have considered it, yeah.'

Asked what would stop him doing it, the Duke said: 'I have no idea. I'm here standing right next to this with these guys. American citizenship is a thought that has crossed my mind but certainly not something that's a high priority for me right now.'

Quizzed over where he gets the desire to be so involved in helping other people, Harry said: 'I have always had a life of service. I get my fix with these guys. There's no version of me coming here watching them and not getting involved myself.

"To see the smiles on their faces and then to hear the stories at the end and the excitement and just the happiness, that's what this is all about. This is what it's all about and as long as it's safe, we will continue to facilitate these kinds of opportunities for them.'

Later in the interview, Harry was asked about what it meant to him to meet competitors at the Invictus Games.

He said: 'It's my fix. Once you leave the military, from a uniform standpoint, you never leave the community. And to have the games every other year, but then also be able to do a One Year To Go event as well is literally my annual fix to be in amongst

WESTLAW  © 2024 Thomson Reuters. No claim to original U.S. Government Works.

4th Dewey Decl. Ex. 2 at 052      2

Case 1:23-cv-01198-CJN   Document 36-2   Filed 02/20/24   Page 54 of 84

PrinceHarry tells US TV show 'I love my family' and he hopes King Charles ...

this community and have a laugh, have fun, no matter which nation they're from, the banter's the same. I get a lot of energy from being around these guys.'

He added: 'You would not believe the number of people that have signed up to throw themselves head first on a tray down an ice luge.'

Harry also said: 'It's proving to people that this is possible no matter what your disability is.'

And he told Reeve: ' You've got to provide the resources and the opportunities and platform for them to be able to heal themselves. If they heal themselves, then the whole family heals. To me, that is without doubt, the most rewarding piece to all of this.'

At the start of the show, GMA said the chat would be a 'one-on-one with **Prince Harry** on his father King Charles's cancer diagnosis, his relationship with the Royal Family now, how he is as a dad, and giving us access to the first ever Invictus winter games'.

It later added: 'Ahead, **Prince Harry**. What he says about his father's health and their relationship now as he gives us a first look at the first ever Invictus winter games.'

The Duke, who lives in Montecitowith his wife and their two children, Prince Archie and Princess Lilibet, flew to the UK last week to see the King.

But there was no meeting with his brother, the Prince of Wales, after Harry spent around 45 minutes at Clarence House seeing their father.

The interview comes after a week of announcements from Harry and his wife the Duchess of Sussex.

Meghan signed a deal with Lemonada Media to record new podcast shows, and the company will distribute her previous series.

Her Archetypes podcast about female stereotypes ran for just one series before a lucrative deal with Spotify ended in 2023.

The couple also relaunched their Archewell website, the name of their foundation, rebranding it The Office of **Prince Harry** and Meghan, the Duke and Duchess of Sussex.

A film crew led by Mr Reeve has been following Harry and his wife Meghan Markle since they arrived in Canada on Tuesday for a countdown event to the Invictus Games in Whistler and Vancouver.

In a tweet posted at 1.49am UK time (9pm Eastern Time last night), the GMA account wrote: 'Exclusive: The all-new interview with **Prince Harry** on his life with Meghan, how his father King Charles is doing and his passion supporting wounded warriors.'

This was accompanied by a clip showing Harry speaking to Mr Reeve in Whistler and a photo of the King waving as he left The London Clinic on January 29.

**Will Reeve: ABC TV presenter with striking resemblance to his late Superman father**
Will Reeve is an American TV presenter for ABC who is also known for being the youngest son of the late Superman actor Christopher Reeve - to whom he bears a striking resemblance.

Reeve suffered a double trauma in childhood when his father was paralysed in 1995 when he was aged just three. At the age of 11, his father died in 2004.

**4th Dewey Decl. Ex. 2 at 053**

PrinceHarry tells US TV show 'I love my family' and he hopes King Charles ...

Case 1:23-cv-01198-CJN   Document 36-2   Filed 02/20/24   Page 55 of 84

Two years later in 2006, his mother Dana Reeve died of lung cancer aged 44. Having lost both parents in just 17 months, he went to live with a close friend following her death.

Reeve did some acting as a child, appearing in the 1997 TV movie In the Gloaming, which starred Glenn Close and was directed by his father – as was The Brooke Ellison Story, in which he appeared in 2004.

Reeve, who lives in New York, began his broadcasting career that same year after spending two summers as a Good Morning America (GMA) intern, but initially worked as a sports journalist for ESPN focusing on hockey.

He joined ABC as a correspondent in 2018, and has since Reeve reported from 39 states and eight countries. He was nominated for an Emmy for his work during the 2019 California fires.

Much of his other work for GMA has focused on the royals including reports from Windsor and outside Buckingham Palace - and in 2021 he interviewed Sussex cheerleader Omid Scobie.

A voiceover said: 'Tomorrow morning, a GMA exclusive, **Prince Harry**, the all-new interview on his life today with Meghan, how his father the King is doing and on his passion - supporting wounded warriors. Tomorrow on Good Morning America.'

The trip comes as they unveiled a rebrand on Monday with a glossy new Sussex.com website, which saw critics claim they were trying to cash in on royal connections.

But last night, the Sussexes defiantly hit back by insisting: 'We will not be broken'.

And the visit comes just over a week after Harry returned from a flying visit to London, where he met with his father for 45 minutes following his cancer diagnosis.

He was seen two days later at an NFL awards ceremony in Las Vegas but was absent from the Super Bowl last Sunday, before he and Meghan relaunched their website.

Meanwhile, Kensington Palace confirmed today that Harry's brother Prince William will attend the Bafta Film Awards at London's Royal Albert Hall this Sunday evening.

The Prince of Wales is the Bafta president and will watch the ceremony before meeting winners - and it comes ahead of a wider return to public duties as his wife Kate Middleton continues to recuperate following her abdominal surgery last month.

Harry and Meghan have come under fire in recent days over their new Sussex.com website, in particular Meghan's coat of arms - which critics claim is a breach of their promise to the late Queen Elizabeth II when they quit front-line royal duties.

Their decision to change their children Archie and Lilibet's surnames to Sussex has also raised eyebrows among royal watchers.

The moves have sparked a fresh round of criticism of the Duke and Duchess and renewed calls for the duo to have their titles removed. But a representative told the Mirror that the couple 'will not be broken'.

They added: 'We've heard time and time again that certain opportunities are make or break for the couple. They're still here.

'They're still working and pursuing what they believe in, despite being constantly challenged and criticised. This couple will not be broken.'

WESTLAW   © 2024 Thomson Reuters. No claim to original U.S. Government Works.

