UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, et. al, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY <br><br> Defendant. | Civil Action No. 23-1198 (CJN) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO
COMPLY WITH THE COURT'S ORDER FOR IN CAMERA REVIEW**

Pursuant to Rule 6(b), Defendant the U.S. Department of Homeland Security, with respectfully moves the Court for an order enlarging the time to comply with the Court's March 7, 2024 order directing Defendant to submit declarations for *in camera* review (ECF No. 38) by fourteen days (i.e. from March 21, 2024 to April 4, 2024). Pursuant to Local Rule 7(m), Defendant conferred with Plaintiffs prior to filing this motion, and Plaintiff stated that they take no position on this motion. As demonstrated below, good cause supports granting this extension.

1. This case concerns a Freedom of Information Act request that Plaintiffs submitted to Defendant for records regarding the Duke of Sussex and his status in the United States. *See* generally, Am. Compl.

2. To protect the Duke's privacy, Defendant declined to release any records to Plaintiffs and issued a partial *Glomar* response. The parties filed cross motions for summary judgment, which remain pending before the Court.

3. On February 23, 2024, the Court heard oral argument on the motions and on March 7, 2024 the Court ordered that "on or before March 21, 2024, Defendant shall submit to the Court

*in camera* a declaration or declarations that detail, with particularity, the records it is withholding and the particular harm that would arise from public disclosure of them." Order, at 2.

4. Pursuant to the Court's order, Defendant has begun preparing these declarations for in camera review but requires additional time to complete them. Specifically, because Defendant issued a partial *Glomar* response, Defendant did not conduct a search for records subject to the *Glomar*. But Defendant now needs to conduct a search in order to provide a meaningful response to the Court's order.

5. Defendant has begun the search but searching for and reviewing the records has taken longer than anticipated.

6. Moreover, the declarations may need to be reviewed by several equity holders within the Department of Homeland Security, and potentially by government agencies outside of the Department.

7. Thus, having established good cause, Defendant respectfully requests an additional fourteen days, up to and including April 4, 2024, to comply with the Court's order. This is the first time that Defendant has sought additional time to submit *in camera* declarations and granting this extension will not affect any upcoming deadlines in this matter.

8. Granting this extension will cause Plaintiffs no prejudice.

*   *   *

Dated: March 17, 2024
Washington, DC

                                                              Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *John J. Bardo*
     JOHN J. BARDO
     D.C. Bar # 1655534
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 870-6770

*Attorneys for the United States of America*