UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, et. al,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY<br><br>    Defendant. | Civil Action No. 23-1198 (CJN) |

## [PROPOSED] ORDER

Upon consideration of Defendant's motion for extension of time to comply with the Court's order for an *in camera* review, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that on or before April 4, 2024, Defendant shall submit to the Court *in camera* a declaration or declarations that detail, with particularity, the records it is withholding and the particular harm that would arise from public disclosure of them.

\_\_\_\_\_                                               _____
Date                                                    Hon. Carl J. Nichols
                                                           U.S. District Judge