UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, et. al, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY <br><br> Defendant. | Civil Action No. 23-1198 (CJN) |

## NOTICE OF COMPLIANCE

Defendant the U.S. Department of Homeland Security respectfully informs the Court that it has complied with the Court's March 7, 2024 order (ECF No. 38) by submitting declarations with attachments for *ex parte in camera* review. The undersigned counsel submitted the materials to the Judge Nichols's Chambers via an encrypted link.

Dated: April 4, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *John J. Bardo*
JOHN J. BARDO
D.C. Bar # 1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
John.Bardo@usdoj.gov
(202) 870-6770

*Attorneys for the United States of America*