IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION & MIKE HOWELL<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br><br>*Defendant*. | Case No. 23-cv-1198 (CJN) |

**DECLARATION OF SAMUEL EVERETT DEWEY**

1. My name is Samuel Everett Dewey. I am counsel to Plaintiffs in this action.

2. Attached as Exhibit 1 hereto is a true and correct copy of the transcript of a March 25, 2024, *Sky News* Interview of the Hon. Jane Hartley, the United States Ambassador to the Court of Saint James's ("Ambassador Hartley"). *See also* https://news.sky.com/video/in-full-kay-burley-speaks-to-us-ambassador-to-the-uk-13101233 (last visited Apr. 12, 2024) (full video).

3. Ambassador Hartley statement was made in response to President Donald J. Trump's comments on March 19, 2024 during an interview with *GB News*, and on February 24, 2024 to the *Daily Express US*. *See Donald Trump threatens to deport Prince Harry by warning 'I won't protect you like Biden'*, Daily Express US (Feb. 25, 2024, 4:46 AM), https://www.the-express.com/news/royals/129026/donald-trump-deport-prince-harry-joe-biden.

4. Attached as Exhibit 2 hereto is a true and correct copy of the March 19, 2024 *GB News* transcript.

1

5. Attached as Exhibit 3 hereto is a true and correct copy of a printout of the *Daily Express US* article.

6. Below are true and correct screen shots showing how *Sky News* billed the March 25, 2024 interview with Ambassador Hartley as occurring in her official capacity:



7. Below are true and correct screen shots from Ambassador Hartley's official X (formerly Twitter) account concerning the March 25, 2023 Sky News *interview*[1]:

**Screenshot 1:**



---

[1] Ambassador Jane Hartley (@USAmbUK), Twitter, (Mar. 25, 2024, 4:32 AM), https://twitter.com/USAmbUK/status/1772179667845317011; Sky News (@SkyNews), Twitter, (Mar. 25, 2024, 2:02 AM)[Amb. Hartley reposted this tweet], https://twitter.com/SkyNews/status/1772142026043117893; Daily Mail Online (@MailOnline), Twitter, (Mar. 25, 2024) )[Amb. Hartley reposted this tweet], https://twitter.com/MailOnline/status/1772253670597394761.

**Screenshot 2:**



**Screenshot 3:**



I declare under the penalty of perjury that the foregoing is true and correct.


April 12, 2024                                              /s/ Samuel Everett Dewey
                                                            Samuel Everett Dewey