# 5th Dewey Decl.

# Exhibit 1

Video                                April 2, 2024

Page 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23    Transcribed by: JR Language Translation Services, Inc.

24

Video                                                        April 2, 2024

1    KAY BURLEY: Half the world's going to the polls this year,
including the United

2    States, of course, Joe Biden in his early '80s, Donald Trump in his
late '70s.

3    Are they the two best candidates?

4    JANE HARTLEY: One of them is the best candidate.

5    [laughs] Yes, I do believe that.

6    I think for President Biden, and once again, I'm a friend, I'm a
fan.

7    I've known the president for many, many, many years.

8    All you have to do is look at his record and see where he has
brought our country.

9    We have to remember, he became president right after COVID.

10   Just like every other country in the world, our unemployment was
skyrocketing.

11   Small businesses were closing.

12   Boarded-up stores.

13   You'd walk anywhere in New York, there wouldn't be cars on the
street.

14   I'm a New Yorker.

15   KAY BURLEY: I would never have guessed.

16   JANE HARTLEY: [laughs] I'm very proud to be a New Yorker.

17   KAY BURLEY: Of course.

18   JANE HARTLEY: Look what he's done now.

19   Look at our unemployment rate.

20   Look at wage growth.

21   In wage growth, especially in the lower percentile.

22   Usually, it's the hardest to get wage growth.

23   He has done that.

24   KAY BURLEY: Do we need to worry about his cognitive ability?

Video                                April 2, 2024

Page 3

1       JANE HARTLEY: No.

2       He's been here five times, four since I've been here.

3       I've spent much time with him.

4       He has not only ability, but he has a sense of history.

5       I've been in meetings with him, with his staff, with the White

        House staff, that's

6       fantastic, by the way, but it's the president who's saying, "No, I

        know that leader.

7       I know what he cares about.

8       I know what might work.

9       I know what our strategy should be."

10      I think Jill Biden said this the other day, don't ever discount.

11      You know what?

12      Age can also bring you positives.

13      It can bring you judgment and it can bring you knowledge of people.

14      Biden, the president, knows every world leader.

15      KAY BURLEY: As a proud American, do you, at any stage, worry that

        the Oval

16      Office may, to all intents and purposes, have to be turned into a

        prison cell if

17      President Trump finds himself in a position where he's at the wrong

        side of the law?

18      JANE HARTLEY: Listen, I can't go there.

19      It is a hypothetical.

20      I do have confidence in my country, and I do have confidence in the

        American

21      people.

22      I think they'll make the right decision.

23      KAY BURLEY: Was President Trump right to threaten NATO?

24      JANE HARTLEY: As we've seen, NATO has brought peace to this world for the last

Video                                    April 2, 2024

1      75 years.

2      President Biden has made it clear his first trip to Europe was to
NATO and how

3      important this alliance is to us.

4      By the way, the alliance is just growing stronger.

5      We see with the addition of Sweden and Finland and even the
increase in funding

6      from many countries.

7      I think that we'll have probably two-thirds of countries paying
more than 2% of GDP

8      very soon.

9      Everybody knows how important it is.

10     On that one, I would say no, he wasn't right.

11     [laughs]

12     KAY BURLEY: Do you think the world would be a safer place or less
safe place with

13     President Trump in charge?

14     JANE HARTLEY: Well, listen, I don't- it's once again a
hypothetical, and-

15     KAY BURLEY: It is.

16     JANE HARTLEY: -I don't like commenting on that, but if you look at
what President

17     Biden has done, in contrast to what President Trump may do, and I
don't know what

18     he's going to do, I don't know him, but support for Ukraine.

19     The US has given $75 billion to Ukraine.

20     Jake Sullivan was just there yesterday.

21     Our commitment is strong and it's personal.

22     President Biden cares about this.

23     NATO, you just asked, another example.

24     Our support for NATO and how important we think international cooperation,

Video                                April 2, 2024

Page 5

1      supporting democracy, supporting freedom.

