## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HERITAGE FOUNDATION, *et al,*

    *Plaintiffs,*

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

    *Defendant.*

Civil Action No. 1:23-cv-01198 (CJN)
~~(SEALED)~~

 ~~EX PARTE~~ ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 23, is **GRANTED**; it is

**FURTHER ORDERED** that Plaintiffs' Cross-Motion for Summary Judgment, ECF No. 26, is **DENIED**; and it is

**FURTHER ORDERED** that Plaintiff's Motion to Strike, ECF No. 30, is **DENIED.**

This is a final appealable order.

The clerk is directed to terminate this case.

DATE:  September 9, 2024

_____
CARL J. NICHOLS
United States District Judge

1