# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HERITAGE FOUNDATION & MIKE HOWELL | ) ) ) ) | |
| *Plaintiffs*, | ) ) ) | |
| v. | ) ) | Case No. 23-cv-1198 (CJN) |
| U.S. DEPARTMENT OF HOMELAND SECURITY | ) ) ) | |
| *Defendants*. | ) ) | |

**UNOPPOSED MOTION TO AMEND JUDGEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59(E)**

Plaintiffs respectfully move that this Court enter an order pursuant to Federal Rule of Civil Procedure 59(e) amending the judgement entered in this matter on September 9, 2024 (ECF No. 46) so that the date of the entry of judgement is September 24, 2024 and in support thereof state as follows:

1.      This Court docketed its Memorandum Opinion (ECF No. 47) and accompanying Order (ECF No. 46) *ex parte* and under seal on September 9, 2024.  Accordingly, judgment in this matter was entered on September 9, 2024.  Thus, Plaintiffs had no access to ECF Nos. 46 & 47.

2.      The Court filed a public Redacted Memorandum Opinion on September 23, 2024 (ECF No. 48), and ECF No. 46 was unsealed on September 24, 2024.[1]  September 24, 2024 is the first time Plaintiffs had access to the Court's Judgment.

---

[1]   The Court's Redacted Memorandum Opinion directed that ECF No. 46 be unsealed on September 23, 2024 (ECF No. 49 at 5 n.1), but the Clerk's Office did not unseal ECF No. 46 until September 24, 2024.

3.      The date of entry of judgement triggers two deadlines relevant here.  First, under the Federal Rules of Civil Procedure, the date of entry of judgment triggers the 28-day timeline to move for amendment or reconsideration under Federal Rule of Civil Procedure 59(e).  That timeline cannot be judicially altered in the normal course.  *See Nat. Pub. Radio v. FBI*, 539 F.Supp.3d 1, 8 (D.D.C. 2021).  Entry of judgement also triggers the 30-day jurisdictional timeline to take an appeal under Federal Rule of Appellate Procedure 4(a)(1)(A).[2]

4.      Because Plaintiffs were unaware of the Court's Judgment until September 24, 2024, but it was entered on September 9, 2024, Plaintiffs have effectively "lost" 15 days from their allotted time to determine whether to seek reconsideration on the merits or to appeal.  It would be both "clear error" and "manifest injustice" (Fed. R. Civ. Proc. 59(e)) to shorten Plaintiffs' time to file a motion for reconsideration on the merits or to take an appeal, due to the (understandable) need to allow for redaction of the Court's Memorandum Opinion.[3]

5.      Counsel for Defendant states that Defendant has "no objection" to this Motion.

Accordingly, Plaintiffs respectfully pray that this Court amend the Judgement entered in this matter on September 9, 2024 (ECF No. 46) so that the date of the entry of judgement is September 24, 2024.

Dated: September 25, 2024                          Respectfully submitted,

                                                                    /s/ Samuel Everett Dewey
                                                                    SAMUEL EVERETT DEWEY
                                                                    (No. 999979)

---

[2]  To be sure, the Court has authority to extend that timeline.  *See* FRAP 4(a)(5).
[3]  This timeline is significant here as Plaintiffs intend to file Motions to unseal ECF No. 45 in redacted form insofar as its contents are disclosed in this Court's Memorandum Opinion (ECF No. 48 at 6 n.2) and to place on the docket in both unredacted and redacted form Defendant's correspondence in response to ECF No. 45.  Plaintiffs believe those filings may be relevant to their analysis of whether to seek reconsideration on the merits in this matter or to take an appeal.

Chambers of Samuel Everett Dewey, LLC
Telephone:  (703) 261-4194
Email:  samueledewey@sedchambers.com

DANIEL D. MAULER
(No. 977757)
The Heritage Foundation
Telephone:  (202) 617-6975
Email:  Dan.Mauler@heritage.org

ERIC NEAL CORNETT
(No. 1660201)
Law Office of Eric Neal Cornett
Telephone: (606) 275-0978

ROMAN JANKOWSKI
(No. 975348)
The Heritage Foundation
Telephone:  (202) 489-2969
Email:  Roman.Jankowski@heritage.org

*Counsel for Plaintiffs*