IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HERITAGE FOUNDATION & MIKE HOWELL,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br><br>*Defendants*. | Case No. 23-cv-1198 (CJN) |

### DECLARATION OF ERIC NEAL CORNETT

1. My name is Eric Neal Cornett. I am counsel to Plaintiffs in this action.

2. Exhibit 1 attached hereto is a true and correct copy of an acknowledgment letter from U.S. Citizenship and Immigration Services Acting Chief FOIA Officer Jarrod T. Panter to Mike Howell for FOIA Request ALF2024000627 (May 16, 2024).

3. Exhibit 2 attached hereto is a true and correct copy of a final response letter from U.S. Citizenship and Immigration Services Acting Chief FOIA Officer Jarrod T. Panter to Mike Howell for FOIA Request ALF2024000627 (May 21, 2024).

4. Exhibit 3 attached hereto is a true and correct copy of records responsive to U.S. Citizenship and Immigration Services FOIA Request ALF2024000627 (May 21, 2024).

Dated: October 22, 2024                   /s/ Eric Neal Cornett
                                          Eric Neal Cornett