# EXHIBIT 3

THE UNITED STATES OF AMERICA



No. 40109154

## CERTIFICATE OF NATURALIZATION

*Personal description of holder as of date of naturalization:*

*Date of birth:* **JULY 09, 1945**

*Sex:* **FEMALE**

*Height:* **5** *feet* **8** *inches*

*Marital status:* **MARRIED**

*Country of former nationality:*
**SLOVENIA**



*USCIS Registration No.* **A061027552**

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

*(Complete and true signature of holder)*

*Be it known that, pursuant to an application filed with the Secretary of Homeland Security*

*at:* **NEW YORK, NEW YORK**

*The Secretary having found that:*
**AMALIJA KNAVS**

*residing at:* **NEW YORK, NEW YORK**

*having complied in all respects with all of the applicable provisions of the naturalization laws of the United States, being entitled to be admitted as a citizen of the United States, and having taken the oath of allegiance at a ceremony conducted by*
**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**

*at:* **NEW YORK, NEW YORK**      *on:* **AUGUST 09, 2018**

*such person is admitted as a citizen of the United States of America.*

*U. S. Citizenship and Immigration Services*





DEPARTMENT OF HOMELAND SECURITY



**N-445,**     tice of Naturalization Oath C     nony

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form N-445
OMB No. 1615-0054
Expires 06/30/2019

A-Number                                          Date

► A-                                              August 06, 2018
  061027552


AMALIJA KNAVS
c/o MICHAEL J WILDES
WILDES WEINBERG P C
515 MADISON AVENUE 6TH FLOOR              REPRESENTATIVE COPY
NEW YORK NY 10022                         NBC*008046347

United States Citizenship and Immigration Services (USCIS) thanks you for your interest in becomi     appear
at a Naturalization Oath Ceremony to complete the naturalization process.

| You are scheduled to appear for a Naturalization Oath Ceremony on: | Please bring the following with you: |
|---|---|
| Date and Time:<br><br>Thursday, August 9 2018          2:00 PM<br><br>Location:<br><br>US CITIZENSHIP & IMMIGRATION SERVICES<br>26 FEDERAL PLAZA 9TH FL RM 901<br>NEW YORK, NY 10278<br>USCIS, CEREMONY ROOM. . | • This notice with the reverse side completed. Please refer to instructions on the reverse side.<br><br>• Your Permanent Resident Card ("green card").<br><br>• All Reentry Permits or Refugee Travel Documents you may have, valid or expired.<br><br>• Any other documents USCIS issued to you. |

The naturalization ceremony is a solemn and meaningful event. USCIS asks that you dress in proper attire to respect the dignity of this event.

If you cannot come to this ceremony, return this notice immediately with a written explanation on why you cannot attend. You will then receive an appointment for a ceremony at a later date.

If you require an accommodation, such as a sign language interpreter, please contact the USCIS National Customer Service Center at **1-800-375-5283**, at least 10 days prior to your scheduled ceremony.

Please answer the questionnaire on the reverse side of this notice on the day of your scheduled ceremony. Print clearly in black ink. Please read the instructions before answering the questions, which concern events that may have occurred since your interview.

If you answer "YES" to any of the questions, bring documents to support your answers. For example, if you married or divorced after your interview, bring your marriage certificate or divorce decree. If you were arrested after your interview, bring your arrest records and court dispositions. If you were serving in the military and have been discharged, bring your DD214 or other discharge papers.

| DHS Privacy Notice |
|---|

**AUTHORITIES:** The information requested on this form, and the associated evidence, is collected under the Immigration and Nationality Act (INA) sections 101(f), 313, 316, 332, 334, 335 and 336. **PURPOSE:** The primary purpose for providing the requested information on this form is to determine if you have maintained good moral character and continued eligibility for naturalization from the date of your last interview until the naturalization ceremony. DHS uses the information you provide to assess your continuing eligibility for the immigration benefit you are seeking. **DISCLOSURE:** The information you provide is voluntary. However, failure to provide the requested information, including your Social Security number (if applicable), and any requested evidence, may delay a final decision or result in denial of your application for an immigration benefit. **ROUTINE USES:** DHS may share the information you provide on this form and any additional requested evidence with other Federal, state, local, and foreign government agencies and authorized organizations. DHS follows approved routine uses described in the associated published system of records notices [DHS-USCIS-001 - Alien File, Index, and National File Tracking System and DHS-USCIS-007 - Benefits Information System] and the published privacy impact assessments [DHS/USCIS/PIA-015 Computer Linked Application Information Management System 4 and DHS-USCIS-PIA-056 USCIS Electronic Immigration System] which you can find at **www.dhs.gov/privacy**. DHS may also share this information, as appropriate, for law enforcement purposes or in the interest of national security.

| Paperwork Reduction Act |
|---|

The public reporting burden for this collection of information is estimated to average 10 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden to: U.S. Citizenship and Immigration Services, Regulatory Coordination Division, Office of Policy and Strategy, 20 Massachusetts Ave, NW, Washington, DC 20529-2140; OMB No 1615-0054. **Do not mail your completed Form N-445 to this address.**

| For USCIS Use Only | ☐ Sworn Statement<br>☐ Other<br>FCO: | Name of Applicant<br><br>A-Number<br>▶ A- |
| --- | --- | --- |

## Instructions

**You MUST bring this completed questionnaire with you to the Naturalization Oath Ceremony, along with the documents listed on the front side of this notice.** You are required to give these items to an employee of USCIS at the oath ceremony.

Answer the following questions on the day of your Naturalization Oath Ceremony. Please note that these questions do not refer to any events that happened *before* your naturalization interview. These questions refer to the time period *after* your interview at the USCIS office. For example, if you were married at the time of your interview and there has been no change in your marital status since your interview, select "NO" to Item Number 1 below. If you traveled outside the United States *after* your interview, select "YES" to Item Number 2 below.

After you have answered each question, print the date and the location (city and state) where you completed the questionnaire. Also, sign the questionnaire and print your current address.

| | | | |
| --- | --- | --- | --- |
| 1. | Since your interview, have you married, or been widowed, separated or divorced? | ☐ Yes | ☒ No |
| 2. | Since your interview, have you traveled outside the United States? | ☐ Yes | ☒ No |
| 3. | Since your interview, have you knowingly committed any crime or offense, for which you have not been arrested? | ☐ Yes | ☒ No |
| 4. | Since your interview, have you been arrested, cited, charged, indicted, convicted, fined, or imprisoned for breaking or violating any law or ordinance, including traffic violations? | ☐ Yes | ☒ No |
| 5. | Since your interview, have you joined, become associated or connected with any organization in any way, including the Communist Party, a totalitarian organization, or terrorist group? | ☐ Yes | ☒ No |
| 6. | Since your interview, have you deserted from, claimed exemption from, or been separated or discharged from military service? | ☐ Yes | ☒ No |
| 7. | Since your interview, has there been any change in your willingness to bear arms on behalf of the United States; to perform non-combatant service in the armed forces of the United States; or to perform work of national importance under civilian direction if the law requires it? | ☐ Yes | ☒ No |
| 8. | Since your interview, have you practiced polygamy, received income from illegal gambling, been involved in prostitution, helped anyone enter the United States illegally, trafficked controlled substances, given false testimony to obtain immigration benefits, or been a habitual drunkard? | ☐ Yes | ☒ No |

I certify that each answer shown above was made by me or at my direction, and that each answer is true and correct as of the date of my Naturalization Oath Ceremony.

Signed at  26 Federal Plaza NY, NY  10278   on   August 9, 2018
              City and State                              Date

Signature  _Amalija Znaus_

Full Address and ZIP Code

Street Number and Name   721 F.th Ave          Apt. ☒  Ste. ☐  Flr. ☐  Number  331

City or Town   New York, New York          State  NY          ZIP Code  10022

Form N-445   12/15/17   N                                                      Page 2 of 2



**N-4** **Notice of Naturalization Oath** **emony**

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form N-445**
OMB No. 1615-0054
Expires 06/30/2019

| A-Number | Date |
|---|---|
| ▶ A- 061027552 | August 06, 2018 |

AMALIJA KNAVS
APT 33H
721 FIFTH AVE
NEW YORK NY 10022

**APPLICANT COPY**
NBC*008046347

United States Citizenship and Immigration Services (USCIS) thanks you for your interest in becoming a United States citizen. You must now appear at a Naturalization Oath Ceremony to complete the naturalization process.

| You are scheduled to appear for a Naturalization Oath Ceremony on: | Please bring the following with you: |
|---|---|
| Date and Time: Thursday, August 9 2018     2:00 PM  Location:  US CITIZENSHIP & IMMIGRATION SERVICES 26 FEDERAL PLAZA 9TH FL RM 901 NEW YORK, NY 10278 USCIS. CEREMONY ROOM. | • This notice with the reverse side completed. Please refer to instructions on the reverse side.  • Your Permanent Resident Card ("green card").  • All Reentry Permits or Refugee Travel Documents you may have, valid or expired.  • Any other documents USCIS issued to you. |

The naturalization ceremony is a solemn and meaningful event. USCIS asks that you dress in proper attire to respect the dignity of this event.

If you cannot come to this ceremony, return this notice immediately with a written explanation on why you cannot attend. You will then receive an appointment for a ceremony at a later date.

If you require an accommodation, such as a sign language interpreter, please contact the USCIS National Customer Service Center at **1-800-375-5283**, at least 10 days prior to your scheduled ceremony.

Please answer the questionnaire on the reverse side of this notice on the day of your scheduled ceremony. Print clearly in black ink. Please read the instructions before answering the questions, which concern events that may have occurred since your interview.

If you answer "YES" to any of the questions, bring documents to support your answers. For example, if you married or divorced after your interview, bring your marriage certificate or divorce decree. If you were arrested after your interview, bring your arrest records and court dispositions. If you were serving in the military and have been discharged, bring your DD214 or other discharge papers.

---

**DHS Privacy Notice**

**AUTHORITIES:** The information requested on this form, and the associated evidence, is collected under the Immigration and Nationality Act (INA) sections 101(f), 313, 316, 332, 334, 335 and 336. **PURPOSE:** The primary purpose for providing the requested information on this form is to determine if you have maintained good moral character and continued eligibility for naturalization from the date of your last interview until the naturalization ceremony. DHS uses the information you provide to assess your continuing eligibility for the immigration benefit you are seeking. **DISCLOSURE:** The information you provide is voluntary. However, failure to provide the requested information, including your Social Security number (if applicable), and any requested evidence, may delay a final decision or result in denial of your application for an immigration benefit. **ROUTINE USES:** DHS may share the information you provide on this form and any additional requested evidence with other Federal, state, local, and foreign government agencies and authorized organizations. DHS follows approved routine uses described in the associated published system of records notices [DHS-USCIS-001 - Alien File, Index, and National File Tracking System and DHS-USCIS-007 - Benefits Information System] and the published privacy impact assessments [DHS USCIS PIA-015 Computer Linked Application Information Management System 4 and DHS/USCIS PIA-056 USCIS Electronic Immigration System] which you can find at www.dhs.gov/privacy. DHS may also share this information, as appropriate, for law enforcement purposes or in the interest of national security.

---

**Paperwork Reduction Act**

The public reporting burden for this collection of information is estimated to average 10 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden to: U.S. Citizenship and Immigration Services, Regulatory Coordination Division, Office of Policy and Strategy, 20 Massachusetts Ave, NW, Washington, DC 20529-2140; OMB No 1615-0054. **Do not mail your completed Form N-445 to this address.**

| | | |
|---|---|---|
| **For USCIS Use Only** | ☐ Sworn Statement _____ <br> ☐ Other _____ <br> FCO: | Name of Applicant <br><br> A-Number <br> ▶ A- |

---

**Instructions**

**You MUST bring this completed questionnaire with you to the Naturalization Oath Ceremony, along with the documents listed on the front side of this notice.** You are required to give these items to an employee of USCIS at the oath ceremony.

Answer the following questions on the day of your Naturalization Oath Ceremony. Please note that these questions do not refer to any events that happened *before* your naturalization interview. These questions refer to the time period *after* your interview at the USCIS office. For example, if you were married at the time of your interview and there has been no change in your marital status since your interview, select "NO" to **Item Number 1** below. If you traveled outside the United States *after* your interview, select "YES" to **Item Number 2** below.

After you have answered each question, print the date and the location (city and state) where you completed the questionnaire. Also, sign the questionnaire and print your current address.

| | | | |
|---|---|---|---|
| 1. | Since your interview, have you married, or been widowed, separated or divorced? | ☐ Yes | ☐ No |
| 2. | Since your interview, have you traveled outside the United States? | ☐ Yes | ☐ No |
| 3. | Since your interview, have you knowingly committed any crime or offense, for which you have not been arrested? | ☐ Yes | ☐ No |
| 4. | Since your interview, have you been arrested, cited, charged, indicted, convicted, fined, or imprisoned for breaking or violating any law or ordinance, including traffic violations? | ☐ Yes | ☐ No |
| 5. | Since your interview, have you joined, become associated, or connected with any organization in any way, including the Communist Party, a totalitarian organization, or terrorist group? | ☐ Yes | ☐ No |
| 6. | Since your interview, have you deserted from, claimed exemption from, or been separated or discharged from military service? | ☐ Yes | ☐ No |
| 7. | Since your interview, has there been any change in your willingness to bear arms on behalf of the United States; to perform non-combatant service in the armed forces of the United States; or to perform work of national importance under civilian direction if the law requires it? | ☐ Yes | ☐ No |
| 8. | Since your interview, have you practiced polygamy, received income from illegal gambling, been involved in prostitution, helped anyone enter the United States illegally, trafficked controlled substances, given false testimony to obtain immigration benefits, or been a habitual drunkard? | ☐ Yes | ☐ No |

I certify that each answer shown above was made by me or at my direction, and that each answer is true and correct as of the date of my Naturalization Oath Ceremony.

Signed at _____ on _____
City and State                                      Date

Signature
_____

Full Address and ZIP Code

Street Number and Name
_____   Apt. ☐   Ste. ☐   Flr. ☐   Number _____

City or Town
_____   State _____   ZIP Code _____



**N-4** **Notice of Naturalization Oath ~ remony**

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form N-445
OMB No. 1615-0054
Expires 06/30/2019

| A-Number | Date |
|---|---|
| ▶ A-<br>061027552 | August 06, 2018 |

AMALIJA KNAVS
c/o MICHAEL J WILDES
WILDES WEINBERG P C
515 MADISON AVENUE 6TH FLOOR
NEW YORK NY 10022

REPRESENTATIVE COPY
NBC*008046347

United States Citizenship and Immigration Services (USCIS) thanks you for your interest in becoming a United States citizen. You must appear at a Naturalization Oath Ceremony to complete the naturalization process.

| You are scheduled to appear for a Naturalization Oath Ceremony on: | Please bring the following with you: |
|---|---|
| Date and Time:<br><br>Thursday, August 9 2018　　2:00 PM<br><br>Location:<br><br>US CITIZENSHIP & IMMIGRATION SERVICES<br>26 FEDERAL PLAZA 9TH FL RM 901<br>NEW YORK, NY 10278<br>USCIS, CEREMONY ROOM, . | • This notice with the reverse side completed. Please refer to instructions on the reverse side.<br><br>• Your Permanent Resident Card ("green card").<br><br>• All Reentry Permits or Refugee Travel Documents you may have, valid or expired.<br><br>• Any other documents USCIS issued to you. |

The naturalization ceremony is a solemn and meaningful event. USCIS asks that you dress in proper attire to respect the dignity of this event.

If you cannot come to this ceremony, return this notice immediately with a written explanation on why you cannot attend. You will then receive an appointment for a ceremony at a later date.

If you require an accommodation, such as a sign language interpreter, please contact the USCIS National Customer Service Center at **1-800-375-5283**, at least 10 days prior to your scheduled ceremony.

Please answer the questionnaire on the reverse side of this notice on the day of your scheduled ceremony. Print clearly in black ink. Please read the instructions before answering the questions, which concern events that may have occurred since your interview.

If you answer "YES" to any of the questions, bring documents to support your answers. For example, if you married or divorced after your interview, bring your marriage certificate or divorce decree. If you were arrested after your interview, bring your arrest records and court dispositions. If you were serving in the military and have been discharged, bring your DD214 or other discharge papers.

---

**DHS Privacy Notice**

**AUTHORITIES:** The information requested on this form, and the associated evidence, is collected under the Immigration and Nationality Act (INA) sections 101(f), 313, 316, 332, 334, 335 and 336. **PURPOSE:** The primary purpose for providing the requested information on this form is to determine if you have maintained good moral character and continued eligibility for naturalization from the date of your last interview until the naturalization ceremony. DHS uses the information you provide to assess your continuing eligibility for the immigration benefit you are seeking. **DISCLOSURE:** The information you provide is voluntary. However, failure to provide the requested information, including your Social Security number (if applicable), and any requested evidence, may delay a final decision or result in denial of your application for an immigration benefit. **ROUTINE USES:** DHS may share the information you provide on this form and any additional requested evidence with other Federal, state, local, and foreign government agencies and authorized organizations. DHS follows approved routine uses described in the associated published system of records notices [DHS-USCIS-001 - Alien File, Index, and National File Tracking System and DHS-USCIS-007 - Benefits Information System] and the published privacy impact assessments [DHS/USCIS/PIA-015 Computer Linked Application Information Management System 4 and DHS/USCIS/PIA-056 USCIS Electronic Immigration System] which you can find at **www.dhs.gov/privacy**. DHS may also share this information, as appropriate, for law enforcement purposes or in the interest of national security.

---

**Paperwork Reduction Act**

The public reporting burden for this collection of information is estimated to average 10 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection, including suggestions for reducing this burden to: U.S. Citizenship and Immigration Services, Regulatory Coordination Division, Office of Policy and Strategy, 20 Massachusetts Ave, NW, Washington, DC 20529-2140; OMB No 1615-0054 **Do not mail your completed Form N-445 to this address.**

| For USCIS Use Only | ☐ Sworn Statement _____ | Name of Applicant |
|---|---|---|
| | ☐ Other _____ | |
| | FCO: | A-Number |
| | | ▶ A- |

## Instructions

**You MUST bring this completed questionnaire with you to the Naturalization Oath Ceremony, along with the documents listed on the front side of this notice.** You are required to give these items to an employee of USCIS at the oath ceremony.

Answer the following questions on the day of your Naturalization Oath Ceremony. Please note that these questions do not refer to any events that happened *before* your naturalization interview. These questions refer to the time period *after* your interview at the USCIS office. For example, if you were married at the time of your interview and there has been no change in your marital status since your interview, select "NO" to Item Number 1 below. If you traveled outside the United States *after* your interview, select "YES" to Item Number 2 below.

After you have answered each question, print the date and the location (city and state) where you completed the questionnaire. Also, sign the questionnaire and print your current address.

| | | | |
|---|---|---|---|
| 1. | Since your interview, have you married, or been widowed, separated or divorced? | ☐ Yes | ☐ No |
| 2. | Since your interview, have you traveled outside the United States? | ☐ Yes | ☐ No |
| 3. | Since your interview, have you knowingly committed any crime or offense, for which you have not been arrested? | ☐ Yes | ☐ No |
| 4. | Since your interview, have you been arrested, cited, charged, indicted, convicted, fined, or imprisoned for breaking or violating any law or ordinance, including traffic violations? | ☐ Yes | ☐ No |
| 5. | Since your interview, have you joined, become associated, or connected with any organization in any way, including the Communist Party, a totalitarian organization, or terrorist group? | ☐ Yes | ☐ No |
| 6. | Since your interview, have you deserted from, claimed exemption from, or been separated or discharged from military service? | ☐ Yes | ☐ No |
| 7. | Since your interview, has there been any change in your willingness to bear arms on behalf of the United States; to perform non-combatant service in the armed forces of the United States; or to perform work of national importance under civilian direction if the law requires it? | ☐ Yes | ☐ No |
| 8. | Since your interview, have you practiced polygamy, received income from illegal gambling, been involved in prostitution, helped anyone enter the United States illegally, trafficked controlled substances, given false testimony to obtain immigration benefits, or been a habitual drunkard? | ☐ Yes | ☐ No |

I certify that each answer shown above was made by me or at my direction, and that each answer is true and correct as of the date of my Naturalization Oath Ceremony.

Signed at _____ on _____
            City and State                              Date

Signature _____

Full Address and ZIP Code

Street Number and Name _____  Apt. ☐  Ste. ☐  Flr. ☐  Number _____

City or Town _____  State _____  ZIP Code _____



# Notice of Entry of Appearance
## as Attorney or Accredited Representative
### Department of Homeland Security

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 03/31/2018

---

## Part 1. Information About Attorney or Accredited Representative

1. USCIS ELIS Account Number (*if any*)

   ▶ [                              ]

### Name and Address of Attorney or Accredited Representative

2.a. Family Name (*Last Name*)    Wildes

2.b. Given Name (*First Name*)    Michael

2.c. Middle Name    J

3.a. Street Number and Name    515 Madison Avenue

3.b. Apt. ☐   Ste. ☐   Flr. ☒    6th Floor

3.c. City or Town    New York

3.d. State  NY    3.e. ZIP Code  10022

3.f. Province    [          ]

3.g. Postal Code    [          ]

3.h. Country    USA

4. Daytime Telephone Number    (212) 753-3468

5. Fax Number    (212) 753-3866

6. E-Mail Address (*if any*)    mwildes@wildesweinberg.com

7. Mobile Telephone Number (*if any*)    [          ]

Michael J. Wildes

## Part 2. Notice of Appearance as Attorney or Accredited Representative

This appearance relates to immigration matters before (*Select only one box*):

1.a. ☒ USCIS

1.b. List the form numbers    N-400

2.a. ☐ ICE

2.b. List the specific matter in which appearance is entered    [          ]

3.a. ☐ CBP

3.b. List the specific matter in which appearance is entered    [          ]

I enter my appearance as attorney or accredited representative at the request of:

4. Select only one box:
   ☒ Applicant   ☐ Petitioner   ☐ Requestor
   ☐ Respondent (ICE, CBP)

### Information About Applicant, Petitioner, Requestor, or Respondent

5.a. Family Name (*Last Name*)    KNAVS

5.b. Given Name (*First Name*)    Amalija

5.c. Middle Name    [          ]

6. Name of Company or Organization (*if applicable*)    [          ]



Form G-28  05/05/16  Y

Page 1 of 4

## Part 2. Notice of Appearance as Attorney or Accredited Representative *(continued)*

### Information About Applicant, Petitioner, Requestor, or Respondent *(continued)*

7. USCIS ELIS Account Number *(if any)*
   ▶

8. Alien Registration Number (A-Number) or Receipt Number
   A 061-027-552

9. Daytime Telephone Number
   (917) 657-5995

10. Mobile Telephone Number *(if any)*

11. E-Mail Address *(if any)*

### Mailing Address of Applicant, Petitioner, Requestor, or Respondent

**NOTE:** Provide the mailing address of the applicant, petitioner, requestor, or respondent. **Do not provide the business mailing address of the attorney or accredited representative unless it serves as the safe mailing address on the application, petition, or request being filed with this Form G-28.**

12.a. Street Number and Name — 721 Fifth Ave.

12.b. Apt. ☒ Ste. ☐ Flr. ☐ — 33H

12.c. City or Town — New York

12.d. State — NY   12.e. ZIP Code — 10022

12.f. Province

12.g. Postal Code

12.h. Country — USA

## Part 3. Eligibility Information for Attorney or Accredited Representative

Select all applicable items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. *(If you need additional space, use Part 6.)*

Licensing Authority
New York, New Jersey, Washington DC

1.b. Bar Number *(if applicable)*
2382091,004851990, 428536

1.c. Name of Law Firm
Wildes & Weinberg P.C.

1.d. I *(choose one)* ☒ am not ☐ am subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law. If you are subject to any orders, explain in the space below. *(If you need additional space, use Part 6.)*

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States, so recognized by the Department of Justice, Board of Immigration Appeals, in accordance with 8 CFR 292.2. Provide the name of the organization and the expiration date of accreditation.

2.b. Name of Recognized Organization

2.c. Date accreditation expires
   *(mm/dd/yyyy)* ▶



## Part 3. Eligibility Information for Attorney or Accredited Representative (continued)

3. ☐ I am associated with

[                              ]

the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative is at his or her request.

**NOTE:** If you select this item, also complete Item Numbers 1.a. - 1.b. or Item Numbers 2.a. - 2.c. in Part 3. (whichever is appropriate).

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2)(iv).

4.b. Name of Law Student or Law Graduate

[                              ]

## Part 4. Applicant, Petitioner, Requestor, or Respondent Consent to Representation, Contact Information, and Signature

### Consent to Representation and Release of Information

1. I have requested the representation of and consented to being represented by the attorney or accredited representative named in Part 1. of this form. According to the Privacy Act of 1974 and DHS policy, I also consent to the disclosure to the named attorney or accredited representative of any record pertaining to me that appears in any system of records of USCIS, ICE or CBP.

   When you (the applicant, petitioner, requestor, or respondent) are represented, DHS will send notices to both you and your attorney or accredited representative either through mail or electronic delivery.

   DHS will also send the Form I-94, Arrival Departure Record, to you unless you select **Item Number 2.a.** in **Part 4.** All secure identity documents and Travel Documents will be sent to you (the applicant, petitioner, requestor, or respondent) at your U.S. mailing address unless you ask us to send your secure identity documents to your attorney of record or accredited representative.

If you do not want to receive original notices or secure identity documents directly, but would rather have such notices and documents sent to your attorney of record or accredited representative, please select all applicable boxes below:

2.a. ☒ I request DHS send any notice (including Form I-94) on an application, petition, or request to the U.S. business address of my attorney of record or accredited representative as listed in this form. I understand that I may change this election at any future date through written notice to DHS.

2.b. ☐ I request that DHS send any secure identity document, such as a Permanent Resident Card, Employment Authorization Document, or Travel Document, that I am approved to receive and authorized to possess, to the U.S. business address of my attorney of record or accredited representative as listed in this form or to a designated military or diplomatic address for pickup in a foreign country (if permitted). I consent to having my secure identity document sent to my attorney of record or accredited representative's U.S. business address and understand that I may request, at any future date and through written notice to DHS, that DHS send any secure identity document to me directly.

3.a. Signature of Applicant, Petitioner, Requestor, or Respondent



3.b. Date of Signature *(mm/dd/yyyy)* ▶ [ 8.7.17 ]

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before the Department of Homeland Security. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

1. Signature of Attorney or Accredited Representative

[                              ]

2. Signature of Law Student or Law Graduate

[                              ]

3. Date of Signature *(mm/dd/yyyy)* ▶ [ 8/18/17 ]

## Part 6. Additional Information

Use the space provided below to provide additional information pertaining to **Part 3., Item Numbers 1.a. - 1.d.** or to provide your U.S. business address for purposes of receiving secure identity documents for your client (if your client has consented to your receipt of such documents under **Part 4.**)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____





# Application for Naturalization

Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
Form N-400
OMB No. 1615-0052
Expires 03/31/2019

| For USCIS Use Only | Date Stamp | N400 | DHS U.S. Citizenship and Immigration Services **APPROVED** MAY – 2 2018 USCIS |
|---|---|---|---|
| | | NBC*008046347      08/09/2017 | |
| Remarks | | | 26 04732 |

▶ **START HERE** - Type or print in black ink. Type or print "N/A" if an item is not applicable or the answer is none, unless otherwise indicated. Failure to answer all of the questions may delay U.S. Citizenship and Immigration Services (USCIS) processing your Form N-400. **NOTE: You must complete Parts 1. - 15.**

If your biological or legal adoptive mother or father is a U.S. citizen by birth, or was naturalized before you reached your 18th birthday, you may already be a U.S. citizen. Before you consider filing this application, please visit the USCIS Website at www.uscis.gov for more information on this topic and to review the instructions for Form N-600, Application for Certificate of Citizenship, and Form N-600K, Application for Citizenship and Issuance of Certificate Under Section 322.

