UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, et. al,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY<br><br>    Defendant. | Civil Action No. 23-1198 (CJN) |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO OPPOSE PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT**

Defendant the Department of Homeland Security respectfully moves the Court for an order enlarging the time to oppose Plaintiff's motion for relief from judgment (ECF No. 50) by fourteen days. The current deadline is November 5, 2024, but Defendant seeks until November 19, 2024. Plaintiffs, through counsel, consent to the relief sought in this motion. As demonstrated below, good cause supports granting this extension.

    1.    On September 23, 2024, the Court entered an order granting summary judgment in Defendant's favor and denying Plaintiffs' cross motion for summary judgment. Mem. Op. (ECF No. 48). The following month, Plaintiffs filed a motion for relief from judgment pursuant to rule 59(e). See ECF No. 50.

    2.    Pursuant to Local Rule 7(b), Defendant's deadline to oppose this motion is November 5, 2024, but Defendant requires additional time to prepare an opposition.

    3.    The undersigned counsel is working to meet briefing deadlines in four different cases over the next three weeks. One of these deadlines is for an appellate filing.

    4.    Additionally, the undersigned counsel is moving residences and intends to take

some leave over the next week to complete the move.

5.   This is the first time Defendant has sought additional time to oppose Plaintiffs' motion for relief from judgment and granting this extension will cause Plaintiffs no prejudice.

Dated: October 31, 2024
       Washington, DC

                                         Respectfully submitted,

                                         MATTHEW M. GRAVES, D.C. Bar #481052
                                         United States Attorney

                                         BRIAN P. HUDAK
                                         Chief, Civil Division

                                         By: /s/ *John J. Bardo*
                                             JOHN J. BARDO
                                             D.C. Bar # 1655534
                                             Assistant United States Attorney
                                             601 D Street, NW
                                             Washington, DC 20530
                                             (202) 870-6770

                                         *Attorneys for the United States of America*