UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HERITAGE FOUNDATION, et. al,

     Plaintiffs,

     v.

DEPARTMENT OF HOMELAND
SECURITY

     Defendant.

Civil Action No. 23-1198 (CJN)

**[PROPOSED] ORDER**

     Upon consideration of Defendant's motion for extension of time to oppose Plaintiff's motion for relief from judgment, and the entire record herein, it is hereby

     ORDERED that Defendant's motion is GRANTED; and it is further

     ORDERED that Defendant shall file an opposition to Plaintiff's motion for relief from judgment no later than November 19, 2024.

     SO ORDERED.


_____                                                      _____
Date                                                                CARL J. NICHOLS
                                                                       United States District Judge