UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, et. al,<br><br>   Plaintiffs,<br><br>   v.<br><br>DEPARTMENT OF HOMELAND SECURITY<br><br>   Defendant. | Civil Action No. 23-1198 (CJN) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' motion for relief from judgment, and the entire record herein, it is hereby

ORDERED that Plaintiffs' motion is DENIED.

SO ORDERED:

_____                          _____
Date                                                                  CARL J. NICHOLS
                                                                              United States District Judge