# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION et. al, *Plaintiffs*, v. U.S. DEPARTMENT OF HOMELAND SECURITY *Defendant*. | Civil Action No. 23-cv-1198 (CJN) |

## PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR RELIEF FROM JUDGMENT

Plaintiffs The Heritage Foundation and Mike Howell respectfully move the Court for an order enlarging the time to file a reply in support of Plaintiffs' motion for relief from judgment (ECF No. 50) by fourteen days. The current deadline is November 26, 2024. Defendant, through counsel, consents to the relief sought in this motion. As demonstrated below, good cause supports granting this extension.

1. Plaintiffs filed their motion for relief from judgment on October 22, 2024. Defendant sought, and Plaintiffs consented, to a two week extension of time to file its opposition to Plaintiffs' motion on October 31, 2024. ECF No. 52. The Court granted Defendant's motion and the deadline was moved to November 19, 2024.

2. Pursuant to Local Rule 7(d), Plaintiffs' deadline to file a reply is November 26, 2024. Given the Thanksgiving holiday, Plaintiffs request additional time to file their reply.

3. Defendant consents to this motion and the extension will not prejudice Defendant.

Dated: November 22, 2024

Respectfully Submitted,

*/s/ Samuel Everett Dewey*
SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC

Telephone:  (703) 261-4194
Email:  samueledewey@sedchambers.com

DANIEL D. MAULER
(No. 977757)
The Heritage Foundation
Telephone:  (202) 617-6975
Email:  Dan.Mauler@heritage.org

ERIC NEAL CORNETT
(No. 1660201)
Law Office of Eric Neal Cornett
Telephone:  (606) 275-0978
Email:  neal@cornettlegal.com

ROMAN JANKOWSKI
(No. 975348)
The Heritage Foundation
Telephone:  (202) 489-2969
Email:  Roman.Jankowski@heritage.org

*Counsel for Plaintiffs*