AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| The Heritage Foundation, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   23-cv-01198 |
| U.S. Department of Homeland Security | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Heritage Foundation and Mike Howell                                                                           .

Date:     12/02/2024

/s/ Max Taylor Matheu
*Attorney's signature*

Max Taylor Matheu (No. 90019809)
*Printed name and bar number*

2525 N George Mason Drive
Arlington, VA 22207

*Address*

maxmatheu@outlook.com
*E-mail address*

(727) 249-5254
*Telephone number*

*FAX number*