IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HERITAGE FOUNDATION & MIKE HOWELL,  *Plaintiffs*,  v.  U.S. DEPARTMENT OF HOMELAND SECURITY,  *Defendant*. | Case No. 23-cv-1198 (CJN) |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs submit this Notice to provide the Court with two authorities they may rely upon during oral argument on Plaintiffs' Rule 59 Motion (ECF No. 50).

*First*. Plaintiffs intend to discuss this Court's opinion in *Am. for Prosperity Found. v. CMS*, No. 1:21-cv-2021 (CJN), 2024 WL 578955 (D.D.C. Feb. 14, 2024).

*Second*. Plaintiffs may reference "A-Files of Notable People" posted in U.S. Citizenship and Immigration Services' electronic reading room. Those files are located at the following url: https://www.uscis.gov/records/electronic-reading-room?topic_id%5B%5D=33658&ddt_mon=&ddt_yr=&query=&items_per_page=10.

Dated:  February 4, 2025

Respectfully Submitted

/s/ Samuel Everett Dewey
SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone:  (703) 261-4194
Email:  samueledewey@sedchambers.com

1

ERIC NEAL CORNETT
(No. 1660201)
Law Office of Eric Neal Cornett
Telephone: (606) 275-0978
Email: neal@cornettlegal.com

DANIEL D. MAULER
(No. 977757)
The Heritage Foundation
Telephone: (202) 617-6975
Email: Dan.Mauler@heritage.org

*Counsel for Plaintiffs*