UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, *et al*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendant*. | Civil Action No. 1:23-cv-01198 (CJN) |

**ORDER**

Pursuant to the Court's [58] Order, the Clerk's Office is directed to send to Defendant HERITAGE FOUNDATION a copy of the full non-public docket in this case.

DATE: February 13, 2025

_____
CARL J. NICHOLS
United States District Judge

1