UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, et. al, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | Civil Action No. 23-1198 (CJN) |

## NOTICE OF POSITION

Defendant the Department of Homeland Security respectfully submits this notice in response to the Court's order granting in part Plaintiff's motion for relief from judgment. Order (ECF No. 58).

1. On October 22, 2024, Plaintiffs the Heritage Foundation and Mike Howell moved for relief from judgment from the Court's order granting summary judgment in Defendant's favor. *See* generally, Mot. for Relief from J. (ECF No. 51). Four months later, the Court granted the motion in part. Order (ECF No. 58).

2. Specifically, the Court agreed with Plaintiff's argument that the Court should decide whether portions of the declarations that Defendant submitted in camera could be made public in redacted form. *Id*. at 7.

3. The Court ordered "the government to provide it, no later than February 20, 2025, its position on whether and to what extent (1) the declarations it provided in camera, (2) the transcript of the in camera hearing, (3) the Court's August 15 2024 Order, and/or (4) additional parts of the Memorandum Opinion can be redacted and made available to Heritage." *Id*.

4.  Defendant has determined that redacted versions of items 1-3 can be made public. Specifically, Defendant would propose redacting all information in these items that would reveal information that the Court has determined Defendant can withhold under FOIA Exemptions 6 and 7(C).

5.  Defendant can provide these items with proposed redactions to Chambers within fourteen days, no later than March 6, 2025.

6.  With respect to item 4, Defendant does not believe it is possible to remove any of the existing redactions without releasing information that the Court has determined Defendant can withhold under FOIA Exemptions 6 and 7(C).

Dated: February 20, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR, D.C. Bar #481886
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *John J. Bardo*
JOHN J. BARDO, D.C. Bar # 1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*