UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, et. al,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY<br><br>Defendant. | Civil Action No. 23-1198 (CJN) |

## NOTICE OF FILING EXHIBITS

Pursuant to the Court's March 15, 2025, Minute Order, Defendant the Department of Homeland Security respectfully submits redacted versions of documents that were submitted as part of the *in camera* proceedings. The documents attached hereto are catalogued in the chart below.

| Exhibit No. | Description |
|---|---|
| 1 | First U.S. Citizenship and Immigration Services *In Camera* Declaration |
| 2 | Customs and Border Protection *In Camera* Declaration |
| 3 | Department of Homeland Security *In Camera* Declaration |
| 4 | *Ex Parte* Order (ECF No. 45) |
| 5 | Second U.S. Citizenship and Immigration Services *In Camera* Declaration |
| 6 | *Ex Parte* Hearing Transcript, April 30, 2024 |

2

Dated: March 18, 2025
      Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR, D.C. Bar #481886
United States Attorney

By: /s/ *John J. Bardo*
    JOHN J. BARDO, D.C. Bar # 1655534
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 870-6770

*Attorneys for the United States of America*