# Exhibit 4

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, *et al*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> *Defendant*. | Civil Action No. 1:23-cv-01198 (CJN) |

## *EX PARTE* ORDER

On April 4, 2024, Defendant DHS provided to the Court, *ex parte* and *in camera*, declarations (and certain exhibits) responsive to the Court's March 7, 2024 Order, *see* ECF No. 38. After reviewing those materials—which were also discussed during the April 30, 2024, *ex parte* hearing—the Court has concluded that it requires certain additional information. Accordingly, Defendant shall produce by August 23, 2024 for the Court's *ex parte*, *in camera* review all documents in its possession relating to the Duke of Sussex's entry into the United States in March 2020. Defendant shall also produce by that same date the Duke's ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

In addition, the declarations and materials already provided by Defendant appear to be inconsistent regarding whether its records reflect that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1

2

████████████████████████████████ Accordingly, also on or before August 23, 2024, Defendant shall clarify whether ███████████████████████████████

      As before, Defendant shall contact the Court to determine the preferred method of delivery and arrangements for returning the materials once the Court concludes its review.

DATE:  August 15, 2024

                                                     */s/ Carl J. Nichols*
                                                     CARL J. NICHOLS
                                                     United States District Judge