# Exhibit 5

*IN CAMERA, EX PARTE* DECLARATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Heritage Foundation, | ) | |
| | ) | |
| Mike Howell, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-cv-1198 (CJN) |
| Department of Homeland Security, | ) | |
| | ) | |
| Defendant. | ) | |

### *IN CAMERA, EX PARTE* DECLARATION OF JARROD PANTER

I, Jarrod Panter, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. Information regarding my background is stated in my public declaration dated August 25, 2023 (ECF No. 23-3). I was the prior Acting Associate Center Director and Chief FOIA Officer in the Freedom of Information and Privacy Act ("FOIA/PA") Unit, National Records Center ("NRC"), United States Citizenship and Immigration Services (USCIS), within the Unites States Department of Homeland Security ("DHS"), in Lee's Summit, Missouri.

2. This declaration is in response to the Court's *Ex Parte* Order of August 15, 2024, pointing out inconsistent statements in my prior *Ex Parte* Declaration dated April 3, 2024, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

3. With this declaration, I am correcting prior statements on page 8 of my April 3, 2024 declaration. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

1

I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Executed in Lee's Summit, Missouri, on this _____ day of August 2024.

**JARROD T PANTER**
Digitally signed by JARROD T PANTER
Date: 2024.08.22 21:50:48 -05'00'

Jarrod Panter
Freedom of Information Act & Privacy Act Unit
USCIS National Records Center