**4th Dewey Decl. Ex. 2 at 054**

Now, Harry has been interviewed for the first time since Charles postponed all public-facing duties because of his cancer diagnosis.

Yesterday, the Sussexes did not look phased as they took part in activities at the Invictus Games Vancouver Whistlers One Year To Go Winter Training Camp, while being followed around by a camera crew.

While Meghan did not take part in the bobsledding fun at the Whistler Sliding Center in British Columbia, she was able to enjoy every aspect of her husband's ride when he got off the sled - before he enthusiastically re-enacted it to his wife and Invictus volunteers after getting off.

The Duchess - who has joined her husband on a multi-day trip to Canada in honor of the one-year countdown to the 2025 Invictus Games - also served as her husband's personal photographer.

She was beaming with pride as she held up her phone to snap images and clips as he whizzed to the end of the track.
 **READ MORE Prince Harry and Meghan visit traditional territory of the Lil'wat Nation to meet Chief Gélpcal and a wheelchair basketball programme - before being handed bespoke basket and hand-carved cedar art to give strength**
But Meghan - who accessorized her phone with a $250 case from Bottega Veneta - was not the only videographer on hand to capture every moment of the Duke's whistle-top trip around the bobsled track.

The ABC crew was closely following the Sussexes, interviewing Harry for ten minutes after his first bobsledding adventure, before he set off for a second go around the track.

When asked by an onlooker whether she planned to join her husband in trying out the daring sport, Meghan laughingly yelled back: 'I can't!'

However, she watched on with pride as her husband completed his two runs - although she took some time to warm up in the back of the couple's Ford Expedition SUV while Harry took some time out from the track to chat with the GMA crew.

But before long, he was back at it, drawing his wife out of the car to watch on as he enjoyed a second race on the sled.

After whizzing round for a second time, a beaming Harry made his way down the hill arm-in-arm with Meghan, posing for pictures as they went.

Harry and Meghan kicked off day two of their Invictus Games One Year to Go tour shortly after 1pm local time yesterday (9pm UK time) - although their appearance at the venue was delayed by over 30 minutes while the Duke was given a safety briefing.
 **READ MORE Prince Harry and Meghan hit back after criticism of Sussex.com launch and family rebrand, defiantly insisting they 'will not be broken'**
The couple, fresh from a romantic Valentine's Day dinner date, were both on chipper form as they made their entrance to the venue, with a beaming Harry whizzing past on his bobsled and Meghan quipping 'I can hear him' as his sled set off and filming him on her phone as he flashed past.

Meghan was wrapped up against the -4C (25F) temperatures in a black padded jacket and leggings and a navy hat and scarf while her husband kept things casual in gray pants and a black insulated Invictus Games-branded jacket - topped off with a white crash helmet.

After the high-speed arrival, to the sound of Invictus branded cowbells waved by onlookers, came a meet and greet with athletes preparing to perform at the event next year on a platform overlooking the track.

4th Dewey Decl. Ex. 2 at 055

Case 1:23-cv-01198-CJN   Document 36-2   Filed 02/20/24   Page 57 of 84

PrinceHarry tells US TV show 'I love my family' and he hopes King Charles ...

Among the athletes waiting to be introduced were Canadian veteran and mental health advocate Mark Beare, Estonian former soldier and amputee Rasmus Penno and Nigerian powerlifter and ex-soldier Peacemaker Azuegbulam.

Peacemaker, a 27-year-old double amputee from Imo, Nigeria, made his skeleton debut immediately after Harry - despite never having seen snow or been on a bobsled before.

**READ MORE I was told to address Harry and Meghan as sir and ma'am: New Invictus boss reveals he had to brush up on his royal protocol ahead of Sussex arrival at Whistler**

Speaking to DailyMail.com, Peacemaker said he was thrilled to be reunited with the couple after being introduced to them at Invictus Games in Düsseldorf, Germany, last year where he won a gold medal in powerlifting.

Now preparing to take part in the skeleton competition at the 2025 Games, despite only making his debut today, the double amputee said the sport had helped him come to terms with the injuries he sustained during a firefight with Boko Haram terrorists in November 2020.

He said: 'At first I felt ashamed because of my injuries but then I was introduced to the Games and began with playing volleyball. Now I feel good, now I feel recovered.

'I am proud to be the first Invictus champion from Africa and I feel recharged. It totally changed my mindset.'

Certainly there could be no better place to try out the sport than at the track, which is part of the Whistler Blackcomb resort, a venue built specifically for the 2010 Winter Olympics which were also held in the town, and which boasts a bobsleigh, luge, and skeleton track.

However, the track - which is billed as the fastest in the world - is not for the faint of heart, featuring a staggering 485ft (148m) vertical drop and 16 curves, while the surrounding stadium has space for 12,000 spectators.

**READ MORE <mark>Prince Harry</mark> and Meghan Markle share romantic Valentine's Day dinner at upscale Italian restaurant Il Caminetto after a day on the slopes in Whistler, Canada**

Described by the International Bobsleigh & Skeleton Federation (IBSF) as an 'adrenaline sport', skeleton racing was developed more than 100 years ago in Switzerland when amateur daredevils began racing down icy slopes on toboggan sleds.

Ultimately, the hobby grew so popular that it was added to the Winter Olympics line-up - and the daring athletes who now take part in the sport now reach a staggering top speed of more than 93 miles-per-hour - more than 30 miles faster than Harry managed during his attempts.

While the row over Sussex.com remains ongoing, it has failed to detract from their enjoyment of the Invictus Games training camp with both seen laughing and joking with competitors on day one which took place on Wednesday in sub-zero conditions on the slopes of Blackcomb Mountain.

There, Harry tried his hand at sit-ski – an adapted version of the sport designed for amputees – while Meghan smiled broadly as she met visually impaired athletes who were nonetheless prepared to take to the slopes in next year's competition.

Later, the couple met First Nations youth ambassadors representing the native Canadian tribes on whose land the Games are taking place.

The duo privately toured the Squamish Lil'wat Cultural Center in Whistler where they were shown around by Chief Nelson and Wilson Williams and met artists who created the new Invictus Games logo for the event.

In a statement, Harry and Meghan said: 'The evening and presentation were extremely meaningful.

Case 1:23-cv-01198-CJN   Document 36-2   Filed 02/20/24   Page 58 of 84

PrinceHarry tells US TV show 'I love my family' and he hopes King Charles ...

'IG2025 and the couple could not be more proud to share the artists' piece with the world. The couple recognizes the significance of the First Nation communities welcoming the Invictus Games onto their sacred land and are thankful for their warmth and hospitality.'