2      I don't know what the Trump administration will do, but I know
that's what President

3      Biden stands for.

4      KAY BURLEY: There is a sense just now among military analysts that
I speak to on

5      my program, almost daily, are saying the situation that we are
finding ourselves in is

6      almost comparable to the febrile atmosphere that we saw in the
1930s.

7      Do you, in any way, feel that tension and anxiety as well on behalf
not only of the

8      British people but also of people in the United States as well?

9      JANE HARTLEY: Well, listen, these are difficult days.

10     I think it'd be naive not to say they're difficult days.

11     We see a war in Ukraine.

12     Ukraine, a strong democracy with brave people that was invaded by
Russia in a

13     brutal attack that's ongoing.

14     Obviously, that is horrific, and we want to do everything we can to
make sure

15     Ukraine is still a strong democracy and that Russia loses this war.

16     It's not easy, obviously.

17     We've seen what's happened.

18     It's horrifying.

19     What's happening in the Middle East in Gaza is also horrifying.

20     It was, in my view, a terrorist attack.

21     Israel does have the right to defend itself, but humanitarian aid
has to get in.

22     That's one reason we are building a pier.

23     Our boats are on our way there now.

24     Civilians need to be protected.

Video                                                    April 2, 2024

1      We should have, as we proposed in the UN resolution, an immediate

ceasefire tied

2       to hostage release.

3       KAY BURLEY: What more, if anything, can the US do?

4       JANE HARTLEY: We believe Israel has a right to defend itself.

5       They were attacked, it was a terrorist attack,

6       but we believe how they do it is critically important.

7       That's why you see Tony Blinken in the region as much as he is.

8       It's not just Tony Blinken, it's Tony Blinken, it's our head of

CIA, it's Bill Burns.

9       It's so many other of our diplomats because what we want in the end

is a situation

10      where Israel feels safe, where there is security, and where we can

get to a two-state

11      solution where Palestine has economic growth, economic prosperity,

hope for its

12      young people.

13      We have not done that well, frankly, but--

14      KAY BURLEY: Do you still think that Israel is acting within

international law?

15      JANE HARTLEY: I don't know enough about that.

16      KAY BURLEY: When you see the situation in Gaza and you see kids

eating grass

17      soup in order to try to survive, what impact does that have on you

as a mother?

18      JANE HARTLEY: Well, it has a huge impact on me.

19      It's horrific, actually.

20      No children should ever have to go through it.

21      That is why we have been pressing.

22      We've been very clear, including what we're doing at the UN right

now, which is

23      ceasefire immediately, release the hostages.

24      Humanitarian aid has to get in, which is-- I don't know any other place in the world

Video                                        April 2, 2024

Page 7

1      we've ever build a pier.

2      That is not something that usually we advocate or do as quickly as
we're doing.

3      I think it shows how important we think the aid to civilians,
especially children, and

4      all innocent civilians that need to eat.

5      KAY BURLEY: The $60 billion that's being held up by House
Republicans for aid

6      for Ukraine in all forms, how confident are you that it will get
there?

7      JANE HARTLEY: I'm optimistic as opposed to confident.

8      I don't have any information that would make me confident, but I do
believe that in

9      the Republican caucus, even though perhaps not everybody in the
Republican

10     caucus, there's a huge amount of support for Ukraine, and a lot of
the committee

11     people want this aid to get through.

12     I think, in my view, it has to happen.

13     I feel very strongly.

14     I haven't dealt with Capitol Hill in quite a long time.

15     I used to deal with it often.

16     This is a responsibility for the United States of America.

17     We owe this to Ukraine.

18     Ukraine is bravely fighting and winning actually, and winning.

19     By the way, anybody who thinks that Russia may stop after this I
think is wrong.

20     I was ambassador in 2014 and I saw what happened in Crimea.

21     I don't know why anybody would say, "Oh, this is it for Russia."

22     Democracy, I think, is at stake.

23     We need to support Ukraine.

24     KAY BURLEY: President Putin has said that he was hugely victorious in his

Video                                                                    April 2, 2024

1      election.