**NOTE:** Are either of your parents a United States citizen? If you answer "Yes," then complete **Part 6. Information About Your Parents** as part of this application. If you answer "No," then skip **Part 6.** and go to **Part 7. Biographic Information.**

---

## Part 1. Information About Your Eligibility (Select only one box or your Form N-400 may be delayed)

Enter Your 9 Digit A-Number:
▶ A- | 0 | 6 | 1 | 0 | 2 | 7 | 5 | 5 | 2 |

1.  You are at least 18 years of age **and:**

    A. ☒ Have been a lawful permanent resident of the United States for at least 5 years.

    B. ☐ Have been a lawful permanent resident of the United States for at least 3 years. In addition, you have been married to and living with the same U.S. citizen spouse for the last 3 years, **and** your spouse has been a U.S. citizen for the last 3 years at the time you filed your Form N-400.

    C. ☐ Are a lawful permanent resident of the United States **and** you are the spouse of a U.S. citizen **and** your U.S. citizen spouse is regularly engaged in specified employment abroad. (See the Immigration and Nationality Act (INA) section 319(b).) If your residential address is outside the United States and you are filing under Section 319(b), select the USCIS Field Office from the list below where you would like to have your naturalization interview:

    [ ]

    D. ☐ Are applying on the basis of qualifying military service.

    E. ☐ Other (Explain): [ ]

---

## Part 2. Information About You (Person applying for naturalization)

1.  Your Current Legal Name (do not provide a nickname)

    | Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
    |---|---|---|
    | KNAVS | AMALIJA | |

2.  Your Name Exactly As It Appears on Your Permanent Resident Card (if applicable)

    | Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
    |---|---|---|
    | KNAVS | AMALIJA | |

---





**Part 2. Information About You** (Person applying for naturalization) (continued)   A- | 0 | 6 | 1 | 0 | 2 | 7 | 5 | 5 | 2 |

3.  Other Names You Have Used Since Birth (include nicknames, aliases, and maiden name, if applicable)

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| ULCNIK | AMALIJA | |

4.  Name Change (Optional)

**Read the Form N-400 Instructions before you decide whether or not you would like to legally change your name.**

Would you like to legally change your name?   ☐ Yes   ☒ No

If you answered "Yes," type or print the new name you would like to use in the spaces provided below.

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |

5.  U.S. Social Security Number (if applicable)   ► 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

6.  USCIS Online Account Number (if any)   ►

7.  Gender   ☐ Male   ☒ Female

8.  Date of Birth (mm/dd/yyyy)   07/09/1945

9.  Date You Became a Lawful Permanent Resident (mm/dd/yyyy)   03/16/2010

10. Country of Birth   SLOVENIA

11. Country of Citizenship or Nationality   SLOVENIA

12. Do you have a physical or developmental disability or mental impairment that prevents you from demonstrating your knowledge and understanding of the English language and/or civics requirements for naturalization?   ☐ Yes   ☒ No

If you answered "Yes," submit a completed Form N-648, Medical Certification for Disability Exceptions, when you file your Form N-400.

13. Exemptions from the English Language Test

A. Are you **50 years of age or older and** have you lived in the United States as a lawful permanent resident for periods totaling at least 20 years at the time you file your Form N-400?   ☐ Yes   ☒ No

B. Are you **55 years of age or older and** have you lived in the United States as a lawful permanent resident for periods totaling at least 15 years at the time you file your Form N-400?   ☐ Yes   ☒ No

C. Are you **65 years of age or older and** have you lived in the United States as a lawful permanent resident for periods totaling at least 20 years at the time you file your Form N-400? (If you meet this requirement, you will also be given a simplified version of the civics test.)   ☐ Yes   ☒ No

**Part 3. Accommodations for Individuals With Disabilities and/or Impairments**

**NOTE:** Read the information in the Form N-400 Instructions before completing this part.

1.  Are you requesting an accommodation because of your disabilities and/or impairments?   ☐ Yes   ☒ No

If you answered "Yes," select any applicable box.

A. ☐ I am deaf or hard of hearing and request the following accommodation. (If you are requesting a sign-language interpreter, indicate for which language (for example, American Sign Language).)

B. ☐ I am blind or have low vision and request the following accommodation:

**Part 3.  Accommodations for Individuals With Disabilities and/or Impairments** (continued)

A- | 0 | 6 | 1 | 0 | 2 | 7 | 5 | 5 | 2 |

C. ☐ I have another type of disability and/or impairment (for example, use a wheelchair).  (Describe the nature of your disability and/or impairment and the accommodation you are requesting.)

**Part 4.  Information to Contact You**

1. Daytime Telephone Number

   (917) 657-5995

2. Work Telephone Number (if any)

3. Evening Telephone Number

   (917) 657-5995

4. Mobile Telephone Number (if any)

5. Email Address (if any)

**Part 5.  Information About Your Residence**

1. Where have you lived during the last five years?  Provide your most recent residence and then list every location where you have lived during the last five years.  If you need extra space, use additional sheets of paper.

   A. Current Physical Address

      Street Number and Name

      721 FIFTH AVE.

      Apt. ☒  Ste. ☐  Flr. ☐  Number  33H

      | City or Town | County | State | ZIP Code + 4 |
      |---|---|---|---|
      | NEW YORK | NEW YORK | NY | 10022 - 2537 |

      Province or Region (foreign address only)

      Postal Code (foreign address only)

      Country (foreign address only)

      Dates of Residence    From (mm/dd/yyyy)  03/01/2010    To (mm/dd/yyyy)  Present

   B. Current Mailing Address (if different from the address above)

      In Care Of Name (if any)

      SAME AS ABOVE

      Street Number and Name

      Apt. ☐  Ste. ☐  Flr. ☐  Number

      | City or Town | County | State | ZIP Code + 4 |
      |---|---|---|---|
      | | | | - |

      Province or Region (foreign address only)

      Postal Code (foreign address only)

      Country (foreign address only)

**Part 5.  Information About Your Residence** (continued)   A- `0 6 1 0 2 7 5 5 2`

C.   Physical Address 2

Street Number and Name

| 1100 S. OCEAN BLVD. | Apt. ☐ | Ste. ☐ | Flr. ☒ | Number 33 |

| City or Town | County | State | ZIP Code + 4 |
|---|---|---|---|
| PALM BEACH | PALM BEACH | FL | 33462 - 5004 |

Province or Region
(foreign address only)

Postal Code
(foreign address only)

Country
(foreign address only)

Dates of Residence

| From (mm/dd/yyyy) | To (mm/dd/yyyy) |
|---|---|
| 11/01/2009 | 03/01/2010 |

D.   Physical Address 3

Street Number and Name

| N/A | Apt. ☐ | Ste. ☐ | Flr. ☐ | Number |

City or Town

County

State

ZIP Code + 4

Province or Region
(foreign address only)

Postal Code
(foreign address only)

Country
(foreign address only)

Dates of Residence

From (mm/dd/yyyy)

To (mm/dd/yyyy)

E.   Physical Address 4

Street Number and Name

| N/A | Apt. ☐ | Ste. ☐ | Flr. ☐ | Number |

City or Town

County

State

ZIP Code + 4

Province or Region
(foreign address only)

Postal Code
(foreign address only)

Country
(foreign address only)

Dates of Residence

From (mm/dd/yyyy)

To (mm/dd/yyyy)

(b)(6)

| Part 6. Information About Your Parents (continued) (b)(6) | A- | 0 6 1 0 2 7 5 5 2 |
|---|---|---|

(b)(6)

## Part 7. Biographic Information

**NOTE:** USCIS requires you to complete the categories below to conduct background checks. (See the Form N-400 Instructions for more information.)

1. Ethnicity (Select **only one** box)
   ☐ Hispanic or Latino   ☒ Not Hispanic or Latino

2. Race (Select **all applicable** boxes)
   ☒ White   ☐ Asian   ☐ Black or African American   ☐ American Indian or Alaska Native   ☐ Native Hawaiian or Other Pacific Islander

3. Height  Feet [5]  Inches [8]   4. Weight  Pounds [1][1][0]

5. Eye color (Select **only one** box)
   ☐ Black   ☐ Blue   ☒ Brown   ☐ Gray   ☐ Green   ☐ Hazel   ☐ Maroon   ☐ Pink   ☐ Unknown/Other

6. Hair color (Select **only one** box)
   ☐ Bald (No hair)   ☐ Black   ☒ Blond   ☐ Brown   ☐ Gray   ☐ Red   ☐ Sandy   ☐ White   ☐ Unknown/Other

| Part 8. Information About Your Employment and Schools You Attended | A- | 0 6 1 0 2 7 5 5 2 |
|---|---|---|

List where you have worked or attended school full time or part time during the last five years. Provide information for the complete time period. Include all military, police, and/or intelligence service. Begin by providing information about your most recent or current employment, studies, or unemployment (if applicable). Provide the locations and dates where you worked, were self-employed, were unemployed, or have studied for the last five years. If you worked for yourself, type or print "self-employed." If you were unemployed, type.or print "unemployed." If you need extra space, use additional sheets of paper.

**1.** Employer or School Name

UNEMPLOYED (RETIRED)

Street Number and Name      Apt. □  Ste. □  Flr. □  Number

City or Town      State      ZIP Code + 4

Province or Region (foreign address only)      Postal Code (foreign address only)      Country (foreign address only)

Date From (mm/dd/yyyy)   08/03/1998      Date To (mm/dd/yyyy)   PRESENT      Your Occupation   RETIRED

**2.** Employer or School Name

N/A

Street Number and Name      Apt. □  Ste. □  Flr. □  Number

City or Town      State      ZIP Code + 4

Province or Region (foreign address only)      Postal Code (foreign address only)      Country (foreign address only)

Date From (mm/dd/yyyy)      Date To (mm/dd/yyyy)      Your Occupation

**3.** Employer or School Name

N/A

Street Number and Name      Apt. □  Ste. □  Flr. □  Number

City or Town      State      ZIP Code + 4

Province or Region (foreign address only)      Postal Code (foreign address only)      Country (foreign address only)

Date From (mm/dd/yyyy)      Date To (mm/dd/yyyy)      Your Occupation

| Part 9.  Time Outside the United States | | | A- | 0 6 1 0 2 7 5 5 2 |

1. How many **total days (24 hours or longer)** did you spend outside the United States during the last 5 years? `216` days

2. How many **trips of 24 hours or longer** have you taken outside the United States during the last 5 years? `9` trips

3. List below all the trips of **24 hours or longer** that you have taken outside the United States during the last 5 years.  Start with your most recent trip and work backwards.  If you need extra space, use additional sheets of paper.

| Date You Left the United States (mm/dd/yyyy) | Date You Returned to the United States (mm/dd/yyyy) | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Outside the United States |
|---|---|---|---|---|
| 11/30/2016 | 12/22/2016 | ☐ Yes ☒ No | SLOVENIA | 22 |
| 05/06/2016 | 05/25/2016 | ☐ Yes ☒ No | SLOVENIA | 19 |
| 11/19/2015 | 11/22/2015 | ☐ Yes ☒ No | ST. MAARTEN | 3 |
| 04/29/2015 | 05/06/2015 | ☐ Yes ☒ No | SLOVENIA | 7 |
| 01/23/2015 | 01/28/2015 | ☐ Yes ☒ No | ST. MAARTEN | 5 |
| 9/2017 | 10/30/2017 | ☐ Yes ☑ No | SEE ADDENDUM | |

X Sloven_a

| Part 10.  Information About Your Marital History |

1. What is your current marital status?

☐ Single, Never Married   ☒ Married   ☐ Divorced   ☐ Widowed   ☐ Separated   ☐ Marriage Annulled

If you are single and have never married, go to **Part 11.**

(b)(6)

D. Current Spouse's Date of Birth (mm/dd/yyyy)

E. Date You Entered into Marriage with Current Spouse (mm/dd/yyyy)

`07/29/1967`

(b)(6)

(b)(6)

| Part 10. Information About Your Marital History (continued) | A- | 0 6 1 0 2 7 5 5 2 |

(b)(6)

| Part 10. Information About Your Marital History (continued) (b)(6) | A- | 0 6 1 0 2 7 5 5 2 |
|---|---|---|

## Part 11. Information About Your Children

1. Indicate your total number of children. (You must indicate ALL children, including: children who are alive, missing, or deceased; children born in the United States or in other countries; children under 18 years of age or older; children who are currently married or unmarried; children living with you or elsewhere; current stepchildren; legally adopted children; and children born when you were not married.) 

   [2]

2. Provide the following information about all your children (sons and daughters) listed in Item Number 1., regardless of age. To list any additional children, use additional sheets of paper. (b)(6)

(b)(6)

(b)(6)

| Part 11. Information About Your Children (continued) | A- | 0 6 1 0 2 7 5 5 2 |
|---|---|---|

**C. Child 3**

(b)(6)

Current Legal Name

Family Name (Last Name)
N/A

Given Name (First Name)

Middle Name (if applicable)

A-Number (if any)
► A-

Date of Birth (mm/dd/yyyy)

Country of Birth

**Part 11. Information About Your Children** (continued)    A- [0] [6] [:] [6] [2] [7] [5] [2]

Current Address

Street Number and Name                                                          Apt. Ste. Flr. Number

N/A                                                                             ☐   ☐   ☐

City or Town                     County                          State        ZIP Code + 4

Province or Region               Postal Code               Country
(foreign address only)           (foreign address only)    (foreign address only)

What is your child's relationship to you? (for example, biological child,
stepchild, legally adopted child)

---

**D.  Child 4**

Current Legal Name

Family Name (Last Name)          Given Name (First Name)         Middle Name (if applicable)

N/A

A-Number (if any)                Date of Birth (mm/dd/yyyy)  Country of Birth

► A-

Current Address

Street Number and Name                                                          Apt. Ste. Flr. Number

                                                                               ☐   ☐   ☐

City or Town                     County                          State        ZIP Code + 4

Province or Region               Postal Code               Country
(foreign address only)           (foreign address only)    (foreign address only)

What is your child's relationship to you? (for example, biological child,
stepchild, legally adopted child)

---

**Part 12.  Additional Information About You** (Person Applying for Naturalization)

Answer **Item Numbers 1. - 21.** If you answer "Yes" to any of these questions, include a typed or printed explanation on additional sheets of paper.

| | | | |
|---|---|---|---|
| 1. | Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)? | ☐ Yes | ☒ No |
| 2. | Have you **EVER** registered to vote in any Federal, state, or local election in the United States? | ☐ Yes | ☒ No |
| 3. | Have you **EVER** voted in any Federal, state, or local election in the United States? | ☐ Yes | ☒ No |
| 4. A. | Do you now have, or did you **EVER** have, a hereditary title or an order of nobility in any foreign country? | ☐ Yes | ☒ No |
| B. | If you answered "Yes," are you willing to give up any inherited titles or orders of nobility that you have in a foreign country at your naturalization ceremony? | ☐ Yes | ☐ No |
| 5. | Have you **EVER** been declared legally incompetent or been confined to a mental institution? | ☐ Yes | ☒ No |

**Part 12. Additional Information About You** (Person Applying for Naturalization) (continued)

A- | 0 1 0 2 7 5 5 2 |

6. Do you owe any overdue Federal, state, or local taxes? ☐ Yes ☒ No

7. A. Have you **EVER** not filed a Federal, state, or local tax return since you became a lawful permanent resident? ☒ Yes ☐ No

   B. If you answered "Yes," did you consider yourself to be a "non-U.S. resident"? ☐ Yes ☒ No

8. Have you called yourself a "non-U.S. resident" on a Federal, state, or local tax return since you became a lawful permanent resident? ☐ Yes ☒ No

9. A. Have you **EVER** been a member of, involved in, or in any way associated with, any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other location in the world? ☐ Yes ☒ No

   B. If you answered "Yes," provide the information below. If you need extra space, attach the names of the other groups on additional sheets of paper and provide any evidence to support your answers.

| Name of the Group | Purpose of the Group | Dates of Membership | |
|---|---|---|---|
| | | From (mm/dd/yyyy) | To (mm/dd/yyyy) |
| | | | |
| | | | |
| | | | |
| | | | |

10. Have you **EVER** been a member of, or in any way associated (either directly or indirectly) with:

    A. The Communist Party? ☐ Yes ☒ No

    B. Any other totalitarian party? ☐ Yes ☒ No

    C. A terrorist organization? ☐ Yes ☒ No

11. Have you **EVER** advocated (either directly or indirectly) the overthrow of any government by force or violence? ☐ Yes ☒ No

12. Have you **EVER** persecuted (either directly or indirectly) any person because of race, religion, national origin, membership in a particular social group, or political opinion? ☐ Yes ☒ No

13. Between March 23, 1933 and May 8, 1945, did you work for or associate in any way (either directly or indirectly) with:

    A. The Nazi government of Germany? ☐ Yes ☒ No

    B. Any government in any area occupied by, allied with, or established with the help of the Nazi government of Germany? ☐ Yes ☒ No

    C. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp? ☐ Yes ☒ No

**Part 12. Additional Information About You** (Person Applying for Naturalization) (continued)

A- 0 6 1 0 2 7 5 5 2

14. Were you EVER involved in any way with any of the following:

    A. Genocide? ☐ Yes ☒ No

    B. Torture? ☐ Yes ☒ No

    C. Killing, or trying to kill, someone? ☐ Yes ☒ No

    D. Badly hurting, or trying to hurt, a person on purpose? ☐ Yes ☒ No

    E. Forcing, or trying to force, someone to have any kind of sexual contact or relations? ☐ Yes ☒ No

    F. Not letting someone practice his or her religion? ☐ Yes ☒ No

15. Were you EVER a member of, or did you EVER serve in, help, or otherwise participate in, any of the following groups:

    A. Military unit? ☐ Yes ☒ No

    B. Paramilitary unit (a group of people who act like a military group but are not part of the official military)? ☐ Yes ☒ No

    C. Police unit? ☐ Yes ☒ No

    D. Self-defense unit? ☐ Yes ☒ No

    E. Vigilante unit (a group of people who act like the police, but are not part of the official police)? ☐ Yes ☒ No

    F. Rebel group? ☐ Yes ☒ No

    G. Guerrilla group (a group of people who use weapons against or otherwise physically attack the military, police, government, or other people)? ☐ Yes ☒ No

    H. Militia (an army of people, not part of the official military)? ☐ Yes ☒ No

    I. Insurgent organization (a group that uses weapons and fights against a government)? ☐ Yes ☒ No

16. Were you EVER a worker, volunteer, or soldier, or did you otherwise EVER serve in any of the following:

    A. Prison or jail? ☐ Yes ☒ No

    B. Prison camp? ☐ Yes ☒ No

    C. Detention facility (a place where people are forced to stay)? ☐ Yes ☒ No

    D. Labor camp (a place where people are forced to work)? ☐ Yes ☒ No

    E. Any other place where people were forced to stay? ☐ Yes ☒ No

17. Were you EVER a part of any group, or did you EVER help any group, unit, or organization that used a weapon against any person, or threatened to do so? ☐ Yes ☒ No

    A. If you answered "Yes," when you were part of this group, or when you helped this group, did you ever use a weapon against another person? ☐ Yes ☐ No

    B. If you answered "Yes," when you were part of this group, or when you helped this group, did you ever tell another person that you would use a weapon against that person? ☐ Yes ☐ No

18. Did you EVER sell, give, or provide weapons to any person, or help another person sell, give, or provide weapons to any person? ☐ Yes ☒ No

    A. If you answered "Yes," did you know that this person was going to use the weapons against another person? ☐ Yes ☐ No

    B. If you answered "Yes," did you know that this person was going to sell or give the weapons to someone who was going to use them against another person? ☐ Yes ☐ No

**Part 12. Additional Information About You** (Person Applying for Naturalization) (continued)

A- 0 6 1 0 2 7 5 5 2

19. Did you **EVER** receive any type of military, paramilitary (a group of people who act like a military group but are not part of the official military), or weapons training? ☐ Yes ☒ No

20. Did you **EVER** recruit (ask), enlist (sign up), conscript (require), or use any person under 15 years of age to serve in or help an armed force or group? ☐ Yes ☒ No

21. Did you **EVER** use any person under 15 years of age to do anything that helped or supported people in combat? ☐ Yes ☒ No

**If any of Item Numbers 22. – 28. apply to you, you must answer "Yes" even if your records have been sealed, expunged, or otherwise cleared. You must disclose this information even if someone, including a judge, law enforcement officer, or attorney, told you that it no longer constitutes a record or told you that you do not have to disclose the information.**

22. Have you **EVER** committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested? ☐ Yes ☒ No

23. Have you **EVER** been arrested, cited, or detained by any law enforcement officer (including any immigration official or any official of the U.S. armed forces) for any reason? ☐ Yes ☒ No

24. Have you **EVER** been charged with committing, attempting to commit, or assisting in committing a crime or offense? ☐ Yes ☒ No

25. Have you **EVER** been convicted of a crime or offense? ☐ Yes ☒ No

26. Have you **EVER** been placed in an alternative sentencing or a rehabilitative program (for example, diversion, deferred prosecution, withheld adjudication, deferred adjudication)? ☐ Yes ☒ No

27. A. Have you **EVER** received a suspended sentence, been placed on probation, or been paroled? ☐ Yes ☒ No

   B. If you answered "Yes," have you completed the probation or parole? ☐ Yes ☒ No

28. A. Have you **EVER** been in jail or prison? ☐ Yes ☒ No

   B. If you answered "Yes," how long were you in jail or prison? Years [ ] Months [ ] Days [ ]

29. If you answered "No" to ALL questions in **Item Numbers 23. – 28.**, then skip this item and go to **Item Number 30.**

If you answered "Yes" to any question in **Item Numbers 23. – 28.**, then complete this table. If you need extra space, use additional sheets of paper and provide any evidence to support your answers.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained, or charged. (mm/dd/yyyy) | Where were you arrested, cited, detained, or charged? (City or Town, State, Country) | Outcome or disposition of the arrest, citation, detention, or charge (no charges filed, charges dismissed, jail, probation, etc.) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Part 12. Additional Information About You (Person Applying for Naturalization) (continued) | A- | 0 6 1 0 2 7 5 5 2 |
|---|---|---|

Answer **Item Numbers 30. - 46.** If you answer "Yes" to any of these questions, except **Item Numbers 37.** and **38.**, include a typed or printed explanation on additional sheets of paper and provide any evidence to support your answers.

30. Have you **EVER**:

   **A.** Been a habitual drunkard? ☐ Yes ☒ No

   **B.** Been a prostitute, or procured anyone for prostitution? ☐ Yes ☒ No

   **C.** Sold or smuggled controlled substances, illegal drugs, or narcotics? ☐ Yes ☒ No

   **D.** Been married to more than one person at the same time? ☐ Yes ☒ No

   **E.** Married someone in order to obtain an immigration benefit? ☐ Yes ☒ No

   **F.** Helped anyone to enter, or try to enter, the United States illegally? ☐ Yes ☒ No

   **G.** Gambled illegally or received income from illegal gambling? ☐ Yes ☒ No

   **H.** Failed to support your dependents or to pay alimony? ☐ Yes ☒ No

   **I.** Made any misrepresentation to obtain any public benefit in the United States? ☐ Yes ☒ No

31. Have you **EVER** given any U.S. Government officials any information or documentation that was false, fraudulent, or misleading? ☐ Yes ☒ No

32. Have you **EVER** lied to any U.S. Government officials to gain entry or admission into the United States or to gain immigration benefits while in the United States? ☐ Yes ☒ No

33. Have you **EVER** been removed, excluded, or deported from the United States? ☐ Yes ☒ No

34. Have you **EVER** been ordered removed, excluded, or deported from the United States? ☐ Yes ☒ No

35. Have you **EVER** been placed in removal, exclusion, rescission, or deportation proceedings? ☐ Yes ☒ No

36. Are removal, exclusion, rescission, or deportation proceedings (including administratively closed proceedings) **currently** pending against you? ☐ Yes ☒ No

37. Have you **EVER** served in the U.S. armed forces? ☐ Yes ☒ No

38. **A.** Are you **currently** a member of the U.S. armed forces? ☐ Yes ☒ No

   **B.** If you answered "Yes," are you scheduled to deploy overseas, including to a vessel, within the next three months? (Refer to the **Address Change** section in the Instructions on how to notify USCIS if you learn of your deployment plans after you file your Form N-400.) ☐ Yes ☐ No

   **C.** If you answered "Yes," are you **currently** stationed overseas? ☐ Yes ☐ No

39. Have you **EVER** been court-martialed, administratively separated, or disciplined, or have you received an other than honorable discharge, while in the U.S. armed forces? ☐ Yes ☒ No

40. Have you **EVER** been discharged from training or service in the U.S. armed forces because you were an alien? ☐ Yes ☒ No

41. Have you **EVER** left the United States to avoid being drafted in the U.S. armed forces? ☐ Yes ☒ No

42. Have you **EVER** applied for any kind of exemption from military service in the U.S. armed forces? ☐ Yes ☒ No

43. Have you **EVER** deserted from the U.S. armed forces? ☐ Yes ☒ No

**Part 12. Additional Information About You** (Person Applying for Naturalization) (continued)

A- `0 0 1 0 2 7 5 5`

44. **A.** Are you a male who lived in the United States at any time between your 18th and 26th birthdays? (This does not include living in the United States as a lawful nonimmigrant.) ☐ Yes ☒ No

   **B.** If you answered "Yes," when did you register for the Selective Service? Provide the information below.
   
   Date Registered (mm/dd/yyyy)
   
   Selective Service Number

   **C.** If you answered "Yes," but you **did not register** with the Selective Service System and you are:
   
   1. Still under 26 years of age, you must register before you apply for naturalization, and complete the Selective Service information above; OR
   
   2. Now 26 to 31 years of age (29 years of age if you are filing under INA section 319(a)), but you did not register with the Selective Service, you must attach a statement explaining why you did not register, and provide a status information letter from the Selective Service.

Answer Item Numbers 45. - 50. If you answer "No" to any of these questions, include a typed or printed explanation on additional sheets of paper and provide any evidence to support your answers.

45. Do you support the Constitution and form of Government of the United States? ☒ Yes ☐ No

46. Do you understand the full Oath of Allegiance to the United States? ☒ Yes ☐ No

47. Are you willing to take the full Oath of Allegiance to the United States? ☒ Yes ☐ No

48. If the law requires it, are you willing to bear arms on behalf of the United States? ☒ Yes ☐ No

49. If the law requires it, are you willing to perform noncombatant services in the U.S. armed forces? ☒ Yes ☐ No

50. If the law requires it, are you willing to perform work of national importance under civilian direction? ☒ Yes ☐ No

**Part 13. Applicant's Statement, Certification, and Signature**

**NOTE:** Read the **Penalties** section of the Form N-400 Instructions before completing this part.

*Applicant's Statement*

**NOTE:** Select the box for either Item A. or B. in Item Number 1. If applicable, select the box for **Item Number 2.**

1. Applicant's Statement Regarding the Interpreter

   **A.** ☒ I can read and understand English, and I have read and understand every question and instruction on this application and my answer to every question.

   **B.** ☐ The interpreter named in **Part 14.** read to me every question and instruction on this application and my answer to every question in _____, a language in which I am fluent, and I understood everything.

2. Applicant's Statement Regarding the Preparer

   At my request, the preparer named in **Part 15.,** `MICHAEL J. WILDES` , prepared this application for me based only upon information I provided or authorized.



| Part 13.  **Applicant's Statement, Certification, and Signature** (continued) | A- | 0 6 1 0 2 7 5 5 2 |
|---|---|---|

### Applicant's Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any of my records that USCIS may need to determine my eligibility for the immigration benefit that I seek.

I further authorize release of information contained in this application, in supporting documents, and in my USCIS records to other entities and persons where necessary for the administration and enforcement of U.S. immigration laws.

I understand that USCIS will require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, I will be required to sign an oath reaffirming that:

1) I reviewed and provided or authorized all of the information in my application;

2) I understood all of the information contained in, and submitted with, my application; and

3) All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that I provided or authorized all of the information in my application, I understand all of the information contained in, and submitted with, my application, and that all of this information is complete, true, and correct.