The pair, who have been staying in Whistler, are due to head back to Vancouver ahead of an event in the City of Glass today where Harry is due to make a speech.

After that, the couple are expected to head home to Montecito, California, where they will be reunited with their children Archie, four, and Lilibet, two.


---- Index References ----

Company: Good Morning America

Industry: (Bobsleigh (1BO03); Celebrities (1CE65); Entertainment (1EN08); Luge (1LU19); Skeleton (1SK50); Sports (1SP75))

Region: (Africa (1AF90); Americas (1AM92); British Columbia (1BR37); California (1CA98); Canada (1CA33); Europe (1EU83); Nigeria (1NI88); North America (1NO39); U.S. West Region (1WE46); USA (1US73); West Africa (1WE48))

Language: EN

Other Indexing: (Good Morning America) (Prince Harry; King Charles')

Word Count: 3725

---

**End of Document**                                      © 2024 Thomson Reuters. No claim to original U.S. Government Works.



# Five huge revelations from shock Prince Harry interview -blunt Charles reply and huge sacrifice

By, Jennifer Newton |      Daily Mirror Online (UK)


**Search Details**

| | |
|---|---|
| Search Query: | adv: "prince harry" and citizen |
| Jurisdiction: | FE |

**Delivery Details**

| | |
|---|---|
| Date: | February 20, 2024 at 8:08 PM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

WESTLAW   © 2024 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

2/16/24 Daily Mirror Online (U.K.) (No Page)

Daily Mirror Online (UK)
Copyright (c) 2024 Mirror.co.uk

February 16, 2024

Five huge revelations from shock **Prince Harry** interview -blunt Charles reply and huge sacrifice
**Prince Harry** has given yet another tell-all interview, this time to Good
Morning America, where he lifted the lid on King Charles' cancer diagnosis...

By, Jennifer Newton

**Prince Harry** has given yet another tell-all interview, this time to Good Morning America, where he lifted the lid on King Charles' cancer diagnosis as well as his life with Meghan Markle in California

**Prince Harry** has raised eyebrows by giving yet another tell-all interview -opening up about King Charles' cancer and his life with Meghan Markle in California.

The Sussexes are currently on a three-day trip to Canada to mark one year until Harry's Invictus Games are held in Whistler and Vancouver. And during the trip, with their telling chat aired in the United States today. The interview comes after a week of announcements from Harry and Meghan, the biggest being their brand new controversial website sussex.com, which prominently features a royal crest and their Duke and Duchess of Sussex titles. And it seem this latest GMA interview was just as eye-raising...
 **Royals reuniting**
Harry has had a very rocky relationship with his father Charles -especially in the wake of his controversial Netflix series and tell-all memoir, Spare.

But last week when the news of the King's cancer diagnosis was made public, Harry dashed across the Atlantic from his home in California to see him. However, their meeting only lasted around 30 minutes before the monarch travelled to his Sandringham home for rest. And just over 24 hours after arriving, Harry headed back to the US.

Speaking about his father, Harry said he was told the news by the King himself and jumped on a plane straight away to see him. He said he felt lucky to have been able to visit his dad following the diagnosis. and added: "Look I love my family. The fact that I was able to get on a plane and go and see him and spend any time with him I'm grateful for that."

Harry refused to talk about his dad's condition, saying "that stays between us". However, when asked if the diagnosis could have a "reunifying effect" amid their feud, Harry added: "Yeah, I'm sure. Throughout all these families I see it on a day-to-day basis the strength of the family unit coming together. I think any illness, any sickness brings families together."
 **More meetings teased**
And it seems more reunions could be on the cards for the near future as Harry teased a further family reunion, revealing he is due back in the UK soon.

He said: "I've got other trips planned that will take me through the UK, or back to the UK, and so I'll stop in and see my family as much as I can." However, it will be remain to be seen if these trips back to the UK prompt any meetings between him and his older brother Prince William. There was no meeting between the two during Harry's latest trip -with some believing their relationship is still at rock bottom.

**Blunt response to King's condition**

Although Buckingham Palace revealed the King has cancer and is currently undergoing treatment, no further details have been forthcoming. And Harry had a blunt response when asked about his 'outlook' on the King's health, replying "that stays between me and him".

Later in the interview, GMA's Will Reeve asked: "Just physically being in California, how have you processed the fact that there is so much happening back with your family where you come from The Duke responded: "I've got my own family, we all do. So my family and my life in California is as it is."

**Rare update on Archie and Lilibet**

Not only did Harry open up about his father, he also talked about his young children Prince Archie and Princess Lilibet, who are growing up away from the spotlight.

Will Reeve quizzed him about how he's doing as "Harry the dad" and Harry joked: "I can't tell you, that's classified," before adding: "The kids are doing great. The kids are growing up as all kids do, very fast. They've both got an incredible sense of humour." He added: "They make us laugh and keep us grounded every single day. I'm just very grateful to be a dad."

Both Archie and Lilibet have stayed behind in California while Harry and Meghan are in Canada for the Invictus Games one year to go events in Whistler and Vancouver.

**Harry considers becoming US citizen -but there could be a catch**

Another of the most bombshell relevations from the Good Morning America interview is that Harry admitted he has considered becoming a US citizen.

He has now lived in the United States for almost four years alongside wife Meghan, who hails from California, and their children Prince Archie and Princess Lilibet. Host Will Reeve probed: "Do you feel American" Harry responded: "Do I feel American No... I don't know how I feel." The host then went on to ask Harry what would stop him from applying for American citizenship.

He replied: "I have considered it but I have no idea. I'm here standing next to these guys. The American citizenship is a thought that has crossed my mind, but certainly not something that is a priority for me right now."

And the reason why it might not be high on the agenda right now is because he would have to make a huge sacrifice in order to do so -and it's all down to his royal title. US immigration policy states that "any applicant who has any titles of heredity or positions of nobility in any foreign state must renounce the title or the position." The US Citizen and Immigration Services USCIS also confirms individuals have to "expressly renounce the title in a public ceremony and USCIS must record the renunciation as part of the proceedings."

---- Index References ----

News Subject: (Family Social Issues (1FA81); Health & Family (1HE30); Immigration & Naturalization (1IM88); Social Issues (1SO05))

Industry: (Celebrities (1CE65); Entertainment (1EN08))

Region: (Americas (1AM92); British Columbia (1BR37); California (1CA98); Canada (1CA33); Europe (1EU83); North America (1NO39); U.S. West Region (1WE46); USA (1US73))

Case 1:23-cv-01198-CJN   Document 36-2   Filed 02/20/24   Page 62 of 84

Five huge revelations from shock PrinceHarry interview -blunt Charles reply and...