2      Marina Litvinenko, who, I'm sure, you will know, said, "You can't
call it an election.

3      It was an event."

4      What would you call it?

5      JANE HARTLEY: Well, I don't know enough about it, but looking at
other Russian

6      elections, I would say she might be right.

7      KAY BURLEY: Talk to me about the royal family.

8      News of Kate's edited photo made the White House news conference,
which was--

9      JANE HARTLEY: I didn't know that.

10     It did?

11     KAY BURLEY: Yes, it did actually.

12     JANE HARTLEY: Well listen, I want her to know that we are thinking
about her, that

13     we care deeply about her.

14     We want her to feel better as soon as she can.

15     I think just being an American, Americans love the royal family.

16     KAY BURLEY: Apparently, President Trump says that he thinks that he
might deport

17     Harry if he becomes president.

18     JANE HARTLEY: Um, what can I say?

19     I didn't hear that.

20     KAY BURLEY: It's not going to happen, though, is it?

21     JANE HARTLEY: Well, it's not going to happen in the Biden
administration.

22     KAY BURLEY: There we are.

23     There we are.

24     I've got some quickfire questions to end with.

Video                                          April 2, 2024

Page 9

1        Is that okay?

2        JANE HARTLEY: Yes.

3        KAY BURLEY: Beach Boys or The Beatles?

4        JANE HARTLEY: [laughs] Beatles.

5        KAY BURLEY: Tea or coffee?

6        JANE HARTLEY: Both.

         I have a cup of coffee in the morning because I need to get up, and
         then I have

7

8        English breakfast tea the rest of the day.

9        I don't put it in the microwave.

10       KAY BURLEY: I'm glad to hear that.

11       Obama or Clinton?

12       JANE HARTLEY: Oh, that's too hard.

13       KAY BURLEY: Churchill or Roosevelt?

14       JANE HARTLEY: Both were amazing.

15       I'm an American, so I'd have to say Roosevelt, but I have a huge
         portrait.

16       It should tell you how I feel about Churchill.

17       I have a huge portrait of Churchill behind my desk in my office.

18       KAY BURLEY: London or New York?

19       JANE HARTLEY: Both.

20       That is a good question because I consider myself a true blue New
         Yorker.

21       KAY BURLEY: Cotswolds or the Hamptons?

22       JANE HARTLEY: Cotswolds.

23       KAY BURLEY: Great.

24       Finally, Dynasty or Dallas?

Video                                                              April 2, 2024

Page 10

1    JANE HARTLEY: I didn't hear.

2    KAY BURLEY: Dynasty or Dallas?

3    JANE HARTLEY: [laughs] Dynasty.

4    KAY BURLEY: There we go.

5    That's why you didn't because you said you're different to me.

6    Madam Ambassador, it's a pleasure.

7    JANE HARTLEY: It's a pleasure.

8    KAY BURLEY: Thank you very much indeed.

9    JANE HARTLEY: Thank you, thank you.

10   KAY BURLEY: Thank you.

11   Thanks very much.

12   JANE HARTLEY: Great seeing you as always.

13   KAY BURLEY: Me too.

14   Me too.

15   [END OF AUDIO]

16

17

18

19

20

21

22

23

24

1                 CERTIFICATION

2

3        This is to CERTIFY that the attached English transcription is,

4    to the best of our transcriber's ability to understand the audio,

5    a true, accurate and faithful transcription of the audio/video

6    that was submitted.