### Applicant's Signature

3.   Applicant's Signature     *Amalija Knavs*     Date of Signature (mm/dd/yyyy)   *8. 7. 17.*

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, USCIS may deny your application.

| Part 14.  **Interpreter's Contact Information, Certification, and Signature** |
|---|

Provide the following information about the interpreter.

### Interpreter's Full Name

1.   Interpreter's Family Name (Last Name)          Interpreter's Given Name (First Name)

2.   Interpreter's Business or Organization Name (if any)

### Interpreter's Mailing Address

3.   Street Number and Name          Apt.  Ste.  Flr.  Number

City or Town          State     ZIP Code + 4

Province     Postal Code     Country

**Part 14. Interpreter's Contact Information, Certification, and Signature** (continued)

A- 0 6 1 0 2 7 5 5 2

*Interpreter's Contact Information*

4. Interpreter's Daytime Telephone Number

5. Interpreter's Mobile Telephone Number (if any)

6. Interpreter's Email Address (if any)

*Interpreter's Certification*

I certify, under penalty of perjury, that:

I am fluent in English and _____, which is the same language specified in **Part 13., Item B.** in **Item Number 1.**, and I have read to this applicant in the identified language every question and instruction on this application and his or her answer to every question. The applicant informed me that he or she understands every instruction, question and answer on the application, including the **Applicant's Certification** and has verified the accuracy of every answer.

*Interpreter's Signature*

7. Interpreter's Signature

➡

Date of Signature (mm/dd/yyyy)

**Part 15. Contact Information, Declaration, and Signature of the Person Preparing This Application, if Other Than the Applicant**

Provide the following information about the preparer.

*Preparer's Full Name*

1. Preparer's Family Name (Last Name)

WILDES

Preparer's Given Name (First Name)

MICHAEL

2. Preparer's Business or Organization Name (if any)

WILDES & WEINBERG P.C.

*Preparer's Mailing Address*

3. Street Number and Name

515 MADISON AVENUE

Apt. ☐  Ste. ☐  Flr. ☒  Number

6TH FLOOR

City or Town

NEW YORK

State

NY

ZIP Code + 4

10022 - 5403

Province

Postal Code

Country

USA

| Part 15.  Contact Information, Declaration, and Signature of the Person Preparing This Application, if Other Than the Applicant (continued) | A- | 0 6 1 0 2 7 5 5 2 |

### Preparer's Contact Information

4. Preparer's Daytime Telephone Number
(212) 753-3468

5. Preparer's Mobile Telephone Number (if any)

6. Preparer's Email Address (if any)
MWILDES@WILDESWEINBERG.COM

### Preparer's Statement

7.  A. ☐  I am not an attorney or accredited representative but have prepared this application on behalf of the applicant and with the applicant's consent.

B. ☒  I am an attorney or accredited representative and my representation of the applicant in this case ☒ extends ☐ does not extend beyond the preparation of this application.

NOTE: If you are an attorney or accredited representative whose representation extends beyond preparation of this application, you may be obliged to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with this application.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this application at the request of the applicant.  The applicant then reviewed this completed application and informed me that he or she understands all of the information contained in, and submitted with, his or her application, including the **Applicant's Certification**, and that all of this information is complete, true, and correct.  I completed this application based only on information that the applicant provided to me or authorized me to obtain or use.

### Preparer's Signature

8. Preparer's Signature

Date of Signature (mm/dd/yyyy)
8/8/17

NOTE:  Do not complete Parts 16., 17., or 18. until the USCIS Officer instructs you to do so at the interview.

| Part 16.  Signature at Interview |

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this Form N-400, Application for Naturalization, subscribed by me, including corrections number 1 through _____, are complete, true, and correct.  The evidence submitted by me on numbered pages 1 through _____ are complete, true, and correct.

Subscribed to and sworn to (affirmed) before me

Cinotti
USCIS Officer's Printed Name or Stamp

5/23/18
Date of Signature (mm/dd/yyyy)

Applicant's Signature
X c/Amalija Knavs

USCIS Officer's Signature

| Part 17. Renunciation of Foreign Titles | A- | 0 6 1 0 2 7 5 5 2 |
|---|---|---|

If you answered "Yes" to **Part 12., Items A. and B.** in **Item Number 4.,** then you must affirm the following before a USCIS officer:

**I further renounce the title of** _____ which I have heretofore held; or
(list titles)

**I further renounce the order of nobility of** _____ to which I have heretofore belonged.
(list order of nobility)

Applicant's Printed Name

Applicant's Signature

USCIS Officer's Printed Name

USCIS Officer's Signature

Date of Signature (mm/dd/yyyy)

---

## Part 18. Oath of Allegiance

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following Oath of Allegiance immediately prior to becoming a naturalized citizen. By signing below you acknowledge your willingness and ability to take this oath:

I hereby declare on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign, and domestic;

that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the armed forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law; and

that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

**Applicant's Printed Name**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| Knaus | Amalija | |

| Applicant's Signature | Date of Signature (mm/dd/yyyy) |
|---|---|
| X Amalija Knaus | 5/2/18 |

# N-400 WORKSHEET

## TRIPS OUTSIDE THE UNITED STATES (CONTINUED)

| Date Left U.S. | Date Returned | Did Trip Last 6 Months or More? | Countries Visited | Total Days Out of the U.S. |
|---|---|---|---|---|
| 10/16/2014 | 12/16/2014 | No | SLOVENIA | 61 |
| 10/09/2014 | 10/13/2014 | No | ST. MAARTEN | 4 |
| 10/10/2013 | 10/14/2013 | No | ST. MAARTEN | 4 |
| 09/11/2012 | 12/11/2012 | No | SLOVENIA | 91 |

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Certificate Preparation Sheet**

A # U61 (27 552          Daytime Phone #

NAME (If name Change, ENTER new Name):          Check BOX if there is a change of name: →

Amalija

**(FIRST)**

**(MIDDLE)**

Knavs

**(LAST)**

Date of birth: 07/06/1948          (Check Sex)          MALE:

**(MM/DD/YYYY)**                                         FEMALE: ✓

Height: 5 8          Marital Status; Enter "S" Single, "M" Married, "D" Divorced, or "W" Widow(er): →

**(Feet) (Inches)**

Country of Former Nationality:          Slovenia

**(Enter Actual Name of Country)**

New York

**(RESIDENTIAL CITY)**

New York

**(RESIDENTIAL STATE/COUNTRY)**

Form N-649 (Rev. 2011)



**Department of Homeland Security**
**U.S. Citizenship and Immigration Services**
**U.S. Naturalization Test**
**U.S. History and Government (Civics)**

| **Standard Test Form - 2** | A-Number: 061027552 |
| **FOR OFFICIAL USE ONLY** | Date: 05/02/2018 |

*The USCIS Officer will read a civics item orally to the applicant and the applicant will respond orally. The USCIS Officer will write the applicant's answer in the space provided. If an interpreter is used because the applicant qualifies for an exemption from the English requirements, the USCIS Officer will write the applicant's response as stated by the interpreter in the space provided below.*

| Civics Items | Correct | Incorrect |
|---|---|---|
| **1.  What is the name of the national anthem?** <br> Answer: _Str~~ ~~ ~~ ~~h b b p l_ | ☐ | ☐ |
| **\*\*2.  How old do citizens have to be to vote for President?** <br> Answer: _18_ | ☐ | ☐ |
| **3.  What is the "rule of law"?** <br> Answer: _NO ~~Crsh~~ Cf_ | ☐ | ☐ |
| **\*\*4.  What ocean is on the West Coast of the United States?** <br> Answer: _Pacific_ | ☐ | ☐ |
| **\*5.  What major event happened on September 11, 2001, in the United States?** <br> Answer: _Tc ~~Str~~ r r ( US_ | ☑ | ☐ |
| **\*6.  Why does the flag have 13 stripes?** <br> Answer: _13 Clrnrs_ | ☑ | ☐ |
| **7.  Who does a U.S. Senator represent?** <br> Answer: _~~  ~~ th Ct~~  ~~_ | ☐ | ☐ |
| **8.  Before he was President, Eisenhower was a general. What war was he in?** <br> Answer: | ☐ | ☐ |
| **9.  What was one important thing that Abraham Lincoln did?** <br> Answer: | ☐ | ☐ |
| **\*\*10. What is one responsibility that is only for United States citizens?** <br> Answer: | ☐ | ☐ |

| Total correct answers: | | ☐ 50/20 | ☐ 55/15 |
|---|---|---|---|
| Result:  ☐ Pass  ☐ Fail | | Interpreter ☐ Yes <br> Used:  ☐ No | (Language: _____ ) |



**Department of Homeland Security**
**U.S. Citizenship and Immigration Services**
**U.S. Naturalization Test**
**English Writing - Written Responses**

### Standard Test Form - 2
### FOR OFFICIAL USE ONLY

| A-Number: 061027552 |
|---|
| Date: 05/02/2018 |

*The applicant will write the sentence(s) dictated by the USCIS Officer in the space provided below.*

| Applicant's Written Response: | Correct | Incorrect |
|---|---|---|
| 1. WE HAVE 100 SENATORS | ☑ | ☐ |
| 2. | ☐ | ☐ |
| 3. | ☐ | ☐ |

| Result: ☑ Pass   ☐ Fail |
|---|



**Department of Homeland Security**
**U.S. Citizenship and Immigration Services**
**U.S. Naturalization Test**
**English Reading**

**Standard Test Form - 2**
**FOR OFFICIAL USE ONLY**

| A-Number: 061027552 |
|---|
| Date: 05/02/2018 |

*The USCIS Officer will test the applicant's ability to read by asking the applicant to read from the items listed below.*

| Reading Sample: | Correct | Incorrect |
|---|---|---|
| **1. How many Senators do we have?** | ☑ | ☐ |
| **2. What is the largest state?** | ☐ | ☐ |
| **3. Why do people want to be a citizen?** | ☐ | ☐ |

| Result: ☐ Pass   ☐ Fail |
|---|



**Department of Homeland Security**
**U.S. Citizenship and Immigration Services**
**U.S. Naturalization Test**
**English Writing**

**Standard Test Form - 2**
**FOR OFFICIAL USE ONLY**

| A-Number: 061027552 |
| Date: 05/02/2018 |

*The USCIS Officer will test the applicant's ability to write in English by dictating the sentences listed below to the applicant, one at a time. The applicant will write the sentence(s) on the lines and space provided on the following form.*

*Writing Sample:*

**1. We have one hundred Senators.**

**2. Alaska is the largest state.**

**3. People want to vote.**



## Naturalization Interview Results

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form N-652**

A-Number ▶ A- 061027552

On 05/02/2018 , you were interviewed by USCIS officer Cinotti

☐ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and you are exempt from the English language requirement.

☐ USCIS granted your request for a Disability Exception. The requirement to demonstrate English language ability and/or knowledge of U.S. history and government is waived.

☐ You will have another opportunity to be tested on your ability to ☐ speak/ ☐ read/ ☐ write/ ☐ understand English.

☐ You will have another opportunity to be tested on your knowledge of U.S. history and government.

☐ Follow the instructions on Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your ☐ English ability/ ☐ knowledge of U.S. history and government. USCIS will not reschedule you for another interview for your Form N-400. USCIS will send you a written decision about your application.

A) ☐ **Congratulations! Your application is recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ☐ **A decision cannot yet be made about your application.**

**It is very important that you:**

1. Notify USCIS if you change your address.

2. Attend any scheduled interview.

3. Submit all requested documents.

4. Send any questions about your application in writing to the officer named above. Include your full legal name, Alien *Registration Number (A-Number), and a copy of your Form N-652.*

5. Attend your scheduled Oath Ceremony. Dress in proper attire to respect the dignity of this event (for example, do not wear jeans, shorts or flip flops).

6. Notify USCIS as soon as possible in writing if you cannot attend your scheduled interview or Oath Ceremony. Include a copy of the scheduling notice.

   **NOTE:** Be advised that under section 336 of the Immigration and Nationality Act (INA), you have a right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.



# Naturalization Interview Results

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS
Form N-652**

A-Number ▶ A- 061027552

On __05/02/2018__ , you were interviewed by USCIS officer __Cinotti__

☐ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and you are exempt from the English language requirement.

☐ USCIS granted your request for a Disability Exception. The requirement to demonstrate English language ability and/or knowledge of U.S. history and government is waived.

☐ You will have another opportunity to be tested on your ability to   ☐ speak/  ☐ read/  ☐ write/  ☐ understand English.

☐ You will have another opportunity to be tested on your knowledge of U.S. history and government.

☐ Follow the instructions on Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your ☐ English ability/ ☐ knowledge of U.S. history and government. USCIS will not reschedule you for another interview for your Form N-400. USCIS will send you a written decision about your application.

A) ☐  **Congratulations! Your application is recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ☐  **A decision cannot yet be made about your application.**

**It is very important that you:**

1. Notify USCIS if you change your address.

2. Attend any scheduled interview.

3. Submit all requested documents.

4. Send any questions about your application in writing to the officer named above. Include your full legal name, Alien *Registration Number (A-Number)*, and a copy of your Form N-652.

5. Attend your scheduled Oath Ceremony. Dress in proper attire to respect the dignity of this event (for example, do not wear jeans, shorts or flip flops).

6. Notify USCIS as soon as possible in writing if you cannot attend your scheduled interview or Oath Ceremony. Include a copy of the scheduling notice.

   NOTE: Be advised that under section 336 of the Immigration and Nationality Act (INA), you have a right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.

| Request for Applicant to Appear for Naturalization Initial Interview | NOTICE DATE May 01, 2018 |
|---|---|
| CASE TYPE N400   Application For Naturalization | USCIS A# A 061 027 552 |

| APPLICATION NUMBER NBC*008046347 | RECEIVED DATE August 09, 2017 | PRIORITY DATE August 09, 2017 | PAGE 1 of 1 |
|---|---|---|---|

APPLICANT NAME AND MAILING ADDRESS

AMALIJA KNAVS
APT 33H
721 FIFTH AVE
NEW YORK NY 10022

Please come to:
US CITIZENSHIP & IMMIGRATION SERVICES
26 FEDERAL PLAZA  9TH FLOOR RM 901
JACOB K. JAVITS FEDERAL BUILDING
9TH FLOOR, ROOM 901
NEW YORK NY 10278
**On (Date):** Wednesday, May 02, 2018
**At (Time):** 08:00 AM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place  indicated above. **Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time.** The proceeding will take about two hours.  If for any reason you cannot keep this appointment, return this letter immediately to the USCIS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States.  You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your  N400 Application for Naturalization).

**You MUST BRING the following with you to the interview:**
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number You will be notified separately about any other cases you may have filed.

USCIS has a free booklet to help you study for the naturalization test. Ask about 'Learn About the United States: Quick Civics Lessons' when you go to have your fingerprints taken at the Application Support Center.

**USCIS Office Address:**

U.S. CITIZENSHIP AND IMMIGRATION SERVICES
JACOB K. JAVITS FEDERAL BUILDING
26 FEDERAL PLAZA 7-700
NEW YORK NY 10278-

**USCIS Customer Service Number:**
(800) 375-5283

APPLICANT COPY



| Request for Applicant to Appear for Naturalization Initial Interview | | NOTICE DATE<br>May 01, 2018 |
|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | USCIS A#<br>A 061 027 552 |
| APPLICATION NUMBER<br>NBC*008046347 | RECEIVED DATE<br>August 09, 2017 | PRIORITY DATE<br>August 09, 2017 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

AMALIJA KNAVS
c/o MICHAEL J WILDES
WILDES WEINBERG P C
515 MADISON AVENUE 6TH FLOOR
NEW YORK NY 10022

ıılllıllııllıılılılı

Please come to:
US CITIZENSHIP & IMMIGRATION SERVICES
26 FEDERAL PLAZA  9TH FLOOR RM 901
JACOB K. JAVITS FEDERAL BUILDING
9TH FLOOR, ROOM 901
NEW YORK NY 10278
On (Date):  Wednesday, May 02, 2018
At (Time):  08:00 AM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place  indicated above. **Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time.** The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the USCIS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

**You MUST BRING the following with you to the interview:**
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.
If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

USCIS has a free booklet to help you study for the naturalization test. Ask about 'Learn About the United States: Quick Civics Lessons' when you go to have your fingerprints taken at the Application Support Center.

**USCIS Office Address:**

U.S. CITIZENSHIP AND IMMIGRATION SERVICES
JACOB K. JAVITS FEDERAL BUILDING
26 FEDERAL PLAZA 7-700
NEW YORK NY 10278-

**USCIS Customer Service Number:**
(800) 375-5283

REPRESENTATIVE COPY



LAW OFFICES

# WILDES & WEINBERG P.C.

*515 Madison Avenue*

*New York, New York 10022*

(212) 753-3468

Fax (212) 753-3866

LEON WILDES
STEVEN L. WEINBERG
MICHAEL J. WILDES*

AMY M. WILDES**
RAFAEL A. BARRETO
STACEY A. SIMON**
SHERZOD R. TUYCHIBAEV
AMY EISEN DARST***
JULIE P. LEVEY
CHIWON ASH CHANG
FELICIA Y. ZEIDMAN
SHANIA XU****
ADAM W. MOSES
CAROLINE GABELA-MONTEIRO*****

*ALSO ADMITTED TO PRACTICE IN NJ & DC
**ALSO ADMITTED TO PRACTICE IN NJ
***ONLY ADMITTED TO PRACTICE IN NJ
****ONLY ADMITTED TO PRACTICE IN PA
*****ONLY ADMITTED TO PRACTICE IN FL
NONE ADMITTED IN CA) ONLY ADMITTED IN FL

NEW JERSEY OFFICE:
93 WEST PALISADE AVENUE
2ND FLOOR
ENGLEWOOD, NJ 07631

MIAMI OFFICE:
20900 NE 30TH AVENUE
8TH FLOOR
AVENTURA, FL 33180
*Practice limited to Federal Immigration Law*

CALIFORNIA OFFICE:
1645 N. VINE STREET
PENTHOUSE 1002
LOS ANGELES, CA 90028
*Practice limited to Federal Immigration Law*

OF COUNSEL:
AMBASSADOR NED L. SIEGEL
JONATHAN AVIROM
HELEN YU

August 8, 2017

VIA FEDERAL EXPRESS

U.S. Citizenship & Immigration Services
2501 S State Hwy 121 Business
Suite 400
Lewisville, TX 75067

> Re:    KNAVS, Amalija
>        Alien No. A 061-027-552
>        Form N-400, Application
>        for Naturalization

Dear Sir or Madam:

In connection with the above-entitled application, we are enclosing herewith the following:

1.  Form N-400, Application for Naturalization
2.  Form G-28, Notice of Appearance as Attorney of Record
3.  Photographs.
4.  Photocopy of Alien Registration Card.
5.  Photocopy of the applicant's Slovenian passport.
6.  Check in the amount of $725.00.

We would appreciate your sending notification of action taken on this application directly to our office.

Thanking you for your attention to this matter, I am

Very truly yours,

MICHAEL J. WILDES

MJW:wg (ml)
Encls.



PERMANENT RESIDENT CARD

NAME KNAVS, AMALIJA

A# 061-027-552

Birthdate
07/09/

Sex
F

Country of
Austria

Resident Since 03/16/10

C1USA0610275529SRC1011950238<<
4507091F2004024AUT<<<<<<<<<<<7
KNAVS<<AMALIJA<<<<<<<<<<<<<<<<



P<SVNKNAVS<<AMALIJA<<<<<<<<<<<<<<<<<<<<<<<<<
PB0597179 4SVN4507091F2204167090794550 5031<22











N400



NBC$008046347        08/09/2017

01                              2902166

**2017154609620**

APP N400        **Y**

N400



NBC$008046347        08/09/2017

MICHAEL J. WILDES
WILDES  WEINBERG P C
515 MADISON AVENUE 6TH FLOOR
NEW YORK, NY  10022

N400



NBC$008046347        08/09/2017

MICHAEL J. WILDES
WILDES  WEINBERG P C
515 MADISON AVENUE 6TH FLOOR
NEW YORK, NY  10022



T61027552

MICHAEL J. WILDES
WILDES  WEINBERG P C
515 MADISON AVENUE 6TH FLOOR
NEW YORK, NY  10022

T61027552

AMALIJA KNAVS
721 FIFTH AVE
APT 33H
NEW YORK, NY  10022

AMALIJA KNAVS
721 FIFTH AVE
APT 33H
NEW YORK, NY  10022

01                              2902166

**2017154609620**

APP N400        **Y**

AMALIJA KNAVS
721 FIFTH AVE
APT 33H
NEW YORK, NY  10022



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form M-175, Record of
Proceeding Cover Sheet**

# Cover Sheet

# Record of Proceeding

**NOTE:** This is a permanent record of U. S. Citizenship and Immigration Services.

## Instructions

1. Place a separate cover sheet on the top of each closed Record of Proceeding.

2. Each Record of Proceeding must be fastened on the inner left side of the file jacket in chronological order.

3. Any person temporarily removing any part of this record must insert a page describing the section removed, sign and date it, and place it in this record below this cover sheet. The signer is responsible for returning the removed material as soon as it no longer needs to be outside the record.

4. See Records Operations Handbook Part II-24: Record of Proceeding (ROP) - Assembling A-Files for details.



2GB
2009513002
AMALIJA

KNAVS

I-551 or I-586 Ca   1

**Transaction**

**(Use the Other Side f**

1.          ☑ Regular

A 6 ( 0 2 ⌐ 5 5 2

3 - 16 - 10

5300014





Amelia Khaw

# Use This Side for **Transactions 2 Through 7**

**A.** Card Type   **1.** Regular I-551   **2.** Commuter I-551   **3.** Mexican I-586   **4.** Canadian I-586

**B.** Transaction Codes -- Check Appropriate Block

**2.** REPLACEMENT FOR LOST/STOLEN CARD   **3.** REPLACEMENT FOR MUTILATED CARD   **4.** REPLACEMENT FOR ADMINISTRATIVE REASONS   **5.** LOST/STOLEN CARD RECOVERED - NO NEW CARD TO BE ISSUED   **6.** CARD LIFTED - NO NEW CARD TO BE ISSUED (NOT USED FOR DEATH OR NATURALIZATION)   **7.** REPLACEMENT FOR CHANGE IN CARD DATA

A

**C.** ALIEN NUMBER

**D.**      **E.** ISSUE NO. OF RECOVERED CARD   **F.** DATE OF THIS I-89

**G.** NAME AS PRINTED ON LAST CARD   (LAST, FIRST, MIDDLE)

**H.** IN CARE OF

**I.** NUMBER AND STREET (APT. NO. IF APPLICABLE)

**J.** CITY   **K.** STATE   **L.** ZIP CODE

**M.** DOB (MM/DD/YY ON CARD)   **N.**    **O.** OTHER I.D. DESIGNATOR   **P.** WAIVER/INIT/REASON

F.P.

SIG

**Q.** NAME CHANGE CODE   PHOTO

NEW NAME

**R1.** CHANGE CODE   NEW DATA

**R2.** CHANGE CODE   NEW DATA   **R3.** CHANGE CODE   NEW DATA

**T.** CERTIFICATION

**S.**
AFFIX SEAL
IN THIS SPACE.

**U.** STAMPED OR PRINTED NAME OF OFFICER

**V.** OFFICER'S SIGNATURE

**W.** LOC CODE   **X.** ALIEN NUMBER

STAPLE PHOTO/
OLD CARD HERE

U.S. GOVERNMENT PRINTING OFFICE
FORM I-89 (Rev.)



# Form N-400 Adjudication Processing Worksheet
### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form N-650B**
Internal Use

A-Number: A- | 0 | 6 | 1 | 0 | 2 | 7 | 5 | 5 | 2 |

| INTERVIEW | Initials | Date | Remarks (Only circle standard annotations when and if applicable) |
|---|---|---|---|
| Appeared for interview | | | No show on _____ (Date of Interview) _____ (Initials and Current Date) |
| | | | (PRC S/R)   (See Sworn Statement - PRC) |
| | | | (CIV Completed)   (b)(7)(E) |
| A-File present at time of initial interview | | | (DIG)   (Viewed in EDMS _____ ) |
| | | | (T-file) (9504 and 9101 interfiled and reviewed) |

| OFFICER | Initials | Date | Remarks (Only circle standard annotations when and if applicable) |
|---|---|---|---|
| Met time as permanent resident 316a / 319a only | | | |
| Met § 312 requirements at initial interview | | | (UUE) (USE) (UWE) (URE) (LOK) (55/15) (50/20) (65/20) |
| Appeared for subsequent interview | | | No show on _____ (Date of Interview) _____ (Initials and Current Date) |
| | | | (PRC S/R) (See Sworn Statement - PRC) (CIV Complete) |
| Met § 312 requirements at subsequent interview | | | (UUE) (USE) (UWE) (URE) (LOK) |
| If applicable, met § 312b disability exceptions | | | (N-14) |
| Met § 318, complied with terms of admission as permanent resident | | | (N-14) |
| Established physical presence/continuous residence/ Service jurisdiction | | | (N-14)   (319c continuous residence) |
| Established good moral character (GMC) | | | (N-14)   (See Sworn Statement)   (Criminal Record in File) |
| Established attachment to Constitution (Modified oath or oath waiver, circle notation in remarks) | | | (N-14)   (Modified Oath 5A/5B)   (Oath waived per PL 106-448) |
| Met other eligibility requirements | | | (N-14) (319a) (319b) (319c) (319d) (325) (328) (329) |
| **Supervisory review, if needed** ☐ (Criminal) ☐ (T-File) ☐ (Disability) If necessary, enter 2nd | 1st | | (GRANT) (DENY) (WITHDRAW) |
| | | | (GRANT) (DENY) (WITHDRAW) |
| **SUPERVISOR** Concur with recommendation | | | (Indicate non-concurrence issues) |

| OFFICER | Initials | Date | Remarks (Circle decision) |
|---|---|---|---|
| Indicate decision under Remarks | | | (GRANT) (DENY) (WITHDRAW) |
| CLAIMS-4 updated with final decision | | | |

Reverified by _____ (Reverifier's Signature and Date)   5/2/18   2nd Reverification if required _____ (Reverifier's Signature and Date)

QA Performed by _____ (QA Reviewer's Signature and Date)   ☐ (No Errors Found)   ☐ Error(s) Found - QA Checklist in File



# Form N-400 Pre-Processing Worksheet

### Department of Homeland Security
## U.S. Citizenship and Immigration Services

**USCIS**
**Form N-650A**
Internal Use

A-Number: A- $\boxed{0\ 6\ 1\ 0\ 2\ 7\ 5\ 5\ 2}$

| | Initials | Date | Remarks (Only circle standard annotations when and if applicable) |
|---|---|---|---|
| | | 1/11/18 | |
| **FBI FINGERPRINT CHECK** (b)(7)(C) (b)(7)(E) | | | Remarks (Only circle standard annotations when and if applicable) |
| Universal Control # : KN2125  Process Date: 11/17/2017 | | 1/11/18 | |
| Universal Control # : _____  Process Date: _____ | | | (2nd  Unclassifiable)  (IdHS Sheet Interfiled)  (FTA/RFE - Not Received) |
| **DCII MILITARY CHECKS** | Initials | Date | Remarks |
| Completed | | | |
| **MILITARY CERTIFICATION** | Initials | Date | Remarks (Only circle standard annotations when and if applicable) |
| Record of Military Service | | | (N-426)   (DD-214)   (NGB-22) |
| **MILITARY MEMBERS / FAMILY** | Initials | Date | Remarks (Only circle standard annotations when and if applicable) |
| Date when processing time exceeds 6 months:  _____  (Date) | | | (Letter Sent) |
| **MANUAL REQUESTS / NFTS REQUESTS** | Initials | Date | Remarks (Only circle standard annotations when and if applicable) |
| Initial search request was made  (NFTS) | | | |
| Manual search request was initiated  (Circle one) | | | (New Added)  (No Record Found) |
| Final Status of A-File (Circle one) | sc | 9.11.17 | (Received)  (Not Received - 30, 60 & 90 day requests made)  (New Added)  (Not Found)  (DIG) |
| **A-FILE PROCESSING** | Initials | Date | Remarks |
| A-File relates to applicant | sc | 9.11.17 | (Viewed in EDMS) |
| **T-FILE PROCESSING** | Initials | Date | Remarks |
| CIS documentation of lawful status and requisite file transfer requests are in T-File (9101 and 9504 CIS screen prints) | | | (DIG) |

national

```
FDDETL3A           IMMIGRATION AND NATURALIZATION SERVICE        01/11/2018
                        FD258 TRACKING SYSTEM                     11:58


                        SEARCH CRITERIA: ANUM = 061-027-552
   CIDN       : A061027552            ORI: (SC) NBCISWANZ (LOC) NYINSNY00
   A-NUMBER   : 061-027-552   FORM#: N400
   NAME (L/F/M): KNAVS             AMALIJA

   DATE OF BIRTH  : 07/09/1945
   FP REQUEST SENT: 11/17/2017        TCN: A061027552201711170903
   PLACE OF BIRTH : AU                TCR: E2017321000000075337

   ********************** FBI RESPONSE INFORMATION **************************

   FBI RESPONSE DESC    :
   DATE PROCESSED BY FBI: 11/17/2017   CONTROL NO: KN2125
   RESP PROCESSED BY LAN: 11/20/2017   FBI NUMBER: E24JN09TR
   RESP PROCESSED BY M/F: 11/21/2017   PCN       :
   REJECT DESCRIPTION   :
                                              (b)(7)(E)

   SUCCESSFUL FD258 DETAIL SCREEN DISPLAY
```

national

```
NCXDTL1              IMMIGRATION AND NATURALIZATION SERVICE        01/11/2018
                          FBI NAME CHECK RESPONSE                  11:59:04


                            SEARCH CRITERIA:
      CIDN     : A061027552              ORI: USINSHQ0Z
      A-NUMBER : 061027552
      NAME (L/F): KNAVS                    AMALIJA

      DATE OF BIRTH  : 07/09/1945
      NC REQUEST SENT: 08/16/2017
      PLACE OF BIRTH : SI

      ******************** FBI RESPONSE INFORMATION ***************************

      FBI RESPONSE DESC   :
      DATE PROCESSED BY FBI: 08/22/2017
      DATE/TIME LOADED AT INS: 08/26/2017  08:08:14        (b)(7)(E)

      FBI NAME: KNAVS,AMALIJA              FBI DATE OF BIRTH: 07/09/1945
```

1

For Official Use Only // Law Enforcement Sensitive



# **WARNING**

TECS documents are LAW ENFORCEMENT
SENSITIVE (LES) information.  They contain
information that may be exempt from public release
under the Freedom of Information Act (5 U.S.C. 552).
TECS documents are to be controlled, stored, handled,
transmitted, distributed, and disposed of in accordance
with DHS policy relating to FOUO information and are
not to be released to the public or other personnel who
do not have a valid "need-to know" without prior
approval of an authorized CBP official.