Language: EN

Other Indexing: (Prince Harry; King Charles')

Word Count: 950

---

**End of Document**

© 2024 Thomson Reuters. No claim to original U.S. Government Works.

# Prince Harry says he is considering becoming an American citizen as life in US is 'amazing'

Athena Stavrou |        Independent Online (UK)

**Search Details**

| | |
|---|---|
| Search Query: | adv: "prince harry" and citizen |
| Jurisdiction: | FE |

**Delivery Details**

| | |
|---|---|
| Date: | February 20, 2024 at 8:08 PM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

WESTLAW   © 2024 Thomson Reuters. No claim to original U.S. Government Works.

4th Dewey Decl.  Ex. 2 at 062

**News**Room

2/16/24 Independent Online (U.K.) (No Page)

Independent Online (UK)
Copyright (c) 2024 Independent.co.uk

February 16, 2024

**Prince Harry** says he is considering becoming an American **citizen** as life in US is 'amazing'
The duke also hinted that the King's cancer diagnosis could aid in 'reunifying' the royal family

Athena Stavrou

**Prince Harry** has revealed that he has considered becoming a US **citizen** and that his life in America is "amazing".

The Duke of Sussex addressed the subject, four years after he left the UK with his wife Meghan to live in the US, in an interview with Good Morning America on Friday.

Harry also suggested the King's illness could lead to a reconciliation with his father as he spoke about the monarch's cancer diagnosis.

When asked about whether he had thought about obtaining a US citizenship, the duke said: "I have considered it, yeah."

"American citizenship is a thought that has crossed my mind but it's not a high priority right now".

When asked how he was enjoying his life in the US, he said: "It's amazing. I love every single day."

However, he stopped short of saying that he "feels American" when asked by interviewer Will Reeve, son of Superman actor Christopher Reeve.

Harry left the UK shortly after he and his wife Meghan Markle's decision to step back as senior members of the royal family in January 2020. They now live in Montecito, California with their two children Prince Archie and Princess Lilibet.

Friday's insight is the first interview he has done since the duke's whirlwind visit to see his father last week in London, which saw Harry clear his schedule to fly over 5,000 miles to see the King just one day after his cancer diagnosis was revealed to the public.

Harry arrived at Clarence House to see Charles on Tuesday afternoon for a meeting that lasted less than an hour. He then spent the night at a London hotel before returning to the US 26 hours after he touched down notably without seeing his brother, Prince William.

In the interview with the US breakfast show, Harry said I "love my family" and that he was "grateful" to be able to spend time with his father last week.

4th Dewey Decl. Ex. 2 at 063

The meeting sparked speculation the two the father and son, estranged since the duke stepped down as a working royal, may be on the point of rebuilding their relationship.

In the interview it was suggested a family illness could have a "re-unifying effect", and when Harry was asked "is that possibly in this case?" he replied: "Yeah, I'm sure".

Harry was interviewed while he and Meghan spent time in Whistler, Canada, meeting athletes at the Blackcomb resort in British Columbia in preparation for next year's winter Invictus Games.

They were pictured smiling, laughing and holding hands as they took part in an array of winter sports including bobsledding and skiing.

---- Index References ----

News Subject: (Health & Family (1HE30); Immigration & Naturalization (1IM88); Social Issues (1SO05))

Industry: (Celebrities (1CE65); Entertainment (1EN08))

Region: (Europe (1EU83); United Kingdom (1UN38); Western Europe (1WE41))

Language: EN

Other Indexing: (Prince Harry)

Word Count: 430

---

End of Document © 2024 Thomson Reuters. No claim to original U.S. Government Works.



4th Dewey Decl. Ex. 2 at 064

# Prince Harry says, yeah, he has considered becoming a U.S. citizen, maybe

William Booth |        WashingtonPost.com

### Search Details

| | |
|---|---|
| Search Query: | adv: "prince harry" and citizen |
| Jurisdiction: | DC |

### Delivery Details

| | |
|---|---|
| Date: | February 20, 2024 at 8:08 PM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

WESTLAW    © 2024 Thomson Reuters. No claim to original U.S. Government Works.

4th Dewey Decl.  Ex. 2 at 065

**News**Room

2/16/24 WashingtonPost.com (No Page)

WashingtonPost.com
Copyright (c) 2024 The Washington Post

February 16, 2024

Section: /world/europe

## Prince Harry says, yeah, he has considered becoming a U.S. citizen, maybe

William Booth

LONDON — Prince Harry says, yeah, well, maybe he has considered becoming an American citizen someday. That would be big. He's fifth in line to the throne in Britain. But hit pause.

In a softball interview broadcast on "Good Morning America" on Friday, filmed on the ski slopes of Canada's Whistler resort, the Duke of Sussex was asked how his father, King Charles III, was faring after his cancer diagnosis was revealed last week.

"Look, I love my family," Harry said. "And the fact that I was able to get on a plane and go and see him and spend any time with him, I'm grateful for that."

Harry, 39, flew to London from Los Angeles and spent less than an hour with his father, then returned to California the next day. Royal correspondents reported that he did not see his seemingly estranged brother, Prince William, heir to the throne, nor his sister-in-law, Catherine, the Princess of Wales, who recently underwent abdominal surgery and is recuperating at home.

In the GMA interview, Harry sort of evaded a question about whether his father's diagnosis would be galvanizing for the royals, answering with a more general observation based on his interactions with veterans and other families.

GMA: "An illness in the family can have a galvanizing or sort of reunifying effect for family. Is that possible in this case?"

Harry: "Yeah. I'm sure. … Any illness, any sickness, brings families together."

When Charles went into the hospital for a procedure for a noncancerous enlarged prostate, his doctors discovered cancer. Buckingham Palace has said it is not prostate cancer but has not told the public what kind of cancer it is, nor what kind of treatment Charles is undergoing as an outpatient. Charles has forgone, for now, his public-facing duties and is staying at the royal residence at Sandringham.

GMA asked about Harry's "outlook" on his father's health.

"That stays between me and him," Harry answered.

The bulk of the segment focused on the Invictus Games, a competition for wounded service members that the prince founded. The 2025 competition is slated for Canada. Harry tried out skeleton racing before the cameras, hitting a speed of 61 mph.

**4th Dewey Decl.  Ex. 2 at 066**

Harry was also asked how life is going for him and his family in California, where he lives with his wife, Meghan, and their two children in a seaside-adjacent mansion south of Santa Barbara. The prince said he loved it.

GMA: "Do you feel American?"

Harry: "Ahhh. Do I feel American? No. I don't know how I feel."