7

8    JR Language Translation Services, Inc.

9    Date: April 10, 2024

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

| 1 |
|---|
| **10** 11:9 |
| **1930s** 5:6 |

| 2 |
|---|
| **2** 4:7 |
| **2014** 7:20 |
| **2024** 11:9 |

| 6 |
|---|
| **60** 7:5 |

| 7 |
|---|
| **70s** 2:2 |
| **75** 4:1,19 |

| 8 |
|---|
| **80s** 2:2 |

| a |
|---|
| **ability** 2:24 3:4 11:4 |
| **accurate** 11:5 |
| **acting** 6:14 |
| **actually** 6:19 7:18 8:11 |
| **addition** 4:5 |
| **administration** 5:2 8:21 |
| **advocate** 7:2 |
| **age** 3:12 |
| **aid** 5:21 6:24 7:3,5,11 |
| **alliance** 4:3,4 |
| **amazing** 9:14 |
| **ambassador** 7:20 10:6 |
| **america** 7:16 |
| **american** 3:15 3:20 8:15 9:15 |

**americans** 8:15
**amount** 7:10
**analysts** 5:4
**anxiety** 5:7
**anybody** 7:19 7:21
**apparently** 8:16
**april** 11:9
**asked** 4:23
**atmosphere** 5:6
**attached** 11:3
**attack** 5:13,20 6:5
**attacked** 6:5
**audio** 10:15 11:4,5

| b |
|---|
| **beach** 9:3 |
| **beatles** 9:3,4 |
| **behalf** 5:7 |
| **believe** 2:5 6:4 6:6 7:8 |
| **best** 2:3,4 11:4 |
| **better** 8:14 |
| **biden** 2:2,6 3:10,14 4:2,17 4:22 5:3 8:21 |
| **bill** 6:8 |
| **billion** 4:19 7:5 |
| **blinken** 6:7,8,8 |
| **blue** 9:20 |
| **boarded** 2:12 |
| **boats** 5:23 |
| **boys** 9:3 |

**brave** 5:12
**bravely** 7:18
**breakfast** 9:8
**bring** 3:12,13 3:13
**british** 5:8
**brought** 2:8 3:24
**brutal** 5:13
**build** 7:1
**building** 5:22
**burley** 2:1,15 2:17,24 3:15 3:23 4:12,15 5:4 6:3,14,16 7:5,24 8:7,11 8:16,20,22 9:3 9:5,10,13,18 9:21,23 10:2,4 10:8,10,13
**burns** 6:8
**businesses** 2:11

| c |
|---|
| **call** 8:2,4 |
| **candidate** 2:4 |
| **candidates** 2:3 |
| **capitol** 7:14 |
| **care** 8:13 |
| **cares** 3:7 4:22 |
| **cars** 2:13 |
| **caucus** 7:9,10 |
| **ceasefire** 6:1,23 |
| **cell** 3:16 |
| **certification** 11:1 |
| **certify** 11:3 |

**charge** 4:13
**children** 6:20 7:3
**churchill** 9:13 9:16,17
**cia** 6:8
**civilians** 5:24 7:3,4
**clear** 4:2 6:22
**clinton** 9:11
**closing** 2:11
**coffee** 9:5,7
**cognitive** 2:24
**commenting** 4:16
**commitment** 4:21
**committee** 7:10
**comparable** 5:6
**conference** 8:8
**confidence** 3:20,20
**confident** 7:6,7 7:8
**consider** 9:20
**contrast** 4:17
**cooperation** 4:24
**cotswolds** 9:21 9:22
**countries** 4:6,7
**country** 2:8,10 3:20
**course** 2:2,17
**covid** 2:9
**crimea** 7:20