For Official Use Only // Law Enforcement Sensitive

FOR OFFICIAL USE ONLY
Do Not Distribute Beyond DHS without Prior Authorization from the Originator

# Record of Inquiry - TECS (ROIT)

**Record of Inquiry - TECS (ROIT)** *(left and right margin boxes)*

A-Number or Receipt Number:   061027552    (b)(7)(C) (b)(7)(E)

| # | Last Name, First Name | DOB | NO MATCH | DNR | RELATES | Resolution Memo Completed? |
|---|---|---|---|---|---|---|
| 1 | KNAVS, AMALIJA | 07/09/1945 | | | | |

2nd Check  ☒ A  ☐ P  ☐ B  ☐ D  ☐ R   3rd Check

| # | Last Name, First Name | DOB |
|---|---|---|
| 2 | ULCNIK, AMALIJA | 07/09/1945 |

2nd Check  ☒ A  ☐ P  ☐ B  ☐ D  ☐ R   3rd Check

*(b)(7)(C) (b)(7)(E)*

| # | Last Name, First Name | DOB | NO MATCH | DNR | RELATES | Resolution Memo Completed? |
|---|---|---|---|---|---|---|
| | | | | (b)(7)(C) | (b)(7)(E) | ☐ |

2nd Check  ☐ A  ☐ P  ☐ B  ☐ D  ☐ R   3rd Check

| # | Last Name, First Name | DOB | NO MATCH | DNR | RELATES | Resolution Memo Completed? |
|---|---|---|---|---|---|---|
| | | | | | | ☐ |

2nd Check  ☐ A  ☐ P  ☐ B  ☐ D  ☐ R   3rd Check

| # | Last Name, First Name | DOB | NO MATCH | DNR | RELATES | Resolution Memo Completed? |
|---|---|---|---|---|---|---|
| | | | | | | ☐ |

2nd Check  ☐ A  ☐ P  ☐ B  ☐ D  ☐ R   3rd Check

Properly annotate TECS results on the ROIT:
- Include the date of query in the appropriate box (NO MATCH, DNR or RELATES).
- Include the initials or identifying number of the USCIS personnel conducting the query in the same box as the date.
- If the hit was a RELATES and a resolution memo was completed, check the Resolution Memo Completed Box in the last column.

NO MATCH - No information found in TECS
DNR - Information found in TECS but does not relate to the subject
RELATES - Information found in TECS that relates to the subject, case referred for resolution

A - Applicant
P - Petitioner
B - Beneficiary
D - Derivative Household Member
R - Requestor

FOR OFFICIAL USE ONLY
Do Not Distribute Beyond DHS without Prior Authorization

national

```
CIMIDN              DEPARTMENT OF HOMELAND SECURITY - USCIS           01/11/18
COMMAND:          CENTRAL INDEX SYSTEM - ID # SEARCH/DISPLAY          11:59:36

ID # (A/AA/AB/C/DA/EE): A061027552              A#: 061027552   DOB: 07091945
 (DL/FB/FI/FP/I/PP/SS/TD)
      LAST: KNAVS
     FIRST: AMALIJA                                      NATZ DATE:
    MIDDLE:                                                  COURT:
   ALIASES: ULCNIK                    ,AMALIJA            LOCATION:

   POE: NYC    COB: STRIA    DOE: 03162010
   SEX: F      COC: SLOVE    DFO: 02032010            FATHER: ANTON
   COA: IR5 ( PARENT OF US CITIZEN              )      MOTHER: AMALIJA

          SSN:                  CONSOLIDATED A-NOS    --OTHER INFORMATION--
  I-94 ADM #:
  PASSPORT #:
      FBI #:                                          (b)(7)(E)
  DRIVER LIC:
  FINGER CD#:
   IDENT FIN:
OVER-KEY ID# TO DISPLAY NEW PERSON, PRESS  ENTER.
```

national 

```
CIMDHI   PAGE: 0001   DEPARTMENT OF HOMELAND SECURITY - USCIS        01/11/18
COMMAND:              CENTRAL INDEX SYSTEM - STATUS/HISTORY DATA      11:59:39

A#: 061027552 NAME: KNAVS                    ,AMALIJA              DOB: 07091945


                                    REASON/        ID NUMBER/
        ACTION       LOC   ACTION-DATE  ST  COURT#  MISC  MISC-DATE   KEYED-DATE
     VISA PACKET     DOS   02/03/2010       IR5                      02/04/2010
     VISA PACKET     NYC   03/16/2010       IR5                      03/18/2010
```

*** END OF HISTORY DISPLAY ***

(b)(7)(E)

national 

```
CIMDDA            DEPARTMENT OF HOMELAND SECURITY - USCIS          01/11/18
COMMAND:     CENTRAL INDEX SYSTEM - CI/EARM SUBSYSTEM DISPLAY      11:59:50

A#: 061027552 NAME: KNAVS              ,AMALIJA             DOB: 07091945

      LAST NAME: KNAVS
    FIRST NAME: AMALIJA
   MIDDLE NAME:

   AKA LAST NAME(S)                   AKA FIRST NAME(S)
   ULCNIK                             AMALIJA


   SSN:               SEX: F    POE: NYC    DOE: 03162010
 =============================================================================
  MOST RECENT UPDATE TO CIS FROM EARM:
 CASE CATEGORY:       AGGRAVATED FELON:
  FINAL CHARGE:       DEPARTURE COUNTRY:       DEPART/CLEARED STATUS:
   PORT OF DEP:       DATE OF DEPARTURE:       DOCKET CONTROL OFFICE:
 =============================================================================
       OVER-KEY A-NUMBER TO DISPLAY NEW PERSON -- PRESS ENTER.
```

(b)(7)(E)

national

```
CIMCARD            DEPARTMENT OF HOMELAND SECURITY - USCIS        01/11/18
COMMAND:       CENTRAL INDEX SYSTEM - ARR/BC CARD DISPLAY (CARD)    11:59:53

A#: 061027552 NAME: KNAVS                    ,AMALIJA            DOB: 07091945

                    LEGAL  PERMANENT  RESIDENT

  CARD NAME: KNAVS,AMALIJA                      BIRTHDATE: 07/09/1945
       INS A# 061027552                         CARD# SRC1011950238
  CATEGORY: IR5                     PERMANENT RESIDENT SINCE: 03/16/2010
        SEX: F                                 CARD EXPIRES: 04/02/2020
        COB: AUSTRIA

              C1 USA 061027552 SRC1011950238
              450709  F  200402  103
              KNAVS<<AMALIJA<<<<<<<<<<<<<<<
----------------------------------------------------------------------

  MOTHER'S NAME: AMALIJA              FATHER'S NAME: ANTON
  CARD PORT OF ENTRY: SSC
```

(b)(7)(E)

national

```
CIMFTD                DEPARTMENT OF HOMELAND SECURITY - USCIS          01/11/18.
COMMAND:          CIS - DISPLAY NFTS FILE LOCATION INFORMATION         11:59:57

A#: 061027552 NAME: KNAVS                    ,AMALIJA              DOB: 07091945

================================================================================


TYP  SEQ  FCO  STATUS                          LAST ACTION DATE   RESP PARTY
---  ---  ---  ------------------------------  ----------------   ----------
 A    0   NYC  RECORD IN USE                       2017-11-21       DD 0004




================================================================================
YOU MAY REQUEST A DISPLAY OF ANOTHER A-FILE BY KEYING A DIFFERENT A-NUMBER.
```

(b)(7)(E)

national

```
CIMEXS    PAGE  0001    DEPARTMENT OF HOMELAND SECURITY - USCIS        01/11/18
COMMAND:                CENTRAL INDEX SYSTEM - MULTIPLE FINDS FROM      12:00:20
                           E X A C T   N A M E   SEARCH
TOTAL RECORDS READ = 0000001
SRCH DATA: LN: KNAVS                                  DOB: 07091945
           FN: AMALIJA
   NAME                          A-NUMBER    DOB     COB  POE
   KNAVS              ,AMALIJA    061027552 07091945 STRIA NYC

                                                (b)(7)(E)
```

```
***  END OF SEARCH DISPLAY ***
     TO VIEW PERSON DATA PLACE CURSOR ON LINE - PRESS ENTER.
```

(b)(7)(E)

1



### CIV-CPMS-IVT Verification Worksheet

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form G-1221
Internal Use

NOTE: The edition dated 10/29/14 is the only version that will be accepted. Editions prior to 10/29/14 will not be accepted.

**Part 1.  Case Information**

Alien Number (A-Number)
▶ A- 061027552

Application Type
N400

**Part 2.  CPMS-IVT:  Initial Verification Match Results**

Typed or Printed Name of Officer Conducting CPMS-IVT Verification

(b)(7)(C)

Subject Fingerprint ID Number (FIN)

Other A-Number Found
▶ A-

(b)(7)(C) (b)(7)(E)

| | Check One: | | Check Two: | | Check Three: | |
| | Initials | Date | Initials | Date | Initials | Date |

If the subject is a *Potential Mismatch*, OBIM Biometric Support Center confirmed one of the following:

(b)(7)(E)

| | Check One: | | Check Two: | | Check Three: | |
| | Initials | Date | Initials | Date | Initials | Date |

Date Referred to FDNS-IO *(mm/dd/yyyy)*

**Part 3.  Review of Encounters Found in CPMS-IVT**

(b)(7)(C) (b)(7)(E)

| | Check One: | | Check Two: | | Check Three: | |
| | Initials | Date | Initials | Date | Initials | Date |

**Part 4. Officer Comments**

**FOR OFFICIAL USE ONLY**

| Biometric Notification | APPLICATION/PETITION/REQUEST NUMBER NBC*008046347 | | NOTICE DATE 08/31/2017 |
|---|---|---|---|
| CASE TYPE N400 - APPLICATION FOR NATURALIZATION | SOCIAL SECURITY NUMBER | USCIS A# A061 027 552 | CODE 3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER NBC | PAGE 1 of 1 |

AMALIJA KNAVS
c/o MICHAEL J WILDES
WILDES WEINBERG P C
515 MADISON AVENUE 6TH FLOOR
NEW YORK NY 10022



To process your application, USCIS must capture your biometrics and have your fingerprints cleared by the FBI. The photo taken may be used on your naturalization certificate. PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED. If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.

| APPLICATION SUPPORT CENTER USCIS MANHATTAN 201 Varick St, Ste 1025 W Houston St Entrance New York NY 10014 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. DATE AND TIME OF APPOINTMENT 11/07/2017 11:00AM |
|---|---|

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE and
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Resident Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

NOTE: USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28, C.F.R., Section 16.34.

NOTE: If the USCIS ASC is closed due to inclement weather or for other unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available appointment date and mail you a notice with the new date and time.

PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.

USCIS has a free booklet to help you study for the naturalization test. Ask about 'Learn About the United States' Quick Civics Lessons' when you go to have your fingerprints taken at the Application Support Center.

NO CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES PERMITTED.

REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586

APPLICATION NUMBER
N400 - NBC*008046347

If you have any questions regarding this notice, please call 1-800-375-5283.

WARNING: Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.

| Biometric Notification | APPLICATION/PETITION/REQUEST NUMBER NBC*0080046347 | | NOTICE DATE 08/31/2017 |
|---|---|---|---|
| CASE TYPE N400 - APPLICATION FOR NATURALIZATION | SOCIAL SECURITY NUMBER | USCIS A# A061 027 552 | CODE 3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER NBC | PAGE 1 of 1 |

AMALIJA KNAVS
c/o MICHAEL J WILDES
WILDES WEINBERG P C
515 MADISON AVENUE 6TH FLOOR
NEW YORK NY 10022



To process your application, USCIS must capture your biometrics and have your fingerprints cleared by the FBI. The photo taken may be used on your naturalization certificate. PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED. If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.

| APPLICATION SUPPORT CENTER USCIS MANHATTAN 201 Varick St, Ste 1023 W Houston St Entrance New York NY 10014 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. DATE AND TIME OF APPOINTMENT 11/07/2017 11:00AM |
|---|---|

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE and

2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Resident Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

NOTE: USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28, C.F.R., Section 16.34.

NOTE: If the USCIS ASC is closed due to inclement weather or for other unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available appointment date and mail you a notice with the new date and time.

PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.

USCIS has a free booklet to help you study for the naturalization test. Ask about 'Learn About the United States: Quick Civics Lessons' when you go to have your fingerprints taken at the Application Support Center.

NO CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES PERMITTED.

REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586.

APPLICATION NUMBER
N400 - NBC*0080046347



If you have any questions regarding this notice, please call 1-800-375-5283.

WARNING: *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

| Biometric Notification - APPLICANT COPY | APPLICATION/PETITION/REQUEST NUMBER NBC*008046347 | | NOTICE DATE 08/19/2017 |
| --- | --- | --- | --- |
| CASE TYPE N400 - APPLICATION FOR NATURALIZATION | SOCIAL SECURITY NUMBER | USCIS A# A061 027 552 | CODE 3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER NBC | PAGE 1 of 1 |

AMALIJA KNAVS
721 FIFTH AVE
APT # 3311
NEW YORK NY 10022

*[handwritten: A 061 027552]*
*[handwritten: NBC 008046347]*
*[handwritten: IWC 0747152]*
*[handwritten: 9/5]*
*[handwritten: Manhattan]*

To process your application, USCIS mu
naturalization certificate. PLEASE AP
If you are unable to do so, complete the
APPOINTMENT WILL DELAY YO
RESCHEDULING, YOUR APPLIC,

APPLICATION SUPPORT CEN
USCIS MANHATTAN
201 Varick St, Ste 1023 W Houston
New York NY 10014

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE and
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Resident Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

NOTE: USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28, C.F.R., Section 16.34.

NOTE: If the USCIS ASC is closed due to inclement weather or for other unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available appointment date and mail you a notice with the new date and time.

PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.

USCIS has a free booklet to help you study for the naturalization test. Ask about 'Learn About the United States: Quick Civics Lessons' when you go to have your fingerprints taken at the Application Support Center.

NO CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES PERMITTED.

REQUEST FOR RESCHEDULING

⊔ Please reschedule my appointment. Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586

APPLICATION NUMBER
N400 - NBC*008046347



If you have any questions regarding this notice, please call 1-800-375-5283.

WARNING: Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.

# N-400 Inventory Checklist

☐  N-426 - Request For Certification of Military or Naval Service

☑  Two Photographs

## Special Documents (SD)

☐  FD-258 - Fingerprint Card

☐  Original I-551 - Permanent Resident Card

## Hard to Replace Documents (HRO)

☐  Original Foreign Passport

☐  Original Foreign Document

USCIS USE ONLY

# Boot Camp Training (BCT) Location

Select a location from the dropdown:

| Choose an item. |
| --- |

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form M-175, Record of
Proceeding Cover Sheet**

# Cover Sheet

# Record of Proceeding

**NOTE:** This is a permanent record of U. S. Citizenship and Immigration Services.

## Instructions

1. Place a separate cover sheet on the top of each closed Record of Proceeding.

2. Each Record of Proceeding must be fastened on the inner left side of the file jacket in chronological order.

3. Any person temporarily removing any part of this record must insert a page describing the section removed, sign and date it, and place it in this record below this cover sheet. The signer is responsible for returning the removed material as soon as it no longer needs to be outside the record.

4. See Records Operations Handbook Part II-24: Record of Proceeding (ROP) - Assembling A-Files for details.

A061027552

AMALIJA KNAVS
C/O MELANIA TRUMP
725 FIFTH AVE 66TH FL
NEW YORK NY 10022

AMALIJA KNAVS
C/O MELANIA TRUMP
725 FIFTH AVE 66TH FL
NEW YORK NY 10022

03/25/2010   SRC-10-119-50238   SRCDXP02

03/25/2010   SRC-10-119-50238   SRCDXP02

SRC-10-119-50238
OS-155A

# Immigrant Data Summ...
## (This is not a visa.)

Date/Time Prepared: 03-FEB-2010 11:19

A-Number: A61027552
Case ID: LJU2009659001
Family Name: KNAVS
First Name: AMALIJA
Gender: FEMALE
Marital Status: MARRIED
City and Country of Birth: JUDENDORF, AUST
Birth Date: 09-JUL-1945
City and Country of Last Residence: SEVNICA , SVN
Nationality: SVN
Mother's First Name: AMALIJA
Father's First Name: ANTON
Final Address in the U.S. : ☐ (b)(6)
725 FIFTH AVENUE, 66TH FLOOR
NEW YORK, NY 10022
Occupation:
Place of Issuance: LJUBLJANA
Issue Visa Class: IR5
FSC Code: AUST
Issue Date: 03-FEB-2010
Visa Expiration Date: 02-AUG-2010
Passport Number: P00681242
Other Travel Document Info:
Issued To: AMALIJA
Issued By: KNAVS
Annotation:

ALIAS:
ULCNIK, AMALIJA

Photo:



ADMITTED
NY/IO
MAR 1 8 2010
IR5
A61027582

03/25/2010   SRC-10-119-50238   SRCDX#02

MAR 24 2010

S300014





U.S. Department of State

# APPLICATION FOR IMMIGRANT VISA AND ALIEN REGISTRATION



RECEIVED

APR 2 4 2009

CMR #34

## PART I - BIOGRAPHIC DATA

**Instructions:** Complete one copy of this form for yourself and each other member of your family, regardless of age, who will immigrate with you. Please print or type your answers to all questions. Mark questions that are Not Applicable with "N/A". If there is insufficient room on the form, answer on a separate sheet using the same numbers that appear on the form. Attach any additional sheets to this form.

**Warning:** Any false statement or concealment of a material fact may result in your permanent exclusion from the United States.
This form (DS-230 Part I) is the first of two parts. This part, together with Form DS-230 Part II, constitutes the complete Application for Immigrant Visa and Alien Registration.

| 1. Family Name | First Name | Middle Name |
|---|---|---|
| KNAVS | Amalija | |

2. Other Names Used or Aliases (If married woman, give maiden name)
ULCNIK (maiden name)

3. Full Name in Native Alphabet (If Roman letters not used)

| 4. Date of Birth (mm-dd-yyyy) | 5. Age | 6. Place of Birth (City or town) | (Province) | (Country) |
|---|---|---|---|---|
| 07/09/1945 | 63 | Judendorf | | Austria |

| 7. Nationality (If dual national, give both) | 8. Gender | 9. Marital Status |
|---|---|---|
| Slovenian | [X] Female  [ ] Male | [ ] Single (Never married)  [X] Married  [ ] Widowed  [ ] Divorced  [ ] Separated <br> Including my present marriage, I have been married  1  times. |

11. Address in the United States where you want your Permanent Resident Card (Green Card) mailed, if different from address in item #10 (include the name of a person who currently lives there)

Same as in Item 10.

(b)(6)

Telephone number

12. Your Present Occupation

None                    (b)(6)

13. Present Address (Street Address) (City or Town) (Province) (Country)
Ribniki 21
8290 Sevnica, Slovenia

| Telephone Number (Home) | Office |
|---|---|

| 15. Father's Family Name | (b)(6) | First Name | Middle Name |
|---|---|---|---|
| ULCNIK | | Anton | |

| 17. Mother's Family Name at Birth | (b)(6) | First Name | Middle Name |
|---|---|---|---|
| GLIHA | | Amalija | |

DS-230 Part I
02-2009

This Form May be Obtained Free at Consular Offices of the United States of America
Previous Editions Obsolete

Page 1 of 4

(b)(6)

20. List below all places you have lived for at least six months since reaching the age of 16, including places in your country of nationality. Begin with your present residence.

| City or Town | Province | Country | From/To (mm-yyyy) or "Present" | |
|---|---|---|---|---|
| Sevnica | | Slovenia | 07/1966 | Present |
| Maribor | | Slovenia | 09/1964 | 06/1966 |
| Celje | | Slovenia | 08/1960 | 08/1964 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

21a. Person(s) named in 14 and 19 who will accompany you to the United States now.

21b. Person(s) named in 14 and 19 who will follow you to the United States at a later date.

22. List below all employment for the last ten years.

| Employer | Location | Job Title | From/To (mm-yyyy) or "Present" |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |

In what occupation do you intend to work in the United States?     None

23. List below all educational institutions attended.

| School and Location | From/To (mm-yyyy) | | Course of Study | Degree or Diploma |
|---|---|---|---|---|
| High School, Celje, Slovenia | 1960 | 1964 | | Diploma |
| College for Fashion Design | 1964 | 1966 | | |

Languages spoken or read:   Fluent Slovenian, Learning English

Professional associations to which you belong:   None

24. Previous Military Service    ☐ Yes    ☒ No

Branch _____   Dates of Service (mm-dd-yyyy) _____

Rank/Position _____   Military Specialty/Occupation _____

25. List dates of all previous visits to or residence in the United States. (If never, write "never") Give type of visa status, if known. Give DHS "A" number if any.   (See Attachment)

| From/To (mm-yyyy) | | Location | Type of Visa | "A" Number (if known) |
|---|---|---|---|---|
| 11/2001 | 04/2009 | New York, New York | None | N/A |
| | | Multiple visits:  please see attached. | | |

Signature of Applicant   ✗ *Amalija Knauss*       Date (mm-dd-yyyy)  APRIL·06·2009

## Privacy Act and Paperwork Reduction Act Statements

The information asked for on this form is requested pursuant to Section 222 of the Immigration and Nationality Act. The U.S. Department of State uses the facts you provide on this form primarily to determine your classification and eligibility for a U.S. immigrant visa. Individuals who fail to submit this form or who do not provide all the requested information may be denied a U.S. immigrant visa. If you are issued an immigrant visa and are subsequently admitted to the United States as an immigrant, the Department of Homeland Security will use the information on this form to issue you a Permanent Resident Card, and, if you so indicate, the Social Security Administration will use the information to issue you a social security number and card.

*Public reporting burden for this collection of information is estimated to average 1 hour per response, including time required for searching existing data sources, gathering the necessary documentation, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: A/ISS/DIR, Room 2400 SA-22, U.S. Department of State, Washington, DC 20522-2202

# Addendum to Form DS230-I

1

Applicant Name: KNAVS, Amalija

## Addendum to Item 25. Additional Visits to the United States

Amalija KNAVS - Visits to the United States

December 2008 - April 2009
June 2008 - September 2008
December 2007 - April 2008
June 2007 - October 2007
November 2006 - March 2007
April 2006 - August 2006
December 2005 - January 2006
December 2004 - February 2005
June 2004 - August 2004
December 2003 - February 2004
November 2001 - December 2001



U.S Department of State

# APPLICATION FOR IMMIGRANT VISA AND ALIEN REGISTRATION

OMB APPROVAL NO. 1405-0015
EXPIRES 02-28-2012
ESTIMATED BURDEN: 1 HOUR*

## PART II - SWORN STATEMENT

Instructions: Complete one copy of this form for yourself and each member of your family, regardless of age, who will immigrate with you. Please print or type your answers to all questions. Mark questions that are Not Applicable with "N/A". If there is insufficient room on the form, answer on a separate sheet using the same numbers that appear on the form. Attach any additional sheets to this form. The fee should be paid in United States dollars or local currency equivalent, or by bank draft.

Warning: Any false statement or concealment of a material fact may result in your permanent exclusion from the United States. Even if you are issued an immigrant visa and are subsequently admitted to the United States, providing false information on this form could be grounds for your prosecution and/or deportation.