GMA: "Would you think about becoming a **citizen**?"

Harry: "Oof. I have, I have considered it. Yeah."

GMA: "What would stop you from doing it?"

Harry: "I have no idea."

The prince said that U.S. citizenship "is a thought that has crossed my mind."

He then added that it is "not a high priority for me right now."

Harry suggested that his future flights and duties might take him through Britain. "So, you know, I'll stop in and see my family as much as I can," he said.

Harry and Meghan are not well liked in Britain, appearing at the bottom of popularity polls, just a tick above the disgraced Prince Andrew.


**---- Index References ----**

News Subject: (Family Social Issues (1FA81); Health & Family (1HE30); Social Issues (1SO05))

Industry: (Celebrities (1CE65); Entertainment (1EN08); Healthcare (1HE06); Healthcare Practice Specialties (1HE49); Internal Medicine (1IN54); Oncology & Hematology (1ON95))

Region: (Americas (1AM92); California (1CA98); North America (1NO39); U.S. West Region (1WE46); USA (1US73))

Language: EN

Other Indexing: (Prince Harry)

Word Count: 538

**End of Document**                         © 2024 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

# Prince Harry hints he's open to family reconciliation after king's cancer diagnosis

Kevin Rawlinson |      Guardian (UK)

**Search Details**

| | |
|---|---|
| Search Query: | adv: "prince harry" and citizen |
| Jurisdiction: | FE |

**Delivery Details**

| | |
|---|---|
| Date: | February 20, 2024 at 8:08 PM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

4th Dewey Decl.  Ex. 2 at 068

**News**Room

2/16/24 The Guardian (U.K.) (No Page)

Guardian (UK)
Copyright (c) 2024 theguardian.com-NonSyndicated

February 16, 2024

**Prince Harry** hints he's open to family reconciliation after king's cancer diagnosis

Duke of Sussex, who flew to UK to see his father, says
in US interview he was grateful for time with family

Kevin Rawlinson

**Prince Harry** has said he was grateful to have been able to fly in from the US to visit his father, and hinted King Charles's cancer diagnosis could heal the rift within the royal family.

In an interview with a US breakfast TV programme on Friday, the Duke of Sussex said his trip to London to see the king could be a step to reunifying his relatives after years of strained relations.

"I love my family. And the fact that I was able to get on a plane and go and see [my father] and spend any time with him, I'm grateful for that," he told ABC's Good Morning America from Whistler, Canada.

The host, Will Reeve, spoke of his own family's reaction to his father, the late Superman actor Christopher Reeve, being paralysed in 1995. He said: "I've also found in my own life that sort of an illness in the family can have a galvanising or a sort of reunifying effect for a family. Is that possible in this case?"

Harry replied: "Absolutely. Yeah, I'm sure. Throughout all these families I see it on a day to day basis, again, the strength of the family unit coming together. I think any illness, any sickness brings families together."

**Prince Harry** declined to divulge any information when asked about his outlook on his father's health, saying: "That stays between me and him." But he said he would visit him in the future. "I've got other trips planned that would take me through the UK or back to the UK, so I'll stop in and see my family as much as I can," he said.

Asked about his life in the US, and whether he had contemplated becoming a US **citizen**, the prince said he had considered it. Harry said: "The American citizenship is a thought that has crossed my mind but certainly not something that's a high priority for me right now."

It was Harry's first interview since the king postponed all public-facing duties because of the diagnosis. He was also expected to discuss his life with the Duchess of Sussex and the Invictus Games during the broadcast.

Harry, who lives in California with his wife and their two children, Prince Archie and Princess Lilibet, flew to the UK last week to see the king. He made the trip less than 24 hours after the public announcement about his father's health. Meghan and their children remained in California.

There was no meeting with his brother, the Prince of Wales, after Harry's 45-minute meeting at Clarence House with their father.

King Charles, 75, is staying at the Sandringham estate in Norfolk while receiving treatment. He has handed over public-facing duties to Prince William, but is continuing with official paperwork.

He was diagnosed with an unspecified cancer after receiving unrelated treatment for an enlarged prostate. Later tests identified a different form of cancer. Officials said the king wanted to share his diagnosis to assist public understanding of the disease.

The royals have been beset by health problems this year, with the Princess of Wales treated in hospital for 13 days after undergoing successful abdominal surgery. She is not expected to return to public duties until after Easter, but the exact time of her return was to be determined by medical advice, Kensington Palace said.

Meghan has joined her husband on the trip to Canada as part of a one-year countdown to the 2025 Invictus Games. The Duke of Sussex earlier tried the skeleton bobsled as he joined competitors training for next year's event.

Harry's interview took place after a week of announcements from himself and Meghan, with the duchess signing a deal with Lemonada Media to record new podcast shows. The company will distribute Meghan's previous Archetypes series about female stereotypes, which ran for just one series before a lucrative deal with Spotify ended in 2023.

The couple also relaunched their Archewell website, the name of their foundation, rebranding it the Office of **Prince Harry** and Meghan, the Duke and Duchess of Sussex.

---- Index References ----

News Subject: (Health & Family (1HE30))

Industry: (Celebrities (1CE65); Entertainment (1EN08); Healthcare (1HE06); Healthcare Practice Specialties (1HE49); Internal Medicine (1IN54); Oncology & Hematology (1ON95))

Region: (Europe (1EU83); United Kingdom (1UN38); Western Europe (1WE41))

Language: EN

Other Indexing: (Prince Harry)

Word Count: 669

End of Document

© 2024 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

4th Dewey Decl. Ex. 2 at 070   2

# Harry says he's considered US citizenship but it's 'not a priority'

Will Potter For Dailymail.Com Mark Duell |      Daily Mail Online (UK)

**Search Details**

| | |
|---|---|
| Search Query: | adv: "prince harry" and citizen |
| Jurisdiction: | FE |

**Delivery Details**

| | |
|---|---|
| Date: | February 20, 2024 at 8:08 PM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

4th Dewey Decl.  Ex. 2 at 071

**News**Room

2/16/24 Daily Mail Online (U.K.) (No Page)

Daily Mail Online (UK)
Copyright (c) 2024 Dailymail.co.uk

February 16, 2024

Harry says he's considered US citizenship but it's 'not a priority'

Will Potter For Dailymail.Com Mark Duell

**Prince Harry** said he has 'considered' becoming a US **citizen**, but admits it is not at the top of his priority list.

The royal told ABC's Good Morning America that he is 'loving' his new life in America so much he may take the citizenship test - even though doing so would force him to relinquish his royal titles.