| | | | |
|---|---|---|---|
| **critically** 6:6 | **elections** 8:6 | **glad** 9:10 | **held** 7:5 |
| **cup** 9:7 | **english** 9:8 | **go** 3:18 6:20 | **hill** 7:14 |
| **d** | 11:3 | 10:4 | **history** 3:4 |
| **daily** 5:5 | **especially** 2:21 | **going** 2:1 4:18 | **hope** 6:11 |
| **dallas** 9:24 | 7:3 | 8:20,21 | **horrific** 5:14 |
| 10:2 | **europe** 4:2 | **good** 9:20 | 6:19 |
| **date** 11:9 | **event** 8:3 | **grass** 6:16 | **horrifying** 5:18 |
| **day** 3:10 9:8 | **everybody** 4:9 | **great** 9:23 | 5:19 |
| **days** 5:9,10 | 7:9 | 10:12 | **hostage** 6:2 |
| **deal** 7:15 | **example** 4:23 | **growing** 4:4 | **hostages** 6:23 |
| **dealt** 7:14 | **f** | **growth** 2:20,21 | **house** 3:5 7:5 |
| **decision** 3:22 | **faithful** 11:5 | 2:22 6:11 | 8:8 |
| **deeply** 8:13 | **family** 8:7,15 | **guessed** 2:15 | **huge** 6:18 7:10 |
| **defend** 5:21 6:4 | **fan** 2:6 | **h** | 9:15,17 |
| **democracy** 5:1 | **fantastic** 3:6 | **half** 2:1 | **hugely** 7:24 |
| 5:12,15 7:22 | **febrile** 5:6 | **hamptons** 9:21 | **humanitarian** |
| **deport** 8:16 | **feel** 5:7 7:13 | **happen** 7:12 | 5:21 6:24 |
| **desk** 9:17 | 8:14 9:16 | 8:20,21 | **hypothetical** |
| **different** 10:5 | **feels** 6:10 | **happened** 5:17 | 3:19 4:14 |
| **difficult** 5:9,10 | **fighting** 7:18 | 7:20 | **i** |
| **diplomats** 6:9 | **finally** 9:24 | **happening** | **immediate** 6:1 |
| **discount** 3:10 | **finding** 5:5 | 5:19 | **immediately** |
| **doing** 6:22 7:2 | **finds** 3:17 | **hard** 9:12 | 6:23 |
| **donald** 2:2 | **finland** 4:5 | **hardest** 2:22 | **impact** 6:17,18 |
| **dynasty** 9:24 | **first** 4:2 | **harry** 8:17 | **important** 4:3 |
| 10:2,3 | **five** 3:2 | **hartley** 2:4,16 | 4:9,24 6:6 7:3 |
| **e** | **forms** 7:6 | 2:18 3:1,18,24 | **including** 2:1 |
| **early** 2:2 | **four** 3:2 | 4:14,16 5:9 6:4 | 6:22 |
| **east** 5:19 | **frankly** 6:13 | 6:15,18 7:7 8:5 | **increase** 4:5 |
| **easy** 5:16 | **freedom** 5:1 | 8:9,12,18,21 | **information** |
| **eat** 7:4 | **friend** 2:6 | 9:2,4,6,12,14 | 7:8 |
| **eating** 6:16 | **funding** 4:5 | 9:19,22 10:1,3 | **innocent** 7:4 |
| **economic** 6:11 | **g** | 10:7,9,12 | **intents** 3:16 |
| 6:11 | **gaza** 5:19 6:16 | **head** 6:8 | **international** |
| **edited** 8:8 | **gdp** 4:7 | **hear** 8:19 9:10 | 4:24 6:14 |
| **election** 8:1,2 | **given** 4:19 | 10:1 | **invaded** 5:12 |