This form (DS-230 Part II), together with Form DS-230 Part I, constitutes the complete Application for Immigrant Visa and Alien Registration

| 26. Family Name | First Name | Middle Name |
|---|---|---|
| KNAVS | Amalija | |

27. Other Names Used or Alias

Amalija ULCNIK

28. Full Name in Native Alphabet (If Roman letters not used)  (b)(6)

30. United States laws governing the issuance of visas require each applicant to state whether or not he or she is a member of any class of individuals excluded from admission into the United States. The excludable classes are described below in general terms. You should read carefully the following list and answer Yes or No to each category. The answers you give will assist the consular officer to reach a decision on your eligibility to receive a visa

**Except as Otherwise Provided by Law, Aliens Within the Following Classifications are Ineligible to Receive a Visa.
Do Any of the Following Classes Apply to You?**

a.  An alien who has a communicable disease of public health significance; who has failed to present documentation of having received vaccinations in accordance with U.S. law; who has or has had a physical or mental disorder that poses or is likely to pose a threat to the safety or welfare of the alien or others; or who is a drug abuser or addict.    ☐ Yes  ☒ No

b.  An alien convicted of, or who admits having committed, a crime involving moral turpitude or violation of any law relating to a controlled substance or who is the spouse, son or daughter of such a trafficker who knowingly has benefited from the trafficking activities in the past five years; who has been convicted of 2 or more offenses for which the aggregate sentences were 5 years or more; who is coming to the United States to engage in prostitution or commercialized vice or who has engaged in prostitution or procuring within the past 10 years; who is or has been an illicit trafficker in any controlled substance; who has committed a serious criminal offense in the United States and who has asserted immunity from prosecution; who, while serving as a foreign government official, was responsible for or directly carried out particularly severe violations of religious freedom; or whom the President has identified as a person who plays a significant role in a severe form of trafficking in persons, or otherwise has knowingly aided, abetted, assisted or colluded with such a trafficker in severe forms of trafficking in persons, or who is the spouse, son or daughter of such a trafficker who knowingly has benefited from the trafficking activities within the past five years.    ☐ Yes  ☒ No

c.  An alien who seeks to enter the United States to engage in espionage, sabotage, export control violations, terrorist activities, the overthrow of the Government of the United States or other unlawful activity; who is a member of or affiliated with the Communist or other totalitarian party; who participated, engaged or ordered genocide, torture, or extrajudicial killings; or who is a member or representative of a terrorist organization as currently designated by the U.S. Secretary of State    ☐ Yes  ☒ No

d.  An alien who is likely to become a public charge.    ☐ Yes  ☒ No

e.  An alien who seeks to enter for the purpose of performing skilled or unskilled labor who has not been certified by the Secretary of Labor; who is a graduate of a foreign medical school seeking to perform medical services who has not passed the NBME exam or its equivalent; or who is a health care worker seeking to perform such work without a certificate from the CGFNS or from an equivalent approved independent credentialing organization.    ☐ Yes  ☒ No

f.  An alien who failed to attend a hearing on deportation or inadmissibility within the last 5 years; who seeks or has sought a visa, entry into the United States, or any immigration benefit by fraud or misrepresentation; who knowingly assisted any other alien to enter or try to enter the United States in violation of law; who, after November 30, 1996, attended in student (F) visa status a U.S. public elementary school or who attended a U.S. public secondary school without reimbursing the school; or who is subject to a civil penalty under INA 274C.    ☐ Yes  ☒ No

## Privacy Act and Paperwork Reduction Act Statements

The information asked for on this form is requested pursuant to Section 222 of the Immigration and Nationality Act. The U.S. Department of State uses the facts you provide on this form primarily to determine your classification and eligibility for a U.S. immigrant visa. Individuals who fail to submit this form or who do not provide all the requested information may be denied a U.S. immigrant visa. If you are issued an immigrant visa and are subsequently admitted to the United States as an immigrant, the Department of Homeland Security will use the information on this form to issue you a Permanent Resident Card, and, if you so indicate, the Social Security Administration will use the information to issue you a social security number and card

*Public reporting burden for this collection of information is estimated to average 1 hour per response, including time required for searching existing data sources, gathering the necessary documentation, providing the information and/or documents required and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: A/ISS/DIR, Room 2400 SA-22, U.S. Department of State, Washington DC 20522-2202

| | | |
|---|---|---|
| g. | An alien who is permanently ineligible for U.S. citizenship; or who departed the United States to evade military service in time of war | ☐ Yes ☒ No |
| h. | An alien who was previously ordered removed within the last 5 years or ordered removed a second time within the last 20 years; who was previously unlawfully present and ordered removed within the last 10 years or ordered removed a second time within the last 20 years; who was convicted of an aggravated felony and ordered removed; who was previously unlawfully present in the United States for more than 180 days but less than one year who voluntarily departed within the last 3 years; or who was unlawfully present for more than one year or an aggregate of one year within the last 10 years. | ☐ Yes ☒ No |
| i. | An alien who is coming to the United States to practice polygamy; who withholds custody of a U.S. citizen child outside the United States from a person granted legal custody by a U.S. court or intentionally assists another person to do so; who has voted in the United States in violation of any law or regulation; or who renounced U.S. citizenship to avoid taxation. | ☐ Yes ☒ No |
| j. | An alien who is a former exchange visitor who has not fulfilled the 2-year foreign residence requirement. | ☐ Yes ☒ No |
| k. | An alien determined by the Attorney General to have knowingly made a frivolous application for asylum. | ☐ Yes ☒ No |
| l. | An alien who has ordered, carried out or materially assisted in extrajudicial and political killings and other acts of violence against the Haitian people; who has directly or indirectly assisted or supported any of the groups in Colombia known as FARC, ELN, or AUC; who through abuse of a governmental or political position has converted for personal gain, confiscated or expropriated property in Cuba, a claim to which is owned by a national of the United States, has trafficked in such property or has been complicit in such conversion, has committed similar acts in another country, or is the spouse, minor child or agent of an alien who has committed such acts; who has been directly involved in the establishment or enforcement of population controls forcing a woman to undergo an abortion against her free choice or a man or a woman to undergo sterilization against his or her free choice; or who has disclosed or trafficked in confidential U.S. business information obtained in connection with U.S. participation in the Chemical Weapons Convention or is the spouse, minor child or agent of such a person. | ☐ Yes ☒ No |

| | |
|---|---|
| 31. Have you ever been charged, arrested or convicted of any offense or crime? *(If answer is Yes, please explain)* | ☐ Yes ☒ No |

| | |
|---|---|
| 32. Have you ever been refused admission to the United States at a port-of-entry? *(If answer is Yes, please explain)* | ☐ Yes ☒ No |

---

33a. Have you ever applied for a Social Security Number *(SSN)*?

☐ Yes    ☒ No

Give the number   None

Would you like to receive a replacement card? (You must answer YES to question 33b. to receive a card.)

☐ Yes    ☐ No

Do you want the Social Security Administration to assign you a SSN and issue a card? (You must answer YES to question 33b. to receive a number and a card.)

☐ Yes    ☐ No

33b. Consent to Disclosure: I authorize disclosure of information from this form to the Department of Homeland Security *(DHS)*, the Social Security Administration *(SSA)*, such other U.S. Government agencies as may be required for the purpose of assigning me an SSN and issuing me a Social Security card, and I authorize the SSA to share my SSN with the INS.

☐ Yes    ☐ No

The applicant's response does not limit or restrict the Government's ability to obtain his or her SSN, or other information on this form, for enforcement or other purposes as authorized by law.

---

34. Were you Assisted in Completing this Application?    ☐ Yes  ☐ No

*(If answer is Yes, give name and address of person assisting you, indicating whether relative, friend, travel agent, attorney, or other)*

---

**DO NOT WRITE BELOW THE FOLLOWING LINE**
The consular officer will assist you in answering item 35.
**DO NOT SIGN** this form until instructed to do so by the consular officer

35. I claim to be:

☐ A Family-Sponsored Immigrant

☐ An Employment-Based Immigrant

☐ A Diversity Immigrant

☐ A Special Category *(Specify)* _____
(Returning resident, Hong Kong, Tibetan, Private Legislation, etc.)

☐ I derive foreign state chargeability under Sec. 202(b) through my

☐ Preference _____

☐ Numerical limitation *(foreign state)*

I understand that I am required to surrender my visa to the United States Immigration Officer at the place where I apply to enter the United States, and that the possession of a visa does not entitle me to enter the United States if at that time I am found to be inadmissible under the immigration laws.

I understand that any willfully false or misleading statement or willful concealment of a material fact made by me herein may subject me to permanent exclusion from the United States and, if I am admitted to the United States, may subject me to criminal prosecution and/or deportation.

I, the undersigned applicant for a United States immigrant visa, do solemnly swear *(or affirm)* that all statements which appear in this application, consisting of Form DS-230 Part I and Part II combined, have been made by me, including the answers to items 1 through 35 inclusive, and that they are true and complete to the best of my knowledge and belief. I do further swear *(or affirm)* that, if admitted into the United States, I will not engage in activities which would be prejudicial to the public interest, or endanger the welfare, safety, or security of the United States; in activities which would be prohibited by the laws of the United States relating to espionage, sabotage, public disorder, or in other activities subversive to the national security; in any activity a purpose of which is the opposition to or the control, or overthrow of, the Government of the United States, by force, violence, or other unconstitutional means.

I understand that completion of this form by persons required by law to register with the Selective Service System *(males 18 through 25 years of age)* constitutes such registration in accordance with the Military Selective Service Act.

x _Elmolija Knals_ _____
Signature of Applicant

Subscribed and sworn to before me this ___5___ day of _Tebruary_ ____ at _Embassy Ljibljane_
_Gean C Cody_ _____
Consular Officer

DS-230 Part II

This Form May be Obtained Free at Consular Offices of
The United States of America

Page 4 of 4

OMB No. 1615-0075; Expires 10/31/10

Department of Homeland Security
U.S. Citizenship and Immigration Services

(b)(6)

**I-864, Affidavit of Support**
**Under Section 213A of the Act**

## Part 1.  Basis for filing Affidavit of Support.

**1. I,** _____

am the sponsor submitting this affidavit of support because (Check only one box):

a. [X] I am the petitioner.  I filed or am filing for the immigration of my relative.

b. [ ] I filed an alien worker petition on behalf of the intending immigrant, who is related to me as my _____

c. [ ] I have an ownership interest of at least 5 percent in _____, which filed an alien worker petition on behalf of the intending immigrant, who is related to me as my _____

d. [ ] I am the only joint sponsor.

e. [ ] I am the [ ] first [ ] second of two joint sponsors. *(Check appropriate box.)*

f. [ ] The original petitioner is deceased.  I am the substitute sponsor.  I am the intending immigrant's _____

| For Government Use Only |
| --- |
| **This I-864 is from:** |
| [ ] the Petitioner |
| [ ] a Joint Sponsor # |
| [ ] the Substitute Sponsor |
| [ ] 5% Owner |
| **This I-864:** |
| [ ] does not meet the requirements of section 213A. |
| [ ] meets the requirements of section 213A. |
| Reviewer |
| Location |
| Date *(mm/dd/yyyy)* |

## Part 2. Information on the principal immigrant.

**2.  Last Name**        KNAVS

**First Name**        Amalija

**Middle Name**

| Number of Affidavits of Support in file: |
| --- |
| [ ] 1        [ ] 2 |

## Part 3. Information on the immigrant(s) you are sponsoring.

**8.** [X] I am sponsoring the principal immigrant named in Part 2 above.

[X] Yes        [ ] No (Applicable only in cases with two joint sponsors)

**9.** [ ] I am sponsoring the following family members immigrating at the same time or within six months of the principal immigrant named in **Part 2** above.  Do not include any relative listed on a separate visa petition.

| Name | Relationship to Sponsored Immigrant | Date of Birth *(mm/dd/yyyy)* | A-Number *(if any)* | U.S. Social Security Number *(if any)* |
| --- | --- | --- | --- | --- |
| a. N/A | | | | |
| b. | | | | |
| c. | | | | |
| d. | | | | |
| e. | | | | |

**10.** Enter the total number of immigrants you are sponsoring on this form from **Part 3**, Items **8** and **9**.

Form I-864 (Rev. 10/18/07)Y

**Part 4. Information on the Sponsor.** (b)(6)



| | For Government Use Only |
|---|---|

(b)(6)

**Part 5. Sponsor's household size.**

21. Your Household Size - <u>DO NOT COUNT ANYONE TWICE</u>  (b)(6)

    *Persons you are sponsoring in this affidavit:*

      **a.** Enter the number you entered on line 10.

    *Persons NOT sponsored in this affidavit:*

      **b.** Yourself.

      **c.** If you are currently married, enter "1" for your spouse.

      **d.** If you have dependent children, enter the number here.

      **e.** If you have any other dependents, enter the number here.

      **f.** If you have sponsored any other persons on an I-864 or I-864EZ who are now lawful permanent residents, enter the number here.

      **g.** OPTIONAL: If you have <u>siblings, parents, or adult children</u> with the same principal residence who are combining their income with yours by submitting Form I-864A, enter the number here.

      **h.** Add together lines and enter the number here.   **Household Size:**

**For Government Use Only**

**Part 6. Sponsor's income and employment.**

*(See Step-by-Step Instructions)*

(b)(6)

(b)(6)

**For Government Use Only**

Household Size =

_____

Poverty line for year

_____ is:

$ _____

(b)(6)

| Part 7. Use of assets to supplement income. *(Optional)* | For Government Use Only |
|---|---|

*If your income, or the total income for you and your household, from line 24c exceeds the Federal Poverty Guidelines for your household size, YOU ARE NOT REQUIRED to complete this Part. Skip to Part 8.*

**26. Your assets** *(Optional)*

   **a.** Enter the balance of all savings and checking accounts.    $ _____

   **b.** Enter the net cash value of real-estate holdings. (Net means current assessed value minus mortgage debt.)    $ _____

   **c.** Enter the net cash value of all stocks, bonds, certificates of deposit, and any other assets not already included in lines 26 (a) or (b).    $ _____

   **d. Add together lines 26 a, b and c and enter the number here.**    **TOTAL:** $ _____

**27. Your household member's assets from Form I-864A.** *(Optional)*

   Assets from Form I-864A, line 12d for

    _____.     $ _____
       *(Name of Relative)*

**28. Assets of the principal sponsored immigrant.** *(Optional)*

   The principal sponsored immigrant is the person listed in line 2.

   **a.** Enter the balance of the sponsored immigrant's savings and checking accounts.    $ _____

   **b.** Enter the net cash value of all the sponsored immigrant's real estate holdings. (Net means investment value minus mortgage debt.)    $ _____

   **c.** Enter the current cash value of the ponsored immigrant's stocks, bonds, certificates of deposit, and other assets not included on line a or b.    $ _____

   **d. Add together lines 28a, b, and c, and enter the number here.**     $ _____

**29. Total value of assets.**

   Add together lines 26d, 27 and 28d and enter the number here.   **TOTAL:** $ _____

**For Government Use Only**

Household Size =

_____

Poverty line for

_____ is:

$ _____

The total value of all assests, line 29, must equal 5 times (3 times for spouses and children of USCs, or 1 time for orphans to be formally adopted in the U.S.) the difference between the poverty guidelines and the sponsor's household income, line 24c.

## Part 8. Sponsor's Contract.

*Please note that, by signing this Form I-864, you agree to assume certain specific obligations under the Immigration and Nationality Act and other Federal laws. The following paragraphs describe those obligations. Please read the following information carefully before you sign the Form I-864. If you do not understand the obligations, you may wish to consult an attorney or accredited representative.*

#### What is the Legal Effect of My Signing a Form I-864?

If you sign a Form I-864 on behalf of any person (called the "intending immigrant") who is applying for an immigrant visa or for adjustment of status to a permanent resident, and that intending immigrant submits the Form I-864 to the U.S. Government with his or her application for an immigrant visa or adjustment of status, under section 213A of the Immigration and Nationality Act these actions create a contract between you and the U.S. Government. The intending immigrant's becoming a permanent resident is the "consideration" for the contract.

Under this contract, you agree that, in deciding whether the intending immigrant can establish that he or she is not inadmissible to the United States as an alien likely to become a public charge, the U.S. Government can consider your income and assets to be available for the support of the intending immigrant.

#### What If I choose Not to Sign a Form I-864?

You cannot be made to sign a Form I-864 if you do not want to do so. But if you do not sign the Form I-864, the intending immigrant may not be able to become a permanent resident in the United States.

#### What Does Signing the Form I-864 Require Me to do?

If an intending immigrant becomes a permanent resident in the United States based on a Form I-864 that you have signed, then, until your obligations under the Form I-864 terminate, you must:

-- Provide the intending immigrant any support necessary to maintain him or her at an income that is at least 125 percent of the Federal Poverty Guidelines for his or her household size (100 percent if you are the petitioning sponsor and are on active duty in the U.S. Armed Forces and the person is your husband, wife, unmarried child under 21 years old.)

— Notify USCIS of any change in your address, within 30 days of the change, by filing Form I-865.

#### What Other Consequences Are There?

If an intending immigrant becomes a permanent resident in the United States based on a Form I-864 that you have signed, then until your obligations under the Form I-864 terminate, your income and assets may be considered ("deemed") to be available to that person, in determining whether he or she is eligible for certain Federal means-tested public benefits and also for State or local means-tested public benefits, if the State or local government's rules provide for consideration ("deeming") of your income and assets as available to the person.

This provision does **not** apply to public benefits specified in section 403(c) of the Welfare Reform Act such as, but not limited to, emergency Medicaid, short-term, non-cash emergency relief services provided under the National School Lunch and Child Nutrition Acts; immunizations and testing and treatment for communicable diseases; and means-tested programs under the Elementary and Secondary Education Act.

*Contract continued on following page.*

**What If I Do Not Fulfill My Obligations?**

If you do not provide sufficient support to the person who becomes a permanent resident based on the Form I-864 that you signed, that person may sue you for this support.

If a Federal, State or local agency, or a private agency provides any covered means-tested public benefit to the person who becomes a permanent resident based on the Form I-864 that you signed, the agency may ask you to reimburse them for the amount of the benefits they provided.  If you do not make the reimbursement, the agency may sue you for the amount that the agency believes you owe.

If you are sued, and the court enters a judgment against you, the person or agency that sued you may use any legally permitted procedures for enforcing or collecting the judgment.  You may also be required to pay the costs of collection, including attorney fees.

If you do not file a properly completed Form I-865 within 30 days of any change of address, USCIS may impose a civil fine for your failing to do so.

**When Will These Obligations End?**

Your obligations under a Form I-864 will end if the person who becomes a permanent resident based on a Form I-864 that you signed:

- Becomes a U.S. citizen;
- Has worked, or can be credited with, 40 quarters of coverage under the Social Security Act;
- No longer has lawful permanent resident status, and has departed the United States;
- Becomes subject to removal, but applies for and obtains in removal proceedings a new grant of adjustment of status, based on a new affidavit of support, if one is required; or
- Dies.

Note that divorce **does not** terminate  your obligations under this Form I-864.

Your obligations under a Form I-864 also end if you die.  Therefore, if you die, your Estate will not be required to take responsibility for the person's support after your death. Your Estate may, however, be responsible for any support that you owed before you died.

**30.** I, _____ **Melania TRUMP** _____ ,

*(Print Sponsor's Name)*

certify under penalty of perjury under the laws of the United States that:

**a.**   I know the contents of this affidavit of support that I signed.

**b.**   All the factual statements in this affidavit of support are true and correct.

**c.**   I have read and I understand each of the obligations described in Part 8, and I agree, freely and without any mental reservation or purpose of evasion, to accept each of those obligations in order to make it possible for the immigrants indicated in Part 3 to become permanent residents of the United States;

**d.**   I agree to submit to the personal jurisdiction of any Federal or State court that has subject matter jurisdiction of a lawsuit against me to enforce my obligations under this Form I-864;

**e.**   Each of the Federal income tax returns submitted in support of this affidavit are true copies, or are unaltered tax transcripts, of the tax returns I filed with the U.S. Internal Revenue Service; and

*Sign on following page.*

**f.** I authorize the Social Security Administration to release information about me in its records to the Department of State and U.S. Citizenship and Immigration Services.

**g.**

**31.**

(b)(6)

17·02·2009

*(Date— mm/dd/yyyy)*

## Part 9. Information on Preparer, if prepared by someone other than the sponsor.

I certify under penalty of perjury under the laws of the United States that I prepared this affidavit of support at the sponsor's request and that this affidavit of support is based on all information of which I have knowledge.

**Signature:** _____  **Date:** _____
                                                *(mm/dd/yyyy)*

**Printed Name:** _____

**Firm Name:** _____

**Address:** _____

**Telephone Number:** _____

**E-Mail Address:** _____

**Business State ID # *(if any)*** _____

PAGE WITHHELD PURSUANT TO (b)(6)

PAGE WITHHELD PURSUANT TO (b)(6)

Case 1:23-cv-01198-CJN   Document 51-3   Filed 10/22/24   Page 98 of 166

PAGE WITHHELD PURSUANT TO (b)(3)

Case 1:23-cv-01198-CJN   Document 51-3   Filed 10/22/24   Page 102 of 166

PAGE WITHHELD PURSUANT TO (b)(6)

PAGE WITHHELD PURSUANT TO (b)(6)

PAGE WITHHELD PURSUANT TO (b)(6)

Case 1:23-cv-01198-CJN   Document 51-3   Filed 10/22/24   Page 106 of 166

PAGE WITHHELD PURSUANT TO (b)(6)

Case 1:23-cv-01198-CJN   Document 51-3   Filed 10/22/24   Page 108 of 166

PAGE WITHHELD PURSUANT TO (b)(6)

PAGE WITHHELD PURSUANT TO (b)(6)

PAGE WITHHELD PURSUANT TO (b)(6)

U.S. Department of Justice
Immigration and Naturalization Service

Notice Entry of Appearance
as Attorney or Representative

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that (under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In r | (b)(6) | Date: 06/06/2008 |
| Amalija KNAVS | | File No.   None |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s)

| Name | | □ Petitioner | □ Applicant |
| Amalija KNAVS | (b)(6) | ☒ Beneficiary | |
| Address (# | c/o | | |

Check Applicable Item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
New York, 2nd App. Div. _____ Name of Court _____ and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

□ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board _____

□ 3. I am associated with _____
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check Item 1 or 2 whichever is appropriate.)

□ 4. Others (Explain Fully.) _____

| SIGNATURE | COMPLETE ADDRESS |
| | Kavanagh Maloney & Osnato LLP |
| | 415 Madison Avenue, 18th Floor |
| | New York, NY 10017 |
| NAME (Type or Print) | TELEPHONE NUMBER | FAX NUMBER |
| Sarah A. Dahl | 212-906-8302 | 212-888-7324 |

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS.
Sarah A. Dahl
(Name of Attorney or Representative)

THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER.

The above-captioned immigration matter.

(b)(6)

May 02 08

(NOTE: Execution of this block is required if the benefi_____ of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et SEQ.

Form G-28 (09/26/00)Y

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB #1615-0012, Expires 01/31/11

**I-130, Petition for Alien Relative**

| A# | DO NOT WRITE IN THIS BLOCK - FOR U | |
|----|----|----|

ZGB2009513000C

EAC-08-255-11892     06/09/2008

| Section or Law/Visa Category | Action Stamp |
|---|---|
| ☐ 201(b) Spouse-IR-1/CR-1 | |
| ☐ 201(b) Child-IR-2/CR-2 | |
| ☒ 201(b) Parent-IR-5 | |
| ☐ 203(a)(1) Unm. S or D - F1-1 | |
| ☐ 203(a)(2)(A) Spouse - F2-1 | |
| ☐ 203(a)(2)(A) Child - F2-2 | |
| ☐ 203(a)(2)(B) Unm. S or D - F2-4 | |
| ☐ 203(a)(3) Married S or D - F3-1 | |
| ☐ 203(a)(4) Brother/Sister - F4-1 | |

Petition was filed on: 06/09/08 (priority date)
☐ Personal Interview          ☐ Previously Forwarded
☐ Pet.  ☐ Ben.  "A" File Reviewed   ☐ I-485 Filed Simultaneously
☐ Field Investigation              ☐ 204(g) Resolved
☐ 203(a)(2)(A) Resolved          ☐ 203(g) Resolved

Remarks:

**A. Relationship**   You are the petitioner.  Your relative is the beneficiary.   (b)(6)

| 1. I am filing this petition for my: | 2. Are you related by adoption? | |
|---|---|---|
| ☐ Husband/Wife  ☒ Parent  ☐ Brother/Sister  ☐ Child | ☐ Yes   ☒ No | |

| **B. Information about you**   (b)(6) | **C. Information about your relative** |
|---|---|
| | **1. Name** (Family name in CAPS)   (First)   (Middle) <br> KNAVS   Amalija |
| | **2. Address** (Number and Street)   (Apt. No.) <br> Ribniki 21 <br> (Town or City)   (State/Country)   (Zip/Postal Code) <br> Sevnica   Slovenia   8290 |
| | **3. Place of Birth** (Town or City)   (State/Country) <br> Judendorf   Austria   (citizen of Slovenia) |
| | **4. Date of Birth**   **5. Gender**   **6. Marital Status** <br> 07/09/1945   ☐ Male   ☒ Married  ☐ Single <br> ☒ Female   ☐ Widowed  ☐ Divorced |
| | **7. Other Names Used** (including maiden name) <br> Ulcnik (maiden name) |
| | **8. Date and Place of Present Marriage** (if married) <br> 07/29/1967   Ljubljana   Slovenia |
| | **9. U.S. Social Security Number** (if any)   **10. Alien Registration Number** <br> None   None |
| | **11. Name(s) of Prior Husband(s)/Wive(s)**   **12. Date(s) Marriage(s) Ended** <br> None |
| | **13. Has your relative ever been in the U.S.?**   ☒ Yes  ☐ No |
| | **14. If your relative is currently in the U.S., complete the following:** <br> He or she arrived as a:   **N/A** <br> (visitor, student, stowaway, without inspection, etc.) <br> Arrival/Departure Record (I-94)   Date arrived |
| | Date authorized stay expired, or will expire, as shown on Form I-94 or I-95 |
| | **15. Name and address of present employer** (if any) None |
| | Date this employment began |
| | **16. Has your relative ever been under immigration proceedings?** <br> ☒ No  ☐ Yes  Where   When <br> ☐ Removal  ☐ Exclusion/Deportation  ☐ Rescission  ☐ Judicial Proceedings |
| | Sent   COMPLETED: Appv'd   Denied   Ret'd |

(b)(6)

Form I-130 (Rev. 01/31/08)Y

(b)(6)

**C. Information about your alien relative (continued)**

17. List husband/wife and all children of your relative. (b)(6)

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|
| | | | |

18. Address in the United States where your relative intends to live. (b)(6)

| (Street Address) | (Town or City) | (State) |
|---|---|---|
| | | |

19. Your relative's address abroad. (Include street, city, province and country)    Phone Number (if any)

Ribniki 21

Sevnica          8290          Slovenia          011-386-78141037

20. If your relative's native alphabet is other than Roman letters, write his or her name and foreign address in the native alphabet.

(Name)          Address (Include street, city, province and country):

N/A

21. If filing for your husband/wife, give last address at which you lived together. (Include street, city, province, if any, and country):

                                        From:          To:

N/A

22. Complete the information below if your relative is in the United States and will apply for adjustment of status.

Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident at the USCIS office in:

If your relative is not eligible for adjustment of status, he or she will apply for a visa abroad at the American consular post in:

Ljubljana          Slovenia

| (City) | (State) | (City) | (Country) |
|---|---|---|---|

NOTE: Designation of an American embassy or consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that post. Acceptance is at the discretion of the designated embassy or consulate.

**D. Other information** (b)(6)

WARNING: USCIS investigates claimed relationships and verifies the validity of documents. USCIS seeks criminal prosecutions when family relationships are falsified to obtain visas.

PENALTIES: By law, you may be imprisoned for not more than five years or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws. In addition, you may be fined up to $10,000 and imprisoned for up to five years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

YOUR CERTIFICATION: I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records that the U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit that I am seeking.

**E. Sig** (b)(6)          Date NOV 2·08          Phone Numb

**F. Signature of person preparing this form, if other than the petitioner.**

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Print Name                    Signature                    Date

Address                    G-28 ID or VOLAG Number, if any.

Form I-130 (Rev. 01/31/08)Y Page 2

PAGE WITHHELD PURSUANT TO (b)(6)

PAGE WITHHELD PURSUANT TO (b)(6)

# KAVANAGH MALONEY & OSNATO LLP

415 MADISON AVENUE

NEW YORK, NEW YORK 10017

TELEPHONE: 212-207-8400

FACSIMILE: 212-888-7324

JOHN E. OSNATO
J. HAYES KAVANAGH
JAMES J. MALONEY
JOEL M. RUDELL
DAVID F. BAYNE
KIRSTIN T. KNIGHT
GERALDINE M. CUNNINGHAM

SARAH A. DAHL
STEVEN M. CORDERO
MEREDITH D. BELKIN
KENNETH M. TANZER

JORN A. HOLL
JAMES R. BRECKENRIDGE
OF COUNSEL

DIRECT DIAL
(212) 906-8326
E-MAIL
sarahdahl@kmollp.com

June 6, 2008

## FEDERAL EXPRESS

U.S. Citizenship and Immigration Services
USCIS Lockbox
Attn: SAI-130, P.O. Box 804616
131 South Dearborn – 3rd Floor
Chicago, IL 60603-5517

(b)(6)

RE:  I-130 Petition for Alien Relative [ (b)(6) ]
Petitioner: [ (b)(6) ]
Beneficiary: **Amalija Knavs**

[ (b)(6) ]

Dear Sir or Madam:

(b)(6)

We enclose the following in conjunction with the above-captioned matter:

**I-130 Petition** [ (b)(6) ] **on behalf of Amalija Knavs**

1. Form G-28, Notice of Appearance;
2. Form I-130, Petition for Alien Relative;   (b)(6)
3. [ (b)(6) ]
4. Copy of the Petitioner's birth certificate establishing Petitioner and [ ]
5. [ ]
6. Copy of the Beneficiary's marriage certificate, with translation; and
7. A check in the amount of $355 for the I-130 filing fee.