The Duke said he is 'loving every single day' of his life in CaliforniaHarry would be forced to relinquish his royal titles to become a US **citizen**It came after he made his first remarks on King Charles' cancer diagnosis

'It's amazing, I love every single day,' he said of his life in California.

When asked what would prevent him from becoming a US **citizen**, he added: 'I have no idea. I'm here standing here with these guys. American citizenship is a thought that has crossed my mind but not a high priority for me.'

The Duke of Sussex gave the interview in Whistler, Canada, following a week where he faced backlash for launching his Sussex.com website.

However, the process of becoming a US **citizen** would be different for Harry than most, as he would be subject to stipulations on his royal titles.

According to US immigration policy, 'any applicant who has any titles of heredity or positions of nobility in any foreign state must renounce the title or the position.'

The policy also mandates that Harry would have to 'expressly renounce the title in a public ceremony and USCIS must record the renunciation as part of the proceedings.'

Harry also previously faced scrutiny over his US Visa after admitting to 'multiple' occasions of drug use in his memoir, Spare.

In Spare and the TV blitz that followed, Harry admitted taking cocaine, cannabis and magic mushrooms. He said marijuana and psychedelics 'really helped' with his 'trauma' while cocaine was more a 'social thing'.

The admission led to calls from some campaigners to clarify whether he told US officials about his drug use when applying for residency.

It was later claimed that he was 'truthful' on his visa application and confessed to the drug use, which also included taking the hallucinogenic Amazonian plant ayahuasca, which he described as 'the cleaning of the windshield, the removal of life's filters.'

The Duke previously flirted with US citizenship three years ago, although his plans were put on hold due to Covid-19.

At the time, a royal source told The Times: '**Prince Harry** will not apply for a green card or US citizenship in the foreseeable future.

'Although his status as the husband of a US **citizen** would smooth his path to permanent residence, the Sussexes' plans to launch themselves in America are thought to be on hold because of the virus.'

Harry also discussed the King's health as he spoke publicly for the first time since Charles postponed all public-facing duties last week following the diagnosis.

Asked by GMA presenter Will Reeve how the short trip back home was for him 'emotionally', Harry replied: 'Um, look, I love my family. The fact that I was able to get on a plane and go and see him and spend any time with him, I'm grateful for that.'

Reeve, the son of late Superman actor Christopher Reeve who was paralyzed in 1995, said: 'I've also found in my own life that sort of an illness in the family can have a galvanizing or a sort of reunifying effect for a family. Is that possible in this case?'

Speaking in Whistler, Canada, Harry replied: 'Absolutely. Yeah, I'm sure. Throughout all these families I see it on a day-to-day basis, again, the strength of the family unit coming together. I think any illness, any sickness brings families together.'

The interview comes after a week of announcements from Harry and his wife the Duchess of Sussex.

Meghan signed a deal with Lemonada Media to record new podcast shows, and the company will distribute her previous series.

Her Archetypes podcast about female stereotypes ran for just one series before a lucrative deal with Spotify ended in 2023.

The couple also relaunched their Archewell website, the name of their foundation, rebranding it The Office of **Prince Harry** and Meghan, the Duke and Duchess of Sussex.

A film crew led by Mr Reeve has been following Harry and his wife Meghan Markle since they arrived in Canada on Tuesday for a countdown event to the Invictus Games in Whistler and Vancouver

Yesterday, the Sussexes did not look phased as they took part in activities at the Invictus Games Vancouver Whistlers One Year To Go Winter Training Camp, while being followed around by a camera crew.

The festivities saw Harry try his hand at the skeleton bobsled, although Meghan opted not to strap into her winter sport kit.

While Meghan did not take part in the bobsledding fun at the Whistler Sliding Center in British Columbia, she was able to enjoy every aspect of her husband's ride when he got off the sled - before he enthusiastically re-enacted it to his wife and Invictus volunteers after getting off.

Meghan was beaming with pride as she held up her phone to snap images and clips as Harry whizzed to the end of the track.

She was wrapped up against the -4C (25F) temperatures in a black padded jacket and leggings and a navy hat and scarf while her husband kept things casual in gray pants and a black insulated Invictus Games-branded jacket - topped off with a white crash helmet.

When asked by an onlooker whether she planned to join her husband in trying out the daring sport, Meghan laughingly yelled back: 'I can't!'

The couple, fresh from a romantic Valentine's Day dinner date, were both in high spirits as they made their entrance to their Invictus Games One Year to Go tour venue.

As a beaming Harry whizzing past on his bobsled, Meghan quipped 'I can hear him' as his sled set off and filming him on her phone as he flashed past.

After the high-speed arrival, to the sound of Invictus branded cowbells waved by onlookers, came a meet and greet with athletes preparing to perform at the event next year on a platform overlooking the track.

Among the athletes waiting to be introduced were Canadian veteran and mental health advocate Mark Beare, Estonian former soldier and amputee Rasmus Penno and Nigerian powerlifter and ex-soldier Peacemaker Azuegbulam.

---- Index References ----

News Subject: (Immigration & Naturalization (1IM88); Social Issues (1SO05))

Industry: (Bobsleigh (1BO03); Celebrities (1CE65); Entertainment (1EN08); Skeleton (1SK50); Sports (1SP75))

Region: (Americas (1AM92); British Columbia (1BR37); Canada (1CA33); North America (1NO39))

Language: EN

Other Indexing: (Prince Harry)

Word Count: 1076

**End of Document**

© 2024 Thomson Reuters. No claim to original U.S. Government Works.



4th Dewey Decl. Ex. 2 at 074

# Prince Harry admits he's considered seeking US citizenship but adds 'I love my family'

Robert Jobson and Sami Quadri |          Evening Standard Online (London, UK)

### Search Details

| | |
|---|---|
| Search Query: | adv: "prince harry" and citizen |
| Jurisdiction: | FE |

### Delivery Details

| | |
|---|---|
| Date: | February 20, 2024 at 8:08 PM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

WESTLAW   © 2024 Thomson Reuters. No claim to original U.S. Government Works.

Prince Harry admits he's considered seeking US citizenship but adds 'I love my family'

**News**Room

2/16/24 Evening Standard Online (London, U.K.) (No Page)

Evening Standard Online (London, UK)
Copyright (c) 2024 standard.co.uk

February 16, 2024

**Prince Harry** admits he's considered seeking US citizenship but adds 'I love my family'
Duke of Sussex is interviewed for the first time since Charles
postponed all public-facing duties because of his cancer diagnosis

Robert Jobson and Sami Quadri

**Prince Harry** has admitted he is considering seeking US citizenship following his move to California.

Speaking to Good Morning America, the Duke of Sussex said he was "loving every single day" in the country as he opened up about life across the pond with wife Meghan.