| | | | |
|---|---|---|---|
| **israel** 5:21 6:4 | **l** | **need** 2:24 5:24 | **position** 3:17 |
| 6:10,14 | **language** 1:23 | 7:4,23 9:7 | **positives** 3:12 |
| **it'd** 5:10 | 11:8 | **never** 2:15 | **president** 2:6,7 |
| **j** | **late** 2:2 | **new** 2:13,14,16 | 2:9 3:6,14,17 |
| **jake** 4:20 | **laughs** 2:5,16 | 9:18,20 | 3:23 4:2,13,16 |
| **jane** 2:4,16,18 | 4:11 9:4 10:3 | **news** 8:8,8 | 4:17,22 5:2 |
| 3:1,18,24 4:14 | **law** 3:17 6:14 | **o** | 7:24 8:16,17 |
| 4:16 5:9 6:4,15 | **leader** 3:6,14 | **obama** 9:11 | **pressing** 6:21 |
| 6:18 7:7 8:5,9 | **listen** 3:18 4:14 | **obviously** 5:14 | **prison** 3:16 |
| 8:12,18,21 9:2 | 5:9 8:12 | 5:16 | **probably** 4:7 |
| 9:4,6,12,14,19 | **litvinenko** 8:2 | **office** 3:16 9:17 | **program** 5:5 |
| 9:22 10:1,3,7,9 | **london** 9:18 | **oh** 7:21 9:12 | **proposed** 6:1 |
| 10:12 | **long** 7:14 | **okay** 9:1 | **prosperity** 6:11 |
| **jill** 3:10 | **look** 2:8,18,19 | **once** 2:6 4:14 | **protected** 5:24 |
| **joe** 2:2 | 2:20 4:16 | **ongoing** 5:13 | **proud** 2:16 |
| **jr** 1:23 11:8 | **looking** 8:5 | **opposed** 7:7 | 3:15 |
| **judgment** 3:13 | **loses** 5:15 | **optimistic** 7:7 | **purposes** 3:16 |
| **k** | **lot** 7:10 | **order** 6:17 | **put** 9:9 |
| **kate's** 8:8 | **love** 8:15 | **oval** 3:15 | **putin** 7:24 |
| **kay** 2:1,15,17 | **lower** 2:21 | **owe** 7:17 | **q** |
| 2:24 3:15,23 | **m** | **p** | **question** 9:20 |
| 4:12,15 5:4 6:3 | **madam** 10:6 | **palestine** 6:11 | **questions** 8:24 |
| 6:14,16 7:5,24 | **made** 4:2 8:8 | **paying** 4:7 | **quickfire** 8:24 |
| 8:7,11,16,20 | **make** 3:22 5:14 | **peace** 3:24 | **quickly** 7:2 |
| 8:22 9:3,5,10 | 7:8 | **people** 3:13,21 | **quite** 7:14 |
| 9:13,18,21,23 | **marina** 8:2 | 5:8,8,12 6:12 | **r** |
| 10:2,4,8,10,13 | **meetings** 3:5 | 7:11 | **rate** 2:19 |
| **kids** 6:16 | **microwave** 9:9 | **percentile** 2:21 | **reason** 5:22 |
| **know** 3:6,7,8,9 | **middle** 5:19 | **personal** 4:21 | **record** 2:8 |
| 3:11 4:17,18 | **military** 5:4 | **photo** 8:8 | **region** 6:7 |
| 5:2,2 6:15,24 | **morning** 9:7 | **pier** 5:22 7:1 | **release** 6:2,23 |
| 7:21 8:2,5,9,12 | **mother** 6:17 | **place** 4:12,12 | **remember** 2:9 |
| **knowledge** | **n** | 6:24 | **republican** 7:9 |
| 3:13 | **naive** 5:10 | **pleasure** 10:6,7 | 7:9 |
| **known** 2:7 | **nato** 3:23,24 | **polls** 2:1 | **republicans** |
| **knows** 3:14 4:9 | 4:2,23,24 | **portrait** 9:15 | 7:5 |
| | | 9:17 | |

**resolution**  6:1
**responsibility**
  7:16
**rest**  9:8
**right**  2:9 3:22
  3:23 4:10 5:21
  6:4,22 8:6
**roosevelt**  9:13
  9:15
**royal**  8:7,15
**russia**  5:12,15
  7:19,21
**russian**  8:5

**s**

**safe**  4:12 6:10
**safer**  4:12
**saw**  5:6 7:20
**saying**  3:6 5:5
**says**  8:16
**security**  6:10
**see**  2:8 4:5 5:11
  6:7,16,16
**seeing**  10:12
**seen**  3:24 5:17
**sense**  3:4 5:4
**services**  1:23
  11:8
**shows**  7:3
**side**  3:17
**situation**  5:5
  6:9,16
**skyrocketing**
  2:10
**small**  2:11
**solution**  6:11
**soon**  4:8 8:14