{00018462.DOC 1}

USCIS
June 6, 2008
Page 2                                                                    (b)(6)

Please process the enclosed petitions and notify this office accordingly. Thank you.   (b)(6)

Sincerely yours,

Sarah A. Dahl

Enclosures
cc:                                                                       (b)(6)

{00018462.DOC 1}

PAGE WITHHELD PURSUANT TO (b)(6)

PAGE WITHHELD PURSUANT TO (b)(6)

PAGE WITHHELD PURSUANT TO (b)(6)

PAGE WITHHELD PURSUANT TO (b)(6)

Case 1:23-cv-01198-CJN   Document 51-3   Filed 10/22/24   Page 125 of 166



**American Evaluation and Translation Service, Inc.**
American
Evaluation
and
Translation
Service

407 Lincoln Road, Suite 11-J
Miami Beach, FL 33139
Phone: (786) 276-8190 • Fax: (786) 524-0448
www.aetsinternational.com • info@aetsinternational.com

## Certification of Translation

*I, Geoffrey Bligh, President of American Evaluation and Translation Service, Inc., a member of the American Translators Association, hereby certify that the translation of the:*

(b)(6)

*as performed by an AETS certified translator, who is fluent and knowledgeable in both the Slovene and English languages, is a true and correct translation from Slovene to English, as performed to the best of their ability.*

_____
(Signature)

May 29, 2008
_____
(Date)

## SOCIALIST FEDERAL REPUBLIC OF YUGOSLAVIA
### SOCIALIST REPUBLIC OF SLOVENIA

Location: Ljubljana City Council

Document No.   1671                                        [fee collection stamp]

Issued on        July 29, 1967

# EXCERPT OF MARRIAGE RECORD

Entry number _1715_ on page _332_ in the Book of Marriage Records for the year 1967

Date of entry: July 29, 1967

| Day, month, year and place of marriage registration: | 29th (twenty-ninth) of July of 1967, (b)(6)            Ljubljana | |
| --- | --- | --- |
| | | Bride |
| First & last names: | | Amalija Ulcnik |
| Previous marital status: | | --- |
| Day, month and year of birth: | | 9th of July, 1945 |
| Town & province of birth: | | Judendorf, Austria |
| Citizenship / Ethnicity: | | Yugoslavia |
| Occupation: | | --- |
| Residence (town & province): | | 3 Heroja Maroka, Sevnica |
| Parents' first & last names: | | |
| Father: | | Anton Ulcnik |
| Mother: | | Amalija Ulcnik |
| First & last names of | | |
| Witnesses: | | |
| Attorney or Interpreter: | | (b)(6) |
| Official registering the marriage: | | |
| Clerk: | | |
| Notes on last names acquired upon marriage and other remarks: | The spouses assume the last name of "KNAVS" in marriage. | |
| Additional entries or changes: | --- | |
| Subsequent entries or notes: | --- | |

Ljubljana City Council

Issuing official: [signature]

Certified Translation by American Evaluation and Translation Service, Inc.
407 Lincoln Road, Suite 11-J · Miami Beach, FL 33139
Phone: (786) 276-8190   ·   Fax: (786) 524-0448 or (786) 524-3300
www.aetsinternational.com · info@aetsinternational.com

SOCIALISTIČNA FEDERATIVNA REPUBLIKA JUGOSLAVIJA

SOCIALISTIČNA REPUBLIKA SLOVENIJA

Skupščine občin Ljubljane

Opr. št      16/1

Datum   29.7.1967.

Taksa po tarifni štev. 13 ZUT v
znesku din 150.— plačana in po
zapisniku predpisano uničena

## Izpišek iz poročne matične knjige

Letnik 1967.    stran 552    zap. št. 1773    Datum vpisa 29.julij 1967.

| Dan, mesec, leto in kraj sklenitve zakona | | ženina | neveste |
|---|---|---|---|
| | | (b)(6) | 29./devetindvajseti/julij 1967.,Ljubljana. |
| Priimek in ime | | | Ulčnik Amalija |
| Prejšnje zakonsko stanje | | | |
| Dan, mesec in leto rojstva | | | 9.7.1945. |
| Kraj in občina rojstva | | | Judendorf,Avstrija |
| Državljanstvo | Narodnost | | jugoslov. |
| Poklic | | | |
| Prebivališče (kraj in občina) | | | Sevnica,Heroja Maroka 2. |
| Priimek, ime in rojstni podatki | očeta | | Ulčnik Anton |
| | matere | | Ulčnik Amalija |
| Priča pri sklenitvi zakona | 1. | | |
| | 2. | | Dolenjska c.56. |
| in prebivališče pooblaščenca ali tolmača | | | |
| uradne osebe, pred katero je bil zakon sklenjen | | | |
| matičarja | | | |
| Izjava zakoncev o njunih priimkih in druge izjave | | | |
| Pripombe in popravki | | | |
| Poznejši vpisi in zaznambe: | | | |

(b)(6)

Založba Dräž uni. Slov. — Obr. 11,19

https://www.fedex.com/shipping-html/en/PrintIFrame.html

From:   Origin ID: OGSA   (212) 906-8325
Michael Woltering
Kavanagh Maloney & Osnato LLP
415 Madison Avenue
18th Floor
New York, NY 10017



Ship Date: 06JUN08
ActWgt: 1.0 LB
System#: 2295904/INET8011
Account#: S *********

SHIP TO:   (800) 375-5283        BILL SENDER

**USCIS Lockbox**
**ATTN: SAI-130**
**P.O. Box 804616**
**131 South Dearborn - 3rd Floor**
**Chicago, IL 60603**

Delivery Address Bar Code

Ref #   3656-1
Invoice #
PO #
Dept #

TRK#
0201        7970 0914 6644

MON - 09JUN        A1
STANDARD OVERNIGHT

# NY CHIA

60603
IL-US
ORD

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

of 1                                                                                          6/6/2008 2:57 PM

# Record of IBIS Query (ROIQ)

A-Number or Receipt Number:   EAC-08-255-11892

(b)(7)(C) (b)(7)(E)

| # | Last Name, First Name | DOB | NO MATCH | DNR | RELATES | Resolution Memo |
|---|---|---|---|---|---|---|
| 1 | Knavs, Amalija | 07091945 | | | | |

|  | A | P | B | D | |
|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | 2nd Check |
| | | | | | 3rd Check |

(b)(7)(C)

|  | A | P | | D | |
|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | 2nd Check |
| | | | | | 3rd Check |

(b)(7)(C)

(b)(7)(C) (b)(7)(E)

Properly annotate IBIS results on the ROIQ:
*Include the date of query in the appropriate box (NO MATCH, DNR or RELATES)
*Include the initials or identifying number of the USCIS personnel conducting the query in the same box as the date
*If the hit was a RELATES and a resolution memo was completed, check the Resolution Memo Completed Box in the last column

NO MATCH - No information found in IBIS

DNR - Information found in IBIS but does not relate to the subject

RELATES - Information found in IBIS that relates to the subject, case referred for resolution

A    Applicant                P    Petitioner
B    Beneficiary              D    Derivative Household Member

# ORIGINAL

# CIVIL

# DOCUMENTS

SIP/FRM-**DR-110**      REV. 00      EFF. DATE: 01/01/07      APPROVAL: ASST. OPR. MGR      **Andrew Hayden**

REPUBLIKA SLOVENIJA

15. Stalno prebivališče/Permanent residence/Domicile

**Sevnica**

**Ribniki 021**

15. Stalno prebivališče/Permanent residence/Domicile

---

Potni list
Passport · Passeport

REPUBLIKA SLOVENIJA




| | | |
|---|---|---|
| Type/Type | Koda/Code/Code | Št. potnega lista/Passport Number/N° du passeport |
| P | SVN | P00681242 |

Priimek/Surname/Nom
**Knavs**

Ime/Given names/Prénom
**Amalija**

Državljanstvo/Nationality/Nationalité
Slovenije

Datum rojstva/Date of birth/Date de naissance
09.07.1945

EMŠO/Personal registration number N° d'enregistrement
0907945505031

Spol/Sex/Sexe
Ž

Kraj rojstva/Place of birth/Lieu de naissance
AUT Judendorf

Datum izdaje/Date of issue/Date de délivrance
12.07.2002

Pristojni organ/Competent authority/Autorité compétente
UE Sevnica

Datum veljavnosti/Date of expiry/Date de validité
12 07.2012

Lastnoročni podpis/Holder's signature/Signature du titulaire

P<SVNKNAVS<<AMALIJA<<<<<<<<<<<<<<<<<<<<<<<<<<
P006812420SVN4507091F12071270907945505031<20

| | | | | LJUBLJANA | OBRAZEC **B** FORMULE |
|---|---|---|---|---|---|
| **1** | REPUBLIKA SLOVENIJA RÉPUBLIQUE DE SLOVÉNIE | **2** | MATIČNA SLUŽBA SERVICE DE L'ÉTAT CIVIL DE | | |

| **3** | IZPISEK IZ MATIČNEGA REGISTRA O SKLENJENI **ZAKONSKI ZVEZI** ŠT. MR EXTRAIT DE L'ACTE DE MARIAGE N° |
|---|---|

| **4** | DATUM IN KRAJ SKLENITVE ZAKONSKE ZVEZE DATE ET LIEU DU MARIAGE | Jo 2 9 | Mo 0 7 | An 1 9 6 7 | Ljubljana |
|---|---|---|---|---|---|

| | | **5** | MOŽ MARI | | **6** | ŽENA FEMME |
|---|---|---|---|---|---|---|
| **7** | PRIIMEK PRED SKLENITVIJO ZAKONSKE ZVEZE NOM AVANT LE MARIAGE | | | Ulčnik | |
| **8** | IME PRÉNOMS | | | Amalija | |
| **9** | ROJSTNI DATUM IN KRAJ DATE ET LIEU DE NAISSANCE | | Jo 0 9 | Mo 0 7 | An 1 9 4 5 |
| | | | Judendorf, Avstrija | |
| **10** | PRIIMEK PO SKLENITVI ZAKONSKE ZVEZE NOM APRÈS LE MARIAGE | | | Knavs | |

| **11** | DRUGI PODATKI IZ IZVIRNE LISTINE AUTRES ÉNONCIATIONS DE L'ACTE |
|---|---|

(b)(6)

..........................

| **12** | DATUM IZDAJE, PODPIS, PEČAT DATE DE DÉLIVRANCE, SIGNATURE, SCEAU | Jo 2 8 | Mo 1 0 | An 2 0 0 8 |
|---|---|---|---|---|

Porenta Martina

OZNAKE / SYMBOLES / ZEICHEN / SYMBOLS / SIMBOLOS / SYMBOLAA / SIMBOLI / SYMBOLEN / SIMBOLOS / ISARETLER
- Jo: Dan / Jour / Tag / Day / Día / Ημέρα / Giorno / Dag / Dia / Gün / Yıl
- Mo: Mesec / Mois / Monat / Month / Mes / Μήν / Mese / Maand / Mês / Ay / Yıl
- An: Leto / Année / Jahr / Year / Έτος / Anno / Jaar / Ano / Yıl
- S: Ločitev / Séparation de corps / Trennung von Tisch und Bett / Legal separation / Separación personal / Χωρισμός από τραπέζης και κοίτης / Separazione personale / Scheiding van tafel en bed / Separação de pessoas e bens / Ayrılık
- Div: Razveza zakonske zveze / Divorce / Scheidung / Divorce / Divorcio / Διαζύγιον / Divorzio / Echtscheiding / Divórcio / Bosanma
- A: Razveljavitev / Annulation / Nichtigerklärung / Annulment / Anulación / Ακύρωσις / Annullamento / Nietigverklaring / Anulação / İptal
- Dm: Smrt moža / Deces du mari / Tod des Ehemanns / Death of the husband / Defunción del marido / Θάνατος του συζύγου / Morte del marito / Overlijden van de man / Óbito do marido / Kocanın ölümü
- Df: Smrt žene / Decès de la femme / Tod der Ehefrau / Death of the wife / Defunción de la mujer / Θάνατος της συζύγου / Morte della moglie / Overlijden van de vrouw / Óbito da mulher / Karının ölümü



IZPISEK, IZDAN NA PODLAGI KONVENCIJE, PODPISANE NA DUNAJU 8. SEPTEMBRA 1976
EXTRAIT DÉLIVRÉ EN APPLICATION DE LA CONVENTION SIGNÉE À VIENNE LE 8 SEPTEMBRE 1976
AUSZUG AUSGESTELLT GEMÄß DEM ÜBEREINKOMMEN VON WIEN VOM 8. SEPTEMBER 1976
EXTRACT ISSUED IN PURSUANCE OF THE CONVENTION SIGNED AT VIENNA ON SEPTEMBER 8, 1976
CERTIFICACIÓN EXPEDIDA EN APLICACIÓN DEL CONVENIO FIRMADO EN VIENA EL 8 DE SEPTIEMBRE DE 1976
ΑΠΟΣΠΑΣΜΑ ΧΟΡΗΓΟΥΜΕΝΟΝ ΚΑΤ ΕΦΑΡΜΟΓΗΝ ΤΗΣ ΣΥΜΒΑΣΕΩΣ ΤΗΣ ΒΙΕΝΝΗΣ ΤΗΣ 8 ΣΕΠΤΕΜΒΡΙΟΥ 1976
ESTRATTO RILASCIATO IN APPLICAZIONE DELLA CONVENZIONE FIRMATA A VIENNA IL 8 SETTEMBRE 1976
UITTREKSEL AFGEGEVEN INGEVOLGE DE OVEREENKOMST ONDERTEKEND TE WENEN OP 8 SEPTEMBER 1976
CERTIDÃO EMITIDA AO ABRIGO DA CONVENÇÃO ASSINADA EM VIENA AOS 8 DE SETEMBRO DE 1976
VIYANADA 8 EYLÜL 1976 TARIHINDE IMZALANAN SÖZLESME UYARINCA VERILEN ÖRNEK



APOSTILLE
(Convention de la Haye du 5 octobre 1961)

1. Država: Slovenija.
   Da je ta javna listina
2. podpisana od   MARTINE PORENTA
3. v svojstvu    MATIČARKA
4. opremljena s pečatom, žigom   REPUBLIKA
   SLOVENIJA - UPRAVNA ENOTA LJUBLJANA - LJUBLJANA
   p o t r j u j e
5. v   LJUBLJANI      6. dne   5.11.2008
7. (naziv organa oblasti)
   OKROŽNO SODIŠČE V LJUBLJANI
8. pod št. Ov.H    5476/2008
9. Pečat (žig):              SODNICA:
                             i... podpis:
                             DORIS JARC

| 1 | Staat / Country / Estado / Κράτος / Stato / Staat / Estado / Devlet |
|---|---|
| 2 | Standesamtsbehörde / Civil Registry Office of / Registre Civil de / Ληξιαρχική Αρχή του (ή της ή των) / Servizio dello stato civile / Dienst van de burgerlijke stand van / Servicio do registo civil de / Nüfus Idaresi |
| 3 | Auszug aus dem Heiratseintrag Nr. / Extract from marriage registration no. / Extracto del acta de matrimonio núm / Απόσπασμα ληξιαρχικής πράξεως γάμου αριθ. / Estratto dell'atto di matrimonio n. / Uittreksel uit de huwelijksakte nr. / Certidão do assento de casamento nº / Evlenme sicil orneği No. |
| 4 | Tag und Ort der Eheschließung / Date and place of the marriage / Fecha y lugar del matrimonio / Χρονολογία και τόπος τελέσεως του γάμου / Data e luogo del matrimonio / Datum en plaats van huwelijk / Data e lugar do casamento / Evlenme yeri ve tarihi |
| 5 | Ehemann / Husband / Marido / Σύζυγος / Marito / Man / Marido / Koca |
| 6 | Ehefrau / Wife / Mujer / Γυνή / Moglie / Vrouw / Mulher / Kan |
| 7 | Name vor der Eheschließung / Name before the marriage / Apellidos antes del matrimonio / Επώνυμον πρό του γάμου / Cognome prima del matrimonio / Naam vóór het huwelijk / Apelidos antes do casamento / Evlenmeden önceki soyaci |
| 8 | Vornamen / Forenames / Nombre propio / Όνόματα / Prenomi / Voornamen / Nome próprio / Adı |
| 9 | Tag und Ort der Geburt / Date and place of birth / Fecha y lugar de nacimiento / Χρονολογία και τόπος γεννήσεως / Data e luogo di nascita / Geboortedatum en -plaats / Data e lugar do nascimento / Doğum yeri ve tarihi |
| 10 | Name nach der Eheschließung / Name following marriage / Apellidos después del matrimonio / Επώνυμον μετά τον γάμον / Cognome dopo il matrimonio / Naam na het huwelijk / Apelidos depois do casamento / Evlenmeden sonraki soyaci |
| 11 | Andere Angaben aus dem Eintrag / Other particulars of the registration / Otros datos del acta / Έτεραι έγγραφαί της πράξεως / Altre enunciazioni dell'atto / Andere vermeldingen van de akte / Outros elementos do assento / Işleme ait diğer bilgiler |
| 12 | Tag der Ausstellung, Unterschrift, Siegel / Date of issue, signature, seal / Fecha de expedición, firma, sello / Χρονολογία έκδόσεως, ύπογραφή, σφραγίς / Data di rilascio, firma, bollo / Datum van afgifte, handtekening, zegel / Data de emissão, assinatura, selo / Verilis tarihi, imza, mühür |



Po 3., 4., 5. in 7. členu konvencije:

– Podatki, ki se vpisujejo v obrazce, se pišejo s tiskanimi črkami v latinici; poleg tega so lahko napisani v pisavi jezika, v katerem je sestavljen izpisek, na katerega se nanašajo.
– Datumi se vpisujejo z arabskimi številkami, ki po vrsti pomenijo dan, mesec in leto. Dan in mesec se označita z dvema številkama, leto pa s štirimi številkami. Prvih devet dni v mesecu in prvih devet mesecev v letu se označi s številkami od 01 do 09.
– Poleg imena vsakega kraja, omenjenega v izpisku, se navede ime države, v kateri je kraj, če izpisek ni izdan v tej državi.
– Poleg oznak Mož, Oče, Dv, A, D, Dm in Dl se navedeta datuma in kraj dogodka. Poleg oznake Mar se navedeta priimek in ime zakonca.
– Če zaradi vsebine izpiska ni mogoče izpolniti kake rubrike ali dela rubrike izpiska, se rubrika ali del rubrike prečrta.
– Za dodajanje drugih rubrik ali oznak je potrebno dovoljenje Mednarodne komisije za civilni status.

MO/MATR-6



| | | | | | | | LJUBLJANA | OBRAZEC FORMULE **A** |
|---|---|---|---|---|---|---|---|---|

**1** REPUBLIKA SLOVENIJA
RÉPUBLIQUE DE SLOVÉNIE

**2** MATIČNA SLUŽBA
SERVICE DE L'ÉTAT CIVIL DE

**3** ## IZPISEK IZ MATIČNEGA REGISTRA O ROJSTVU ŠT. MR
EXTRAIT DE L'ACTE DE NAISSANCE N°

**4** ROJSTNI DATUM IN KRAJ
DATE ET LIEU DE NAISSANCE

| | Jo | Mo | An | |
|---|---|---|---|---|
| | 0 9 | 0 7 | 1 9 4 5 | Judendorf, Avstrija |

**5** PRIIMEK
NOM    Knavs

**6** IME
PRÉNOMS    Amalija

**7** SPOL
SEXE    F

**8** OČE
PÈRE

**9** MATI
MÈRE

**5** PRIIMEK
NOM    Ulčnik    Ulčnik

**6** IME
PRÉNOMS    Anton    Amalija

**10** DRUGI PODATKI IZ IZVIRNE LISTINE
AUTRES ÉNONCIATIONS DE L'ACTE

Mar: 29.07.1967, Ljubljana, Knavs  Viktor .

**11** DATUM IZDAJE, PODPIS, PEČAT
DATE DE DÉLIVRANCE, SIGNATURE, SCEAU

| | Jo | Mo | An |
|---|---|---|---|
| | 0 5 | 1 1 | 2 0 0 8 |

Svigelj Brigita

OZNAKE / SYMBOLES / ZEICHEN / SYMBOLS / SIMBOLOS / ΣΥΜΒΟΛΑ / SIMBOLI / SYMBOLEN / SIMBOLOS / ISARETLER
– Jo: Dan / Jour / Tag / Day / Día / Ημέρα / Giorno / Día / Dia / Gün
– Mo: Mesec / Mois / Monat / Month / Mes / Μήν / Mese / Maand / Mês / Ay
– An: Leto / Année / Jahr / Year / Año / Έτος / Anno / Jaar / Ano / Yil
– M: Moški / Masculin / Männlich / Masculine / Masculino / Άρρεν / Maschile / Mannelijk / Masculino / Erkek
– F: Ženski / Féminin / Weiblich / Feminine / Femenino / Θήλυ / Femminile / Vrouwelijk / Feminino / Kadin
– Mar: Sklenitev zakonske zveze / Mariage / Eheschließung / Marriage / Matrimonio / Γάμος / Matrimonio / Huwelijk / Casamento / Evlenme
– Sc: Ločitev / Séparation de corps / Trennung von Tisch und Bett / Legal separation / Separación personal / Χωρισμός από τραπέζης και κοίτης / Separazione personale / Scheiding van tafel en bed / Separação de pessoas e bens / Ayrilik
– Div: Razveza zakonske zveze / Divorce / Scheidung / Divorce / Divorcio / Διαζύγιον / Divorzio / Echtscheiding / Divorcio / Bosanma
– A: Razveljavitev / Annulation / Nichtigerklärung / Annulment / Anulación / Ακύρωσις / Annullamento / Nietigverklaring / Anulação / Iptal
– D: Smrt / Décès / Tod / Death / Defunción / Θάνατος / Morte / Overlijden / Óbito / Ölümü
– Dm: Smrt moža / Décès du mari / Tod des Ehemanns / Death of the husband / Defunción del marido / Θάνατος του συζύγου / Morte del marito / Overlijden van de man / Óbito do marido / Kocanin ölümü
– Df: Smrt žene / Décès de la femme / Tod der Enefrau / Death of the wife / Defunción de la mujer / Θάνατος της συζύγου / Morte della moglie / Overlijden van de vrouw / Óbito da mulher / Karinin ölümü

D R 0 0 1 7 5 9 9

IZPISEK, IZDAN NA PODLAGI KONVENCIJE, PODPISANE NA DUNAJU 8. SEPTEMBRA 1976
EXTRAIT DÉLIVRÉ EN APPLICATION DE LA CONVENTION SIGNÉE À VIENNE LE 8 SEPTEMBRE 1976
AUSZUG AUSGESTELLT GEMÄß DEM ÜBEREINKOMMEN VON WIEN VOM 8. SEPTEMBER 1976
EXTRACT ISSUED IN PURSUANCE OF THE CONVENTION SIGNED AT VIENNA ON SEPTEMBER 8, 1976
CERTIFICACIÓN EXPEDIDA EN APLICACIÓN DEL CONVENIO FIRMADO EN VIENA EL 8 DE SEPTIEMBRE DE 1976
ΑΠΟΣΠΑΣΜΑ ΧΟΡΗΓΟΥΜΕΝΟΝ ΚΑΤ ΕΦΑΡΜΟΓΗΝ ΤΗΣ ΣΥΜΒΑΣΕΩΣ ΤΗΣ ΒΙΕΝΝΗΣ ΤΗΣ 8 ΣΕΠΤΕΜΒΡΙΟΥ 1976
ESTRATTO RILASCIATO IN APPLICAZIONE DELLA CONVENZIONE FIRMATA A VIENNA IL 8 SETTEMBRE 1976
UITTREKSEL AFGEGEVEN INGEVOLGE DE OVEREENKOMST ONDERTEKEND TE WENEN OP 8 SEPTEMBER 1976
CERTIDÃO EMITIDA AO ABRIGO DA CONVENÇÃO ASSINADA EM VIENA AOS 8 DE SETEMBRO DE 1976
VIYANADA 8 EYLÜL 1976 TARIHINDE IMZALANAN SÖZLEŞME UYARINCA VERILEN ÖRNEK

| 1 | Staat / Country / Estado / Κράτος / Stato / Staat / Estado / Devlet |
|---|---|
| 2 | Standesamtsbehörde / Civil Registry Office of / Registro Civil de / Ληξιαρχική Αρχή τοῦ (ἤ τῆς ἤ τῶν) / Servizio dello stato civile / Dienst van de burgerlijke stand van / Serviços do registo civil de / Nüfus idaresi |
| 3 | Auszug aus dem Geburtseintrag Nr. / Extract from birth registration no. / Certificación del acta de nacimiento nº. / Ἀπόσπασμα ληξιαρχικής πράξεως γεννήσεως άρθ. / Estratto dell'atto di nascita n. / Uittreksel uit de geboorteakte nr. / Certidão do assento de nascimento nº / Doğum sicilli örneği No. |
| 4 | Tag und Ort der Geburt / Date and place of birth / Fecha y lugar de nacimiento / Χρονολογία καί τόπος γεννήσεως / Data e luogo di nascita / Geboortedatum en -plaats / Data e lugar de nascimento / Doğum yeri ve tarihi |
| 5 | Name / Name / Apellidos / Ἐπώνυμον / Cognome / Naam / Apellidos / Soyadı |
| 6 | Vornamen / Forenames / Nombre proprio / Ὀνόματα / Prenomi / Voornamen / Nome próprio / Adı |
| 7 | Geschlecht / Sex / Sexo / Φῦλον / Sesso / Geslacht / Sexo / Cinsiyeti |
| 8 | Vater / Father / Padre / Πατήρ / Padre / Vader / Pai / Baba |
| 9 | Mutter / Mother / Madre / Μήτηρ / Madre / Moeder / Mãe / Ana |
| 10 | Andere Angaben aus dem Eintrag / Other particulars of the registration / Otros datos del acta / Ἕτερα ἐγγραφαί τῆς πράξεως / Altre enunciazioni dell'atto / Andere vermeldingen van de akte / Outros elementos do assento / İsleme ait diğer bilgiler |
| 11 | Tag der Ausstellung, Unterschrift, Siegel / Date of issue, signature, seal / Fecha de expedición, firma, sello / Χρονολογία ἐκδόσεως, ὑπογραφή, σφραγίς / Data di rilascio, firma, bollo / Datum van afgifte, handtekening, zegel / Data de emissão, assinatura, selo / Verilis tarihi, imza, mühür |



Po 3., 4., 5. in 7. členu konvencije:

→ Podatki, ki se vpisujejo v obrazec, so pisani s tiskanimi črkami v latinici; poleg tega se lahko napisani v pisavi jezika, v katerem je sestavljen izpisek, na katerega se nanašajo.
→ Datumi se vpisujejo z arabskimi številkami, ki po vrsti pomenijo: dan, mesec in leto. Dan in mesec se označita z dvema številkama, leto pa s štirimi številkami. Prvih devet dni v mesecu in prvih devet mesecev v letu se označi s številkami od 01 do 09.
→ Poleg imena vsakega kraja, omenjenega v izpisku, se navede ime države, v kateri je kraj, če izpisek ni izdan v tej državi.
→ Poleg oznak Mar, Sc, Div, A, D, Dm in Dl se navedeta datum in kraj dogodka. Poleg oznake Mar se navedeta priimek in ime zakonca.
→ Če zaradi vsebine izpiska ni mogoče izpolniti kake rubrike ali dela rubrike izpiska, se rubrika ali del rubrike prečrta.
→ Za dodajanje drugih rubrik ali oznak je potrebno dovoljenje Mednarodne komisije za civilni status.