"Would you think about becoming a **citizen**?", his interviewer Will Reeve asked. "I have considered it, yeah," Harry replied.

He added: "The American citizenship is a thought that has crossed my mind but it's not something that's a high priority for me right now".

In an interview aired on Friday, Harry said he believed King Charles' cancer diagnosis might serve to unite the Royal Family more closely.

He said: "Look I love my family. The fact that I was able to get on a plane and go and see him and spend any time with him I'm grateful for that."

Asked if his father's diagnosis could have a "reunifying effect" on the family, Harry added: "Yeah, I'm sure. Throughout all these families I see it on a day-to-day basis the strength of the family unit coming together.

"I think any illness, any sickness brings families together."A film crew led by Will Reeve, the son of the late Superman star Christopher Reeve, has been following Harry and Meghan around since they arrived in Canada on Tuesday before the Invictus Games in Whistler and Vancouver.

In a tweet, the Good Morning America team wrote: "Exclusive: The all-new interview with **Prince Harry** on his life with Meghan, how his father King Charles is doing and his passion supporting wounded warriors."

TOMORROW: A @GMA Exclusive: The all-new interview with **Prince Harry** on his life with Meghan, how his father King Charles is doing and his passion supporting wounded warriors. pic.twitter.com/tyNtHnxxpB— Good Morning America (@GMA) February 16, 2024

Prince Harry admits he's considered seeking US citizenship but adds 'I love my family'

It was accompanied by a short clip showing the prince speaking to Mr Reeve in Whistler and a photograph of the King waving as he left the London Clinic on January 29.

It is the first time Harry has been interviewed since the King postponed all public-facing duties because of his cancer diagnosis. It comes after the duke twice tried his hand at skeleton bobsled as he joined Invictus Games competitors training.

Pictures from the track in Whistler show Harry sporting a white helmet as he speeds headfirst down the frozen track. He declared "everybody should do this" after hitting 60mph on his first run, before having another go 10 minutes later.

When asked by an onlooker whether she planned to join her husband in trying out the sport, Meghan laughingly yelled back: "I can't." Earlier, a spokesperson for their office vowed they would not "be broken," amid controversy over their Sussex.com website rebrand, and insisted "they're still here" despite the criticism.

The office said: "We've heard time and time again that certain opportunities are make or break for the couple. They're still here. They're still working and pursuing what they believe in, despite constantly being challenged and criticised. This couple will not be broken."

The new website used a royal coat of arms in what some critics claimed amounted to cashing in on their royal connections. The pair are no longer working royals after taking a step back from duties in 2020.

The new site also comes amid reports that the couple have given their children the Sussex surname to "unify" their family.

Harry met his father during a whistlestop visit to the UK less than 24 hours after the announcement about Charles' health. But there was no meeting with his brother, the Prince of Wales, after Harry spent 45 minutes seeing their father.

---- **Index References** ----

Company: Good Morning America

News Subject: (Health & Family (1HE30); Immigration & Naturalization (1IM88); Social Issues (1SO05))

Industry: (Celebrities (1CE65); Entertainment (1EN08); Skeleton (1SK50); Sports (1SP75))

Region: (Americas (1AM92); British Columbia (1BR37); Canada (1CA33); North America (1NO39))

Language: EN

Other Indexing: (Good Morning America) (Prince Harry)

Word Count: 609

---

    © 2024 Thomson Reuters. No claim to original U.S. Government Works.

**NewsRoom**

# Prince Harry reveals whether he will become an American citizen after drugs admission

By, Chiara Fiorillo & Scarlett O'Toole |     Daily Mirror Online (UK)

**Search Details**

| | |
|---|---|
| Search Query: | adv: "prince harry" and citizen |
| Jurisdiction: | FE |

**Delivery Details**

| | |
|---|---|
| Date: | February 20, 2024 at 8:08 PM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

WESTLAW   © 2024 Thomson Reuters. No claim to original U.S. Government Works.

4th Dewey Decl.  Ex. 2 at 078

**News**Room

2/16/24 Daily Mirror Online (U.K.) (No Page)

Daily Mirror Online (UK)
Copyright (c) 2024 Mirror.co.uk

February 16, 2024

## Prince Harry reveals whether he will become an American citizen after drugs admission
## Prince Harry shocked fans when he admitted to taking drugs in his debut memoir Spare, with many wondering how the confession would impact any appli...

By, Chiara Fiorillo & Scarlett O'Toole

Prince Harry shocked fans when he admitted to taking drugs in his debut memoir Spare, with many wondering how the confession would impact any application to become a US citizen

Prince Harry has finally revealed whether he will be applying for US citizenship as he opened up in a tell-all interview with Good Morning America.

The Duke of Sussex moved to Montecito, California, with Meghan Markle after stepping down from the Royal Family in 2020. In his latest interview, Harry opened up about his life in America with his wife Meghan Markle and their two children.

On the topic of citizenship, Harry said he has considered becoming a US citizen but did not confirm whether or when he would apply. Host William Reeve asked him: "Do you feel American" Harry responded: "Do I feel American No... I don't know how I feel." The host then went on to ask Harry what would stop him from applying for American citizenship.

For all the latest on news, politics, sports, and showbiz from the USA, go to The Mirror US.

He replied: "I have no idea. I'm here standing next to these guys. The American citizenship is a thought that has crossed my mind, but certainly not something that is a priority for me right now."

There have been plenty of questions surrounding Harry's potential US citizenship after he admitted to taking drugs in his memoir Spare. His revelations led to calls for his visa application to be released, so the American taxpayer can understand whether he declared his drug use.

Writing in his memoir, Harry revealed he had dabbled with marijuana, magic mushrooms, ayahuasca, and cocaine in order to try and deal with the death of his mum, Princess Diana. There was speculation that the Duke of Sussex, who resides in California with his family, could be denied US citizenship if he ever applied, as the variety of drugs he admitted to taking are banned or under strict control.

Despite calls for his visa application to be released, US government lawyers determined it should not be disclosed because it is "private personal information". Harry's references to taking drugs prompted a conservative Washington DC think tank to question why he was allowed into the States in 2020.

The Heritage Foundation brought the lawsuit against the Department for Homeland Security DHS after a Freedom of Information Act request was rejected -claiming it was of "immense public interest". In response to the think tank's submissions that Harry's US visa application should be released, lawyers on behalf of DHS said the Heritage Foundation "have not demonstrated possible government misconduct or any other public interest that would overcome **Prince Harry's** privacy interest in these records".