**soup**  6:17
**speak**  5:4
**spent**  3:3
**staff**  3:5,5
**stage**  3:15
**stake**  7:22
**stands**  5:3
**state**  6:10
**states**  2:2 5:8
  7:16
**stop**  7:19
**stores**  2:12
**strategy**  3:9
**street**  2:13
**strong**  4:21
  5:12,15
**stronger**  4:4
**strongly**  7:13
**submitted**  11:6
**sullivan**  4:20
**support**  4:18
  4:24 7:10,23
**supporting**  5:1
  5:1
**sure**  5:14 8:2
**survive**  6:17
**sweden**  4:5

**t**

**talk**  8:7
**tea**  9:5,8
**tell**  9:16
**tension**  5:7
**terrorist**  5:20
  6:5
**thank**  10:8,9,9
  10:10

**thanks**  10:11
**think**  2:6 3:10
  3:22 4:7,12,24
  5:10 6:14 7:3,3
  7:12,19,22
  8:15
**thinking**  8:12
**thinks**  7:19
  8:16
**thirds**  4:7
**threaten**  3:23
**tied**  6:1
**time**  3:3 7:14
**times**  3:2
**tony**  6:7,8,8
**transcribed**
  1:23
**transcriber's**
  11:4
**transcription**
  11:3,5
**translation**
  1:23 11:8
**trip**  4:2
**true**  9:20 11:5
**trump**  2:2 3:17
  3:23 4:13,17
  5:2 8:16
**try**  6:17
**turned**  3:16
**two**  2:3 4:7
  6:10

**u**

**ukraine**  4:18
  4:19 5:11,12
  5:15 7:6,10,17
  7:18,23

**um**  8:18
**un**  6:1,22
**understand**
  11:4
**unemployment**
  2:10,19
**united**  2:1 5:8
  7:16
**used**  7:15
**usually**  2:22
  7:2

**v**

**victorious**  7:24
**video**  11:5
**view**  5:20 7:12

**w**

**wage**  2:20,21
  2:22
**walk**  2:13
**want**  5:14 6:9
  7:11 8:12,14
**war**  5:11,15
**way**  3:6 4:4 5:7
  5:23 7:19
**we've**  3:24 5:17
  6:22 7:1
**white**  3:5 8:8
**winning**  7:18
  7:18
**work**  3:8
**world**  2:10
  3:14,24 4:12
  6:24
**world's**  2:1
**worry**  2:24
  3:15

| | |
|---|---|
| **wrong** | 3:17 |
| 7:19 | |

| **y** |
|---|
| **year** 2:1 |
| **years** 2:7 4:1 |
| **yesterday** 4:20 |
| **york** 2:13 9:18 |
| **yorker** 2:14,16 |
| 9:20 |
| **young** 6:12 |

Rules of Supreme Court of Virginia

Part Four - Pretrial Procedures

Depositions and Production at Trial

Rule 4.5

(e) Submission to Witness; Changes; Signing.
When the testimony is fully transcribed, the
deposition shall be submitted to the witness for
examination and shall be read to or by him, unless
such examination and reading are waived by the
witness and by the parties. Any changes in form or
substance which the witness desires to make shall
be entered upon the deposition by the officer with
a statement of the reasons given by the witness for
making them. The deposition shall then be signed by
the witness, unless the parties by stipulation
waive the signing or the witness is ill or cannot
be found or refuses to sign. If the deposition is
not signed by the witness within 21 days of its
submission to him, the officer shall sign it and
state on the record the fact of the waiver or of
the illness or absence of the witness or the fact
of the refusal to sign together with the reason, if
any, given therefor; and the deposition may then be
used as fully as though signed unless on a motion

to suppress under Rule 4:7(d)(4) the court holds
that the reasons given for the refusal to sign
require rejection of the deposition in whole or in
part.




DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access

controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.