MOI/MATR-4



## APOSTILLE
### (Convention de la Haye du 5 octobre 1961)

1. Država: Slovenija.

   Da je ta javna listina

2. podpisana od ___BRIGITE ŠVIGELJ___

3. v svojstvu ___MATIČARKA___

4. opremljena s pečatom, žigom ___REPUBLIKA___
   SLOVENIJA – UPRAVNA ENOTA LJUBLJANA – LJUBLJANA
   p o t r j u j e

5. v ___LJUBLJANI___      6. dne ___5.11.2009___

7. (naziv organa oblasti) ___OKROŽNO SODIŠČE V LJUBLJANI___

8. pod št. Ov. H ___5477/2008___      SODNICA:

9. Pečat (žig):      10. podpis:

   DORIS JARC

Kr   261/2008

**POTRDILO**

Okrajno sodišče v Sevnici potrjuje na podlagi uradnih podatkov  Okrožnega sodišča v Krškem,

da zoper  Amalijo Knavs,  hči Antona,

rojenega(o)   9.7.1945 v Avstriji,

stanujočega(o)   Ribniki 21, Sevnica,

ni vložena pravnomočna obtožnica ali izdana obsodilna sodba.

Taksa po tar.št. 30 ZST v znesku 2,46 EUR  je plačana in  nalepljena na predlogu v spisu.

Okrajno sodišče v Sevnici

29.10.2008

Sodnik:
Ivan Kovač

(Obr.Zč.št.49-Potrdilo, da oseba ni v kazenskem postopku, ki ima za posledico omejitev
posameznih pravic)

Kr 281/2008

**TO WHOM IT MAY CONCERN**

The Local Court of Sevnica hereby confirms on the basis of official data of the District Court of Krško

that against      Amalija Knavs, daughter of Anton,

born on          9 July 1945 in Austria,

residing at      Ribniki 21, Sevnica,

no final bill of indictment has been filed and no conviction has been pronounced.

The tax-duty pursuant to tariff number 30 of the Court Fees Act in the amount of 2.46 EUR has been duly paid and cancelled on the application form.

Local Court of Sevnica
29 October 2008

The Judge:
Ivan Kovač (signed)

L.S.
REPUBLIC OF SLOVENIA
LOCAL COURT OF SEVNICA
2

(Obr.Zč.št. 49 – Certificate confirming that a person is not in criminal procedure, resulting in a restriction of individual rights)

No. 0811/B/017

Podpisana Baukje Ojdanić-van Popering, z odločbo Ministrstva za pravosodje RS št. 74/A-5/83 z dne 22.9.1983 postavljena za sodno tolmačko za angleški jezik, izjavljam, da se ta prevod povsem ujema s slovenskim izvirnikom.

The undersigned Baukje Ojdanić-van Popering, court interpreter for the English language, appointed by Decree no. 74/A-5/83, issued on September 22nd, 1983 by the Ministry of Justice, Republic of Slovenia, hereby declares that this translation entirely corresponds to the original Slovene text.

Ljubljana, 5 November 2008



# A P O S T I L L E

(Convention de la Haye du 5 octobre 1961)

1. Država: REPUBLIKA SLOVENIJA

   Da je ta javna listina

2. podpisana od _____ Ivan Kovač

3. v enačbi _____ sodnik

4. opremljena s pečatom, žigom _____ REPUBLIKA SLOVENIJA

   OKRAJNO SODIŠČE V SEVNICI

potrjuje

5. v _____ Krškem       6. dne _____ 10. 11. 2008

7. (naziv organa oblasti) _____ REPUBLIKA SLOVENIJA

   OKROŽNO SODIŠČE V KRŠKEM

8. pod št. Ov.št. _____ 223/2008

9. Pečat (žig):                          10. podpis:
                                         Okrožna sodnica svetnica
                                         Dušanka Weiss

Taksa po ZST – tar. št. 9802 plačana v znesku 2.46 EUR.



 REPUBLIC OF SLOVENIA | MINISTRY OF JUSTICE

**Number: 021-41783/2008(3)**
**Date:  30.10.2008**

### C O N F I R M A T I O N

Ministry of Justice of Republic of Slovenia confirms that from the Criminal Records of the Ministry of Justice it is evident that **Amalija Knavs**, born on **09.07.1945** in **Judendorf - Avstrija**, with permanent residence in **Ribniki 021**, post 8290 Sevnica, has **not been** convicted for criminal offences.

Confirmation has been issued to the applicant for the following reason: **personal matters abroad**

Tax free.

**Beno VEROVŠEK**
**Authorized person**

# A P O S T I L L E

### (Convention de la Haye du 5 octobre 1961)

1. Država: Slovenia.

   Da je ta javna lisina

2. podpisana od ___BENA VEROVŠKA___

3. v svojstvu ___POOBLAŠČENEC___

4. opremljena s pečatom, žigom ___REPUBLIKA___

   ___SLOVENIJA – MINISTRSTVO ZA PRAVOSODJE– LJUBLJANA___

   p o t r j u j e

5. v ___LJUBLJANI___        6. dne ___5.11.2008___

7. (naziv organa oblasti) ...............................................

   ___OKROŽNO SODIŠČE V LJUBLJANI___

8. pod št. Ov. H ___Á5?/?/2008___        SODNICA:

9. Pečat (žig): ___                       10. podpis:

                                           DORIS JARC

U.S. Department of State

# MEDICAL EXAMINATION FOR
# IMMIGRANT OR REFUGEE APPLICANT

OMB No. 1405-0113
EXPIRATION DATE: 03/31/2011
ESTIMATED BURDEN: 10 minutes
(See Page 2 - Back of Form)

| Photo | | |
|---|---|---|
| | Name (Last, First, MI.) | KNAVS ̲ ̲ ̲ ̲ AMALIJA |
| | Birth Date (mm-dd-yyyy) ̲O̲X̲.̲O̲-̲J̲ ̲1̲-̲1̲4̲5̲ | Sex: ☐ M  ☒ F |
| | Birthplace (City/Country) JUDENDORF/AUSTRIA | |
| | Present Country of Residence SLOVENIA | Prior Country ̲ ̲ ̲ |
| | U.S. Consul (City/Country) ̲ ̲ ̲ | |
| | Passport Number P006P1242 | Alien (Case) Number ̲ ̲ ̲ |

| | | |
|---|---|---|
| Date (mm-dd-yyyy) of Medical Exam ̲ ̲ ̲ | | Date (mm-dd-yyyy) of Prior Exam, if any ̲ ̲ ̲ |

Date Exam Expires (6 months from examination date, if Class A or TB condition exists, otherwise 12 months) (mm-dd-yyyy) ̲ ̲ ̲

Exam Place (City/Country) BARSOS - MC , LJUBLJANA   Panel Physician  CUETHA DRAGOS JANCAIL

Radiology Services Public H. CENTER , SEVNICA   Screening Site (name) ̲ ̲ ̲

Lab (name for HIV/syphilis/TB) IUST. OF TRANSFUS. LJUBLJANA , SLOVENIA

## (1) Classification (check all boxes that apply):

☒ **No apparent defect, disease, or disability** (see Worksheets DS-3024, DS-3025 and DS-3026)

☐ **Class A Conditions** (From Past Medical History and Physical Examination Worksheets)

☐ TB, active, infectious (Class A, from Chest X-Ray Worksheet)
☐ Syphilis, untreated
☐ Chancroid, untreated
☐ Gonorrhea, untreated
☐ Granuloma inguinale, untreated
☐ Lymphogranuloma venereum, untreated

☐ Human immunodeficiency virus (HIV)
☐ Hansen's disease, lepromatous or multibacillary
☐ Addiction or abuse of specific* substance without harmful behavior
☐ Any physical or mental disorder (including other substance-related disorder) with harmful behavior or history of such behavior likely to recur

*amphetamines, cannabis, cocaine, hallucinogens, inhalants, opioids, phencyclidines, sedative-hypnotics, and anxiolytics

☐ **Class B Conditions** (From Past Medical History and Physical Examination Worksheets)

☐ TB, active, noninfectious (Class B1, from Chest X-Ray Worksheet)
   Treatment: ☐ None  ☐ Partial  ☐ Completed
☐ TB, inactive (Class B2, from Chest X-Ray Worksheet)
   Treatment: ☐ None  ☐ Partial  ☐ Completed
   See Section 4 on page 2 for TB treatment details
☐ Syphilis (with residual deficit), treated within the last year
☐ Other sexually transmitted infections, treated within last year
☐ Current pregnancy, number of weeks pregnant ̲ ̲ ̲
☐ Other (specify or give details on checked conditions from worksheets)

☐ Hansen's disease, prior treatment
☐ Hansen's disease, tuberculoid, borderline, or paucibacillary
☐ Sustained, full remission of addiction or abuse of specific* substances
☐ Any physical or mental disorder (excluding addiction or abuse of specific* substance but including other substance-related disorder) without harmful behavior or history of such behavior unlikely to recur

*amphetamines, cannabis, cocaine, hallucinogens, inhalants, opioids, phencyclidines, sedative-hypnotics, and anxiolytics

## (2) Laboratory Findings (check all boxes that apply):

**Syphilis:**  ☐ Not done

| | Test name | Date(s) run (mm-dd-yyyy) | Negative | Positive | Titer 1 | Notes |
|---|---|---|---|---|---|---|
| Screening | EIA | 01.14.2010 | ☒ | ☐ | | |
| Confirmatory | | | | | | |

| | If treated, therapy: | Date(s) treatment given (3 doses for penicillin) |
|---|---|---|
| Treated | | |
| ☐ Yes | ☐ Benzathine penicillin, 2.4 MU IM | |
| ☐ No | ☐ Other (therapy, dose):E | |

**HIV:**  ☐ Not done

| | Test name | Date(s) run (mm-dd-yyyy) | Negative | Positive | Indeterminate | Notes |
|---|---|---|---|---|---|---|
| Screening | EIA ANTI-HIV1/2 | 01.14.2010 | ☒ | ☐ | ☐ | |
| Secondary | HIV, 24 Ag | | | | | |
| Confirmatory | | | | | | |

DS-2053   (Formerly, OF-157)
05-2008

**(3) Immunizations** *(See Vaccination Form, check all boxes that apply)* **Not required for refugee applicants.**

☒ Vaccine history complete ☐ Vaccine history incomplete, requesting waiver *(indicate type below)*

☐ Incomplete vaccine history, no waiver requested ☐ Blanket waiver ☐ Individual waiver

I certify that I understand the purpose of the medical examination and I authorize the required tests to be completed.

_Amalia Kmin_ _____ _Nue Cu_ _____ **01.21.2010**

Applicant Signature _____ Panel Physician Signature _____ Date *(mm-dd-yyyy)*

**(4) Tuberculosis Treatment Regimen**

(Fill out if applicant has taken in the past, or is now taking TB medication. If drug doses or dates not known or not available, mark "unknown".)

☐ Check if therapy currently prescribed *(if current, don't mark "End Date")*

| Medication | Dose/Interval *(i.e., mg/day)* | Start Date *(mm-dd-yyyy)* | End Date *(mm-dd-yyyy)* |
|---|---|---|---|
| ☐ Isonaizid (INH) | _____ | _____ | _____ |
| ☐ Rifampin | _____ | _____ | _____ |
| ☐ Pyrazinamide | _____ | _____ | _____ |
| ☐ Ethambutol | _____ | _____ | _____ |
| ☐ Streptomycin | _____ | _____ | _____ |
| ☐ Other, specify | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Applicant's weight (kg) _____

Remarks _____

_____

_____

_____

## PAPERWORK REDUCTION ACT AND PRIVACY ACT NOTICES

Public reporting burden for this collection of information is estimated to average 10 minutes per response, including time required for searching existing data sources, gathering the necessary data, providing the information required, and reviewing the final collection. Persons are not required to provide this information in the absence of a valid OMB approval number. Send comments on the accuracy of this estimate of the burden and recommendations for reducing it to: U.S. Department of State (A/RPS/DIR) Washington, DC 20520.

We ask for information on this form, in the case of applicants for immigrant visas, to determine medical eligibility under INA Sections 212(a) and 221(d), and, in the case of refugees, as required under INA Section 412(b)(4) and (5). If an immigrant visa is issued or refugee status granted, you will convey this form to U.S. Department of Homeland Security (DHS) for disclosure to the Centers for Disease Control and Prevention and to the U.S. Public Health Service. Failure to provide this information may delay or prevent the processing of your case. If an immigrant visa is not issued or refugee status is not granted, this form will be treated as confidential under INA Section 222(f).

U.S. Department of State

# CHEST X-RAY AND CLASSIFICATION WORKSHEET

OMB No. 1405-0113
EXPIRATION DATE: 03-31-2011
ESTIMATED BURDEN: 10 MINUTES
(See Page 2 - Back of Form)

For Use with DS-2053          Complete Sections 1 through 5, As Applicable

| Name (Last, First, MI.) | Age |
|---|---|
| ANAVS   ANALIYA | 65 |

**Birth Date** (mm-dd-yyyy): 07-09-1945   **Passport Number:** P0069-1242   **Alien (Case) Number:**

**1. Chest X-Ray** (Mark All that Apply)

- [ ] History of Tuberculosis (TB) Disease
- [ ] Contact with Person with TB
- [ ] TB Signs or Symptoms
- [ ] Adult (With or Without Any of the Other)

(If child does not have any of the above, stop here.)

**2. Chest X-Ray Findings**          Date Chest X-Ray Taken (mm-dd-yyyy): 11-20-2010

- [x] Normal Findings
- [ ] Abnormal Findings   (Indicate findings and interpretation, by checking all that apply, and any other in the table below.)

| [ ] Can Suggest ACTIVE TB (Need Smears) | [ ] Can Suggest INACTIVE TB (Need Smears if Symptomatic) | [ ] OTHER X-Ray Findings |
|---|---|---|
| [ ] Infiltrate or Consolidation | [ ] Discrete Fibrotic Scar or Linear Opacity | [ ] Follow-Up Needed |
| [ ] Any Cavitary Lesion | [ ] Discrete Nodule(s) without Calcification | [ ] Musculoskeletal |
| [ ] Nodule with Poorly Defined Margins (Such as Tuberculoma) | [ ] Discrete Fibrotic Scar with Volume Loss or Retraction | [ ] Cardiac |
| [ ] Pleural Effusion | [ ] Discrete Nodule(s) with Volume Loss or Retraction | [ ] Pulmonary |
| [ ] Hilar/Mediastinal Adenopathy | [ ] Other (Such as Bronchiectasis) | [ ] Other |
| [ ] Linear, Interstitial Markings | | [ ] No Follow-Up Needed |
| [ ] Other (Such as Miliary Findings) | | Pleural thickening, diaphragmatic tenting, blunting costophrenic angle, solitary calcified nodule or granuloma or minor musculoskeletal or cardiac finding |

Remarks

**3. Sputum Smears**

- [ ] No, Applicant has No Signs or Symptoms of TB and :
  - [ ] X-Ray Suggests INACTIVE TB, this is a Class B2/TB
  - [ ] OTHER X-Ray Findings Suggest Follow-Up Needed after Arrival, this is B Other
  - [ ] OTHER X-Ray Findings Suggest No Follow-Up Needed, this is No Class
  - [ ] X-Ray Normal, this is No Class

- [ ] Yes, Applicant has (Mark All that Apply) :

and Smear Results are:

| | Positive | Negative | Dates Obtained (mm-dd-yyyy) |
|---|---|---|---|
| [ ] Signs or Symptoms of TB Present, See Section 1 | [ ] | [ ] | |
| [ ] X-Ray Suggests ACTIVE TB, See Section 2 | [ ] | [ ] | |
| | [ ] | [ ] | |

Sputum Smear Results and X-Ray
At least One Smear Result POSITIVE and

- [ ] Any Chest X-Ray Finding, this is Class
  (Normal or Abnormal findings)

Three Smear Results NEGATIVE and
- [ ] X-Ray Normal with
  - [ ] Signs of Symptoms Resolved, this is       No Class
  - [ ] Signs or Symptoms Suggest Follow-Up Needed after Arrival, this is B Other
- [ ] X-Ray Suggests ACTIVE or INACTIVE TB, this is Class B1/TB
- [ ] OTHER X-Ray Findings Suggest Follow-Up Needed After Arrival, this is Class B

**4.** [x] No Class   [ ] Class A/TB   [ ] Class B1/TB   [ ] Class B2/TB   [ ] Class B Other, Follow-Up

**5. Follow-Up Needed After** [ ] No [ ] Yes   If Yes, for [ ] Not TB Condition [ ] TB Condition
(If yes, specify condition below and on DS-2053; include additional tests, and therapy used with start and stop dates and any changes.)

Remarks

DS-3024
05-2008

## PAPERWORK REDUCTION ACT AND PRIVACY ACT NOTICES

Public reporting burden for this collection of information is estimated to average 10 minutes per response, including time required for searching existing data sources, gathering the necessary data, providing the information required, and reviewing the final collection. Persons are not required to provide this information in the absence of a valid OMB approval number. Send comments on the accuracy of this estimate of the burden and recommendations for reducing it to: the U.S. Department of State (A/ISS/DIR) Washington, DC 20520.

AUTHORITIES   The information is sought pursuant to Sections 212(a), 221(d), 101, and 412(b)(4) and (5) of the Immigration and Nationality Act.

PURPOSE   The primary purpose for soliciting medical information is to determine whether an applicant is eligible to obtain a visa and alien registration. This form is designed to record the result of the medical examination required by INA 221(d), which determines whether an applicant has a medical condition that renders the applicant ineligible under INA Section 212(a).

ROUTINE USES   The information solicited on this form may be made available to the U.S. Department of Homeland Security for disclosure to the Centers for Disease Control and Prevention and to the U.S. Public Health Service. The information provided also may be released to federal agencies for law enforcement, counter-terrorism and homeland security purposes; to Congress and courts within their sphere of jurisdiction; and to other federal agencies for certain personnel and records management matters.
Although furnishing this information is voluntary, failure to provide this information may delay or prevent the processing of your case.

DS-3024

U.S. Department of State

# VACCINATION DOCUMENTATION WORKSHEET

For Use with DS-2053          To Be Completed by Panel Physician Only

OMB No. 1405-0113
EXPIRATION DATE: 03/31/2011
ESTIMATED BURDEN: 30 minutes
(See Page 2 of 2)

Name (Last, First, MI.) **AMALIJA KNAUS**

Exam Date (mm-dd-yyyy) **1.21.2010**

Birth Date (mm-dd-yyyy) **07.08.1945**

Passport Number **P006P1242**

Alien (Case) Number

REQUIRED FOR U.S. IMMIGRANT VISA APPLICANTS

NOT REQUIRED FOR REFUGEE APPLICANTS

NOTE FOR PANEL PHYSICIANS:
For refugee applicants, please complete only if reliable vaccination documents are available.

## 1. Immunization Record

| Vaccine | Vaccine History Transferred From a Written Record (List Chronologically from Left to Right) | | | | Vaccine Given by Panel Physician (mm-dd-yyyy) | Completed Series (√ if Completed, Write "VH" if Varicella History, or write Date of Lab Test if Immune) | Blanket Waiver(s) To Be Requested If Vaccination Not Medically Appropriate, Check Suitable Box(es) Below | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date Received (mm-dd-yyyy) | Date Received (mm-dd-yyyy) | Date Received (mm-dd-yyyy) | Date Received (mm-dd-yyyy) | | | Not Age Appropriate | Insufficient Time Interval | Contra-Indicated | Not Routinely Available | Not Fall (Flu) Season |
| Specify (check) vaccine: ☐ DT ☐ DTP ☐ DTaP | | | | | | | | | | | |
| Specify (check) vaccine: ☐ Td ☐ Tdap | | | | | | | | | | | |
| Specify (check) vaccine: ☐ Polio -OPV ☐ IPV | | | | | | | | | | | |
| Specify (check) vaccine: ☐ MMR (Measles-Mumps-Rubella) ☐ Rubella | | | | | | | | | | | |
| Specify (check) vaccine: ☐ Measles ☐ Measles - Rubella | | | | | | | | | | | |
| Specify (check) vaccine: ☐ Mumps ☐ Mumps - Rubella | | | | | | | | | | | |
| Rotavirus | | | | | | | | | | | |
| Hib | | | | | | | | | | | |
| Hepatitis A | | | | | | | | | | | |
| Hepatitis B | | | | | | | | | | | |
| Meningococcal | | | | | | | | | | | |
| Human papillomavirus | | | | | | | | | | | |
| Varicella | HAS HAD IT | | | | | | | | | | |
| Zoster | | | | | | | | | | | |
| Pneumococcal | | | | | | | | | | | |
| Influenza | | | | | | | | | | | |

## 2. Results

☐ Vaccine History Incomplete
  ☐ Applicant may be eligible for blanket waiver(s) because vaccination(s) not medically appropriate (as Indicated Above).
  ☐ Applicant will request an individual waiver based on religious or moral convictions.
☒ Vaccine history complete for each vaccine, all requirements met (Documented Above).
☐ Applicant does not meet vaccination requirements for one or more vaccines and no waiver is requested.

3. Panel Physician (Name)

Panel Physician (Signature)

Date (mm-dd-yyyy) **07.21.2010**

## PAPERWORK REDUCTION ACT AND PRIVACY ACT NOTICES

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including time required for searching existing data sources, gathering the necessary data, providing the information required, and reviewing the final collection. Persons are not required to provide this information in the absence of a valid OMB approval number. Send comments on the accuracy of this estimate of burden and recommendations for reducing it to: Department of State (A/ISS/DIR) Washington, DC 20520-1849.

We ask for information on this form, in the case of applicants for immigrant visas, to determine medical eligibility under INA Section 212 (a) and 221 (d), and as required by INA Section 212(g)(2). If an immigrant visa is issued, you will convey this form to the INS for disclosure to the Center for Disease Control and the US Public Health Service. Failure to provide this information may delay or prevent the processing of your case. If an immigrant visa is not issued, this form will be treated as confidential under INA Section 222(f).

Page 2 of 2

DS-3025

S. Department of State
**MEDICAL HISTORY AND PHYSICAL EXAMINATION WORKSHEET**
For use with DS-2053

OMB No. 1405-0113
EXPIRATION DATE: 03/31/2011
ESTIMATED BURDEN: 35 minutes
(See Page 2 - Back of Form)

Name (Last, First, MI)  KNAVS  AMALIJA

Exam Date (mm-dd-yyyy)

Birth Date (mm-dd-yyyy)  07.09  1945     Passport Number  PUO 681242

Alien (Case) Number

## 1. Past Medical History (indicate conditions requiring medication or other treatment after resettlement and give details in Remarks)

NOTE:   The following history has been reported, has not been verified by a physician, and should not be deemed medically definitive.

No Yes

**General**

- [X] [ ] Illness or injury requiring hospitalization (including psychiatric)

**Cardiology**

- [X] [ ] Angina pectoris
- [X] [ ] Hypertension (high blood pressure)
- [X] [ ] Cardiac arrhythmia
- [X] [ ] Congenital heart disease

**Pulmonology**

- [X] [ ] History of tobacco use
  - Current use  [ ] Yes  [ ] No
- [X] [ ] Asthma
- [X] [ ] Chronic obstructive pulmonary disease (emphysema)
- [X] [ ] History of tuberculosis (TB) disease
  - Treated  [ ] Yes  [ ] No
  - Current TB symptoms  [ ] Yes  [ ] No

**Neurology and Psychiatry**

- [X] [ ] History of stroke, with current impairment
- [X] [ ] Seizure disorder
- [X] [ ] Major impairment in learning, intelligence, self care, memory, or communication
- [X] [ ] Major mental disorder (including major depression, bipolar disorder, schizophrenia, mental retardation)
- [X] [ ] Use of drugs other than those required for medical reasons
- [X] [ ] Addiction or abuse of specific* substance (drug)
  *amphetamines, cannabis, cocaine, hallucinogens, inhalants, opioics, phencyclidines, sedative-hypnotics, and anxiolytics
- [X] [ ] Other substance-related disorders (including alcohol addiction or abuse)
- [X] [ ] Ever taken action to end your life

No Yes

- [ ] [ ] Ever caused SERIOUS injury to others, caused MAJOR property damage or had trouble with the law because of medical condition, mental disorder, or influence of alcohol or drugs

**Obstetrics and Sexually Transmitted Diseases**

- [ ] [ ] Pregnancy      Fundal height _____ cm
  Last menstrual period Date (mm-dd-yyyy) _____
- [ ] [ ] Sexually transmitted diseases, specify _____

**Endocrinology and Hematology**

- [ ] [ ] Diabetes mellitus
- [ ] [ ] Thyroid disease
- [ ] [ ] History of malaria

**Other**

- [ ] [ ] Malignancy, specify _____
- [ ] [ ] Chronic renal disease
- [ ] [ ] Chronic hepatitis or other chronic liver disease
- [ ] [ ] Hansen's Disease
  - [ ] Tuberculoid  [ ] Borderline  [ ] Lepromatous
  - OR [ ] Paucibacillary  [ ] Multibacillary
  - Treated  [ ] Yes  [ ] No
- [ ] [ ] Visible disabilities (including loss of arms or legs), specify _____
- [ ] [ ] Other requiring treatment, specify _____

## 2. Physical Examination (indicate findings and give details in Remarks)

- [X] No  [ ] Yes   Applicant appears to be providing unreliable or false information, specify

Height 167 cm   Weight 62 kg   Visual Acuity at 20 feet: Uncorrected L 20/ _____  R 20/ _____

BP 130/80 (mmHg)   Heart rate 72 /min   Respiratory rate 15 /min   Corrected L 20/ ✓  R 20/ ✓

*N, normal;   A, abnormal;  ND, not done

| N* | A* | ND* | | N* | A* | ND* | |
|----|----|----|---|----|----|----|---|
| X | | | General appearance and nutritional status | X | | | Inguinal region (including adenopathy) |
| X | | | Hearing and ears | X | | | Extremities (including pulses, edema) |
| X | | | Eyes | X | | | Musculoskeletal system (including gait) |
| X | | | Nose, mouth, and throat (include dental) | X | | | Skin (including hypopigmentation, anesthesia, findings consistent with self-inflicted injury or injections) |
| X | | | Heart (S1, S2, murmur, rub) | X | | | Lymph nodes |
| X | | | Breast | X | | | Nervous system (including nerve enlargement) |
| X | | | Lungs | X | | | Mental status (including mood, intelligence, perception, thought processes, and behavior during examination) |
| X | | | Abdomen (including liver, spleen) | | | | |
| | | | Genitalia (including circumcision, infection(s)) | | | | |

DS-3026
05-2008

Page 1 of 2

**3. Additional Testing Needed Prior to Applying Medical Clearance**

No Yes

☐ ☐ Physical examination or laboratory results contradict medical history

☐ ☐ Referral prior to departure  If yes, provide results _____

_____

☐ ☐ Referral prior to departure  If yes, provide results _____

_____

_____

**4. Follow-up Needed After Arrival**

☐ No          ☐ Yes, within 1 week          ☐ Yes, within 1 month          ☐ Yes, within 6 months

☐ For continuing medication, list type, dose, and frequency _____

_____

☐ For continuing other treatment, specify _____

_____

**5. Remarks** *(describe any abnormal history, abnormal findings, and resulting interventions)*

_____
_____
_____
_____
_____
_____
_____
_____
_____

## PAPERWORK REDUCTION ACT AND PRIVACY ACT NOTICES

Public reporting burden for this collection of information is estimated to average 35 minutes per response, including time required for searching existing data sources, gathering the necessary data, providing the information required, and reviewing the final collection. Persons are not required to provide this information in the absence of a valid OMB approval number.  Send comments on the accuracy of this estimate of the burden and recommendations for reducing it to: the U.S. Department of State (A/ISS/DIR) Washington, DC 20520.

AUTHORITIES  The information is sought pursuant to Sections 212(a), 221(d), 101, and 412(b)(4) and (5) of the Immigration and Nationality Act.

PURPOSE  The primary purpose for soliciting medical information is to determine whether an applicant is eligible to obtain a visa and alien registration. This form is designed to record the result of the medical examination required by INA 221(d), which determines whether an applicant has a medical condition that renders the applicant ineligible under INA Section 212(a).