The DHS also said despite the Duke being a "public official" in the UK, he is "not a public official in the United States". Their submissions to the court said DHS had "provided the maximum amount of information that it can provide regarding the records it possesses" without revealing Harry's immigration status.

The Heritage Foundation's lawsuit argues that US law "generally renders such a person inadmissible for entry" to the country. In the DHS's response to the legal claim, they said: "Much like health, financial, or employment information, a person's immigration information is private personal information.

"If the court accepts Plaintiffs' arguments, the Government would need to reveal confidential immigration information about **Prince Harry**, a result the court should not adopt." The submissions made by lawyer John Bardo on behalf of DHS also said no "publicly available information, shows that **Prince Harry** was ever convicted for a drug-related offence." Mr Bardo added that any suggestion from the Heritage Foundation of wrongdoing on behalf of the US Government was "purely speculative".

Follow Mirror Celebs onTikTok,Snapchat,Instagram,Twitter,Facebook,YouTubeandThreads.

---- Index References ----

News Subject: (Crime (1CR87); Foundations (1FO95); Immigration & Naturalization (1IM88); Philanthropy (1PH09); Smuggling & Illegal Trade (1SM35); Social Issues (1SO05))

Industry: (Homeland Security (1HO11); Security (1SE29))

Region: (Americas (1AM92))

Language: EN

Other Indexing: (Prince Harry)

Word Count: 628

**End of Document**                                                © 2024 Thomson Reuters. No claim to original U.S. Government Works.

**NEWS**Room

4th Dewey Decl. Ex. 2 at 080   2

# Is Prince Harry An American Citizen? Not Yet, But He's Considering It After 4 Years In California.

Mary Whitfill Roeloffs, Forbes Staff |     Forbes

## Search Details

| | |
|---|---|
| Search Query: | adv: "prince harry" and citizen |
| Jurisdiction: | FE |

## Delivery Details

| | |
|---|---|
| Date: | February 20, 2024 at 8:08 PM |
| Delivered By: | Samuel Dewey |
| Client ID: | SED |

**News**Room

2/16/24 Forbes (No Page)

Forbes
Copyright © 2024 Forbes Media LLC

February 16, 2024

# Is Prince Harry An American Citizen? Not Yet, But He's Considering It After 4 Years In California.

## Prince Harry, who moved to California with wife Meghan Markle in 2020,
### said he's considering making his American lifestyle a little more official.

Mary Whitfill Roeloffs, Forbes Staff

Prince Harry, the youngest son of Britain's King Charles III, says he has considered becoming a United States citizen after spending four "amazing" years in California with wife Meghan Markle and their two children, but he says obtaining an American passport isn't "a high priority right now."

Meghan, Duchess of Sussex and Prince Harry, Duke of Sussex attend Invictus Games Vancouver Whistlers 2025's One Year To Go Winter Training Camp on Feb. 14, 2024 in Whistler, British Columbia.

**Topline**

Getty Images

**Key Facts**

Prince Harry appeared on ABC's "Good Morning America" Friday morning from Whistler, Canada to promote the Invictus Games, but also spoke about his life in America and visit to England earlier this month, where he met with his father soon after his cancer diagnosis was made public.

Harry is the only non-American citizen in his family of Markle, Princess Lilibet and Prince Archie, and said life in the United States is "amazing. I love every single day."

The prince said he doesn't necessarily "feel American" but that the citizenship option has "crossed [his] mind."

Any application to become an American citizen would likely require the prince to renounce his title as Duke of Sussex, the Telegraph reported Friday.

**Key Background**

Prince Harry and former actress Meghan Markle married in 2018 and stepped down as senior royals in January of 2020, citing media intrusion and racist treatment of Markle, whose mother is Black. The couple moved to California in June 2020, just over a year after the birth of Prince Archie. Princess Lilibet was born the next year. Their decision did not impact Harry's now-fifth place in line for the British throne and the couple kept their Duke and Duchess of Sussex titles. They are no longer addressed as his or her royal highness. In 2021, the couple did an interview with Oprah Winfrey in which they discussed Harry's estrangement from his father, their decision to step down as working royals and Markle's treatment by the royal family, in which she revealed un-named royals made concerning comments about the skin corner of their then-unborn son.

**Tangent**

Case 1:23-cv-01198-CJN   Document 36-2   Filed 02/20/24   Page 84 of 84

Is PrinceHarry An American Citizen? Not Yet, But He's Considering It After 4...

Buckingham Palace earlier this month announced that King Charles had been diagnosed with cancer. The type of cancer has not been revealed, but the monarch has begun "regular treatments" for the disease. The news saw Harry fly back to London in a highly-publicized visit to see his father. While Harry wouldn't comment on his father's long term health outlook in the "Good Morning America" interview, he said he plans to visit his father again and that he's "sure" his father's illness can bring the royal family closer together.

**Crucial Quote**

"I love my family and the fact that I was able to get on a plane and go to see him, and spend any time with him, I'm grateful for that," Harry said Friday.

**Big Number**

$500,000. That's at least how much <mark>Prince Harry</mark> will get following a settlement with the U.K.'s Mirror Group Newspapers reached last week . The Duke of Sussex sued the Mirror Group in 2019 and alleged they hacked his phone for more than a decade and used what they found to inform at least 140 stories. Britain's High Court determined in December that Harry's phone was "hacked to a modest extent."

**Further Reading**

NBC NewsPrince Harry says he has considered becoming an American <mark>citizen</mark> The TelegraphPrince Harry has 'considered' becoming a US <mark>citizen</mark> - but he'd have to give up his titles MORE FROM FORBESPrince Harry Arrives At King Charles III's London Home After Monarch's Cancer Diagnosis By Ana FaguyMORE FROM FORBESMeghan Markle Finds Smaller Distributor For Podcast After $20 Million Spotify Deal Fizzled By Ana FaguyMORE FROM FORBESPrince Harry Will Get $500,000 In Tabloid Phone Hacking Settlement By Ty Roush

---- Index References ----

News Subject: (Immigration & Naturalization (1IM88); Politically Exposed Persons (1PO01); Social Issues (1SO05))

Industry: (Celebrities (1CE65); Entertainment (1EN08); Healthcare (1HE06); Healthcare Practice Specialties (1HE49); Internal Medicine (1IN54); Oncology & Hematology (1ON95))

Region: (Americas (1AM92); British Columbia (1BR37); California (1CA98); Canada (1CA33); North America (1NO39); U.S. West Region (1WE46); USA (1US73))

Language: EN

Other Indexing: (Prince Harry)

Word Count: 622

---

**End of Document**

© 2024 Thomson Reuters. No claim to original U.S. Government Works.



---

4th Dewey Decl. Ex. 2 at 083   2