ROUTINE USES  The information solicited on this form may be made available to the U.S. Department of Homeland Security for disclosure to the Centers for Disease Control and Prevention and to the U.S. Public Health Service. The information provided also may be released to federal agencies for law enforcement, counter-terrorism and homeland security purposes; to Congress and courts within their sphere of jurisdiction; and to other federal agencies for certain personnel and records management matters.
Although furnishing this information is voluntary, failure to provide this information may delay or prevent the processing of your case.

**Splošna medicina Jurij Pesjak** d.o.

Kvedrova cesta 31
8290 Sevnica

**SPLOŠNA AMBULANTA 6**

Tel.:          **07 81 61 537**

Datum obiska: **18.01.2010**

Zaposlen:     **ZPIZ - OE CELJE UPOKOJENCI**

Del. mesto:

Datum roj.:   **09.07.1945**

Št. napotnice:

Pacient:      **KNAVS AMALIJA**

Naslov:       **RIBNIKI 21**

              **8290  Sevnica**

### Sporočilo za varovanca

Zgoraj imenovana zavarovanka je v otroštvu opravila vsa obvezna cepljenja.

Lep pozdrav,

Datum : 18.01.2010

PESJAK DR.JURIJ ml.



# INTERNISTIČNA AMBULANTA

## IZVID

IME IN PRIIMEK: ___AMALIJA KNAVS___ ROJEN: ___09.07.1945___

ZAPOSLEN: ___ZPIZ - OE CELJE UPOKOJENCI___

NASLOV: ___RIBNIKI 21, 8290 Sevnica___

ANAMNEZA: *Bih hian.*

SPL. STATUS:

STATUS PULMO: *Normalno dihanje.*

STATUS COR:

OSTALI STATUS:

RTG PULMO, COR: *Normalna pj. rebra. Srce normalne oblike.*

EKG:

CIKLOERGOMETRIJA:

SPIROMETRIJA:

METAHOLINSKI TEST:

DG: *Ni znakov za pj. bolezen !*

TH:-MNENJE

Pečat:

Podpis zdr.: ___

Sevnica: ___20.01.2010___





U. S. Department of State
OMB No. 1405-0113
EXPIRATION DATE: 03/31/2011
ESTIMATED BURDEN: 10 minutes
(See Page 2 - Back of Form)

# MEDICAL EXAMINATION FOR
# IMMIGRANT OR REFUGEE APPLICANT

Name *(Last, First, MI.)* KNAVS  AMALIA

Birth Date *(mm-dd-yyyy)* 27-04-1945  Sex: ☐ M  ☒ F

Birthplace *(City/Country)* JUDENDORF/AUSTRIA

Present Country of Residence SLOVENIA  Prior Country _____

U.S. Consul *(City/Country)* _____ / _____

Passport Number P00681242  Alien *(Case)* Number _____

Date *(mm-dd-yyyy)* of Medical Exam _____  Date *(mm-dd-yyyy)* of Prior Exam, if any _____

Date Exam Expires *(6 months from examination date, if Class A or TB condition exists, otherwise 12 months) (mm-dd-yyyy)* _____

Exam Place *(City/Country)* BARSOS-MC, LJUBLJANA  Panel Physician CVETKA DRAGOS JANCAR

Radiology Services Public H.CENTER, SEVNICA  Screening Site *(name)* _____

Lab *(name for HIV/syphilis/TB)* INST. OF TRANSFUS., LJUBLJANA, SLOVENIA

## (1) Classification *(check all boxes that apply):*

☒ **No apparent defect, disease, or disability** *(see Worksheets DS-3024, DS-3025 and DS-3026)*

☐ **Class A Conditions** *(From Past Medical History and Physical Examination Worksheets)*

☐ TB, active, infectious *(Class A, from Chest X-Ray Worksheet)*
☐ Syphilis, untreated
☐ Chancroid, untreated
☐ Gonorrhea, untreated
☐ Granuloma inguinale, untreated
☐ Lymphogranuloma venereum, untreated

☐ Human immunodeficiency virus (HIV)
☐ Hansen's disease, lepromatous or multibacillary
☐ Addiction or abuse of specific* substance without harmful behavior
☐ Any physical or mental disorder (including other substance-related disorder) with harmful behavior or history of such behavior likely to recur

*amphetamines, cannabis, cocaine, hallucinogens, inhalants, opioids, phencyclidines, sedative-hypnotics, and anxiolytics

☐ **Class B Conditions** *(From Past Medical History and Physical Examination Worksheets)*

☐ TB, active, noninfectious *(Class B1, from Chest X-Ray Worksheet)*
  Treatment: ☐ None ☐ Partial ☐ Completed
☐ TB, inactive *(Class B2, from Chest X-Ray Worksheet)*
  Treatment: ☐ None ☐ Partial ☐ Completed
  See Section 4 on page 2 for TB treatment details
☐ Syphilis *(with residual deficit)*, treated within the last year
☐ Other sexually transmitted infections, treated within last year
☐ Current pregnancy, number of weeks pregnant _____
☐ Other *(specify or give details on checked conditions from worksheets)*

☐ Hansen's disease, prior treatment
☐ Hansen's disease, tuberculoid, borderline, or paucibacillary
☐ Sustained, full remission of addiction or abuse of specific* substances
☐ Any physical or mental disorder (excluding addiction or abuse of specific* substance but including other substance-related disorder) without harmful behavior or history of such behavior unlikely to recur

*amphetamines, cannabis, cocaine, hallucinogens, inhalants, opioids, phencyclidines, sedative-hypnotics, and anxiolytics

## (2) Laboratory Findings *(check all boxes that apply):*

### Syphilis:   ☐ Not done

| | Test name | Date(s) run *(mm-dd-yyyy)* | Negative | Positive | Titer 1 | Notes |
|---|---|---|---|---|---|---|
| Screening | EIA | 01.14.2010 | ☒ | ☐ | | |
| Confirmatory | | | | | | |

| Treated | If treated, therapy: | | | Date(s) treatment given *(3 doses for penicillin)* |
|---|---|---|---|---|
| ☐ Yes | ☐ Benzathine penicillin, 2.4 MU IM | | | |
| ☐ No | ☐ Other *(therapy, dose)*:E | | | |

### HIV:   ☐ Not done

| | Test name | Date(s) run *(mm-dd-yyyy)* | Negative | Positive | Indeterminate | Notes |
|---|---|---|---|---|---|---|
| Screening | EIA ANTI-HIV 1/2 | 01.14.2010 | ☒ | ☐ | ☐ | |
| Secondary | HIV 24 Ag | | | ☐ | ☐ | |
| Confirmatory | | | | ☐ | ☐ | |

DS-2053
05-2008   *(Formerly OF-157)*

(3) Immunizations *(See Vac___ion Form, check all boxes that apply)* N___quired for refugee applicants.

- [x] Vaccine history complete
- [ ] Incomplete vaccine history, no waiver requested
- [ ] Vaccine history incomplete, requesting waiver *(indicate type below)*
  - [ ] Blanket waiver
  - [ ] Individual waiver

I certify that I understand the purpose of the medical examination and I authorize the required tests to be completed.

| *Amalija Kraus* | | *01·21·2010* |
|---|---|---|
| Applicant Signature | Panel Physician Signature | Date *(mm-dd-yyyy)* |

**(4) Tuberculosis Treatment Regimen**

(Fill out if applicant has taken in the past, or is now taking TB medication.  If drug doses or dates not known or not available, mark "unknown".)

- [ ] Check if therapy currently prescribed *(If current, don't mark "End Date")*

| Medication | Dose/Interval *(i.e., mg/day)* | Start Date *(mm-dd-yyyy)* | End Date *(mm-dd-yyyy)* |
|---|---|---|---|
| [ ] Isonaizid (INH) | _____ | _____ | _____ |
| [ ] Rifampin | _____ | _____ | _____ |
| [ ] Pyrazinamide | _____ | _____ | _____ |
| [ ] Ethambutol | _____ | _____ | _____ |
| [ ] Streptomycin | _____ | _____ | _____ |
| [ ] Other, specify | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Applicant's weight (kg) _____

Remarks _____
_____
_____
_____

## PAPERWORK REDUCTION ACT AND PRIVACY ACT NOTICES

Public reporting burden for this collection of information is estimated to average 10 minutes per response, including time required for searching existing data sources, gathering the necessary data, providing the information required, and reviewing the final collection.  Persons are not required to provide this information in the absence of a valid OMB approval number.  Send comments on the accuracy of this estimate of the burden and recommendations for reducing it to: U.S. Department of State (A/RPS/DIR) Washington, DC 20520.

We ask for information on this form, in the case of applicants for immigrant visas, to determine medical eligibility under INA Sections 212(a) and 221(d), and, in the case of refugees, as required under INA Section 412(b)(4) and (5).  If an immigrant visa is issued or refugee status granted, you will convey this form to U.S. Department of Homeland Security (DHS) for disclosure to the Centers for Disease Control and Prevention and to the U.S. Public Health Service.  Failure to provide this information may delay or prevent the processing of your case. If an immigrant visa is not issued or refugee status is not granted, this form will be treated as confidential under INA Section 222(f).

DS-2053

U.S. Department of State

# CHEST X-RAY AND CLASSIFICATION WORKSHEET

For Use with DS-2053          Complete Sections 1 through 5, As Applicable

OMB No. 1405-0113
EXPIRATION DATE: 03-31-2011
ESTIMATED BURDEN: 10 MINUTES
(See Page 2 - Back of Form)

| Name *(Last, First, MI.)* | Age |
|---|---|
| KRAVS AMALIJA | 65 |

| Birth Date *(mm-dd-yyyy)* | Passport Number | Alien (Case) Number |
|---|---|---|
| 03-04-1945 | P0069-1242 | |

**1. Chest X-Ray** *(Mark All that Apply)*

- [ ] History of Tuberculosis *(TB)* Disease
- [ ] Contact with Person with TB
- [ ] TB Signs or Symptoms
- [x] Adult *(With or Without Any of the Other)*

*(If child does not have any of the above, stop here.)*

**2. Chest X-Ray Findings**

- [x] Normal Findings
- [ ] Abnormal Findings     *(Indicate findings and interpretation, by checking all that apply, and any other in the table below.)*

Date Chest X-Ray Taken *(mm-dd-yyyy)* 01-20-2010

| [ ] Can Suggest ACTIVE TB *(Need Smears)* | [ ] Can Suggest INACTIVE TB *(Need Smears if Symptomatic)* | [ ] OTHER X-Ray Findings |
|---|---|---|
| [ ] Infiltrate or Consolidation | [ ] Discrete Fibrotic Scar or Linear Opacity | [ ] Follow-Up Needed |
| [ ] Any Cavitary Lesion | [ ] Discrete Nodule(s) without Calcification |   [ ] Musculoskeletal |
| [ ] Nodule with Poorly Defined Margins *(Such as Tuberculoma)* | [ ] Discrete Fibrotic Scar with Volume Loss or Retraction |   [ ] Cardiac |
| [ ] Pleural Effusion | [ ] Discrete Nodule(s) with Volume Loss or Retraction |   [ ] Pulmonary |
| [ ] Hilar/Mediastinal Adenopathy | [ ] Other *(Such as Bronchiectasis)* |   [ ] Other |
| [ ] Linear, Interstitial Markings | | [ ] No Follow-Up Needed for |
| [ ] Other *(Such as Miliary Findings)* | | Pleural thickening, diaphragmatic tenting, blunting costophrenic angle, solitary calcified nodule or granuloma or minor musculoskeletal or cardiac finding |

Remarks

**3. Sputum Smears**

- [ ] No, Applicant has No Signs or Symptoms of TB and :
  - [ ] X-Ray Suggests INACTIVE TB, this is a Class B2/TB
  - [ ] OTHER X-Ray Findings Suggest Follow-Up Needed after Arrival, this is B Other
  - [ ] OTHER X-Ray Findings Suggest No Follow-Up Needed, this is No Class
  - [ ] X-Ray Normal, this is No Class

- [ ] Yes, Applicant has *(Mark All that Apply)*:

    and Smear Results are:

    Positive  Negative  Dates Obtained *(mm-dd-yyyy)*

- [ ] Signs or Symptoms of TB Present, See Section 1    [ ]   [ ]
- [ ] X-Ray Suggests ACTIVE TB, See Section 2    [ ]   [ ]
                         [ ]   [ ]

Sputum Smear Results and X-Ray
At least One Smear Result POSITIVE and
- [ ] Any Chest X-Ray Finding, this is Class *(Normal or Abnormal findings)*

Three Smear Results NEGATIVE and
- [ ] X-Ray Normal with
  - [ ] Signs or Symptoms Resolved, this is    No Class
  - [ ] Signs or Symptoms Suggest Follow-Up Needed after Arrival, this is B Other
- [ ] X-Ray Suggests ACTIVE or INACTIVE TB, this is Class B1/TB
- [ ] OTHER X-Ray Findings Suggest Follow-Up Needed After Arrival, this is Class B

**4.** [x] No Class    [ ] Class A/TB    [ ] Class B1/TB    [ ] Class B2/TB    [ ] Class B Other, Follow-Up

**5.** Follow-Up Needed After   [ ] No   [ ] Yes    If Yes, for   [ ] Not TB Condition   [ ] TB Condition

Remarks   *(If yes, specify condition below and on DS-2053; include additional tests, and therapy used with start and stop dates and any changes.)*

DS-3024
05-2008

## PAPERWORK REDUCTION ACT  AND PRIVACY ACT NOTICES

Public reporting burden for this collection of information is estimated to average 10 minutes per response, including time required for searching existing data sources, gathering the necessary data, providing the information required, and reviewing the final collection. Persons are not required to provide this information in the absence of a valid OMB approval number.  Send comments on the accuracy of this estimate of the burden and recommendations for reducing it to: the U.S. Department of State (A/ISS/DIR) Washington, DC 20520.

AUTHORITIES  The information is sought pursuant to Sections 212(a), 221(d), 101, and 412(b)(4) and (5) of the Immigration and Nationality Act.

PURPOSE  The primary purpose for soliciting medical information is to determine whether an applicant is eligible to obtain a visa and alien registration. This form is designed to record the result of the medical examination required by INA 221(d), which determines whether an applicant has a medical condition that renders the applicant ineligible under INA Section 212(a).

ROUTINE USES  The information solicited on this form may be made available to the U.S. Department of Homeland Security for disclosure to the Centers for Disease Control and Prevention and to the U.S. Public Health Service. The information provided also may be released to federal agencies for law enforcement, counter-terrorism and homeland security purposes; to Congress and courts within their sphere of jurisdiction; and to other federal agencies for certain personnel and records management matters.

Although furnishing this information is voluntary, failure to provide this information may delay or prevent the processing of your case.



# VACCINATION DOCUMENTATION WORKSHEET

For Use with DS-2053          To Be Completed by Panel Physician Only

OMB No. 1405-0113
EXPIRATION DATE: 03/31/2011
ESTIMATED BURDEN: 30 minutes
(See Page 2 of 2)

Name (Last, First, MI.) AMALIJA KNAUS

Exam Date (mm-dd-yyyy) 1.27.2010

Birth Date (mm-dd-yyyy) 07.08.1945

Passport Number PO068124 2

Alien (Case) Number

**REQUIRED FOR U.S. IMMIGRANT VISA APPLICANTS**

**NOT REQUIRED FOR REFUGEE APPLICANTS**

**NOTE FOR PANEL PHYSICIANS:**
For refugee applicants, please complete only if reliable vaccination documents are available.

## 1. Immunization Record

| Vaccine | Vaccine History Transferred From a Written Record (List Chronologically from Left to Right) | | | | Vaccine Given by Panel Physician (mm-dd-yyyy) | Completed Series (✓ if Completed, Write "VH" if Varicella History, or write Date of Lab Test if Immune) | Blanket Waiver(s) To Be Requested If Vaccination Not Medically Appropriate, Check Suitable Box(es) Below | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date Received (mm-dd-yyyy) | Date Received (mm-dd-yyyy) | Date Received (mm-dd-yyyy) | Date Received (mm-dd-yyyy) | | | Not Age Appropriate | Insufficient Time Interval | Contra-indicated | Not Routinely Available | Not Fall (Flu) Season |
| Specify (check) vaccine: ☐ DT ☐ DTP ☐ DTaP | | | | | | | | | | | |
| Specify (check) vaccine: ☐ Td ☐ Tdap | | | | | | | | | | | |
| Specify (check) vaccine: ☐ Polio -OPV ☐ IPV | | | | | | | | | | | |
| Specify (check) vaccine: ☐ MMR (Measles-Mumps-Rubella) ☐ Rubella | | | | | | | | | | | |
| Specify (check) vaccine: ☐ Measles ☐ Measles - Rubella | | | | | | | | | | | |
| Specify (check) vaccine: ☐ Mumps ☐ Mumps - Rubella | | | | | | | | | | | |
| Rotavirus | | | | | | | | | | | |
| Hib | | | | | | | | | | | |
| Hepatitis A | | | | | | | | | | | |
| Hepatitis B | | | | | | | | | | | |
| Meningococcal | | | | | | | | | | | |
| Human papillomavirus | | | | | | | | | | | |
| Varicella | HAS HAD IT | | | | | | | | | | |
| Zoster | | | | | | | | | | | |
| Pneumococcal | | | | | | | | | | | |
| Influenza | | | | | | | | | | | |

## 2. Results

☐ Vaccine History Incomplete
　☐ Applicant may be eligible for blanket waiver(s) because vaccination(s) not medically appropriate (as indicated Above).
　☐ Applicant will request an individual waiver based on religious or moral convictions.
☒ Vaccine history complete for each vaccine, all requirements met (Documented Above).
☐ Applicant does not meet vaccination requirements for one or more vaccines and no waiver is requested.

3. Panel Physician (Name) ERIKA DRAGO JANCA

Panel Physician (Signature)

Date (mm-dd-yyyy) 07.27.2010

DS-3025
03-2008

Give Copy to Applicant

Page 1 of 2

## PAPERWORK REDUCTION ACT AND PRIVACY ACT NOTICES

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including time required for searching existing data sources, gathering the necessary data, providing the information required, and reviewing the final collection. Persons are not required to provide this information in the absence of a valid OMB approval number.  Send comments on the accuracy of this estimate of burden and recommendations for reducing it to: Department of State (A/ISS/DIR)  Washington, DC 20520-1849.

We ask for information on this form, in the case of applicants for immigrant visas, to determine medical eligibility under INA Section 212 (a) and 221 (d), and as required by INA Section 212(g)(2).  If an immigrant visa is issued, you will convey this form to the INS for disclosure to the Center for Disease Control and the US Public Health Service. Failure to provide this information may delay or prevent the processing of your case. If an immigrant visa is not issued, this form will be treated as confidential under INA Section 222(f).

Department of State

**MEDICAL HISTORY A** **PHYSICAL EXAMINATION WO** **HEET**

For use with DS-2053

OMB No. 1405-0113
EXPIRATION DATE: 03/31/2011
ESTIMATED BURDEN: 35 minutes
(See Page 2 - Back of Form)

Name *(Last, First, MI)*  KNAVS  AMALIJA

Exam Date *(mm-dd-yyyy)*

Birth Date *(mm-dd-yyyy)*  07 04 1945

Passport Number  PUG 681242

Alien *(Case)* Number

**1. Past Medical History** *(indicate conditions requiring medication or other treatment after resettlement and give details in Remarks)*

NOTE:    The following history has been reported, has not been verified by a physician, and should not be deemed medically definitive.

| No | Yes | |
|----|-----|--|
| **General** | | |
| ☒ | ☐ | Illness or injury requiring hospitalization *(including psychiatric)* |
| **Cardiology** | | |
| ☒ | ☐ | Angina pectoris |
| ☒ | ☐ | Hypertension *(high blood pressure)* |
| ☒ | ☐ | Cardiac arrhythmia |
| ☒ | ☐ | Congenital heart disease |
| **Pulmonology** | | |
| ☒ | ☐ | History of tobacco use |
| | | Current use   ☐ Yes   ☐ No |
| ☒ | ☐ | Asthma |
| ☒ | ☐ | Chronic obstructive pulmonary disease *(emphysema)* |
| ☒ | ☐ | History of tuberculosis (TB) disease |
| | | Treated   ☐ Yes   ☐ No |
| | | Current TB symptoms   ☐ Yes   ☐ No |
| **Neurology and Psychiatry** | | |
| ☒ | ☐ | History of stroke, with current impairment |
| ☒ | ☐ | Seizure disorder |
| ☒ | ☐ | Major impairment in learning, intelligence, self care, memory, or communication |
| ☒ | ☐ | Major mental disorder *(including major depression, bipolar disorder, schizophrenia, mental retardation)* |
| ☒ | ☐ | Use of drugs other than those required for medical reasons |
| ☒ | ☐ | Addiction or abuse of specific* substance *(drug)* |
| | | *amphetamines, cannabis, cocaine, hallucinogens, inhalants, opioids, phencyclidines, sedative-hypnotics, and anxiolytics |
| ☒ | ☐ | Other substance-related disorders *(including alcohol addiction or abuse)* |
| ☒ | ☐ | Ever taken action to end your life |

| No | Yes | |
|----|-----|--|
| ☐ | ☐ | Ever caused SERIOUS injury to others, caused MAJOR property damage or had trouble with the law because of medical condition, mental disorder, or influence of alcohol or drugs |
| **Obstetrics and Sexually Transmitted Diseases** | | |
| ☐ | ☐ | Pregnancy   Fundal height _____ cm |
| | | Last menstrual period Date *(mm-dd-yyyy)* _____ |
| ☐ | ☐ | Sexually transmitted diseases, specify _____ |
| **Endocrinology and Hematology** | | |
| ☐ | ☐ | Diabetes mellitus |
| ☐ | ☐ | Thyroid disease |
| ☐ | ☐ | History of malaria |
| **Other** | | |
| ☐ | ☐ | Malignancy, specify _____ |
| ☐ | ☐ | Chronic renal disease |
| ☐ | ☐ | Chronic hepatitis or other chronic liver disease |
| ☐ | ☐ | Hansen's Disease |
| | | ☐ Tuberculoid   ☐ Borderline   ☐ Lepromatous |
| | | OR  ☐ Paucibacillary   ☐ Multibacillary |
| | | Treated   ☐ Yes   ☐ No |
| ☐ | ☐ | Visible disabilities *(including loss of arms or legs)*, specify _____ |
| ☐ | ☐ | Other requiring treatment, specify _____ |

**2. Physical Examination** *(indicate findings and give details in Remarks)*

☒ No   ☐ Yes   Applicant appears to be providing unreliable or false information, specify

Height  107  cm   Weight  62  kg   Visual Acuity at 20 feet:  Uncorrected L 20/ _____   R 20/ _____

BP 130/80 *(mmHg)*   Heart rate  72  /min   Respiratory rate  15  /min   Corrected L 20/ ✓   R 20/ ✓

*N, normal;   A, abnormal;   ND, not done*

| N* | A* | ND* | | N* | A* | ND* | |
|----|----|-----|--|----|----|-----|--|
| ☒ | ☐ | ☐ | General appearance and nutritional status | ☒ | ☐ | ☐ | Inguinal region *(including adenopathy)* |
| ☒ | ☐ | ☐ | Hearing and ears | ☒ | ☐ | ☐ | Extremities *(including pulses, edema)* |
| ☒ | ☐ | ☐ | Eyes | ☒ | ☐ | ☐ | Musculoskeletal system *(including gait)* |
| ☒ | ☐ | ☐ | Nose, mouth, and throat *(include dental)* | ☒ | ☐ | ☐ | Skin *(including hypopigmentation, anesthesia, findings consistent with self-inflicted injury or injections)* |
| ☒ | ☐ | ☐ | Heart *(S1, S2, murmur, rub)* | | | | |
| ☒ | ☐ | ☐ | Breast | ☒ | ☐ | ☐ | Lymph nodes |
| ☒ | ☐ | ☐ | Lungs | ☒ | ☐ | ☐ | Nervous system *(including nerve enlargement)* |
| ☒ | ☐ | ☐ | Abdomen *(including liver, spleen)* | ☒ | ☐ | ☐ | Mental status *(including mood, intelligence, perception thought processes, and behavior during examination)* |
| ☐ | ☐ | ☐ | Genitalia *(including circumcision, infection(s))* | | | | |

DS-3026
05-2008

Page 1 of 2

3. Additional Testing Needed Prior to Appr    f Medical Clearance

No  Yes

☐  ☐   Physical examination or laboratory results contradict medical history

☐  ☐   Referral prior to departure  If yes, provide results

_____

_____

_____

☐  ☐   Referral prior to departure  If yes, provide results

_____

_____

_____

4. Follow-up Needed After Arrival

☐  No          ☐  Yes, within 1 week        ☐  Yes, within 1 month        ☐  Yes, within 6 months

☐  For continuing medication, list type, dose, and frequency

_____

_____

☐  For continuing other treatment, specify

_____

_____

5. Remarks *(describe any abnormal history, abnormal findings, and resulting interventions)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## PAPERWORK REDUCTION ACT AND PRIVACY ACT NOTICES

Public reporting burden for this collection of information is estimated to average 35 minutes per response, including time required for searching existing data sources, gathering the necessary data, providing the information required, and reviewing the final collection. Persons are not required to provide this information in the absence of a valid OMB approval number.  Send comments on the accuracy of this estimate of the burden and recommendations for reducing it to: the U.S. Department of State (A/ISS/DIR) Washington, DC 20520.

<u>AUTHORITIES</u>  The information is sought pursuant to Sections 212(a), 221(d), 101, and 412(b)(4) and (5) of the Immigration and Nationality Act.

<u>PURPOSE</u>  The primary purpose for soliciting medical information is to determine whether an applicant is eligible to obtain a visa and alien registration. This form is designed to record the result of the medical examination required by INA 221(d), which determines whether an applicant has a medical condition that renders the applicant ineligible under INA Section 212(a).

<u>ROUTINE USES</u>  The information solicited on this form may be made available to the U.S. Department of Homeland Security for disclosure to the Centers for Disease Control and Prevention and to the U.S. Public Health Service. The information provided also may be released to federal agencies for law enforcement, counter-terrorism and homeland security purposes; to Congress and courts within their sphere of jurisdiction; and to other federal agencies for certain personnel and records management matters.
Although furnishing this information is voluntary, failure to provide this information may delay or prevent the processing of your case.

DS-3026

Page 2 of



# INTERNISTIČNA AMBULANTA

## IZVID

IME IN PRIIMEK: _AMALIJA KNAVS_ ROJEN: _09.07.1945_

ZAPOSLEN: _ZPIZ - OE CELJE UPOKOJENCI_

NASLOV: _RIBNIKI 21, 8290 Sevnica_

ANAMNEZA: _Brz tran_

SPL. STATUS:

STATUS PULMO: _Normalno dihanje._

STATUS COR:

OSTALI STATUS: _Normalna pj. rebra. Srce_

RTG PULMO, COR: _normalne oblike._

EKG:

CIKLOERGOMETRIJA:

SPIROMETRIJA:

METAHOLINSKI TEST:

DG: _Ni znakov za pj. bolezen !_

TH:-MNENJE

Pečat:                          Hotinjek Marta dr. med.
                                 specialist internist

Sevnica: _20.01.2010_ __ Podpis zdr.: _____

KRANJC AMALIJA

DIPLOMA IZ SPECIALISTIČNE MEDICINE
ELEKTROTERAPIJE

1000  LJUBLJANA

**Splošna medicina Jurij Pesjak d.o.o.**

Kvedrova cesta 31
8290 Sevnica

**SPLOŠNA AMBULANTA 6**

Tel.:          **07 81 61 537**

Datum obiska: **18.01.2010**

Št. napotnice:

Zaposlen:    **ZPIZ - OE CELJE UPOKOJENCI**

Del. mesto:

Datum roj.:   **09.07.1945**

Pacient:     **KNAVS AMALIJA**

Naslov:      **RIBNIKI 21**

            **8290  Sevnica**

## Sporočilo za varovanca

Zgoraj imenovana zavarovanka je v otroštvu opravila vsa obvezna cepljenja.

Lep pozdrav,

Datum : 18.01.2010                           PESJAK DR.JURIJ ml.